UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**15 CV 894**

SECURITIES AND EXCHANGE COMMISSION,

                         Plaintiff,

                 v.                        Civ. No.

**JUDGE PAULEY**

CALEDONIAN BANK LTD.,
CALEDONIAN SECURITIES LTD.,
CLEAR WATER SECURITIES, INC.,
LEGACY GLOBAL MARKETS S.A., and
VERDMONT CAPITAL, S.A.,

                         Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/15

## [PROPOSED] ORDER GRANTING LEAVE TO SERVE THE DEFENDANTS BY ALTERNATIVE MEANS

Having considered the Securities and Exchange Commission's *ex parte* motion pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure for leave to serve defendants Caledonian Bank Ltd., Caledonian Securities Ltd., Clear Water Securities, Inc., Legacy Global Markets S.A. and Verdmont Capital, S.A. by alternative means, having heard oral argument at a hearing, and the Court being fully advised in the premises, IT IS HEREBY ORDERED that:

1. The Commission's motion is GRANTED, and the Commission has leave to serve the Defendants by alternative means.

2. The Commission may serve defendants Caledonian Bank Ltd. and Caledonian Securities Ltd. as follows: (a) by email at the email addresses communications@caledonian.com, CBL@caledonian.com, CSL@caledonian.com and Nathaniel.Orr-Depner@caledonian.com; and (b) by hard-copy delivered by overnight express to Scottsdale Capital Advisors, 7170 East McDonald Road, Suite 6, Scottsdale, Arizona 85253,

with directions that Scottsdale forward the served papers to Caledonian Bank Ltd. and Caledonian Securities Ltd. at the same address that Scottsdale uses or used to send account statements to Caledonian.

3. The Commission may serve defendant Clear Water Securities, Inc. as follows: (a) by email at the email addresses clearwatersecurities@gmail.com and superptk@gmail.com; and (b) by hard-copy delivered by overnight express to Scottsdale Capital Advisors, 7170 East McDonald Road, Suite 6, Scottsdale, Arizona 85253, with directions that Scottsdale forward the served papers to Clear Water at the same address that Scottsdale uses or used to send account statements to Clear Water.

4. The Commission may serve defendant Legacy Global Markets S.A. as follows: (a) by email at the email addresses info@lgm.bz and superptk@gmail.com; and (b) by hard-copy delivered by overnight express to Scottsdale Capital Advisors, 7170 East McDonald Road, Suite 6, Scottsdale, Arizona 85253, with directions that Scottsdale forward the served papers to Legacy Global at the same address that Scottsdale uses or used to send account statements to Legacy Global.

5. The Commission may serve defendant Verdmont Capital, S.A. as follows: (a) by email at the email address info@verdmont.com; and (b) by hard-copy delivered by overnight express to Sunrise Securities Corporation, 600 Lexington Avenue, 23rd Floor, New York, New York 10022, with directions that Sunrise forward the served papers to Verdmont at the same address that Sunrise uses or used to send account statements to Verdmont.

6. The service as effected above shall constitute sufficient notice and opportunity to be heard at the preliminary injunction hearing scheduled in this action and shall be sufficient for all purposes under Rule 4.

SO ORDERED.

DATE: February 6, 2015

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK