Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

Margaret A. Dale
Member of the Firm
d 212.969.3315
f 212.969.2900
mdale@proskauer.com
www.proskauer.com

February 16, 2015

**By ECF**

Honorable William H. Pauley III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007

Re: *Securities and Exchange Commission v. Caledonian Bank Ltd., et al.*, 15-CV-894 (WHP)

Dear Judge Pauley,

On behalf of Caledonian Bank Ltd. and Caledonian Securities Ltd. (collectively, the "Caledonian Defendants" or "Caledonian"), we write to inform the Court that we have reached an agreement with the Securities and Exchange Commission to: 1) extend the modified TRO; 2) adjourn the preliminary injunction hearing; and 3) extend certain deadlines with respect to the Caledonian Defendants.  The signed stipulation was emailed to the Judgments clerk earlier today, and we attach a copy of it here for your convenience.

Respectfully submitted,

Margaret A. Dale

Attach.


cc:     Counsel of record