# EXHIBIT B

Account Number / *Número de cuenta*

R72-800512

**Investment Account Application**
**CORPORATE**
*Aplicación para Cuenta de Inversión Corporativa*

## Verdmont Capital

*e now: Bamfield Equities Ltd (w 5/Mar/2014)*

### 1. Client Identification / *Identificación del cliente*

| Company Name / *Nombre de la Compañía* | | Account Advisor / *Asesor de cuenta* |
|---|---|---|
| BARTLETT TRADING INC. | | Conley Kelley |

| Registered Corporate Address / *Dirección de la Corporativa* | Date of Incorporation / *Fecha de Incorporación* | Country of Incorporation / *País de Incorporación* | E-mail / *Correo Electrónico* |
|---|---|---|---|
| DEVELOPMENT BANK OF SAMOA BUILDING BEACH ROAD | 6 FEB 2013 | SAMOA | BARTLETT @ CONTRAX.COM |

| City / *Ciudad* | State or Province / *Estado o Provincia* | Country / *País* | Postal Code / *Código Postal* |
|---|---|---|---|
| APIA | — | SAMOA | |

| Business Phone 1 / *Teléfono oficina 1* | Business Phone 2 / *Teléfono oficina 2* | Fax |
|---|---|---|
| 685-32684 | — | 685-32683 |

Alternate Address / *Dirección Alterna*

Street Address / *Dirección*

| State or Province / *Estado o Provincia* | Country / *País* | Postal Code / *Código Postal* |
|---|---|---|
| | | |

### 2. Account Statement and Trade Confirmation Distribution
*Distribución de Estado de Cuenta y Confirmación de Transacción*

Please check how you wish to receive account statements and trade confirmations:
*Por favor indique como desea recibir sus estados de cuenta y confirmaciones de transacciones:*

[X] On line Access. Please select a user ID
*Acceso en línea. Favor seleccionar una identificación de usuario*
User ID / *ID Usuario*  bartlett

[ ] Email. Please specify address:
*Correo Electrónico  Por favor indicar dirección:*

### 3. Authorized Signatories * / *Firmantes Autorizados* *

| Print Name / *Nombre en imprenta* | Title / *Título* | Signature / *Firma* |
|---|---|---|
| CHRIS SMITH | DIRECTOR | |
| | | |
| | | |
| | | |

Please indicate the number of signatures required to withdraw assets from this account:
*Por favor indicar el número de firmantes requeridos para retirar fondos de esta cuenta:*

[X] One / *Uno*   [ ] Two / *Dos*   [ ] Three / *Tres*

* Please attach a KYC form for each of the above signatories:
* *Por favor adjuntar un formulario KYC por cada uno de los firmantes anteriores.*

Edificio Verdmont, Ave. Aquilino De La Guardia No.18 – Apartado Postal 0823-03017 – Ciudad de Panamá, República de Panamá
T:+507 301 9000 or +800 VERDMONT - F: 507 301 9001- www.verdmont.com.pa

DA0000177

# Verdmont Capital

## 4.  Investment Profile / Perfil de Inversión

Please check the box that appropriately describes your investment experience
*Por favor indicar en la casilla que describe apropiadamente su experiencia en inversiones*

☐ Novice / *Nuevo*

☐ Intermediate / *Intermedio*

☒ Sophisticated or High net-worth investor / *Sofisticado o inversionista de alto valor*

Note: Clients wishing to trade derivatives, short sell, trade in restricted securities, and open margin accounts must be sophisticated investors; to be considered a sophisticated investor you must have a net worth greater than or equal to $1 million *Nota: los clientes que deseen negociar derivados, ventas en corto, negociar en valores restringidos y cuentas de margen deben ser inversionistas sofisticados, para ser considerado un inversionista sofisticado usted debe tener un valor neto mayor o igual a US $1 millón*

| Corporate Annual Income  *Ingreso Anual Corporativo* | Corporate Net Worth / *Patrimonio Total* |
|---|---|
| $5 MILLION + | $10 MILLION + |

| | | |
|---|---|---|
| Do you understand the risks involved with trading derivatives? *Entiende usted los riesgos que involucra el negocio de derivados?* | ☒ Yes / Sí | ☐ No |
| Could you afford to lose the total principal or more invested in a speculative investment? *Puede usted afrontar la pérdida total o más del capital invertido en una inversión especulativa?* | ☒ Yes / Sí | ☐ No |
| Do you understand the risks associated with a margin account? *Entiende usted los riesgos asociados con una cuenta de margen?* | ☒ Yes / Sí | ☐ No |
| Knowing the risks involved, are you willing to invest? *Conociendo los riesgos implicados está dispuesto a invertir?* | ☒ Yes / Sí | ☐ No |
| Has the Corporation been politically exposed? *Ha sido la Corporación políticamente expuesta?* | ☐ Yes / Sí | ☒ No |

| What are your investment objectives? / *Cuales son sus Objetivos de inversión?* | If you require income please specify your cash flow requirements / *Si usted requiere un ingreso por favor especificar sus requisitos de flujo de caja:* | |
|---|---|---|
| ___ % Preservation of Capital / *Preservación de capital* | Bi-weekly / *Quincenal* | $ |
| ___ % Income / *Ingreso* | Monthly / *Mensual* | $ |
| ___ % Growth / *Crecimiento* | Quarterly / *Trimestral* | $ |
| 100 % Speculation / *Especulación* | Annually / *Anual* | $ 5 MILLION + |

*N/A*

## 5.  Source of Funds / Fuente de Fondos

Primary nature of the Company's business / *Naturaleza primaria del negocio de la Compañía*

HOLDING AND INVESTMENT IN U.S. PUBLICLY-TRADED STOCKS

What is the expected initial amount to be deposited in the account? *Cuál es el monto inicial que se espera sea depositado en la cuenta?*

$500,000

Please estimate the anticipated total market value of the account *Por favor estime el valor total anticipado de la cuenta en el mercado*

$10 MILLION +

Please explain in detail the source of the funds you will be depositing with our firm *Por favor explique con detalle la fuente de los fondos que usted estará depositando en nuestra firma*

LINE OF CREDIT ; SAVINGS

What is the expected transaction volume and turnover for the account? *Cuales el volumen de transacción que espera y el movimiento para la cuenta?*

$5 MILLION + PER YEAR /20 per week

Have there been any major changes to the company's net worth in the past two years? *Ha habido cambios mayores en el patrimonio neto de la compañía en los años dos últimos?*

☒ No / *No*     ☐ Yes / *Sí*     If yes, please attach details. *Si es sí por favor adjunte detalles*

Edificio Verdmont, Ave. Aquilino De La Guardia No.18 - Apartado Postal 0823-03017 - Ciudad de Panamá, República de Panamá
T:+507 301 9000 or +800 VERDMONT- F: 507 301 9001- www.verdmont.com.pa

DA0000178

# Verdmont Capital

## 6.  Beneficial Owner Disclosure / Datos relevantes del Propietario Efectivo

Please identify all shareholders and beneficial owners of the company with a 25% or greater interest. If the owner of the company is another corporation, please also identify the beneficial owners of the underlying corporation. A complete KYC form must be attached for individual beneficiary. / *Por favor indique todos los accionistas y propietarios efectivos de la compañia con interés del 25% o mayor. Si el dueño de la compañia es otra corporación, por favor identifique también los propietarios efectivos de la corporación subyacente. Debe adjuntarse un formulario KYC completo por cada beneficiario individual.*

| Name / Nombre | Percent Interest / Porcentaje del interés | Name / Nombre | Percent Interest / Porcentaje del interés |
|---|---|---|---|
| CHRIS SMITH | 100 % | | |
| Name / Nombre | Percent Interest / Porcentaje de interés | Name / Nombre | Percent Interest / Porcentaje de interés |
| | | | |

Verdmont Capital is required to determine the identity of any direct and indirect beneficiaries of this account. / *A Verdmont Capital se le requiere que determine la identidad de cualquier beneficiario directo o indirecto de esta cuenta.*

I. Does anyone other than the persons named have authority over or any financial interest in this account?
*Alguna persona distinta a las personas nombradas tiene autoridad sobre o cualquier interés financiero en esta cuenta?*

☒ No / *No*    ☐ Yes / *Sí*    If yes, please attach details. / *Si es sí, por favor adjunte detalles*

II. Is the account holder acting as an intermediary, nominee, or otherwise holding the account's assets on behalf of a third party? / *El tenedor de la cuenta actúa como un intermediario, nominal, o de cualquier otra manera manteniendo los activos de la cuenta en su propio beneficio o de tercera parte?*

☒ No / *No*    ☐ Yes / *Sí*    If yes, please attach details. / *Si es sí, por favor adjunte detalles*

## 7.  Application Signature / Aplicación para firma

I certify that the information provided by me in this application is true and correct and I agree to advise Verdmont immediately of any material change in this information or my financial circumstances. I have received and read the attached Verdmont investment account agreement - terms and conditions, and understand and agree to all terms within, including (if applicable) risk disclosures relating to margin accounts, derivatives, online access and restricted securities. This agreement is subject to the laws of the Republic of Panama.

*Yo certifico que la información proporcionada por mi en esta aplicación es verdadera y correcta y acuerdo advertir a Verdmont inmediatamente de cualquier cambio material en esta información o mis circunstancias financieras. He recibido y leído el "Acuerdo de Cuenta de Inversión Verdmont - Términos y condiciones" y entiendo y acepto todos los términos en el mismo, incluyendo los aplicables (si aplica) divulgación de riesgo relativo a cuentas marginales, derivadas, acceso en línea y restringidos. Este acuerdo está sujeto a las Leyes de la República de Panamá.*

14 FEBRUARY 2013
Date / *Fecha*

_____
Witness / *Testigo*

_____
Corporate Signatory / *Firmante de la Corporación*

_____
Corporate Signatory / *Firmante de la Corporación*

By Verdmont Capital, S.A. / *Por Verdmont Capital, S.A.*

Feb. 22, 2013
Date / *Fecha*

_____
Signature of Compliance / *Firma de Cumplimiento*

_____
Signature of Broker / *Firma del Asesor de Valores*

_____
Signature of Legal Representative / *Firma del Representante Legal*

Edificio Verdmont, Ave. Aquilino De La Guardia No.18 - Apartado Postal 0823-03017 - Ciudad de Panamá, República de Panamá
T:+507 301 9000 or 4800 VERDMONT - F: 507 301 9001 - www.verdmont.com.pa

DA0000179


# Verdmont Capital

### Verdmont Capital Brokerage Account Agreement
### Terms and Conditions

By opening a brokerage account or accounts at Verdmont Capital (Verdmont, we, our or us), you acknowledge and represent that you have read and understand the Verdmont Brokerage Account Agreement (the "Agreement") below and agree to be bound by its terms.

**1. Legal Capacity to Enter Into Agreements.** You are of full legal age in the jurisdiction in which you reside and have the capacity to enter into this Agreement.

**2. Accuracy of New Account Application and Credit Information.** The information that you have provided us is current, accurate, truthful and complete. No one except the person(s) listed on the Brokerage Account Application (Application) has an interest in the Account being applied for. You agree to provide us with an updated Application promptly upon any material changes in any such information. You authorize us to make inquiries to financial institutions, employers and/or any other source we believe necessary for the purpose of verifying your identity and creditworthiness.

**3. Account Types.** You understand that you are responsible for selecting the Account type (e.g. single, joint, or corporate Accounts) that is appropriate for your needs and circumstances. You also understand that certain Account types may be eligible for (or restricted from) certain services offered by Verdmont.

**4. Identity Verification for Anti-Money Laundering Purposes.** We are required By Panama law to verify the identity of each account owner. Verdmont must ask you to provide various identification documents prior to opening an Account. Attached to this Agreement is our "Know Your Client form" You acknowledge that you have received and completed accurately.

**5. Account Approvals and Maintenance.** We may reject your Application or close your Account for any reason, at our sole and absolute discretion. We may require that you provide us additional information or documentation in order for us to continue carrying your Account. You acknowledge that we may, at any time at our sole and absolute discretion, restrict trading, disbursements, transfers or take no action in your Account. Verdmont may amend, change, revise, add or modify (amendments) the Agreement through an advanced written notice of no less than fifteen (15) days to you. The most current Agreement will be posted at our Web site www.verdmont.com.pa. In case of changes in commissions and charges the client will have two (2) months to modify or cancel the contract's relationship with Verdmont Capital, S.A.; once the time frame has elapsed, your acceptance to the changes will be automatically understood. During this two months period, the changes can not be applied to the clients account. You understand that this Agreement cannot be modified by any verbal statements or written amendments that you seek to make to the Agreement without written acceptance from the General Counsel of Verdmont.

**6. Financial Analysis Unit (UAF) Reporting.** If Verdmont believes a transaction is related with Money Laundering or Terrorism Financing, our Compliance Department will communicate such transactions to the Financial Analysis Unit for the Prevention of Money Laundering and Terrorism Financing (UAF) through the established forms for such effects and leaving proof in the account file about the suspicious transaction reported. All procedures established in Agreement 5-2006 of the Comision Nacional de Valores de Panama" (Securities Market Superintendency of Panama) will be followed by our compliance department in case we detect a suspicious transaction. The notification will be done to the UAF under the next 60 days following the date in which the suspicious transaction was originated. Verdmont can, under its own criteria, close the accounts of any natural or legal person that is linked to the suspicious operation subject of the report presented to the UAF. Once the account closing procedures has been finalized, Verdmont should, within a term of 10 business days since the date of such closure, pass on to the UAF a written notification — complementary to the initial report of suspicious operation, informing the closure of the respective account, the mechanism utilized by the owner of the account to withdraw the funds, and the course given to the same, when the same can be determined. Such report must be accompanied with copy of the closure form and the document used by the account owner to withdraw the funds.

**7. No Advice and No Recommendations.** You acknowledge that Verdmont does not provide legal or tax advice, and agree that, to the extent you deem necessary, you will consult with qualified professionals in your own jurisdiction prior to utilizing your Verdmont account or implementing any financial plan. You hereby agree to hold Verdmont and its officers, directors, employees, agents and affiliates harmless from any liability, financial or otherwise, or expense (including attorneys' fees and disbursements), as incurred, as a result of any losses or damages you may suffer with respect to any such decisions, instructions, transactions or strategies employed in your Account by you or your duly authorized representative, or as a result of any breach by you of any of the covenants, representations, acknowledgments or warranties herein.

**8. Fees, Commissions and Minimum Account.** You agree to pay the brokerage commissions, charges, or other fees as set forth in our then-current Commission Schedule, copy of which is given to you at the signing of this Agreement. Verdmont will inform you in writing of any changes in the Commission Schedule and you will have a period of two (2) months as of the date of receiving the notification to consider this Agreement as terminated; during this period the amended rates will not be applied. You understand that Verdmont may require a minimum deposit to open an Account and that you also may be required to maintain a minimum deposit amount. Commissions are charged on a per order basis. Limit orders executed over multiple days and orders modified after a partial execution on the same day will be treated as separate orders for commission calculation purposes.

**9. Deposit of Physical Securities.** If a security is deposited in physical form, subsequent withdrawals may be limited to physical form only, and may be required to be put back into the same name as it was originally received. At Verdmont's sole discretion, such securities may be allowed to transfer, but may be charged at regular commission rates.

**10. Purchases and Sales.** To execute purchase orders, we generally require that your Account contain available funds equal to or greater than the purchase price of the securities. To execute sell orders, we generally require that securities be long in your Account in good deliverable form. You agree that any purchase or sell order accepted (inadvertently or otherwise) by us without sufficient funds or negotiable certificates, respectively, in your Account, will be subject to liquidation in the case of a purchase order, or buy-in in the case of a sell order, at your expense. In the event full funds are not available in your Account when a purchase order is executed, you promise to pay the full amount due via wire transfer or certified or personal check on or before the settlement date for the purchase. In the event a sale order is executed and the securities sold are not in your Account, you promise to deliver all securities sold, on or before settlement date. If such funds or securities are not received on or before the settlement date, we may liquidate your Account and you will be liable for any resulting losses and all associated costs that we incur.

Edificio Verdmont, Ave. Aquilino De La Guardia No.18 - Apartado Postal 0823-03017 - Ciudad de Panamá, República de Panamá
T:+507 301 9000 or +800 VERDMONT- F: 507 301 9001- www.verdmont.com.na

# Verdmont Capital

**11. Orders, Executions.** You should give clear and precise instructions so that the personnel involved in the carrying out these instructions will understand its effects. Verdmont Capital accepts written, electronic and verbal instructions from its clients. The method in which the instruction was generated is kept in an electronic file, which clearly shows if the instruction was received in writing or verbally through a phone call. Those instructions through phone calls can be taped (refer to clause 14 of this contract). Upon receiving the order, within the same day or the following business day, Verdmont will include the order in its registry in rigorous chronological order, and assign it a correlative number and proceed to carry it out or will use the necessary means to relay it, as soon as possible, to the entity responsible for its completion. In case it is not possible to comply with this provision, you will be informed of the precise reasons for its non compliance. Verdmont will send you a confirmation of each transaction within the following business day of its completion. You understand that you are responsible for promptly reviewing upon receipt all trade confirmations and account statements. Such confirmations and statements shall be deemed as accepted by you and shall be binding unless you notify us in writing within ten (10) days after its transmission to you. You agree that you are responsible for monitoring all open orders. If you place a good-till-cancelled (GTC) order the open order will remain in force until it is executed, cancelled by us because of a corporate action, reorganization or operational reason, or because you choose to cancel it.

**12. Late and Corrected Reports.** We may receive late reports regarding the status of orders from various marketplaces. Accordingly, you may then receive late reports. You may also receive reports correcting a previous report, including errors in execution prices. You acknowledge that you will receive the price at which your order is actually executed in the marketplace even if the report is late or a report corrects an incorrect price or term of another report.

**13. Payment of Obligations upon Request.** You will be liable to Verdmont for the payment for all trades, debit balances, margin calls, or other obligation ("Obligations") owing in your Account. You agree that all orders for the purchase or sale of securities for your Account shall be processed and/or executed with the understanding that an actual purchase or sale is intended and it is your intention and obligation in every case to pay for any purchase or deliver certificates to cover all sales on or before settlement date, whether or not you are in receipt of a trade confirmation. You agree to pay any debit balance (i.e. an Account balance owed to Verdmont) and to satisfy any indebtedness to Verdmont in your Account on demand. Payments (cash, traveler's checks, third party checks or personal checks are not generally accepted) or securities submitted to your Verdmont branch need to be made before settlement to allow for transit to our headquarters. You agree that any security sold will be in good deliverable form (properly endorsed, proper denominations, adjusted for all company reorganizations and free of any encumbrances). Debit balances in any Account may be charged interest in accordance with our then-current interest rate schedule for debit balances.

**14. Consent to Monitoring and Recording.** You understand that we may, in our sole and absolute discretion, monitor or tape record telephone conversations with you, and by signing this agreement you expressly authorized us to such monitoring or recording. Verdmont records client calls, and keeps records of them for 6 weeks. We are not required to record all telephone conversations that do not include instructions from the client. In case of a technical failure we can not guarantee that we will be capable to retrieve those records. The Client, by this means, declares his express and enforced will to provide Verdmont Capital of orders only verbally, relieving Verdmont Capital of the obligation of keeping written confirmations regarding the orders given by the client. In these cases, the executions done by Verdmont will be presumed correct when originated by the Clients verbal orders.

**15. E-mail and Electronic Communications.** All e-mail sent to and from us is subject to monitoring, review by or disclosure to someone other than your intended recipient. You acknowledge that there may be delays in e-mail being received by your intended recipient. You agree to hold us harmless for any delay in e-mail delivery regardless of whether the delay was caused by us or a third party. E-mail sent to and from a Verdmont address may be retained by our corporate e-mail system. You agree that Verdmont is not liable for any actions taken or any omissions to act as a result of any e-mail message you send to us. Electronic communications with Verdmont via our Web site, wireless device or touchtone service are also subject to monitoring, review by or disclosure to someone other than the recipient and such communications may be retained by Verdmont.

**16. Fax instructions and Secure online messages.** You authorize Verdmont Capital, S.A. to accept instructions by fax or secure online message through www.verdmont.com.pa

**17. Complaints.** Written complaints may be sent to Verdmont Capital Attn: Compliance Department. Verdmont Building, Aquilino De La Guardia Avenue No.18, PO Box 0823-03017, Panama City, Republic of Panama. Or via email, compliance@verdmont.com.pa

**18. Applicable Law, Jurisdiction, Arbitration.** This agreement shall be governed by the laws of the Republic of Panama. Any disputes arising with respect to or in connection with this Agreement shall be finally decided in the Republic of Panama. Disputes will be arbitrated by an arbitrator from either Centro de Conciliacion y Arbitraje de Panama or Centro de Solucion de Conflictos decided and approved by Verdmont Capital and the Client.

**19. Losses Due to Extraordinary Events; Limitation of Liability.** We shall not be liable for loss caused directly or indirectly by war, strikes, natural disasters, terrorist acts, government restrictions, exchange or market rulings, suspensions of trading, computer or communications line failures, or delays in the transmission of orders due to a breakdown or failure of market centers or transmission facilities or other conditions beyond our reasonable control.

**20. Notices to You.** Verdmont provides client trade confirmations the next business day available. The statements will be sent by month. The two methods to send confirmations and statements are: email or internet. The Client agrees to certain fees if they choose regular mail. Such confirmation will include but is not limited to: amount of the operation, type of interest, commissions and expenses, establishing the concept of its generation, base and period, withheld taxes and, in general all information needed by the client to confirm the result and financial situation of the operation. Verdmont intends the information contained in the Client Statements and confirmations to be accurate and reliable; however, errors sometimes occur. Therefore, Verdmont disclaims any warranty of any kind, whether express or implied, as to any matter whatsoever relating to such information. In particular, the actual price at which an order is executed shall be binding notwithstanding the fact that an erroneous report is given to you. An order that was executed, but in error reported as not executed, shall be binding. Verdmont retains the right to enter pricing, trade, and reconciliation adjustments to your account as necessary and appropriate. Customer agrees that it is their sole responsibility to request and review transaction summaries on a regular basis. Verdmont Capital will provide information that will be useful to its clients, based on the established contractual relationship, and on the type of service rendered, as for example: offering memorandums, partial or total execution of the orders, conversion dates, swaps, coupon payments, etc. Verdmont copies of its annual financial statements, properly audited, are available for the general public in its headquarters.

Edificio Verdmont, Ave. Aquilino De La Guardia No.18 - Apartado Postal 0823-03017 - Ciudad de Panamá, República de Panamá
T:+507 301 9000 or +800 VERDMONT- F: 507 301 9001- www.verdmont.com.pa

DA0000181



# Verdmont Capital

**21. Conflicts of Interest.** When a conflict of interest arises, Verdmont Capital will notify its clients about relationship with any other entity over which Verdmont Capital could receive commissions due to the development of its activities. For such effect, the managing bodies will identify in a separate way in the information that they remit, at least quarterly to the clients, about the managed investments, the operations, investments or procedures that are following detailed: the emission in securities issued by the agent or entities of its group, or in investments companies managed by this. The subscription or acquisition of securities in which the agent or any entity related to this group is insurer or underwriter of an emission or public offer of sale; operations among clients of the same entity. In this case, it will be additional requirement that the operation is not considered harm for none of them; commissions, expenses or amounts, directly or indirectly perceived by the entity that have its origin in commissions, or expenses satisfied by its clients or other financial entity under the investment account's management contract, and that are the outcome of agreements reached by said entity with intermediaries or other financial entities. The links that the house hold with the emission entities from which economic and financial information is supplied that may give investment recommendations.

**22. Waiver.** Any failure by us to insist at any time upon compliance with this Agreement or with any of its terms shall not constitute or be considered a waiver by us of any of our rights.

**23. Termination.** You may terminate this Agreement or you're Account at any time upon written notice to us, after paying any Obligations you owe to us. You shall remain responsible for all Obligations initiated or authorized by you, including, without limitation, any transactions, debts, and interest as provided under this Agreement, whether arising before or after termination of this Agreement. We may terminate this Agreement or your Account any time, through an advanced written notice of no less than fifteen (15) days to you, for any reason in our sole and absolute discretion. The terms and conditions of this Agreement will survive termination of your Account and will continue to apply to any disputed or other remaining matters arising from our relationship.

**24. Security and Confidentiality.** You agree that you are the exclusive owner and solely responsible, jointly and severally if applicable, for the confidentiality and protection of your Account number and password that allows you to access our online systems. You further agree that you will be fully responsible for all activities including brokerage transactions that arise from the use of your Account number and password. You agree to indemnify and hold Verdmont harmless if any other person utilizing your confidential information provides instructions to us that may be contrary to your instructions. You will immediately notify us in writing or by e-mail of any loss, theft or unauthorized use of your Account number and/or password. Regarding the physical documentation, the contractual documents will be retain and conserved for a period of five (5) years.

**25. Use of Verdmont's Web Sites.** www.verdmont.com.pa , provides you with content and information. Content includes account positions, account activity, balances, transaction status, statements, confirmations and other Account-related data. You agree at all times to rely upon your transaction confirmations and statements as the official records of your Account.

### MARGIN ACCOUNTS

In consideration of Verdmont opening one or more Margin accounts for you, you agree to the foregoing and following provisions.

**26. Margin Loans.** We may, in our sole and absolute discretion, make loans to you for the purpose of purchasing, carrying or trading in securities, options or other securities ("Margin Loans"). Margin Loans will be made in a Margin Account. You agree that you are solely responsible for determining whether margin is appropriate for you in light of your financial resources, objectives, and other relevant circumstances. You understand and agree that Verdmont will not make this determination on your behalf. Subject to regulatory requirements, the minimum and maximum amount of any particular Margin Loan may be established by us in our discretion regardless of the amount of Collateral delivered to us and we may change such minimum and maximum amounts from time to time.

**27. Risk of Margin Trading.** You understand that trading on margin (including effecting short sales) involves a high degree of risk and may result in a loss of funds greater than the amount you have deposited in your Account.

**28. Requirement to Maintain Sufficient Margin.** Your margin transactions are subject, at all times, to the initial margin and maintenance margin requirements (the "Margin Requirements") established by us. You shall monitor your Account to ensure that at all times the Account shall contain a sufficient account balance to meet the applicable Margin Requirements. We may modify such Margin Requirements for open and new positions, at any time, in our sole and absolute discretion. The margin that we require may exceed the margin required by any exchange or association. We may reject any order if you do not have a sufficient account balance to meet Margin Requirements and may delay the processing of any order while determining the correct margin status of your Account. You shall maintain, without notice or demand from us, a sufficient account balance at all times so as to continuously meet the Margin Requirements.

**29. Margin Calls.** Margin calls may be issued in writing, via telephone, electronically, or by other means of communication. In some situations, such as volatile market conditions, we may not immediately issue a margin call when your Account equity falls below 35 percent. You are responsible for acting immediately on any maintenance calls, buy in or sell out notices given orally or in writing. Your failure to promptly deposit additional money or securities in response to a margin call, regardless of the equity level in your Account, may result in the liquidation of part or all of the securities in your Account. Although we will generally attempt to notify you of a margin call and give you an opportunity to deposit additional equity to secure the Account, we reserve the right to institute immediate discretionary liquidation of any and all securities without prior notice and without giving you the opportunity to deposit additional equity. This sole and absolute discretion applies regardless of any historical pattern of delivering verbal/written notices or of any current verbal or written representations by Verdmont that indicates a different dollar amount, liquidation time, or suggests additional time based on due date. This sole and absolute discretion to liquidate immediately applies regardless of time zone differentials, language interpretations, or delays in wiring funds, and includes the sole and absolute discretion to choose which positions to liquidate and in what order. It is your responsibility to monitor and liquidate positions to minimize your losses before we are forced to liquidate on your behalf to protect our interest as a creditor. We reserve the right at our sole and absolute discretion to close out any positions for any Account that represents a negative liquidation value.

**30. Interest Charges on Debit Balances.** You agree to pay interest on all debit balances in any Account. Interest on your average daily net debit balance will be calculated using a base rate determined by us and may be changed at any time in our discretion.

**31. Short Sales.** You agree to advise us prior to entering a sell order if it is a "short" sale (the sale of a security that you do not own). You agree that all short sale transactions shall be executed in a Margin Account. You understand that to facilitate a short sale, we must borrow the securities that you sell short. Short sales can be subject to a buy in from settlement date and thereafter. Verdmont does not guarantee a minimum time to short a position. Should Verdmont be unable to borrow or re-borrow a security

---

Edificio Verdmont, Ave. Aquilino De La Guardia No.18 - Apatado Postal 0823-03017 - Ciudad de Panamá, República de Panamá
T:+507 301 9000 or +800 VERDMONT- F: 507 301 9001- www.verdmont.com.pa

DA0000182

# Verdmont Capital

you have sold short, or for any other reason we deem prudent, we may at our discretion, with or without notice, cover your position by buying the stock at the current market price and you agree to be liable to Verdmont for any resulting debit balance. Margin Accounts are marked to the market daily and any increase in value of a short position will result in that unrealized loss being added to your debit balance and interest being charged as described above. Similarly, a drop in value will decrease your debit balance. If the lender should call in your borrowed securities for any reason such as a tender offer, and you cannot cover in time to make delivery, we may hold you responsible for any resulting loss. You agree that if (a) market conditions change, (b) we are unable to borrow the securities, (c) the lender recalls the securities, we may attempt to reborrow the securities, but you understand that we may need to cover the short position in the Account on the open market at the then current market price and market conditions. You understand that you will be responsible for any resulting loss or associated costs incurred by us in connection with "short" transactions. You are liable for any dividends paid on securities you have sold short.

32. Loan of Securities. We are authorized to lend ourselves, as principal or otherwise, or others any securities held by us in your Account and we shall have no obligation to retain under our possession and control a like amount of such securities. In connection with such loans, we may receive and retain certain benefits (including interest on collateral posted for such loans) to which you shall not be entitled. In certain circumstances, such loans may limit, in whole or in part, your ability to exercise voting rights of the securities lent.

33. Pledge of Securities, Options and Other Property. All securities and other property now or hereafter held, carried or maintained by us in or for your Account may, from time to time without notice to you, be pledged, repledged, hypothecated or re-hypothecated by us, either separately or in common with other securities and other property. The values received may be greater than the amount you owe us. Any losses, gains or compensation resulting from these activities will not accrue to your brokerage Account.

34. Business Continuity Disclosure. Verdmont has in place a business continuity plan that will be activated in the event of a significant business disruption, such as a natural disaster, power outages or other events. Our plan is intended to permit us to continue critical business operations during these types of disruptions. For the most significant business disruption scenario that we have addressed, account access is planned to be available within minutes and all critical business operations would be resumed within one to two days.

35. Securities Settled Physically. Certain securities are not eligible for settlement electronically through recognized depositories and therefore must be settled through physical settlement. You agree to assume all extra costs associated with settling a security physically. This includes, but is not limited to, courier charges and "rush" fees at custodians, market intermediaries and transfer agents. Notwithstanding this, should a physical settlement fail or be delayed and result in a market intermediary buying in or selling-out the position, the buy-in/sell-out will be passed along to your account and you further agree to assume all risks and costs associated with the market buy-in or sell-out.

36. Movement of Securities between depositories. In the event that you should place an order to buy a security in one country or marketplace and subsequently sell the same security into a different country or market place or the reverse of this, Verdmont will undertake to make the necessary movements between securities depositories in order to settle the transactions; however, you agree to assume all associated costs and risks. Should a transaction in one of the countries/marketplaces be delayed or fail and result in a buy-in or sell-out in one of the other countries/marketplaces the resulting buy-in or sell-out will be passed along to your account.

37. Warrant Exercise. In the event that you place sell orders for securities that you are entitled to from a warrant exercise but for which the certificates from the warrant exercise have not yet been received, cleared transfer and dematerialized, you assume all associated costs and risks of a failed or delayed settlement. Market buy-ins resulting from these delays will be passed along to your account.

38. Futures Accounts. Should your account be approved for buying or selling futures contracts, you understand that any given transaction may result in a loss. Furthermore, you understand that the loss may exceed not only the amount of the initial margin but also the entire amount deposited in the account or more. Verdmont may at its sole discretion move assets from your cash or margin account to cover losses in your futures account. For the purpose of interest calculations on debits or credits, your futures account is separate from your regular cash/margin account.

39. Withdrawals from Dormant Accounts. Dormant accounts incur custody expenses to Verdmont. A dormant account service charge of 3% may be levied on any deliveries or wire transfer out from accounts held by clients at Verdmont's discretion.

40. Parties Commitment. Both sides agree to comply with the Securities Law and its regulations specifically but not limited to what is stated in Agreement 5-2003 and 5-2006 of the Securities Market Superintendency of the Republic of Panama.

Edificio Verdmont, Ave. Aquilino De La Guardia No.18 - Apartado Postal 0823-03017 - Ciudad de Panamá, República de Panamá
T:+507 301 9010 or +809 VERDMONT- F: 507 301 9001- www.verdmont.com.pa

DA0000183



## Verdmont Capital

**CONTRATO DE CUENTA DE CORRETAJE DE VERDMONT CAPITAL**
**TÉRMINOS Y CONDICIONES**

Al abrir una cuenta o cuentas de corretaje con Verdmont Capital ("Verdmont", "nosotros" o "nuestra"), usted acepta y entiende que ha leído y comprendido el Contrato de Cuenta de Corretaje de Verdmont (el "Contrato") que aparece abajo y acuerda obligarse según los términos.

**1. Capacidad Legal para Celebrar Contratos.** Usted es mayor de edad en la jurisdicción en la que reside y tiene capacidad para celebrar este contrato.

**2. Exactitud de la Solicitud de Cuenta Nueva e Información Crediticia.** La información que usted nos ha suministrado es actualizada, precisa, completa y correcta. Según nos acepta la personas/ mencionada(s) en la Solicitud de Cuenta de Corretaje (la "Solicitud") tiene interés en la cuenta para la que se ha aplicado. Ante la ocurrencia de cualesquiera cambios importantes a dicha información, usted se obliga a suministrarnos prontamente una Solicitud actualizada. Usted nos autoriza a hacer las indagaciones e instituciones crediticias y cualquier otra fuente que estimemos necesarias con el propósito de verificar su situación y solvencia financiera.

**3. Tipos de Cuenta.** Usted entiende que usted es responsable de seleccionar el tipo de Cuenta (p.ej. cuentas individuales, conjuntas o corporativas) que sea apropiado para sus necesidades y circunstancias. Usted también aprecia que ciertos tipos de Cuentas pueden ser elegibles para o restringidos por ciertos servicios ofrecidos que tengamos.

**4. Verificación de Identidad para Fines Anti-Lavado de Dinero.** La regulación de Panamá nos exige verificar la identidad del dueño de cada cuenta. Verdmont le solicitará que antes de abrir una Cuenta, solicita a este Contrato esta "Formulario Conozca a Su Cliente". Usted deberá que nos provea y complete correctamente dicho formulario.

**5. Mantenimiento y Aprobación de Cuenta.** Nosotros podremos, a nuestra única y absoluta discreción, rechazar su Solicitud o cerrar su Cuenta. También podremos requerir que nos provea documentación o información adicional a fin de que podamos continuar procesando su cuenta. Usted reconoce que nosotros podremos, en cualquier momento y absoluta discreción, rescindir las transacciones, operaciones, transferencias o los demás actos en su Cuenta. Podremos cerrar en cualquier momento, enmendar, cambiar, revisar, agregar o modificar el presente Contrato, previo aviso a usted. El presente Contrato estará publicado en nuestra página web www.verdmont.com.pa. En el caso de continuar su perfil de comercio o según en los cambios los mismos tendrán hasta que los mismos sean modificar a extensión su relación contractual con Verdmont Capital, S.A. una vez haya transcurrido ese avance de tiempo, la aceptación se dará a los cambios pero automáticamente extendida. Durante esta periodos de 60o (2) meses, usted también no podrán ser rechazar a los cuentas de clientes según entienda que este Contrato no podra ser modificado por usted mediante declaraciones verbales o extendidas escritas en la aceptación por escrito del Asesor Legal de Verdmont.

**6. Reportes a la Unidad de Análisis Financiero (UAF).** Si Verdmont considera que una transacción está relacionada con Blanqueo de Capitales o Financiamiento del Terrorismo nuestro Departamento de Cumplimiento comunicará dicha transacciones a la Unidad de Análisis Financiero para la Prevención del Delito de Blanqueo de Capitales y Financiamiento del Terrorismo a través de los formularios establecidos para tales efectos o según convenga en el expediente de la cuenta abierta de la transacción sospechosa reportada. Nuestro Departamento de Cumplimiento seguirá los procedimientos establecidos en el Acuerdo 5-2014 de la Superintendencia del Mercado de Valores en caso de detectar una transacción sospechosa. La notificación se hará a la UAF dentro de los 60 días siguientes a la fecha en que se origine la transacción sospechosa. Verdmont podrá bajo su propio criterio, cerrar las cuentas de cualquier persona natural o jurídica que esté vinculada a la transacción sospechosa objeto del reporte presentado a la UAF. Formalizado el cierre de la cuenta, Verdmont deberá dentro de un término no mayor de 30 días hábiles contados a partir de la fecha de dicho cierre, entregar al titular los fondos de la cuenta según lo establecido. Verdmont no contabilizará el cierre de la cuenta respectiva, el importe objeto de las cantidades disponibles en la cuenta respectiva, el balance utilizado por el titular de la cuenta para el retiro de los fondos, y en caso dado, se los mismos cuando puede determinarse. Tiene vigente deberá estar acompañada con toda la formulario la carta y del documento utilizado por el titular de la cuenta para retirar los fondos.

**7. Ninguna Recomendación y Ningún Aviso.** Usted reconoce que Verdmont no provee asesoría legal ni de impuestos, y usted conviene, según lo considere necesario, en consultar con profesionales calificados en su propia jurisdicción antes de utilizar la cuenta con Verdmont e implementar su plan financiero. Mediante el presente Contrato acuerda liberar de responsabilidad a Verdmont sus signatarios, directores, empleados agentes y afiliados de cualquier responsabilidad, financiera o de otra índole o de gastos (incluyendo desembolsos u honorarios legales), según se incurran, como resultado de cualesquiera pérdidas o daños que usted pueda incurrir con respecto a cualesquiera decisiones, instituciones, transacciones o estrategias usadas en su cuenta por usted o por la representante debidamente autorizada, como resultado de cualquier incumplimiento de los cualesquiera Contratos, representaciones, certificaciones y garantías contenidas en el presente Contrato.

**8. Honorarios, Comisiones y Cuentas Mínimas.** Usted acuerda pagar las comisiones de corretaje, cargos u otros honorarios, según se establezca su tiempo en tiempo en nuestra Tabla de Comisiones una copia de la cual le entrega el momento de la firma del contrato. Verdmont le notificará por escrito de cualquier cambio en la Tabla de Comisiones y usted dispondrá de un plazo de dos (2) meses a partir de la fecha en que se le haya notificado para dar por terminado el presente Contrato, con que le sean aplicables durante este período las tarifas modificadas. Usted entiende que Verdmont puede solicitar un depósito mínimo para abrir una Cuenta y una cantidad mínima de depósito. Las comisiones son cargadas en base a órdenes. Las órdenes limitada ejecutadas durante más múltiples y las órdenes que se modifiquen después de una ejecución parcial en el mismo día serán tratadas como órdenes separadas a la propósito de la comisión.

**9. Depósito de Valores Físicos.** Si un valor se deposita en forma física, la globalización físicas pueden estar limitadas a la forma física solamente, y puede requerirse que sea puesto en el mismo nombre en que fue recibido originalmente a discreción de Verdmont, dichos valores podrán convertirse, pero se podrá cobrar a las tasas de comisiones regulares.

**10. Compras y Ventas.** Para ejecutar órdenes de compra, nosotros generalmente requerimos que la Cuenta tenga fondos disponibles iguales o mayores que el precio de compra de los valores. Para ejecutar órdenes de venta, nosotros generalmente requerimos que los valores estén disponibles en cantidad suficiente en su Cuenta. Usted acuerda que cualquier orden de compra o venta acatando por nosotros con relación a su Cuenta o de alguna otra forma en las jurisdicciones futuras o certificadas negociables, respectivamente, en su Cuenta, estarán sujetos a liquidación en el caso de una orden de compra, o "buy-in", en el caso de una orden de venta. Sin perjuicio de que por cuenta propia por orden de los demás compromisos con la Cuenta sujeta una orden no prima de compra les ejecutada, usted promete pagar el monto adeudado mediante transferencia o mediante cheque certificado o personal en el antes de la fecha de compensación ("settlement") de la compra. En el evento de que una orden de venta sea ejecutada y los valores vendidos no estén en su Cuenta, usted promete entregar todos los valores vendidos, en o antes de la fecha de compensación ("settlement"). Si dichos fondos o valores no son recibidos o antes de la fecha de compensación ("settlement"), usted promete que la Cuenta y usted será responsable por cualesquiera pérdidas que resulten y todos los costos asociados con dicha transacción.

**11. Órdenes, Ejecuciones.** Usted deberá impartir órdenes claras y precisas para todas las personas que intervengan en la ejecución de las órdenes conocidas con exactitud tus precios. Verdmont acepta instrucciones verbales, electrónicas y verbales de sus clientes, lo siento en que se pierda la instrucción se mantiene en una manera electrónica, si el caso evidencia se ha recibido por escrito o de manera verbal a través de mensajes telefónicas. Aquellas instrucciones por llamadas telefónicas podrán ser grabadas (referirse a la cláusula 14 de este contrato). Al momento de recibir una orden en el marco de la de su riesgo, o se no por rastro, o de no ser posible un riesgo, Verdmont la intentará en un registro de órdenes según un riguroso orden cronológico. Se asignaría un número correlativo y la ejecutará y podrá todas las medidas necesarias para hacerla llegar a la entidad encargada de su ejecución con la máximo celeridad posible. En caso de que Verdmont no pueda cumplir con esta disposición, le notificará a usted las razones concretas por las que no se pudo ejecutar Verdmont le enviará una confirmación de cada transacción dentro del supuesto de no habría realizado en la misma. Usted contará con antes de responder de sus órdenes prontamente todas las confirmaciones y transacciones y reclamos. Dichas confirmaciones y estado de cuenta se considerarán aceptados por usted y serán vinculantes a menos que nos notifique por escrito dentro de los dos (2) días siguientes de su transmisión a usted. Usted acuerda que es responsable de monitorear todas las órdenes abiertas. Si usted coloca una orden "Valida hasta que sea cancelada" ("good-till-cancelled" o "GTC"), la orden estará permanente vigente hasta que sea ejecutada, sea cancelada por usted mediante la transmisión a usted de las instrucción, o porque usted deberá cancelar las instrucciones.

Edificio Verdmont, Ave. Aquilino De La Guardia No.18 – Apartado Postal 0823-03017 – Ciudad de Panamá, República de Panamá
T:+507 301 9000 or +800 VERDMONT- F: 507 301 9001- www.verdmont.com.pa

DA0000184



# Verdmont Capital

**12. Reportes Corregidos y Atrasados.** [text illegible]

**13. Pago de Precios a Requerimiento.** [text illegible]

**14. Consentimiento para Monitorear y Grabar.** [text illegible]

**15. Comunicaciones Electrónicas y de "E-mails"** [text illegible]

**16. Instrucciones por fax y mensajes seguros.** [text illegible]

**17. Quejas** [text illegible]

**18. Ley Aplicable, Jurisdicción y Arbitraje** [text illegible]

**19. Pérdidas Debido a Eventos Extraordinarios. Límite de Responsabilidad.** [text illegible]

**20. Avisos a Usted.** [text illegible]

**21. Conflictos de Interés.** [text illegible]

**22. Renuncia** [text illegible]

**23. Terminación** [text illegible]

**24. Seguridad y Confiabilidad.** [text illegible]

Edificio Verdmont, Ave. Aquilino De La Guardia No.18 – Apartado Postal 0823-03017 – Ciudad de Panamá, República de Panamá
T:+507 301 9000 or +800 VERDMONT- F: 507 301 9001- www.verdmont.com.pa

DA0000185

# Verdmont Capital

**25. Uso de las Paginas Web de Verdmont**

**MARGIN ACCOUNTS**

**26. 'Margin Loans'**

**27. Transacciones de 'Risk of Margin'**

**28. Requisitos para mantener un Margen Suficiente**

**29. 'Margin Calls'**

**30. Cargos de Intereses en Balances de Débito**

**31. Ventas en Corto**

**32. Préstamos de Valores**

**33. Compromiso de Valores, Opciones y Otras Propiedades**

**34. Divulgación de Continuidad de Negocio**

**35. Valores liquidados físicamente**

Edificio Verdmont, Ave. Aquilino De La Guardia No.18 - Apartado Postal 0823-03017 - Ciudad de Panamá, República de Panamá
T:+507 301 9000 or +800 VERDMONT- F:507 301 9001- www.verdmont.com.pa

DA0000186

# Verdmont Capital

**36. Movimiento de valores entre depositarias** [text illegible/faded]

**37. Ejecución de orden** [text illegible/faded]

**38. Cuentas a futuro** [text illegible/faded]

**39. Retiro de Cuentas Sin Movimiento.** [text illegible/faded]

**40. Compromiso de las partes.** [text illegible/faded]

Edificio Verdmont, Ave. Aquilino De La Guardia No.18 • Apartado Postal 0823-03017 • Ciudad de Panamá, República de Panamá
T:+507 301 9000 or +800 VERDMONT• F: 507 301 9001• www.verdmont.com.na

DA0000187



**Verdmont Capital**  **KYC**

It is Verdmont Capital's policy to know our clients. A copy of this form must be completed for each beneficial owner and signatory of a Verdmont Capital account. This includes individuals named on Powers of Attorney and Trading Authorizations. The information requested is required under Panama's Anti-Money Laundering regulations. Please complete this form and provide the below listed documentation for each relevant individual. / *Es política de Verdmont Capital conocer a su cliente. Una copia de este formulario deberá ser completado por cada propietario efectivo y firmantes de una cuenta de Verdmont Capital. Esto incluye a individuos que actúan como Apoderados Generales o corredores autorizados. La información es requerida bajo las regulaciones contra el Lavado de Dinero de Panamá. Por favor complete este formulario y proporcione la documentación listada mas adelante para cada persona relevante*

- ☑ Certified Copy of photo page of passport or other official identification document*
  *Copia Certificada del pasaporte o cédula u otro documento oficial de identidad de origen*
- ☑ Copy of secondary photo ID (eg, Driver's License or government ID)
  *Copia de una segunda identificación (Licencia de Conducir, Carné del Seguro Social)*
- ☑ One Bank reference letter and one Commercial reference letter or two of either**
  *Una carta de referencia bancaria y una carta de referencia comercial o dos referencias comerciales o dos referencias bancarias **

If reference letters or secondary photo ID does not confirm residential address, please also provide a utility bill, phone bill or other acceptable verification of address. / *Si las cartas de referencia o segunda identificación no confirman la dirección residencial por favor proporcione un recibo de servicios, teléfono u otra referencia aceptada de dirección*

\* Passports or personal ID or any other identification document not presented to Verdmont staff in person in Panama must be notarized or stamped by an Apostille / *Los pasaportes o cédulas u otro documento de identidad de origen no presentados al personal de Verdmont en persona en Panamá requieren que sean notarizados o apostillados*

\*\* Reference letters must be original and on letterhead. Copies of reference letters must be notarized or stamped by an Apostille. Reference letters should attest to the subject's good character and must confirm at least 2 years of satisfactory business. Letters must be signed and include a contact name and number. Letters may be addressed 'To Whom it May Concern'. Verdmont may at its discretion verify references on an anonymous basis. / *Las cartas de referencia deben ser en original y en papel membretado. Copia de las cartas de referencia deben ser notariados o apostillados. Las cartas de referencia deben atestiguar el carácter del sujeto y deben confirmar por lo menos 2 años de negocios con referencia satisfactoria. Las cartas deben estar firmadas e incluir una persona de contacto y un número de teléfono. Las cartas deben ir dirigidas 'A quien concierne'. Verdmont puede a su discreción verificar las referencias anónimamente.*

| Full Name / *Nombre Completo* | Nationality or Citizenship / *Nacionalidad* |
|---|---|
| CHRISTOPHER RICHARD SMITH | UK |

| Residential Address / *Dirección Residencial* |
|---|
| CASA #33 PLAYA LAGUNA |

| City / *Ciudad* | State or Province / *Estado o Panama* | Country / *País* | Postal Code / *Apartado Postal* |
|---|---|---|---|
| SOSUA | | DOMINICAN REPUBLIC | |

| Home Phone / *Teléfono Residencial* | Mobile Phone / *Celular* | Fax | Email / *correo electrónico* |
|---|---|---|---|
| | 809-889-0571 | | BARTLETT@CORPTRAV.COM |

| Date of Birth / *Fecha de Nacimiento* | Marital Status / *Estado Civil* | Passport or ID No / *Pasaporte o Identificación* |
|---|---|---|
| 25 AUGUST 1969 | MARRIED | 099175143 |

**Employment Information / *Información Laboral***

| College Degree / *Estudios* | Current Occupation or Position / *Ocupación o Posición actual* | Length of Employment / *Años de labor en la empresa* |
|---|---|---|
| High School | SELF-EMPLOYED | 7 years |

| Employer's Name (If self employed describe the nature of your business) / *Nombre de la empresa (si es independiente describir el tipo de negocio)* |
|---|
| SELF-EMPLOYED - INVESTMENT BANKING |

| Employer's Address / *Dirección de la empresa* |
|---|
| Casa #33 Playa Laguna |

| City / *Ciudad* | State or Province / *Estado/Provincia* | Country / *País* | Postal Code / *Apartado Postal* |
|---|---|---|---|
| SOSUA | | Dominican Republic | |

| Business Phone / *Teléfono de Oficina* | Business Fax / *Fax de Oficina* |
|---|---|
| 809-889-0571 | |

DA0000188

# Verdmont Capital

Are you a director, officer or a controlling shareholder of a public company?
*Es usted director, ejecutivo o accionista mayoritario de una compañía pública?*

☒ No   ☐ Yes / Si   If yes, please attach details / *En caso afirmativo, por favor adjuntar detalles.*

I hereby acknowledge that any regulatory filing requirements are solely my responsibility and I am not relying on Verdmont Capital for any assistance or advice in regards to regulatory filings I may be required to undertake in a foreign jurisdiction. / *Yo certifico que cualquier documento reglamentario requerido es bajo mi responsabilidad. No dependo de Verdmont Capital para cualquier asistencia o asesoría con respecto a documentos reglamentarios que puedan requerirse para llevar a cabo en una jurisdicción extranjera.*


Initial / *Inical*

I hereby acknowledge that any tax obligations I may have are solely my responsibility, that I have sought professional tax counsel and that I am not relying on Verdmont Capital for taxation advice. / *Por este medio yo reconozco que, cuando sea necesario, yo he buscado asesoría fiscal profesional y que cualesquiera obligaciones fiscales que yo pudiera tener son solamente mi responsabilidad. Yo no estoy dependiendo de Verdmont Capital para consejo o asistencia fiscal.*


Initial / *Inical*

Have you been politically exposed? (If the response is affirmative please complete the PEP form). / *He estado políticamente expuesto? (SI la respuesta es afirmativa por favor completar el formulario PEP).*

☐ Yes / Si   ☒ No

I certify that the information provided by me in this document is true and correct, and I agree to advise Verdmont Capital, SA immediately of any changes to this information. / *Certifico que la información plasmada por mí en este documento es veraz y correcta, y me comprometo a informar a Verdmont Capital SA inmediatamente de cualquier cambio en esta información.*

Signed / *Firma*      Date / *Fecha* 14 FEB 2013

Edificio Verdmont, Ave. Aquilino De La Guardia No.18 – Apartado Postal 0823-03017 - Ciudad de Panamá, República de Panamá
T:+507 301 9000 or +800 VERDMONT· F: 507 301 9001· www.verdmont.com.pa

DA0000189



I hereby certify that this is a true copy of the original.

Lic. Guido Luis Perdomo Montalvo
Notary Public & Lawyer
Calle Pedro Clisante, No 73, 2nd Planta,
Plaza Perdomo, El Batey, Sosua, Dominican Republic.
Tel: +1 (809) 571-1950

RCO
CP
Feb. 21, 2013

DA0000190





I hereby certify that this is a true copy of the original.

Lic. Guido Luis Perdomo Montas
Notary Public & Lawyer
Calle Pedro Clisante, No 73, 2nd Planta
Plaza Perdomo, El Batey, Sosua, Dominican Republic.
Tel: +1 (809) 571-1950

Feb. 21, 2013.

DA0000191

### Lic. Guido Luis Perdomo Montalvo
Abogado – Notario Público

Calle Pedro Clisante No. 73, 2ᵃ Planta
Plaza Perdomo, El Batey, Sosúa, Rep. Dom.
Tel.: (809) 571-1950 y 571- 3274
Fax: (809) 571-2766
guidoperdomo@yahoo.com

U.S. Mailing Address:
EPS – C-165
P.O. Box 02-5553
Miami, Florida, 33102

5 February 2013
Sosúa, Dominican Republic

To whom it may concern:

I am familiar with Mr. Christopher Richard Smith, passport # 099175143, who has been known to me on a professional basis for several years, and can confirm that he has always conducted himself in a professional, diligent, conscientious and trustworthy manner.

I can also confirm that Mr. Smith currently resides at:

Casa # 33 Playa Laguna,
Sosua,
Dominican Republic.

Yours sincerely,

Lic. Guido Luis Perdomo Montalvo
Notary Public & Lawyer

*[seal: LIC. GUIDO LUIS PERDOMO M. Notario Público SOSUA, PTO. PTA., R.D.]*

*[handwritten: Rec
CP
Feb. 21, 2013.]*



*El valor de la eficiencia
en un mercado competitivo*

Sosúa Rep. Dom..
06 Febrero 2013

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

Señor
Christopher Richard Smith
Ciudad

Distinguido Señores:

A requerimiento del Señor Christopher Richard Smith cedula no. 097-0021729-3, Certificamos que el referido Señor es cliente de nuestra Institución desde el 22-03-2007, el cual se ha manejado satisfactoriamente, a través de los productos siguientes:

| Número | Moneda | Producto |
|---|---|---|
| 200-02-071-000752-0 | Dolares | Cuenta de Ahorros |
| 100-01-071-001286-1 | Pesos | Cuentas Corrientes |
| | | |
| | | |

Ofrecemos estas informaciones a condición de mantener la confidencialidad de la misma, agradeciendo las atenciones que puedan brindar a nuestro distinguido cliente.

Atentamente,

Miguelina Alt. Bueno de Arias  592

Gerente
Oficina Sosúa

SU-ADM-042     02-2011     rnc-401010062     www.banreservas.com

Feb. 21, 2013.

DA0000193

# CORPORATE RESOLUTION
### RESOLUCIÓN CORPORATIVA

BARTLETT TRADING INC.
................................................................

("The Company" / "La Compañía")
*Name of Company / Nombre de la Compañía*

**"It is hereby resolved that / Por este medio se resuelve que:**

1. The Company do open and maintain an account with **Verdmont Capital**, (hereinafter called the "Brokers" for the purchase and sale of and other dealings with stocks, bonds, debentures, rights, warrants and other securities (hereinafter called "Securities") / *La Compañía abra y mantenga una cuenta con Verdmont Capital, (en adelante denominada los "Corredores") para la compra y venta de y otras transacciones con acciones, bonos, obligaciones, derechos, garantías y otros valores (en adelante denominados "Valores").*

2. Any one of the following authorized signatories of the Company be and they are hereby authorized on behalf of the Company to do all acts and things and sign all documents required to operate and deal with the said account of the Company and in particular without limiting the generality of the foregoing / *Cualquiera de los los siguientes firmantes autorizados de la Compañía está por este medio autorizados en representación de la Compañía para hacer todos los actos y cosas y firmar todos los documentos requeridos para operar y negociar con la mencionada cuenta de la Compañía y en particular sin limitar la generalidad de lo siguiente:*

    a) To give instructions to the Brokers either written, verbal or by telephone or fax to buy or sell or otherwise deal with securities on behalf of the Company and either for immediate or future delivery and to bind the Company in respect of any such transaction /*Dar instrucciones a los Corredores ya sea escritas o por teléfono o fax para comprar o vender o de otra forma negociar con valores en representación de la Compañía ya sea para entrega inmediata o futura y para comprometer a la Compañía en relación con cualquiera de esas transacciones;*

    (b) To give instructions to the Brokers for the delivery of or to receive delivery of any such securities from the account of the Company including instructions as to the transfer of any such securities to the name of the Company, to the name of any authorized signatories of the Company or to any other person or Company whatsoever / *Dar instrucciones a los Corredores para la entrega de o el recibo de efectivo y valores de la cuenta de la Compañía incluyendo instrucciones para la transferencia de cualquiera de esos valores a nombre de la Compañía, a nombre de cualquier firmante autorizado de la Compañía o a cualquier otra persona o Compañía;*

    (c) To make payments to the Brokers for the credit of the Company either through transfer of the Company's funds or in any other manner whatsoever; and to receive from the Brokers and give receipts to the Brokers for any monies from the account of the Company kept with the Brokers and to verify, certify or confirm any statements of the Brokers with respect to the said account. / *Para hacer pagos a los Corredores para acreditar a la Compañía ya sea a través de transferencia de fondos de la Compañía o en cualquier otra forma; y para recibir de los Corredores y dar recibos a los Corredores por cualesquiera dineros de la cuenta de la Compañía mantenida con los Corredores y para verificar, certificar y confirmar cualesquiera estados de cuenta de los Corredores en relación con la mencionada cuenta*

The following are the authorized signatories of the Company:
*Los siguientes son los firmantes autorizados de la Compañía:*

| Name / Nombre | Title / Título |
|---|---|
| CHRIS SMITH | DIRECTOR |
| | |
| | |
| | |

DA0000194

3. Any and all past transactions heretofore had by the Company or by any of the authorized signatories acting for the Company with the Brokers be and the same are hereby ratified and confirmed. / *Cualquier y todas las transacciones pasadas por la Compañía o por cualquier firmante autorizado por la Compañía con sus Corredores de aquí en adelante han sido y las mismas son por este medio ratificadas y confirmadas.*

4. All notices and demands upon the Company in relation to the said account may be delivered by the Brokers to any of the aforesaid authorized signatories either verbally, in writing or by telephone or fax and if so delivered shall be deemed to have been received by the Company. / *Todas las notificaciones y demanda contra la Compañía en relación con la mencionada cuenta puede ser entregada por los Corredores a cualquiera de los firmantes autorizados antes mencionados ya sea verbalmente. por escrito o por teléfono o fax y si así entregada será considerado que ha sido recibida por la Compañía*

5. The aforesaid authorized signatories be and they are hereby authorized to act upon and to carry out the instructions and orders of the said authorized signatories of the Company in relation to the said account. / *Los firmantes autorizados antes mencionados están y por este medio son autorizados para actuar en base a y ejecutar las instrucciones y órdenes de los firmantes autorizados mencionados de la Compañía en relación a la mencionada cuenta*

6. The Brokers be and they are hereby authorized to act upon and to carry out the instructions and orders of the said authorized signatories of the company in relation to the said account. / *Los Corredores están y por este medio son autorizados para actuar en base a y ejecutar las instrucciones de los firmantes autorizados mencionados de la compañía en relación con la cuenta mencionada*

**And it is further resolved that / Y adicionalmente se resuelve que:**

This resolution and all parts thereof shall remain in full force and effect until written notice of revocation of the Resolution or any part thereof shall be delivered to the Brokers. / *Esta resolución y todas sus partes permanecerán en vigencia y efectiva hasta que aviso escrito de la revocación de la Resolución o cualquier parte de ella sea entregada a los Corredores"*

I, __CHRIS  SMITH__ (1) of __SOSUA, DOMINICAN REPUBLIC__(2) as Secretary, **DO HEREBY CERTIFY THAT** __BARTLETT  TRADING  INC.__(3) is legally entitled to and has taken such steps as are necessary to permit it to establish and operate accounts with Brokers for the sale and purchase of securities that the foregoing Resolutions were duly passed by the Directors of the Company at a meeting duly convened and held on the __14__ day of __FEBRUARY__, 20 __13__ at which a quorum was present and the said Resolutions are still in full force and effect. DATED at __SOSUA__ this __14__ day of __FEBRUAR.__ 20 __13__.

Yo. _____ (1) de _____ (2) como Secretario. *POR ESTE MEDIO CERTIFICO QUE _____ (3) legalmente está facultado para y ha tomado tales acciones como son necesarias para permitirle establecer y operar cuentas con los Corredores para la venta y compra de valores que las Resoluciones anteriores fueron debidamente aprobadas por los Directores de la Compañía en una reunión debidamente convocada y celebrada el ____ de _____ de 20___ en la que hubo quórum y las Resoluciones mencionadas todavía están en vigencia y efecto. FECHADO en _____ el _____ de _____ de 20_____*

_____

SECRETARY/ Secretario

| LOMPANY HAS NO |
| CORPORATE |
| SEAL |

Corporate Seal / Sello Corporativo

1 Secretary of Company's full name, printed.
*Nombre completo impreso del Secretario de la Compañía*
2 Secretary's city and country of residence
*Ciudad y país de residencia del Secretario*
3 Name of Company (must correspond exactly with name of account).
*Nombre de la Compañía (debe corresponder exactamente con el nombre de la cuenta)*

# CERTIFICATE OF INCUMBENCY
### CERTIFICADO DE INCUMBENCIA

The undersigned, being the duly appointed secretary of __BARTLETT TRADING INC.__ (the "Corporation"),
a corporation duly organized and existing under the laws of __SAMOA__,
HEREBY CERTIFIES that the following is a true and correct listing of the Directors and Dignitaries of the Corporation in
full force and effects as the date hereof:

*El suscrito, siendo el secretario debidamente designado de _____ (la "Corporación").*
*una corporación debidamente organizada y existente bajo las leyes de _____*
*MEDIANTE EL PRESENTE DOCUMENTO CERTIFICA que la siguiente es una verdadera y correcta lista de los*
*Directores y Dignatarios de la Corporación en total ejercicio y efecto a la fecha al respecto:*

**DIRECTORS / DIRECTORES:**

__CHRIS SMITH__                                    __/s/__
Print Name / Nombre en Imprenta                    Signature / Firma

_____                          _____
Print Name / Nombre en Imprenta                    Signature / Firma

_____                          _____
Print Name / Nombre en Imprenta                    Signature / Firma

_____                          _____
Print Name / Nombre en Imprenta                    Signature / Firma

_____                          _____
Print Name / Nombre en Imprenta                    Signature / Firma

**DIGNITARIES (indicate titles)/ DIGNATARIOS (indicar cargos):**

__CHRIS SMITH__                                    __OFFICER__
Name / Nombre                                      Title / Cargo

_____                          _____
Name / Nombre                                      Title / Cargo

_____                          _____
Name / Nombre                                      Title / Cargo

_____                          _____
Name / Nombre                                      Title / Cargo

IN WITNESS WHEREOF, the undersigned has executed this certificate and duly affixed the Seal of the Corporation (if
applicable) this day __14 FEBRUARY__, 20__13__.
*COMO TESTIGO DE ESTO, el suscrito ha ejecutado esta certificación y debidamente adjuntado el Sello de la*
*Corporación (si aplica) en el día _____, de 20___.*

__/s/__                                            ┌─────────────────────────┐
                                                   │ THE COMPANY             │
SIGNATURE OF SECRETARY / FIRMA DEL SECRETARIO      │ HAS NO                  │
                                                   │ CORPORATE SEAL          │
                                                   └─────────────────────────┘
                                                   CORPORATE SEAL / SELLO DE LA CORPORACION

DA0000196

FEAGAIMALEATA BUILDING
BEACH ROAD, TAMALIGI
APIA
SAMOA

*To all to whom these presents shall come, I Semi Leung Wai of Apia in the Independent State of Samoa, Notary Public by Lawful Authority duly admitted and sworn (and by the Notaries Public Act 1975 especially empowered in this behalf) do hereby certify:-*

*That the attached document relating to the company <u>BAMFIELD EQUITIES LTD.</u> IC No. 56876, with its Registered Office at Level 5, Development Bank of Samoa Building, Beach Road, Apia, Samoa (hereinafter "the Company") to wit:*

- *Certificate of Incorporation (Change of Name) dated 10th February, 2014.*

*is a true copy of the original corporate document of the Company.*

*The above mentioned Certificate of Incorporation (Change of Name) was signed by C. MALUA, who is a Deputy Registrar of International and Foreign Companies in Samoa and is duly authorized to sign Certificates of Incorporation (Change of Name) of Samoa International Companies.*

*In faith and testimony whereof I have subscribed my name and set and affixed my seal of Office at Apia Samoa aforesaid this 17th day of February Two Thousand and Fourteen.*

*Semi Leung Wai*
*My faculty enures for life*

DA0000197



SAMOA

Company No.: **56876**

## INTERNATIONAL COMPANIES ACT 1987
### (Section 23(4))

### CERTIFICATE OF INCORPORATION
### (CHANGE OF NAME)

PURSUANT to the provisions of Section 23(4) of the International Companies Act 1987, it is hereby certified that

# BARTLETT TRADING INC.

an international company incorporated at Apia on the 6th day of February 2013 having by resolution and with the approval of the Deputy Registrar of International and Foreign Companies changed its name, is now registered under the name of

# BAMFIELD EQUITIES LTD.

Given under my hand and seal at Apia this 10th day of February 2014.

C. MALUA
DEPUTY REGISTRAR OF INTERNATIONAL
AND FOREIGN COMPANIES

05/Mar/2014

*This Certificate of incorporation shall remain valid until the company is struck off and dissolved, pursuant to the provisions of the International Companies Act 1987.*

*An annual renewal fee is due and payable by the company on the 30th day of November of every year following incorporation.*

DA0000198

CERTIFIED as a true copy of the original:

*[signature]*

MOSSACK FONSECA & CO. (SAMOA)
LIMITED as Resident Agent

Date: 8th February, 2013



SAMOA

Company No.: **56876**

## INTERNATIONAL COMPANIES ACT 1987
### (Section 14(3))

### CERTIFICATE OF INCORPORATION

It is hereby certified that pursuant to the provisions of Section 14(3) of the International Companies Act 1987

# BARTLETT TRADING INC.

was incorporated as an international company on the 6th day of February 2013.

Given under my hand and seal at Apia this 6th day of February 2013.

*[seal: REGISTRAR OF INTERNATIONAL AND FOREIGN COMPANIES — SAMOA]*

A. MELEISEA
DEPUTY REGISTRAR OF INTERNATIONAL
AND FOREIGN COMPANIES

*This Certificate of Incorporation shall remain valid until the company is struck off and dissolved, pursuant to the provisions of the International Companies Act 1987.*

*An annual renewal fee is due and payable by the company on the 30th day of November of every year following incorporation.*

DA0000199

CERTIFIED as a true copy of the original:

MOSSACK FONSECA & CO. (SAMOA)
LIMITED as Resident Agent

Date: 8ᵗʰ February, 2013



SAMOA

Company No.: **56876**

## INTERNATIONAL COMPANIES ACT 1987
### (Section 14(3))

### CERTIFICATE OF INCORPORATION

It is hereby certified that pursuant to the provisions of Section 14(3) of the International Companies Act 1987

# BARTLETT TRADING INC.

was incorporated as an international company on the 6th day of February 2013.

Given under my hand and seal at Apia this 6th day of February 2013.



A. MELEISEA
DEPUTY REGISTRAR OF INTERNATIONAL
AND FOREIGN COMPANIES

*This Certificate of Incorporation shall remain valid until the company is struck off and dissolved, pursuant to the provisions of the International Companies Act 1987.*

*An annual renewal fee is due and payable by the company on the 30th day of November of every year following incorporation.*

DA0000200

CERTIFIED as a true copy of the original:

MOSSACK FONSECA & CO. (SAMOA)
LIMITED as Resident Agent

Date: 8ᵗʰ February, 2013



**SAMOA**

# INTERNATIONAL COMPANIES ACT, 1987

## MEMORANDUM

### AND

## ARTICLES OF ASSOCIATION

### OF

## BARTLETT TRADING INC.

No. of Company: 56876



Incorporated the 6ᵗʰ day of February, 2013

## MOSSACK FONSECA & CO. (SAMOA) LIMITED
### Apia, Samoa

DA0000201



### SAMOA

### THE INTERNATIONAL COMPANIES ACT, 1987
("the IC Act")

___

### MEMORANDUM OF ASSOCIATION

OF

### BARTLETT TRADING INC.

("the Company")
A Company Limited by Shares

1.  The Name of the Company is BARTLETT TRADING INC.

2.  The Company is limited by shares.

3.  The Subscriber of the Company is MOSSFON SUBSCRIBERS LTD. having its registered office at Level 5, Development Bank of Samoa Building, Beach Road, Apia, Samoa.

4.  The Registered Office of the Company is: Level 5, Development Bank of Samoa Building, Beach Road, Apia, Samoa.

5.  The Resident Agent of the Company is Mossack Fonseca & Co. (Samoa) Limited, Level 5, Development Bank of Samoa Building, Beach Road, Apia, Samoa; e-mail: samoa@mossfon.com; website: www.mossfon.com.

6.  The authorised capital of the Company is US$50,000.00 divided into 50,000 shares with a par value of US$1.00 each. The directors are duly empowered to issue shares as registered shares only.

7.  The Company shall have all the powers of a natural person including the following powers and objects:

    a)  To carry on any business, other than a business which it is prohibited by the IC Act or the regulations from carrying on, which may seem to the company capable of being conveniently carried on or calculated directly or indirectly to enhance the value of or render profitable any of the company's property or rights.

    b)  To enter into or be a party to any transaction or document.

    c)  To acquire, hold, dispose of or deal with any information or rights or property of any kind.

    d)  To acquire, hold, dispose of or deal with the whole or any part of the undertaking of any other company, association or business.

    e)  To dispose of or otherwise deal with the whole or any part of its undertaking or business.

    f)  To assume any duties, obligations or liabilities.

    g)  To acquire any rights or interests.

    h)  To provide or procure provision of any services.

    i)  To lend to and borrow.

    j)  To procure its registration or recognition in any place outside Samoa.

DA0000202

2

k)   To create and extinguish liabilities and rights and interests.

l)   To issue shares, debentures and options, and to take shares, debentures and options and to redeem and forfeit the same.

m)  To employ or retain person in and about its business or the business of any other company or person.

n)   To give indemnities and guarantees and obtain indemnities and guarantees.

o)   To take out insurance of all kinds whether over the property or rights of the company or not.

p)   To promote any other company.

q)   To make gifts, donations and wagers which may lawfully be made whether the same may, or may not, be for the purpose of advancing its business.

r)   By way of settlement or other dealing or disposition to give the right to a person not a member of the company to share in the whole or any part of its gains or profits to the exclusion of its members provided that in exercising such power no distribution of gains or profits shall be made pursuant to such settlement disposition or other dealing which would exceed the amount properly distributable as a dividend or properly capable of being returned as capital surplus were such distribution a distribution to some or to all of the members of the company.

s)   To do any of the things which it may do in association with any other person or company and as principal or agent or as trustee or for its own benefit.

t)   To promote any other business.

u)   To distribute any of the property of the company among the members, in kind or otherwise.

v)   To give security by charging uncalled capital.

w)   To grant a floating charge on the undertaking or property of the company;

x)   To procure the company to be registered or recognised as a body corporate in any place out of Samoa.

y)   To make provision in connection with the cessation of the whole or part of the business of the company, or of any subsidiary of the company, for the benefit of any subsidiary of the company, for the benefit of employees or former employees of the company or of a subsidiary of the company or for the dependent of such employees or former employees.

z)   To do all such things as are incidental or conducive to the exercise of the other powers of the company.

aa)  To do all other things which are not prohibited by or under the IC Act or the regulations made there under or otherwise by the laws of Samoa.

And it is hereby declared that the intention is that each of the objects specified in each paragraph of this clause shall, except where otherwise expressed in such paragraph, be an independent main object and be in nowise limited or restricted by reference to or inference from the terms of any other paragraph or the name of the Company.

8.   The Company has no power to:

    (a)  carry on business with, or acquire any assets from —

        (i)   any natural person ordinarily resident in Samoa; or

DA0000203

3

    (ii)    any domestic company which is not a trustee company.

(b)  own an interest in land or real estate situated in Samoa other than a lease of property for use as an office which it has established from which to communicate with members or where books and records of the company are prepared or maintained, or from where it maintains and, being the holder or an off-shore banking licence, operates, its business with the approval and consent of the Minister.

(c)  make any disposition to or grant or settle any property (including shares or debentures) on —

    (i)    any natural person ordinarily resident in Samoa; or
    (ii)    any domestic company which is not a trustee company.

(d)  make any disposition or grant or settle any property outside Samoa in the currency of Samoa.

(e)  carry on banking or trust business, unless it is licensed under an enactment authorising it to carry on that business.

(f)  carry on business as an insurance or reinsurance company or insurance manager unless it is licensed under an enactment authorising it to carry on that business.

WE, MOSSFON SUBSCRIBERS LTD., the Subscriber to this Memorandum desire to form a company in pursuance of this Memorandum of Association and agree to take the number and class of shares in the capital of the company set opposite our name.

| NAME, ADDRESS AND DESCRIPTION OF SUBSCRIBER | Number and Class of Share(s) taken by the Subscriber |
|---|---|
| MOSSFON SUBSCRIBERS LTD.<br>Level 5, Development Bank of Samoa Building,<br>Beach Road,<br>P. O. Box 204<br>Apia, Samoa | One (1)<br>Ordinary |

_____
                            Authorised Signatory

DATED this 6th day of February, 2013



SAMOA

THE INTERNATIONAL COMPANIES ACT, 1987

ARTICLES OF ASSOCIATION

OF

BARTLETT TRADING INC.

("the Company")

1.   References in these Regulations to the Act shall mean The International Companies Act, 1987. The following Regulations shall constitute the Regulations of the Company. In these Articles, words and expressions defined in the Act shall have the same meaning and, unless otherwise required by the context, the singular shall include the plural and vice versa, the masculine shall include the feminine and neuter, and references to persons shall include corporations and all legal entities capable of having a legal existence.

### SHARES

2.   The authorised capital of the Company is US$50,000.00 divided into 50,000 shares with a par value of US$1.00 each.  The directors are duly empowered to issue shares as registered shares only.

3.   The shares shall be divided into such number of classes and series as the directors shall by resolution from time to time determine and until so divided shall comprise one class and series.

4.   The directors shall by resolution have the power to issue any class or series of shares that the Company is authorised to issue in its capital, original or increased, with or subject to any designations, powers, preferences, rights, qualifications, limitations and restrictions.

5.   Every person whose name is entered as a member in the share register being the holder of registered shares shall be entitled to a certificate signed by the director(s) or officer(s) so authorised as the case may be.

6.   If a certificate is worn out or lost, it may be renewed on production of the worn-out certificate, or on satisfactory proof of its loss together with such indemnity as the directors may reasonably require. Any member receiving a share certificate shall indemnify and hold the Company and its officers harmless from any loss or liability which it or they may incur by reason of wrongful or fraudulent use or representation made by any person by virtue of the possession of such certificate.

### SHARE CAPITAL AND VARIATION OF RIGHTS

7.   Subject to the provisions of these Articles, the unissued shares of the Company (whether forming part of the original or any increased capital) shall be at the disposal of the directors who may offer, allot, grant options over or otherwise dispose of them to such persons at such times and for such consideration, being not less than the par value of the shares being disposed of, and upon such terms and conditions as the directors may determine.

8.   Without prejudice to any special rights previously conferred on the holders of any existing shares or class of shares, any share in the Company may be issued with such preferred, deferred or other special rights, or such restrictions, whether in regard to dividend, voting, return of capital or otherwise, as the directors may from time to time determine.

DA0000205

2

9. Subject to the provisions of the Act in this regard, shares may be issued on the terms that they are redeemable, or, at the option of the Company, liable to be redeemed on such terms and in such manner as the directors before or at the time of the issue of the shares may determine.

10. The directors may redeem any such share at a premium.

11. If at any time the share capital is divided into different classes of shares, the rights attached to any class (unless otherwise provided by the terms of issue of the shares of that class) may, whether or not the Company is being wound up, be varied with the consent in writing of the holders of not less than fifty-one percent of the issued shares of that class and of the holders of not less than fifty-one percent of the issued shares of any other class of shares which may be affected by such variation.

12. The rights conferred upon the holders of the shares of any class issued with preferred or other rights shall not, unless otherwise expressly provided by the terms of issue of the shares of that class, be deemed to be varied by the creation or issue of further shares ranking pari passu therewith.

### TRANSFER OF SHARES

13. Registered shares in the Company may be transferred by a written instrument signed by the transferor and containing the name and address of the transferee or in such other manner or form and subject to such evidence as the directors shall consider appropriate.

### ACQUISITION OF OWN SHARES

14. Subject to the provisions of the Act in this regard, the directors may, on behalf of the Company, purchase, redeem or otherwise acquire any of the Company's own shares but only out of surplus or in exchange for newly issued shares of equal value, or for such consideration as they consider fit, and either cancel or hold such shares as treasury shares. The directors may dispose of any shares held as treasury shares on such terms and conditions as they may from time to time determine. Shares may be purchased or otherwise acquired in exchange for newly issued shares in the Company.

### ALTERATION IN CAPITAL

15. Subject to the terms of any resolution passed by the directors for the purpose of increasing the authorised capital of the Company, such increased capital may be divided into shares of such respective amounts, and with such rights or privileges (if any) as the directors think expedient.

16. Any capital raised by the creation of new shares shall be considered as part of the original capital, and shall be subject to the same provisions as if it had been part of the original capital.

### MEETINGS OF MEMBERS

17. The directors may convene meetings of the members of the Company at such times and in such manner and places as the directors consider necessary or desirable, and they shall convene such a meeting upon the written request of members holding not less than 51 percent of the votes of the outstanding voting shares in the Company.

18. Seven days' notice at the least specifying the place, the day and the hour of the meeting and the general nature of the business to be conducted shall be given in the manner hereinafter mentioned to such persons whose names on the date the notice is given appear as members in the share register of the Company.

19. A meeting of the members shall be deemed to have been validly held, notwithstanding that it is held in contravention of the requirement to give notice in Regulation 18 if notice of the meeting is waived by ninety percent of the holders of the votes of all shares having a right to attend and vote at the meeting.

SAMOA-ARTS-E-APRIL-2009-MF

DA0000206

20. The inadvertent failure of the directors to give notice of a meeting to a member or to the agent or attorney as the case may be, or the fact that a member or such agent or attorney has not received the notice, does not invalidate the meeting.

21. No business shall be transacted at any meeting unless a quorum of members is present at the time when the meeting proceeds to business. A quorum shall consist of the holder or holders present in person or by proxy of not less than one third of the shares of each class or series of shares entitled to vote as a class or series thereon and the same proportion of the votes of the remaining shares entitled to vote thereon.

22. If within half an hour from the time appointed for the meeting a quorum is not present, the meeting shall be dissolved.

23. Votes may be given either personally or by proxy.

24. The instrument appointing a proxy shall be produced at the place appointed for the meeting before the time for holding the meeting at which the person named in such instrument proposes to vote.

25. An instrument appointing a proxy shall be in such form as the Chairman of the meeting shall accept as properly evidencing the wishes of the member appointing the proxy.

26. The instrument appointing a proxy shall be in writing under the hand of the appointer, unless the appointer is a corporation or other form of legal entity other than one or more individuals holding as joint owners, in which case the instrument appointing a proxy shall be in writing under the hand of an individual duly authorised by such corporation or legal entity to execute the same. The Chairman of any meeting at which a vote is cast by proxy so authorised may call for a notarially certified copy of such authority which shall be produced within 7 days of being so requested or the vote or votes cast by such proxy shall be disregarded.

## CORPORATIONS ACTING BY REPRESENTATIVES AT MEETINGS

27. Any corporation or other form of corporate legal entity which is a member of the Company may by resolution of its directors or other governing body authorise such person as it thinks fit to act as its representative at any meeting of the members or of any class of members of the Company, and the person so authorised shall be entitled to exercise the same powers on behalf of the corporation which he represents as that corporation could exercise if it were an individual member of the Company.

## DIRECTORS

28. Subject to any subsequent amendment to change the number of directors, the minimum number of directors of the Company shall be one and the maximum number shall be twenty.

29. The first director or directors shall be elected by the subscriber to the Memorandum. Thereafter, the director(s) shall be elected by the members or the director (if there is only one) or directors for such term as the members or the director (if there is only one) or directors may determine.

30. The director(s) shall hold office until his(their) successor(s) shall take office or until his(their) earlier death, resignation or removal.

31. Every vacancy in the board of directors may be filled by a resolution of the members or of the director (if there is only one) or of a majority of the remaining directors if applicable.

32. A director may be a company whether incorporated in Samoa or elsewhere and may act through a representative or delegate appointed from time to time by written notice lodged with the secretary. Any director with the approval of the directors may appoint any person, whether a member of the



DA0000207


4

company or not, to be alternate or substitute director in his place during such period as he thinks fit. Any person while he so holds office as an alternate or substitute director shall be entitled to notice of meetings of the directors and to attend and vote thereat accordingly, and to exercise all the powers of the appointor in his place. An alternate or substitute director shall not be required to hold any share qualification, and shall ipso facto vacate office if the appointor vacates office as a director or removes the appointee from office. Any appointment or removal under this Article shall be effected by notice in writing under the hand of the director making the same.

33. The directors shall not be required to hold any shares in the company unless the company resolves otherwise.

34. The office of director shall be vacated if the director:

(a) is removed from office by a resolution of members or by a resolution of directors, or

(b) becomes bankrupt or makes any arrangement or composition with his creditors generally, or

(c) becomes of unsound mind, or of such infirm health as to be incapable of managing his affairs, or

(d) resigns his office by notice in writing to the Company.

35.

(a) A director may hold any other office or position of profit under the Company (except that of auditor) in conjunction with his office of director, and may act in a professional capacity to the Company on such terms as to remuneration and otherwise as the directors shall arrange.

(b) A director may be or become a director or other officer of, or otherwise interested in any company promoted by the Company, or in which the Company may be interested, as a member or otherwise, and no such director shall be accountable for any remuneration or other benefits received by him as director or officer or from his interest in such other company. The directors may also exercise the voting powers conferred by the shares in any other company held or owned by the Company in such manner in all respects as they think fit, including the exercise thereof in favour of any resolutions appointing them, or any of their number, directors or officers of such other company, or voting or providing for the payment of remuneration to the directors or officers of such other company. A director may vote in favour of the exercise of such voting rights in the manner aforesaid, notwithstanding that he may be, or be about to become, a director or officer of such other company, and as such in any other manner is, or may be, interested in the exercise of such voting rights in the manner aforesaid.

(c) No director shall be disqualified by his office from contracting with the Company, either as vendor, purchaser or otherwise, nor shall any such contract or arrangement entered into by or on behalf of the Company in which any director shall be in any way interested be voided, nor shall any director so contracting or being so interested be liable to account to the Company for any profit realised by any such contract or arrangement, by reason of such director holding that office or of the fiduciary relationship thereby established. The nature of a director's interest must be declared by him at the meeting of the directors at which the question of entering into the contract or arrangement is first taken into consideration, and if the director was not at the date of that meeting interested in the proposed contract or arrangement, or shall become interested in a contract or arrangement after it is made, he shall forthwith after becoming so interested advise the Company in writing of the fact and nature of his interest. A general notice to the directors by a director that he is a member of a specified firm or company, and is to be regarded as interested in any contract or transaction which may, after the date of notice, be made with such firm or company shall (if such director shall give the same at a meeting of the directors, or shall take reasonable steps to secure that the same is brought up and read at the next meeting of directors after it is given) be a sufficient declaration of interest in relation to such contract or transaction with such firm or company. A director may be counted as one of a quorum upon a motion in

DA0000208

5

respect of any contract or arrangement which he shall make with the Company, or in which he is so interested as aforesaid, and may vote upon such motion.

## OFFICERS

36. The Secretary shall be appointed by the director(s) for such term, and upon such conditions as the director(s) and the secretary shall agree. The directors may appoint other secretaries and, subject to the Act, fix their respective duties and functions. Any secretary may be removed by the director(s) subject to the provisions of the Act.

37. The directors of the Company may, by a resolution of directors, appoint other officer(s) of the Company at such times as shall be considered necessary or expedient, and such officers may consist of a President, one or more Vice-Presidents, other Secretaries in addition to the Secretary and a Treasurer and such other officers as may from time to time be deemed desirable.

38. The officers shall perform such duties as shall be prescribed at the time of their appointment subject to any modification in such duties as may be prescribed by the directors thereafter, but in the absence of any specific allocation of duties it shall be the responsibility of the President to manage the day-to-day affairs of the Company, the Vice-Presidents to act in order of seniority in the absence of the President but otherwise to perform such duties as may be delegated to them by the President, the Secretary to maintain the registers, minute books and records (other than financial records) of the Company and to ensure compliance with all procedural requirements imposed on the Company by applicable law, and the Treasurer to be responsible for the financial affairs of the Company.

39. Any person may hold more than one office and no officer need be a director or member of the Company. The officers shall remain in office until removed from office by the directors whether or not a successor is appointed.

40. Any officer who is a body corporate may appoint any person its duly authorised representative for the purpose of representing it and of transacting any of the business of the officers.

## POWERS OF DIRECTORS

41. The business of the Company shall be managed by the directors who may pay all expenses incurred preliminary to and in connection with the formation and registration of the Company, and may exercise all such powers of the Company as are not by the Act or by these Regulations required to be exercised by the members subject to any delegation of such powers as may be authorised by these Regulations and to such requirements as may be prescribed by resolution of the members; but no requirement made by resolution of the members shall prevail if it be inconsistent with these Regulations nor shall such requirement invalidate any prior act of the directors which would have been valid if such requirement had not been made.

42. The directors may entrust to and confer upon any director or officer any of the powers exercisable by them upon such terms and conditions and with such restrictions as they think fit, and either collaterally with, or to the exclusion of, their own powers, and may from time to time revoke, withdraw, alter or vary all or any of such powers. The directors may delegate any of their powers to committees consisting of such member or members of their body as they think fit; any committee so formed shall in the exercise of the powers so delegated conform to any regulations that may be imposed on it by the directors.

43. The directors may from time to time and at any time by power of attorney appoint any company, firm or person or body of persons, whether nominated directly or indirectly by the directors, to be the attorney or attorneys of the Company for such purposes and with such powers, authorities and discretions (not exceeding those vested in or exercisable by the directors under these Regulations) and for such period and subject to such conditions as they may think fit, and any such powers of attorney may contain such provisions for the protection and convenience of persons dealing with any such

DA0000209

6

attorney as the directors may think fit and may also authorise any such attorney to delegate all or any of the powers, authorities and discretions vested in him.

44. Any director may appoint any person as its duly authorised representative for the purpose of representing it at Directors Meetings and of transacting any of the business of the directors.

45. The directors are authorised to open and operate bank accounts with banks, brokerage houses, savings and/or loan associations, credit institutes or any similar institutions of their choice anywhere in the world. All cheques, promissory notes, drafts, bills of exchange and other negotiable instruments and all receipts for monies paid to the Company, shall be signed, drawn, accepted, endorsed or otherwise executed, as the case may be, in such manner as the directors shall from time to time by resolution determine.

46. The directors may exercise all the powers of the Company to borrow money and to mortgage or charge its undertakings, property and uncalled capital or any part thereof, to issue debentures, debenture stock and other securities whenever money is borrowed or as security for any debt, liability or obligation of the Company or of any third party.

47. The continuing directors may act notwithstanding any vacancy in their body, save that if the number of directors shall have been fixed at two or more persons and by reason of vacancies having occurred among the directors there shall be only one continuing director, he shall be authorised to act alone only for the purpose of appointing another director.

## PROCEEDINGS OF DIRECTORS

48. The meetings of the directors and any committee thereof shall be held at such place or places as the directors shall decide.

49. The directors may meet together for the dispatch of business, adjourn and otherwise regulate their meetings as they think fit. Questions arising at any meeting shall be decided by a majority of votes; in case of an equality of votes the chairman shall have a second or casting vote. A director may at any time summon a meeting of the directors. If the Company shall have only one director, the provisions hereinafter contained for meetings of the directors shall not apply but such sole director shall have full power to represent and act for the Company in all matters and in lieu of minutes of a meeting shall record in writing and sign a note or memorandum of all matters requiring a resolution of the directors. Such note or memorandum shall constitute sufficient evidence of such resolution for all purposes.

50. A director shall be given not less than three days notice of a meeting of the directors.

51. Notwithstanding Regulation 50 above, a meeting of directors held in contravention of that regulation shall be valid if a majority of the directors entitled to vote at the meeting have waived the notice of the meeting.

52. The inadvertent failure to give notice of a meeting to a director, or the fact that a director has not received the notice, does not invalidate the meeting.

53. A meeting of directors is duly constituted for all purposes if at the commencement of the meeting there are present in person or by alternate not less than the majority of the total number of directors with a minimum of two.

54. If within half an hour from the time appointed for the meeting a quorum is not present, the meeting shall be dissolved.

55. Any one or more of the directors or any committee thereof may participate in a meeting of directors or of a committee of directors by means of a conference telephone or similar communications

DA0000210

equipment allowing all persons participating in the meeting to hear each other at the same time. Participation by such means shall constitute presence in person at a meeting.

56. A resolution approved by a majority of the directors for the time being entitled to receive notice of a meeting of the directors or of a committee of the directors and taking the form of one or more documents in writing or by facsimile, telex, telegram, cable or other written electronic communication shall be as valid and effectual as if it had been passed at a meeting of the directors or of such committee duly convened and held, without the need for any notice.

## INDEMNITY

57. Subject to the provisions of the Act and of any other statute for the time being in force, every director or other officer of the Company shall be entitled to be indemnified out of the assets of the Company against all losses or liabilities which he may sustain or incur in or about the execution of the duties of his office or otherwise in relation thereto, and no director or other officer shall be liable for any loss, damage or misfortune which may happen to, or be incurred by the Company in the execution of the duties of his office, or in relation thereto.

## SEAL

58. If adopted, the directors shall provide for the safe custody of the common seal of the Company. The common seal when affixed to any instrument, shall be witnessed by a director or any other person so authorised from time to time by the directors.

## DIVIDENDS AND RESERVES

59. The directors may, by resolution, declare a dividend, but no dividend shall be declared and paid except out of surplus and unless the directors determine that immediately after the payment of the dividend

    (a) the Company will be able to satisfy its liabilities as they become due in the ordinary course of its business; and

    (b) the realisable value of the assets of the Company will not be less than the sum of its total liabilities, other than deferred taxes, as shown in the books of account, and its capital.

60. Dividends may be declared and paid in money, shares or other property.

61. The directors may from time to time pay to the members such interim dividends as appear to the directors to be justified by the surplus of the Company.

62. Notice of any dividend that may have been declared shall be given to each member in the manner hereinafter mentioned and all dividends unclaimed for three years after having been declared may be forfeited by the directors for the benefit of the Company.

63. No dividend shall bear interest against the Company.

## BOOKS AND RECORDS

64. The Company shall keep such accounts and records as the directors consider necessary or desirable in order to reflect the financial position of the Company.

65. The Company shall keep minutes of all meetings of directors, members, committees of directors, committees of officers and committees of members, and copies of all resolutions consented to by directors, members, committees of directors, committees of officers and committees of members.

DA0000211

8

66. The books, records and minutes required by Regulations 64 and 65 shall be kept at the Registered Office of the Company or at such other place as the directors may determine, and shall be open to the inspection of the directors at all times.

67. The directors shall from time to time determine whether and to what extent and at what times and places and under what conditions or regulations the books, records and minutes of the Company or any of them shall be open to the inspection of members not being directors, and no member (not being a director) shall have any right of inspecting any book, record, minute or document of the Company except as conferred by Law or authorised by resolution of the directors.

## AUDIT

68. The directors may by resolution call for the accounts of the Company to be examined by an auditor or auditors to be appointed by them at such remuneration as may from time to time be agreed.

69. The report of the auditor shall be annexed to the accounts upon which he reports, and the auditor shall be entitled to receive notice of, and to attend, any meeting at which the Company's audited Profit and Loss Account and Balance Sheet is to be presented.

## NOTICES

70. Any notice, information or written statement required to be given to members shall be served, by mail (air mail service if available) addressed to each member at the address shown in the share register.

71. All notices directed to be given to the members shall, with respect to any registered share to which persons are jointly entitled, be given to whichever of such persons is named first in the share register, and notice so given shall be sufficient notice to all the holders of such share.

72. Any notice, if served by post, shall be deemed to have been served within ten days of posting, and in proving such service it shall be sufficient to prove that the letter containing the notice was properly addressed and put into the Post Office.

## WINDING UP

73. If the Company shall be wound up, the Liquidator may, in accordance with a resolution of members divide among the members in specie or in kind the whole or any part of the assets of the Company (whether they shall consist of property of the same kind or not) and may for such purpose set such value as he deems fair upon any property to be divided as aforesaid and may determine how such division shall be carried out as between the members or different classes of members. The Liquidator may vest the whole or any part of such assets in trustees upon such trusts for the benefit of the contributories as the Liquidator shall think fit, but so that no member shall be compelled to accept any shares or other securities whereon there is any liability.

## AMENDMENT TO ARTICLES

74. The Company may alter or modify the conditions contained in the Memorandum of Association and these Regulations, as originally drafted or as amended from time to time, by a resolution of either the Company member(s) or of the director(s).

SAMOA-ARTS-E-APRIL.2009-MF

9

---

## NAME, ADDRESS AND DESCRIPTION OF SUBSCRIBER

---

**MOSSFON SUBSCRIBERS LTD.**
Level 5, Development Bank of Samoa Building,
Beach Road,
P. O. Box 204
Apia, Samoa

_____
Authorised Signatory

---

DATED this 6th day of February, 2013

SAMOA-ARTS-E-APRIL_2009-MF

DA0000213

FEAGAIMALEATA BUILDING
BEACH ROAD, TAMALIGI
APIA
SAMOA'

*To all to whom these presents shall come, I Semi Leung Wai of Apia in the Independent State of Samoa, Notary Public by Lawful Authority duly admitted and sworn (and by the Notaries Public Act 1975 especially empowered in this behalf) do hereby certify:-*

*That the attached document relating to the company BAMFIELD EQUITIES LTD. IC No. 56876, with its Registered Office at Level 5, Development Bank of Samoa Building, Beach Road, Apia, Samoa (hereinafter "the Company") to wit:*

  -  *Certificate of Incorporation (Change of Name) dated 10th February, 2014.*

*is a true copy of the original corporate document of the Company.*

*The above mentioned Certificate of Incorporation (Change of Name) was signed by C. MALUA, who is a Deputy Registrar of International and Foreign Companies in Samoa and is duly authorized to sign Certificates of Incorporation (Change of Name) of Samoa International Companies.*

*In faith and testimony whereof I have subscribed my name and set and affixed my seal of Office at Apia Samoa aforesaid this 17th day of February Two Thousand and Fourteen.*



   *Semi Leung Wai*
   *My faculty enures for life*

DA0000214



Company No.: **56876**

SAMOA

## INTERNATIONAL COMPANIES ACT 1987
### (Section 23(4))

## CERTIFICATE OF INCORPORATION
### (CHANGE OF NAME)

PURSUANT to the provisions of Section 23(4) of the International Companies Act 1987, it is hereby certified that

## BARTLETT TRADING INC.

an international company incorporated at Apia on the 6th day of February 2013 having by resolution and with the approval of the Deputy Registrar of International and Foreign Companies changed its name, is now registered under the name of

## BAMFIELD EQUITIES LTD.

Given under my hand and seal at Apia this 10th day of February 2014.

C. MALUA
DEPUTY REGISTRAR OF INTERNATIONAL
AND FOREIGN COMPANIES

*This Certificate of Incorporation shall remain valid until the company is struck off and dissolved, pursuant to the provisions of the International Companies Act 1987.*

*An annual renewal fee is due and payable by the company on the 30th day of November of every year following incorporation.*

DA0000215

DA0000216

VPMS : Client

Page 1 of 1

Last Logon 02/05/2014 at 09:39 GMT-5. Success    LOG OFF

ACTIONS    SEARCH    TRADING    REPORTS    CONFIGURATION    VIEW    ABOUT

Yessenia Batista

**Update Client**

Client    B00100C   Bamfield Equities Ltd.

Client Information    Contact Information    Accounts    Signatories    Documents    Associated Users

**Client Information**

| | |
|---|---|
| Company | Verdmont Capital |
| Client Type | ○ Corporate ⦿ Individual |
| Company Name | Bamfield Equities Ltd. |
| Code | B00100C |
| Interest Type | Standard |

| Currency | Rate | Default Rate | |
|---|---|---|---|
| AUD | 13.3975 | 0.00 | EDIT |
| CAD | 12.65 | 0.00 | EDIT |
| EUR | 11.7435 | 0.00 | EDIT |
| GBP | 13.6925 | 0.00 | EDIT |
| USD | 12.52125 | 0.00 | EDIT |

| | |
|---|---|
| Broker | Conley Foray – VOICE |
| Law Firm | - Select -    ADD LAW FIRM |
| Referral Code | |

| Code | Name | Account | Commission(%) | Spread Share(%) | Workflow(%) | FX Share(%) | | ADD RE |
|---|---|---|---|---|---|---|---|---|
| S020 | Conley Foray | 172-800512 | 50.00% | 50.00% | 0.00% | 0.00% | EDIT DEL | |

**Client Status**

| | | | | |
|---|---|---|---|---|
| Status | Opened | Open Date | 02/22/2013 | |
| | | Close Date | | CLEAR |
| | | Frozen Date | | CLEAR |
| | | Special Date | | CLEAR |

Client updated successfully

3/5/2014

DA0000217

VPMS : Client

Page 1 of 1

Last Logon 02/22/2013 at 13 16 GMT 5 Success

ACTIONS   SEARCH   TRADING   REPORTS   CONFIGURATION   VIEW   ABOUT

Yessenia Batista

**Update Client**

Client          B00100C  BARTLETT TRADING INC

Client Information   Contact Information   Accounts   Signatories   Documents   Associated Users

Client Information

Company              Workscape Expert

Client Type          ● Corporate   ○ Individual

Company Name         BARTLETT TRADING INC

Code                 B00100C

Commission Type      Standard

Interest Type        Standard

Broker               Conley Forey - VC/CF

Law Firm             - Select -                                    ADD

| Referral Code | Code Name | Account ID | Commission Rate (%) | Spread Share Rate (%) | Workflow Rate (%) | FX Share Rate (%) | |
|---|---|---|---|---|---|---|---|
| S020 | Conley Forey | 172880512 | 50.00% | 50.00% | 0.00% | 0.00% | Edit Delete |

ADD

Client Status

Status         Opened

Open Date      02/22/2013
Close Date                    CLEAR
Frozen Date                   CLEAR
Special Date                  CLEAR

Client updated successfully

# Verdmont Capital                    Corporate Account Form

Date: _February 21, 2013_

Account Name: _~~Bartlett Trading Inc. now~~: Bamfield Equities Ltd._

Contact: _Chris Smith_

Broker: _Cooley Foay_

Checklist: Corporate

☐ Investment Account Application.   Corporate
☐ Sealed corporate resolution authorizing the opening of the account and specifying the authorized signatories
☐ Certified copy of certificate of incorporation or Articles of incorporation
☐ Certificate of incumbency.
☐ Certificate of good standing.
☐ KYC forms for all beneficial owners and signatories:
☐ Certified Copy of photo page of passport or other official identification documentation
☐ Copy of secondary photo ID
☐ One bank reference letter and one commercial reference letter or two of either

Missing:

_____
_____
_____

Advisor Comments:

_____
_____
_____

☐ Opening pending receipt of missing papers required by: _____
☐ Compliance Approval to open: _____
☐ Missing documents received. _____
☐ Comments by compliance Officer: _Change of Name to: Bamfield_
_Equities Ltd  as 05/Mar/2013_
_____

☑ Final Account approval: _Yessenia Batista_

Account number: _172-800512_

 **Verdmont Capital**

## Annual Update Form

*Formulario de Actualización Anual*

According to the CNV, Acuerdo 5-2003, we hereby certified the Annual Update for Verdmont Capital Accounts / En relación al Acuerdo 1-2008 de la CNV, por este medio certificamos la Actualización Anual de las cuentas de Verdmont Capital.

Account Name: *Barefield Spiller Ltd*
*Nombre de la Cuenta*

Please specify the changes in the account requested (Telephone, e-mail, addresses,etc.):
*Favor indicar los cambios en la cuenta requerida (Teléfonos, e-mail, direcciones, etc.):*

*NO changes*

Who the Broker or broker's Assistant talked to / *Persona entrevistada por el Corredor de Valores o Asistente de Corredor de Valores*

*Internet sources*

Broker or Broker's /Compliance's assistant signature: _____
*Firma de Corredor o Asistente de Corredor o Cumplimiento*

Comments:
*Comentarios*

Date: *May 22, 2014*
*Fecha*

Compliance Officer signature:
*Firma del Oficial de Cumplimiento*

Comments
*Comentarios*

Date: *22/5/2014*
*Fecha*

DA0000220

"BAMFIELD EQUITIES LTD." · Google Search                                     Page 1 of 2

"BAMFIELD EQUITIES LTD."

   

Web    Maps    News    Images    Shopping    More ▾    Search tools

About 23,400,000 results (0 74 seconds)

No results found for "BAMFIELD EQUITIES LTD.".

Results for BAMFIELD EQUITIES LTD. (without quotes):

Bamfield - LinkedIn
www.linkedin.com/pub/dir/+/Bamfield ▾
View the profiles of professionals with last name Bamfield on LinkedIn    Current:
CEO at Joint Equity Ltd, Director at PDSI Ltd, Chairman at Doyle Club, ...

Rob Bamfield - New Zealand | LinkedIn
nz.linkedin.com/pub/rob-bamfield/68/738/a75
View Rob Bamfield's (New Zealand) professional profile on LinkedIn. ... Senior
Investment Analyst at Savoy Equities Limited; Energy / Pricing Analyst at Pacific .

Rob Bamfield - New Zealand profiles | LinkedIn
nz.linkedin.com/pub/dir/Rob/Bamfield ▾
There are 2 professionals named Rob Bamfield in the New Zealand, who use ...
Senior Investment Analyst at Savoy Equities Limited, Energy / Pricing Analyst at ...

Southlands Equities Ltd. | Financial Services
www.financialservices.cc/company-southlands-equities-ltd-in-burnaby-3... ▾
Southlands Equities Ltd. based in 101-4606 Canada Way, Burnaby, British Columbia
V5G 1K5, Canada

Trian Equities Ltd. | Financial Services
www.financialservices.cc/company-trian-equities-ltd-in-burnaby-45848 ▾
Trian Equities Ltd. based in 4240 Manor St #210, Burnaby, British Columbia V5G
1B2, Canada. ... On this page you will find important information about Trian Equities
Ltd  based in 4240 Manor St #210, Burnaby, British .... Bamfield, BC

Delta Equities Ltd. | Financial Services
www.financialservices.cc/company-delta-equities-ltd-in-vancouver-24138 ▾
Delta Equities Ltd. based in 201-2065 4Th Ave W, Vancouver, British Columbia V6J
1N3, Canada .  On this page you will find important information about Delta Equities
Ltd. based in 201-2065 4Th Ave W, Vancouver, British .... Bamfield, BC

First Equity Stock Brokers - First Equity Ltd is a member of ...
www.firstequity.ltd.uk/ ▾
First Equity Ltd provides a high quality, personalised, stockbroking service to
institutional and private clients. It's overall aim is to provide an efficient and cost ...

Bamfield B profile on Pipiserch.Co.Nz
pipiserch.co.nz/Bamfield-B-1093597357/ ▾
Bamfield B, 6 found. 1. Bamfield B +(64)02377**** ... Positions. Kirkcaldie & Stains
Ltd (KRK), Savoy Equities Ltd (SVY), Cooks Global Foods Ltd (CGF), Jobs ...

Bamfield T profile on Pipiserch.Co.Nz
pipiserch.co.nz/Bamfield-T-1093597413/ ▾
Auckland International Airport Ltd (AIA), Wool Equities Ltd (WEL), GeoOP Ltd (GEO).
Jobs. Interests. Algeria, Papua New, Tonga. Favorite Countries. Episode # ...

Bamber W - Allpiprof.co.nz
allpiprof.co.nz/people/bamber-w/ ▾
Career. Jobs. Synlait Milk Ltd (SML), Infratil Ltd (IFT), Wool Equities Ltd (WEL).
Positions. Petroleum engineer, Gaffer - see broadcast engineer ...

"BAMFIELD EQUITIES LTD." - Google Search                              Page 2 of 2

TD Advanced Dashboard
Ad  www.tdwaterhouse.ca/direct_investing ▾
New Easy Straightforward Pricing  Starting at Just $7  Begin Trading!

1 2 3 4 5 6 7 8 9 10       Next

Help    Send feedback    Privacy & Terms

Print                                                                              Page 1 of 1



## WORLD-CHECK
*REDUCING RISK THROUGH INTELLIGENCE*

**Legal Notice**

You are strictly prohibited from disclosing or copying the content of this service to third parties excluding regulatory agencies.

**Please note**

(1) General Legal Notice
(2) Category Legal Notice
(3) Reported Link Legal Notice

| Comment: |
|---|
| |

---

| Username: VCap01 | Printed: 22-05-2014 19:27 UTC |
|---|---|
| **NAME:** BAMFIELD EQUITIES LTD | |
| **MODE:** Exact Match | |
| **COUNTRY:** SAMOA | |

There are no entries matching the above search criteria.

---

**1) General Legal Notice**

\* All information identified or correlated in this profile, appears in the listed sources. We are not responsible for the content of third party sites or sources. Information correlated is necessarily brief and should be read by users in the context of the fuller details available in the external sources to which hypertext links are provided. Users should also carry out independent checks in order to verify the information correlated.

**2) Category Legal Notice**

Category is based on information contained in the sources provided.

**3) Reported Link Legal Notice**

Where an individual or entity is listed as being "Reported to be linked to" other profiles, the nature of the links vary considerably and users should not draw negative inferences merely from that association.

"CHRISTOPHER RICHARD SMITH" - Google Search          Page 1 of 1

"CHRISTOPHER RICHARD SMITH"             

Web    Images    News    Videos    Shopping    More ▾    Search tools

About 335,000 results (0.18 seconds)

**Christopher Richard Smith | Facebook**
https://www.facebook.com/christopher.r.smith.1000 ▾
Join Facebook to connect with Christopher Richard Smith and others you may know.
Facebook gives people the power to share and makes the world more open ..

**Christopher Richard Smith Profiles | Facebook**
https://www.facebook.com/public/Christopher-Richard-Smith ▾ Facebook ▾
View the profiles of people named Christopher Richard Smith on Facebook. Join
Facebook to connect with Christopher Richard Smith and others you may know

**Christopher Richard Smith (chrisrichardsmith) on Instagram...**
www.iphoneogram.com/u/48876611
COMMENTS 8. 1375060057serine1222, I need to buy you a new pair of shorts.
1375060590lcaake. I WAS LITERALLY THERE. 1375060600lcaake  bhv u cute.

**Christopher Richard Smith – Profiles and Historical Records ...**
records.ancestry.com/christopher_richard_smith_records.ashx?pid... ▾
10 Records - Potential photos and documents for Christopher Richard Smith  View
All 9 Images   Richard Christopher Ruben Smith  Christopher Richard Smith

**Christopher Richard Smith – Profiles and Historical Records ...**
records.ancestry.com/christopher_richard_smith_records.ashx?pid... ▾
Christopher Richard Smith. Found 10 Records, 10 Photos and 32,646,976 Family
Trees. Born on 9 Jun 1879. Christopher Richard married Ellen Lucy Etheridge

**Christopher Richard Smith – Advanced Background Checks**
www.advancedbackgroundchecks.com/d/christopher-smith/342262116 ▾
One of the largest people directories for white pages information  Christopher
Richard Smith (Age 32) living in Granite Falls, NC (342282116)

**Christopher Richard Smith – Advanced Background Checks**
www.advancedbackgroundchecks.com/d/christopher-smith/194683860 ▾
One of the largest people directories for white pages information. Christopher
Richard Smith (Age 45) living in New Braunfels, TX (194683860)

**Christopher Richard Smith – Advanced Background Checks**
www.advancedbackgroundchecks.com/d/christopher-smith/406016544 ▾
One of the largest people directories for white pages information. Christopher
Richard Smith (Age 31) living in Port St Lucie, FL (406016544)

**Christopher Richard Smith: Lawrence / Stanley Genealogy**
www.earnestlawrence.com/getperson.php?personID=126821300... ▾
Christopher Richard Smith: Lawrence / Stanley Genealogy.

**Christopher R. Smith Obituary - Visitation & Funeral ...**
www.schoedinger.com/obituaries/Christopher-Smith-2/ ▾
Jan 6, 2014 - Obituary & Service  SMITH Christopher Richard Smith, age 52, of Mt
Vernon, Ohio,... View More. Sympathy Cards. Customized sympathy cards ...

1  2  3  4  5  6  7  8  9  10          Next

Help    Send feedback    Privacy & Terms

Print  Page 1 of 1

# WORLD·CHECK
### REDUCING RISK THROUGH INTELLIGENCE

**Legal Notice**

You are strictly prohibited from disclosing or copying the content of this service to third parties excluding regulatory agencies.

**Please note**

(1) General Legal Notice
(2) Category Legal Notice
(3) Reported Link Legal Notice

| Comment: |
|---|
|  |

| Username: VCap01 | | Printed: 22-05-2014 19:21 UTC |
|---|---|---|
| **NAME:** | CHRISTOPHER RICHARD SMITH | |
| **MODE:** | Exact Match | |
| **COUNTRY:** | UNITEDKINGDOM | |
| There are no entries matching the above search criteria. | | |

## 1) General Legal Notice

\* All information identified or correlated in this profile, appears in the listed sources. We are not responsible for the content of third party sites or sources. Information correlated is necessarily brief and should be read by users in the context of the fuller details available in the external sources to which hypertext links are provided. Users should also carry out independent checks in order to verify the information correlated.

## 2) Category Legal Notice

Category is based on information contained in the sources provided.

## 3) Reported Link Legal Notice

Where an individual or entity is listed as being "Reported to be linked to" other profiles, the nature of the links vary considerably and users should not draw negative inferences merely from that association.

**Yessenia Batista**

| | |
|---|---|
| From: | Yessenia Batista |
| Sent: | Wednesday, March 05, 2014 12:35 PM |
| To: | Michelle Peralta; Conley Forey; Conley Patrick Forey |
| Cc: | Chantal Paredes |
| Subject: | Change of Name - Bartlett Trading Inc. is now Bamfield Equities Ltd. |

Dear Sirs:

We have changed the name of the above account in the system according to the instructions received.

Regards,

Yessenia Batista
Oficial de Cumplimiento
Verdmont Capital, S.A.
Edificio Verdmont
Ave. Aquilino De La Guardia No. 18
Apartado Postal 0823-03017
Ciudad de Panamá, República de Panamá
tel: +507 301 9051
fax: +507 301 9001
www.verdmont.com.pa

Entidad Regulada y Supervisada por la Superintendencia del Mercado de Valores.  Licencia para operar como Casa de Valores.

1

DA0000226

**Yessenia Batista**

| | |
|---|---|
| **From:** | Yessenia Batista |
| **Sent:** | Friday, February 22, 2013 2:20 PM |
| **To:** | Conley Forey; Michelle Peralta |
| **Cc:** | Taylor Housser; Glynn Fisher |
| **Subject:** | BARTLETT TRADING INC. (Christopher Smith) |

Dear All:  The above account has been opened in VPMS.  No records were found.  The account number is 172-800512.

Conley:   When you stop by the office, please do not forget to sign the application form.

Regards,

Yessenia Batista
Oficial de Cumplimiento
Verdmont Capital, S.A.
Edificio Verdmont
Ave. Aquilino De La Guardia No. 18
Apartado Postal 0823-03017
Ciudad de Panamá, República de Panamá
tel: +507 301 9051
fax: +507 301 9001
www.verdmont.com.pa

Entidad Regulada y Supervisada por la Superintendencia del Mercado de Valores.  Licencia para operar como Casa de Valores.

1

DA0000227



**Legal Notice**

You are strictly prohibited from disclosing or copying the content of this service to third parties excluding regulatory agencies.

**Please note**

(1) General Legal Notice
(2) Category Legal Notice
(3) Reported Link Legal Notice

Comment:

| Username: VCap01 | Printed: 22-02-2013 17:26 UTC |
|---|---|
| **NAME:** BARTLETT TRADING | |
| **MODE:** Exact Match | |
| **COUNTRY:** SAMOA | |

There are no entries matching the above search criteria.

**1) General Legal Notice**

* All information identified or correlated in this profile, appears in the listed sources. We are not responsible for the content of third party sites or sources. Information correlated is necessarily brief and should be read by users in the context of the fuller details available in the external sources to which hypertext links are provided. Users should also carry out independent checks in order to verify the information correlated.

**2) Category Legal Notice**

Category is based on information contained in the sources provided.

**3) Reported Link Legal Notice**

Where an individual or entity is listed as being "Reported to be linked to" other profiles, the nature of the links vary considerably and users should not draw negative inferences merely from that association.

DA0000228

+You   Search   Images   Maps   Play   YouTube   News   Gmail   Drive   Calendar   More ▾

"BARTLETT TRADING"



Sign in

Web      Images      Maps      Shopping      More ▾      Search tools

About 2,410 results (0.30 seconds)

**Bartlett trading international llc in Wilton, CT ... - Yellowpages.com**
www.yellowpages.com/wilton-ct/bartlett-trading-international-llc
Results 1 - 12 of 12 – 12 listings of International Trade Consultants in Wilton on
YP.com. Find reviews, directions & phone numbers for the best bartlett trading ...

**Bartlett Trading, LLC - Stamford, Connecticut (CT) | Company Profile**
www.manta.com/c/mry5yq3/bartlett-trading-llc
Bartlett Trading, LLC company profile in Stamford, CT. Our free company profile
report for Bartlett Trading, LLC includes business information such as contact, ...

**Bartlett Trading Ltd | Facebook**
en-gb.facebook.com/pages/Bartlett-Trading-Ltd/173453666101016
Bartlett Trading Ltd. 1 likes · 0 talking about this. ... Bartlett Trading Ltd. Like ·
Create a Page · Privacy · Terms. Bartlett Trading Ltd. Product/Service. 1 person
likes ...

**Bank of Bartlett Trading Liabilities Trend**
www.usbanklocations.com/bank-of-bartlett-trend.shtml?c=tradel
The Trading Liabilities variation of Bank of Bartlett from 1992 to now.

**Bartlett Trading - Child Safety,Home Security**
www.alibaba.com › Buy
Child Safety,Home Security and more... See info for all products/services from Bartlett
Trading.

**GunBroker.com - Auctions by Bartlett Trading Co Ltd**
www.gunbroker.com/auction/SellerAuctions.aspx?User=435995
13 items – Buy and sell guns at GunBroker.com - the world's largest online gun
auction. Discover top brands of guns, rifles, pistols, shotguns, as well as gun parts ...

**GunBroker.com - View User Feedback: Bartlett Trading Co Ltd**
www.gunbroker.com/Auction/ViewUserFeedback.aspx?User ...
322 items – Buy and sell guns at GunBroker.com - the world's largest online gun
auction. Discover top brands of guns, rifles, pistols, shotguns, as well as gun parts ...

**Bartlett Trading, llc - Connecticut companies**
conncorps.com › B › BA › BAR › BART › BARTLE › BARTLETT-
Bartlett Trading, Llc: agent, contacts, address, registration, next biennial report date
and more. Connecticut company code: 1016086.

**Bartlett Trading, LLC - corporationwiki.com**
www.corporationwiki.com › Connecticut › Stamford
Jun 2, 2012 – Bartlett Trading, LLC has a location in Stamford, CT. Active officers
include Thomas Bartlett. The company's line of business includes Whol ...

**Bartlett trading cards | Find trading cards in Bartlett, TN**
local.commercialappeal.com/bartlett+tn/trading+cards.zq.html
Results 1 - 15 of 183 – trading cards for Bartlett, TN. Find phone numbers, addresses,
maps, driving directions and reviews for trading cards in Bartlett, TN.

1  2  3  4  5  6  7  8  9  10        Next

Advanced search   Search Help   Give us feedback

Google Home   Advertising Programs   Business Solutions   Privacy & Terms   About Google





# WORLD·CHECK

*REDUCING RISK THROUGH INTELLIGENCE*

**Legal notice**

You are strictly prevented from disclosing or copying the content of this service
to third parties excluding regulatory agencies.

| | |
|---|---|
| **Given Name(s):** | CHRISTOPHER RICHARD |
| **Last Name(s):** | SMITH |
| **Gender:** | Male |
| **Issuing State:** | United Kingdom – British Citizen |
| **Nationality:** | United Kingdom – British Citizen |
| **Date of Birth:** | 25/08/1969 |
| **Document Type:** | Passport |
| **Passport/ID #:** | 099175143 |
| **Date of Expiry:** | 21/09/2020 |

No resulting match for term in
World-Check:
SMITH, CHRISTOPHER RICHARD

**Verification Procedure**

Please compare the computed results below with the lines of the Machine Readable Zone on the document at hand. In particular pay attention to check control digits (coloured red) in this form for a better readability only.

**Upper Line:** P*GBRSMITH<<CHRISTOPHER<RICHARD<<<<<<<<<<<<<

**Lower Line:** 0991751431GBR6908256M2009214****************

Characters marked with * are used at the discretion of the Issuing State and shall be disregarded.

**MRZ Matches document:** (Please tick:)

YES ☐   NO ☐

If the machine readable code does not match, the document at hand may be a forgery and enhanced due diligence should be performed.

**Verification Procedure performed by:**

| | |
|---|---|
| Name / Last Name: | YESSENIA BATISTA |
| Position: | COMPLIANCE OFFICER |
| Date & Place: | FEBRUARY 22, 2013, PANAMA |
| Signature: | |

**Verification Procedure performed by:**

| | |
|---|---|
| Name / Last Name: | CHANTAL PAREDES |
| Position: | COMPLIANCE ASSISTANT |
| Date & Place: | FEBRUARY 22, 2013, PANAMA |
| Counter Signature: | |

**1) General Legal Notice**

* All information identified or correlated in this profile, appears in the listed sources. We are not responsible for the content of third party sites or sources. Information correlated is necessarily brief and should be read by users in the context of the fuller details available in the external sources to which hypertext links are provided. Users should also carry out independent checks in order to verify the information correlated.

Notice: In compliance with international standardization all countries issue Machine Readable Zone passports, however, prior to this standard some older passports may not conform with the standard and therefore may not match the results provided by Passport-Check.

Some countries/states passports may consist of more or less than 9 characters. All characters must be entered except where they contain more than 9, only the first 9 of these characters are required to calculate the results.

**22/02/2013**

"christopher richard smith" - Google Search                                            Page 1 of 1

+You  Search  Images  Maps  Play  YouTube  News  Gmail  Drive  Calendar  More -

"CHRISTOPHER RICHARD SMITH"                                      Sign in

Web     Images     Maps     Shopping     More -     Search tools

Any time -     All results -

### Christopher Richard Smith | Facebook
www.facebook.com/christopher.r.smith.1000
Christopher Richard Smith is on Facebook. Join Facebook to connect with
Christopher Richard Smith and others you may know. Facebook gives people the ...

### Christopher Richard Smith Profiles | Facebook
www.facebook.com/public/Christopher-Richard-Smith
View the profiles of people named Christopher Richard Smith on Facebook. Join
Facebook to connect with Christopher Richard Smith and others you may know.

### Richard Christopher Smith | Facebook
www.facebook.com/richard.c.smith.520
Others Named Richard Christopher Smith. Richard Smith Christopher · Chris Smith ·
Richard Christopher Smith · Christopher Richard Smith. More ...

### Richard Christopher Smith | Facebook
www.facebook.com/richard.c.smith.750
Others Named Richard Christopher Smith. Chris Smith · Christopher Richard Smith
· Richard Smith Christopher, Others With a Similar Name, Christopher Janz ...

### Christopher Richard Smith - Ancestry.com
search.ancestry.com/.../ise.e.dll?...
Christopher Richard Smith, ... All results for Christopher Richard Smith. Matches 1
–20 of 134,957 Sorted By Relevance. View. Sorted by relevance, Summarized ...

### Christopher Richard Smith (deceased) - Genealogy
www.geni.com/.../Christopher-Richard-Smith/6000000006788774443...
Aug 21, 2010 – Genealogy for Christopher Richard Smith (deceased) on Geni with
over 100 million profiles of ancestors and living relatives. Page updated ...

### Christopher Richard Smith and The City of Schertz, Texas v. Deiber...
law.justia.com › . › November, 2003
Christopher Richard Smith and the City of Schertz appeal the trial court's denial of
their motion for summary judgment on the grounds of sovereign immunity.

### Mr Christopher Richard Smith - Ex-Director at Garden City Ceramic...
https://www.duedil.com/director/ ./christopher-richard-smith
View Christopher Smith's directorship profile on Duedil, the world's largest company &
director search platform. See a time-line of Christopher Smith's ...

### Christopher Richard Smith Mugshot - Allen County, IN - Booked for ...
mugshots.com › US Counties › Indiana › Allen County, IN
Christopher Richard Smith booked for Body Attachment in Allen County, IN , Chris
Richard Smith, Christian Richard Smith, Kester Richard Smith, Kit Richard ...

### Christopher Richard Smith - SoundCloud
soundcloud.com/christophersmith-8
Explore the largest community of artists, bands, podcasters and creators of music &
audio.

1  2  3  4  5  6  7  8  9  10        Next

Advanced search    Search Help    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy & Terms    About Google

http://www.google.com/                                                    2/22/2013
DA0000232



DA0000233

TO: VERDMONT CAPITAL S.A.

RE: NEW ACCOUNT APPLICATION

We confirm as follows:

1. Investment Account Application, section 5, question 5: the expected transaction volume is 20 per week.

2. Certificate of Incumbency: Chris Smith is Secretary of Bartlett Trading Inc.

3. KYC: the level of education of Chris Smith is high school; he has been self-employed for 2 years at Casa #33 Playa Laguna, Sosua, Dominican Republic.

Sincerely,

BARTLETT TEADING INC.

C. Smith, Director

21 February, 2013

DA0000234

Michelle Peralta

| | |
|---|---|
| From: | Conley Forey |
| Sent: | Thursday, February 21, 2013 2:30 PM |
| To: | Michelle Peralta |
| Subject: | RE: new account |

*Options 2/5/2013*

Yes, Michelle, the client has told me at least 2 times that he does not expect a return of 5mil annually since there is no guarantee in the stock markets.
Conley.

From: Michelle Peralta
Sent: Thursday, February 21, 2013 02:26 PM
To: Conley Forey
Subject: RE: new account

Conley,

Thank you. I have completed the missing information in the application forms.
In the signed confirmation, they did not say anything about the second page of the corporate application form, in section 4, part 4: "If you require income please specify your cash flow requirements" The client wrote "Annually: 5 million+".
Can you please confirm you would like me to change the client's answer to "N/A" as he confirmed this change to you already?

Thank you.

From: Conley Forey
Sent: Thursday, February 21, 2013 2:06 PM
To: Michelle Peralta
Subject: FW: new account

From: Bartlett Trading Inc. [mailto:bartlett@corptrax.com]
Sent: Thursday, February 21, 2013 02:05 PM
To: Conley Forey
Subject: new account

We attach a signed confirmation addressing questions raised by your firm in reviewing the new account application.
Sincerely,
C. Smith

1

DA0000235

Michelle Peralta

From:            Conley Forey
Sent:            Wednesday, February 20, 2013 11:35 AM
To:              Michelle Peralta
Subject:         Re: Bartlett Trading Inc.

Yes

-----Original Message-----
From: Michelle Peralta
Sent: Wednesday, February 20, 2013 11:31 AM
To: Conley Forey
Subject: RE: Bartlett Trading Inc.

Also the sole officer (president, secretary, treasurer)?

-----Original Message-----
From: Conley Forey
Sent: Wednesday, February 20, 2013 11:29 AM
To: Michelle Peralta
Subject: RE: Bartlett Trading Inc.

Chris Smith is the sole director and shareholder of Bartlett Trading.

From: Michelle Peralta
Sent: Wednesday, February 20, 2013 10:57 AM
To: Conley Forey
Subject: Bartlett Trading Inc.

Conley,

I have reviewed the documents we received from Bartlett Trading Inc. I can give these to Compliance for their review, but I can tell you right now a few things they will ask for:

-On the second page of the corporate application form, in section 4, part 4: "If you require income please specify your cash flow requirements" The client wrote "Annually: 5 million+". We can't guarantee this. Usually, this section is answered as "N/A" since the clients invest mostly in the stock market.

-Section 5, question 5: what is the expected transaction volume and turnover for the account? The client answered: $5 million +per year. He needs to write the expected transaction volume. For example: 20 per week.

-The certificate of incorporation and articles of incorporation are not notarized. These need to be notarized/certified. The documents received only have a seal from the resident agent.

-Is Mr. Chris Smith the sole director and only officer of the company? The dignitaries section of the Certificate of incumbency was not completed and there is no information on this in the documents received.

Chris Smith's KYC:

1

DA0000236

*WF*

# Verdmont Capital

## PHYSICAL CERTIFICATE DEPOSIT FORM

Date: 03/22/2013

Company Name: Norstra Energy Inc.                     Symbol: NORX

Registered in the name of: Bartlett Trading Ltd

Deposit to account of: Bartlett Trading Inc              Broker code CF

Number of Shares: 1,850,000              Certificate Number: 149

Free Trading: Yes ✓ No _____         if no -- restriction date (CAD): _____

                                        -- restriction date (USD): _____

Transfers Docs required for deposit:

PA: ✓   Corp. Res: ✓   Form 144: _____ Letter #1: _____ Letter #3: _____
Letter #4, A: _____ Other: _____

Transfer Docs Attached:

PA: ✓   Corp. Res: ✓   Form 144: _____ Letter #1: _____ Letter #3: _____
Letter #4, A: _____ Other: _____

Depository:

DTC*: ✓ CDS: _____ EuroClear: _____ CREST: _____ Other (Specify): _____

How did client acquire shares?

P.P. thru Verdmont _____      Private Acquisition ✓      Purchase in Market _____
Private Placement _____        Warrant _____              Other(Specify) _____

Us Certificates:

Is documentation attached concerning how the shares are registered? Yes: ✓   No: _____
If the shares were acquire from a 3rd party, is the related documentation attached (e.g. Purchase/sale agreement)?                                Yes: ✓   No: _____
Please confirm company is current with its SEC filings:         Yes: ✓   No: _____
Are the shares physically settled                               Yes: _____ No: ✓

Broker's signature: Conley Avery

Number of outstanding shares: 73,763,100              % 2.51%

Management Approval: WF                               Cost Override 0.30 .

Send to Custodian?   Yes ✓   if Restricted send on _____   No _____

Date sent to RBC: _____

DA0000237

# IRREVOCABLE STOCK POWER

FOR VALUE RECEIVED, the undersigned does (do) hereby sells, assigns and transfers to:

_____

(Name of Transferee)

_____

_____

_____

(Transferee's Address)

*1,850,000* shares of the *common* stock of *Noreth Energy Inc*

represented by Certificate(s) No(s). *149*

inclusive, standing in the name of the undersigned on the books of the said Company.

The undersigned does (do) hereby irrevocably constitute and appoint *Brant*

*Investment Limited* attorney to transfer the said stock on the books of

said Company, with full power of substitution in the premises.

Dated *March 22nd, 2013*

Signature of Transferers

_____

_____

In the presence of:

Signature of Witness

SIGNATURE GUARANTEED BY:

SIGNATURE GUARANTEED
VERDMONT CAPITAL
Edificio Verdmont,
Aver Aquilino de La Guardia No.18,
Panama, Rep. de Panamá
Rucf 1552271-1-762115

Auth. No.
036

Authorized Officer

DA0000238

## Resolution of Sole Director

The undersigned, being the sole director of _Bartlett Trading Ltd._

("the Corporation"), hereby resolves to sell, assign and transfer _1,850,000_ holdings of the _Common_ of _NORSTRA Energy Inc._

(indicate class)                (indicate name of Issuer)

represented by certificate number(s) _149_, registered in the name of the Corporation, and, for the purposes hereof, the undersigned, being the sole officer of the Corporation, is hereby authorized to execute on behalf of the Corporation all such conveyances, transfers and other documents, to affix the corporate seal of the Corporation and to do all things necessary to give effect to this resolution.

The undersigned, President of the Corporation, hereby certifies that:

1. The foregoing is a true copy of a resolution of the sole direction of the Corporation adopted on _March 2nd, 2013_ and that the resolution is still in full force and effect, unamended, and

2. The undersigned is the sole director and officer of the Corporation on the date indicated below.

Signed at _____ on this _2nd_ day of _March_, 20 _13_.

_Chris Smith_
**President** print and sign name
Affix Corporate Seal (if no seal exists, certify below)

I hereby certify that there is no corporate seal.

_____
**President** sign name

We, the undersigned, by our duly authorized officer(s), do hereby certify that the signature of the President of the Corporation appearing herein above is that of the sole director and officer of the Corporation.

Space for guarantees of signatures (below)

SIGNATURE GUARANTEED
VERDMONT CAPITAL
Edificio Verdmont
Ave: Aquilino De La Guardia No.18,
Panama, Rep. of Panama
R.U.C# 1796874-1-613359
Auth. No.
036
Authorized Officer

Per: Name: _Chris Smith_
Title: _President - Sole Director_

Per: Name: _____
Title: _____

Note: The above certification must be completed along with a guarantee by a major Canadian Schedule I chartered bank, a major trust company in Canada or a member of an acceptable Medallion Signature Guarantee Program (STAMP, SEMP, MSP). The Guarantor must affix a stamp bearing the actual words "Signature Guaranteed".

In the USA, signature guarantees must be done by members of a "Medallion Signature Guarantee Program only".

Please note, signature guarantees are not accepted from Treasury Branches, Credit Unions or Caisse Populaires unless they are members of the Stamp Medallion Program.

(02/2004)

DA0000239



NUMBER
149

COMMON STOCK

SHARES
***1,850,000***

COMMON STOCK
CUSIP 65654V103

SEE REVERSE FOR CERTAIN DEFINITIONS

NORSTRA ENERGY INC.

INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

THIS CERTIFIES THAT

***Bartlett Trading Ltd.***

Is the Owner of *** One Million Eight Hundred Fifty Thousand ***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
NORSTRA ENERGY INC.

transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly
endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.

Dated: March 8, 2013

COUNTERSIGNED AND REGISTERED:
EMPIRE STOCK TRANSFER INC.
Transfer Agent and Registrar

By
AUTHORIZED SIGNATURE

CORPORATE
SEAL

DIRECTOR

PRESIDENT

B 24656

DA0000240

The following abbreviations, when used in the inscription of the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT —_____ Custodian_____
                              (Cust)              (Minor)
                        under Uniform Gifts to Minors Act

_____
(State)

Additional abbreviations may also be used though not in the above list.

*For Value Received,*_____ *hereby sells, assigns and transfers unto*

PLEASE INSERT SOCIAL SECURITY
OR OTHER IDENTIFYING NUMBER

_____

_____

_____
(PLEASE PRINT OR TYPE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

_____ *Shares*

*of the Capital Stock represented by this Certificate and hereby irrevocably constitutes and appoints*

_____ *Attorney*

*to transfer the said stock on the books of the within–named Corporation with full power of substitution in the premises.*

*Dated* _____

NOTICE   THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THIS CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATSOEVER.

SIGNATURE(S) GUARANTEED

NOTICE   THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION, (BANKS, STOCKBROKERS, SAVINGS AND LOAN ASSOCIATION AND CREDIT UNIONS) WITH MEMBERSHIP IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM PURSUANT TO S.E.C. RULE 17AD-15.

DA0000241

Michelle Peralta

**From:** Brian Barthlow <brian@empirestock.com>
**Sent:** Thursday, March 21, 2013 5:43 PM
**To:** Michelle Peralta
**Subject:** RE: Norstra Energy Inc. (NORX)

Afternoon Michelle

confirmed no stops or restrictions and the shares tack back to the company S1 Registration statement

Best Regards
BRIAN BARTHLOW
Empire Stock Transfer
1859 Whitney Mesa Dr.
Henderson, NV 89014
Telephone (702) 818-5898
Facsimile (702) 974-1444

Please Take Our Customer Satisfaction Survey
http://empirestock.com/survey.html

Empire Stock Transfer Inc.
1859 Whitney Mesa Dr.
Henderson, Nevada 89014
(702) 818-5898



CONFIDENTIALITY NOTICE: This e-mail and any attached documents contain information which is PRIVILEGED, PROPRIETARY and CONFIDENTIAL, are protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, Federal and State copyright laws, and are intended only for the use of the recipient(s) named herein. No part of this document or any attachments may be reproduced or transmitted without permission from Empire Stock Transfer Inc. If you are not the intended recipient, you are hereby notified that any disclosure, distribution, or the taking of any action in reliance upon the contents of this communication is strictly prohibited. If you have received this transmission in error, please notify us immediately.

**From:** Michelle Peralta [mailto:Michelle.Peralta@verdmont.com.pa]
**Sent:** Thursday, March 21, 2013 1:36 PM
**To:** Brian Barthlow
**Subject:** Norstra Energy Inc. (NORX)

Good afternoon Mr. Barthlow,

We received the attached certificate for Bartlett Trading Ltd. Could you please confirm the shares of this certificate tack back to ones issued under an S1 registration and that this is a valid certificate, free trading, there are no stops, holds or restrictions?

Thank you.

Michelle Peralta
Broker's Assistant
**Verdmont Capital, S.A.**

1

DA0000242

## PURCHASE AND SALE AGREEMENT

This agreement dated the 7th day of March, 2013

BETWEEN:

        PEGASUS GLOBAL A.G.

        (hereinafter referred to as the "Transferor")

AND:

        BARTLETT TRADING INC.

        (hereinafter referred to as the "Transferee")

THIS AGREEMENT WITNESSETH THAT in consideration of the purchase price of $555,000USD ($.30 per share), the receipt and sufficiency of which is hereby acknowledged, and in reliance on the agreements, representations and warranties of the Transferor, the Transferee hereby agrees to purchase 1,850,000 shares (the "Shares") of Norstra Energy Inc. (the "Company") from the Transferor free and clear of all liens, charges and encumbrances.

The Transferee represents and warrants to the Transferor that:

(1)    the Transferee is acquiring the Shares for his own account for investment purposes; and

(2)    the Transferee possesses the financial and business experience to make an informed decision to acquire the Shares, and has had access to all information relating to the Company and its business operations which would be necessary to make an informed decision to purchase the Shares.

The Transferor represents and warrants to the Transferee that:

(1)    the Transferor is not an affiliate of the Corporation and did not acquire the Shares from an affiliate of the Corporation; and

(2)    the Transferor is the beneficial owner of the Shares and has the right to dispose of them in the manner contemplated by this agreement.

This Agreement may be executed in one or more counter-parts, each which so executed, whether in original or facsimile form, shall constitute one and the same agreement and be considered an original.

IN WITNESS WHEREOF, the parties have executed the Agreement effective as of the date of this Agreement.

TRANSFEROR

TRANSFEREE

DA0000243



NUMBER
145

COMMON STOCK

NORSTRA ENERGY INC.

INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

COMMON STOCK
CUSIP 65654V103

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

***Pegasus Global A₁G₁***

Is the Owner of**** Three Million Six Hundred Eighty-Four Thousand ****

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
NORSTRA ENERGY INC.

transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers

Dated   February 20, 2013

COUNTERSIGNED AND REGISTERED
EMPIRE STOCK TRANSFER INC.
Transfer Agent and Registrar

By

AUTHORIZED SIGNATURE

CORPORATE
SEAL

DIRECTOR

PRESIDENT

DA0000244

# POWER OF ATTORNEY TO TRANSFER SECURITIES

FOR VALUE RECEIVED the undersigned hereby sells, assigns and transfers to SEE ATTACHED 'SCHEDULE A'

_____ 3,684,000 SHARES OF NOBMAN ENERGY INC.

*(Name and address of transferee)*

*(Description of securities and name of corporation)*

represented by certificate number 145, and hereby irrevocably constitutes and appoints _____ the attorney of the undersigned to transfer the said shares on the books of the said corporation with full power of substitution in the premises.

Dated: 26 FEBRUARY 2013

_____
*Witness*

Signature of transferor guaranteed by:

PEGASUS GLOBAL A.G.

(Ruth Swanwick)

DA0000245

## RESOLUTION TO TRANSFER SECURITIES

RESOLVED THAT RUTH SWANWICK be and is hereby authorized on behalf of the Company to accept and convey, assign, transfer or otherwise dispose of all or any shares, stock, bonds, debenture stock and other securities of every description now or hereafter registered in the name of the Company or held or owned by the Company and to sign and execute on behalf of the Company all and any instruments of acceptance and transfer and other documents whenever necessary or proper to effectuate the same with full power to appoint any attorney or attorneys with full power of substitution therein, and that any and all instruments of acceptance and transfer and other documents in connection therewith heretofore signed and executed on behalf of the Company in accordance with the authority set out above are hereby ratified and confirmed

### CERTIFICATE

I hereby certify that the foregoing is a true and correct copy of a resolution duly passed at a meeting of the Directors of PEGASUS GLOBAL A G. regularly held on 26 February 2013 and that the said resolution is now in full force and effect. I further certify that the following is a list of all directors, officers and employees of the Company authorized by this resolution to do any act or thing:

RUTH SWANWICK
(Name)

(1) _____
(Specimen Signature)

(2) _____
Secretary (Roger Kagey)

DA0000246

## SCHEDULE A

Shareholders:                                    Shares:

Bartlett Trading Ltd,                            1 X 1,850,000
Development Bank of Samoa
Level 5, Beach Road
Apia, Samoa

                             1 X 1,834,000

DA0000247

U.S. SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

Form 10-Q

Mark One
[X] QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE
ACT OF 1934

For the quarterly period ended November 30, 2013

[ ] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE
ACT OF 1934

For the transition period from _____ to _____

Commission File No. 333-181042

NORSTRA ENERGY, INC.
(Name of registrant in its charter)

Nevada                                          27-1833279
(State or other jurisdiction                    (IRS Employer
of incorporation or organization)              Identification Number)

414 Manor Road
Laredo Texas, 78041
1-888-474-8077 (TEL)

Indicate by checkmark whether the issuer: (1) has filed all reports required to
be filed by Section 13 or 15(d) of the Exchange Act during the past 12 months
(or for such shorter period that the registrant was required to file such
reports), and (2) has been subject to such filing requirements for the past 90
days. Yes [X] No[ ]

Indicate by check mark whether the registrant has submitted electronically and
posted on its corporate Web site, if any, every Interactive Data File required
to be submitted and posted pursuant to Rule 405 of Regulation S-T (232.405 of
this chapter) during the preceding 12 months (or for such shorter period that
the registrant was required to submit and post such files) Yes [X] No[ ]

Indicate by check mark whether the registrant is a large accelerated filed, an
accelerated filer, a non-accelerated filer, or a smaller reporting company.

Large accelerated filer [ ]                     Accelerated filer [ ]
Non-accelerated filer [ ]                       Smaller reporting company [X]

Indicate by check mark whether the registrant is a shell company (as defined in
Rule 12b-2 of the Exchange Act). Yes [ ] No [X]

Applicable Only to Issuer Involved in Bankruptcy Proceedings During the
Preceding Five Years. N/A

Indicate by checkmark whether the issuer has filed all documents and reports
required to be filed by Section 12, 13 and 15(d) of the Securities Exchange Act
of 1934 after the distribution of securities under a plan confirmed by a court.
Yes [ ] No [ ]

Applicable Only to Corporate Registrants

Indicate the number of shares outstanding of each of the issuer's classes of
common stock, as of the most practicable date:

Class                                   Outstanding as of November 30, 2012
-----                                   -----------------------------------

Common Stock, $0.001                              73,763,100

# DWAC

## DEPOSIT REQUEST

REQUEST DATE: May 28, 2013

BROKER/DEALER INFORMATION

NAME OF BROKER/DEALER:  RBC Dexia

DTC PARTICIPANT #: 0901

DTC AGENT BANK #: 80901

INSTITUTION ID: 53372

FOR CREDIT TO: Verdmont Capital          ACCOUNT NAME:  Verdmont Capital:
Ref#161932002

ACCOUNT #: 298307

CONTACT NAME:  Lourdes Jaen

CONTACT PHONE NUMBER: +507 301 9071

SHAREHOLDER ACCOUNT INFORMATION

EXACT ACCOUNT NAME: Bartlett Trading Inc.

ACCOUNT NUMBER: 172-800512

SECURITY/STOCK INFORMATION

NAME OF ISSUER:  Norstra Energy Inc.

SYMBOL: NORX

CUSIP NUMBER:  65654V103

# OF SHARES: 1,857,000

REQUEST INFORMATION

NAME OF INDIVIDUAL SUBMITTING REQUEST: Bartlett Trading Inc.

CONTACT E-MAIL ADDRESS: bartlett@corptrax.com

COMPLETION DATE:

COMPLETED BY:

DA0000249



NUMBER
166

COMMON STOCK

*NORSTRA ENERGY INC.*

INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

SHARES
***1,857,000***

COMMON STOCK
CUSIP 65663V103

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

***Tamarind Investments Inc.***

Is the Owner of*** One Million Eight Hundred Fifty-Seven Thousand ***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
NORSTRA ENERGY INC.

*transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.*

*Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.*

Dated: April 2, 2013

COUNTERSIGNED AND REGISTERED
EMPIRE STOCK TRANSFER INC.
Transfer Agent and Registrar

By

AUTHORIZED SIGNATURE

CORPORATE
SEAL

DIRECTOR

PRESIDENT

24679

DA0000250

## POWER OF ATTORNEY TO TRANSFER SECURITIES

FOR VALUE RECEIVED the undersigned hereby sells, assigns and transfers to *Bartlett Trading Inc*
*Development Bank of Samoa, Level 5, Beach Rd, Apia, Samoa*
<span style="text-align:center">(Name and address of transferee)</span>
*1,857,000 shares of Norstra Energy Inc.*
<span style="text-align:center">(Description of securities and name of corporation)</span>

represented by certificate number *166* , and hereby irrevocably constitutes and appoints _____
the attorney of the undersigned to transfer the said shares on the books of the said corporation with full power of substitution in
the premises.

Dated *May 28, 13*

*TAMARIND INVESTMENTS INC.*

*Belkis Reyes*
Authorized Signatory (Belkis Reyes)

_____
Witness

Signature of transferee guaranteed by

SIGNATURE GUARANTEED
IN TRUST COMPANY

_____
Authorized Signatory

## RESOLUTION TO TRANSFER SECURITIES

**RESOLVED THAT** BELKIS REYES be and is hereby authorized on behalf of the Company to accept and convey, assign, transfer or otherwise dispose of all or any shares, stock, bonds, debenture stock and other securities of every description now or hereafter registered in the name of the Company or held or owned by the Company and to sign and execute on behalf of the Company all and any instruments of acceptance and transfer and other documents whenever necessary or proper to effectuate the same with full power to appoint any attorney or attorneys with full power of substitution therein; and that any and all instruments of acceptance and transfer and other documents in connection therewith heretofore signed and executed on behalf of the Company in accordance with the authority set out above are hereby ratified and confirmed.

### CERTIFICATE

I hereby certify that the foregoing is a true and correct copy of a resolution duly passed at a meeting of the Directors of TAMARIND INVESTMENTS INC. regularly held on 28 May 2013; and that the said resolution is now in full force and effect. I further certify that the following is a list of all directors, officers and persons of the Company authorized by this resolution to do any act or thing.

BELKIS REYES
(Name)

(Signature)

I further certify the company has no corporate seal.

(Signature)
Secretary (Matthew Marador)

DA0000252

## PURCHASE AND SALE AGREEMENT

This agreement dated the 28 day of May, 2013

BETWEEN:

TAMARIND INVESTMENTS INC.

(hereinafter referred to as the "Transferor")

AND:

BARTLETT TRADING INC.

(hereinafter referred to as the "Transferee")

THIS AGREEMENT WITNESSETH THAT in consideration of the purchase price of $1,559,880 USD ($.84 per share), the receipt and sufficiency of which is hereby acknowledged, and in reliance on the agreements, representations and warranties of the Transferor, the Transferee hereby agrees to purchase 1,857,000 shares (the "Shares") of Norstra Energy Inc. (the "Company") from the Transferor free and clear of all liens, charges and encumbrances.

The Transferee represents and warrants to the Transferor that:

(1)     the Transferee is acquiring the Shares for his own account for investment purposes; and

(2)     the Transferee possesses the financial and business experience to make an informed decision to acquire the Shares, and has had access to all information relating to the Company and its business operations which would be necessary to make an informed decision to purchase the Shares.

The Transferor represents and warrants to the Transferee that:

(1)     the Transferor is not an affiliate of the Corporation and did not acquire the Shares from an affiliate of the Corporation; and

(2)     the Transferor is the beneficial owner of the Shares and has the right to dispose of them in the manner contemplated by this agreement.

This Agreement may be executed in one or more counter-parts, each which so executed, whether in original or facsimile form, shall constitute one and the same agreement and be considered an original.

IN WITNESS WHEREOF, the parties have executed the Agreement effective as of the date of this Agreement.

_____                    _____
TRANSFEROR                                         TRANSFEREE

DA0000253