**PAGE DA0000394**
**NOT USED**

Luis Lasso
Operations Manager
Verdmont Capital, S.A.
Edificio Verdmont
Ave. Aquilino De La Guardia No. 18
Apartado Postal 0823-03017
Ciudad de Panamá, República de Panamá
tel: +507 301 9000
fax: +507 301 9002
www.verdmont.com.pa

Entidad Regulada y Supervisada por la Superintendencia del Mercado de Valores.  Licencia para operar como Casa de Valores.

4

DA0000395



**WORLD·CHECK**
*REDUCING RISK THROUGH INTELLIGENCE*

**Legal Notice**

You are strictly prohibited from disclosing or copying the content of this service to third parties excluding regulatory agencies.

**Please note**

(1) General Legal Notice
(2) Category Legal Notice
(3) Reported Link Legal Notice

Comment:

| Username: VCap01 | Printed: 17-04-2013 14:05 UTC |
|---|---|
| **NAME:** NAUTILUS GROWTH FUND | |
| **MODE:** Part Match | |
| There are no entries matching the above search criteria. | |

**1) General Legal Notice**

* All information identified or correlated in this profile, appears in the listed sources. We are not responsible for the content of third party sites or sources. Information correlated is necessarily brief and should be read by users in the context of the fuller details available in the external sources to which hypertext links are provided. Users should also carry out independent checks in order to verify the information correlated.

**2) Category Legal Notice**

Category is based on information contained in the sources provided.

**3) Reported Link Legal Notice**

Where an individual or entity is listed as being "Reported to be linked to" other profiles, the nature of the links vary considerably and users should not draw negative inferences merely from that association.



**Verdmont Capital**

**Annual Update Form**

*Formulario de Actualización Anual*

According to the CNV, Acuerdo 5-2006, we hereby certified the Annual Update for Verdmont Capital.
*Accounts / En relación al Acuerdo 1-2006 de la CNV, por este medio certificamos la Actualización Anual de las cuentas de Verdmont Capital.*

Account Name ___*Nautilus Growth Fund Ltd.*___
*Nombre de la Cuenta*

Please specify the changes in the account requested (Telephone, e-mail, addresses, etc.).
*Favor indicar los cambios en la cuenta requerida (Teléfonos, e-mail, direcciones, etc.).*

___*no changes*___
_____
_____

Who the Broker or broker's Assistant talked to / *Persona entrevistada por el Corredor de Valores o Asistente de Corredor de Valores.*

___*Internet Sources*___

Broker or Broker's / Compliance's assistant signature: ___*CP.*___
*Firma de Corredor o Asistente de Corredor o Cumplimiento.*

Comments: _____
*Comentarios* _____

Date: ___*January 26, 2013.*___
*Fecha*

Compliance Officer signature: ___*(M)*___
*Firma del Oficial de Cumplimiento*

Comments _____
*Comentarios* _____

Date: ___*25/1/2013*___
*Fecha*

DA0000397

Print                                                                    Page 1 of 1



### WORLD-CHECK
*REDUCING RISK THROUGH INTELLIGENCE*

**Legal Notice**

You are strictly prohibited from disclosing or copying the content of this service to third parties excluding regulatory agencies.

**Please note**

(1) General Legal Notice
(2) Category Legal Notice
(3) Reported Link Legal Notice

**Comment:**

| Username: VCap01 | Printed: 25-01-2013 17:01 UTC |
|---|---|
| **NAME:** NAUTILUS GROWTH FUND LTD. | |
| **MODE:** Exact Match | |
| **COUNTRY:** CAYMANISLANDS | |

There are no entries matching the above search criteria.

**1) General Legal Notice**

\* All information identified or correlated in this profile, appears in the listed sources. We are not responsible for the content of third party sites or sources. Information correlated is necessarily brief and should be read by users in the context of the fuller details available in the external sources to which hypertext links are provided. Users should also carry out independent checks in order to verify the information correlated.

**2) Category Legal Notice**

Category is based on information contained in the sources provided.

**3) Reported Link Legal Notice**

Where an individual or entity is listed as being "Reported to be linked to" other profiles, the nature of the links vary considerably and users should not draw negative inferences merely from that association.

"nautilus growth fund ltd." - Google Search

+You  Search  Images  Maps  Play  YouTube  News  Gmail  Drive  Calendar  More ⌄

"NAUTILUS GROWTH FUND LTD."                        Sign in

Web    Images    Maps    Shopping    More ⌄    Search tools

⚠ No results found for "NAUTILUS GROWTH FUND LTD.".

Results for NAUTILUS GROWTH FUND LTD. (without quotes):

**NLS Nautilus Group, Inc. XNYS:NLS Stock Quote Price News**
quote.morningstar.com/Quote.html?ticker=NLS
Today's real-time NLS stock quote Nautilus Group, Inc. ticker symbol XNYS:NLS ...
Long-Term Winners · Solid Small-Growth Funds · Conservative Bond Funds ...

**NMAR Nautilus Marine Acquisition Corp XNAS:NMAR Stock Quote ...**
quote.morningstar.com/Stock/s.aspx?t=NMAR
Today's real-time NMAR stock quote Nautilus Marine Acquisition Corp ticker symbol
XNAS:NMAR price, news, financial statements, historical, balance sheet.

[PDF] **Nautilus Brochure - JSE**
www.jse.co.za/Libraries/MAP/Nautilus_Brochure.sflb.ashx
File Format: PDF/Adobe Acrobat - Quick View
Ltd which details the original investment allocation and any costs relating ... Whilst
there has been tremendous growth in hedge funds under management, the ...

**Nautilus, Inc. - Annual Report of Employee Stock Purchase**
apps.shareholder.com/sec/viewerContent.aspx?companyid=DFXI...
2002 2001 Growth Fund of America, Inc. $1,327,309 5 926,169 American Balanced
Fund, Inc. Income Fund 1,003,597 301,038 The Nautilus Group, Inc.

**NLS - Nautilus Inc Stock Quote - CNNMoney.com**
money.cnn.com/quote/quote.html?symb=NLS
Nautilus Inc (NYSE:NLS) ... No recent news for Nautilus Inc. ... Earnings growth
(next 5 years), +56.00%. Revenue ... JOUTJohnson Outdoors Inc, -0.31, -1.44% ...

**Nautilus - Zacks.com**
www.zacks.com/commentary/25544/nautilus
6 hours ago – Mutual Fund Rank Home - Evaluate your funds with the Mutual ...
Shares of Nautilus Inc. (NLS - Snapshot Report) hit a 52-week high on ... revenue
growth of 10.9%, thanks to increased demand for Nautilus's cardio products.

**Partners - Welcome to Nautilus Solar**
nautilussolar.com/partners.html
In December 2008, Starwood Energy Group Global, LLC acquired a majority interest in
Nautilus Solar to help fund future growth of the company. The financing ...

**NLS - Stock Quote for Nautilus Inc - MSN Money**
investing.money.msn.com/investments/stock-price/?symbol=nls
Get Stock quote detail for Nautilus Inc. Stock quotes include the latest NLS market ...
TOP FUNDS HOLDING ... 4 Strong Growth Stocks With Positive Momentum ...

[PDF] **Annual Report The Growth Fund of America - American Funds**
https://www.americanfunds.com/pdf/mfgear-905_gfaa.pdf
File Format: PDF/Adobe Acrobat - Quick View
Oct 8, 2012 – The Growth Fund of America invests in a wide range of companies that
appear to ....... Ltd. 693,483. 721,009 .63. Korea's top electronics manufacturer and a
global leader in semiconductor production. ....... Nautilus, Inc.; Obagi ...

[PDF] **Statement of Additional Information-The Growth ... - American F...**
https://www.americanfunds.com/pdf/mfgepb-905_gfab.pdf
File Format: PDF/Adobe Acrobat - Quick View
Nov 1, 2012 – The Growth Fund of America, Inc. ®. Part B. Statement of ......
Nautilus, Inc.;. Obagi Medical Products,. Inc. Former director of. Meisel, Inc. (until ...

More results for NAUTILUS GROWTH FUND LTD. (without quotes) »

Advanced search    Search Help    Give us feedback

"nautilus growth fund ltd." - Google Search

Google Home   Advertising Programs   Business Solutions   Privacy & Terms   About Google

Yessenia A. Batista

| | |
|---|---|
| **From:** | Yessenia A. Batista |
| **Sent:** | Wednesday, May 05, 2010 4:08 PM |
| **To:** | Conley Forey; Taylor Housser; Glynn Fisher |
| **Cc:** | Jules Jurado; Caterina Mantovani; Madeleine A. Palomino |
| **Subject:** | RE: NAUTILUS GROWTH FUND LTD. (Keyse Management: Francois Lambercy and BSI SA Luxembourg) |

Dear All, the above mentioned account has been opened in Altimis. No records were found. The account number is 172470083.
Saludos,

Yessenia Batista
Compliance Officer
Verdmont Capital, S.A.
Tel:  301-9051
Fax: 301-9001
e-mail:  Yessenia.Batista@verdmont.com.pa

Entidad Regulada y Supervisada por la Comisión Nacional de Valores. Licencia para operar como Casa de
Valores.
Institution regulated and supervised by the National Securities Commission. Licensed to operate as a brokerage house.

**From:** Yessenia A. Batista
**Sent:** Wednesday, May 05, 2010 11:02 AM
**To:** Conley Forey; Jules Jurado
**Cc:** Caterina Mantovani
**Subject:** RE: NGF

Yes.
The account will be opened today.

Yessenia Batista
Compliance Officer
Verdmont Capital, S.A.
Tel:  301-9051
Fax: 301-9001
e-mail:  Yessenia.Batista@verdmont.com.pa

Entidad Regulada y Supervisada por la Comisión Nacional de Valores. Licencia para operar como Casa de
Valores.
Institution regulated and supervised by the National Securities Commission. Licensed to operate as a brokerage house.

**From:** Conley Forey
**Sent:** Wednesday, May 05, 2010 10:52 AM
**To:** Jules Jurado; Yessenia A. Batista
**Subject:** Fw: NGF

Please read the following email. I believe this is all we need to open the Natilus account. Please advise.
Thanks
Conley

**From:** Robert Seeley

5/5/2010

**To:** Conley Forey
**Sent:** Wed May 05 08:55:23 2010
**Subject:** NGF

Hi Conley,

FYI, the beneficiary of the Nautilus Growth Fund is François Lambercy.

Best regards,

Rob.

---

**From:** Yessenia A. Batista
**Sent:** Tuesday, April 06, 2010 3:07 PM
**To:** Conley Forey
**Cc:** Jules Jurado
**Subject:** RE: NAUTILUS GROWTH FUND LTD.

Hi Conley:
Have you received any "declaration" indicating that Francois Lambercy is the end beneficiary of Nautilus account? The account is almost complete, just need like a declaration indicating that Francois Lambercy is the final beneficiary.

Tks,

---

**From:** Yessenia A. Batista
**Sent:** Monday, March 15, 2010 5:30 PM
**To:** Conley Forey; Jules Jurado
**Subject:** RE: NAUTILUS GROWTH FUND LTD.

Please be advised:

- Application Form:  In section 6 - Beneficial Owner Disclosure, need to know who are the owners or administrators or end beneficiaries of Keyse Management Ltd. and BSI SA, Luxembourg.  Additionally, please provide the certificates of incumbency and articles of incorporation for both companies.

For Virgilio Santan Ripoll please provide:

- postal code or p.o. box number and a fax number

Regards,

---

**From:** Yessenia A. Batista
**Sent:** Thursday, March 04, 2010 5:19 PM
**To:** Conley Forey; Jules Jurado
**Subject:** NAUTILUS GROWTH FUND LTD.

Dear All:  Please be advised.

- Application Form:  Section 5 - Source of Funds, please confirm if this is a non-operating corporation.  In section 6 - Beneficial Owner Disclosure, please provide with the articles of incorporation of Keyse

5/5/2010

DA0000402

Page 3 of 3

Management Ltd. and B    SA, Luxembourg. Additionally, please con    who are the end beneficiaries or administrators of Keyse Management Ltd. and BSI SA, Luxembourg.  Need the complete due diligence on them.

- Certificate of Incumbency:  Need the signature of the Director of Vervet Management Services Ltd - Virgilio Santana Ripoll in the Directors section of the form.  In the Officers section, need to know who are the officers of the company - Virgilio Santana Ripoll?.  Please complete the form.
- A certificate of Good Standing is required (issued no longer than 30 days)
- Please confirm if Virgilio Santana Ripoll is director or authorized signatory at any other account at Verdmont Capital

For Virgilio Santan Ripoll please provide:

- Mobile phone, fax number, postal code (this information can be sent via e-mail)
- We need to confirm the residential address of Virgilio Santana Ripoll.  His KYC specifies the following residential address: 25-7th Street, Torre Alta, Puerto Plata, Dominican Republic.  But, in the document "Affidavit by Director of Nautilus Growth Fund Ltd.", his residential address is Urb. Bayardo, Las Rosas Street, No. 14, San Felipe de Puerto Plata, Puerto Plata, Dominican Republic.   Which one is correct?

Regards,

Yessenia Batista
Compliance Officer
Verdmont Capital, S.A.
Tel:  301-9051
Fax:  301-9001
e-mail: Yessenia.Batista@verdmont.com.pa

5/5/2010

DA0000403

**Yessenia A. Batista**

From:    Yessenia A. Batista
Sent:    Monday, March 15, 2010 5:30 PM
To:      Conley Forey; Jules Jurado
Subject: RE: NAUTILUS GROWTH FUND LTD.

Please be advised:

- Application Form:   In section 6 - Beneficial Owner Disclosure, need to know who are the owners or administrators or end beneficiaries of Keyse Management Ltd. and BSI SA, Luxembourg. Additionally, please provide the certificates of incumbency and articles of incorporation for both companies.

For Virgilio Santan Ripoll please provide:

- postal code or p.o. box number and a fax number

Regards,

From: Yessenia A. Batista
Sent: Thursday, March 04, 2010 5:19 PM
To: Conley Forey; Jules Jurado
Subject: NAUTILUS GROWTH FUND LTD.

Dear All:  Please be advised.

- Application Form:  Section 5 - Source of Funds, please confirm if this is a non-operating corporation.  In section 6 - Beneficial Owner Disclosure, please provide with the articles of incorporation of Keyse Management Ltd. and BSI SA, Luxembourg. Additionally, please confirm who are the end beneficiaries or administrators of Keyse Management Ltd. and BSI SA, Luxembourg.   Need the complete due diligence on them.
- Certificate of Incumbency:  Need the signature of the Director of Vervet Management Services Ltd - Virgilio Santana Ripoll in the Directors section of the form.  In the Officers section, need to know who are the officers of the company - Virgilio Santana Ripoll?.  Please complete the form.
- A certificate of Good Standing is required (issued no longer than 30 days)
- Please confirm if Virgilio Santana Ripoll is director or authorized signatory at any other account at Verdmont Capital

For Virgilio Santana Ripoll please provide:

- Mobile phone, fax number, postal code (this information can be sent via e-mail)
- We need to confirm the residential address of Virgilio Santana Ripoll.  His KYC specifies the following residential address: 25-7th Street, Torre Alta, Puerto Plata, Dominican Republic.  But, in the document "Affidavit by Director of Nautilus Growth Fund Ltd.", his residential address is Urb. Bayardo, Las Rosas Street, No. 14, San Felipe de Puerto Plata, Puerto Plata, Dominican Republic.   Which one is correct?

Regards,

3/15/2010

DA0000404

Page 2 of 2

Yessenia Batista
Compliance Officer
Verdmont Capital, S.A.
Tel:  301-9051
Fax:  301-9001
e-mail:  Yessenia.Batista@verdmont.com.pa

3/15/2010

DA0000405



## Legal Notice

You are strictly prohibited from disclosing or copying the content of this service to third parties excluding regulatory agencies.

**Please note**

(1) General Legal Notice
(2) Category Legal Notice
(3) Reported Link Legal Notice

**Comment:**

| Username: VCap01 | Printed: 05-05-2010 22:12 CET |
|---|---|
| **NAME:** NAUTILUS GROWTH FUND LTD. | |
| **MODE:** Exact Match | |
| **COUNTRY:** CAYMANISLANDS | |

There are no entries matching the above search criteria.

### 1) General Legal Notice

* All information identified or correlated in this profile, appears in the listed sources. We are not responsible for the content of third party sites or sources. Information correlated is necessarily brief and should be read by users in the context of the fuller details available in the external sources to which hypertext links are provided. Users should also carry out independent checks in order to verify the information correlated.

### 2) Category Legal Notice

Category is based on information contained in the sources provided.

### 3) Reported Link Legal Notice

Where an individual or entity is listed as being "Reported to be linked to" other profiles, the nature of the links vary considerably and users should not draw negative inferences merely from that association.

DA0000406

NAUTILUS GROWTH FUND LTD. - Buscar con Google                    Page 1 of 2

**La Web**  Imágenes  Vídeos  Ma...  Noticias  Libros  Gmail  Más ▾

Historial web | Configuración de búsqueda | Acceder

## Google   ["NAUTILUS GROWTH FUND LTD."]  [Buscar]  Búsqueda avanzada

◉ Buscar en la Web  ○ Buscar sólo páginas en español

Web    Mostrar opciones...

⚠ No se ha encontrado ningún resultado para **"NAUTILUS GROWTH FUND LTD."**.

Resultados de **NAUTILUS GROWTH FUND LTD.** (sin comillas):

**NLS Nautilus Group Inc. stock quote price shares XNYS –
Morningstar** - [ Traducir esta página ]
Get real-time stock quote for **Nautilus** Group Inc. NLS Including chart, current price, ... **Fund**
Ratings. Highest-Rated Value · Highest-Rated **Growth** ...
quote.morningstar.com/Stock/s.aspx?t=NLS - En caché

**NAUTILUS, INC. - 11-K - 20020628 -
NOTES TO FINANCIAL STATEMENT** - [ Traducir esta página ]
On May 21, 2002, the Company changed its name to The **Nautilus** Group, .... **Growth Fund**
of America, Inc. 926189 533005 New Perspective **Fund** 325508 233243 ...
google.brand.edgar-online.com/.../EDGARpro.dll?... - En caché

[PDF] **Welcome to the Nautilus Summer Newsletter Investors look for
a ...** - [ Traducir esta página ]
Formato de archivo: PDF/Adobe Acrobat - Vista rápida
a new **Nautilus** company, **Nautilus Fund** Services Ltd (NFS). .... and their Castletown
**Growth Fund**. Their strategy involves constructing a .:.
www.nautilustrust.com/.../Nautilus%20Summer%20Newsletter%202009%20-%20Issue%
2011.pdf - Similares

[PDF] **% Nautilus** - [ Traducir esta página ]
Formato de archivo: PDF/Adobe Acrobat - Vista rápida
LLC ("**Nautilus** Solar"), a leading solar power generation developer headquartered in
Chatham, New Jersey, to help **fund** future **growth** of **Nautilus** Solar. ...
www.starwoodenergygroup.com/pdfs/16_NautilusSolarAcquisition.pdf

**FT.com / Markets data / NUS:TOR: Business Profile for Nautilus ...** - [ Traducir esta página ]
Get detailed information on **Nautilus** Minerals Inc (NUS:TOR) Including quotes, charts, ...
negotiation and structuring of transactions and **fund** raising activities. ... Profitability, Financial
Strength, **Growth** Rates. Loading. ...
markets.ft.com/ft/tearsheets/businessProfile.asp?s=NUS... - En caché

**NLS: NAUTILUS INC Institutional Ownership** - [ Traducir esta página ]
Find **NAUTILUS** INC insitutional ownership details on all large block and major holders. ...
iShares S&P SmallCap 600 Index **Fund**, 291645, 991593.00, 0.02% ...
www.dailyfinance.com/company/.../institutional-ownership - En caché

**Starwood Energy Acquires a Majority Stake in Nautilus Solar
Energy ...** - [ Traducir esta página ]
12 Jan 2009 ... Solar Energy LLC, a solar power generation developer headquartered in
Chatham, New Jersey, to help **fund** future **growth** of **Nautilus** Solar. ...
www.solarbuzz.com/News/NewsNACO875.htm - En caché - Similares

**Starwood Energy Acquires a Majority Stake in Nautilus Solar
Energy** - [ Traducir esta página ]

DA0000407

"NAUTILUS GROWTH FUND LTD." - Buscar con Google                    Page 2 of 2

Starwood Energy Acquires a majority Stake in **Nautilus** Solar Energy ... solar power
generation developer, to help fund future **growth** of **Nautilus** Solar. ...
www.njbiz.com/index.php?option=com...id... - En caché

**Nautilus Announces Resignation of John O'Reilly, Non-Executive ...** - [ Traducir esta página ]
19 Apr 2010 ... Mr O'Reilly joined the Board of **Nautilus** in November 2007. .... diversified,
**growth fund** and hold it for life - so to speak. ...
www.investors.com/NewsAndAnalysis/Article.aspx?id... - En caché

**Nautilus, Inc. - Nautilus, Inc. Mails Letter to All Shareholders ...** - [ Traducir esta página ]
Sherborne is a hedge **fund** whose primary business is investing in securities, not managing
companies, yet Sherborne desires an executive role in **Nautilus**. ...
investors.nautilusinc.com/releasedetail.cfm?ReleaseID... - En caché

**Más resultados de NAUTILUS GROWTH FUND LTD. (sin comillas) »**

---

| "NAUTILUS GROWTH FUND LTD." |  |

Buscar en los resultados - Herramientas del idioma - Sugerencias de búsqueda -
¿No estás satisfecho? Ayúdanos a mejorar.

---

Página principal de Google - Programas de publicidad - Privacidad - Todo acerca de Google

DA0000408



DA0000409



## WORLD CHECK
### REDUCING RISK THROUGH INTELLIGENCE

**Legal Notice**

You are strictly prohibited from disclosing or copying the content of this service to third parties excluding regulatory agencies.

**Please note**

(1) General Legal Notice
(2) Category Legal Notice
(3) Reported Link Legal Notice

Comment:

| Username: VCap01 | Printed: 05-05-2010 22:42 CET |
|---|---|
| **NAME:** BSI SA | |
| **MODE:** Exact Match | |
| **COUNTRY:** LUXEMBOURG | |

There are no entries matching the above search criteria.

**1) General Legal Notice**

* All information identified or correlated in this profile, appears in the listed sources. We are not responsible for the content of third party sites or sources. Information correlated is necessarily brief and should be read by users in the context of the fuller details available in the external sources to which hypertext links are provided. Users should also carry out independent checks in order to verify the information correlated.

**2) Category Legal Notice**

Category is based on information contained in the sources provided.

**3) Reported Link Legal Notice**

Where an individual or entity is listed as being "Reported to be linked to" other profiles, the nature of the links vary considerably and users should not draw negative inferences merely from that association.

# BSI

— Group sites —

BSI GROUP     PRIVATE CLIENTS     EXTERNAL ASSET MANAGERS     CONTACTS AND OFFICES     BSI MOMENTS

Identity   Financial data   Media   Working for BSI   Promotion of culture

## BSI GROUP

BSI is the oldest bank in the canton of Ticino. Founded in 1873 in Lugano as Banca della Svizzera Italiana, today BSI is an institution that specialises in asset management and related services for private and institutional clients. The bank places the greatest attention on establishing and maintaining ongoing personal relationships with clients, while at the same time offering global asset management services with world-class products. In 1998, the Bank became part of the Generali group, one of the world's biggest insurance companies.

### Identity
Information about various aspects of BSI's identity.

► continue

### Working for BSI
Section for prospective employees.

► continue

### Financial highlights
Summary of the BSI Group's results with the option of downloading the annual report.

► continue

### Cultural promotion
A look at BSI's support of cultural events and the arts.

► continue

### Media
Summary of key informations about the BSI Group.

► continue

Important legal information - Please read the disclaimer before proceeding. This website is not intended for persons in jurisdictions in which (for reasons of residence, nationality or other reasons) the publication of or access to the site is not permitted. Persons subject to these restrictions are therefore not authorised to access this website. Products and services shown on this website may not be available to persons resident in (or citizens of) particular countries.
www.bsibank.com - © Copyright by BSI SA, 2006 - All rights reserved



A company of the Generali Group

DA0000411

# BSI

It  Fr  D | Sitemap | Links | Downloads | Search

SWISS BANKERS SINCE 1873

—Group sites—

**BSI GROUP**   **PRIVATE CLIENTS**   **EXTERNAL ASSET MANAGERS**   **CONTACTS AND OFFICES**   **BSI MOMENTS**

Identity  Financial data  Media  Working for BSI  Promotion of culture

Mission
Values
Corporate culture
History
Generali Group
Management

## IDENTITY

BSI is the oldest bank in the canton of Ticino. Founded in 1873 in Lugano as Banca della Svizzera Italiana, today BSI is an institution that specialises in asset management and related services for private clients and external asset managers.

### Mission

Informations on the mission of BSI Group.

▸ continue

### Values

Information about the values that make the BSI Group different.

▸ continue

### Corporate culture

The relationship BSI has to its clients has always been characterised by a strong sense of responsibility, trust and professionalism.

▸ continue

### History

BSI has been advising its clients for over 130 years.

▸ continue

### Generali Group

With a presence in more than 40 countries, the Generali Group has consolidated its position among the world's major insurance groups.

▸ continue

### Operating structure

BSI is an international asset management bank boasting lengthy operational experience gained directly in the major global financial markets.

▸ continue

### Management

Key figures for BSI.

▸ continue

You can download the "Sharing values" brochure (The same is available also in the downloads section).

Important legal information - Please read the disclaimer before proceeding. This website is not intended for persons in jurisdictions in which (for reasons of residence, nationality or other reasons) the publication of or access to the site is not permitted. Persons subject to these restrictions are therefore not authorized to access this website. Products and services shown on this website may not be available to persons resident in (or citizens of) particular countries.
www.bsibank.com - © Copyright by BSI SA, 2006 – All rights reserved



A company of the Generali Group

DA0000412

Page 1 of 1

# BSI




SERVICES    FINANCIAL PLACE    LEGAL ADV

---

### GROUP SITES

- BSI SA (Head Office)
- BSI Monaco SAM
- BSI Overseas (Bahamas) Ltd
- BSI Bank Ltd
- BSI Ifabanque SA
- BSI Spain W. & A. Mngmt. S.A.
- BSI Luxemburg S.A.
- BSI Trust Corp. (Bahamas) Ltd
- BSI Trust Corp. (Singapore) Ltd
- BSI Trust Corp. (Malta) Ltd
- BSI Virtual site
- BSI Architectural Foundation

---

## BSI LUXEMBURG S.A.

*A bank in the heart of Europe with strong swi*

The bank is represented in Luxembourg as
Luxembourg Branch, since June 25, 1980. The
license from the " Ministère des Finances " 
allows the bank to carry out universal bankin
owned subsidiary of BSI AG, Lugano, sharehol

On November 7, 2007, the ultimate owner of !
Swiss-Life Holding, Zurich, announced the acq
SA, Lugano. The legal merger was complet
January 1, 2009, the former branch is transfor
Society Anonym as BSI Luxembourg SA.

The purpose of the bank is the carrying out of a
an financial activities, in particular the takir
Services - Basic Banking) and securities based
markets are the Benelux-region, Germany, I
whole European countries.

Our employees have a long experience in P
holistic approach. As languages are Engl
Luxembourgish available.

Important legal information – Please read the disclaimer before proceeding. This website is not intended for persons in jurisdictions in which (for reasons of or other reasons) the publication of or access to the site is not permitted. Persons subject to these restrictions are therefore not authorised to access this website services shown on this website may not be available to persons resident in (or citizens of) particular countries. www.bsibank.com - © Copyright by BSI SA, 2008 - All rights reserved.

DA0000413

4/5/2010

DA0000414



**BSI**

— Group sites — ▼

SERVICES    FINANCIAL PLACE    LEGAL AD\

---

OFFICES AND CONTACTS: LUXEMBOl



LUXEME

BSI Luxe
6, Avenu
L- 2132 -

Tel: +36
Fax: +38
E-mail c
Web: w\

---

**Opening hours and holydays**

Cash desk       monday to friday 9.00 am - 1:0

Or, if you prefer, we would be glad to meet yo
here: Luxembourg has a large number of touri
at your own place of domicile, or anywhere els\

**Holidays**

| | |
|---|---|
| - New Year | - 23rd of J |
| - 2nd of January | - Assumpt |
| - Good Friday | - All Hallov |
| - Easter Monday | - Christma |
| - 1st of May | - Christma |
| - Ascension Day | - Boxing C |
| - Whit Monday | - New Yea |

Important legal information - Please read the disclaimer before proceeding. This website is not intended for persons in jurisdictions in which (for reasons of or other reasons) the publication of or access to the site is not permitted. Persons subject to these restrictions are therefore not authorised to access this v services shown on this website may not be available to persons resident in (or citizens of) particular countries.
www.bsibank.com - © Copyright by BSI SA, 2008 - All rights reserved.

DA0000415

**BBL**

Association des Banques et Banquiers, Luxembourg
The Luxembourg Bankers' Association
Luxemburger Bankenvereinigung

## ABBL members

**BSI Luxembourg S.A.**

Address:                              6, avenue Marie-Thérèse
L-2132 Luxembourg
BP 784                                                    Postal address:              Locality:
46 15 66 1                                                Phone:
46 15 66 270                                              Fax:
BDGL LU LX                                                Swift:
http://www.lux.bsibank.com                                Website:
info@bsibank.com                                          Email:

                                                          Creation date:
1/02/00                                                   Total of staff:
Shareholders:            BSI SA, Lugano (Switzerland)     36
FERRARI Leandro                                                                        Chairman:

DA0000416



# FRANCOIS LAMBERCY

### LEGAL ADVISOR

E-mail fja@worldcom.ch

25, rte de Prilly
1023 CRISSIER (Switzerland)

BY FEDEX
Conley Forey
Verdmont Capital S.A.
Edificio Hi-Tech Plaza, Penthouse
Calle 53, Obarrio
Apartado Postal 0823-03017
Ciudad de Panama,
Republica de Panama

March 26, 2010

**KEYSE MANAGEMENT /NAUTILUS - KYC**

Dear Sirs,

I'm pleased to enclose the following original documents:

1. Verdmont Capital KYC document, duly completed and signed;
2. Certificate of Incumbency (KEYSE MANAGEMENT LTD) duly signed by me;
3. one certified copy of my Swiss Passport, duly notarized and apostilled in Switzerland;
4. one certified copy of my Swiss Driving License, duly notarized and apostilled in Switzerland;
5. one ref. letter (original) signed by Mr. Gerald LARPIN, chartered accountant in Geneva, Switzerland. Kindly note such a letter confirms as well my residential address (domicile);
6. an official declaration established by the Town of Villars-Ste-Croix, 1029 (Department of Population Control), confirming my residential address (domicile).

Should you have any question with the above, please address your correspondence to my office, i.e. 25 Rte de Prilly, Crissier 1023, Switzerland.

With my kindest regards,

Yours faithfully,

Encl. ment.

DA0000418

DA0000419

 

**Verdmont Capital**          **Due Diligence Form**

DUE DILIGENCE : *Related to : Nautilus Growth Fund Ltd. ( Kope*
*Management Ltd. ( Francis Lambros : end beneficiary)*

☐ KYC forms for all beneficial owners and signatories
☐ Certified/notarized copy of photo page of passport or other official identification document
☑ Copy of secondary photo ID
☐ On bank reference letter and one commercial reference letter or two of either

Missing:

_____
_____
_____

Advisor Comments:

_____
_____
_____

☐ Opening pending receipt of missing papers required by: _____
☐ Missing documents received. _____
☐ Comments by compliance Officer:

_____
_____
_____



**WORLD-CHECK**
REDUCING RISK THROUGH INTELLIGENCE

**Legal Notice**

You are strictly prohibited from disclosing or copying the content of this service to third parties excluding regulatory agencies.

**Please note**

(1) General Legal Notice
(2) Category Legal Notice
(3) Reported Link Legal Notice

**Comment:**

| | |
|---|---|
| Username: VCap01 | Printed: 05-05-2010 22:13 CET |

| | |
|---|---|
| **NAME:** | KEYSE MANAGEMENT LTD |
| **MODE:** | Exact Match |
| **COUNTRY:** | BELIZE |

There are no entries matching the above search criteria.

**1) General Legal Notice**

* All information identified or correlated in this profile, appears in the listed sources. We are not responsible for the content of third party sites or sources. Information correlated is necessarily brief and should be read by users in the context of the fuller details available in the external sources to which hypertext links are provided. Users should also carry out independent checks in order to verify the information correlated.

**2) Category Legal Notice**

Category is based on information contained in the sources provided.

**3) Reported Link Legal Notice**

Where an individual or entity is listed as being "Reported to be linked to" other profiles, the nature of the links vary considerably and users should not draw negative inferences merely from that association.

La Web  Imágenes  Videos  Maps  Icias  Libros  Gmail  Más ▼          Historia  ↘ | Configuración de búsqueda | Acceder

**Google** | "KEYSE MANAGEMENT LTD."          | Buscar | Búsqueda avanzada

◉ Buscar en la Web ○ Buscar sólo páginas en español

Web   Mostrar opciones...   Resultados 1 - 2 de aproximadamente 0 de "KEYSE MANAGEMENT LTD.". (0.24 segundos)

Quizás quiso decir: *"KEY MANAGEMENT LTD."* 2 resultados principales mostrados

Key Mechanical Ltd, Calgary, AB on Profile Canada Business ... - [ Traducir esta página ]
KEY MANAGEMENT LTD , (Halifax NS) · KEY MAN LOCKSMITHING , (Huntsville ON) · KEY
MOLECULAR CORP , (Toronto ON) · KEY MOTEL , (Chatsworth ON) ·
www.profilecanada.com/companydetail.cfm?... - En caché - Similares

[PDF] Reasons and Decision: In the Matter of Norshield Asset Management ... - [ Traducir esta página ]
Formato de archivo: PDF/Adobe Acrobat
value of Emerald Key Management Ltd. on the Channel Funds financial ...... Key
Management Ltd. Norshield International was the Business Manager prior to ...
www.osc.gov.on.ca/documents/en/rad_20100308_rev-norshield.pdf

Resultados de: "KEYSE MANAGEMENT LTD."

La búsqueda de "KEYSE MANAGEMENT LTD." no obtuvo ningún resultado.

Sugerencias:
Comprueba que todas las palabras están escritas correctamente.
Intenta usar otras palabras.
Intenta usar palabras más generales.

Quizás quiso buscar: *"KEY MANAGEMENT LTD."*

"KEYSE MANAGEMENT LTD."          | Buscar

Buscar en los resultados - Herramientas del idioma - Sugerencias de búsqueda - ¿No estás satisfecho? Ayúdanos a mejorar.

Página principal de Google - Programas de publicidad - Privacidad - Todo acerca de Google



DA0000423



**WORLD·CHECK**

*REDUCING RISK THROUGH INTELLIGENCE*

### Legal Notice

You are strictly prohibited from disclosing or copying the content of this service to third parties excluding regulatory agencies.

### Please note

(1) General Legal Notice
(2) Category Legal Notice
(3) Reported Link Legal Notice

**Comment:**

| Username: VCap01 | Printed: 17-04-2013 13:56 UTC |
|---|---|
| NAME:   FRANCOIS THIERRY RAYMOND LAMBERCY | |
| MODE:   Part Match | |

There are no entries matching the above search criteria.

*Autorizацia*
*por 17/4/2013*

**1) General Legal Notice**

* All information identified or correlated in this profile, appears in the listed sources. We are not responsible for the content of third party sites or sources. Information correlated is necessarily brief and should be read by users in the context of the fuller details available in the external sources to which hypertext links are provided. Users should also carry out independent checks in order to verify the information correlated.

**2) Category Legal Notice**

Category is based on information contained in the sources provided.

**3) Reported Link Legal Notice**

Where an individual or entity is listed as being "Reported to be linked to" other profiles, the nature of the links vary considerably and users should not draw negative inferences merely from that association.



## WORLD CHECK
### REDUCING RISK THROUGH INTELLIGENCE

Legal notice

You are strictly prevented from disclosing or copying the content of this service
to third parties excluding regulatory agencies.

| | |
|---|---|
| **Given Name(s):** | FRANCOIS THIERRY RAYMOND |
| **Last Name(s):** | LAMBERCY |
| **Gender:** | Male |
| **Nationality:** | Switzerland |
| **Date of Birth:** | 29/04/1955 |
| **Document Type:** | Passport |
| **Passport/ID #:** | F0584514 |
| **Date of Expiry:** | 22/10/2013 |

No resulting match for term in
World-Check:
LAMBERCY, FRANCOIS THIERRY
RAYMOND

**Verification Procedure**

Please compare the computed results below with the lines of the Machine Readable Zone on the
document at hand. In particular pay attention to check control digits (coloured red) in this
form for a better readability only.

**Upper Line:**  P*CHELAMBERCY<<FRANCOIS<THIERRY<RAYMOND<<<<<

**Lower Line:**  F0584514<2CHE5504293M1310225***************

Characters marked with * are used at the discretion of the issuing State and shall be disregarded.

**MRZ Matches document:**                                                    (Please tick:)   [ ]   [ ]
                                                                                                YES   NO
**If the machine readable code does not match, the document at hand may be a forgery and enhanced due
diligence should be performed.**

**Verification Procedure performed by:**
Name / Last Name:  _____
Position:  _____
Date & Place:  _____
Signature:  _____

**Verification Procedure performed by:**
Name / Last Name:  _____
Position:  _____
Date & Place:  _____
Counter Signature:  _____

**1) General Legal Notice**

* All information identified or correlated in this profile, appears in the listed sources. We are not responsible for the content of third party
sites or sources. Information correlated is necessarily brief and should be read by users in the context of the fuller details available in the
external sources to which hypertext links are provided. Users should also carry out independent checks in order to verify the information
correlated.

Notice: In compliance with international standardization all countries issue Machine Readable Zone passports, however, prior to this
standard some older passports may not conform with the standard and therefore may not match the results provided by Passport-Check.

Some countries/states passports may consist of more or less than 9 characters. All characters must be entered except where they contain
more than 9, only the first 9 of these characters are required to calculate the results.

05/05/2010

DA0000425

La Web  Imágenes  Vídeos  M⋮  Noticias  Libros  Gmail  Más ▾

Historial web | Configuración de búsqueda | Acceder

 Google   "FRANCOIS THIERRY RAYMOND LAMBER(   [Buscar]   Búsqueda avanzada

◉ Buscar en la Web  ○ Buscar sólo páginas en español

Web   Mostrar opciones...

Sugerencia: Buscar sólo resultados en español. Puede especificar el idioma de búsqueda en Preferencias.

⚠ No se ha encontrado ningún resultado para "FRANCOIS THIERRY RAYMOND LAMBERCY".

Resultados de **FRANCOIS THIERRY RAYMOND LAMBERCY** (sin comillas):

Director Information - Listings la - Number of Directors 27001 to ... - [ Traducir esta página ]
1025, (ID:13606726). FRANCOIS THIERRY RAYMOND LAMBERCY. 1001 SWITZERLAND,
(ID:14654824) ..... BRIAN RAYMOND LAMBERT. CAMBRIDGESHIRE CB6 2YP,
(ID:13669341) ...
www.checksure.biz/directors-la-54.htm - En caché

Peter Lambe | Berliana Lam | Elenco Persone | Facebook - [ Traducir esta página ]
... Delphine Lambercy · Fabrice Lambercy · Guillaume Lambercy · Jacques Lambercy ·
Jaden Lambercy · Jennifer Lambercy · Jerome Lambercy · Justine Lambercy ...
it-it.facebook.com/directory/people/L1122051-1123383 - En caché

ICRA'10 Program - [ Traducir esta página ]
Brethe, Jean-François, ThB5.2. Bretl, Timothy, TuF3.1 · ThF5.4. Brewer, Reuben,
ThD12.6 ...... Lambercy, Olivier, ThE12.3. Lamiraux, Florent, ThD3.6 ...
https://ras.papercept.net/.../ICRA10_AuthorIndexWeb.html - En caché

Bienvenue sur l'arbre de Marcel & Francine - GeneaNet
... nacido en 1810; Beauduin Joseph LAMBERCY , nacido en 1813 ...... Raymond Alphonse
Toussaint EVRARD , nacido en 1920; Henri François LESENFANTS ...
gw4.geneanet.org/index.php3?b...lang... - En caché

   Bienvenue sur l'arbre de Marcel & Francine - GeneaNet
   ... fallecida en 1794; Thierry Joseph FREUVILLE , nacido en 1798 ...... François Joseph
   CREPPE , fallecido en 1904; Floribert Raymond Ghislain CLOSE ...
   gw4.geneanet.org/index.php3?b...lang... - En caché

   Mostrar más resultados de gw4.geneanet.org

Browse By Author Name - ETH E-Citations - [ Traducir esta página ]
... Lamb, Michael P. (1); Lambercy, Olivier (1); Lambers, F. M. (2); Lambers, Hans (1);
Lambers, Karsten (3); Lambert, Marc-Andre (1); Lambert, Vincent (1) ...
e-citations.ethbib.ethz.ch/list/author?letter=L - En caché

Benny Lam | Zl Lamberg | People Directory - Facebook - [ Traducir esta página ]
Craig Lamberant · Rasha Lambe · Ravinder Lambe · Ray Lambe · Ray Lambe ... Delphine
Lambercy · Fabrice Lambercy · Guillaume Lambercy · Jacques Lambercy ...
www.facebook.com/directory/people/L1121878-1123020 - En caché

Ciudades de Francia Listado de Ciudades de América, Europa, Asia ...
La Ville-ès-Nonais · La Ville-l'Évêque · La Ville-Raymond · La Ville-sous-Orbais · La Villeder ·
La Villedieu · La Villedieu · La Villedieu · La Villedieu ...
www.ciudadesde.com/ciudades_de_francia.php?nombrepais=Francia...

http://www.google.com/search?hl=es&rls=com.microsoft%3Aes-us%3AIE-SearchBox&rlz...   5/5/2010

DA0000426

ICRA 2009 - [ Traducir esta página ]
Luis Martinez-Gomez, Thierry Fraichard: Collision avoidance in dynamic ...... Mohammed
Marey, François Chaumette: ..... Ludovic Dovat, Olivier Lambercy, Roger Gassert, Theodore
E. Milner, Chee Leong Teo, Etienne Burdet: ..... A numerical solution to the ray-shooting
problem and its applications in robotic grasping, ...
www.informatik.uni-trier.de/~ley/.../icra2009.html - En caché - Similares

01090 FRANCHELEINS 01000 BOURG EN BRESSE 01000 BOURG EN
BRESSE ... - [ Traducir esta página ]
... ET GENY 02140 DAGNY LAMBERCY 02130 DRAVEGNY 02170 ESQUEHERIES 02100
ESSIGNY .... 02400 CHARTEVES 02400 CHATEAU THIERRY 02400 CHIERRY 02440
CLASTRES 02480 ...... 18120 QUINCY 18130 RAYMOND 18170 REZAY 18140
SANCERGUES 18190 SERRUELLES ...... MARMERY 51300 VITRY EN PERTHOIS 51300
VITRY LE FRANCOIS 51340 VOUILLERS ...
svn.assembla.com/svn/mlcsvn/tpl3/.../codes_postaux.txt - En caché

**Más resultados de FRANCOIS THIERRY RAYMOND LAMBERCY (sin comillas) »**

---

"FRANCOIS THIERRY RAYMOND LAMBERC  [Buscar]

Buscar en los resultados - Herramientas del idioma - Sugerencias de búsqueda -
¿No estás satisfecho? Ayúdanos a mejorar.

---

Página principal de Google - Programas de publicidad - Privacidad - Todo acerca de Google

DA0000427



DA0000428

DA0000429

# Verdmont Capital

## Due Diligence Form

DUE DILIGENCE : *Santana Rifoll, Virgilio*

☐ KYC forms for all beneficial owners and signatories
☐ Certified/notarized copy of photo page of passport or other official identification document
☐ Copy of secondary photo ID
☐ On bank reference letter and one commercial reference letter or two of either

Missing:

_____
_____
_____

Advisor Comments: *(Related to: Looney Financial; Nautilus Growth Fund Ltd.*

_____

☐ Opening pending receipt of missing papers required by: _____
☐ Missing documents received, _____
☐ Comments by compliance Officer:

_____
_____
_____

DA0000430

Print                                                                            Page 1 of 1



**WORLD·CHECK**
REDUCING RISK THROUGH INTELLIGENCE

**Legal Notice**

You are strictly prohibited from disclosing or copying the content of this service to third parties excluding regulatory agencies.

**Please note**

(1) General Legal Notice
(2) Category Legal Notice
(3) Reported Link Legal Notice

Comment:

_Busqueda_
_De Actualizacion_
_17/4/2013_

| | |
|---|---|
| Username: VCap01 | Printed: 17-04-2013 13:51 UTC |

NAME:    VIRGILIO SANTANA RIPOLL
MODE:    Part Match

There are no entries matching the above search criteria.

**1) General Legal Notice**

\* All information identified or correlated in this profile, appears in the listed sources. We are not responsible for the content of third party sites or sources. Information correlated is necessarily brief and should be read by users in the context of the fuller details available in the external sources to which hypertext links are provided. Users should also carry out independent checks in order to verify the information correlated.

**2) Category Legal Notice**

Category is based on information contained in the sources provided.

**3) Reported Link Legal Notice**

Where an individual or entity is listed as being "Reported to be linked to" other profiles, the nature of the links vary considerably and users should not draw negative inferences merely from that association.

# Verdmont Capital

**Annual Update Form**

*Formulario de Actualización Anual*

According to the CNV, Acuerdo 5-2006, we hereby certified the Annual Update for Verdmont Capital Accounts / *En relación al Acuerdo 1-2005 de la CNV, por este medio certificamos la Actualización Anual de las cuentas de Verdmont Capital.*

Account Name *Santana Dipoll, Virgilio (Nautilus Growth Fund Ltd.)*
*Nombre de la Cuenta*

Please specify the changes in the account requested (Telephone, e-mail, addresses,etc.).
*Favor indicar los cambios en la cuenta requerida (Teléfonos, e-mail, direcciones, etc.)*

*Signatory in Nautilus Growth Account*

Who the Broker or broker's Assistant talked to / *Persona entrevistada por el Corredor de Valores o Asistente de Corredor de Valores*

*Robert Seely*

Broker or Broker s assistant signature:
*Firma de Corredor o Asistente Ejecutivo de Corredor*

Comments:
*Comentarios*

Date: *Apr. 29, 2010*
*Fecha*

Compliance Officer signature: *(Jessica Batista)*
*Firma del Oficial deCumplimiento*

Comments
*Comentarios*

Date: *May. 5, 2010*
*Fecha*

DA0000432

Page 1 of 1



## WORLD CHECK
### REDUCING RISK THROUGH INTELLIGENCE

**Legal notice**

You are strictly prevented from disclosing or copying the content of this service
to third parties excluding regulatory agencies.

| | |
|---|---|
| **Given Name(s):** | VIRGILIO |
| **Last Name(s):** | SANTANA RIPOLL |
| **Gender:** | Male |
| **Nationality:** | Dominican Republic |
| **Date of Birth:** | 21/08/1975 |
| **Document Type:** | Passport |
| **Passport/ID #:** | SG0645045 |
| **Date of Expiry:** | 08/03/2012 |

No resulting match for term in
World-Check: SANTANA
RIPOLL, VIRGILIO

**Verification Procedure**

Please compare the computed results below with the lines of the Machine Readable Zone on the
document at hand. In particular pay attention to check control digits (coloured red) in this
form for a better readability only.

**Upper Line:** P*DOMSANTANA<RIPOLL<<VIRGILIO<<<<<<<<<<<<<<<<

**Lower Line:** SG0645045ODOM7508217M1203082****************

Characters marked with * are used at the discretion of the Issuing State and shall be disregarded.

| | |
|---|---|
| **MRZ Matches document:** | (Please tick:) |
| If the machine readable code does not match, the document at hand may be a forgery and enhanced due diligence should be performed. | YES  NO |

**Verification Procedure performed by:**
Name / Last Name: _____
Position: _____
Date & Place: _____
Signature: _____

**Verification Procedure performed by:**
Name / Last Name: _____
Position: _____
Date & Place: _____
Counter Signature: _____

**1) General Legal Notice**

* All information identified or correlated in this profile, appears in the listed sources. We are not responsible for the content of third party sites or sources. Information correlated is necessarily brief and should be read by users in the context of the fuller details available in the external sources to which hypertext links are provided. Users should also carry out independent checks in order to verify the information correlated.

Notice: In compliance with international standardization all countries issue Machine Readable Zone passports, however, prior to this standard some older passports may not conform with the standard and therefore may not match the results provided by Passport-Check.

Some countries/states passports may consist of more or less than 9 characters. All characters must be entered except where they contain more than 9, only the first 9 of these characters are required to calculate the results.

**05/05/2010**

DA0000433

La Web   Imágenes   Videos   Maps   Noti   Libros   Gmail   Más ▼    His   web | Configuración de búsqueda | Acceder

Google   "VIRGILIO SANTANA RIPOLL"   [Buscar]   Búsqueda avanzada

◉ Buscar en la Web   ○ Buscar sólo páginas en español

Web   Mostrar opciones...    Resultados 1 - 10 de aproximadamente 17,500 de "VIRGILIO SANTANA RIPOLL". (0.27 segundos)

**Virgilio Santana Ripoll**
Virgilio Santana Ripoll. Un espacio para el encuentro con los amigos... en ... Web-Master
Derechos Reservados Virgilio Santana Ripoll Puerto Plata Rep. ...
www.virgiliosantana.com/ - En caché

> **Virgilio Santana Ripoll: ALCANZA TU MISIÓN**
> 5 Abr 2010 .... Virgilio Santana Ripoll. Un espacio para el encuentro con los .... Web-Master
> Derechos Reservados Virgilio Santana Ripoll Puerto Plata Rep. ...
> www.virgiliosantana.com/2010/04/alcanza-tu-mision.html - En caché
>
> Mostrar más resultados de www.virgiliosantana.com

**Paramount Properties DR**
Dios les Bendiga! Virgilio Santana Ripoll .... Lic. Virgilio Santana Ripoll. Presidente.
www.paramountproperties.com.do ...
paramountproperties.wordpress.com/ - En caché

> **Real Estate Tips « Paramount Properties DR**
> Coherencia. Tener claridad de pensamiento y control de las emociones. Alinear lo que se dice
> con lo que se hace. Virgilio Santana Ripoll ...
> paramountproperties.wordpress.com/category/real-estate-tips/ - En caché

**Virgilio Santana (Virgilio Santana Ripoll) | MySpace - myspace.com** - [ Traducir esta página ]
MySpace profile for Virgilio Santana Ripoll. Find friends, share photos, keep in touch with
classmates, and meet new people on MySpace.
www.myspace.com/509483370 - En caché

**Virgilio Santana Ripoll — Visual Relationship Mapping — Direct Network** - [ Traducir esta página ]
Map direct relationships of Virgilio Santana Ripoll, including Virgilio Santana Ripoll's board,
executive, not-for-profit, investment, education, ...
www.marketvisual.com/d/...43ab.../Virgilio+Santana+Ripoll - En caché

**Inmuebles | Santiago | Chile**
Inmuebles Venta de apartamentos Publicado por Virgilio Santana Ripoll hace alrededor de 1
año. Com104-7004gs_20_small__thumb ...
redeparede.cl/santiago/inmuebles?page=38 - En caché

**Rocío Espiritual: enero 2010**
Que Nuestro Padre Dios les Bendiga siempre! Virgilio Santana Ripoll ..Ver Más... Publicado
por Logrando Metas en 14:55 . 0 comentarios ...
www.rocioespiritual.com/2010_01_01_archive.html

**Radio Cristo....Tirando Las Redes**
Virgilio Santana Ripoll, EPS D-4210 P O Box 025648. Miami, FL 33102-5648 ... Virgilio
Santana Ripoll. Móvil 809-223-2353. vsantana@radiocristo.com ...
www.radiocristo.com/contactos.htm - En caché - Similares

**Picasa Web Albums - Rocío Espiritual - FOTOS VARIAS**
Mario Espinal y Virgilio Santana Ripoll · Virgilio Santana, Vladimir Rodriguez y William
Silverio ... Virgilio Santana Ripoll y Ambiorix Padilla ...
picasaweb.google.com/vstrading/FOTOSVARIAS - En caché

1 2 3 4 5 6 7 8 9 10   Siguiente

"VIRGILIO SANTANA RIPOLL"   [Buscar]

Buscar en los resultados - Herramientas del idioma - Sugerencias de búsqueda - ¿No estás satisfecho? Ayúdanos a mejorar.

Página principal de Google - Programas de publicidad - Privacidad - Todo acerca de Google

"VIRGILIO SANTANA RIPOLL" - Google Search                    Page 1 of 2

Web   Images   Video   Maps   News   Shopping   Gmail   more ▼                Sign in



**Google**        "VIRGILIO SANTANA RIPOLL"        Search   Advanced Search
                                                           Preferences

Web   Show options...        Results **1 - 10** of about 2,490 for **"VIRGILIO SANTANA RIPOLL"**. (0.43 seconds)

**Virgilio Santana Ripoll | vsantana | República Dominicana** - [ Translate this page ]
**Virgilio Santana Ripoll** Último inicio de sesión : 08 Jun 11:31 ... Publicado por **Virgilio**
**Santana Ripoll** hace 2 meses > San Felipe de Puerto Plata ...
redeparede.com.do/users/vsantana - Cached - Similar

> **Virgilio Santana Ripoll | vsantana | contactos | República**
> **Dominicana** - [ Translate this page ]
> Usuario o e-mail. Contraseña. Entrar. Recordarme ¿Te olvidaste? República Dominicana
> Página principal →. Contactos de **Virgilio Santana Ripoll** ...
> redeparede.com.do/users/vsantana/contacts - Cached - Similar
> More results from redeparede.com.do »

**virgilio santana ripoll** vendo piso / casa :: planetanuncios.com - [ Translate this page ]
**virgilio santana ripoll** vendo piso / casa . Anuncios clasificados gratis.
www.planetanuncios.com/es/.../virgilio+santana+ripoll - Cached - Similar

**YouTube - House in Puerto Plata by Paramount Properties**



1 min 10 sec - 26 Sep 2008
Beautiful House sale by Paramount Properties at
www.paramountproperties.com.do by **Virgilio Santana Ripoll** Listing No.
CAS118 ...
www.youtube.com/watch?v=s8R87DYAdJ4

**Contact us for more information on properties for sale**
**Virgilio Santana Ripoll**, EPS D-4210 P O Box 025648. Miami, FL 33102-5648 ... **Virgilio**
**Santana Ripoll**. President. Mobile 809-223-2353 ...
www.paramountproperties.com.do/contactenos-en.php - Cached - Similar

**virgilio santana ripoll** vendo piso / casa Ávila :: planetanuncios.com - [ Translate this page ]
**virgilio santana ripoll** vendo piso / casa Ávila. Anuncios clasificados gratis.
avila.planetanuncios.com/es/.../virgilio+santana+ripoll - Cached - Similar

**Houses / Homes in Dominican / Puerto Plata | VENTA DE CASAS ...**
9 Dec 2008 ... Advertiser Type: Agente; Company: Paramount Properties Real Estate; City:
Puerto Plata; Contact Person: **VIRGILIO SANTANA RIPOLL** ...
www.encuentra24.com/clasificados-page-o276488-dominican-1519-en.html - Cached - Similar

> **Lots / Land in Dominican / Puerto Plata| VENDO Y ALQUILO CASAS EN ...**
> Advertiser Type: Agente; Company: Paramount Properties Real Estate; City: Puerto Plata;
> Contact Person: **virgilio santana ripoll**; Phone: 809 261 7530 ...
> www.encuentra24.com/clasificados-page-o257606-dominican-1519-en.html - Cached - Similar
> More results from www.encuentra24.com »

**virgilio santana ripoll** inmobiliaria Melilla :: planetanuncios.com - [ Translate this page ]
**virgilio santana ripoll** inmobiliaria Melilla. Anuncios clasificados gratis.
melilla.planetanuncios.com/es/.../lst/.../virgilio+santana+ripoll - Cached - Similar

**virgilio santana ripoll** inmobiliaria Badajoz :: planetanuncios.com - [ Translate this page ]
**virgilio santana ripoll** inmobiliaria Badajoz. Anuncios clasificados gratis.

http://www.google.com/search?q=%22VIRGILIO+SANTANA+RIPOLL%22&rls=com.m...   6/26/2009

DA0000435

OFAC

Page 1 of 1



Friday June 26th 2009 11:02 AM (EST)
Displaying Results for VIRGILIO SANTANA RIPOLL.

No results for VIRGILIO SANTANA RIPOLL.

6/26/2009

DA0000436



DA0000437



# WORLD·CHECK
### REDUCING·RISK·THROUGH·INTELLIGENCE

Legal notice

You are strictly prevented from disclosing or copying the content of this service.
to third parties excluding regulatory agencies.

| | |
|---|---|
| Given Name(s): | VIRGILIO |
| Last Name(s): | SANTANA-RIPOLL |
| Gender: | Male |
| Nationality: | Dominican Republic |
| Date of Birth: | 21/08/1975 |
| Document Type: | Passport |
| Passport/ID #: | 2499944 |
| Personal #: | |
| Date of Expiry: | 13/12/2005 |

No resulting match for term in
World-Check: SANTANA
RIPOLL, VIRGILIO

## Verification Procedure:

Please compare the computed results below with the lines of the Machine Readable Zone on the
document at hand. In particular pay attention to check control digits (coloured red) in this
form for a better readability only.

Upper Line: P*DOMSANTANA<RIPOLL<<VIRGILIO<<<<<<<<<<<<<<<<

Lower Line: 2499944<<7DOM7508217M0512136***************

Character marked with * are used at the discretion of the Issuing State and shall be disregarded.

| MRZ Matches document: | | (Please tick!) | YES | NO |
|---|---|---|---|---|
| If the machine readable code does not match, the document at hand may be a forgery and enhanced due:<br>diligence should be performed. | | | | |

## Verification Procedure performed by:

Name / Last Name:

Position:

Date & Place:

Signature:

## Verification Procedure performed by:

Name / Last Name:

Position:

Date & Place:

Counter Signature:

## 1) General Legal Notice

* All information identified or correlated in this profile, appears in the listed sources. We are not responsible for the content of third
party sites or sources. Information correlated is necessarily brief and should be read by users in the context of the fuller details
available in the external sources to which hypertext links are provided. Users should also carry our independent checks in order to
verify the information correlated.

Notice: In compliance with international standardization all countries issue Machine Readable Zone passports, however, prior to this
standard some older passports may not conform with the standard and therefore may not match the results provided by Passport-
Check.

Some countries/states passports may consist of more or less than 9 characters. All characters must be entered except where they
contain more than 9; only the first 9 of these characters are required to calculate the results.

"VIRGILIO SANTANA RIPOLL" - Buscar con Google

Page 1 of 1

__Google__

| La Web | Imágenes | Grupos | Noticias | Maps | Más » |

"VIRGILIO SANTANA RIPOLL"      Buscar   Búsqueda avanzada
                                                 Preferencias

⦿ Buscar en la Web   ⦿ Buscar sólo páginas en español

## La Web

Su búsqueda - **"VIRGILIO SANTANA RIPOLL"** - no produjo ningún documento.

Sugerencias:

- Asegúrese de que todas las palabras estén escritas correctamente.
- Intente usar otras palabras.
- Intente usar palabras más generales.

Enlaces patrocinados

Résilier ALICE
Désabonnez-vous en 1 seconde
Sans déplacement, en toute sécurité
www.ResilierAlice.com

Página principal de Google - Programas de Publicidad - Tecnología para empresa - Todo acerca de Google

©2007 Google

DA0000439

Case 1:15-cv-00894-WHP-JLC   Document 45-6   Filed 02/24/15   Page 47 of 73



Before you Invest, Investigate™ ...

Investigative Reports Investor Information News and Commentary Investor Resources About
StockPatrol

# Search Results

Your search for "VIRGILIO" and "SANTANA" and "RIPOLL" returned 0 results.

All content © 2006 StockPatrol.com. All rights reserved.
Privacy Policy | Disclaimer | Contact Us

Search

Search StockPatrol.com
**Subscriber Login**

username
password
Login  ☐ Remember me
(I forgot my password.)
(Register a new account.)



DA0000441

VPMS : Client

Last Login: 10/10/2014 at 08:26 GMT 6, Success   LOG OFF

ACTIONS   SEARCH   TRACKING   REPORTS   CONFIGURATION   VIEW   ABOUT

Yessenia Batista

Update Client

Client   N00026F  Nautilus Growth Fund Ltd.

Client Information   Contact Information   Accounts   Signatures   Documents

### Client Information

| | |
|---|---|
| Company | Nautilus Growth... |
| Client Type | Corporate  Individual |
| Company Name | Nautilus Growth Fund Ltd. |
| Code | N00026F |
| Interest Type | No Interest |

| Currency | Rate | Default Rate | |
|---|---|---|---|
| AUD | 0.00 | 0.00 | EDIT |
| CAD | 0.00 | 0.00 | EDIT |
| EUR | 0.00 | 0.00 | EDIT |
| GBP | 0.00 | 0.00 | EDIT |
| USD | 0.00 | 0.00 | EDIT |

| | |
|---|---|
| Broker | Conley Forey - VC/CF |
| Law Firm | - Select - ADD LAW FIRM |
| Referral Code | |

| Code | Name | Account | Commission | Spread Share | Workflow | FX Share | |
|---|---|---|---|---|---|---|---|
| S420 | Conley Forey | 172-470003 | 50.00% | 50.00% | 0.00% | 0.00% | Add Delete |

### Client Status

| | | | | |
|---|---|---|---|---|
| Status | Closed | Open Date | 05/05/2010 | |
| | | Close Date | 10/10/2014 | CLEAR |
| | | Frozen Date | | CLEAR |
| | | Special Date | | CLEAR |

Client updated successfully

VERDMONT CAPITAL, S.A.

Cuenta Cerrada / Account Closed

Broker's name: _Conley Forey_

Broker signature: _Conley Forey_

Reason: _Closing business as per client request_

Date: _Oct 8, 2014_

Compliance Officer: _Yessenia Batista_

Date: _10/10/2014_

WE

# Verdmont Capital

## PHYSICAL CERTIFICATE DEPOSIT FORM

Date: _02/22/2013_

Company Name: _Nostra Energy Inc._ Symbol: _NDRX_

Registered in the name of: _Nautilus Growth Fund Ltd._

Deposit to account of: _Nautilus Growth Fund Ltd._ Broker code: _CF_

Number of Shares: _1,840,000_ Certificate Number: _158_

Free Trading: Yes: ✓ No: _____ If not – restriction date (CAD): _____

— restriction date (USD): _____

Transfers Docs required for deposit:

PA: ✓ Corp. Res: ✓ Form 144: _____ Letter #1: _____ Letter #3: _____
Letter #4. A: _____ Other: _____

Transfer Docs Attached:

PA: ✓ Corp. Res: ✓ Form 144: _____ Letter #1: _____ Letter #3: _____
Letter #4. A: _____ Other: _____

Depository:

DTC: ✓ CDS: _____ EuroClear: _____ CREST: _____ Other (Specify): _____

How did client acquire shares?

P.P. thru Verdmont _____     Private Acquisition ✓     Purchase in Market _____
Private Placement _____     Warrant _____     Other(Specify) _____

Us Certificates:

Is documentation attached concerning how the shares are registered? Yes: ✓ No: _____
If the shares were acquire from a 3rd party, is the related documentation attached e.g. Purchase/sale agreement)? Yes: ✓ No: _____
Please confirm company is current with its SEC filings: Yes: ✓ No: _____
Are the shares physically settled? Yes: _____ No: ✓

Broker's signature: _Conley Nkosi_

Number of outstanding shares: _73,783,100_ % _2.49%_ Cost Override _0.13_

Management Approval: _____

Send to Custodian? Yes: ✓ if Restricted send on _____ No: _____

Date sent to RBC: _____

DA0000443

# IRREVOCABLE STOCK POWER

FOR VALUE RECEIVED, the undersigned does (do) hereby sells, assigns and transfers to:

_____

(Name of Transferee)

_____

_____

(Transferee's Address)

*1,840,000* shares of the *COMMON* stock of *Norstra Energy Inc.*
represented by Certificate(s) No(s) *158* ...................................................

inclusive, standing in the name of the undersigned on the books of the said Company.

The undersigned does (do) hereby irrevocably constitute and appoint *Brant*
*Investment Limited* attorney to transfer the said stock on the books of

said Company, with full power of substitution in the premises.

Dated *March 22nd, 2013*

Signature of Transferors

_____

_____

In the presence of:

Signature of Witness

SIGNATURE GUARANTEED BY:

SIGNATURE GUARANTEED
VERDMONT CAPITAL

Auth. No.
036

Authorized Officer

DA0000444

## Resolution of Sole Director

The undersigned, being the sole director of __Nautilus Growth Fund Ltd__

("the Corporation"), hereby resolves to sell, assign and transfer __1,840,000__ holdings of the

__COMMON__ of __NORSTRA ENERGY INC.__
(indicate class)                          (indicate name of Issuer)

represented by certificate number(s) ___158.___, registered in the name of the Corporation, and, for the purposes hereof, the undersigned, being the sole officer of the Corporation, is hereby authorized to execute on behalf of the Corporation all such conveyances, transfers and other documents, to affix the corporate seal of the Corporation and to do all things necessary to give effect to this resolution.

The undersigned, President of the Corporation, hereby certifies that:

1.  The foregoing is a true copy of a resolution of the sole direction of the Corporation adopted on __March 22nd, 2013__ and that the resolution is still in full force and effect, unamended, and

2.  The undersigned is the sole director and officer of the Corporation on the date indicated below.

Signed at __Sosua, Dominican Republic__ on this __22nd__ day of __March__ 20 _13_.

Nautilus Growth Fund Ltd, by its director Velvet Management Services Ltd, by its director Virgilio Santana Ripoll

_____
President print and sign name
Affix Corporate Seal (if no seal exists, certify below)

I hereby certify that there is no corporate seal.

_____
President sign name

We, the undersigned, by our duly authorized officer(s), do hereby certify that the signature of the President of the Corporation appearing herein above is that of the sole director and officer of the Corporation.

Space for guarantees of signatures (below)

SIGNATURE GUARANTEED
VERDMONT CAPITAL
Pamela Verdmont
Ave. Aquilino de Cu ... la No.18,
P ... anamá
... ... 

Auth. No.
0380
Authorised Officer

Per: _____
Name: Virgilio Santana Ripoll
Title: Authorised Signatory

Per: _____
Name:
Title:

Note:  The above certification must be completed along with a guarantee by a major Canadian Schedule I chartered bank, a major trust company in Canada or a member of an acceptable Medallion Signature Guarantee Program (STAMP, SEMP, MSP).  The Guarantor must affix a stamp bearing the actual words "Signature Guaranteed".

In the USA, signature guarantees must be done by members of a "Medallion Signature Guarantee Program only".

Please note, signature guarantees are not accepted from Treasury Branches, Credit Unions or Caisse Populaires unless they are members of the Stamp Medallion Program.

(02/2004)

DA0000445

**Michelle Peralta**

| | |
|---|---|
| **From:** | Brian Barthlow <brian@empirestock.com> |
| **Sent:** | Friday, March 22, 2013 12:56 PM |
| **To:** | Michelle Peralta |
| **Subject:** | RE: Norstra Energy Inc. (NORX) #158 |

Correct, sorry bout that.

Best Regards
BRIAN BARTHLOW
Empire Stock Transfer
1859 Whitney Mesa Dr.
Henderson, NV 89014
Telephone (702) 818-5898
Facsimile (702) 974-1444

Please Take Our Customer Satisfaction Survey
http://empirestock.com/survey.html

Empire Stock Transfer Inc.
1859 Whitney Mesa Dr.
Henderson, Nevada 89014
(702) 818-5898



CONFIDENTIALITY NOTICE: This e-mail and any attached documents contain information which is PRIVILEGED, PROPRIETARY and CONFIDENTIAL, are protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, Federal and State copyright laws, and are intended only for the use of the recipient(s) named herein. No part of this document or any attachments may be reproduced or transmitted without permission from Empire Stock Transfer Inc. If you are not the intended recipient, you are hereby notified that any disclosure, distribution, or the taking of any action in reliance upon the contents of this communication is strictly prohibited. If you have received this transmission in error, please notify us immediately.

**From:** Michelle Peralta [mailto:Michelle.Peralta@verdmont.com.pa]
**Sent:** Friday, March 22, 2013 10:21 AM
**To:** Brian Barthlow
**Subject:** RE: Norstra Energy Inc. (NORX) #158

No stops, holds or restrictions on it, correct?

Thank you and I am so sorry for the inconvenience.

Regards,

Michelle Peralta
Broker's Assistant
Verdmont Capital, S.A.
Edificio Verdmont
Ave. Aquilino De La Guardia No. 18
Apartado Postal 0823-03017

1

DA0000446

Ciudad de Panamá, República de Panamá.
tel: +507-301-9057
www.verdmont.com.pa

Entidad Regulada y Supervisada por la Superintendencia del Mercado de Valores.. Licencia para operar como Casa de Valores.

**From:** Brian Barthlow [mailto:brian@empirestock.com]
**Sent:** Friday, March 22, 2013 12:20 PM
**To:** Michelle Peralta
**Subject:** RE: Norstra Energy Inc. (NORX) #158

Confirmed, tacks to the S1

Best Regards
BRIAN BARTHLOW
Empire Stock Transfer
1859 Whitney Mesa Dr.
Henderson, NV 89014
Telephone (702) 818-5898
Facsimile (702) 974-1444

Please Take Our Customer Satisfaction Survey
http://empirestock.com/survey.html

Empire Stock Transfer Inc.
1859 Whitney Mesa Dr.
Henderson, Nevada 89014
(702) 818-5898



CONFIDENTIALITY NOTICE: This e-mail and any attached documents contain information which is PRIVILEGED, PROPRIETARY and CONFIDENTIAL, are protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, Federal and State copyright laws, and are intended only for the use of the recipient(s) named herein. No part of this document or any attachments may be reproduced or transmitted without permission from Empire Stock Transfer Inc. If you are not the intended recipient, you are hereby notified that any disclosure, distribution, or the taking of any action in reliance upon the contents of this communication is strictly prohibited. If you have received this transmission in error, please notify us immediately.

**From:** Michelle Peralta [mailto:Michelle.Peralta@verdmont.com.pa]
**Sent:** Friday, March 22, 2013 10:04 AM
**To:** Brian Barthlow
**Subject:** Norstra Energy Inc. (NORX) #158

Hi Brian,

I am sorry to bother you again, but we just received the attached certificate for Nautilus Growth Fund Ltd. Could you please confirm if the shares of this certificate tack back to ones issued under an S1 registration and that this is a valid certificate, free trading, there are no stops, holds, or restrictions on it?

Thank you.

Michelle Peralta
Broker's Assistant
Verdmont Capital, S.A.

2

DA0000447

## PURCHASE AND SALE AGREEMENT

This agreement dated the 18 day of March, 2013

BETWEEN:

ISLA INVESCO LTD.

(hereinafter referred to as the "Transferor")

AND:

NAUTILUS GROWTH FUND LTD.

(hereinafter referred to as the "Transferee")

THIS AGREEMENT WITNESSETH THAT in consideration of the purchase price of $791,200 USD ($.43 per share), the receipt and sufficiency of which is hereby acknowledged, and in reliance on the agreements, representations and warranties of the Transferor, the Transferee hereby agrees to purchase 1,840,000 shares (the "Shares") of Norstra Energy Inc (the "Company") from the Transferor free and clear of all liens, charges and encumbrances

The Transferee represents and warrants to the Transferor that:

(1)      the Transferee is acquiring the Shares for his own account for investment purposes; and

(2)      the Transferee possesses the financial and business experience to make an informed decision to acquire the Shares, and has had access to all information relating to the Company and its business operations which would be necessary to make an informed decision to purchase the Shares.

The Transferor represents and warrants to the Transferee that:

(1)      the Transferor is not an affiliate of the Corporation and did not acquire the Shares from an affiliate of the Corporation; and

(2)      the Transferor is the beneficial owner of the Shares and has the right to dispose of them in the manner contemplated by this agreement.

This Agreement may be executed in one or more counter-parts, each which so executed, whether in original or facsimile form, shall constitute one and the same agreement and be considered an original.

IN WITNESS WHEREOF, the parties have executed the Agreement effective as of the date of this Agreement

_____

TRANSFEROR

_____

TRANSFEREE



DA0000449

The following abbreviations, when used in the inscription of the face of this certificate, shall be construed as though they were written out in full according to applicable la[illegible] r regulations:

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — ______ Custodian ______
(Cust) (Minor)
under Uniform Gifts to Minors Act
______
(State)

Additional abbreviations may also be used though not in the above list.

*For Value Received,* ______ *hereby sells, assigns and transfers unto*

PLEASE INSERT SOCIAL SECURITY OR OTHER IDENTIFYING NUMBER

______

______

(PLEASE PRINT OR TYPE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

______

______ *Shares*

*of the Capital Stock represented by this Certificate and hereby irrevocably constitutes and appoints*

______ *Attorney*

*to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.*

*Dated* ______

NOTICE THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THIS CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATSOEVER.

SIGNATURE(S) GUARANTEED

NOTICE THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION, (BANKS, STOCKBROKERS, SAVINGS AND LOAN ASSOCIATION AND CREDIT UNIONS) WITH MEMBERSHIP IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM PURSUANT TO S.E.C. RULE 17AD-15.

NORSTRA ENERGY INC.

INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

COMMON STOCK

NUMBER
158

SHARES
***1,840,000***

COMMON STOCK
CUSIP 65664V103

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

***Nautilus Growth Fund Ltd. ***

is the Owner of *** One Million Eight Hundred Forty Thousand ***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
NORSTRA ENERGY INC.

transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly
endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.

Dated:   March 20, 2013

COUNTERSIGNED AND REGISTERED:
EMPIRE STOCK TRANSFER INC.
Transfer Agent and Register

By

AUTHORIZED SIGNATURE

DIRECTOR

PRESIDENT

B 24665

The following abbreviations, when used in the inscription on the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — _____ Custodian _____
                           (Cust)                          (Minor)
                     under Uniform Gifts to Minors Act

                     _____
                        (State)

Additional abbreviations may also be used though not in the above list.

*For Value Received,* _____ *hereby sells, assigns and transfers unto*

PLEASE INSERT SOCIAL SECURITY
OR OTHER IDENTIFYING NUMBER

_____

_____

(PLEASE PRINT OR TYPE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

_____ *Shares*

*of the Capital Stock represented by this Certificate and hereby*

*irrevocably constitutes and appoints*

_____ *Attorney*

*to transfer the said stock on the books of the within—named Corporation*

*with full power of substitution in the premises.*

*Dated* _____

NOTICE   THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THIS CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATSOEVER.

SIGNATURE(S) GUARANTEED

NOTICE   THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION, (BANKS, STOCKBROKERS, SAVINGS AND LOAN ASSOCIATION AND CREDIT UNIONS) WITH MEMBERSHIP IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM PURSUANT TO S.E.C. RULE 17AD-15.

DA0000451



NUMBER
141

COMMON STOCK

THIS CERTIFIES THAT

***Isla Invesco Ltd***

is the Owner of *** Three Million Six Hundred Eighty Thousand ***

NORSTRA ENERGY INC.

INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

SHARES
***3,680,000***

COMMON STOCK
CUSIP 65654V103

SEE REVERSE FOR CERTAIN DEFINITIONS

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
NORSTRA ENERGY INC.

transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.

Dated: February 8, 2013

COUNTERSIGNED AND REGISTERED
EMPIRE STOCK TRANSFER INC.
Isabella Approving Register

By

AUTHORIZED SIGNATURE

DIRECTOR

PRESIDENT

CORPORATE
SEAL

24633

DA0000452

## POWER OF ATTORNEY TO TRANSFER SECURITIES

FOR VALUE RECEIVED the undersigned hereby sells, assigns and transfers to ___See Schedule A___

_Name and address of transferee_

___3,680,000 Shares of Norstra Energy Inc___

_Description of securities and name of corporation_

represented by certificate number __14__ , and hereby irrevocably constitutes and appoints _____
the attorney of the undersigned to transfer the said shares on the books of the said corporation with full power of substitution in the premises

Dated: __March 18, 2013__

ISLA INVESCO LTD.

_____

Witness

Signature of transferor guaranteed by:

Authorized Signatory (Richard Smith)

SIGNATURE GUAR . . . . .
EN TRUST COMPANY

Authorized Signatory

DA0000453

## RESOLUTION TO TRANSFER SECURITIES

RESOLVED THAT RICHARD SMITH be and is hereby authorized on behalf of the Company to accept and convey, assign, transfer or otherwise dispose of all or any shares, stock, bonds, debenture stock, and other securities of every description now or hereafter registered in the name of the Company or held or owned by the Company and to sign and execute on behalf of the Company all and any instruments of acceptance and transfer and other documents whenever necessary or proper to effectuate the same with full power to appoint any attorney or attorneys with full power of substitution therein, and that any and all instruments of acceptance and transfer and other documents in connection therewith heretofore signed and executed on behalf of the Company in accordance with the authority set out above are hereby ratified and confirmed.

### CERTIFICATE

I hereby certify that the foregoing is a true and correct copy of a resolution duly passed at a meeting of the Directors of ISLA INVESCO LTD, regularly held on 18.03.2013, and that the said resolution is now in full force and effect. I further certify that the following is a list of all directors, officers and employees of the Company authorized by this resolution to do any act or thing:

RICHARD SMITH
(Name)

(1) _____
Specimen Signature

I further certify the company has no corporate seal and I am the sole signing officer.

(2) _____
Secretary (Richard Smith)

DA0000454



1 X 1,840,000

Nautilus Growth Fund Ltd.       1 X 1,840,000
Clifton House, 75 Fort Street
Grand Cayman, KY1-1104
Cayman Island

DA0000455

**U.S. SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

Form 10-Q

Mark One
[X] QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the quarterly period ended November 30, 2012

[ ] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15 (d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

Commission File No. 333-181042

**HORSERA ENERGY, INC.**
(Name of registrant in its charter)

Nevada                                                    27-1933272
(State or other jurisdiction                              (IRS Employer
of incorporation or organization)                         Identification Number)

414 Manor Road
Laredo Texas, 78041
1-888-474-8077 (TEL)

Indicate by checkmark whether the issuer (1) has filed all reports required to be filed by Section 13 or 15(d) of the Exchange Act during the past 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes [X] No [ ]

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files) Yes [X] No [ ]

Indicate by check mark whether the registrant is a large accelerated, filed, on accelerated filer, a non-accelerated filer, or a smaller reporting company.

Large accelerated filer [ ]                          Accelerated filer [ ]
Non-accelerated filer [ ]                            Smaller reporting company [X]

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes [ ] No [X]

Applicable Only to Issuer Involved in Bankruptcy Proceedings During the Preceding Five Years. N/A

Indicate by checkmark whether the issuer has filed all documents and reports required to be filed by Section 12, 13 and 15(d) of the Securities Exchange Act of 1934 after the distribution of securities under a plan confirmed by a court. Yes [ ] No [ ]

Applicable Only to Corporate Registrants

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the most practicable date:

| Class | Outstanding as of November 30, 2012 |
|---|---|
| Common Stock $0.001 | 73,763,100 |

# DWAC

## DEPOSIT REQUEST

REQUEST DATE: May 2, 2013

BROKER/DEALER INFORMATION

NAME OF BROKER/DEALER: RBC Dexia

DTC PARTICIPANT #: 0901

DTC AGENT BANK #: 80901

INSTITUTION ID: 53372

FOR CREDIT TO: Verdmont Capital | ACCOUNT NAME: Verdmont Capital: Ref#161932002

ACCOUNT #: 298307

CONTACT NAME: Lourdes Jaen

CONTACT PHONE NUMBER: +507 301 9071

SHAREHOLDER ACCOUNT INFORMATION

EXACT ACCOUNT NAME. Nautilus Growth Fund Ltd.

ACCOUNT NUMBER: 172-470083

SECURITY/STOCK INFORMATION

NAME OF ISSUER: Norstra Energy Inc.

SYMBOL: NORX

CUSIP NUMBER: 65654V103

# OF SHARES: 1,000,000

REQUEST INFORMATION

NAME OF INDIVIDUAL SUBMITTING REQUEST: Nautilus Growth Fund Ltd.

CONTACT E-MAIL ADDRESS: nautilus@corptrax.com

COMPLETION DATE:

COMPLETED BY:

DA0000457

## PURCHASE AND SALE AGREEMENT

This agreement dated the 2 day of May, 2013

BETWEEN:

        COLDSTREAM SUMMITT LTD.

        (hereinafter referred to as the "Transferor")

AND:

        NAUTILUS GROWTH FUND LTD.

        (hereinafter referred to as the "Transferee")


    **THIS AGREEMENT WITNESSETH** THAT in consideration of the purchase price of $680,000USD ($.68 per share), the receipt and sufficiency of which is hereby acknowledged, and in reliance on the agreements, representations and warranties of the Transferor, the Transferee hereby agrees to purchase 1,000,000 shares (the "Shares") of Norstra Energy Inc. (the "Company") from the Transferor free and clear of all liens, charges and encumbrances.

    The Transferee represents and warrants to the Transferor that:

        (1)    the Transferee is acquiring the Shares for his own account for investment purposes; and

        (2)    the Transferee possesses the financial and business experience to make an informed decision to acquire the Shares, and has had access to all information relating to the Company and its business operations which would be necessary to make an informed decision to purchase the Shares.

    The Transferor represents and warrants to the Transferee that:

        (1)    the Transferor is not an affiliate of the Corporation and did not acquire the Shares from an affiliate of the Corporation; and

        (2)    the Transferor is the beneficial owner of the Shares and has the right to dispose of them in the manner contemplated by this agreement.

    This Agreement may be executed in one or more counter-parts, each which so executed, whether in original or facsimile form, shall constitute one and the same agreement and be considered an original.

    **IN WITNESS WHEREOF,** the parties have executed the Agreement effective as of the date of this Agreement.


_____
TRANSFEROR

_____
TRANSFEREE

DA0000458

NUMBER
162

COMMON STOCK

SHARES

***1,000,000***

COMMON STOCK
CUSIP 65654V103

SEE REVERSE FOR CERTAIN DEFINITIONS

NORSTRA ENERGY INC.

INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

THIS CERTIFIES THAT

***Coldstream Summit Ltd***

Is the Owner of*** One Million ***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
NORSTRA ENERGY INC.

transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.

Dated  March 27, 2013

COUNTERSIGNED AND REGISTERED
EMPIRE STOCK TRANSFER INC.
TRANSFER AGENT AND REGISTRAR

BY

AUTHORIZED SIGNATURE

DIRECTOR

PRESIDENT

DA0000459

## POWER OF ATTORNEY TO TRANSFER SECURITIES

FOR VALUE RECEIVED the undersigned hereby sells, assigns and transfers to _Nautilus Growth Fund Ltd._

_Clifton House, 75 Fort Street, Grand Cayman, KY-1104, Cayman Island_

(Name and address of transferee.)

_1,000,000 Shares of Nuestra Energy Inc._

(Description of securities and name of corporation.)

represented by certificate number _162_ and hereby irrevocably constitutes and appoints _____ the attorney of the undersigned to transfer the said shares on the books of the said corporation with full power of substitution in the premises.

Dated _May 2, 2013_

COLDSTREAM SUMMIT LTD

_____
Authorized Signatory (Richard Smith)

_____
Witness

Signature of transferor guaranteed by:

SIGNATURE GUARANTEED
EN TRUST COMPANY

_____
Authorized Signatory

## RESOLUTION TO TRANSFER SECURITIES

RESOLVED THAT RICHARD SMITH be and is hereby authorized on behalf of the Company to accept and convey, assign, transfer or otherwise dispose of all or any shares, stock, bonds, debenture stock and other securities of every description now or hereafter registered in the name of the Company or held or owned by the Company and to sign and execute on behalf of the Company all and any instruments of acceptance and transfer and other documents whenever necessary or proper to effectuate the same with full power to appoint any attorney or attorneys with full power of substitution therein, and that any and all instruments of acceptance and transfer and other documents in connection therewith heretofore signed and executed on behalf of the Company in accordance with the authority set out above are hereby ratified and confirmed

### CERTIFICATE

I hereby certify that the foregoing is a true and correct copy of a resolution duly passed at a meeting of the Directors of COLDSTREAM SUMMIT LTD regularly held on May 2, 2013, and that the said resolution is now in full force and effect. I further certify that the following is a list of all directors, officers and employees of the Company authorized by this resolution to do any act or thing

RICHARD SMITH
(Name)

(1) _____
(Specimen Signature)

I further certify the company has no corporate seal

(2) _____
(Secretary, Assistant Secretary)

DA0000461

# DWAC

## DEPOSIT REQUEST

REQUEST DATE: May 21, 2013

---

**BROKER/DEALER INFORMATION**

NAME OF BROKER/DEALER: RBC Dexia

DTC PARTICIPANT #: 0901

DTC AGENT BANK #: 80901

INSTITUTION ID: 53372

| FOR CREDIT TO: Verdmont Capital | ACCOUNT NAME: Verdmont Capital: Ref#161932002 |
|---|---|

ACCOUNT #: 298307

CONTACT NAME: Lourdes Jaen

CONTACT PHONE NUMBER: +507 301 9071

---

**SHAREHOLDER ACCOUNT INFORMATION**

EXACT ACCOUNT NAME: Nautilus Growth Fund Ltd.

ACCOUNT NUMBER: 172-470083

---

**SECURITY/STOCK INFORMATION**

NAME OF ISSUER: Norstra Energy Inc.

SYMBOL: NORX

CUSIP NUMBER: 65654V103

# OF SHARES: 1,315,000

---

**REQUEST INFORMATION**

NAME OF INDIVIDUAL SUBMITTING REQUEST: Nautilus Growth Fund Ltd.

CONTACT E-MAIL ADDRESS: nautilus@corptrax.com

---

COMPLETION DATE:

COMPLETED BY:

DA0000462

NUMBER
163

COMMON STOCK

THIS CERTIFIES THAT

***Maripose Acosiados S.A.***

Is the Owner of*** One Million Three Hundred Fifteen Thousand ***

SHARES
***1,315,000***

COMMON STOCK
CUSIP 65654V103

SEE REVERSE FOR CERTAIN DEFINITIONS

NORSTRA ENERGY INC.

INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
NORSTRA ENERGY INC.

transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness the facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.

Dated: March 27, 2013

COUNTERSIGNED AND REGISTERED
EMPIRE STOCK TRANSFER INC.
Transfer Agent and Registrar

By
AUTHORIZED SIGNATURE

XXXXXXXXX
DIRECTOR

PRESIDENT

B

DA0000463

## POWER OF ATTORNEY TO TRANSFER SECURITIES

FOR VALUE RECEIVED the undersigned hereby sells, assigns and transfers to _Nautilus Growth Fund Ltd._

_Clifton House, 75 Fort St. Grand Cayman, KY-1104, Cayman Islands_
<span style="font-size:smaller">(name and address of transferee)</span>

_1,315,000 Shares of Norstra Energy Inc._
<span style="font-size:smaller">(description of securities and name of corporation)</span>

represented by certificate number _163_, and hereby irrevocably constitutes and appoints _____ the attorney of the undersigned to transfer the said shares on the books of the said corporation with full power of substitution in the premises.

Dated, _May 21/13_

_____
Witness

Signature of transferor guaranteed by: (3)

MARIPOSA ACOSIADOS S.A.

(1)_____
Authorized Signatory (Chris Smith)

SIGNATURE GUARANTEED
FN TRUST COMPANY

.......................................
Authorized Signatory

DA0000464

## RESOLUTION TO TRANSFER SECURITIES

RESOLVED THAT CHRIS SMITH be and is hereby authorized on behalf of the Company to accept and convey, assign, transfer or otherwise dispose of all or any shares, stock, bonds, debenture stock and other securities of every description now or hereafter registered in the name of the Company or held or owned by the Company and to sign and execute on behalf of the Company all and any instruments of acceptance and transfer and other documents whenever necessary or proper to effectuate the same with full power to appoint any attorney or attorneys with full power of substitution therein, and that any and all instruments of acceptance and transfer and other documents in connection therewith heretofore signed and executed on behalf of the Company in accordance with the authority set out above are hereby ratified and confirmed.

### CERTIFICATE

I hereby certify that the foregoing is a true and correct copy of a resolution duly passed at a meeting of the Directors of MARIPOSA ASOCIADOS S A  regularly held on 21 May 2013, and that the said resolution is now in full force and effect.  I further certify that the following is a list of all directors, officers and employees of the Company authorized by this resolution to do any act or thing

CHRIS SMITH

*(Name)*

(1)

*Specimen Signature*

. further certify the company has no corporate seal.

(2)

*Secretary (Mark Anthony Cruz)*

DA0000465

## PURCHASE AND SALE AGREEMENT

This agreement dated the 21 day of May, 2013

BETWEEN:

      MARIPOSA ACOSIADOS S.A.

      (hereinafter referred to as the "Transferor")

AND:

      NAUTILUS GROWTH FUND LTD.

      (hereinafter referred to as the "Transferee")

**THIS AGREEMENT WITNESSETH** THAT in consideration of the purchase price of $1,038,850 USD ($.79 per share), the receipt and sufficiency of which is hereby acknowledged, and in reliance on the agreements, representations and warranties of the Transferor, the Transferee hereby agrees to purchase 1,315,000 shares (the "Shares") of Norstra Energy Inc. (the "Company") from the Transferor free and clear of all liens, charges and encumbrances.

The Transferee represents and warrants to the Transferor that:

(1)      the Transferee is acquiring the Shares for his own account for investment purposes; and

(2)      the Transferee possesses the financial and business experience to make an informed decision to acquire the Shares, and has had access to all information relating to the Company and its business operations which would be necessary to make an informed decision to purchase the Shares.

The Transferor represents and warrants to the Transferee that:

(1)      the Transferor is not an affiliate of the Corporation and did not acquire the Shares from an affiliate of the Corporation; and

(2)      the Transferor is the beneficial owner of the Shares and has the right to dispose of them in the manner contemplated by this agreement.

This Agreement may be executed in one or more counter-parts, each which so executed, whether in original or facsimile form, shall constitute one and the same agreement and be considered an original.

**IN WITNESS WHEREOF**, the parties have executed the Agreement effective as of the date of this Agreement.

TRANSFEROR                                       TRANSFEREE

DA0000466