# EXHIBIT D

1159069.1

ACCOUNT # 172-800512

## FORM OF WRITTEN CONSENT FOR THE RELEASE OF
## CORPORATE BROKERAGE ACCOUNT INFORMATION

DATED: February 9th, 2015

I, Christopher Richard Smith, a citizen of United Kingdom, bearer of ID/Passport # 099175143, acting in my capacity as Beneficial Owner and Director of Bamfield Equities Ltd., hereby authorize to release through Verdmont Capital, S.A.'s legal counsel to the Securities and Exchange Commission of the United States of America, all Account opening information provided to Verdmont as well as trading records pertaining to the purchase and sale of stock in Norstra Energy Inc.

Signed: *[signature]*

Name: Christopher Richard Smith

ACCOUNT # 172-470083

## FORM OF WRITTEN CONSENT FOR THE RELEASE OF
## CORPORATE BROKERAGE ACCOUNT INFORMATION

DATED: February 9th, 2015

I, Virgilio Santana Ripoll, a citizen of Dominican Republic, bearer of ID/Passport # SG0645045, acting in my capacity as Authorized Signatory and Director of Nautilus Growth Fund Ltd., hereby authorize to release through Verdmont Capital, S.A.'s legal counsel to the Securities and Exchange Commission of the United States of America, all Account opening information provided to Verdmont as well as trading records pertaining to the purchase and sale of stock in Norstra Energy Inc.

Signed: _____

Name: Virgilio Santana Ripoll

ACCOUNT # 172-469761

## FORM OF WRITTEN CONSENT FOR THE RELEASE OF CORPORATE BROKERAGE ACCOUNT INFORMATION

DATED: February 9th, 2015

I, Clifford John Wilkins, a citizen of United Kingdom, bearer of ID/Passport # 099141112, acting in my capacity as Beneficial Owner and Director of Lornex Financial Ltd., hereby authorize to release through Verdmont Capital, S.A.'s legal counsel to the Securities and Exchange Commission of the United States of America, all Account opening information provided to Verdmont as well as trading records pertaining to the purchase and sale of stock in Goff Corp., Medora Corp. and Norstra Energy Inc.

Signed: _____

Name: Clifford John Wilkins

DA0000469