# EXHIBIT H

1159069.1

ACCOUNT # 172-469966

## FORM OF WRITTEN CONSENT FOR THE RELEASE OF
## CORPORATE BROKERAGE ACCOUNT INFORMATION

DATED: February 24th, 2015

I, Glynn David Fisher, a citizen of Panama, bearer of ID # E-8-97859, acting in my capacity as Beneficial Owner and Director of Verdmont Capital, Inc. House Inv. Sub B, hereby authorize to release through Verdmont Capital, S.A.'s legal counsel to the Securities and Exchange Commission of the United States of America, the information and/or documents as may be required from Verdmont in order to comply with legal and/or actual obligations.

A list of the information and documents to be shared pursuant to this written consent may include, any and all Account opening information provided to Verdmont as well as transaction records pertaining to the purchase and sale of stock in Xumanii International Holdings.

Signed: _[signature]_

Name: Glynn David Fisher

ACCOUNT # 172-800452

## FORM OF WRITTEN CONSENT FOR THE RELEASE OF
## CORPORATE BROKERAGE ACCOUNT INFORMATION

DATED: February 24th, 2015

I, Glynn David Fisher, a citizen of Panama, bearer of ID # E-8-97859, acting in my capacity as Beneficial Owner and Director of Chloe Company S.A. Sub-B, hereby authorize to release through Verdmont Capital, S.A.'s legal counsel to the Securities and Exchange Commission of the United States of America, the information and/or documents as may be required from Verdmont in order to comply with legal and/or actual obligations.

A list of the information and documents to be shared pursuant to this written consent may include, any and all Account opening information provided to Verdmont as well as transaction records pertaining to the purchase and sale of stock in Xumanii International Holdings.

Signed: _____

Name: Glynn David Fisher

ACCOUNT # 172-800303

## FORM OF WRITTEN CONSENT FOR THE RELEASE OF
## CORPORATE BROKERAGE ACCOUNT INFORMATION

DATED: February 24th, 2015

I, Yanira Lineth Peñaloza Becerra, a citizen of Panama, bearer of ID/Passport # 8-767-815, acting in my capacity as Beneficial Owner and Director of Egos Capital Corp., hereby authorize to release through Verdmont Capital, S.A.'s legal counsel to the Securities and Exchange Commission of the United States of America, the information and/or documents as may be required from Verdmont in order to comply with legal and/or actual obligations.

A list of the information and documents to be shared pursuant to this written consent may include, any and all Account opening information provided to Verdmont as well as transaction records pertaining to the purchase and sale of stock in Xumanii International Holdings.

Signed: _____

Name: Yanira Lineth Peñaloza Becerra

ACCOUNT # 172-469486

## FORM OF WRITTEN CONSENT FOR THE RELEASE OF
## CORPORATE BROKERAGE ACCOUNT INFORMATION

DATED: February 24th, 2015

I, Nicolaas Carel Marthunis Wilson, a citizen of South Africa, bearer of ID/Passport # 442554433, acting in my capacity as Beneficial Owner of my individual account Nicolaas Carel Marthunis Wilson, hereby authorize to release through Verdmont Capital, S.A.'s legal counsel to the Securities and Exchange Commission of the United States of America, the information and/or documents as may be required from Verdmont in order to comply with legal and/or actual obligations.

A list of the information and documents to be shared pursuant to this written consent may include, any and all Account opening information provided to Verdmont as well as transaction records pertaining to the purchase and sale of stock in Xumanii International Holdings.

Signed: _____

Name: Nicolaas Carel Marthunis Wilson