JUDGE PAULEY 15 CV 00894

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

| In the Matter of: CALEDONIAN GLOBAL FINANCIAL SERVICES | File No. HO-12139-A |
|---|---|

Natalia Torres de Meneses declares and states as follows:

1. I am 38years old and reside in Rancho Santa Margarita, California.

2. I am a Banking Center Manager currently employed in the Alton Parkway branch of Bank of America. I was formerly the Banking Center Manager of the San Juan Capistrano branch of Bank of America. One of the services that Bank of America provides to its customers is to affix medallion signature guarantee stamps on stock power forms and other legally appropriate documents presented by the customer. Generally, the purpose of a medallion signature guarantee stamp is to guarantee that the person executing the stock power form is who he or she claims to be and to guarantee that that person is the appropriate person to effectuate the transfer of securities.

3. I have been shown copies of ten stock powers in the names of various persons and which purport to bear the medallion signature guarantee stamp of the San Juan Capistrano, California branch of Bank of America, true and correct copies of which are attached hereto.

4. The medallion guarantee stamp on the ten stock powers has the identification numbers of the San Juan Capistrano branch office. However, to my knowledge, no officer or other employee at the San Juan Capistrano branch affixed the medallion signature guarantee stamp onto any of these stock powers. I am certain I did not.

5. Except in one instance, the stock powers do not identify the name of the person whose signature is in the stock power. We have been provided with copies of Goff, Corp. stock certificates that we were told by SEC staff corresponded with the stock powers and provided names of the purported signers of the stock powers. None of the names showing on the corresponding stock certificates are presently customers of the San Juan Capistrano branch. None are persons known to me. As a general rule, the medallion signature guarantee service is only offered to customers of Bank of America

6. An individual named Philip Kueber was a customer of the San Juan Capistrano branch of Bank of America from 2010 to 2013. In that time period, the San Juan Capistrano branch had provided medallion signature guarantee stamps on other documents which appeared to bear Kueber's signature.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 14, 2015.

# EXHIBIT A



NUMBER 160

COMMON STOCK

SHARES ***8,750,000***

COMMON STOCK

CUSIP 36190U206

SEE REVERSE FOR CERTAIN DEFINITIONS

# GOFF, CORP

Par Value $.001

INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

THIS CERTIFIES THAT

***Alan Gahan***

is the Owner of *** Eight Million Seven Hundred Fifty Thousand ***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF

GOFF, CORP

*transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.*

*Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.*

Dated: February 11, 2013

COUNTERSIGNED AND REGISTERED:
EMPIRE STOCK TRANSFER INC.
Transfer Agent and Registrar

By

AUTHORIZED SIGNATURE

CORPORATE SEAL

SECRETARY DIRECTOR

PRESIDENT

CANCELLED STOCK TRANSFER

CANCELLED STOCK TRANSFER

CANCELLED STOCK TRANSFER

B 40347

GOFF Scans 124

EXHIBIT A, page 1

The following abbreviations, when used in the inscription of the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — __________ Custodian __________
(Cust) (Minor)
under Uniform Gifts to Minors Act

__________
(State)

Additional abbreviations may also be used though not in the above list.

*For Value Received,* ________ *hereby sells, assigns and transfers unto*

PLEASE INSERT SOCIAL SECURITY OR OTHER IDENTIFYING NUMBER

__________________________________________

__________________________________________
(PLEASE PRINT OR TYPE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

__________________________________________

__________________________________________ *Shares*

*of the Capital Stock represented by this Certificate and hereby irrevocably constitutes and appoints*

__________________________________________ *Attorney*

*to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.*

*Dated* __________________

NOTICE THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THIS CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATSOEVER.

SIGNATURE(S) GUARANTEED

NOTICE THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION, (BANKS, STOCKBROKERS, SAVINGS AND LOAN ASSOCIATION AND CREDIT UNIONS) WITH MEMBERSHIP IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM PURSUANT TO S.E.C. RULE 17AD-15.

**EXHIBIT A, page 2**

# IRREVOCABLE STOCK POWER

For value received, the undersigned hereby sell, assign and transfer unto:

______________________________________________

______________ shares (____) of the ______________

Capital stock of ______________________________

standing in ____________ name on the books of said ____________

represented by Certificate No. ______________________

herewith and do hereby irrevocably constitute and appoint ______________

______________ attorney to transfer the said stock on the books of the within named Company with full power of substitution in the premises.

Dated ______________ Signed by: ______________

______________

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
BANK OF AMERICA, N.A.

(CA714)
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM™
AUTHORIZED SIGNATURE
X9004957



GOFF Scans 262

NUMBER 121

COMMON STOCK

SHARES ***250,000***

COMMON STOCK
CUSIP 36190U107

SEE REVERSE FOR CERTAIN DEFINITIONS

# GOFF, CORP

Par Value $.001
INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

CANCELLED EMPIRE STOCK TRANSFER

CANCELLED EMPIRE STOCK TRANSFER

CANCELLED EMPIRE STOCK TRANSFER

THIS CERTIFIES THAT ***Mark O'Leary***

Is the Owner of *** Two Hundred Fifty Thousand ***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
GOFF, CORP

*transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.*

*Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.*

Dated: **December 21, 2011**

COUNTERSIGNED AND REGISTERED:
EMPIRE STOCK TRANSFER INC.
Transfer Agent and Registrar

By

AUTHORIZED SIGNATURE

CORPORATE SEAL

XXXXXXXXXX
DIRECTOR

PRESIDENT

B 10456

**EXHIBIT A, page 4**

The following abbreviations, when used in the inscription of the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — __________ Custodian __________
(Cust) (Minor)
under Uniform Gifts to Minors Act
__________
(State)

Additional abbreviations may also be used though not in the above list.

*For Value Received,* _______ *hereby sells, assigns and transfers unto*

PLEASE INSERT SOCIAL SECURITY OR OTHER IDENTIFYING NUMBER

__________

__________
(PLEASE PRINT OR TYPE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

__________

__________ *Shares*

*of the Capital Stock represented by this Certificate and hereby irrevocably constitutes and appoints*

__________ *Attorney*

*to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.*

*Dated* __________

__________

NOTICE THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THIS CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATSOEVER.

SIGNATURE(S) GUARANTEED

__________

NOTICE THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION, (BANKS, STOCKBROKERS, SAVINGS AND LOAN ASSOCIATION AND CREDIT UNIONS) WITH MEMBERSHIP IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM PURSUANT TO S.E.C. RULE 17AD-15.

**EXHIBIT A, page 5**

GOFF Scans 263

# IRREVOCABLE STOCK POWER

**FOR VALUE RECEIVED, the undersigned does hereby sell, assign and transfer unto:**

Name Social Security/Tax ID Number

Address

250,000 shares of the Common Stock of:
Number of shares

GOFF, Corp.
Issuer name

**Represented by:**

121
Certificate Number(s)

**and does hereby irrevocably constitute and appoint Empire Stock Transfer Inc. to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.**

Signed [signature] Dated 1/7/13

**NOTICE: The signature(s) to this assignment must correspond with the name(s) as written upon the face of this certificate in every particular without alteration or enlargement or any change whatsoever.**

SIGNATURE GUARANTEED MEDALLION GUARANTEED BANK ... A
AUTHORIZED SIGNATURE
X9004957
(CA714) SECURITIES TRANSFER AGENTS MEDALLION PROGRAM

Signature Guaranteed (Guarantor: Affix stamp here)

**EXHIBIT A, page 6**
GOFF Scans 264



NUMBER 119

COMMON STOCK

# GOFF, CORP

Par Value $.001

INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

SHARES ***250,000***

COMMON STOCK

CUSIP 36190U107

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT ***Jeremy O'Leary***

Is the Owner of ***Two Hundred Fifty Thousand ***

CANCELLED EMPIRE STOCK TRANSFER

CANCELLED EMPIRE STOCK TRANSFER

CANCELLED EMPIRE STOCK TRANSFER

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF

GOFF, CORP

*transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.*

*Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.*

Dated: **December 21, 2011**

COUNTERSIGNED AND REGISTERED:
EMPIRE STOCK TRANSFER INC.
Transfer Agent and Registrar

By

AUTHORIZED SIGNATURE

CORPORATE SEAL

Patrick Costkar
XXXXXXXXX
DIRECTOR

PRESIDENT

B 10458

GOFF Scans 255

**EXHIBIT A, page 7**

The following abbreviations, when used in the inscription of the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — __________ Custodian __________
(Cust) (Minor)
under Uniform Gifts to Minors Act
__________
(State)

Additional abbreviations may also be used though not in the above list.

*For Value Received,* ________ *hereby sells, assigns and transfers unto*

PLEASE INSERT SOCIAL SECURITY OR OTHER IDENTIFYING NUMBER

__________

__________
(PLEASE PRINT OR TYPE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

__________

__________ *Shares of the Capital Stock represented by this Certificate and hereby irrevocably constitutes and appoints*

__________ *Attorney to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.*

*Dated* __________

__________

NOTICE THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THIS CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATSOEVER.

SIGNATURE(S) GUARANTEED

__________

NOTICE THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION. (BANKS, STOCKBROKERS, SAVINGS AND LOAN ASSOCIATION AND CREDIT UNIONS) WITH MEMBERSHIP IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM PURSUANT TO S.E.C. RULE 17AD-15.

# IRREVOCABLE STOCK POWER

**FOR VALUE RECEIVED, the undersigned does hereby sell, assign and transfer unto:**

Name Social Security/Tax ID Number

Address

250,000 shares of the Common Stock of:
Number of shares

Goff, Corp.
Issuer name

**Represented by:**

119
Certificate Number(s)

**and does hereby irrevocably constitute and appoint Empire Stock Transfer Inc. to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.**

Signed Dated 1/8/13

**NOTICE: The signature(s) to this assignment must correspond with the name(s) as written upon the face of this certificate in every particular without alteration or enlargement or any change whatsoever.**

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
BANK OF AMERICA, N.A.
AUTHORIZED SIGNATURE
X9004957
(CA714)
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM™

Signature Guaranteed (Guarantor: Affix stamp here)



NUMBER 111

COMMON STOCK

SHARES ***350,000***

COMMON STOCK
CUSIP 36190U107

# GOFF, CORP

Par Value $.001
INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

***Mandy Bullman***

is the Owner of *** Three Hundred Fifty Thousand ***

FULLY-PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF

GOFF, CORP

*transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.*

*Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.*

Dated: December 21, 2011

COUNTERSIGNED AND REGISTERED:
EMPIRE STOCK TRANSFER INC.
Transfer Agent and Registrar

By

AUTHORIZED SIGNATURE



DIRECTOR

PRESIDENT

B 10466

GOFF Scans

EXHIBIT A, page 10

The following abbreviations, when used in the inscription of the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — __________ Custodian __________
(Cust) (Minor)
under Uniform Gifts to Minors Act
__________
(State)

Additional abbreviations may also be used though not in the above list.

*For Value Received,* ________ *hereby sells, assigns and transfers unto*

PLEASE INSERT SOCIAL SECURITY OR OTHER IDENTIFYING NUMBER

__________

(PLEASE PRINT OR TYPE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

__________

__________ *Shares of the Capital Stock represented by this Certificate and hereby irrevocably constitutes and appoints*

__________ *Attorney to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.*

*Dated* __________

NOTICE THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THIS CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATSOEVER.

SIGNATURE(S) GUARANTEED

NOTICE THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION, (BANKS, STOCKBROKERS, SAVINGS AND LOAN ASSOCIATION AND CREDIT UNIONS) WITH MEMBERSHIP IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM PURSUANT TO S.E.C. RULE 17AD-15.

# IRREVOCABLE STOCK POWER

**FOR VALUE RECEIVED, the undersigned does hereby sell, assign and transfer unto:**

Name Social Security/Tax ID Number

Address

350,000 shares of the Common Stock of:
Number of shares

Goff, Corp.
Issuer name

**Represented by:**

111
Certificate Number(s)

**and does hereby irrevocably constitute and appoint Empire Stock Transfer Inc. to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.**

[signature] 1/4/13
Signed Dated

**NOTICE: The signature(s) to this assignment must correspond with the name(s) as written upon the face of this certificate in every particular without alteration or enlargement or any change whatsoever.**

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
BANK OF AMERICA, N.A.
AUTHORIZED SIGNATURE
X9004957
(CA714) STRANSFER AGENTS MEDALLION PROGRAM™

Signature Guaranteed (Guarantor: Affix stamp here)

**EXHIBIT A, page 12**
GOFF Scans 270



NUMBER 109

COMMON STOCK

SHARES ***350,000***

COMMON STOCK
CUSIP 36190U107

SEE REVERSE FOR CERTAIN DEFINITIONS

# GOFF, CORP

Par Value $.001
INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

THIS CERTIFIES THAT

***Alan Carroll***

is the Owner of *** Three Hundred Fifty Thousand ***

CANCELLED EMPIRE STOCK TRANSFER

CANCELLED EMPIRE STOCK TRANSFER

CANCELLED EMPIRE STOCK TRANSFER

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
GOFF, CORP

*transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.*

*Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.*

Dated: December 21, 2011

COUNTERSIGNED AND REGISTERED:
EMPIRE STOCK TRANSFER INC.
Transfer Agent and Registrar

By

AUTHORIZED SIGNATURE

CORPORATE SEAL

DIRECTOR

PRESIDENT

B 10468

GOFF Scans 274

EXHIBIT A, page 13

The following abbreviations, when used in the inscription of the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — ________ Custodian ________
(Cust) (Minor)
under Uniform Gifts to Minors Act
________
(State)

Additional abbreviations may also be used though not in the above list.

*For Value Received,* ________ *hereby sells, assigns and transfers unto*

PLEASE INSERT SOCIAL SECURITY OR OTHER IDENTIFYING NUMBER

________

________

(PLEASE PRINT OR TYPE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

________

________ *Shares*

*of the Capital Stock represented by this Certificate and hereby irrevocably constitutes and appoints*

________ *Attorney*

*to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.*

*Dated* ________

________

NOTICE THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THIS CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATSOEVER.

SIGNATURE(S) GUARANTEED

________

NOTICE THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION, (BANKS, STOCKBROKERS, SAVINGS AND LOAN ASSOCIATION AND CREDIT UNIONS) WITH MEMBERSHIP IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM PURSUANT TO S.E.C. RULE 17AD-15.

# IRREVOCABLE STOCK POWER

**FOR VALUE RECEIVED, the undersigned does hereby sell, assign and transfer unto:**

Name Social Security/Tax ID Number

Address

350,000 shares of the Common Stock of:
Number of shares

GOFF, Corp.
Issuer name

**Represented by:**

109
Certificate Number(s)

**and does hereby irrevocably constitute and appoint Empire Stock Transfer Inc. to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.**

[signature] 1/7/13
Signed Dated

**NOTICE: The signature(s) to this assignment must correspond with the name(s) as written upon the face of this certificate in every particular without alteration or enlargement or any change whatsoever.**

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
BANK OF AMERICA
AUTHORIZED SIGNATURE
(CA714) X9004957
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM™

Signature Guaranteed (Guarantor: Affix stamp here)

**EXHIBIT A, page 15**
GOFF Scans 273



NUMBER 108

COMMON STOCK

SHARES ***350,000***

COMMON STOCK
CUSIP 36190U107

GOFF, CORP

Par Value $.001
INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

SEE REVERSE FOR CERTAIN DEFINITIONS

CANCELLED EMPIRE STOCK TRANSFER

THIS CERTIFIES THAT ***Patricia Crowley***

is the Owner of *** Three Hundred Fifty Thousand ***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
GOFF, CORP

*transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.*

*Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.*

Dated: December 21, 2011

COUNTERSIGNED AND REGISTERED:
EMPIRE STOCK TRANSFER INC.
Transfer Agent and Registrar

By

AUTHORIZED SIGNATURE

CORPORATE SEAL

DIRECTOR

PRESIDENT

B 10469

GOFF Scans 274

**EXHIBIT A, page 16**

The following abbreviations, when used in the inscription of the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — ________ Custodian ________
(Cust) (Minor)
under Uniform Gifts to Minors Act
________
(State)

Additional abbreviations may also be used though not in the above list.

*For Value Received,* ________ *hereby sells, assigns and transfers unto*

PLEASE INSERT SOCIAL SECURITY OR OTHER IDENTIFYING NUMBER

________

________
(PLEASE PRINT OR TYPE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

________

________ *Shares of the Capital Stock represented by this Certificate and hereby irrevocably constitutes and appoints*

________ *Attorney to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.*

*Dated* ________

________
NOTICE THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THIS CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATSOEVER.

SIGNATURE(S) GUARANTEED

________
NOTICE THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION, (BANKS, STOCKBROKERS, SAVINGS AND LOAN ASSOCIATION AND CREDIT UNIONS) WITH MEMBERSHIP IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM PURSUANT TO S.E.C. RULE 17AD-15.

# IRREVOCABLE STOCK POWER

**FOR VALUE RECEIVED, the undersigned does hereby sell, assign and transfer unto:**

Name Social Security/Tax ID Number

Address

350,000 **shares of the Common Stock of:**
Number of shares

GOFF, Corp.
Issuer name

**Represented by:**

108
Certificate Number(s)

**and does hereby irrevocably constitute and appoint Empire Stock Transfer Inc. to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.**

Signed Dated 1/8/13

**NOTICE: The signature(s) to this assignment must correspond with the name(s) as written upon the face of this certificate in every particular without alteration or enlargement or any change whatsoever.**

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
BANK OF AMERICA, N.A
(CA714) AUTHORIZED SIGNATURE
X9004957

Signature Guaranteed (Guarantor: Affix stamp here)

**EXHIBIT A, page 18**
GOFF Scans 276



NUMBER 103

COMMON STOCK

# GOFF, CORP

SHARES ***350,000***

COMMON STOCK
CUSIP 36190U107

Par Value $.001
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

SEE REVERSE FOR CERTAIN DEFINITIONS

CANCELLED STOCK TRANSFER

CANCELLED STOCK TRANSFER

CANCELLED STOCK TRANSFER

THIS CERTIFIES THAT ***Stephen Walsh***

Is the Owner of *** Three Hundred Fifty Thousand ***

FULLY-PAID-AND-NON-ASSESSABLE-SHARES OF COMMON-STOCK-OF

GOFF, CORP

*transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.*

*Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.*

Dated: **December 21, 2011**

COUNTERSIGNED AND REGISTERED:
EMPIRE STOCK TRANSFER INC.
Transfer Agent and Registrar

By

AUTHORIZED SIGNATURE

CORPORATE SEAL

~~SECRETARY~~
DIRECTOR

PRESIDENT

B 10474

GOFF Scans 277

**EXHIBIT A, page 19**

The following abbreviations, when used in the inscription of the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — ____________Custodian____________
(Cust) (Minor)
under Uniform Gifts to Minors Act
____________
(State)

Additional abbreviations may also be used though not in the above list.

*For Value Received,* ________ *hereby sells, assigns and transfers unto*

PLEASE INSERT SOCIAL SECURITY OR OTHER IDENTIFYING NUMBER

____________

____________
(PLEASE PRINT OR TYPE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

____________

____________ *Shares*

*of the Capital Stock represented by this Certificate and hereby irrevocably constitutes and appoints*

____________ *Attorney*

*to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.*

*Dated* ____________

NOTICE THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THIS CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATSOEVER.

SIGNATURE(S) GUARANTEED

NOTICE THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION, (BANKS, STOCKBROKERS, SAVINGS AND LOAN ASSOCIATION AND CREDIT UNIONS) WITH MEMBERSHIP IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM PURSUANT TO S.E.C. RULE 17AD-15.

# IRREVOCABLE STOCK POWER

**FOR VALUE RECEIVED,** the undersigned does (do) hereby sell, assign and transfer to

______________________________________________

______________________________________________

______________________________________________

[ ] (SOCIAL SECURITY OR TAXPAYER IDENTIFYING NO.)

**PLEASE COMPLETE THIS PORTION**

________ shares of the ________ stock of ______________________

represented by Certificate(s) No(s) ______________________ inclusive,

standing in the name of the undersigned on the books of said Company.

The undersigned does (do) hereby irrevocably institute and appoint ____________ ____________ attorney to transfer the said stock or bond(s), as the case may be, on the books of said Company, with full power of substitution in the premises.

Dated Nov. 22, 2012

[signature] ______________________

Stephen Walsh ______________________

PRINTED NAME PRINTED NAME

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
BANK OF AMERICA, N.A.
[signature]
( CA714 ) AUTHORIZED SIGNATURE
X9004957
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM

**EXHIBIT A, page 21**
GOFF Scans 279



NUMBER 105

COMMON STOCK

SHARES ***350,000***

COMMON STOCK
CUSIP 36190U107

SEE REVERSE FOR CERTAIN DEFINITIONS

# GOFF, CORP

Par Value $.001
INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

THIS CERTIFIES THAT

***John Hornibrook***

Is the Owner of *** Three Hundred Fifty Thousand ***

CANCELLED EMPIRE STOCK TRANSFER

CANCELLED EMPIRE STOCK TRANSFER

CANCELLED EMPIRE STOCK TRANSFER

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
GOFF, CORP

*transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.*

*Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.*

Dated: **December 21, 2011**

COUNTERSIGNED AND REGISTERED:
EMPIRE STOCK TRANSFER INC.
Transfer Agent and Registrar

By

AUTHORIZED SIGNATURE

CORPORATE SEAL

DIRECTOR

PRESIDENT

B 10472

GOFF Scans 280

EXHIBIT A, page 22

The following abbreviations, when used in the inscription of the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — ________ Custodian ________
(Cust) (Minor)
under Uniform Gifts to Minors Act

________
(State)

Additional abbreviations may also be used though not in the above list.

*For Value Received,* ________ *hereby sells, assigns and transfers unto*

PLEASE INSERT SOCIAL SECURITY OR OTHER IDENTIFYING NUMBER

________

________
(PLEASE PRINT OR TYPE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

________

________ *Shares*

*of the Capital Stock represented by this Certificate and hereby irrevocably constitutes and appoints*

________ *Attorney*

*to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.*

*Dated* ________

________

NOTICE THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THIS CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATSOEVER.

SIGNATURE(S) GUARANTEED

________

NOTICE THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION, (BANKS, STOCKBROKERS, SAVINGS AND LOAN ASSOCIATION AND CREDIT UNIONS) WITH MEMBERSHIP IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM PURSUANT TO S.E.C. RULE 17AD-15.

# IRREVOCABLE STOCK POWER

**FOR VALUE RECEIVED, the undersigned does hereby sell, assign and transfer unto:**

Name Social Security/Tax ID Number

Address

350,000 shares of the Common Stock of:
Number of shares

GOFF, Corp.
Issuer name

**Represented by:**

105
Certificate Number(s)

**and does hereby irrevocably constitute and appoint Empire Stock Transfer Inc. to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.**

Signed [signature] Dated 1/4/13

**NOTICE: The signature(s) to this assignment must correspond with the name(s) as written upon the face of this certificate in every particular without alteration or enlargement or any change whatsoever.**

SIGNATURE GUARANTEED
BANK OF AMERICA, N.A
[signature]
AUTHORIZED SIGNATURE
(CA71)
X9004957
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM

Signature Guaranteed (Guarantor: Affix stamp here)



NUMBER 122

COMMON STOCK

SHARES ***250,000***

COMMON STOCK
CUSIP 36190U107

SEE REVERSE FOR CERTAIN DEFINITIONS

# GOFF, CORP

Par Value $.001
INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

CANCELLED

CANCELLED

CANCELLED

THIS CERTIFIES THAT ***Rhona O'Leary***

Is the Owner of *** Two Hundred Fifty Thousand ***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
**GOFF, CORP**

*transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.*

*Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.*

Dated: **December 21, 2011**

COUNTERSIGNED AND REGISTERED:
EMPIRE STOCK TRANSFER INC.
Transfer Agent and Registrar

By

AUTHORIZED SIGNATURE

CORPORATE SEAL

DIRECTOR

PRESIDENT

B 10455

GOFF Scans 283

**EXHIBIT A, page 25**



NUMBER 120

COMMON STOCK

# GOFF, CORP

SHARES ***250,000***

COMMON STOCK
CUSIP 36190U107

Par Value $.001
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

SEE REVERSE FOR CERTAIN DEFINITIONS

CANCELLED

CANCELLED

CANCELLED

THIS CERTIFIES THAT

***Frances O'Leary***

is the Owner of *** Two Hundred Fifty Thousand ***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
GOFF, CORP

*transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.*

*Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.*

Dated: December 21, 2011

COUNTERSIGNED AND REGISTERED:
EMPIRE STOCK TRANSFER INC.
Transfer Agent and Registrar

By
AUTHORIZED SIGNATURE

CORPORATE SEAL

DIRECTOR

PRESIDENT

B 10457

GOFF Scans 284

EXHIBIT A, page 26

The following abbreviations, when used in the inscription of the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — __________ Custodian __________
(Cust) (Minor)
under Uniform Gifts to Minors Act
__________
(State)

Additional abbreviations may also be used though not in the above list.

*For Value Received,* ________ *hereby sells, assigns and transfers unto*

PLEASE INSERT SOCIAL SECURITY OR OTHER IDENTIFYING NUMBER

[          ] __________________________________________

__________________________________________
(PLEASE PRINT OR TYPE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

__________________________________________

__________________________________________ *Shares*

*of the Capital Stock represented by this Certificate and hereby irrevocably constitutes and appoints*

__________________________________________ *Attorney*

*to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.*

*Dated* __________________

__________________________________________
NOTICE THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THIS CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATSOEVER.

SIGNATURE(S) GUARANTEED

__________________________________________
NOTICE THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION, (BANKS, STOCKBROKERS, SAVINGS AND LOAN ASSOCIATION AND CREDIT UNIONS) WITH MEMBERSHIP IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM PURSUANT TO S.E.C. RULE 17AD-15.

# IRREVOCABLE STOCK POWER

For value received, the undersigned hereby sell, assign and transfer unto:

______________________________________________

______________ shares (_____) of the ______________

Capital stock of ______________________________

standing in ______________ name on the books of said ______________

represented by Certificate No. ______________________

herewith and do hereby irrevocably constitute and appoint ______________

______________ attorney to transfer the said stock on the books of the within named Company with full power of substitution in the premises.

Dated Dec 7, 2012

Signed by: ______________

______________

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
BANK OF AMERICA, N.A.

AUTHORIZED SIGNATURE
X9004957
(CA714)
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM

## IRREVOCABLE STOCK POWER

**FOR VALUE RECEIVED, the undersigned does hereby sell, assign and transfer unto:**

Name Social Security/Tax ID Number

Address

350,000 **shares of the Common Stock of:**
Number of shares

GOFF, Corp.
Issuer name

**Represented by:**

110
Certificate Number(s)

**and does hereby irrevocably constitute and appoint Empire Stock Transfer Inc. to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.**

[signature] 1/4/13
Signed Dated

**NOTICE: The signature(s) to this assignment must correspond with the name(s) as written upon the face of this certificate in every particular without alteration or enlargement or any change whatsoever.**

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
BANK

Signature Guaranteed (Guarantor: Affix stamp here)