UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

SECURITIES AND EXCHANGE
COMMISSION,

         Plaintiff,

   -against-

CALEDONIAN BANK LTD., *et al.*,

         Defendants.
----------------------------------X

15cv894

ORDER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/15
```

WILLIAM H. PAULEY III, District Judge:

      The Securities and Exchange Commission is directed to file all papers supporting its application for the February 6, 2015 Temporary Restraining Order on ECF forthwith.

Dated: March 27, 2015
      New York, New York

SO ORDERED:

                WILLIAM H. PAULEY III
                       U.S.D.J.

*All Counsel of Record via ECF.*