

A0063

NOTICE:   Signature must be guaranteed by a firm which is a member of a registered national stock exchange, or by a bank (other than a savings bank), or a trust company. The following abbreviations, when  used in the inscription on the face of this certificate, shall be constructed as though they were written out in full according to applicable laws or regulations.

| | |
|---|---|
| **TEN COM** — as tenants in common | **UNIF GIFT MIN ACT** — Custodian |
| **TEN ENT** — as tenants by the entireties | (Cust)            (Minor) |
| **JT TEN**— as joint tenants with right of | under Uniform Gifts to Minors |
| survivorship and not as tenants in common | Acr................................. |
| | (State) |

Additional abbreviations may also be used though not in the above list.

**For Value Received,** _____ **hereby sell, assign and transfer unto**

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

_____

(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OR ASSIGNEE)

_____

_____

_____ Shares
of   the   capital   stock   represented   by   the   written   certificate,   and   do   hereby   irrevocably constitute and appoint

_____ Attorney
to   transfer   the   said   stock   on   the   books   of   the   within   named   Corporation   with   full   power of substitution in the premises.

Dated:_____

_____
Signature

_____
Signature (If more than one owner)

NOTICE:   THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS
WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR
WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

**AFFIX MEDALLION SIGNATURE GUARANTEE**

**SWVI TA# 104, p. 46**
SWVI Scans 351

A0064



INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO. 870787108

**SWINGPLANE VENTURES, INC.**

NUMBER 36

SHARES *100,000*

THIS CERTIFIES THAT   DULCE JULIA SANGUINO BECERRIL

IS THE RECORD HOLDER OF   ONE HUNDRED THOUSAND

FULLY PAID AND NON ASSESSABLE SHARES OF $0.001 PAR VALUE STOCK OF

SWINGPLANE VENTURES, INC. transferable on the books of the Corporation by the holder hereof, in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid unless countersigned by an authorized representative of the Transfer Agent.

IN WITNESS WHEREOF, the said Corporation has caused this Certificate to be signed by its duly authorized Officers, certified with the seal of the Corporation.

Dated:   07/13/2011

MATT DIEHL, CEO

SWINGPLANE VENTURES, INC. CORPORATE Seal NEVADA

SWVI Scans 352

**SWVI TA# 104, p. 47**

A0065

NOTICE:   Signature must be guaranteed by a firm which is a member of a registered national stock exchange, or by a bank (other than a savings bank), or a trust company. The following abbreviations, when used in the inscription on the face of this certificate, shall be constructed as though they were written out in full according to applicable laws or regulations.

| | |
|---|---|
| **TEN COM** — as tenants in common | **UNIF GIFT MIN ACT** — Custodian |
| **TEN ENT** — as tenants by the entireties | (Cust)           (Minor) |
| **JT TEN**— as joint tenants with right of | under Uniform Gifts to Minors |
| survivorship and not as tenants in common | Act................................. |
| | (State) |

Additional abbreviations may also be used though not in the above list.

**For Value Received,** _____ **hereby sell, assign and transfer unto**

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

_____

(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OR ASSIGNEE)

_____

_____

_____ Shares

of   the   capital   stock   represented   by   the   written   certificate,   and   do   hereby   irrevocably constitute and appoint

_____ Attorney

to   transfer   the   said   stock   on   the   books   of   the   within   named   Corporation   with   full   power of substitution in the premises.

Dated:_____

_____
Signature

_____
Signature (If more than one owner)

NOTICE:   THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

**AFFIX MEDALLION SIGNATURE GUARANTEE**

**SWVI TA# 104, p. 48**
**SWVI Scans 353**

A0066



**NOTICE:**  Signature must be guaranteed by a firm which is a member of a registered national stock exchange, or by a bank (other than a savings bank), or a trust company. The following abbreviations, when used in the inscription on the face of this certificate, shall be constructed as though they were written out in full according to applicable laws or regulations.

**TEN COM** — as tenants in common
**TEN ENT** — as tenants by the entireties
**JT TEN** — as joint tenants with right of
survivorship and not as tenants in common

**UNIF GIFT MIN ACT** — Custodian
(Cust)              (Minor)
under Uniform Gifts to Minors
Act.................................
                    (State)

Additional abbreviations may also be used though not in the above list.

**For Value Received,** _____ **hereby sell, assign and transfer unto**

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

_____
(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OR ASSIGNEE)

_____

_____

_____  **Shares**
of the capital stock represented by the written certificate, and do hereby irrevocably constitute and appoint

_____  **Attorney**
to transfer the said stock on the books of the within named Corporation with full power of substitution in the premises.

Dated:_____

_____
Signature

_____
Signature (If more than one owner)

**NOTICE:**  THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS
WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR
WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

**AFFIX MEDALLION SIGNATURE GUARANTEE**

**SWVI TA# 104, p. 50**
**SWVI Scans 355**

A0068



INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO.   870787108

# SWINGPLANE VENTURES, INC.

THIS CERTIFIES THAT   SMILJA BLACE

IS THE RECORD HOLDER OF   NINETY THOUSAND

FULLY PAID AND NON ASSESSABLE SHARES OF $0.001 PAR VALUE STOCK OF

SWINGPLANE VENTURES, INC. transferable on the books of the Corporation by the holder hereof in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid unless countersigned by an authorized representative of the Transfer Agent.

IN WITNESS WHEREOF, the said Corporation has caused this Certificate to be signed by its duly authorized Officers, certified with the seal of the Corporation.

Dated:  08/24/2011

MATT DIEHL, CEO

SWINGPLANE VENTURES, INC.
CORPORATE
Seal
NEVADA

SWVI Scans 356

NOTICE:   Signature must be guaranteed by a firm which is a member of a registered national stock exchange, or by a bank (other than a savings bank), or a trust company. The following abbreviations, when used in the inscription on the face of this certificate, shall be constructed as though they were written out in full according to applicable laws or regulations.

**TEN COM** — as tenants in common
**TEN ENT** — as tenants by the entireties
**JT TEN** — as joint tenants with right of
survivorship and not as tenants in common

**UNIF GIFT MIN ACT** — Custodian
(Cust)                     (Minor)
under Uniform Gifts to Minors
Act..................................
              (State)

Additional abbreviations may also be used though not in the above list.

**For Value Received,** _____ **hereby sell, assign and transfer unto**

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

_____

(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OR ASSIGNEE)

_____

_____

_____ **Shares**
of   the   capital   stock   represented   by   the   written   certificate,   and   do   hereby   **irrevocably** constitute and appoint

_____ **Attorney**
to   transfer   the   said   stock   on   the   books   of   the   within   named   Corporation   with   full   power of substitution in the premises.

Dated: _____

_____
Signature

_____
Signature (If more than one owner)

NOTICE:   THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS
WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR
WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

**AFFIX MEDALLION SIGNATURE GUARANTEE**

**SWVI TA# 104, p. 52**
**SWVI Scans 357**



INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO. 870787108

# SWINGPLANE VENTURES, INC.

NUMBER 67

SHARES 120,000

THIS CERTIFIES THAT   MILICA NESTOROVIC

IS THE RECORD HOLDER OF   ONE HUNDRED TWENTY THOUSAND

FULLY PAID AND NON-ASSESSABLE SHARES OF $0.001 PAR VALUE STOCK OF

SWINGPLANE VENTURES, INC. transferable on the books of the Corporation by the holder hereof, in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid unless countersigned by an authorized representative of the Transfer Agent.

IN WITNESS WHEREOF, the said Corporation has caused this Certificate to be signed by its duly authorized Officers, certified with the seal of the Corporation.

Dated: 08/15/2011

MATT DIEHL, CEO

SWINGPLANE VENTURES, INC.
CORPORATE
Seal
NEVADA

SWVI Scans 358

**SWVI TA# 104, p. 53**

A0071

NOTICE:    Signature must be guaranteed by a firm which is a member of a registered national stock exchange, or by a bank (other than a savings bank), or a trust company. The following abbreviations, when used in the inscription on the face of this certificate, shall be constructed as though they were written out in full according to applicable laws or regulations.

**TEN COM** — as tenants in common
**TEN ENT** — as tenants by the entireties
**JT TEN** — as joint tenants with right of
survivorship and not as tenants in common

**UNIF GIFT MIN ACT** — Custodian
(Cust)                    (Minor)
under Uniform Gifts to Minors
Act.................................
(State)

Additional abbreviations may also be used though not in the above list.

**For Value Received,** _____ **hereby sell, assign and transfer unto**

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

_____
(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OR ASSIGNEE)

_____

_____

_____ Shares
of   the   capital   stock   represented   by   the   written   certificate,   and   do   hereby   irrevocably constitute and appoint

_____ Attorney
to   transfer   the   said   stock   on   the   books   of   the   within   named   Corporation   with   full   power of substitution in the premises.

Dated: _____

_____
Signature

_____
Signature (If more than one owner)

NOTICE:   THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS
WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR
WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

**AFFIX MEDALLION SIGNATURE GUARANTEE**

**SWVI TA# 104, p. 54**
**SWVI Scans 359**



A0073

NOTICE:    Signature must be guaranteed by a firm which is a member of a registered national stock exchange, or by a bank (other than a savings bank), or a trust company. The following abbreviations, when used in the inscription on the face of this certificate, shall be constructed as though they were written out in full according to applicable laws or regulations.

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN— as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — Custodian

(Cust)                    (Minor)

under Uniform Gifts to Minors

Act................................

(State)

Additional abbreviations may also be used though not in the above list.

**For Value Received,** _____ **hereby sell, assign and transfer unto**

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

_____

(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OR ASSIGNEE)

_____

_____

_____ Shares

of   the   capital   stock   represented   by   the   written   certificate,   and   do   hereby   irrevocably constitute and appoint

_____ Attorney

to   transfer   the   said   stock   on   the   books   of   the   within   named   Corporation   with   full   power of substitution in the premises.

Dated:_____

_____

Signature

_____

Signature (If more than one owner)

NOTICE:   THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS
WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR
WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

**AFFIX MEDALLION SIGNATURE GUARANTEE**

**SWVI TA# 104, p. 56**

**SWVI Scans 361**

A0074



A0075

NOTICE:     Signature must be guaranteed by a firm which is a member of a registered national stock exchange, or by a bank (other than a savings bank), or a trust company. The following abbreviations, when used in the inscription on the face of this certificate, shall be constructed as though they were written out in full according to applicable laws or regulations.

**TEN COM** — as tenants in common
**TEN ENT** — as tenants by the entireties
**JT TEN** — as joint tenants with right of
survivorship and not as tenants in common

**UNIF GIFT MIN ACT** — Custodian
(Cust)                    (Minor)
under Uniform Gifts to Minors
Act..................................
(State)

Additional abbreviations may also be used though not in the above list.

**For Value Received,** _____ hereby sell, assign and transfer unto

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OR ASSIGNEE)

_____ Shares
of  the  capital  stock  represented  by  the  written  certificate,  and  do  hereby  irrevocably
constitute and appoint

_____ Attorney
to  transfer  the  said  stock  on  the  books  of  the  within  named  Corporation  with  full  power
of substitution in the premises.

Dated: _____

_____
Signature

_____
Signature (If more than one owner)

NOTICE:   THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS
WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR
WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

**AFFIX MEDALLION SIGNATURE GUARANTEE**

**SWVI TA# 104, p. 58**

SWVI Scans 363

A0076



INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO. 870787108

# SWINGPLANE VENTURES, INC.

**NUMBER** 71

**SHARES** 110,000

THIS CERTIFIES THAT   SMILJANA PAVLOVIC

IS THE RECORD HOLDER OF   ONE HUNDRED TEN THOUSAND

FULLY PAID AND NON ASSESSABLE SHARES OF $0.001 PAR VALUE STOCK OF

SWINGPLANE VENTURES, INC. transferable on the books of the Corporation by the holder hereof, in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid unless countersigned by an authorized representative of the Transfer Agent.

IN WITNESS WHEREOF, the said Corporation has caused this Certificate to be signed by its duly authorized Officers, certified with the seal of the Corporation.

Dated: 08/24/2011

MATT DIEHL, CEO

CANCELLED

SWINGPLANE VENTURES, INC.
CORPORATE
Seal
NEVADA
★ ★ ★ ★ ★

SWVI Scans 364

SWVI TA# 104, p. 59

A0077

NOTICE:   Signature must be guaranteed by a firm which is a member of a registered national stock exchange, or by a bank (other than a savings bank), or a trust company. The following abbreviations, when used in the inscription on the face of this certificate, shall be constructed as though they were written out in full according to applicable laws or regulations.

**TEN COM** — as tenants in common
**TEN ENT** — as tenants by the entireties
**JT TEN** — as joint tenants with right of survivorship and not as tenants in common

**UNIF GIFT MIN ACT** — Custodian
　　　　　(Cust)　　　　　(Minor)
　　under Uniform Gifts to Minors
　　Act...............................
　　　　　　(State)

Additional abbreviations may also be used though not in the above list.

**For Value Received,** _____ **hereby sell, assign and transfer unto**

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

_____

(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OR ASSIGNEE)

_____

_____

_____ Shares

of the capital stock represented by the written certificate, and do hereby irrevocably constitute and appoint

_____ Attorney

to transfer the said stock on the books of the within named Corporation with full power of substitution in the premises.

Dated: _____

_____
Signature

_____
Signature (If more than one owner)

NOTICE:  THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

**AFFIX MEDALLION SIGNATURE GUARANTEE**

**SWVI TA# 104, p. 60**
SWVI Scans 365

A0078



INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO. 870787108

# SWINGPLANE VENTURES, INC.

NUMBER 46

SHARES 80,000

**THIS CERTIFIES THAT** VELJKO VAVRIN

**IS THE RECORD HOLDER OF** EIGHTY THOUSAND

FULLY PAID AND NON ASSESSABLE SHARES OF $0.001 PAR VALUE STOCK OF

SWINGPLANE VENTURES, INC. transferable on the books of the Corporation by the holder hereof, in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid unless countersigned by an authorized representative of the Transfer Agent.

IN WITNESS WHEREOF, the said Corporation has caused this Certificate to be signed by its duly authorized Officers, certified with the seal of the Corporation.

Dated: 08/17/2011

MATT DIEHL, CEO

SWINGPLANE VENTURES, INC.
CORPORATE
**Seal**
NEVADA
★ ★ ★ ★ ★

SWVI Scans 366

**SWVI TA# 104, p. 61**

A0079

NOTICE:   Signature must be guaranteed by a firm which is a member of a registered national stock exchange, or by a bank (other than a savings bank), or a trust company. The following abbreviations, when used in the inscription on the face of this certificate, shall be constructed as though they were written out in full according to applicable laws or regulations.

**TEN COM** — as tenants in common
**TEN ENT** — as tenants by the entireties
**JT TEN**— as joint tenants with right of
survivorship and not as tenants in common

**UNIF GIFT MIN ACT** — Custodian
(Cust)                    (Minor)
under Uniform Gifts to Minors
Act.................................
(State)

Additional abbreviations may also be used though not in the above list.

**For Value Received,** _____ **hereby sell, assign and transfer unto**

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

_____

(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OR ASSIGNEE)

_____

_____

_____   Shares
of   the   capital   stock   represented   by   the   written   certificate,   and   do   hereby   irrevocably
constitute and appoint

_____   Attorney
to   transfer   the   said   stock   on   the   books   of   the   within   named   Corporation   with   full   power
of substitution in the premises.

Dated:_____

_____
Signature

_____
Signature (If more than one owner)

NOTICE: THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS
WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR
WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

**AFFIX MEDALLION SIGNATURE GUARANTEE**

**SWVI TA# 104, p. 62**
**SWVI Scans 367**

A0080



INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO.    870787108

NUMBER
740

SHARES
100,000

# SWINGPLANE VENTURES, INC.

THIS CERTIFIES THAT    HECTOR CASILLAS SUAREZ

IS THE RECORD HOLDER OF    ONE HUNDRED THOUSAND

FULLY PAID AND NON ASSESSABLE SHARES OF $0.001 PAR VALUE STOCK OF

SWINGPLANE VENTURES, INC., transferable on the books of the Corporation by the holder hereof, in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid unless countersigned by an authorized representative of the Transfer Agent.

IN WITNESS WHEREOF, the said Corporation has caused this Certificate to be signed by its duly authorized Officers, certified with the seal of the Corporation.

Dated:    07/14/2014

MATT DIEHL, CEO

SWINGPLANE VENTURES, INC.
CORPORATE
Seal
NEVADA

SWVI Scans 368

**SWVI TA# 104, p. 63**

A0081

NOTICE:   Signature must be guaranteed by a firm which is a member of a registered national stock exchange, or by a bank (other than a savings bank), or a trust company. The following abbreviations, when used in the inscription on the face of this certificate, shall be constructed as though they were written out in full according to applicable laws or regulations.

**TEN COM** — as tenants in common
**TEN ENT** — as tenants by the entireties
**JT TEN** — as joint tenants with right of survivorship and not as tenants in common

**UNIF GIFT MIN ACT** — Custodian
　　　　　(Cust)　　　　　　(Minor)
under Uniform Gifts to Minors
Act................................
　　　　　(State)

Additional abbreviations may also be used though not in the above list.

**For Value Received,** _____ **hereby sell, assign and transfer unto**

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OR ASSIGNEE)

_____ Shares

of the capital stock represented by the written certificate, and do hereby irrevocably constitute and appoint

_____ Attorney

to transfer the said stock on the books of the within named Corporation with full power of substitution in the premises.

Dated: _____

_____
Signature

_____
Signature (If more than one owner)

NOTICE:   THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

**AFFIX MEDALLION SIGNATURE GUARANTEE**

**SWVI TA# 104, p. 64**
**SWVI Scans 369**

A0082



INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO.: 870787108

# SWINGPLANE VENTURES, INC.

NUMBER 41

SHARES 100,000

THIS CERTIFIES THAT    GRISELDA SANTILLAN CORIA

IS THE RECORD HOLDER OF    ONE-HUNDRED THOUSAND

FULLY PAID AND NON ASSESSABLE SHARES OF $0.001 PAR VALUE STOCK OF

SWINGPLANE VENTURES, INC., transferable on the books of the Corporation by the holder hereof, in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid unless countersigned by an authorized representative of the Transfer Agent.

IN WITNESS WHEREOF, the said Corporation has caused this Certificate to be signed by its duly authorized Officers, certified with the seal of the Corporation.

Dated:  08/17/2011

MATT DIEHL, CEO

SWINGPLANE VENTURES, INC.
CORPORATE
**Seal**
NEVADA

CANCELLED

SWVI Scans 370

**SWVI TA# 104, p. 65**

A0083

NOTICE:   Signature must be guaranteed by a firm which is a member of a registered national stock exchange, or by a bank (other than a savings bank), or a trust company. The following abbreviations, when used in the inscription on the face of this certificate, shall be constructed as though they were written out in full according to applicable laws or regulations.

TEN COM — as tenants in common
TEN ENT — as tenants by the entireties
JT TEN — as joint tenants with right of
survivorship and not as tenants in common

UNIF GIFT MIN ACT — Custodian
(Cust)                    (Minor)
under Uniform Gifts to Minors
Act.................................
(State)

Additional abbreviations may also be used though not in the above list.

**For Value Received,** _____ **hereby sell, assign and transfer unto**

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OR ASSIGNEE)

_____ Shares

of   the   capital   stock   represented   by   the   written   certificate,   and   do   hereby   irrevocably constitute and appoint

_____ Attorney

to   transfer   the   said   stock   on   the   books   of   the   within   named   Corporation   with   full   power of substitution in the premises.

Dated:_____

_____
Signature

_____
Signature (If more than one owner)

NOTICE:  THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS
WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR
WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

**AFFIX MEDALLION SIGNATURE GUARANTEE**

**SWVI TA# 104, p. 66**
SWVI Scans 371

A0084



NOTICE:   Signature must be guaranteed by a firm which is a member of a registered national stock exchange, or by a bank (other than a savings bank), or a trust company. The following abbreviations, when used in the inscription on the face of this certificate, shall be constructed as though they were written out in full according to applicable laws or regulations.

**TEN COM** — as tenants in common
**TEN ENT** — as tenants by the entireties
**JT TEN**— as joint tenants with right of
survivorship and not as tenants in common

**UNIF GIFT MIN ACT** — Custodian
       (Cust)          (Minor)
under Uniform Gifts to Minors
Act...................................
          (State)

Additional abbreviations may also be used though not in the above list.

**For Value Received,** _____ hereby sell, assign and transfer unto

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OR ASSIGNEE)

_____ Shares
of   the   capital   stock   represented   by   the   written   certificate,   and   do   hereby   irrevocably
constitute and appoint

_____ Attorney
to   transfer   the   said   stock   on   the   books   of   the   within   named   Corporation   with   full   power
of substitution in the premises.

Dated:_____

_____
Signature

_____
Signature (If more than one owner)

NOTICE:  THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS
WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR
WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

**AFFIX MEDALLION SIGNATURE GUARANTEE**

**SWVI TA# 104, p. 68**
SWVI Scans 373

A0086



NOTICE:   Signature must be guaranteed by a firm which is a member of a registered national stock exchange, or by a bank (other than a savings bank), or a trust company. The following abbreviations, when used in the inscription on the face of this certificate, shall be constructed as though they were written out in full according to applicable laws or regulations.

**TEN COM** — as tenants in common
**TEN ENT** — as tenants by the entireties
**JT TEN** — as joint tenants with right of
survivorship and not as tenants in common

**UNIF GIFT MIN ACT** — Custodian
(Cust)                    (Minor)
under Uniform Gifts to Minors
Act.................................
(State)

Additional abbreviations may also be used though not in the above list.

**For Value Received,** _____ **hereby sell, assign and transfer unto**

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

_____
(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OR ASSIGNEE)

_____

_____

_____   **Shares**
of   the   capital   stock   represented   by   the   written   certificate,   and   do   hereby   **irrevocably** constitute and appoint

_____   **Attorney**
to   transfer   the   said   stock   on   the   books   of   the   within   named   Corporation   with   full   power of substitution in the premises.

Dated: _____

_____
Signature

_____
Signature (If more than one owner)

NOTICE:   THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS
WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR
WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

**AFFIX MEDALLION SIGNATURE GUARANTEE**

**SWVI TA# 104, p. 70**
**SWVI Scans 375**

A0088



INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO. 870787108

**NUMBER** 841

# SWINGPLANE VENTURES, INC.

**SHARES** 100,000

THIS CERTIFIES THAT  ELENA GUERRA PARDILLO

IS THE RECORD HOLDER OF  ONE HUNDRED THOUSAND

FULLY PAID AND NON ASSESSABLE SHARES OF $0.001 PAR VALUE STOCK OF

SWINGPLANE VENTURES, INC. transferable on the books of the Corporation by the holder hereof, in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid unless countersigned by an authorized representative of the Transfer Agent.

IN WITNESS WHEREOF, the said Corporation has caused this Certificate to be signed by its duly authorized Officers, certified with the seal of the Corporation.

Dated: 17/15/2011

MATT DIEHL, CEO

SWINGPLANE VENTURES, INC.
CORPORATE
Seal
NEVADA
★ ★ ★ ★ ★

SWVI Scans 376

**SWVI TA# 104, p. 71**

A0089

NOTICE:   Signature must be guaranteed by a firm which is a member of a registered national stock exchange, or by a bank (other than a savings bank), or a trust company. The following abbreviations, when used in the inscription on the face of this certificate, shall be constructed as though they were written out in full according to applicable laws or regulations.

**TEN COM** — as tenants in common
**TEN ENT** — as tenants by the entireties
**JT TEN**— as joint tenants with right of
survivorship and not as tenants in common

**UNIF GIFT MIN ACT** — Custodian
(Cust)                    (Minor)
under Uniform Gifts to Minors
Act.................................
                    (State)

Additional abbreviations may also be used though not in the above list.

**For Value Received,** _____ **hereby sell, assign and transfer unto**

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

[ _____ ]

(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OR ASSIGNEE)

_____

_____

                                                                                    **Shares**
of   the   capital   stock   represented   by   the   written   certificate,   and   do   hereby   irrevocably
constitute and appoint

_____ **Attorney**
to   transfer   the   said   stock   on   the   books   of   the   within   named   Corporation   with   full   power
of substitution in the premises.

                              Dated:_____

                              _____
                                             Signature

                              _____
                                    Signature (If more than one owner)

NOTICE:   THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS
            WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR
            WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

**AFFIX MEDALLION SIGNATURE GUARANTEE**

**SWVI TA# 104, p. 72**
SWVI Scans 377



INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO. 870787108

NUMBER
46

SHARES
**100,000**

# SWINGPLANE VENTURES, INC.

**THIS CERTIFIES THAT** ADRIANA MORALES DIAZ

**IS THE RECORD HOLDER OF** ONE HUNDRED THOUSAND

FULLY PAID AND NON ASSESSABLE SHARES OF $0.001 PAR VALUE STOCK OF

SWINGPLANE VENTURES, INC., transferable on the books of the Corporation by the holder hereof, in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid unless countersigned by an authorized representative of the Transfer Agent.

IN WITNESS WHEREOF, the said Corporation has caused this Certificate to be signed by its duly authorized Officers, certified with the seal of the Corporation.

Dated: 07/14/2011

MATT DIEHL, CEO

SWINGPLANE VENTURES, INC.
CORPORATE
**Seal**
NEVADA
★ ★ ★ ★

CANCELLED

CANCELLED

SWVI Scans 378

**SWVI TA# 104, p. 73**

A0091

NOTICE:  Signature must be guaranteed by a firm which is a member of a registered national stock exchange, or by a bank (other than a savings bank), or a trust company. The following abbreviations, when used in the inscription on the face of this certificate, shall be constructed as though they were written out in full according to applicable laws or regulations.

**TEN COM** — as tenants in common
**TEN ENT** — as tenants by the entireties
**JT TEN** — as joint tenants with right of
survivorship and not as tenants in common

**UNIF GIFT MIN ACT** — Custodian
(Cust)                    (Minor)
under Uniform Gifts to Minors
Act.................................
                    (State)

Additional abbreviations may also be used though not in the above list.

**For Value Received,** _____ **hereby sell, assign and transfer unto**

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

_____
(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OR ASSIGNEE)

_____

_____ Shares

of the capital stock represented by the written certificate, and do hereby irrevocably constitute and appoint

_____ Attorney

to transfer the said stock on the books of the within named Corporation with full power of substitution in the premises.

Dated:_____

_____
Signature

_____
Signature (If more than one owner)

NOTICE:  THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS
WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR
WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

**AFFIX MEDALLION SIGNATURE GUARANTEE**

**SWVI TA# 104, p. 74**
**SWVI Scans 379**

A0092



INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO. 870787108

NUMBER 47

SHARES 80,000

# SWINGPLANE VENTURES, INC.

THIS CERTIFIES THAT   DUSAN MALESEV

IS THE RECORD HOLDER OF   EIGHTY THOUSAND

FULLY PAID AND NON-ASSESSABLE SHARES OF $0.001 PAR VALUE STOCK OF

SWINGPLANE VENTURES, INC., transferable on the books of the Corporation by the holder hereof, in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid unless countersigned by an authorized representative of the Transfer Agent.

IN WITNESS WHEREOF, the said Corporation has caused this Certificate to be signed by its duly authorized Officers, certified with the seal of the Corporation.

Dated: 08/17/2011

MATT DIEHL, CEO

SWINGPLANE VENTURES, INC.
CORPORATE
Seal
NEVADA

SWVI Scans 380

**SWVI TA# 104, p. 75**

A0093

NOTICE:   Signature must be guaranteed by a firm which is a member of a registered national stock exchange, or by a bank (other than a savings bank), or a trust company. The following abbreviations, when used in the inscription on the face of this certificate, shall be constructed as though they were written out in full according to applicable laws or regulations.

**TEN COM** — as tenants in common
**TEN ENT**— as tenants by the entireties
**JT TEN**— as joint tenants with right of
survivorship and not as tenants in common

**UNIF GIFT MIN ACT** — Custodian
     (Cust)       (Minor)
under Uniform Gifts to Minors
Act...................................
        (State)

Additional abbreviations may also be used though not in the above list.

**For Value Received,** _____ **hereby sell, assign and transfer unto**

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

_____

(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OR ASSIGNEE)

_____ **Shares**

of   the   capital   stock   represented   by   the   written   certificate,   and   do   hereby   irrevocably constitute and appoint

_____ **Attorney**

to   transfer   the   said   stock   on   the   books   of   the   within   named   Corporation   with   full   power of substitution in the premises.

Dated:_____

_____
Signature

_____
Signature (If more than one owner)

NOTICE:   THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS
WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR
WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

**AFFIX MEDALLION SIGNATURE GUARANTEE**

**SWVI TA# 104, p. 76**



SWVI TA# 104, p. 77

A0095

NOTICE:   Signature must be guaranteed by a firm which is a member of a registered national stock exchange, or by a bank (other than a savings bank), or a trust company. The following abbreviations, when used in the inscription on the face of this certificate, shall be constructed as though they were written out in full according to applicable laws or regulations.

**TEN COM** — as tenants in common
**TEN ENT** — as tenants by the entireties
**JT TEN** — as joint tenants with right of survivorship and not as tenants in common

**UNIF GIFT MIN ACT** — Custodian
(Cust)            (Minor)
under Uniform Gifts to Minors
Act..................................
(State)

Additional abbreviations may also be used though not in the above list.

**For Value Received,** _____ **hereby sell, assign and transfer unto**

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OR ASSIGNEE)

_____ Shares
of the capital stock represented by the written certificate, and do hereby irrevocably constitute and appoint

_____ Attorney
to transfer the said stock on the books of the within named Corporation with full power of substitution in the premises.

Dated: _____

_____
Signature

_____
Signature (If more than one owner)

NOTICE:  THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

**AFFIX MEDALLION SIGNATURE GUARANTEE**

**SWVI TA# 104, p. 78**
**SWVI Scans 383**



INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO. 870787108

# SWINGPLANE VENTURES, INC.

NUMBER 49

SHARES 80,000

THIS CERTIFIES THAT ALEKSANDAR VUJAKOVIC

IS THE RECORD HOLDER OF EIGHTY THOUSAND

FULLY PAID AND NON ASSESSABLE SHARES OF $0.001 PAR VALUE STOCK OF

SWINGPLANE VENTURES, INC. transferable on the books of the Corporation by the holder hereof in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid unless countersigned by an authorized representative of the Transfer Agent.

IN WITNESS WHEREOF, the said Corporation has caused this Certificate to be signed by its duly authorized Officers, certified with the seal of the Corporation.

Dated: 08/17/2011

MATT DIEHL, CEO

SWINGPLANE VENTURES, INC.
CORPORATE
Seal
NEVADA
★ ★ ★ ★ ★

SWVI Scans 384

**SWVI TA# 104, p. 79**

A0097

**NOTICE:** Signature must be guaranteed by a firm which is a member of a registered national stock exchange, or by a bank (other than a savings bank), or a trust company. The following abbreviations, when used in the inscription on the face of this certificate, shall be constructed as though they were written out in full according to applicable laws or regulations.

| | |
|---|---|
| **TEN COM** — as tenants in common | **UNIF GIFT MIN ACT** — Custodian |
| **TEN ENT** — as tenants by the entireties | (Cust)          (Minor) |
| **JT TEN**— as joint tenants with right of | under Uniform Gifts to Minors |
| survivorship and not as tenants in common | Act................................. |
| | (State) |

Additional abbreviations may also be used though not in the above list.

**For Value Received,** _____ hereby sell, assign and transfer unto

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

_____

(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OR ASSIGNEE)

_____

_____

_____ Shares

of the capital stock represented by the written certificate, and do hereby irrevocably constitute and appoint

_____ Attorney

to transfer the said stock on the books of the within named Corporation with full power of substitution in the premises.

Dated: _____

_____
Signature

_____
Signature (If more than one owner)

**NOTICE:** THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

**AFFIX MEDALLION SIGNATURE GUARANTEE .**

**SWVI TA# 104, p. 80**
**SWVI Scans 385**

A0098



A0099

NOTICE:   Signature must be guaranteed by a firm which is a member of a registered national stock exchange, or by a bank (other than a savings bank), or a trust company. The following abbreviations, when used in the inscription on the face of this certificate, shall be constructed as though they were written out in full according to applicable laws or regulations.

**TEN COM** — as tenants in common
**TEN ENT** — as tenants by the entireties
**JT TEN** — as joint tenants with right of
survivorship and not as tenants in common

**UNIF GIFT MIN ACT** — Custodian
(Cust)       (Minor)
under Uniform Gifts to Minors
Act...............................
(State)

Additional abbreviations may also be used though not in the above list.

**For Value Received,** _____ hereby sell, assign and transfer unto

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

_____

(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OR ASSIGNEE)

_____

_____

_____ Shares

of the capital stock represented by the written certificate, and do hereby irrevocably constitute and appoint

_____ Attorney

to transfer the said stock on the books of the within named Corporation with full power of substitution in the premises.

Dated: _____

_____
Signature

_____
Signature (If more than one owner)

NOTICE:   THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

**AFFIX MEDALLION SIGNATURE GUARANTEE**

**SWVI TA# 104, p. 82**
**SWVI Scans 387**

A0100



NOTICE:   Signature must be guaranteed by a firm which is a member of a registered national stock exchange, or by a bank (other than a savings bank), or a trust company. The following abbreviations, when used in the inscription on the face of this certificate, shall be constructed as though they were written out in full according to applicable laws or regulations.

**TEN COM** — as tenants in common
**TEN ENT** — as tenants by the entireties
**JT TEN** — as joint tenants with right of
survivorship and not as tenants in common

**UNIF GIFT MIN ACT** — Custodian
          (Cust)          (Minor)
under Uniform Gifts to Minors
Act................................
              (State)

Additional abbreviations may also be used though not in the above list.

**For Value Received,** _____ **hereby sell, assign and transfer unto**

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OR ASSIGNEE)

_____ **Shares**
of the capital stock represented by the written certificate, and do hereby irrevocably constitute and appoint

_____ **Attorney**
to transfer the said stock on the books of the within named Corporation with full power of substitution in the premises.

Dated: _____

_____
              Signature

_____
        Signature (If more than one owner)

NOTICE:   THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS
WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR
WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

**AFFIX MEDALLION SIGNATURE GUARANTEE**

**SWVI TA# 104, p. 84**
SWVI Scans 389



INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO· 870787108

**NUMBER**
52

# SWINGPLANE VENTURES, INC.

**SHARES**
90,000

THIS CERTIFIES THAT   DJORDJE BOGDANOVIC

IS THE RECORD HOLDER OF   NINETY THOUSAND

FULLY PAID AND NON ASSESSABLE SHARES OF $0.001 PAR VALUE STOCK OF

SWINGPLANE VENTURES, INC., transferable on the books of the Corporation by the holder hereof, in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid unless countersigned by an authorized representative of the Transfer Agent.

IN WITNESS WHEREOF, the said Corporation has caused this Certificate to be signed by its duly authorized Officers, certified with the seal of the Corporation.

Dated:  08/26/2011

MATT DIEHL, CEO

SWINGPLANE VENTURES, INC.
CORPORATE
Seal
NEVADA
★ ★ ★ ★ ★

SWVI Scans 390

SWVI TA# 104, p. 85

A0103

NOTICE: Signature must be guaranteed by a firm which is a member of a registered national stock exchange, or by a bank (other than a savings bank), or a trust company. The following abbreviations, when used in the inscription on the face of this certificate, shall be constructed as though they were written out in full according to applicable laws or regulations.

**TEN COM** — as tenants in common
**TEN ENT** — as tenants by the entireties
**JT TEN** — as joint tenants with right of
survivorship and not as tenants in common

**UNIF GIFT MIN ACT** — Custodian
                    (Cust)            (Minor)
under Uniform Gifts to Minors
Act...................................
            (State)

Additional abbreviations may also be used though not in the above list.

**For Value Received,** _____ **hereby sell, assign and transfer unto**

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OR ASSIGNEE)

_____ Shares

of the capital stock represented by the written certificate, and do hereby irrevocably constitute and appoint

_____ Attorney

to transfer the said stock on the books of the within named Corporation with full power of substitution in the premises.

Dated: _____

_____
Signature

_____
Signature (If more than one owner)

NOTICE: THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS
WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR
WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

**AFFIX MEDALLION SIGNATURE GUARANTEE**

**SWVI TA# 104, p. 86**
SWVI Scans 391

A0104



INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO. 870787108

**NUMBER** 65

**SHARES** 110,000

# SWINGPLANE VENTURES, INC.

**THIS CERTIFIES THAT** MILENA KOJADINOVIC

**IS THE RECORD HOLDER OF** ONE HUNDRED TEN THOUSAND

FULLY PAID AND NON ASSESSABLE SHARES OF $0.001 PAR VALUE STOCK OF

SWINGPLANE VENTURES, INC. transferable on the books of the Corporation by the holder hereof, in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid unless countersigned by an authorized representative of the Transfer Agent.

IN WITNESS WHEREOF, the said Corporation has caused this Certificate to be signed by its duly authorized Officers, certified with the seal of the Corporation.

Dated: 09/03/201

MATT DIEHL, CEO

SWINGPLANE VENTURES, INC.
CORPORATE Seal
NEVADA
★ ★ ★ ★

SWVI Scans 392

**SWVI TA# 104, p. 87**

A0105

**NOTICE:** Signature must be guaranteed by a firm which is a member of a registered national stock exchange, or by a bank (other than a savings bank), or a trust company. The following abbreviations, when used in the inscription on the face of this certificate, shall be constructed as though they were written out in full according to applicable laws or regulations.

**TEN COM** — as tenants in common
**TEN ENT** — as tenants by the entireties
**JT TEN** — as joint tenants with right of survivorship and not as tenants in common

**UNIF GIFT MIN ACT** — Custodian
                                        (Cust)                    (Minor)
under Uniform Gifts to Minors
Act..................................
                        (State)

Additional abbreviations may also be used though not in the above list.

**For Value Received,** _____ **hereby sell, assign and transfer unto**

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

_____
(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OR ASSIGNEE)

_____

_____

_____ **Shares**
of   the   capital   stock   represented   by   the   written   certificate,   and   do   hereby   irrevocably
constitute and appoint

_____ **Attorney**
to   transfer   the   said   stock   on   the   books   of   the   within   named   Corporation   with   full   power
of substitution in the premises.

Dated:_____

_____
Signature

_____
Signature (If more than one owner)

**NOTICE:** THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS
WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR
WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

**AFFIX MEDALLION SIGNATURE GUARANTEE**

**SWVI TA# 104, p. 88**

**SWVI Scans 393**



INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO. 870787108

NUMBER
59

SHARES
90,000

# SWINGPLANE VENTURES, INC.

THIS CERTIFIES THAT   TATJANA STEFANOVIC

IS THE RECORD HOLDER OF   NINETY THOUSAND

FULLY PAID AND NON ASSESSABLE SHARES OF $0.001 PAR VALUE STOCK OF

SWINGPLANE VENTURES, INC. transferable on the books of the Corporation by the holder hereof, in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid unless countersigned by an authorized representative of the Transfer Agent.

IN WITNESS WHEREOF, the said Corporation has caused this Certificate to be signed by its duly authorized Officers, certified with the seal of the Corporation.

Dated: 08/15/2011

MATT DIEHL, CEO

SWINGPLANE VENTURES, INC.
CORPORATE
Seal
NEVADA

SWVI Scans 394

SWVI TA# 104, p. 89

A0107

NOTICE:    Signature must be guaranteed by a firm which is a member of a registered national stock exchange, or by a bank (other than a savings bank), or a trust company. The following abbreviations, when used in the inscription on the face of this certificate, shall be constructed as though they were written out in full according to applicable laws or regulations.

**TEN COM** — as tenants in common
**TEN ENT** — as tenants by the entireties
**JT TEN** — as joint tenants with right of survivorship and not as tenants in common

**UNIF GIFT MIN ACT** — Custodian
(Cust)                    (Minor)
under Uniform Gifts to Minors
Act...............................
                    (State)

Additional abbreviations may also be used though not in the above list.

**For Value Received,** _____ hereby sell, assign and transfer unto

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

_____
(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OR ASSIGNEE)

_____ Shares
of the capital stock represented by the written certificate, and do hereby irrevocably constitute and appoint

_____ Attorney
to transfer the said stock on the books of the within named Corporation with full power of substitution in the premises.

Dated: _____

_____
Signature

_____
Signature (If more than one owner)

NOTICE:  THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

**AFFIX MEDALLION SIGNATURE GUARANTEE**

**SWVI TA# 104, p. 90**
SWVI Scans 395

A0108



INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO. 870787108

NUMBER
72

SHARES
110,000

# SWINGPLANE VENTURES, INC.

THIS CERTIFIES THAT   DJURDJA LINJACKI

IS THE RECORD HOLDER OF   ONE HUNDRED TEN THOUSAND

FULLY PAID AND NON ASSESSABLE SHARES OF $0.001 PAR VALUE STOCK OF

SWINGPLANE VENTURES, INC., transferable on the books of the Corporation by the holder hereof, in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid unless countersigned by an authorized representative of the Transfer Agent.

IN WITNESS WHEREOF, the said Corporation has caused this Certificate to be signed by its duly authorized Officers, certified with the seal of the Corporation.

Dated:   08/24/2011

MATT DIEHL, CEO

SWINGPLANE VENTURES, INC.
CORPORATE
Seal
NEVADA
★★★★★

SWVI Scans 396

SWVI TA# 104, p. 91

A0109

NOTICE:   Signature must be guaranteed by a firm which is a member of a registered national stock exchange, or by a bank (other than a savings bank), or a trust company. The following abbreviations, when used in the inscription on the face of this certificate, shall be constructed as though they were written out in full according to applicable laws or regulations.

**TEN COM** — as tenants in common
**TEN ENT** — as tenants by the entireties
**JT TEN**— as joint tenants with right of
survivorship and not as tenants in common

**UNIF GIFT MIN ACT** — Custodian
          (Cust)        (Minor)
under Uniform Gifts to Minors
Act................................
         (State)

Additional abbreviations may also be used though not in the above list.

**For Value Received,** _____ **hereby sell, assign and transfer unto**

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OR ASSIGNEE)

_____ Shares
of the capital stock represented by the written certificate, and do hereby irrevocably constitute and appoint

_____ Attorney
to transfer the said stock on the books of the within named Corporation with full power of substitution in the premises.

Dated:_____

_____
Signature

_____
Signature (If more than one owner)

NOTICE:  THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS
WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR
WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

**AFFIX MEDALLION SIGNATURE GUARANTEE**

**SWVI TA# 104, p. 92**
**SWVI Scans 397**

A0110



INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO. 870787108

**SWINGPLANE VENTURES, INC.**

NUMBER
163

SHARES
110,000

THIS CERTIFIES THAT  SRDJAN FRANCUSKI

IS THE RECORD HOLDER OF  ONE HUNDRED TEN THOUSAND

FULLY PAID AND NON ASSESSABLE SHARES OF $0.001 PAR VALUE STOCK OF

SWINGPLANE VENTURES, INC. transferable on the books of the Corporation by the holder hereof, in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid unless countersigned by an authorized representative of the Transfer Agent.

IN WITNESS WHEREOF, the said Corporation has caused this Certificate to be signed by its duly authorized Officers, certified with the seal of the Corporation.

Dated:  08/17/2011

MATT DIEHL, CEO

SWINGPLANE VENTURES, INC.
CORPORATE
Seal
NEVADA

SWVI Scans 398

NOTICE:    Signature must be guaranteed by a firm which is a member of a registered national stock exchange, or by a bank (other than a savings bank), or a trust company. The following abbreviations, when used in the inscription on the face of this certificate, shall be constructed as though they were written out in full according to applicable laws or regulations.

**TEN COM** — as tenants in common
**TEN ENT** — as tenants by the entireties
**JT TEN**— as joint tenants with right of survivorship and not as tenants in common

**UNIF GIFT MIN ACT** — Custodian
      (Cust)        (Minor)
under Uniform Gifts to Minors
Act.................................
          (State)

Additional abbreviations may also be used though not in the above list.

**For Value Received,** _____ **hereby sell, assign and transfer unto**

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OR ASSIGNEE)

of the capital stock represented by the written certificate, and do hereby **Shares** **irrevocably** constitute and appoint

to transfer the said stock on the books of the within named Corporation with full power **Attorney** of substitution in the premises.

Dated:_____

_____
Signature

_____
Signature (If more than one owner)

NOTICE:  THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

**AFFIX MEDALLION SIGNATURE GUARANTEE**

**SWVI TA# 104, p. 94**
**SWVI Scans 399**

A0112



INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO. 870787108

**NUMBER**
64

# SWINGPLANE VENTURES, INC.

**SHARES**
10,000

THIS CERTIFIES THAT   SRDJAN CULIC

IS THE RECORD HOLDER OF   ONE HUNDRED TEN THOUSAND

FULLY PAID AND NON ASSESSABLE SHARES OF $0.001 PAR VALUE STOCK OF

SWINGPLANE VENTURES, INC., transferable on the books of the Corporation by the holder hereof, in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid unless countersigned by an authorized representative of the Transfer Agent.

IN WITNESS WHEREOF, the said Corporation has caused this Certificate to be signed by its duly authorized Officers, certified with the seal of the Corporation.

Dated: 08/15/2011

MATT DIEHL, CEO

Countersigned & Registered

By New York Stock ... LLC ... (c/o ... .com)

SWINGPLANE VENTURES, INC.
CORPORATE
**Seal**
NEVADA
★ ★ ★ ★ ★

SWVI Scans 400

**SWVI TA# 104, p. 95**

A0113

**NOTICE:**  Signature must be guaranteed by a firm which is a member of a registered national stock exchange, or by a bank (other than a savings bank), or a trust company. The following abbreviations, when used in the inscription on the face of this certificate, shall be constructed as though they were written out in full according to applicable laws or regulations.

| | |
|---|---|
| **TEN COM** — as tenants in common | **UNIF GIFT MIN ACT** — Custodian |
| **TEN ENT** — as tenants by the entireties | (Cust)                    (Minor) |
| **JT TEN**— as joint tenants with right of | under Uniform Gifts to Minors |
| survivorship and not as tenants in common | Act................................. |
| | (State) |

Additional abbreviations may also be used though not in the above list.

**For Value Received,** _____ **hereby sell, assign and transfer unto**

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

_____
(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OR ASSIGNEE)

_____

_____

of   the   capital   stock   represented   by   the   written   certificate,   and   do   hereby   **Shares** **irrevocably** constitute and appoint

_____ **Attorney**
to   transfer   the   said   stock   on   the   books   of   the   within   named   Corporation   with   full   power of substitution in the premises.

Dated: _____

_____
Signature

_____
Signature (If more than one owner)

**NOTICE:**  THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

**AFFIX MEDALLION SIGNATURE GUARANTEE**

**SWVI TA# 104, p. 96**
**SWVI Scans 401**

A0114



INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO. 870787108

**NUMBER** 1600

# SWINGPLANE VENTURES, INC.

**SHARES** 120,000

THIS CERTIFIES THAT   BRANKA KORICA

IS THE RECORD HOLDER OF   ONE HUNDRED TWENTY THOUSAND

FULLY PAID AND NON ASSESSABLE SHARES OF $0.001 PAR VALUE STOCK OF

SWINGPLANE VENTURES, INC. transferable on the books of the Corporation by the holder hereof, in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid unless countersigned by an authorized representative of the Transfer Agent.

IN WITNESS WHEREOF, the said Corporation has caused this Certificate to be signed by its duly authorized Officers, certified with the seal of the Corporation.

Dated:  08/17/2011

MATT DIEHL, CEO

SWINGPLANE VENTURES, INC.
CORPORATE
**Seal**
NEVADA

SWVI Scans 402

**SWVI TA# 104, p. 97**

A0115

NOTICE:    Signature must be guaranteed by a firm which is a member of a registered national stock exchange, or by a bank (other than a savings bank), or a trust company. The following abbreviations, when used in the inscription on the face of this certificate, shall be constructed as though they were written out in full according to applicable laws or regulations.

| | |
|---|---|
| **TEN COM** — as tenants in common | **UNIF GIFT MIN ACT** — Custodian |
| **TEN ENT** — as tenants by the entireties | (Cust)          (Minor) |
| **JT TEN** — as joint tenants with right of | under Uniform Gifts to Minors |
| survivorship and not as tenants in common | Act............................... |
| | (State) |

Additional abbreviations may also be used though not in the above list.

**For Value Received,** _____ **hereby sell, assign and transfer unto**

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

_____
(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OR ASSIGNEE)

_____

_____

_____ Shares

of the capital stock represented by the written certificate, and do hereby irrevocably constitute and appoint

_____ Attorney

to transfer the said stock on the books of the within named Corporation with full power of substitution in the premises.

Dated:  _____

_____
Signature

_____
Signature (If more than one owner)

NOTICE:  THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

**AFFIX MEDALLION SIGNATURE GUARANTEE**

**SWVI TA# 104, p. 98**
SWVI Scans 403

A0116



NOTICE:    Signature must be guaranteed by a firm which is a member of a registered national stock exchange, or by a bank (other than a savings bank), or a trust company. The following abbreviations, when used in the inscription on the face of this certificate, shall be constructed as though they were written out in full according to applicable laws or regulations.

**TEN COM** — as tenants in common
**TEN ENT** — as tenants by the entireties
**JT TEN** — as joint tenants with right of survivorship and not as tenants in common

**UNIF GIFT MIN ACT** — Custodian
(Cust)                    (Minor)
under Uniform Gifts to Minors
Act...............................
(State)

Additional abbreviations may also be used though not in the above list.

**For Value Received,** _____ **hereby sell, assign and transfer unto**

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

_____

_____
(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OR ASSIGNEE)

_____

_____

_____ **Shares**

of the capital stock represented by the written certificate, and do hereby irrevocably constitute and appoint

_____ **Attorney**

to transfer the said stock on the books of the within named Corporation with full power of substitution in the premises.

Dated: _____

_____
Signature

_____
Signature (If more than one owner)

NOTICE:  THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS
WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR
WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

**AFFIX MEDALLION SIGNATURE GUARANTEE**

**SWVI TA# 104, p. 100**
**SWVI Scans 405**

A0118



INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO. 870787108

# SWINGPLANE VENTURES, INC.

NUMBER

SHARES
*90,000*

**THIS CERTIFIES THAT** INES RADOVIC

**IS THE RECORD HOLDER OF** NINETY THOUSAND

**FULLY PAID AND NON ASSESSABLE SHARES OF $0.001 PAR VALUE STOCK OF**

SWINGPLANE VENTURES, INC. transferable on the books of the Corporation by the holder hereof, in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid unless countersigned by an authorized representative of the Transfer Agent.

IN WITNESS WHEREOF, the said Corporation has caused this Certificate to be signed by its duly authorized Officers, certified with the seal of the Corporation.

Dated: 08/24/2011

MATT DIEHL, CEO

SWINGPLANE VENTURES, INC.
CORPORATE
**Seal**
NEVADA
★ ★ ★ ★ ★

SWVI Scans 406

**SWVI TA# 104, p. 101**

A0119

NOTICE:   Signature must be guaranteed by a firm which is a member of a registered national stock exchange, or by a bank (other than a savings bank), or a trust company. The following abbreviations, when used in the inscription on the face of this certificate, shall be constructed as though they were written out in full according to applicable laws or regulations.

**TEN COM** — as tenants in common
**TEN ENT** — as tenants by the entireties
**JT TEN**— as joint tenants with right of
survivorship and not as tenants in common

**UNIF GIFT MIN ACT** — Custodian
(Cust)                    (Minor)
under Uniform Gifts to Minors
Act...............................
(State)

Additional abbreviations may also be used though not in the above list.

**For Value Received,** _____ **hereby sell, assign and transfer unto**

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

_____

(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OR ASSIGNEE)

_____ Shares

of   the   capital   stock   represented   by   the   written   certificate,   and   do   hereby   irrevocably
constitute and appoint

_____ Attorney

to   transfer   the   said   stock   on   the   books   of   the   within   named   Corporation   with   full   power
of substitution in the premises.

Dated: _____

_____
Signature

_____
Signature (If more than one owner)

NOTICE:   THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS
WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR
WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

**AFFIX MEDALLION SIGNATURE GUARANTEE**

**SWVI TA# 104, p. 102**
**SWVI Scans 407**

A0120



A0121

NOTICE:   Signature must be guaranteed by a firm which is a member of a registered national stock exchange, or by a bank (other than a savings bank), or a trust company. The following abbreviations, when used in the inscription on the face of this certificate, shall be constructed as though they were written out in full according to applicable laws or regulations.

**TEN COM** — as tenants in common
**TEN ENT** — as tenants by the entireties
**JT TEN** — as joint tenants with right of survivorship and not as tenants in common

**UNIF GIFT MIN ACT** — Custodian
(Cust)          (Minor)
under Uniform Gifts to Minors
Act................................
(State)

Additional abbreviations may also be used though not in the above list.

**For Value Received,** _____ hereby sell, assign and transfer unto

PLEASE INSERT SOCIAL SECURITY OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE

_____

_____
(PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS, INCLUDING ZIP CODE, OR ASSIGNEE)

_____

_____

_____ Shares

of   the   capital   stock   represented   by   the   written   certificate,   and   do   hereby   irrevocably constitute and appoint

_____ Attorney

to   transfer   the   said   stock   on   the   books   of   the   within   named   Corporation   with   full   power of substitution in the premises.

Dated: _____

_____
Signature

_____
Signature (If more than one owner)

NOTICE:  THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER.

**AFFIX MEDALLION SIGNATURE GUARANTEE**

**SWVI TA# 104, p. 104**
**SWVI Scans 409**

A0122