2013-02-06 MWR SWVI Option Payment Made

Wire: Market Wire (MWR) Date: Feb 6 2013  16:00:00
Swingplane Ventures, Inc. Option Payment Made

Swingplane Ventures, Inc. Option Payment Made

SANTIAGO, CHILE -- (Marketwire) -- 02/06/13 --  Swingplane Ventures, Inc. (OTCBB: SWVI) (the "Company" or "Swingplane") is pleased to update information pertaining to the Algarrobo property.

The Company's Algarrobo Property (the "Property") is an Iron Oxide - Copper - Gold (IOCG) property located approximately 850 km north of Santiago, in the III Region, Province of Copiopo, Chile. The city of Copiopo is located approximately 43 km to the southeast of the Property, with the small port city of Caldera 25 km to the east. The Property consists of 32 tenures, comprising a total of 6,161 ha (15,224 acres).

Swingplane is pleased to report that the all of the initial payments in the total amount of $1,200,000 have been made as required under the assigned option agreement and amendments (the "Option") with Swingplane making the last payment of $125,000 to bring the Option into full compliance. Swingplane and Mid Americas Corp. have completed payments of $1,200,000 with Swingplane making the last two payments, totaling $250,000. The next payment of $750,000 is due on or before June 30, 2013. Swingplane is finalizing its Share Exchange Agreement whereby it will have direct rights to the Option by way of the acquisition of Mid Americas Corp. and expects to finalize that acquisition on or before February 15, 2013.

In addition, the Company is completing construction of a camp on the Property capable of accommodating 30 people. The camp has been built in the immediate vicinity of current, active drift development, with accommodation for the underground crew, field personnel and management. The camp will be utilized to support exploration of the Property, together with current and future development activity on the Property.

Completion of the camp is timely with respect to anticipated receipt of the license required to sell stockpiled material to ENAMI in Copiapo and a concurrent increase in development for the purposes of initial, limited production from the existing drifts. The camp is well situated to support current operations and further, planned development in the near future.

Michel Voyer
 President and Director

Safe Harbor Statement

THIS NEWS RELEASE CONTAINS "FORWARD-LOOKING STATEMENTS", AS THAT TERM IS DEFINED IN S
ECTION 27A OF THE UNITED STATES SECURITIES ACT OF
1933, AS AMENDED, AND SECTION 21E OF THE UNITED STATES SECURITIES EXCHANGE ACT OF 1934, AS AMENDED. STATEMENTS IN THIS NEWS RELEASE, WHICH ARE NOT PURELY HISTORICAL, ARE FORWARD-LOOKING STATEMENTS AND INCLUDE ANY STATEMENTS REGARDING BELIEFS, PLANS, EXPECTATIONS OR INTENTIONS REGARDING THE FUTURE.

EXCEPT FOR THE HISTORICAL INFORMATION PRESENTED HEREIN, MATTERS DISCUSSED IN THIS NEWS RELEASE CONTAIN FORWARD-LOOKING STATEMENTS THAT ARE SUBJECT TO CERTAIN RISKS AND UNCERTAINTIES THAT COULD CAUSE ACTUAL RESULTS TO DIFFER MATERIALLY FROM ANY FUTURE RESULTS, PERFORMANCE OR ACHIEVEMENTS EXPRESSED OR IMPLIED BY SUCH STATEMENTS.

A0196

2013-02-06 MWR SWVI Option Payment Made

STATEMENTS THAT ARE NOT HISTORICAL FACTS, INCLUDING STATEMENTS THAT ARE PRECEDED BY, FOLLOWED BY, OR THAT INCLUDE SUCH WORDS AS "ESTIMATE", "ANTICIPATE", "BELIEVE", "PLAN" OR "EXPECT" OR SIMILAR STATEMENTS ARE FORWARD-LOOKING STATEMENTS. FORWARD-LOOKING STATEMENTS CONTAINED IN THIS NEWS RELEASE INCLUDE STATEMENTS RELATING TO THE COMPANY'S PLANS TO ENTER INTO A MINING OPTION AGREEMENT WITHIN THE NEXT FORTY-FIVE DAYS. RISKS AND UNCERTAINTIES FOR THE COMPANY INCLUDE, BUT ARE NOT LIMITED TO, THE RISKS ASSOCIATED WITH MINERAL EXPLORATION AND FUNDING AS WELL AS THE RISKS SHOWN IN THE COMPANY'S MOST RECENT ANNUAL AND QUARTERLY REPORTS ON FORM 10-K AND FORM 10-Q, RESPECTIVELY, AND FROM TIME-TO-TIME IN OTHER PUBLICLY AVAILABLE INFORMATION REGARDING THE COMPANY. OTHER RISKS INCLUDE RISKS ASSOCIATED WITH THE REGULATORY APPROVAL PROCESS, COMPETITIVE COMPANIES, FUTURE CAPITAL REQUIREMENTS AND THE COMPANY'S ABILITY AND LEVEL OF SUPPORT FOR ITS EXPLORATION AND DEVELOPMENT ACTIVITIES. THERE CAN BE NO ASSURANCE THAT THE COMPANY'S EXPLORATION EFFORTS WILL SUCCEED AND THE COMPANY WILL ULTIMATELY ACHIEVE COMMERCIAL SUCCESS. THESE FORWARD-LOOKING STATEMENTS ARE MADE AS OF THE DATE OF THIS NEWS RELEASE, AND THE COMPANY ASSUMES NO OBLIGATION TO UPDATE THE FORWARD-LOOKING STATEMENTS, OR TO UPDATE THE REASONS WHY ACTUAL RESULTS COULD DIFFER FROM THOSE PROJECTED IN THE FORWARD-LOOKING STATEMENTS. ALTHOUGH THE COMPANY BELIEVES THAT THE BELIEFS, PLANS, EXPECTATIONS AND INTENTIONS CONTAINED IN THIS NEWS RELEASE ARE REASONABLE, THERE CAN BE NO ASSURANCE THOSE BELIEFS, PLANS, EXPECTATIONS OR INTENTIONS WILL PROVE TO BE ACCURATE. INVESTORS SHOULD CONSIDER ALL OF THE INFORMATION SET FORTH HEREIN AND SHOULD ALSO REFER TO THE RISK FACTORS DISCLOSED IN THE COMPANY'S PERIODIC REPORTS FILED FROM TIME-TO-TIME WITH THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION.

THIS NEWS RELEASE HAS BEEN PREPARED BY MANAGEMENT OF THE COMPANY WHO TAKES FULL RESPONSIBILITY FOR ITS CONTENTS. NO SECURITIES REGULATORY AUTHORITY HAS APPROVED OR DISAPPROVED OF THE CONTENTS OF THIS NEWS RELEASE. THIS NEWS RELEASE SHALL NOT CONSTITUTE AN OFFER TO SELL OR THE SOLICITATION OF AN OFFER TO BUY NOR SHALLTHERE BE ANY SALE OF THESE SECURITIES IN ANY JURISDICTION IN WHICH SUCH OFFER, SOLICITATION OR SALE WOULD BE UNLAWFUL PRIOR TO REGISTRATION OR QUALIFICATION UNDER THE SECURITIES LAWS OF ANY SUCH JURISDICTION.

For more information please visit our web site at:
W: www.swingplaneventuresinc.net
Or contact;
Investor relations: 1-800-253-1692

-0- Feb/06/2013 21:00 GMT

---========================---------------------------
Copyright (c) 2013

############################ END OF STORY 1 ############################

```
                    2013-02-13 PRN SWVI Reports Results From Initial Sale of
Wire: PR Newswire (PRN) Date: Feb 13 2013  7:02:37
Swingplane Reports results from sale of initial test shipments of Low Grade
Mineralized Material from Algarrobo Property

**********************************************************************
  BN 02/13 07:02 *SWINGPLANE REPORTS RESULTS FROM SALE OF INITIAL TEST SHIPMENTS
**********************************************************************
```

Swingplane Reports results from sale of initial test shipments of Low Grade
        Mineralized Material from Algarrobo Property

PR Newswire

SANTIAGO, Chile, Feb. 13, 2013

SANTIAGO, Chile, Feb. 13, 2013 /PRNewswire/ -- Swingplane Ventures, Inc.
(OTC-BB: SWVI) (the "Company" or "Swingplane") is pleased to update
information pertaining to the Algarrobo property.

The Algarrobo Iron oxide-Copper-Gold (IOCG) property (the "Property") is
located approximately 850 km north of Santiago, in the III Region, Province of
Copiapo, Chile.  The city of Copiapo is located approximately 43 km to the
southeast of the Property, with the small port city of Caldera 25 km to the
east. The Property consists of 32 tenures, comprising a total of 6,161 ha
(15,224 acres).

Multiple shipments of low grade, copper mineralized vein material ("Mineral
Cobre Lixiviacion", or Cu mineral for leaching) have been delivered to the
ENAMI facility over the two months.  The ENAMI facility at Copiapo (45 km
south of the Property) is a government owned smelter and processing facility,
primarily for copper ore.  The material shipped to date is low grade, copper
mineral for leaching, having documented grades, as determined and reported by
ENAMI, ranging between 1.88% and 8.8%.

These initial, test shipments comprise a reported total of approximately 500
tonnes of low grade, copper mineralized vein material produced, and
stockpiled, from three of the drifts developed over the past year.  The low
grade material represents hand sorted material produced from mineralized
haloes around high grade, copper mineralized veins exposed along the "Veta
Gruesa Centre", "Exploration" and "Descubridora I" drifts.  These shipments
have been made to evaluate the expenditures and financial return associated
with processing and shipping low grade mineralized material produced during
development along high grade, copper mineralized veins.

Certificates received by the Company to date document delivery of
approximately 94 tonnes from the Veta Gruesa Centre (7 shipments grading
between 1.88 and 2.64% Cu), 58 tonnes from the Exploration Drift (3 shipments
grading between 3.24 and 4.28% Cu) and 36 tonnes from the Descubridora Drift
(three shipments grading between 7.75 and 8.8% Cu).  (Note: the Veta Gruesa
and Production drifts have both been developed on the Veta Gruesa, which
extends farther east to the Veta Gruesa East Drift - see News Release dated
January 30, 2013).  The material shipped from the Descubridora Drift returned
much higher copper grades than anticipated and, therefore, subsequent
shipments of similar material will be delivered as "Direct Shipping" ore.

Total value received to date for the shipments totals approximately $30,845,
however, this total does not include payment for 5 of the shipments,
comprising approximately 58 tonnes of mineralized material.  Two of the
shipments comprise higher grade material from the Exploration Drift (grading
between 4.06 and 4.24% Cu) and all three "high grade" shipments from the
Descubridora Drift (grading between 7.75 and 8.8% Cu).  All five shipments,
particularly those from the Descubridora Drift, are expected to provide a
higher rate of return due to the higher grade material delivered.  As a result

                                    Page 1

2013-02-13 PRN SWVI Reports Results From Initial Sale of
of these high grades, all of the ore stockpiled from the Descubridora Drift will be shipped in the future as "Direct Shipping" ore.

In addition, a single delivery of "Direct Shipping" ore was made on January 21, 2013, for which the corresponding ENAMI certificate documents a grade of 11.42% copper. Payment for this shipment has not yet been made, and is expected within the next two weeks. The remainder of the hand sorted, "Direct Shipping" ore, comprising approximately 400 to 500 tonnes, from the Veta Gruesa Centre, False Estaca and Descubridora remains stockpiled on-site. It has been hand-sorted and is estimated to have an average grade between 10 and 12% Cu. Furthermore, initial material from the Descubridora Drifts has retuned very high grade material, to 46.58%. Shipment of "Direct Shipping" ore will commence once the required ENAMI license has been received, expected within the month. Sale of high grade mineralized material to ENAMI requires a license, following a thorough review of the application for license and a review of the property and workings for which the license is being sought.

Work on behalf of the Company, since February, 2012, has emphasized identification of high grade, copper mineralized veins for subsequent development into drifts. To date, a total of five drifts have been developed on the Property. Three of the drifts, the "Veta Gruesa Centre", "Exploration" and "Veta Gruesa East" drifts, have been developed along the Veta Gruesa, separated by a minimum of 150 m. The remaining two, False Estaca and Descubridora, are developed along interpreted extensions of Major Veins. More recent work exposed a second drift on the Descubridora Vein, approximately 40 m farther west and at slightly lower elevation. This second drift was developed to further exploit very high grade copper ore (up to 50% Cu) exposed in the initial Descubridora Drift.

An additional 11 high grade copper mineralized veins have been exposed, with a minimum of 8 additional sites proposed, for subsequent development into drifts. With receipt of the ENAMI license pending, the Company intends to change its emphasis to further underground development of the existing drifts for the purposes of production.

The Company has not undertaken any preliminary feasibility study or preliminary economic assessment with respect to the Property and does not intend to undertake such a study or assessment prior to making a production decision. There are significant risks associated with making a production decision without a valid, current, economic analysis and the Company may subsequently determine that production from the Property is not economically feasible.

The content of this news release has been reviewed by Rick Walker, B.Sc., M.Sc., P. Geo., a Qualified Person for the purposes of NI 43-101, with the ability and authority to verify the authenticity and validity of the data herein.

Michel Voyer
President and Director

For more information please visit our web site at:
www.swingplaneventuresinc.com

Or contact:
Investor relations: 1-800-253-1692

Safe Harbor Statement

THIS NEWS RELEASE CONTAINS ""FORWARD-LOOKING STATEMENTS"", AS THAT TERM IS DEFINED IN SECTION 27A OF THE UNITED STATES SECURITIES ACT OF 1933, AS AMENDED, AND SECTION 21E OF THE UNITED STATES SECURITIES EXCHANGE ACT OF 1934, AS AMENDED. STATEMENTS IN THIS NEWS RELEASE, WHICH ARE NOT PURELY HISTORICAL,

A0199

2013-02-13 PRN SWVI Reports Results From Initial Sale of
ARE FORWARD-LOOKING STATEMENTS AND INCLUDE ANY STATEMENTS REGARDING BELIEFS,
PLANS, EXPECTATIONS OR INTENTIONS REGARDING THE FUTURE.

EXCEPT FOR THE HISTORICAL INFORMATION PRESENTED HEREIN, MATTERS DISCUSSED IN
THIS NEWS RELEASE CONTAIN FORWARD-LOOKING STATEMENTS THAT ARE SUBJECT TO
CERTAIN RISKS AND UNCERTAINTIES THAT COULD CAUSE ACTUAL RESULTS TO DIFFER
MATERIALLY FROM ANY FUTURE RESULTS, PERFORMANCE OR ACHIEVEMENTS EXPRESSED OR
IMPLIED BY SUCH STATEMENTS. STATEMENTS THAT ARE NOT HISTORICAL FACTS,
INCLUDING STATEMENTS THAT ARE PRECEDED BY, FOLLOWED BY, OR THAT INCLUDE SUCH
WORDS AS "ESTIMATE"", """"ANTICIPATE""", """BELIEVE""", """PLAN"" OR """EXPECT""" OR
SIMILAR STATEMENTS ARE FORWARD-LOOKING STATEMENTS. FORWARD-LOOKING STATEMENTS
CONTAINED IN THIS NEWS RELEASE INCLUDE STATEMENTS RELATING TO THE COMPANY''S
PLANS TO ENTER INTO A MINING OPTION AGREEMENT WITHIN THE NEXT FORTY-FIVE DAYS.
RISKS AND UNCERTAINTIES FOR THE COMPANY INCLUDE, BUT ARE NOT LIMITED TO, THE
RISKS ASSOCIATED WITH MINERAL EXPLORATION AND FUNDING AS WELL AS THE RISKS
SHOWN IN THE COMPANY'S MOST RECENT ANNUAL AND QUARTERLY REPORTS ON FORM 10-K
AND FORM 10-Q, RESPECTIVELY, AND FROM TIME-TO-TIME IN OTHER PUBLICLY AVAILABLE
INFORMATION REGARDING THE COMPANY. OTHER RISKS INCLUDE RISKS ASSOCIATED WITH
THE REGULATORY APPROVAL PROCESS, COMPETITIVE COMPANIES, FUTURE CAPITAL
REQUIREMENTS AND THE COMPANY''S ABILITY AND LEVEL OF SUPPORT FOR ITS
EXPLORATION AND DEVELOPMENT ACTIVITIES. THERE CAN BE NO ASSURANCE THAT THE
COMPANY''S EXPLORATION EFFORTS WILL SUCCEED AND THE COMPANY WILL ULTIMATELY
ACHIEVE COMMERCIAL SUCCESS. THESE FORWARD-LOOKING STATEMENTS ARE MADE AS OF
THE DATE OF THIS NEWS RELEASE, AND THE COMPANY ASSUMES NO OBLIGATION TO UPDATE
THE FORWARD-LOOKING STATEMENTS, OR TO UPDATE THE REASONS WHY ACTUAL RESULTS
COULD DIFFER FROM THOSE PROJECTED IN THE FORWARD-LOOKING STATEMENTS. ALTHOUGH
THE COMPANY BELIEVES THAT THE BELIEFS, PLANS, EXPECTATIONS AND INTENTIONS
CONTAINED IN THIS NEWS RELEASE ARE REASONABLE, THERE CAN BE NO ASSURANCE THOSE
BELIEFS, PLANS, EXPECTATIONS OR INTENTIONS WILL PROVE TO BE ACCURATE.
INVESTORS SHOULD CONSIDER ALL OF THE INFORMATION SET FORTH HEREIN AND SHOULD
ALSO REFER TO THE RISK FACTORS DISCLOSED IN THE COMPANY'S PERIODIC REPORTS
FILED FROM TIME-TO-TIME WITH THE UNITED STATES SECURITIES AND EXCHANGE
COMMISSION.

THIS NEWS RELEASE HAS BEEN PREPARED BY MANAGEMENT OF THE COMPANY WHO TAKES
FULL RESPONSIBILITY FOR ITS CONTENTS. NO SECURITIES REGULATORY AUTHORITY HAS
APPROVED OR DISAPPROVED OF THE CONTENTS OF THIS NEWS RELEASE. THIS NEWS
RELEASE SHALL NOT CONSTITUTE AN OFFER TO SELL OR THE SOLICITATION OF AN OFFER
TO BUY NOR SHALL THERE BE ANY SALE OF THESE SECURITIES IN ANY JURISDICTION IN
WHICH SUCH OFFER, SOLICITATION OR SALE WOULD BE UNLAWFUL PRIOR TO REGISTRATION
OR QUALIFICATION UNDER THE SECURITIES LAWS OF ANY SUCH JURISDICTION.

SOURCE Swingplane Ventures, Inc.

website: http://www.swingplaneventuresinc.com
-0- Feb/13/2013 12:02 GMT

---------------------------------===================---------------------------------
                                  Copyright (c) 2013

############################ END OF STORY 1 ############################

Page 3

A0200

2013-02-14 MWR SWVI Displays Economic Iron Content
Wire: Market Wire (MWR) Date: Feb 14 2013  20:46:52
Swingplane Ventures, Inc. Displays Economic Iron Content Consistent With Chilean Iron Belt

Swingplane Ventures, Inc. Displays Economic Iron Content Consistent With Chilean Iron Belt

SANTIAGO, CHILE -- (Marketwire) -- 02/14/13 --  Swingplane Ventures, Inc. (OTCBB: SWVI) (the "Company" or "Swingplane") is pleased to update information pertaining to the Algarrobo property.

Swingplane Venture, Inc.'s (the "Company") Algarrobo Property (the "Property") is an Iron Oxide-Copper-Gold (IOCG) property located approximately 850 km north of Santiago, in the III Region, Province of Copiapo, Chile. The city of Copiapo is located approximately 43 km to the southeast of the Property, with the small port city of Caldera 25 km to the east. The Property consists of 32 tenures, comprising a total of 6,161 ha (15,224 acres).

Iron Oxide-Copper-Gold (IOCG) deposits are characterized by high iron content, as magnetite and/or hematite, with variable amounts of copper and other by-product metals and/or minerals. Deposits having high iron content with little or no copper ("Kiruna-type"), as well as typical IOCG deposits occur along the length of the Chilean Iron Belt. The closest example of an iron-rich deposit (having subordinate copper) to the Property is Cerro Negro North (approximately 20 km to the east). The deposits of the Punte del Cobre -- Candelaria (approximately 65 km south) and both Mantoverde (AngloAmerican) and Santo Domingo (Capstone Mining), both of which are approximately 30 km north, are the closest examples of IOCG deposits to the Property.

The Property shows similar vein-style IOCG mineralization to that reported from the above examples. Veins having a high hematite content (as "almagrado", an intimate mix of copper minerals and hematite) up to 5 m thick are relatively abundant throughout the Main Mineralized trend and, more specifically, the Major Veins (see News Release dated January 30, 2013). Analytical results from samples taken during two Due Diligence Property visits (in February and December, 2013) confirm high iron content (to 55.24%), together with copper grades ranging between 1.06 and 46.58% (representative grab samples from high grade veins and/or high grade mineralized material hand sorted for sale to ENAMI. Note: Grab samples are selective by nature and are unlikely to represent average grades of the deposit).

R. Walker, Q.P. for the Company, undertook an initial Due Diligence property evaluation between January 30 and February 2, 2012. Two and a half days were spent undertaking a preliminary evaluation of the Property. Property orientation emphasized a review of existing workings and historical underground mines exposed at surface on, and immediately adjacent to, the Property. The majority of the workings defining the three "Major Veins" and the "Main Mineralized Trend" are located within, and immediately adjacent to, the northeast and eastern portion of the Property (i.e. the portion of the Property defined by the Roble tenures).

A total of 22 representative samples were recovered during the visit, from copper-bearing veins from four separate areas on the Property. Select sample results are tabulated below.

*T

---------------------------------------------------------------------
------------

2013-02-14 MWR SWVI Displays Economic Iron Content

| Sample | Easting | Northing | Wgt kg | Cu % | Mo ppm | Ag ppm | Co ppm | Fe % | Au ppm | La ppm | Ce ppm |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ALGADG-01 | 339790 | 7002861 | 0.6 | 10.23 | 2.9 | 0.2 | 1231.3 | 3.01 | 0.7 | 8.9 | 19 |
| ALGADG-02 | 339785 | 7002859 | 1.08 | 1.598 | 3.5 | 0.2 | 73.8 | 3.26 | < 0.1 | 13.5 | 33 |
| ALGADG-03 | 339785 | 7002859 | 0.63 | 10.37 | 2.6 | 0.3 | 2383.2 | 2.13 | 1.2 | 6.1 | 20 |
| ALGADG-04 | 344119 | 7007298 | 1.56 | 1.65 | 2.8 | 0.4 | 196.9 | 3.58 | < 0.1 | 9.1 | 28 |
| ALGADG-05 | 344119 | 7007298 | 1.48 | 1.966 | 3.4 | 2.5 | 386.4 | 4 | < 0.1 | 25.2 | 62 |
| ALGADG-06 | 340906 | 7002192 | 2.65 | 0.06 | 8.3 | 0.1 | 47 | 1.63 | 0.1 | 2.3 | 6 |
| ALGADG-07 | 340902 | 7002197 | 2.17 | 1.359 | 3.4 | 1.6 | 42.7 | 5.28 | < 0.1 | 4.2 | 11 |
| ALGADG-08 | 344018 | 7007278 | 1.19 | 1.443 | 16.7 | 0.3 | 534.9 | 8.2 | < 0.1 | 20.1 | 43 |
| ALGADG-09 | 344018 | 7007279 | 2.71 | 1.562 | 338.3 | 0.7 | 370.2 | 15.54 | < 0.1 | 53 | 83 |
| ALGADG-10 | 344020 | 7007279 | 0.75 | 2.245 | 51.2 | 0.2 | > 4000.0 | 2.38 | 0.1 | 33.8 | 69 |
| ALGADG-11 | 344001 | 7007261 | 1.55 | 3.338 | 8.1 | 0.3 | 212.3 | 4.23 | < 0.1 | 34.3 | 61 |
| ALG | | | | | | | | | | | |

A0202

2013-02-14 MWR SWVI Displays Economic Iron Content

| Sample | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ALG ADG-12 | 344001 | 7007261 | 2.63 | 2.349 | 2.5 | 0.2 | 226.9 | 4.39 | < 0.1 | 136.4 | 187 |
| ALG ADG-13 | 344011 | 7007261 | 2.11 | 6.072 | 179.7 | 0.9 | 133.1 | 11.01 | 2.4 | 842.3 | 1012 |
| ALG ADG-14 | 344001 | 7007261 | 2.83 | 2.404 | 561.7 | 8.3 | 2682.9 | 29.48 | 0.3 | 1006.4 | 1146 |
| ALG ADG-15 | 344001 | 7007261 | 2.86 | 5.833 | 3158 | 15.1 | 348.3 | 55.24 | 0.5 | >2000.0 | >2000 |
| ALG ADG-16 | 344001 | 7007261 | 2.64 | 7.457 | 10.7 | 0.3 | 541.4 | 3.89 | 0.4 | 26.9 | 46 |
| ALG A12RW-001 | 339785 | 7002859 | 1.23 | 2.296 | 12 | 1.1 | 1828 | 4.86 | 0.4 | 9.4 | 20 |
| ALG A12RW-002 | 339880 | 7002870 | 1.32 | 1.06 | 7.1 | 0.3 | 532.4 | 8.61 | 0.2 | 6.9 | 18 |
| ALG A12RW-003 | 339880 | 7002870 | 0.86 | 1.693 | 4.1 | 0.3 | 224.9 | 4.82 | 0.5 | 4 | 9 |
| ALG A12RW-004 | 339880 | 7002870 | 1.15 | 2.76 | 15.5 | 0.9 | 262.1 | 12.36 | < 0.1 | 11.2 | 35 |
| ALG A12RW-005 | 340856 | 7002399 | 1.43 | 1.536 | 7.2 | 1.3 | 50.2 | 8.77 | 0.2 | 4 | 9 |
| ALG A12RW- | | | | | | | | | | | |

```
                  2013-02-14 MWR SWVI Displays Economic Iron Content
00
6    340856  7002399 0.97 2.488   1.2 0.8    810.2  6.63   0.5     9.3      26
---------------------------------------------------------------------------
*T
```

Note: Grab samples are selective by nature and are unlikely to represent average grades of the deposit.

The primary objective of the property evaluation was to evaluate the mineral potential of the Property based on the continuity and apparent strike extent of the three Major Veins described in the area, as well as evidence for a series of secondary, subsidiary and/or en echelon, high grade, copper mineralized veins. The primary evidence available to define individual veins are the surface workings excavated to develop them, primarily in the form of limited surface to near sub-surface excavations.

On the basis of this initial property visit, the following conclusions were made:

1. Several samples document anomalous levels of silver and gold, which, together highly anomalous cobalt ( > 4,000 ppm), Lanthanum ( > 2,000 ppm) and Cerium ( > 2,000 ppm), are consistent with the Iron Oxide-Copper-Gold (IOCG) mineral deposit model;
2. The majority of the samples confirm highly anomalous to potentially ore grade copper (by definition, as rock grading in excess of 9% Cu can be shipped to the ENAMI facility at Copiapo as "Direct Shipping Ore");
3. Samples recovered from exploratory trenches, located approximately 6.3 km from the nearest producing veins, are interpreted to indicate potential for identification of additional, well mineralized, copper-bearing veins below the extensive eolian sand cover characterizing the Angela tenures;
4. There is sufficient evidence to support the interpretation that existing production on the Property can be increased, both in terms of continued underground development on existing drifts through the purchase of heavy equipment as well as development of additional production drifts on other high grade, copper mineralized veins identified on the Property;
5. There is evidence that the currently identified "Major Veins" and/or the subsidiary veins identified on and/or adjacent to the Property potentially extend farther in both directions along strike and to greater depth than currently tested in the majority of workings to date;
6. Subsequent work on the Property will be required for both development (i.e. to increase production on multiple veins) and exploration (i.e. make a more thorough evaluation of the mineral potential of the Property);
7. Limited trenching elsewhere on the Property, on an exploratory basis, has demonstrated potential to identify additional well mineralized, high grade, copper-bearing veins well beyond those veins currently known. More specifically, the Major Veins, within the Main Mineralized Trend, are interpreted to extend through the Angela tenures (which are largely covered under a blanket of eolian sand of highly variable thickness) to the southwest; and
8. Further exploration will be required to make a more adequate evaluation of the mineral potential available on the Property.

The Property is interpreted to have considerable potential to

Page 4

2013-02-14 MWR SWVI Displays Economic Iron Content
increase production on both existing drifts, as well as developing
additional drifts for production. In addition, the Property is
believed to have considerable potential for discovery of additional
high grade copper mineralized veins through a program of systematic
exploration of the Property.

A primary mandate of the Company is to increase production from the
Property. Therefore, the Company plans to aggressively pursue further
evaluation of the ore, coincident with work to identify opportunities
to increase development of additional high grade mineralized copper
veins.

SAMPLES

Note: Grab samples are selective by nature and are unlikely to
represent average grades of the deposit.

Samples ALGADG-14 to 16 are representative samples from hand sorted
piles from the active Veta Gruesa Center Drift. Sample ALGADG-14 was
taken from the most recent muck pile prior to hand sorting for grade
separation. Sample ALGADG-15 is a representative sample of "Direct
Shipping Ore" (i.e. ore that can be shipped, with no additional
processing, directly to the government owned ENAMI facility at
Copiapo), while ALGADG-16 is a sample of low grade ore stockpiled for
later processing.

Samples ALGADG 4-5, and 8 to 13 were taken from an area of recent
exploration to expose and develop additional near surface
mineralization, located approximately 500 m west-southwest of the
Production Drift. Representative samples were recovered from shallow
surface trenches excavated to expose copper-bearing veins identified
at surface along the projection of the vein.

Samples ALGA12RW-01-2 and ALGADG1-3 were taken from shallow, near
surface trenches to test for copper-bearing mineralized veins in the
immediate vicinity of an old, sand filled shaft discovered in the
eolian sand cover. These exploratory trenches were excavated
approximately 6.3 km southwest of the Veta Gruesa Centre Drift and
approximately 1.3 km from a mapped exposure of the Jurassic Pluton
Sierra El Roble, which hosts for the "Major Veins" documented to the
north.

The remaining samples were taken from along a road cut which exposed
dioritic material correlated to the Pluton Sierra El Roble,
approximately 1.2 km east-southeast of the samples above and
approximately 6.3 km southwest of the Veta Gruesa Centre Drift.

The content of this news release has been reviewed by Rick Walker,
B.Sc., M.Sc., P. Geo., a Qualified Person for the purposes of NI
43-101, with the ability and authority to verify the authenticity and
validity of the data herein.

Safe Harbor Statement

THIS NEWS RELEASE CONTAINS "FORWARD-LOOKING STATEMENTS," AS THAT TERM
IS DEFINED IN SECTION 27A OF THE UNITED STATES SECURITIES ACT OF
1933, AS AMENDED, AND SECTION 21E OF THE UNITED STATES SECURITIES
EXCHANGE ACT OF 1934, AS AMENDED. STATEMENTS IN THIS NEWS RELEASE,
WHICH ARE NOT PURELY HISTORICAL, ARE FORWARD-LOOKING STATEMENTS AND
INCLUDE ANY STATEMENTS REGARDING BELIEFS, PLANS, EXPECTATIONS OR
INTENTIONS REGARDING THE FUTURE.

EXCEPT FOR THE HISTORICAL INFORMATION PRESENTED HEREIN, MATTERS

A0205

2013-02-14 MWR SWVI Displays Economic Iron Content
DISCUSSED IN THIS NEWS RELEASE CONTAIN FORWARD-LOOKING STATEMENTS
THAT ARE SUBJECT TO CERTAIN RISKS AND UNCERTAINTIES THAT COULD CAUSE
ACTUAL RESULTS TO DIFFER MATERIALLY FROM ANY FUTURE RESULTS,
PERFORMANCE OR ACHIEVEMENTS EXPRESSED OR IMPLIED BY SUCH STATEMENTS.
STATEMENTS THAT ARE NOT HISTORICAL FACTS, INCLUDING STATEMENTS THAT
ARE PRECEDED BY, FOLLOWED BY, OR THAT INCLUDE SUCH WORDS AS
"ESTIMATE," "ANTICIPATE," "BELIEVE," "PLAN" OR "EXPECT" OR SIMILAR
STATEMENTS ARE FORWARD-LOOKING STATEMENTS. FORWARD-LOOKING STATEMENTS
CONTAINED IN THIS NEWS RELEASE INCLUDE STATEMENTS RELATING TO THE
COMPANY'S PLANS TO ENTER INTO A MINING OPTION AGREEMENT WITHIN THE
NEXT FORTY-FIVE DAYS. RISKS AND UNCERTAINTIES FOR THE COMPANY
INCLUDE, BUT ARE NOT LIMITED TO, THE RISKS ASSOCIATED WITH MINERAL
EXPLORATION AND FUNDING AS WELL AS THE RISKS SHOWN IN THE COMPANY'S
MOST RECENT ANNUAL AND QUARTERLY REPORTS ON FORM 10-K AND FORM 10-Q,
RESPECTIVELY, AND FROM TIME-TO-TIME IN OTHER PUBLICLY AVAILABLE
INFORMATION REGARDING THE COMPANY. OTHER RISKS INCLUDE RISKS
ASSOCIATED WITH THE REGULATORY APPROVAL PROCESS, COMPETITIVE
COMPANIES, FUTURE CAPITAL REQUIREMENTS AND THE COMPANY'S ABILITY AND
LEVEL OF SUPPORT FOR ITS EXPLORATION AND DEVELOPMENT ACTIVITIES.
THERE CAN BE NO ASSURANCE THAT THE COMPANY''S EXPLORATION EFFORTS
WILL SUCCEED AND THE COMPANY WILL ULTIMATELY ACHIEVE COMMERCIAL
SUCCESS. THESE FORWARD-LOOKING STATEMENTS ARE MADE AS OF THE DATE OF
THIS NEWS RELEASE, AND THE COMPANY ASSUMES NO OBLIGATION TO UPDATE
THE FORWARD-LOOKING STATEMENTS, OR TO UPDATE THE REASONS WHY ACTUAL
RESULTS COULD DIFFER FROM THOSE PROJECTED IN THE FORWARD-LOOKING
STATEMENTS. ALTHOUGH THE COMPANY BELIEVES THAT THE BELIEFS, PLANS,
EXPECTATIONS AND INTENTIONS CONTAINED IN THIS NEWS RELEASE ARE
REASONABLE, THERE CAN BE NO ASSURANCE THOSE BELIEFS, PLANS,
EXPECTATIONS OR INTENTIONS WILL PROVE TO BE ACCURATE. INVESTORS
SHOULD CONSIDER ALL OF THE INFORMATION SET FORTH HEREIN AND SHOULD
ALSO REFER TO THE RISK FACTORS DISCLOSED IN THE COMPANY'S PERIODIC
REPORTS FILED FROM TIME-TO-TIME WITH THE UNITED STATES SECURITIES AND
EXCHANGE COMMISSION.

THIS NEWS RELEASE HAS BEEN PREPARED BY MANAGEMENT OF THE COMPANY WHO
TAKES FULL RESPONSIBILITY FOR ITS CONTENTS. NO SECURITIES REGULATORY
AUTHORITY HAS APPROVED OR DISAPPROVED OF THE CONTENTS OF THIS NEWS
RELEASE. THIS NEWS RELEASE SHALL NOT CONSTITUTE AN OFFER TO SELL OR
THE SOLICITATION OF AN OFFER TO BUY NOR SHALLTHERE BE ANY SALE OF
THESE SECURITIES IN ANY JURISDICTION IN WHICH SUCH OFFER,
SOLICITATION OR SALE WOULD BE UNLAWFUL PRIOR TO REGISTRATION OR
QUALIFICATION UNDER THE SECURITIES LAWS OF ANY SUCH JURISDICTION.


Michel Voyer
President and Director
For more information please visit our web site at:
W: www.swingplaneventuresinc.net
Or contact;
Investor relations: 1-800-253-1692

-0- Feb/15/2013 01:46 GMT

---------------------------------=================----------------------------------
                              Copyright (c) 2013

############################ END OF STORY 1 ############################



## Our New Pick is SWVI

Hi Everyone,

**SWVI** is starting to jump back in gains and could reach its previous high of $1 much faster then everyone thinks. It is clear to us that astute investors are scooping up cheap shares for a move much higher.

What could spark all the recent buying activity that we've witnessed?

Here are some of the main factors why shares in SWVI are getting scooped up:

#1- Many analysts reports stating that **SWVI'** shares to be **worth over $7.**

#2- A recent press release from the Company stating that its property could be worth $5.7 billion USD.

#3- Short-sellers that thought SWVI could go much lower and shorted shares in the low 20 cents area last week are now scrambling for shares to cover their positions.

#4- Some might have forgot but leading engineering firm AMEC could soon release a report on the potential value of the Algarrobo property.

We believe that members should see all 3 as clear catalysts as to why shares in **SWVI could soon soar 400% again.**

Let us elaborate on #4 above and why this could be significant for the Company.

AMEC is a leading engineering firm that has done work for major mining exploration companies like: GoldCorp, Barrick Gold, Rio Tinto, and Freeport McMoran. They've helped assess, report and uncover tremendous amount of gold, copper and other minerals in the past for Fortune 500 companies.

If we could compare AMEC to another agency it would be comparing them to the FDA (U.S. Food and Administration). Some biotech companies upon FDA approval soars hundred of percent. The same could soon happen with AMEC who will be assessing the property.

What do you think will happen if AMEC releases a report stating that the Algarrobo property could be worth billions of dollars Such a report could definitely **send SWVI berserk to over $3 in our opinion.**

As stated by the company:

AMEC will produce a qualitative statement regarding the mineral potential of the Algarrobo Property in the shape of a Due-Diligence report. The report will be based on the information that Swingplane makes available to AMEC and a visit to the Property.

CONFIDENTIAL TREATMENT REQUESTED BY FINRA                                           A000133

Case 1:15-cv-00894-WHP-JLC   Document 75-4   Filed 03/28/15   Page 13 of 14

AMEC's report could soon confirm SWVI's Billion Dollar Property                          Page 3 of 4

You can read the previous press release with AMEC from SwingPlane Ventures Inc.:
http://finance.yahoo.com/news/swingplane-ventures-engages-amec-independent-224641626.html

As we all know, the company also recently stated: "We believe that the **economic values of the Algarrobo are also comparable** if not greater from sampling tested demonstrating higher copper content than the Mantoverde district. **(worth $5.7 billion USD)**

In our opinion, this statement shows how confident the company is in their Algarrobo property and is in line with their intention to have a top notch firm like AMEC confirm the value of their property. This report which is expected in the coming weeks could send shares soaring.

**In the meanwhile, we expect shares to continue to rally in expectations of more positive announcements and the upcoming AMEC report. All signs seem to be pointing upwards and we are excited as ever to see what happens to SWVI in the weeks to come.**

Your AwesomePennyStocks Editor.

Never invest in any stock featured on our site or emails unless you can afford to lose your entire investment.

PLEASE NOTE WELL: Our employees are not registered as an investment advisers in any jurisdiction whatsoever.

Release of Liability: Through use of this website viewing or using you agree to hold this website's, its operators owners and employees harmless and to completely release them from any and all liability due to any and all loss (monetary or otherwise), damage (monetary or otherwise), or injury (monetary or otherwise) that you may incur.

We are engaged in the business of marketing and advertising companies for monetary compensation. All content in our releases is for informational purposes only and should not be construed as an offer or solicitation of an offer to buy or sell securities. Neither the information presented nor any statement or expression of opinion, or any other matter herein, directly or indirectly constitutes a solicitation of the purchase or sale of any securities. This website's sponsored advertisements do not purport to provide an analysis of any company's financial position, operations or prospects and this is not to be construed as a recommendation by this website's or an offer or solicitation to buy or sell any security. Neither the owner of this website's nor any of its members, officers, directors, contractors or employees is licensed broker-dealers, account representatives, market makers, investment bankers, investment advisors, analyst or underwriters. Investing in securities, including the securities of those companies profiled or discussed on this website is for individuals tolerant of high risks. Viewers should always consult with a licensed securities professional before purchasing or selling any securities of companies profiled or discussed in our releases. It is possible that a viewer's entire investment may be lost or impaired due to the speculative nature of the companies profiled. Remember, never invest in any security of a company profiled or discussed in a release or on our website unless you can afford to lose your entire investment. Also, investing in micro-cap securities is highly speculative and carries an extremely high degree of risk.

Notice of Compensation
Please be advised that this website's receives compensation to perform promotional and advertising services for companies mentioned on our website, social media platforms, & our emails by third parties. This website's and or its affiliates have NOT received any compensation to date for investor communications services but expects to receive 10,000 Euro from a third party non affiliate for two months of coverage. This website's receives compensation as a production budget for advertising efforts and will retain amounts over and above the cost of production, copy writing services, mailing and other distribution expenses as a fee for our services.

Notice of Stock Price Movements and Volatility
Viewers of this newsletter should understand that trading activity and stock prices in many if not all cases tend to increase during the advertisement campaigns of the profiled companies and in many if not all cases tend to decrease thereafter. This tends to create above average volatility and price movements in the profiled company during the advertisement campaign that viewers should take into consideration at all times. Campaigns vary in length, and many are for short periods of time, typically less than a week.

Notice of Affiliated and Non-Affiliated Newsletters
This website's regularly shares research with other affiliated newsletter. Never invest in any stock featured on our site or emails unless you can afford to lose your entire investment.

Because we receive monetary or securities compensation, most often in the form of common stock (hereafter referred to as the "Shares") for our dissemination of publicly disseminated information (the "Information") regarding various issuers of securities, we disclose our specific compensation herein and in our individual reports of profiled issuers.

AwesomePennyStocks is Degroupa Tenner Morales Media Corp., located at 43 Los Arcos, Belen, Heredia, 43-4006, Costa Rica.
You may contact us by sending an email to: info@awesomepennystocks.com.

**Awesome Penny Stocks** | Keep checking your inbox. The next pennystock pick is coming soon!

CONFIDENTIAL TREATMENT REQUESTED BY FINRA                                                A000134

A0208



## Our New Pick is SWVI

Hi Everyone,

We would like to begin this newsletter with a confession. Some of you may have noticed that when a pick drops in price, our confidence sometimes gets shaken. Since we pride ourselves on bringing you the best picks available, a drop in trading price can be quite discouraging. That being said, we want you to know that our confidence in **SWVI** has never been stronger!

When we initially alerted our members about **SWVI**, it was trading for less than 20 cents. At the time, we didn't have much to go on aside from a hunch and very little news about the activity of **SWVI**. Based on that hunch alone, most of you made up to **300% gains** with SWVI. But now our hunch is stronger than ever, and this time, we have the facts.

Over the course of the last month, SWVI has had some extremely promising results in terms of the analysis of their samples, and we have seen at least 3 analysts predict **trading prices of over 7$ for SWVI.**

Furthermore, the current trading price of 30 cents is STILL higher than the initial trading price. In other words, most of our members who were with us from the start are making profit and are ready for more!

In order to strengthen your confidence in **SWVI**, consider the following. Over the years we have brought you several picks from the mining industry that have seen **gains of over 1,000%.**

Mining companies have had a history of doing great things to our members' investments. **SWVI nearly quadrupled your investment and we believe it will do so again effortlessly.**

We are currently waiting on AMEC's report to confirm what we already believe: SWVI may have dipped down for a brief moment but the best is yet to come!

The few members who did not invest in **SWVI** the first time we announced it missed out on **300% gains.** Second chances don't come around often, but here is your chance to jump on board a proven money-maker for our members at a very low price!

Your AwesomePennyStocks Editor.

CONFIDENTIAL TREATMENT REQUESTED BY FINRA    A000137