Are you ready to see what AMEC could do to your investment in SWVI?   Page 3 of 3

Never invest in any stock featured on our site or emails unless you can afford to lose your entire investment.

PLEASE NOTE WELL: Our employees are not registered as an investment advisers in any jurisdiction whatsoever.

Release of Liability: Through use of this website viewing or using you agree to hold this website's, its operators owners and employees harmless and to completely release them from any and all liability due to any and all loss (monetary or otherwise), damage (monetary or otherwise), or injury (monetary or otherwise) that you may incur.

We are engaged in the business of marketing and advertising companies for monetary compensation. All content in our releases is for informational purposes only and should not be construed as an offer or solicitation of an offer to buy or sell securities. Neither the information presented nor any statement or expression of opinion, or any other matter herein, directly or indirectly constitutes a solicitation of the purchase or sale of any securities. This website's sponsored advertisements do not purport to provide an analysis of any company's financial position, operations or prospects and this is not to be construed as a recommendation by this website's or an offer or solicitation to buy or sell any security. Neither the owner of this website's nor any of its members, officers, directors, contractors or employees is licensed broker-dealers, account representatives, market makers, investment bankers, investment advisors, analyst or underwriters. Investing in securities, including the securities of those companies profiled or discussed on this website is for individuals tolerant of high risks. Viewers should always consult with a licensed securities professional before purchasing or selling any securities of companies profiled or discussed in our releases. It is possible that a viewer's entire investment may be lost or impaired due to the speculative nature of the companies profiled. Remember, never invest in any security of a company profiled or discussed in a release or on our website unless you can afford to lose your entire investment. Also, investing in micro-cap securities is highly speculative and carries an extremely high degree of risk.

Notice of Compensation
Please be advised that this website's receives compensation to perform promotional and advertising services for companies mentioned on our website, social media platforms, & our emails by third parties. This website's and or its affiliates have NOT received any compensation to date for investor communications services but expects to receive 10,000 Euro from a third party non affiliate for two months of coverage. This website's receives compensation as a production budget for advertising efforts and will retain amounts over and above the cost of production, copy writing services, mailing and other distribution expenses as a fee for our services.

Notice of Stock Price Movements and Volatility
Viewers of this newsletter should understand that trading activity and stock prices in many if not all cases tend to increase during the advertisement campaigns of the profiled companies and in many if not all cases tend to decrease thereafter. This tends to create above average volatility and price movements in the profiled company during the advertisement campaign that viewers should take into consideration at all times. Campaigns vary in length, and many are for short periods of time, typically less than a week.

Notice of Affiliated and Non-Affiliated Newsletters
This website's regularly shares research with other affiliated newsletter. Never invest in any stock featured on our site or emails unless you can afford to lose your entire investment.

Because we receive monetary or securities compensation, most often in the form of common stock (hereafter referred to as the "Shares") for our dissemination of publicly disseminated information (the "Information") regarding various issuers of securities, we disclose our specific compensation herein and in our individual reports of profiled issuers.

AwesomePennyStocks is Degroupa Tenner Morales Media Corp., located at 43 Los Arcos, Belen, Heredia, 43-4006, Costa Rica.
You may contact us by sending an email to: info@awesomepennystocks.com.

**Awesome Penny Stocks** | Keep checking your inbox. The next pennystock pick is coming soon!

CONFIDENTIAL TREATMENT REQUESTED BY FINRA   A000138

.........................................../newsletters/view/Are you ready to see w...   3/11/2013 John Sazegar

# SWVI IS OUR MONSTER PICK OF THE MONTH

SUBSCRIBE BELOW TO GET OUR 100% FREE REPORT ON THIS HOT & PROMISING COMPANY!

**AwesomePennyStocks**

Free penny stock alerts on stock thats RUN high

Penny stocks have been featured in:

Forbes YAHOO! FINANCE E*TRADE

Signup for the 100% free penny stock newsletter!

Enter Your Email Address Here | Subscribe Now

Get your free penny stock newsletter below!

**Here is your** chance to sign up to the most exclusive penny stock newsletter. You won't want to miss out on this great **opportunity!**

**Subscribe with your email address now** & get ready to make HUGE GAINS on stocks that RUN HIGH.

**Enter your email and Subscribe Now**

(We are 100% Anti-Spam and will never rent or sell your information)

## TAGG ALERTED

TAGG alerted at 10 cents then reached 0.40$ for gains of over 300%.

**Gained 300%** View Chart

## TFER ALERTED

TFER alerted at 25 cents then reached 0.98$ for gains of over 380%.

**Gained 380%** View Chart

## NSRS ALERTED

NSRS alerted at 20 cents then reached 1.64$ for gains of over 700%.

**Gained 700%** View Chart

### 9 out of our last 10 picks rose

In fact it is a number much closer to 95% of all our picks that have produced dramatic gains for our members so far.

### At least 1 big pick sent straight to your inbox every month

We do our best to ensure that we have a fresh flow of good stocks to cover and once a month is a good number.

### Proven & successful track record for our members for over 2 years

We have been featuring winners for our members for so long that something of a 'cult following' has developed around our newsletter.

### Frequently Asked Questions

**When will I receive my first newsletter?**

Our goal is to send you one winning stock pick every two weeks, but as everyone knows; the market can be unstable. Therefore, we may sometimes take a little more time in order to make a wise choice. We much rather take a bit more time and send you a pick with high potential, than rush things and send you anything other than the BEST picks out there!

**Will I always make money if I follow your picks?**

Although making superb gains 100% of the time is an impossible promise for anyone to make, our track record speaks for itself. 19 out of our last 20 picks posted gains after we issued an alert to our members. Many of those went on to post over 1000% and even 3000% gains. Can you imagine what that could have done to your investments?

### What people are saying about Awesome Penny Stocks



CONFIDENTIAL TREATMENT REQUESTED BY FINRA

A000131

A0212