Case 1:15-cv-00894-WHP-JLC  Document 75-6  Filed 03/28/15  Page 1 of 7

Home    Mail    News    Sports    Finance    Weather    Games    Groups    Answers    Screen    Flickr    Mobile   | More

Search Finance        Search Web        Mail

Finance Home   My Portfolio   My Quotes News   Market Data   Yahoo Originals   Business & Finance   Personal Finance   CNBC  Contributors

Enter Symbol    Look Up

Thu, Dec 4, 2014, 2:56PM EST - U.S. Markets close in 1 hr 4 mins   **Report an Issue**

Dow   0.00% Nasdaq 0.00%

LEARN MORE SWVI   TD Ameritrade ○        Fidelity        Scottrade SWVI Trade Now        E✱TRADE OPEN AN ACCOUNT

## SWINGPLANE VENTURES (SWVI.PK) - Other OTC ★ Watchlist

**0.00**  0.00(0.00%) Oct 30

## Historical Prices

Get Historical Prices for: [          ] GO

### Set Date Range

Start Date: Jan ⌄ | 1 | 2013    Eg. Jan 1, 2010
End Date: Dec ⌄ | 31 | 2013

○ Daily
○ Weekly
○ Monthly
○ Dividends Only

Get Prices

First | Previous | Next | Last

### Prices

| Date | Open | High | Low | Close | Volume | Adj Close* |
|------|------|------|-----|-------|--------|-----------|
| Dec 31, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 1,470,700 | 0.01 |
| Dec 30, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 936,600 | 0.01 |
| Dec 27, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 728,200 | 0.01 |
| Dec 26, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 645,500 | 0.01 |
| Dec 24, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 325,600 | 0.01 |
| Dec 23, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 370,900 | 0.01 |
| Dec 20, 2013 | 0.01 | 0.02 | 0.01 | 0.02 | 241,600 | 0.02 |
| Dec 19, 2013 | 0.01 | 0.02 | 0.01 | 0.01 | 571,200 | 0.01 |
| Dec 18, 2013 | 0.02 | 0.02 | 0.01 | 0.02 | 719,200 | 0.02 |
| Dec 17, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 309,600 | 0.02 |
| Dec 16, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 323,100 | 0.02 |
| Dec 13, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 54,300 | 0.02 |
| Dec 12, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 418,400 | 0.02 |
| Dec 11, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 352,000 | 0.02 |
| Dec 10, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 172,500 | 0.02 |
| Dec 9, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 165,300 | 0.02 |
| Dec 6, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 114,000 | 0.02 |
| Dec 5, 2013 | 0.01 | 0.02 | 0.01 | 0.02 | 556,200 | 0.02 |
| Dec 4, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 169,800 | 0.02 |
| Dec 3, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 393,200 | 0.02 |
| Dec 2, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 182,000 | 0.02 |
| Nov 29, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 128,600 | 0.02 |
| Nov 27, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 128,600 | 0.02 |
| Nov 26, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 60,100 | 0.02 |
| Nov 25, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 156,000 | 0.02 |
| Nov 22, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 208,300 | 0.02 |

Ryan Homes

39 DC METRO MARYLAND COMMUNITIES,

$150s-$590s

LUXURY CHOICES INCLUDED

Start your search today

A0213

Case 1:15-cv-00894-WHP-JLC   Document 75-6   Filed 03/28/15   Page 2 of 7

| Nov 21, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 156,300 | 0.02 |
|---|---|---|---|---|---|---|
| Nov 20, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 145,800 | 0.02 |
| Nov 19, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 369,900 | 0.02 |
| Nov 18, 2013 | 0.01 | 0.02 | 0.01 | 0.02 | 322,700 | 0.02 |
| Nov 15, 2013 | 0.02 | 0.02 | 0.01 | 0.01 | 138,200 | 0.01 |
| Nov 14, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 123,200 | 0.02 |
| Nov 13, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 271,500 | 0.02 |
| Nov 12, 2013 | 0.02 | 0.02 | 0.01 | 0.02 | 146,200 | 0.02 |
| Nov 11, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 319,000 | 0.02 |
| Nov 8, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 203,400 | 0.02 |
| Nov 7, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 25,300 | 0.02 |
| Nov 6, 2013 | 0.02 | 0.02 | 0.01 | 0.02 | 349,700 | 0.02 |
| Nov 5, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 275,800 | 0.02 |
| Nov 4, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 347,900 | 0.02 |
| Nov 1, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 110,000 | 0.02 |
| Oct 31, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 137,000 | 0.02 |
| Oct 30, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 81,200 | 0.02 |
| Oct 29, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 859,100 | 0.02 |
| Oct 28, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 349,600 | 0.02 |
| Oct 25, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 94,600 | 0.02 |
| Oct 24, 2013 | 0.03 | 0.03 | 0.02 | 0.02 | 548,500 | 0.02 |
| Oct 23, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 278,400 | 0.02 |
| Oct 22, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 161,700 | 0.02 |
| Oct 21, 2013 | 0.03 | 0.03 | 0.02 | 0.02 | 317,000 | 0.02 |
| Oct 18, 2013 | 0.02 | 0.03 | 0.02 | 0.03 | 464,400 | 0.03 |
| Oct 17, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 174,200 | 0.03 |
| Oct 16, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 223,600 | 0.03 |
| Oct 15, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 298,100 | 0.03 |
| Oct 14, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 325,300 | 0.03 |
| Oct 11, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 490,600 | 0.03 |
| Oct 10, 2013 | 0.03 | 0.04 | 0.02 | 0.04 | 614,900 | 0.04 |
| Oct 9, 2013 | 0.02 | 0.03 | 0.02 | 0.02 | 778,900 | 0.02 |
| Oct 8, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 625,700 | 0.03 |
| Oct 7, 2013 | 0.04 | 0.04 | 0.03 | 0.03 | 2,853,600 | 0.03 |
| Oct 4, 2013 | 0.06 | 0.08 | 0.04 | 0.04 | 9,560,800 | 0.04 |
| Oct 3, 2013 | 0.02 | 0.07 | 0.02 | 0.07 | 11,918,100 | 0.07 |
| Oct 2, 2013 | 0.01 | 0.02 | 0.01 | 0.02 | 2,618,000 | 0.02 |
| Oct 1, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 155,500 | 0.01 |
| Sep 30, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 420,700 | 0.01 |
| Sep 27, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 190,600 | 0.01 |

* Close price adjusted for dividends and splits.

First | Previous | Next | Last

Download to Spreadsheet

Currency in USD.

A0214

Case 1:15-cv-00894-WHP-JLC   Document 75-6   Filed 03/28/15   Page 3 of 7

Home    Mail    News    Sports    Finance    Weather    Games    Groups    Answers    Screen    Flickr    Mobile    | More

Search Finance    Sign In Web    Mail

Finance Home    My Portfolio    My Quotes News    Market Data    Yahoo Originals    Business & Finance    Personal Finance    CNBC    Contributors

Enter Symbol    Look Up

Thu, Dec 4, 2014, 2:56PM EST - U.S. Markets close in 1 hr 4 mins    Report an Issue

Dow  0.10%  Nasdaq  0.02%

Scottrade
$7 Online Trades
Trade Now

E*TRADE
SWVI
OPEN AN ACCOUNT

Fidelity® Cash
Management
Account

SWVI

## SWINGPLANE VENTURES (SWVI.PK) - Other OTC  ★ Watchlist

**0.00**  0.00(0.00%)  Oct 30

## Historical Prices

Get Historical Prices for: [          ] GO

### Set Date Range

Start Date: Jan ▾ 1  2013    Eg. Jan 1, 2010    ◉ Daily
End Date: Dec ▾ 31  2013                         ○ Weekly
                                                 ○ Monthly
                                                 ○ Dividends Only

Get Prices

Trade stocks
for only
$495
PER TRADE

How much
can you save?
Open an Account ▸

TradeKing
MEMBER FINRA + SIPC

First | Previous | Next | Last

### Prices

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| Sep 26, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 159,800 | 0.01 |
| Sep 25, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 286,900 | 0.01 |
| Sep 24, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 287,400 | 0.01 |
| Sep 23, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 275,000 | 0.01 |
| Sep 20, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 429,300 | 0.01 |
| Sep 19, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 217,200 | 0.01 |
| Sep 18, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 964,200 | 0.01 |
| Sep 17, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 382,300 | 0.01 |
| Sep 16, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 192,200 | 0.01 |
| Sep 13, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 222,900 | 0.01 |
| Sep 12, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 542,500 | 0.01 |
| Sep 11, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 411,700 | 0.01 |
| Sep 10, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 823,200 | 0.01 |
| Sep 9, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 311,700 | 0.01 |
| Sep 6, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 333,400 | 0.01 |
| Sep 5, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 566,400 | 0.01 |
| Sep 4, 2013 | 0.01 | 0.02 | 0.01 | 0.01 | 248,700 | 0.01 |
| Sep 3, 2013 | 0.01 | 0.02 | 0.01 | 0.01 | 230,900 | 0.01 |
| Aug 30, 2013 | 0.01 | 0.02 | 0.01 | 0.01 | 652,100 | 0.01 |
| Aug 29, 2013 | 0.01 | 0.02 | 0.01 | 0.02 | 207,000 | 0.02 |
| Aug 28, 2013 | 0.01 | 0.02 | 0.01 | 0.01 | 579,700 | 0.01 |
| Aug 27, 2013 | 0.02 | 0.02 | 0.01 | 0.01 | 687,900 | 0.01 |
| Aug 26, 2013 | 0.02 | 0.02 | 0.01 | 0.02 | 253,200 | 0.02 |
| Aug 23, 2013 | 0.02 | 0.02 | 0.01 | 0.02 | 62,600 | 0.02 |
| Aug 22, 2013 | 0.02 | 0.02 | 0.01 | 0.02 | 269,300 | 0.02 |
| Aug 21, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 253,700 | 0.02 |

A0215

Case 1:15-cv-00894-WHP-JLC   Document 75-6   Filed 03/28/15   Page 4 of 7

| Date | | | | | |
|---|---|---|---|---|---|
| Aug 20, 2013 | 0.01 | 0.02 | 0.01 | 0.02 | 462,000 | 0.02 |
| Aug 19, 2013 | 0.02 | 0.02 | 0.01 | 0.02 | 365,900 | 0.02 |
| Aug 16, 2013 | 0.01 | 0.02 | 0.01 | 0.02 | 372,500 | 0.02 |
| Aug 15, 2013 | 0.02 | 0.02 | 0.01 | 0.02 | 309,600 | 0.02 |
| Aug 14, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 417,700 | 0.02 |
| Aug 13, 2013 | 0.02 | 0.02 | 0.01 | 0.02 | 1,069,700 | 0.02 |
| Aug 12, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 497,900 | 0.02 |
| Aug 9, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 203,400 | 0.02 |
| Aug 8, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 225,200 | 0.02 |
| Aug 7, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 51,300 | 0.02 |
| Aug 6, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 270,300 | 0.02 |
| Aug 5, 2013 | 0.02 | 0.02 | 0.01 | 0.02 | 1,093,200 | 0.02 |
| Aug 2, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 171,000 | 0.02 |
| Aug 1, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 237,000 | 0.02 |
| Jul 31, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 357,000 | 0.02 |
| Jul 30, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 675,400 | 0.02 |
| Jul 29, 2013 | 0.02 | 0.02 | 0.01 | 0.02 | 266,600 | 0.02 |
| Jul 26, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 213,200 | 0.02 |
| Jul 25, 2013 | 0.02 | 0.02 | 0.01 | 0.02 | 657,800 | 0.02 |
| Jul 24, 2013 | 0.02 | 0.02 | 0.01 | 0.02 | 311,000 | 0.02 |
| Jul 23, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 533,500 | 0.02 |
| Jul 22, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 667,700 | 0.02 |
| Jul 19, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 55,800 | 0.02 |
| Jul 18, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 425,000 | 0.02 |
| Jul 17, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 334,500 | 0.02 |
| Jul 16, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 583,100 | 0.02 |
| Jul 15, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 253,700 | 0.02 |
| Jul 12, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 409,400 | 0.02 |
| Jul 11, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 292,700 | 0.02 |
| Jul 10, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 209,600 | 0.02 |
| Jul 9, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 375,500 | 0.02 |
| Jul 8, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 398,800 | 0.02 |
| Jul 5, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 563,200 | 0.02 |
| Jul 3, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 537,100 | 0.02 |
| Jul 2, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 266,400 | 0.02 |
| Jul 1, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 1,382,700 | 0.02 |
| Jun 28, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 964,700 | 0.02 |
| Jun 27, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 328,400 | 0.02 |
| Jun 26, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 515,400 | 0.02 |
| Jun 25, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 3,109,600 | 0.02 |

\* Close price adjusted for dividends and splits.

First | Previous | Next | Last

Download to Spreadsheet

Currency in USD.

A0216

SWVI.PK Historical Prices | SWINGPLANE VENTURES Stock - Yahoo! Finance

Page 1 of 3

Case 1:15-cv-00894-WHP-JLC   Document 75-6   Filed 03/28/15   Page 5 of 7

Home    Mail    News    Sports    Finance    Weather    Games    Groups    Answers    Screen    Flickr    Mobile    | More

Search Finance    Search Web    Mail

Finance Home    My Portfolio    My Quotes News    Market Data    Yahoo Originals    Business & Finance    Personal Finance    CNBC    Contributors

Enter Symbol    Look Up

Thu, Dec 4, 2014, 2:57PM EST - U.S. Markets close in 1 hr 3 mins    Report an Issue

Dow  0.00%  ...  5-DAY TREND

SWVI    Scottrade Go

E*TRADE    SWVI    OPEN AN ACCOUNT

LEARN MORE    SWVI    TD Ameritrade

Fidelity    TRADE    $7.95 Get details    ONLINE U.S. EQUITY TRADES

## SWINGPLANE VENTURES (SWVI.PK) - Other OTC  ★ Watchlist

# 0.00  0.00(0.00%) Oct 30

## Historical Prices

Get Historical Prices for:          GO

### Set Date Range

Start Date: Jan ▼    Eg. Jan 1, 2010    ● Daily
End Date: Dec ▼                       ○ Weekly
                                      ○ Monthly
                                      ○ Dividends Only

Get Prices

First | Previous | Next | Last

Trade stocks for only $4.95 PER TRADE

How much can you save?

Open an Account ▶

TradeKing
MEMBER FINRA + SIPC

### Prices

| Date | Open | High | Low | Close | Volume | Adj Close* |
|------|------|------|-----|-------|--------|-----------|
| Jun 24, 2013 | 0.03 | 0.03 | 0.02 | 0.02 | 1,477,800 | 0.02 |
| Jun 21, 2013 | 0.03 | 0.03 | 0.02 | 0.03 | 1,089,900 | 0.03 |
| Jun 20, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 340,000 | 0.03 |
| Jun 19, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 163,000 | 0.03 |
| Jun 18, 2013 | 0.03 | 0.04 | 0.03 | 0.03 | 1,163,100 | 0.03 |
| Jun 17, 2013 | 0.04 | 0.04 | 0.03 | 0.03 | 568,000 | 0.03 |
| Jun 14, 2013 | 0.04 | 0.04 | 0.03 | 0.04 | 186,900 | 0.04 |
| Jun 13, 2013 | 0.04 | 0.04 | 0.03 | 0.04 | 148,100 | 0.04 |
| Jun 12, 2013 | 0.04 | 0.04 | 0.04 | 0.04 | 264,800 | 0.04 |
| Jun 11, 2013 | 0.04 | 0.04 | 0.04 | 0.04 | 344,200 | 0.04 |
| Jun 10, 2013 | 0.04 | 0.04 | 0.04 | 0.04 | 429,500 | 0.04 |
| Jun 7, 2013 | 0.04 | 0.04 | 0.04 | 0.04 | 269,300 | 0.04 |
| Jun 6, 2013 | 0.04 | 0.04 | 0.04 | 0.04 | 323,800 | 0.04 |
| Jun 5, 2013 | 0.04 | 0.04 | 0.04 | 0.04 | 217,200 | 0.04 |
| Jun 4, 2013 | 0.04 | 0.04 | 0.04 | 0.04 | 439,100 | 0.04 |
| Jun 3, 2013 | 0.04 | 0.04 | 0.04 | 0.04 | 468,400 | 0.04 |
| May 31, 2013 | 0.04 | 0.04 | 0.04 | 0.04 | 1,122,400 | 0.04 |
| May 30, 2013 | 0.03 | 0.05 | 0.03 | 0.04 | 2,810,200 | 0.04 |
| May 29, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 521,000 | 0.03 |
| May 28, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 1,054,800 | 0.03 |
| May 24, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 744,800 | 0.03 |
| May 23, 2013 | 0.03 | 0.04 | 0.03 | 0.03 | 407,400 | 0.03 |
| May 22, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 1,246,700 | 0.03 |
| May 21, 2013 | 0.03 | 0.04 | 0.03 | 0.03 | 1,023,800 | 0.03 |
| May 20, 2013 | 0.03 | 0.04 | 0.03 | 0.04 | 1,726,800 | 0.04 |
| May 17, 2013 | 0.04 | 0.04 | 0.03 | 0.03 | 1,074,900 | 0.03 |

A0217

Case 1:15-cv-00894-WHP-JLC   Document 75-6   Filed 03/28/15   Page 6 of 7

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| May 16, 2013 | 0.04 | 0.04 | 0.03 | 0.04 | 2,295,800 | 0.04 |
| May 15, 2013 | 0.05 | 0.05 | 0.04 | 0.04 | 2,292,700 | 0.04 |
| May 14, 2013 | 0.05 | 0.05 | 0.05 | 0.05 | 1,711,400 | 0.05 |
| May 13, 2013 | 0.06 | 0.06 | 0.05 | 0.05 | 689,100 | 0.05 |
| May 10, 2013 | 0.07 | 0.07 | 0.05 | 0.06 | 736,800 | 0.06 |
| May 9, 2013 | 0.05 | 0.06 | 0.05 | 0.06 | 641,800 | 0.06 |
| May 8, 2013 | 0.06 | 0.06 | 0.05 | 0.06 | 443,700 | 0.06 |
| May 7, 2013 | 0.05 | 0.06 | 0.05 | 0.06 | 599,400 | 0.06 |
| May 6, 2013 | 0.05 | 0.06 | 0.05 | 0.05 | 616,500 | 0.05 |
| May 3, 2013 | 0.05 | 0.05 | 0.05 | 0.05 | 689,500 | 0.05 |
| May 2, 2013 | 0.06 | 0.06 | 0.05 | 0.05 | 2,235,900 | 0.05 |
| May 1, 2013 | 0.06 | 0.06 | 0.05 | 0.06 | 373,500 | 0.06 |
| Apr 30, 2013 | 0.06 | 0.06 | 0.06 | 0.06 | 1,122,400 | 0.06 |
| Apr 29, 2013 | 0.06 | 0.06 | 0.06 | 0.06 | 1,299,800 | 0.06 |
| Apr 26, 2013 | 0.06 | 0.07 | 0.06 | 0.06 | 561,300 | 0.06 |
| Apr 25, 2013 | 0.07 | 0.07 | 0.06 | 0.06 | 635,200 | 0.06 |
| Apr 24, 2013 | 0.07 | 0.07 | 0.06 | 0.07 | 471,000 | 0.07 |
| Apr 23, 2013 | 0.07 | 0.07 | 0.06 | 0.07 | 1,164,100 | 0.07 |
| Apr 22, 2013 | 0.08 | 0.08 | 0.07 | 0.07 | 850,900 | 0.07 |
| Apr 19, 2013 | 0.08 | 0.08 | 0.08 | 0.08 | 552,500 | 0.08 |
| Apr 18, 2013 | 0.08 | 0.08 | 0.07 | 0.08 | 1,809,100 | 0.08 |
| Apr 17, 2013 | 0.07 | 0.08 | 0.07 | 0.08 | 2,571,800 | 0.08 |
| Apr 16, 2013 | 0.07 | 0.07 | 0.06 | 0.07 | 1,435,200 | 0.07 |
| Apr 15, 2013 | 0.06 | 0.07 | 0.06 | 0.07 | 1,098,400 | 0.07 |
| Apr 12, 2013 | 0.06 | 0.06 | 0.06 | 0.06 | 833,900 | 0.06 |
| Apr 11, 2013 | 0.06 | 0.07 | 0.06 | 0.06 | 1,774,400 | 0.06 |
| Apr 10, 2013 | 0.07 | 0.07 | 0.06 | 0.06 | 1,258,600 | 0.06 |
| Apr 9, 2013 | 0.07 | 0.07 | 0.06 | 0.07 | 1,631,300 | 0.07 |
| Apr 8, 2013 | 0.08 | 0.08 | 0.07 | 0.07 | 1,691,800 | 0.07 |
| Apr 5, 2013 | 0.06 | 0.09 | 0.05 | 0.08 | 7,687,700 | 0.08 |
| Apr 4, 2013 | 0.06 | 0.07 | 0.05 | 0.06 | 5,544,800 | 0.06 |
| Apr 3, 2013 | 0.08 | 0.09 | 0.06 | 0.06 | 4,563,400 | 0.06 |
| Apr 2, 2013 | 0.10 | 0.10 | 0.08 | 0.08 | 6,905,300 | 0.08 |
| Apr 1, 2013 | 0.10 | 0.11 | 0.10 | 0.10 | 3,330,200 | 0.10 |
| Mar 28, 2013 | 0.10 | 0.11 | 0.10 | 0.11 | 1,711,400 | 0.11 |
| Mar 27, 2013 | 0.11 | 0.11 | 0.10 | 0.10 | 1,362,700 | 0.10 |
| Mar 26, 2013 | 0.11 | 0.11 | 0.10 | 0.11 | 2,874,000 | 0.11 |
| Mar 25, 2013 | 0.12 | 0.12 | 0.11 | 0.11 | 1,886,600 | 0.11 |
| Mar 22, 2013 | 0.12 | 0.12 | 0.12 | 0.12 | 1,391,500 | 0.12 |
| Mar 21, 2013 | 0.12 | 0.13 | 0.12 | 0.12 | 2,536,400 | 0.12 |

\* Close price adjusted for dividends and splits.

First | Previous | Next | Last

Download to Spreadsheet

Currency in USD.

A0218

Case 1:15-cv-00894-WHP-JLC   Document 75-6   Filed 03/28/15   Page 7 of 7

Home   Mail   News   Sports   Finance   Weather   Games   Groups   Answers   Screen   Flickr   Mobile   | More

Search Finance          Search Web          Mail

Finance Home   My Portfolio   My Quotes News   Market Data   Yahoo Originals   Business & Finance   Personal Finance   CNBC   Contributors

Enter Symbol    Look Up

Thu, Dec 4, 2014, 2:57PM EST - U.S. Markets close in 1 hr 3 mins   Report an Issue

SWVI  LEARN MORE
TD Ameritrade ○

Fidelity® Cash Management Account

SWVI  5-DAY TREND
Scottrade  Go

E*TRADE
OPEN AN ACCOUNT
SWVI

## SWINGPLANE VENTURES (SWVI.PK) - Other OTC  ★ Watchlist

**0.00**  0.00(0.00%)  Oct 30

## Historical Prices

Get Historical Prices for:           GO

### Set Date Range

Start Date: Jan ▾          Eg. Jan 1, 2010          ● Daily
End Date: Dec ▾                                     ○ Weekly
                                                    ○ Monthly
                                                    ○ Dividends Only

Get Prices

First | Previous | Next | Last

**Fees-ibility**
*n.*
Increased likelihood of reaching an investment goal, which can occur when fees are low.

Start keeping more and paying less with a Vanguard mutual fund.

GO

© 2013 The Vanguard Group, Inc. All rights reserved. Vanguard Marketing Corporation, Distributor. Obtain prospectus.

Vanguard

### Prices

| Date | Open | High | Low | Close | Volume | Adj Close* |
|------|------|------|-----|-------|--------|-----------|
| Mar 20, 2013 | 0.10 | 0.12 | 0.10 | 0.12 | 3,375,300 | 0.12 |
| Mar 19, 2013 | 0.11 | 0.12 | 0.10 | 0.11 | 6,442,100 | 0.11 |
| Mar 18, 2013 | 0.12 | 0.12 | 0.11 | 0.12 | 7,227,400 | 0.12 |
| Mar 15, 2013 | 0.14 | 0.14 | 0.12 | 0.13 | 5,664,300 | 0.13 |
| Mar 14, 2013 | 0.14 | 0.14 | 0.12 | 0.14 | 6,089,100 | 0.14 |
| Mar 13, 2013 | 0.15 | 0.15 | 0.13 | 0.14 | 10,168,700 | 0.14 |
| Mar 12, 2013 | 0.11 | 0.16 | 0.11 | 0.15 | 28,310,800 | 0.15 |
| Mar 11, 2013 | 0.13 | 0.13 | 0.10 | 0.11 | 18,866,000 | 0.11 |
| Mar 8, 2013 | 0.20 | 0.20 | 0.10 | 0.12 | 89,442,700 | 0.12 |
| Mar 7, 2013 | 0.23 | 0.23 | 0.17 | 0.19 | 44,739,200 | 0.19 |
| Mar 6, 2013 | 0.31 | 0.31 | 0.22 | 0.22 | 38,322,600 | 0.22 |
| Mar 5, 2013 | 0.31 | 0.32 | 0.27 | 0.31 | 21,604,400 | 0.31 |
| Mar 4, 2013 | 0.28 | 0.31 | 0.25 | 0.29 | 30,706,900 | 0.29 |
| Mar 1, 2013 | 0.28 | 0.33 | 0.20 | 0.22 | 33,641,400 | 0.22 |
| Feb 28, 2013 | 0.50 | 0.50 | 0.21 | 0.27 | 58,980,400 | 0.27 |
| Feb 27, 2013 | 0.68 | 0.80 | 0.41 | 0.50 | 43,679,300 | 0.50 |
| Feb 26, 2013 | 0.73 | 0.73 | 0.64 | 0.69 | 15,652,300 | 0.69 |
| Feb 25, 2013 | 0.75 | 0.79 | 0.68 | 0.78 | 28,307,500 | 0.78 |
| Feb 22, 2013 | 0.51 | 0.72 | 0.48 | 0.67 | 35,393,300 | 0.67 |
| Feb 21, 2013 | 0.84 | 0.85 | 0.40 | 0.43 | 61,120,100 | 0.43 |
| Feb 20, 2013 | 0.85 | 1.00 | 0.85 | 0.90 | 27,802,300 | 0.90 |
| Feb 19, 2013 | 0.70 | 0.84 | 0.70 | 0.82 | 26,925,900 | 0.82 |
| Feb 15, 2013 | 0.62 | 0.69 | 0.61 | 0.69 | 8,405,300 | 0.69 |
| Feb 14, 2013 | 0.63 | 0.65 | 0.60 | 0.61 | 10,230,500 | 0.61 |
| Feb 13, 2013 | 0.62 | 0.67 | 0.55 | 0.62 | 25,361,500 | 0.62 |
| Feb 12, 2013 | 0.48 | 0.60 | 0.47 | 0.60 | 17,244,900 | 0.60 |

A0219