SWVI.PK Historical Prices | SWINGPLANE VENTURES Stock - Yahoo! Finance    Page 2 of 2

Case 1:15-cv-00894-WHP-JLC   Document 75-7   Filed 03/28/15   Page 1 of 3

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| Feb 11, 2013 | 0.44 | 0.48 | 0.41 | 0.47 | 9,152,700 | 0.47 |
| Feb 8, 2013 | 0.46 | 0.47 | 0.42 | 0.43 | 19,802,600 | 0.43 |
| Feb 7, 2013 | 0.40 | 0.45 | 0.39 | 0.45 | 9,243,800 | 0.45 |
| Feb 6, 2013 | 0.37 | 0.40 | 0.35 | 0.40 | 8,189,400 | 0.40 |
| Feb 5, 2013 | 0.40 | 0.41 | 0.35 | 0.35 | 13,695,700 | 0.35 |
| Feb 4, 2013 | 0.40 | 0.42 | 0.39 | 0.40 | 8,067,900 | 0.40 |
| Feb 1, 2013 | 0.38 | 0.41 | 0.35 | 0.39 | 11,470,700 | 0.39 |
| Jan 31, 2013 | 0.36 | 0.38 | 0.29 | 0.38 | 20,318,400 | 0.38 |
| Jan 30, 2013 | 0.36 | 0.38 | 0.35 | 0.36 | 9,406,100 | 0.36 |
| Jan 29, 2013 | 0.34 | 0.35 | 0.33 | 0.35 | 11,980,000 | 0.35 |
| Jan 28, 2013 | 0.29 | 0.33 | 0.27 | 0.32 | 10,552,800 | 0.32 |
| Jan 25, 2013 | 0.26 | 0.27 | 0.25 | 0.27 | 3,959,400 | 0.27 |
| Jan 24, 2013 | 0.30 | 0.30 | 0.25 | 0.26 | 16,220,100 | 0.26 |
| Jan 23, 2013 | 0.19 | 0.29 | 0.18 | 0.29 | 88,414,100 | 0.29 |
| Jan 22, 2013 | 0.30 | 0.31 | 0.10 | 0.17 | 15,649,800 | 0.17 |
| Jan 18, 2013 | 0.24 | 0.30 | 0.18 | 0.30 | 130,500 | 0.30 |
| Jan 17, 2013 | 0.23 | 0.23 | 0.23 | 0.23 | 0 | 0.23 |
| Jan 16, 2013 | 0.23 | 0.23 | 0.23 | 0.23 | 3,500 | 0.23 |
| Jan 15, 2013 | 0.23 | 0.23 | 0.23 | 0.23 | 0 | 0.23 |
| Jan 14, 2013 | 0.23 | 0.23 | 0.23 | 0.23 | 0 | 0.23 |
| Jan 11, 2013 | 0.23 | 0.23 | 0.23 | 0.23 | 0 | 0.23 |
| Jan 10, 2013 | 0.23 | 0.23 | 0.23 | 0.23 | 0 | 0.23 |
| Jan 9, 2013 | 0.23 | 0.23 | 0.23 | 0.23 | 0 | 0.23 |
| Jan 8, 2013 | 0.23 | 0.23 | 0.23 | 0.23 | 0 | 0.23 |
| Jan 7, 2013 | 0.23 | 0.23 | 0.23 | 0.23 | 0 | 0.23 |
| Jan 4, 2013 | 0.23 | 0.23 | 0.23 | 0.23 | 0 | 0.23 |
| Jan 3, 2013 | 0.23 | 0.23 | 0.23 | 0.23 | 0 | 0.23 |
| Jan 2, 2013 | 0.23 | 0.23 | 0.23 | 0.23 | 0 | 0.23 |

* Close price adjusted for dividends and splits.

First | Previous | Next | Last

Download to Spreadsheet

Currency in USD.

### Ad Topics That Might Interest You...

1. Stocks Paying High Dividend
2. Best Stocks To Invest
3. High-Yield Dividend ETFs
4. #1 Penny Stock to Buy
5. High Yield Dividends
6. Top 5 Bond Funds
7. Jumbo CD Rates
8. Fixed Income Investments

Feedback                                                                 ads

Privacy - About Our Ads - Terms - Send Feedback - Yahoo! - ABC News Network

Quotes are real-time for NASDAQ, NYSE, and NYSE MKT. See also delay times for other exchanges. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.

Fundamental company data provided by Capital IQ. Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). International historical chart data, daily updates, fund summary, fund performance, dividend data and Morningstar Index data provided by Morningstar, Inc.

# UNITED STATES OF AMERICA
SECURITIES AND EXCHANGE COMMISSION



## ATTESTATION

I HEREBY ATTEST

that:

*The Commission records reflect that a Form S-1, registration statement, was received in this Commission on August 18, 2010, under the name of Swingplane Ventures, Inc., File No. 333-168912, pursuant to the provisions of the Securities Act of 1933.*

on file in this Commission

01/12/2015
Date

*Joseph Horneman*
Joseph Horneman, Management and Program Analyst



It is hereby certified that the Secretary of the U.S. Securities and Exchange Commission, Washington, DC, which Commission was created by the Securities Exchange Act of 1934 (15 U.S.C. 78a et seq.) is official custodian of the records and files of said Commission and was such official custodian at the time of executing the above attestation, and that he/she, and persons holding the positions of Deputy Secretary, Assistant Director, Records Officer, Branch Chief of Records Management, and the Program Analyst for the Records Officer, or anyone of them, are authorized to execute the above attestation.

For the Commission

Brent J. Fields
Secretary

SEC 334 (9-12)



# UNITED STATES OF AMERICA
SECURITIES AND EXCHANGE COMMISSION

## ATTESTATION

I HEREBY ATTEST

that:

*The Commission records reflect a notice of effectiveness of Form S-1 dated June 24, 2011, for Swingplane Ventures, Inc., File No. 333-168912, pursuant to the provisions of the Securities Act of 1933.*

on file in this Commission

01/12/2015
Date

*Joseph Horneman*
Joseph Horneman, Management and Program Analyst



It is hereby certified that the Secretary of the U.S. Securities and Exchange Commission, Washington, DC, which Commission was created by the Securities Exchange Act of 1934 (15 U.S.C. 78a et seq.) is official custodian of the records and files of said Commission and was such official custodian at the time of executing the above attestation, and that he/she, and persons holding the positions of Deputy Secretary, Assistant Director, Records Officer, Branch Chief of Records Management, and the Program Analyst for the Records Officer, or anyone of them, are authorized to execute the above attestation.

For the Commission

Secretary

SEC 334 (9-12)

A0222