The following abbreviations, when used in the inscription of the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — _____ Custodian _____
(Cust)                               (Minor)
under Uniform Gifts to Minors Act

_____
(State)

Additional abbreviations may also be used though not in the above list.

*For Value Received,* _____ *hereby sells, assigns and transfers unto*

PLEASE INSERT SOCIAL SECURITY
OR OTHER IDENTIFYING NUMBER

(PLEASE PRINT OR TYPE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

*Shares*

*of the Capital Stock represented by this Certificate and hereby irrevocably constitutes and appoints*

*Attorney*

*to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.*

*Dated* _____

NOTICE   THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THIS CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATSOEVER.

SIGNATURE(S) GUARANTEED

NOTICE   THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION, (BANKS, STOCKBROKERS, SAVINGS AND LOAN ASSOCIATION AND CREDIT UNIONS) WITH MEMBERSHIP IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM PURSUANT TO S.E.C. RULE 17AD-15.

**GOFF Scans 281**

A0277

## IRREVOCABLE STOCK POWER

**FOR VALUE RECEIVED,** the undersigned does hereby sell, assign and transfer unto:

_____                    Social Security/Tax ID Number
Name

_____
Address

_____350,000_____        **shares of the Common Stock of:**
Number of shares

_____Goff, Corp._____
Issuer name

**Represented by:**

_____105_____
Certificate Number(s)

and does hereby irrevocably constitute and appoint Empire Stock Transfer Inc. to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.

_____                                    1/4/13
Signed                                                                              Dated

**NOTICE:** The signature(s) to this assignment must correspond with the name(s) as written upon the face of this certificate in every particular, without alteration or enlargement or any change whatsoever.

BANK OF AMERICA, N.A.

( CA71  )
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM™

AUTHORIZED SIGNATURE
X 9 0 0 4 9 5 7

Signature Guaranteed (Guarantor: Affix stamp here)

**GOFF** Scans 282

A0278



**NUMBER**
**122**

**COMMON STOCK**

**GOFF, CORP**

Par Value $.001
INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

**SHARES**
***250,000***

**COMMON STOCK**
CUSIP 36190U107

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

***Rhona O'Leary***

is the Owner of    *** Two Hundred Fifty Thousand ***

CANCELLED    CANCELLED    CANCELLED

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
**GOFF, CORP**

transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.

Dated:   **December 21, 2011**

COUNTERSIGNED AND REGISTERED:
**EMPIRE STOCK TRANSFER INC.**
Transfer Agent and Registrar
By
AUTHORIZED SIGNATURE

CORPORATE
SEAL

DIRECTOR

PRESIDENT

**B** **10455**

GOFF Scans 283

A0279



NUMBER
120

SHARES
***250,000***

COMMON STOCK

**GOFF, CORP**

COMMON STOCK
CUSIP 36190U107

Par Value $.001
INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

***Frances O'Leary***

is the Owner of   *** Two Hundred Fifty Thousand ***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
**GOFF, CORP**

transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.

Dated:   **December 21, 2011**

COUNTERSIGNED AND REGISTERED:
EMPIRE STOCK TRANSFER INC.
                              Transfer Agent and Registrar
By
AUTHORIZED SIGNATURE

CORPORATE
SEAL

DIRECTOR

PRESIDENT

B   10457

GOFF Scans 284

A0280

The following abbreviations, when used in the inscription of the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — _____ Custodian _____
                                         (Cust)                    (Minor)
under Uniform Gifts to Minors Act

_____
                    (State)

Additional abbreviations may also be used though not in the above list.

*For Value Received*, _____ *hereby sells, assigns and transfers unto*

PLEASE INSERT SOCIAL SECURITY
OR OTHER IDENTIFYING NUMBER

(PLEASE PRINT OR TYPE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

_____ *Shares of the Capital Stock represented by this Certificate and hereby irrevocably constitutes and appoints*

_____ *Attorney to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.*

*Dated* _____

NOTICE   THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THIS CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATSOEVER.

SIGNATURE(S) GUARANTEED

NOTICE   THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION, (BANKS, STOCKBROKERS, SAVINGS AND LOAN ASSOCIATION AND CREDIT UNIONS) WITH MEMBERSHIP IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM PURSUANT TO S.E.C. RULE 17AD-15.

**GOFF Scans 285**

A0281

## IRREVOCABLE STOCK POWER

For value received, the undersigned hereby sell, assign and transfer unto:

_____

_____ shares ( _____ ) of the _____

Capital stock of _____

standing in _____ name on the books of said _____

represented by Certificate No. _____

herewith and do hereby irrevocably constitute and appoint _____

_____ attorney to transfer the said stock on the books of the within

named Company with full power of substitution in the premises.


Dated _Dec. 7, 2012_____          Signed by: _____

          _____


SIGNATURE GUARANTEED
MEDALLION GUARANTEED
BANK OF AMERICA, N.A.

( CA714 )          AUTHORIZED SIGNATURE
SECURITIES          X 9 0 0 4 9 5 7
TRANSFER AGENTS MEDALLION PROGRAM™

## IRREVOCABLE STOCK POWER

**FOR VALUE RECEIVED,** the undersigned does hereby sell, assign and transfer unto:

| Name | | Social Security/Tax ID Number |
| --- | --- | --- |

Address

_350,000_ _____ shares of the Common Stock of:

Number of shares

_GOFF, Corp_ _____

Issuer name

**Represented by:**

_110_ _____

Certificate Number(s)

and does hereby irrevocably constitute and appoint Empire Stock Transfer Inc. to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.

_[signature]_                                                  _1/4/13_

Signed                                                              Dated

**NOTICE:** The signature(s) to this assignment must correspond with the name(s) as written upon the face of this certificate in every particular without alteration or enlargement or any change whatsoever.

SIGNATURE GUARANTEED
MEDALLION GUARANTEE
BANK OF

Signature Guaranteed (Guarantor: Affix stamp here)

**Brian Barthlow**

| | |
|---|---|
| **From:** | Brian Barthlow |
| **Sent:** | Friday, December 23, 2011 6:55 AM |
| **To:** | 'Keren de Zwart' |
| **Cc:** | Rico Portaro; Christine House; goffcorpireland@gmail.com; Larry Horwitz; Larry Cron |
| **Subject:** | RE: Goff Corp. Opinion Letter |
| **Attachments:** | image001.jpg; image002.png; image003.png; image004.jpg |

Good Morning Keren;

Thank you, we will get this completed today. Please let me know where the issued certificates should be sent to.

Best Regards
BRIAN BARTHOW
Empire Stock Transfer Inc.
1859 Whitney Mesa Dr.
Henderson, Nevada 89014
(702) 818-5898



CONFIDENTIALITY NOTICE: This e-mail and any attached documents contain information which is PRIVILEGED, PROPRIETARY and CONFIDENTIAL, are protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, Federal and State copyright laws, and are intended only for the use of the recipient(s) named herein. No part of this document or any attachments may be reproduced or transmitted without permission from Empire Stock Transfer Inc. If you are not the intended recipient, you are hereby notified that any disclosure, distribution, or the taking of any action in reliance upon the contents of this communication is strictly prohibited. If you have received this transmission in error, please notify us immediately.

---

**From:** Keren de Zwart [mailto:kdezwart@hcalaw.biz]
**Sent:** Thursday, December 22, 2011 4:43 PM
**To:** Brian Barthlow
**Cc:** Rico Portaro; Christine House; goffcorpireland@gmail.com; Larry Horwitz; Larry Cron
**Subject:** Goff Corp. Opinion Letter

Mr. Barthow,

Please find attached a copy of our opinion letter regarding the effectiveness of the S-1 Registration Statement for Goff Corp. The original has been sent to your attention via USPS. Please do not hesitate to contact me if you have any questions.

Best Regards,

KEREN F. DE ZWART, ESQ.
**HORWITZ, CRON & ARMSTRONG, LLP** I 26475 Rancho Parkway South, Lake Forest, CA  92630
PHONE: 949.540.6540 I FAX: 949.540-6578 I E-MAIL: kdezwart@hcalaw.biz

Circular 230 Notice: In accordance with Treasury Regulations we notify you that any tax advice given herein (or in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or in any attachments).

1

GOFF Scans 566

A0284

**Brian Barthlow**

| | |
|---|---|
| **From:** | Keren de Zwart <kdezwart@hcalaw.biz> |
| **Sent:** | Friday, December 23, 2011 9:28 AM |
| **To:** | Brian Barthlow |
| **Cc:** | Rico Portaro; Christine House; goffcorpireland@gmail.com; Larry Horwitz; Larry Cron |
| **Subject:** | RE: Goff Corp. Opinion Letter |
| **Attachments:** | image001.jpg; image002.png; image003.png; image004.jpg |

Brian,

Please send the stock certificates to my attention at the address below.

Best Regards,

**KEREN F. DE ZWART, ESQ.**
**HORWITZ, CRON & ARMSTRONG,** LLP I 26475 Rancho Parkway South, Lake Forest, CA 92630
PHONE: 949.540.6540 I FAX: 949.540-6578 I E-MAIL: kdezwart@hcalaw.biz

Circular 230 Notice: In accordance with Treasury Regulations we notify you that any tax advice given herein (or in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or in any attachments).

Attention: This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Brian Barthlow [mailto:brian@empirestock.com]
**Sent:** Friday, December 23, 2011 6:55 AM
**To:** Keren de Zwart
**Cc:** Rico Portaro; Christine House; goffcorpireland@gmail.com; Larry Horwitz; Larry Cron
**Subject:** RE: Goff Corp. Opinion Letter

Good Morning Keren;

Thank you, we will get this completed today. Please let me know where the issued certificates should be sent to.

Best Regards
BRIAN BARTHLOW
Empire Stock Transfer Inc.
1859 Whitney Mesa Dr.
Henderson, Nevada 89014
(702) 818-5898



CONFIDENTIALITY NOTICE: This e-mail and any attached documents contain information which is PRIVILEGED, PROPRIETARY and CONFIDENTIAL, are protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, Federal and State copyright laws, and are intended only for the use of the recipient(s) named herein.  No part of this document or any attachments may be reproduced or transmitted without permission from Empire Stock Transfer Inc.  If you are not the intended recipient, you are hereby notified that any disclosure, distribution, or the taking of any

1

GOFF Scans 568

A0285

# Log Sheet

| | |
|---|---|
| **Issuer:** | GOFF-GOFF, Corp |
| **Received:** | 12/21/11    02:33 PM      **ID/SCL#:** 36190U107 |
| **Received From:** | Goff, Corp |
| **How Received:** | E-mail |
| **Track Number In:** | N/A |
| **Control Ticket:** | STTK000000031606 |
| **SEC Item Count:** | 0 |
| **Contents:** | Initial Issuance of 11,440,000 shares to 29 shareholders |

**Transaction No.:** 1      **Completed:** 12/23/11

**Track Number Out:** FEDEX 797884955898

**Sent To:**

**Fees:**    **Due:**      **Rcvd:**      **Check #:**

**Assigned To:**

**Certificate Number(s) or Book Entry ID's:** 29

CS1-101 (RESTRICTED CONTROL),CS1-102 (RESTRICTED CONTROL),CS1-103 (Restricted),CS1-104 (Restricted),CS1-105 (Restricted),CS1-106 (Restricted),CS1-107 (Restricted),CS1-108 (Restricted),CS1-109 (Restricted),CS1-110 (Restricted),CS1-111 (Restricted),CS1-112 (Restricted),CS1-113 (Restricted),CS1-114 (Restricted),CS1-115 (Restricted),CS1-116 (Restricted),CS1-117 (Restricted),CS1-118 (Restricted),CS1-119 (Restricted),CS1-120 (Restricted),CS1-121 (Restricted),CS1-122 (Restricted),CS1-123 (Restricted),CS1-124 (Restricted),CS1-125 (Restricted),CS1-126 (Restricted),CS1-127 (Restricted),CS1-128 (Restricted),CS1-129 (Restricted)

**GOFF Scans 681**

A0286

From: (702) 818-5898
Patrick Mokros
Empire Stock Transfer Inc.
1859 Whitney Mesa
Henderson, NV 89014

Origin ID: LASA


FedEx.
Express

E

J1120110805O225

Ship Date: 23DEC11
ActWgt: 1.0 LB
CAD: 5040518/INET3210

Delivery Address Bar Code



Ref #      GOFF 101-129
Invoice #
PO #
Dept #

SHIP TO: (949) 540-6540          BILL SENDER
ATTN KEREN DEZWART ESQ
HORWITZ CRON & ARMSTRONG LLP
26475 RANCHO PKWY S

LAKE FOREST, CA 92630

TUE - 27 DEC  A1
PRIORITY OVERNIGHT

TRK#   7978 8495 5898
0201



92630
CA-US

XH NZJA

SNA





5OFG1/285F/F5F4

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

GOFF Scans 683
12/23/2011

A0287

# HORWITZ, CRON & ARMSTRONG, LLP

### Attorneys at Law

26475 Rancho Parkway South
Lake Forest, California 92630
Telephone (949) 540-6540
Facsimile (949) 540-6578

December 28, 2011

Gary O'Flynn
**GOFF CORP.**
Unit 9
Noel O'Flynn Commercial Center
Old Mallow Rd.
Cork City, Ireland

      *Re:*    Goff Corp. Stock Certificates

Dear Mr. O'Flynn:

      Please find enclosed the stock certificates for the following shareholders pursuant to the instructions sent to Empire Stock Transfer on December 23, 2011.

| Name Of Selling Shareholder | Shares Owned |
|---|---|
| Gary O'Flynn | 4,000,000 (Restricted) |
| Patrick Corkery | 350,000 (Restricted) |
| Stephen Walsh | 350,000 |
| Kieran Walsh | 350,000 |
| John Hornibrook | 350,000 |
| Kevin Crowley | 350,000 |
| John Devine | 350,000 |
| Patricia Crowley | 350,000 |
| Alan Carroll | 350,000 |
| Alan Gahan | 350,000 |
| Mandy Bullman | 350,000 |
| Ciara O'Driscoll | 350,000 |
| Toney Rodgers | 350,000 |
| Frank Twomey | 350,000 |

Gary O'Flynn
December 28, 2011
Page 2

| | |
|---|---|
| Brian Twomey | 350,000 |
| Donal Twomey | 350,000 |
| Joan Twomey | 350,000 |
| Colm Norris | 250,000 |
| Jeremy O'Leary | 250,000 |
| Frances O'Leary | 250,000 |
| Mark O'Leary | 250,000 |
| Rhona O'Leary | 250,000 |
| Annette O'Leary | 150,000 |
| Jeremiah Grandon | 150,000 |
| Paul Sutton | 45,000 |
| Liam Power | 75,000 |
| Alma Crean | 75,000 |
| Valerie O'Leary | 45,000 |
| Michael Walsh | 50,000 |

Please do not hesitate to contact me if you have any questions regarding this matter.

Sincerely,

Keren de Zwart

Enclosures

Print page | Close

# FedEx.

## Detailed Results

| Tracking no.: 793064071114 | Select line format: 12H |
|---|---|

### Delivered

**Delivered**
Signed for by: G.O FLYNN

| Shipment Dates | Destination |
|---|---|
| Ship date   Dec 28, 2011<br>Delivery date   Jan 3, 2012 2:57 PM | CORK CITY IE<br>Signature Proof of Delivery |

### Shipment Facts

| Service type | Intl Economy Envelope | Delivered to | Receptionist/Front Desk |
|---|---|---|---|
| Weight | 0.7 lbs/.3 kg | Reference | 547.01 |

### Shipment Travel History

Select time zone: Local Scan Time

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Jan 3, 2012 2:57 PM | Delivered | CORK CITY IE | |
| Jan 3, 2012 10:28 AM | Delivery exception | CORK CITY IE | Future delivery requested |
| Jan 3, 2012 8:05 AM | On FedEx vehicle for delivery | CORK CITY IE | |
| Jan 3, 2012 8:03 AM | At local FedEx facility | CORK CITY IE | |
| Jan 2, 2012 10:59 AM | International shipment release | DUBLIN IE | |
| Dec 31, 2011 4:41 PM | In transit | STANSTED GB | |
| Dec 30, 2011 11:50 PM | In transit | PARIS FR | |
| Dec 30, 2011 10:47 PM | Departed FedEx location | PARIS FR | |
| Dec 30, 2011 8:11 PM | In transit | PARIS FR | |
| Dec 30, 2011 6:57 PM | Arrived at FedEx location | PARIS FR | |
| Dec 30, 2011 4:31 AM | In transit | MEMPHIS, TN | |
| Dec 30, 2011 1:13 AM | Departed FedEx location | MEMPHIS, TN | |
| Dec 29, 2011 11:01 AM | Arrived at FedEx location | MEMPHIS, TN | |
| Dec 28, 2011 7:12 PM | Left FedEx origin facility | IRVINE, CA | |
| Dec 28, 2011 4:47 PM | Picked up | IRVINE, CA | |
| Dec 28, 2011 11:02 PM | Shipment information sent to FedEx | | |

HCA-060

A0290

Page 1 of 2

From: (949) 540-6540
Keren de Zwart/Carolyn Howard, Asst
Horwitz, Cron & Armstrong, LLP
26475 RANCHO PKWY SOUTH

Lake Forest, CA 92630
UNITED STATES

Origin ID: NZJA



Ship Date: 28DEC11
ActWgt: 1.0 LB
CAD: 103021072/INET3210

REF: 547.01
DESC-1: Stock Information
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.37(a)
COUNTRY MFG: US
CARRIAGE VALUE: 0.00 USD
CUSTOMS VALUE: 1.00 USD
T/C: S 246160805          D/T: S 246160805
SIGN: Keren de Zwart/Carolyn Howard, Asst
EIN/VAT:
PKG TYPE: ENV

SHIP TO: 353871547690          BILL SENDER
GARY O'FLYNN
GOFF CORP.
Unit 9, Noel O'Flynn Commercial Ctr
Old Mallow Rd.

Cork City,
IE

PM
INTL ECONOMY

TRK# 7930 6407 1114
0430

S5 ORKA

216
-IE
CDG



These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

CONSIGNEE COPY - PLEASE PLACE IN POUCH

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. This shipment may be subject to certain rules regarding loss or damage, STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provisions contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 3005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

https://www.fedex.com/shipping/html/en//PrintIFrame.html          12/28/2011

HCA-061

A0291

# GOFF  - GOFF, Corp
## Stock Transfer - Final Transaction Report

9/25/12   10:07 am
Page 1 of 1

| | |
|---|---|
| Control Ticket Number:  STTK000000036929 | |
| Type of Stock being Transferred:    CS1 | |
| Paper certifs being Transferred from: 2 | |
| Paper certifs being Transferred to:    2 | |
| CB Received: 09/25/12 | |
| Tax Reason: Sale    Acquired: 08/08/12 | |

Transaction Number:      7          Transfer Date: 09/25/12
Total Shares: 600,000              Sale Amt/share: $ 0.05000

Received From: CELTIC
Received: 09/24/12 at 10:16    Tran Type: Routine    Item Count: 1
How Received: FEDEX

Sent: 09/25/12 at 10:07          How Sent:  FEDEX
Outgoing Tracking Number:  VARIOUS

| Line # | Shareholder | | Certificate Number | Number of Shares | Line # | Shareholder | | Certificate Number | Shares per Certif |
|---|---|---|---|---|---|---|---|---|---|
| | | ----Transfer From---- | | | | | ----Transfer To---- | | |
| 1 | 10 | Kevin Crowley | CS1  106 | 350,000 | 1 | 36 | Lornex Financial Ltd. | CS1  136 | 560,000 |
| 2 | 28 | Colm Norris | CS1  118 | 250,000 | 2 | 37 | Sierra Growth Inc. | CS1  137 | 40,000 |
| | | | | 600,000 | | | Number of new certs: 2 | | 600,000 |

Completed By: BB       Report Run By: BB 09/25/12 10:07:45 am

GOFF Scans 490

A0292

# GOFF - GOFF, Corp
## Stock Transfer - Final Transaction Report

9/25/12  10:07 am
Page 1 of 1

Control Ticket Number: STTK000000036929
Type of Stock being Transferred:   CS1
Paper certifs being Transferred from: 2
Paper certifs being Transferred to:   2
CB Received: 09/25/12
Tax Reason: Sale   Acquired: 08/08/12

Transaction Number:   7
Total Shares: 600,000

Transfer Date: 09/25/12
Sale Amt/share: $ 0.05000

Received From: CELTIC
Received: 09/24/12 at 10:16   Tran Type: Routine   Item Count: 1
How Received: FEDEX

Sent: 09/25/12 at 10:07   How Sent: FEDEX
Outgoing Tracking Number:  VARIOUS

| Line # | Shareholder | | Certificate Number | | Number of Shares | Line # | Shareholder | | Certificate Number | | Shares per Certif |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | Kevin Crowley | CS1 | 106 | 350,000 | 1 | 36 | Lornex Financial Ltd. | CS1 | 136 | 560,000 |
| 2 | 28 | Colm Norris | CS1 | 118 | 250,000 | 2 | 37 | Sierra Growth Inc. | CS1 | 137 | 40,000 |
| | | | | | 600,000 | | Number of new certs: 2 | | | | 600,000 |



CELTIC CONSULTANTS LLC

0722

PAY to the order of   EMPIRE Stock Transfer

U.S. DOLLAR ACCOUNT   DATE 20 12-09-21
Y Y Y Y M M D D

SIXTY   $ 60 -

BMO  Bank of Montreal
FIRST BANK TOWER, 595 BURRARD ST.
VANCOUVER,B.C.   V7X 1L7

XX/100  DOLLARS  U.S. FUNDS

RE  GOFF

CELTIC CONSULTANTS LLC

PER

⑆000722⑆ ⑈00040⑉001⑈  4656⑉807⑈  4 5

Completed By: BB      Report Run By: BB 09/25/12 10:07:45 am

**GOFF Scans 491**

A0293

**Roberta Mors**

| | |
|---|---|
| **From:** | Roberta Mors |
| **Sent:** | Monday, September 24, 2012 11:52 AM |
| **To:** | goffcorpireland@gmail.com |
| **Cc:** | 'lhorowitz@hcalaw.biz' |
| **Subject:** | Empire Stock Transfer Inc. - Indemnification Notice Goff Corp Notice 118 106 600000 Shares 9.24.12 |
| **Attachments:** | Goff Corp Notice 118 106 600000 Shares 9.24.12.pdf; image004.jpg; image010.png; image011.png; image012.jpg |

Attached you will find a transfer and indemnification notice that we have received. We are sending this as part of an optional notification practice. We will process the request tomorrow morning as long as the transfer is in good order. No action by the issuer is necessary unless there is a known circumstance under which the transfer should not be completed. Please advise if this is the case by sending a STOP request and explanation by email or fax. We will review the STOP and proceed accordingly. We hope this will assist in communication of transfer activity and further our client relationship. Please let us know if you have any special needs that we might be able to assist with.

Respectfully,
*Roberta Mors*

Empire Stock Transfer Inc.
1859 Whitney Mesa Dr.
Henderson, Nevada 89014
(702) 818-5898



CONFIDENTIALITY NOTICE: This e-mail and any attached documents contain information which is PRIVILEGED, PROPRIETARY and CONFIDENTIAL, are protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, Federal and State copyright laws, and are intended only for the use of the recipient(s) named herein. No part of this document or any attachments may be reproduced or transmitted without permission from Empire Stock Transfer Inc. If you are not the intended recipient, you are hereby notified that any disclosure, distribution, or the taking of any action in reliance upon the contents of this communication is strictly prohibited. If you have received this transmission in error, please notify us immediately.

GOFF Scans 492

A0294

LORNEX FINANCIAL LTD.
Henville Building
Charlestown, Nevis
lornex@corptrax.com

**RECEIVED**

**SEP 2 4 2012**

Empire Stock Transfer

September-21-12

Empire Stock Transfer

Subject:     600,000 shares of Goff Corp.

------------------------------------------------------------------------

Attached you will find certificate 118 for 250,000 shares registered to Colm
Norris and certificate 106 for 350,000 shares registered to Kevin Crowley. We wish
to transfer the shares as follows:

1 x 560,000 F/T
Lornex Financial Ltd.
Henville Building
Charlestown, Nevis

Please courier via Fedex, using account 4817-3416-9 the new certificate for Lornex
Financial to the following:

Verdmont Capital SA, Edificio Verdmont Ave., Aquilino De La Guardia, No.18, Cuidad
de Panama, Republica de Panama, Ph: 011-507-301-9000. Attention: Conley Forey

1 X 40,000
Sierra Growth Inc.
Henville Building
Charlestown, Nevis

Please courier via Fedex, using account 4817-3416-9 the new certificate for Sierra
Growth to the following:

Celtic Consultants LLC, 6054 165th Street, Surrey, BC V3S5V4, Ph: 604-788-5126.
Attention: Certificate Department

Cost basis for the shares is $.05 and the acquisition date is August 8, 2012. We
do not have an EIN as we are not registered in the USA. Also attached is your
payment of $60.00 for fees incurred for this transaction.

Any and all questions/concerns, please email lornex@corptrax.com

Thank you.

[  ] Restricted Email          [✓] Indemnity Notice
[  ] Indemnity Required         [  ] Transfer Notice
[  ] No Medallion               [  ] No Fees
[  ] No Instructions            [  ] Indemnity Attached

[  ] Other _____

GOFF Scans 493

A0295

Indemnity Transfer Request.doc - Google Docs

CERTIFIED RESOLUTIONS ADOPTED BY BOARD OF DIRECTORS OF
<GOFF, CORP.>
A NEVADA CORPORATION

The undersigned hereby certifies that he is the duly elected, qualified and acting President of the above-named Corporation and in that capacity in charge of its official records including the minute book containing original minutes of meetings of its Board of Directors; and that on the 8 day of August , 20 12 , a meeting of said Board of Directors was duly convened and held, with a quorum present throughout the proceedings thereof, at which the following resolutions were duly moved, seconded and carried, said resolutions remaining in full force and effect at the date of this certificate:

BE IT RESOLVED: That EMPIRE STOCK TRANSFER INC., Transfer Agent for this corporation be, and it hereby is, directed to process the transfer request regarding the certificate below, and this Board of Directors does hereby extend this corporation's irrevocable agreement to indemnify said Transfer Agent for all loss, liability or expense in carrying out the authority and direction herein contained on the terms herein set forth. The Transfer Agent shall maintain the right to uphold the transfer in the event of forgery.

IN WITNESS WHEREOF, the undersigned has set his hand in his capacity above mentioned and affixed the seal of the above named corporation, all this 8 day of Aug, 2012 .

By: _____
<GARY O' FLYNN>, President

| Cert No(s) | Registered To: | No. of Shares | Transfer To or CANCEL: | No. of Shares: |
|---|---|---|---|---|
| 118 | Colm Norris | 250,000 | Transfer Per Stock Power | 250,000 |

**GOFF Scans 494**

A0296

Schedule A
Colm Norris

Lornex Financial Ltd.                          1 X 210,000
Henville Building
Charlestown, Nevis

Sierra Growth Inc.                             1 X 40,000
Henville Building
Charlestown, Nevis

GOFF Scans 495

A0297



NUMBER
119

SHARES
***250,000***

COMMON STOCK

COMMON STOCK
CUSIP 36190U107

**GOFF, CORP**

Par Value $.001
INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

***Colm Norris***

is the Owner of  *** Two Hundred Fifty Thousand ***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
GOFF, CORP

transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.

Dated:  **December 21, 2011**

COUNTERSIGNED AND REGISTERED:
EMPIRE STOCK TRANSFER INC.        Transfer Agent and Registrar

By

AUTHORIZED SIGNATURE

CORPORATE
SEAL

XXXXXXXXXX
DIRECTOR

PRESIDENT

B  10459

GOFF Scans 496

A0298

The following abbreviations, when used in the inscription of the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN — as joint tenants with right
of survivorship and not as
tenants in common

UNIF GIFT MIN ACT — _____Custodian_____
                                              (Cust)                                    (Minor)
                                         under Uniform Gifts to Minors Act

_____
                              (State)

Additional abbreviations may also be used though not in the above list.

*For Value Received,*_____*hereby sells, assigns and transfers unto*

PLEASE INSERT SOCIAL SECURITY
OR OTHER IDENTIFYING NUMBER

_____

(PLEASE PRINT OR TYPE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

_____

_____*Shares*

*of the Capital Stock represented by this Certificate and hereby*

*irrevocably constitutes and appoints*

_____*Attorney*

*to transfer the said stock on the books of the within-named Corporation*

*with full power of substitution in the premises.*

*Dated* _____

NOTICE   THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND
WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THIS
CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR
ENLARGEMENT OR ANY CHANGE WHATSOEVER.

SIGNATURE(S) GUARANTEED

NOTICE   THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE
GUARANTOR INSTITUTION, (BANKS, STOCKBROKERS, SAVINGS
AND LOAN ASSOCIATION AND CREDIT UNIONS) WITH MEMBERSHIP
IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM
PURSUANT TO S.E.C. RULE 17AD-15.

# IRREVOCABLE STOCK POWER

## KNOW ALL MEN BY THESE PRESENTS,

THAT, I, _Cohn Norris_ , FOR VALUE RECEIVED have bargained, sold, assigned and transferred by these present unto _See Schedule A attached_ , _250,000_ shares of common stock in the capital of **GOFF, CORP.** standing in my name on the books of the said Company represented by Certificate No. _118_ herewith AND I, do hereby constitute and appoint _____

_____ my true and lawful Attorney, IRREVOCABLY, for me and in my name and stead but to his use, to sell, assign, transfer and make over all or any part of the said stock, and for that purpose to make and execute all necessary acts of assignment and transfer thereof, and to substitute one or more persons with like full power, hereby ratifying and confirming all that my said Attorney or his substitute or substitutes shall lawfully do by virtue hereof.

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal at _____ this _8_ day of _August_ , 20_12_ .

SIGNED, SEALED and DELIVERED by:

_Cohn Norris_

Signature Guaranteed by:

_Guy O'Khum_

A0300

9/14/12                          Indemnity Transfer Request.doc - Google Docs

CERTIFIED RESOLUTIONS ADOPTED BY BOARD OF DIRECTORS OF
<GOFF, CORP.>
A NEVADA CORPORATION

The undersigned hereby certifies that he is the duly elected, qualified and acting President of the above-named Corporation and in that capacity in charge of its official records including the minute book containing original minutes of meetings of its Board of Directors; and that on the 8 day of August , 2012 , a meeting of said Board of Directors was duly convened and held, with a quorum present throughout the proceedings thereof, at which the following resolutions were duly moved, seconded and carried, said resolutions remaining in full force and effect at the date of this certificate:

BE IT RESOLVED: That EMPIRE STOCK TRANSFER INC., Transfer Agent for this corporation be, and it hereby is, directed to process the transfer request regarding the certificate below, and this Board of Directors does hereby extend this corporation's irrevocable agreement to indemnify said Transfer Agent for all loss, liability or expense in carrying out the authority and direction herein contained on the terms herein set forth. The Transfer Agent shall maintain the right to uphold the transfer in the event of forgery.

IN WITNESS WHEREOF, the undersigned has set his hand in his capacity above mentioned and affixed the seal of the above named corporation, all this 8 day of July 20/2 .

By: _____
<GARY O' FLYNN>, President

| Cert No(s) | Registered To: | No. of Shares | Transfer To or CANCEL: | No. of Shares: |
|---|---|---|---|---|
| 106 | Kevin Crowley | 350,000 | Transfer per Stock Power | 350,000 |

**GOFF Scans 499**

A0301



**NUMBER**
**106**

COMMON STOCK

**SHARES**
***350,000***

COMMON STOCK
CUSIP 36190U107

## GOFF, CORP

Par Value $.001
INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

***Kevin Crowley***

is the Owner of *** Three Hundred Fifty Thousand ***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF

**GOFF, CORP**

transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.

Dated: December 21, 2011

COUNTERSIGNED AND REGISTERED:
**EMPIRE STOCK TRANSFER INC.**
Transfer Agent and Registrar

By

AUTHORIZED SIGNATURE

CORPORATE
SEAL

X000000XXX
DIRECTOR

PRESIDENT

B   10471

GOFF Scans 500

The following abbreviations, when used in the inscription of the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — _____ Custodian _____
(Cust)                                  (Minor)
under Uniform Gifts to Minors Act

_____
(State)

Additional abbreviations may also be used though not in the above list.

*For Value Received,* _____ *hereby sells, assigns and transfers unto*

PLEASE INSERT SOCIAL SECURITY
OR OTHER IDENTIFYING NUMBER

(PLEASE PRINT OR TYPE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

_____ *Shares*

*of the Capital Stock represented by this Certificate and hereby*

*irrevocably constitutes and appoints*

_____ *Attorney*

*to transfer the said stock on the books of the within–named Corporation*

*with full power of substitution in the premises.*

*Dated* _____

NOTICE   THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THIS CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATSOEVER.

SIGNATURE(S) GUARANTEED

NOTICE   THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION, (BANKS, STOCKBROKERS, SAVINGS AND LOAN ASSOCIATION AND CREDIT UNIONS) WITH MEMBERSHIP IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM PURSUANT TO S.E.C. RULE 17AD-15.

# IRREVOCABLE STOCK POWER

## KNOW ALL MEN BY THESE PRESENTS,

THAT, I, _Kevin Crowley_ , FOR VALUE RECEIVED have bargained, sold, assigned and transferred by these present unto _Comex Financial Ltd._ _Henville Building, Charlestown, Nevis_ _350,000_ shares of common stock in the capital of **GOFF, CORP.** standing in my name on the books of the said Company represented by Certificate No. _106_ herewith AND I, do hereby constitute and appoint _____

_____ my true and lawful Attorney, IRREVOCABLY, for me and in my name and stead but to his use, to sell, assign, transfer and make over all or any part of the said stock, and for that purpose to make and execute all necessary acts of assignment and transfer thereof, and to substitute one or more persons with like full power, hereby ratifying and confirming all that my said Attorney or his substitute or substitutes shall lawfully do by virtue hereof.

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal at _____ this _8_ day of _August_ , 20_12_ .

SIGNED, SEALED and DELIVERED by:

_____

Signature Guaranteed by:

_____

**GOFF Scans 502**

A0304



From: (604) 788-5126
Courtney Kelin
Celtic Consultants LLC
6054 185th Street

Surrey, BC V3S5V4
CANADA

Origin ID: YAZB

**FedEx**
Express

Ship Date: 21SEP12
ActWgt: 0.5 KG
CAD: 101184792/INCA3300

REF:
DESC-1: Legal Documents
DESC-2:
DESC-3:
DESC-4:

SHIP TO: (702) 818-5898
**Patrick Mokros**
**Empire Stock Transfer**
**1859 WHITNEY MESA DR**

**HENDERSON, NV 89014**
US

BILL SENDER

COUNTRY MFG: CA
CARRIAGE VALUE: 0.00 CAD
CUSTOMS VALUE: 0.00 CAD
T/C: S 481734169          D/T: S 481734169
SIGN: Courtney Kelin
EIN/VAT:
PKG TYPE: ENV

TRK# 7990 2625 8106
0430

**XX LASA**

**A1**
**INTL PRIORITY**
**ISR RES**
**89014**
NV-US

**LAS**

These commodities, technology, or software were exported from Canada in accordance with the export administration regulations. Diversion contrary to Canadian law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

CONSIGNEE COPY - PLEASE PLACE IN POUCH

515G1003A/AA44

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, with limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example, in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement to US$100 per shipment or to the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. See the current FedEx Service Guide, applicable tariff, or standard conditions of carriage for details. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 3005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

GOFF Scans 503
21/09/2012

A0305

From: (702) 818-5896
Patrick Mokros
Empire Stock Transfer Inc.
1859 Whitney Mesa

Henderson, NV 89014
UNITED STATES

Origin ID: LASA


FedEx
Express

Ship Date: 25SEP12
ActWgt: 1.0 LB
CAD: 5040518/INET3300

REF: GOFF 137
DESC-1: Legal Documents
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.36
COUNTRY MFG: US
CARRIAGE VALUE: 0.00 USD
CUSTOMS VALUE: 1.00 USD
T/C: R 481734169          D/T: R
SIGN: Patrick Mokros
EIN/VAT:
PKG TYPE: ENV

SHIP TO: (604) 307-9731          BILL RECIPIENT

CERTIFICATE DEPARTMENT
CELTIC CONSULTANTS
6054 165 ST

SURREY, BC V3S5V4
CA

TRK#    7990 4449 1525
0430

# XV YAZB

PM
INTL PRIORITY

V3S 5V4
BC-CA
YVR



These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

CONSIGNEE COPY - PLEASE PLACE IN POUCH

515G10003A\A44

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

1 of 2

# Log Sheet

| | | |
|---|---|---|
| Issuer: | GOFF-GOFF, Corp | |
| Received: | 09/24/12 | 10:16 AM |
| Received From: | CELTIC | |
| How Received: | FEDEX | |
| Track Number In: | 799026256106 | |
| Control Ticket: | STTK000000036929 | |
| SEC Item Count: | 1      Routine | |
| Contents: | 118 106 | |

ID/SCL#: 36190U107118

Transaction No.:    7                    Completed: 09/25/12

Track Number Out: FEDEX VARIOUS

Sent To:

Fees:        Due:                    Rcvd:            Check #:

Assigned To:

Certificate Number(s) or Book Entry ID's:  2

CS1-136,CS1-137

Comments:

_____

_____

Initials      Date

_____  _____ Logged In

_____  _____ Medallion Verified

_____  _____ Review Documents

_____  _____ Processed by

_____  _____ Stamp Certificates as Canceled and Transferred

_____  _____ Final Review/Authentification

_____  _____ Batch Completed and Made Available

_____  _____ Management Review

GOFF Scans 505

A0307



Empire Stock Transfer
1859 Whitney Mesa Dr
Henderson, NV 89014

Enclosed are the documents related to your transaction:

Tracking Information:  FEDEX VARIOUS

Sent:                  September 25, 2012          Transaction Date:  September 25, 2012

Issuer:                GOFF, Corp

Control Ticket:  STTK000000036929

Transaction No: GOFF-7

Certificate Number(s) or Book Entry ID's:  2

            CS1-136,CS1-137

GOFF Scans 506

A0308

From: (702) 818-5898   Origin ID: LASA
Patrick Mokros
Empire Stock Transfer Inc.
1859 Whitney Mesa

Henderson, NV 89014
UNITED STATES

**FedEx**
Express

**E**

JF27012 0760426

Ship Date: 25SEP12
ActWgt: 1.0 LB
CAD: 5040518/INET3300

SHIP TO: 0115073019000      BILL THIRD PARTY

**Conley Foley**
**Verdmont Capital SA**
**Edificio Verdmont Ave**
**Aquilino Del La Guardia, No. 18**

**Cuidad de Panama,  000000**
**PA**

REF: GOFF 136
DESC-1: Legal Documents
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.37(a)
COUNTRY MFG: US
CARRIAGE VALUE: 0.00 USD
CUSTOMS VALUE: 1.00 USD
T/C: O 481734169          D/T: R
SIGN: Patrick Mokros
EIN/VAT:
PKG TYPE: ENV



TRK#   **7990 4447 7072**
0430

**INTL PRIORITY**

-PA

These commodities, technology, or software were exported from the United States in accordance with
the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal
Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

CONSIGNEE COPY - PLEASE PLACE IN POUCH

515G1.003A/AA4

### After printing this label:

1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or as equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities (including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements, such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

1 of 2

A0309



NUMBER
136

COMMON STOCK

SHARES
***560,000***

COMMON STOCK
CUSIP 36190U107

SEE REVERSE FOR CERTAIN DEFINITIONS

### GOFF, CORP

Par Value $.001
INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

THIS CERTIFIES THAT

***Lornex Financial Ltd.***

is the Owner of *** Five Hundred Sixty Thousand ***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
GOFF, CORP

transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.
Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.

Dated:   September 25, 2012

COUNTERSIGNED AND REGISTERED.
EMPIRE STOCK TRANSFER INC.
                                                    Transfer Agent and Registrar
By

AUTHORIZED SIGNATURE

CORPORATE
SEAL

XXXXXXXXXX
DIRECTOR

PRESIDENT

B  27669

GOFF Scans 508

A0310



NUMBER
137

COMMON STOCK

SHARES
***40,000***

COMMON STOCK
CUSIP 36190U107

# GOFF, CORP

Par Value $.001
INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

***Sierra Growth Inc.***

is the Owner of   *** Forty Thousand ***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
GOFF, CORP

transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar. Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.

Dated:   September 25, 2012

COUNTERSIGNED AND REGISTERED:
EMPIRE STOCK TRANSFER INC.
Transfer Agent and Registrar

By

AUTHORIZED SIGNATURE

CORPORATE
SEAL

DIRECTOR

PRESIDENT

B  27668

GOFF Scans 509

A0311

# GOFF - GOFF, Corp

**Stock Transfer - Final Transaction Report**

10/17/12    1:09 pm

Page 1 of 1

Control Ticket Number:  STTK000000037533
Type of Stock being Transferred:    CS1
Paper certifs being Transferred from: 1
Paper certifs being Transferred to:    1
CBRS Firm Type: DTCPRT    ID: 00002023
Account #: 0000    CB Control ID: 0000

Transaction Number:    11
Total Shares: 560,000

Received From: DTC
Received: 10/17/12 at 10:08    Tran Type: Routine    Item Count: 1
How Received: FEDEX

Sent: 10/17/12 at 13:08    How Sent:  FedEx
Outgoing Tracking Number:  799217720728

Transfer Date: 10/17/12
Sale Amt/share: $ 0.00000

----Transfer From----

----Transfer To----

| Line # | Shareholder | Certificate Number | Number of Shares | Line # | Shareholder | Certificate Number | Shares per Certif |
|---|---|---|---|---|---|---|---|
| 1 | 36   Lornex Financial Ltd. | CS1  136 | 560,000 | 1 | 31   CEDE & CO | CS1  141 | 560,000 |
|  |  |  | 560,000 |  | Number of new certs: 1 |  | 560,000 |

THE DEPOSITORY TRUST COMPANY
55 WATER STREET  NEW YORK, NEW YORK 10041-0099

62-22
311

DRAFT NO. C41055578

**EMPIRE STOCK TRANSFER INC**
PAY
TO THE
ORDER
OF
1859 WHITNEY MESA DR.
HENDERSON        NV    89014

DATE
10/12/12

AMOUNT IN FIGURES
$80.00

Z2 STS ID-2286102000307 01

361900107 GOFF CORP        *+  30.00
1   VOID 60 DAYS AFTER ABOVE DATE

DOLLARS IN WORDS   Eighty Dollars + 00/100

IF FEE EXCEEDS $400 CALL
TRANSFER OPERATIONS DEPT.
(212) 855-8601
THE BANK WILL NOT HONOR DRAFTS
IN EXCESS OF $400

PAYABLE THROUGH

Wachovia Bank of Delaware
National Association

NO. CHARGEABLE CERTIFICATES

| ISSUED | CANCELLED |

OFFICIAL SIGNATURE

⑈41055578⑈ ⑈031100225⑈ 207995106503⑈

Completed By: RDP    Report Run By: RDP 10/17/12  1:09:18 pm

GOFF Scans 385

A0312

S.C.L.  STS ID-2286102000307  PG 01        BIN:$-620 431 PLA
SHIPMENT CONTROL LIST    LEGAL                Copy 1 - RETAINED BY T.A.
The Depository Trust Company      STOCK
                              ISSUE DATE  / /     LEGAL DEPOSIT  8601160

| TRANSFER AGENT NAME | | CUSIP NUMBER | DATE | T.A. NO. | RGN ACY | CKD |
|---|---|---|---|---|---|---|
| EMPIRE STOCK | OUT | 36190U-10-7 | 10/12/12 | 33267 | DEP | 2 |

| LINE I.D. | DTC USE | PARTICIPANT | QUANTITY | VALUE |
|---|---|---|---|---|
| | | **************************************** | | |
| | | * PLEASE ISSUE THESE DENOMINATIONS: | * | |
| | | 1  X          560,000.00000 | | |
| | | **************************************** | | |
| 1 | 751 | 901 | 560,000.00000 | 560,000 |
| 1X | 1111 | SCL TOTALS PRESENTED | 560,000.00000 | $560,000 |
| | | REJECTED        ACCEPTED | | |
| | | *** BONDS ARE NOW REPORTED IN UNITS OF A DOLLAR (1=$1) *** | | |

RECEIVED
OCT 17 2012
Empire
Stock Transfer

10/12/12

TRANSFER AGENT: ALL MAILED TRANSFERS SHOULD BE RETURNED WITH COPY #3 OF THIS FORM TO THE DEPOSITORY TRUST COMPANY.
P.O. BOX 222, BOWLING GREEN STATION, NEW YORK, N.Y. 10274. THE POSSESSION OF THIS DOCUMENT SHALL BE DEEMED TO BE AN
ACKNOWLEDGMENT OF THE RECEIPT BY THE DEPOSITORY TRUST COMPANY OF THE SECURITIES DESCRIBED ABOVE. INQUIRIES - CALL 1-800-654-8154

| CUSIP NUMBER | SECURITY DESCRIPTION | SCL NO. | TOTAL |
|---|---|---|---|
| 36190U-10-7 | GOFF CORP       ** | 2286102000307 | 560000.00000 |

12286300262

C 4 1 0 5 5 5 7 8

50225C (rev 03/09)

INSTRUCTIONS
Write Firmly and Legibly:
1. CALCULATE FEES DUE YOU.
2. FILL IN ATTACHED DRAFT DOLLAR AMOUNT
   IN WORDS AND FIGURES, AND ALSO
   NUMBER OF CHARGEABLE CERTIFICATES
   ISSUED AND CANCELLED.

The Depository Trust Company

DAM Deposit Ticket

| PARTICIPANT # | Deposit Type | Deposit ID | Aisle Bin# |
|---|---|---|---|
| **901** | **LEGAL** | **1228501338** | **$-620** |

| Quantity | CUSIP | | |
|---|---|---|---|
| **560000.00000** | **36190U107**   GOFF CORP | *+ | **OFAC CERTIFIED** |

| T/A NUMBER   **O/T** | Edit Type | PARTICIPANT | Cusip Sort Order |
|---|---|---|---|
| **33267**   **PLA** | **PENDING** | **BANK OF NY** | **431** |

CBRS TCN

112284102787WJ

1228501338

## * NEXT DAY DEPOSIT *

C2286506900S



SYS: DAMP    04  0.0 0.0  101212   Thu Oct 11 13:58:00 EDT 2012

GOFF Scans 387

A0314



NUMBER
136

COMMON STOCK

SHARES
***560,000***

COMMON STOCK
CUSIP 36190U107

SEE REVERSE FOR CERTAIN DEFINITIONS

## GOFF, CORP

Par Value $.001
INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

THIS CERTIFIES THAT

***Lornex Financial Ltd.***

is the Owner of   *** Five Hundred Sixty Thousand ***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
GOFF, CORP

transferable on the books of the Corporation by the holder hereof in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.

Dated:   September 25, 2012

COUNTERSIGNED AND REGISTERED:
EMPIRE STOCK TRANSFER INC.
Transfer Agent and Registrar

By
AUTHORIZED SIGNATURE

CORPORATE SEAL

DIRECTOR

PRESIDENT

B 27669

GOFF Scans 388

A0315

The following abbreviations, when used in the inscription of the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

| | |
|---|---|
| TEN COM — as tenants in common | UNIF GIFT MIN ACT — _____ Custodian _____ |
| TEN ENT — as tenants by the entireties | (Cust)                          (Minor) |
| | under Uniform Gifts to Minors Act |
| JT TEN — as joint tenants with right | |
| of survivorship and not as | _____ |
| tenants in common | (State) |

Additional abbreviations may also be used though not in the above list.

*For Value Received,* _____ *hereby sells, assigns and transfers unto*

PLEASE INSERT SOCIAL SECURITY
OR OTHER IDENTIFYING NUMBER

_____

(PLEASE PRINT OR TYPE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

_____ *Shares*

*of the Capital Stock represented by this Certificate and hereby*

*irrevocably constitutes and appoints*

_____ *Attorney*

*to transfer the said stock on the books of the within-named Corporation*

*with full power of substitution in the premises.*

*Dated* _____

NOTICE   THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THIS CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATSOEVER.

SIGNATURE(S) GUARANTEED

NOTICE   THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION, (BANKS, STOCKBROKERS, SAVINGS AND LOAN ASSOCIATION AND CREDIT UNIONS) WITH MEMBERSHIP IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM PURSUANT TO S.E.C. RULE 17AD-15.

It is hereby certified that the transfer of the accompanying instrument(s) is made under such circumstances as to come within one of the exemptions specified in Section 270-9 of the Tax Laws of the State of New York and that evidence in proof of the exemption is maintained by the undersigned and is available for inspection by a representative of the New York State Tax Commission.

THE BANK OF NEW YORK
1 Wall Street
New York, N.Y. 10015

Authorized Signature

# IRREVOCABLE STOCK POWER

FOR VALUE RECEIVED, the undersigned does (do) hereby sells, assigns and transfers to:

**(Name of Transferee)**

**(Transferee's Address)**

_560,000_ shares of the _common_ stock of _Goff, Corp_

represented by Certificate(s) No(s). _136_

inclusive, standing in the name of the undersigned on the books of the said Company.

The undersigned does (do) hereby irrevocably constitute and appoint _BANK OF_

_NEW YORK MELLON_ attorney to transfer the said stock on the books of

said Company, with full power of substitution in the premises.

Dated _SEPTEMBER 20th, 2012_

Signature of Transferors

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
RBC INVESTOR
SERVICES TRUST
AUTHORIZED SIGNATURE
( TOR02 )                    28000321
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM

SIGNATURE GUARANTEED BY:

In the presence of

Signature of Witness

SIGNATURE GUARANTEED
VERDMONT CAPITAL
Edificio Verdmont
Avo. Aquilino De La Guardia No.18,
Panamá, Rep. de Panamá
Rucd./66795041-062390

Auth. No.
521
Authorized Officer

CEDE & CO.
BOX #20
BOWLING GREEN STATION
NEW YORK, NEW YORK 10004

13-255119

GOFF Scans 390

A0317

# Corporate Resolution

Resolution of   **LORNEX FINANCIAL LTD.**

(full name of Corporation)

On motion duly made and seconded, it was unanimously resolved that:

**CLIFFORD WILKINS / PRESIDENT**

(please print the appropriate names / titles)

be and they are hereby authorized on behalf of the Company to accept, sell and convey, assign, transfer, or otherwise dispose of all or any shares, stocks, bonds, debentures, debenture stock and other securities of every description now or hereafter registered in the name of the Company or held or owned by the Company and to sign and execute on behalf of the Company all and any instruments of acceptance and transfer and other documents whenever necessary or proper to effectuate the same with full power to appoint any attorney or attorneys with full power of substitution therein, and that any and all instruments of acceptance and transfer and other documents in connection therewith heretofore signed and executed on behalf of the Company in accordance with the authority set out above are hereby ratified and confirmed.

## Certificate

I, the undersigned, Secretary of   **LORNEX FINANCIAL LTD.**

(full name of Corporation)

incorporated under the laws of the Province / State of ___**NEVIS**___ hereby certify that the foregoing is a true and correct copy of a Resolution duly passed at a meeting of the Directors of said Company on the ___28TH___ day of ___SEPTEMBER___, 20_12_ and that the said Resolution is still in full force and effect and does not conflict with the by laws of said Company. I further certify that the following is a list together with specimen signatures of all Directors, officers and employees of the Company authorized by this Resolution:

| Print name | Title | Specimen of signature |
|---|---|---|
| CLIFFORD WILKINS | PRESIDENT | |
| | | |
| | | |
| | | |

Dated this ___28TH___ day of ___SEPTEMBER___, 20_12_

**SIGNATURE GUARANTEED**
**VERDMONT CAPITAL**
Edificio Verdmont
Ave. Aquilino De La Guardia No.18,
Panamá, Rep. de Panamá
Ruc: 667950-1-462350

Auth. No.
Authorized Officer

*Secretary* print and sign name   VIRGILIO SANTANA
Affix Corporate Seal (if no seal exists, certify below)

I hereby certify that there is no corporate seal.

*Secretary* sign name

SIGNATURE GUARANTEED
THE BANK OF NEW YORK MELLON
AUTHORIZED SIGNATURE
( UB72G )
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM

Notes:
1. The Secretary who certified the Resolution **must** be an officer OTHER THAN the person(s) authorized to execute the assignment for the securities.
2. This form cannot be used by:
   ▪ an incorporated company which only has a sole officer and sole director
   ▪ sole proprietorship

(02/2004)

GOFF Scans 391

A0318

# Log Sheet

| | |
|---|---|
| Issuer: | GOFF-GOFF, Corp |
| Received: | 10/17/12        10:08 AM |
| Received From: | DTC |
| How Received: | FEDEX |
| Track Number In: | 473634452797 |
| Control Ticket: | STTK000000037533 |
| SEC Item Count: | 1      Routine |
| Contents: | 136 |

ID/SCL#: 2286102000307

Transaction No.:   11                         Completed: 10/17/12

Track Number Out: FedEx 799217720728

Sent To:

Fees:         Due:                    Rcvd:                 Check #:

Assigned To:

Certificate Number(s) or Book Entry ID's:  1

       CS1-141

Comments:

| Initials | Date | |
|---|---|---|
| _____ | _____ | Logged In |
| _____ | _____ | Medallion Verified |
| _____ | _____ | Review Documents |
| _____ | _____ | Processed by |
| _____ | _____ | Stamp Certificates as Canceled and Transferred |
| _____ | _____ | Final Review/Authentication |
| _____ | _____ | Batch Completed and Made Available |
| _____ | _____ | Management Review |

GOFF Scans 392



FedEx Express

**earth**smart
FedEx carbon-neutral
envelope shipping

ORIGIN ID:...
SHIPPING DEPARTMENT
THE DEPOSITORY TRUST/CENTRAL O
55 WATER ST STE 9L2

NEW YORK, NY 10041
UNITED STATES US

TO EMPIRE STOCK TRANSFER (702)818-5898
MATT BLEVINS      (00033267)
1859 WHITNEY MESA DR.

HENDERSON      NV 89014

Ship Date: 15OCT12
Act Wgt: 1 LB
System: 8977/YMRS0855
Account: S 105254941

FedEx
Express

E

Delivery Address
Barcode

BILL SENDER

TRK# 4736 3445 2797      WED — 17OCT   A1
0201                       ** 2DAY **

:VV — LASA

LAS
NV—US
89014

A T T E N T I O N

# Courier

## SIGNATURE REQUIRED.
Under all circumstances, signature MUST be
obtained. Package is not to be left without a
signature.

GOFF Scans 393

A0320

From: (702) 818-5898   Origin ID: LASA
Patrick Mokros
Empire Stock Transfer Inc.
1859 Whitney Mesa

Henderson, NV 89014



FedEx Express

E

J1220120718032S

Ship Date: 17OCT12
ActWgt: 0.5 LB
CAD: 5040518/INET3300

**Delivery Address Bar Code**

SHIP TO: (212) 855-8382   BILL SENDER
**Attn: TRANSFER DEPT**
The Depository Trust Company
55 WATER ST
STE SL2
NEW YORK, NY 10041

Ref #      GOFF 141
Invoice #
PO #
Dept #

**THU - 18 OCT  A1**
**PRIORITY OVERNIGHT**

TRK#   7992 1772 0728
0201

**10041**
NY-US

**XA SXYA**

**EWR**



515G1/9CCB/AA4

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**GOFF Scans 394**
10/17/2012 1:08 PM

A0321



NUMBER
141

COMMON STOCK

SHARES
***560,000***

COMMON STOCK

**GOFF, CORP**

Par Value $.001

INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

CUSIP 36190U107

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

***CEDE & CO***

Is the Owner of *** Five Hundred Sixty Thousand ***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
GOFF, CORP

transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.

Dated: October 17, 2012

COUNTERSIGNED AND REGISTERED:
EMPIRE STOCK TRANSFER INC.
Transfer Agent and Registrar

By
AUTHORIZED SIGNATURE

CORPORATE
SEAL

DIRECTOR

PRESIDENT

B  33874

GOFF Scans 395

A0322

# GOFF - GOFF, Corp
## Stock Transfer - Final Transaction Report

1/22/13   3:26 pm

Page 1 of 1

| | |
|---|---|
| Control Ticket Number: STTK000000039097 | Transaction Number:   17   Transfer Date: 01/22/13 |
| Type of Stock being Transferred:   CS1 | Total Shares: 2,920,000   Sale Amt/share: $ 0.00000 |
| Paper certifs being Transferred from: 11 | |
| Paper certifs being Transferred to:   3 | Received From: PHIL KUEBER |
| | Received: 01/09/13 at 10:27   Tran Type:Non-Routine Item Count: 1 |
| Tax Reason: N/A   Acquired: 01/14/13 | How Received:UPS |
| | Sent: 01/22/13 at 15:26   How Sent:  FEDEX |
| | Outgoing Tracking Number:   794576038428 |

| Line # | | Shareholder | Certificate Number | | Number of Shares | Line # | | Shareholder | Certificate Number | | Shares per Certif |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | Stephen Walsh | CS1 | 103 | 350,000 | 1 | 41 | Caledonian Bank Limited | CS1 | 148 | 1,050,000 |
| 2 | 7 | John Hornibrook | CS1 | 105 | 350,000 | 2 | 42 | Legacy Global Markets, S.A. | CS1 | 149 | 870,000 |
| 3 | 13 | Patricia Crowley | CS1 | 108 | 350,000 | 3 | 43 | Clear Water Securities Inc. | CS1 | 150 | 1,000,000 |
| 4 | 15 | Alan Carroll | CS1 | 109 | 350,000 | | | | | | |
| 5 | 19 | Mandy Bullman | CS1 | 111 | 350,000 | | | | | | |
| 6 | 29 | Jeremy O'Leary | CS1 | 119 | 250,000 | | | | | | |
| 7 | 2 | Frances O'Leary | CS1 | 120 | 250,000 | | | | | | |
| 8 | 6 | Mark O'Leary | CS1 | 121 | 250,000 | | | | | | |
| 9 | 8 | Rhona O'Leary | CS1 | 122 | 250,000 | | | | | | |
| 10 | 37 | Sierra Growth Inc. | CS1 | 137 | 40,000 | | | | | | |
| 11 | 37 | Sierra Growth Inc. | CS1 | 144 | 130,000 | | | | | | |
| | | | | | 2,920,000 | | Number of new certs: 3 | | | | 2,920,000 |

Completed By: BB   Report Run By: BB 01/22/13  3:26:41 pm

GOFF Scans 248
## Goff TA# 17, p.1

## GOFF - GOFF, Corp
**Stock Transfer - Final Transaction Report**

1/22/13   3:26 pm

Page 1 of 1

Control Ticket Number:  STTK000000039097
Type of Stock being Transferred:   CS1
Paper certifs being Transferred from: 11
Paper certifs being Transferred to:   3

Tax Reason: N/A    Acquired: 01/14/13

Transaction Number:    17
Total Shares: 2,920,000

Received From: PHIL KUEBER
Received: 01/09/13 at 10:27   Tran Type:Non-Routine
How Received:UPS

Sent: 01/22/13 at 15:26       How Sent: FEDEX
Outgoing Tracking Numb    94576038428

Transfer Date: 01/22/13
Sale Amt/share: $ 0.00000

Item Count: 1



| Line # | Shareholder | Certificate Number | Number of Shares | Line # | | Certificate Number | Shares per Certif |
|---|---|---|---|---|---|---|---|
| 1 | 4 | Stephen Walsh | CS1 | 103 | 350,000 | | CS1 | 148 | 1,050,000 |
| 2 | 7 | John Hornibrook | CS1 | 105 | | | CS1 | 149 | 870,000 |
| 3 | 13 | Patricia Crowley | CS1 | | | | | | 1,000,000 |
| 4 | 15 | Alan Carroll | | | | | | | |
| 5 | 19 | Mandy Bullman | | | | | | | |
| 6 | 29 | Jeremy O'Le | | | | | | | |
| 7 | 2 | Fr | | | | | | | |
| 8 | | | | | | | | | |
| 9 | 8 | | | | | | | | |
| 10 | 37 | | | | | | | | |
| 11 | | | | | | | | | 2,920,000 |

Completed By: BB    Report Run By: BB 01/22/13 3:26:41 pm

GOFF Scans 249
**Goff TA# 17, p.2**

A0324

**MEMORANDUM**

RECEIVED
JAN 2 2 2013
Empire
Stock Transfer

To:        Brian
           Empire Stock Transfer

From:      Phil
           Securities Clearing

Re:        Goff Corp.

Date:      January 7, 2013

Enclosed please find the following share certificates for common shares of Goff, Corp. which have
signature guarantees attached:

| Cert# | Amount |
|-------|--------|
| 137 | 40,000 |
| 144 | 130,000 |
| 121 | 250,000 |
| 119 | 250,000 |
| 111 | 350,000 |
| 109 | 350,000 |
| 108 | 350,000 |
| 103 | 350,000 |
| 105 | 350,000 |
| 122 | 250,000 |
| 120 | 250,000 |
| Total: | 2,920,000 shares |

Could you please re-register these shares into 3 certificates as follows:

1

| | |
|---|---|
| Caledonian Bank Limited | 1,050,000 shares |
| 69 Dr. Roy's Drive, George Town | |
| Grand Cayman KY1-1102, Cayman Islands | |
| | |
| Legacy Global Markets, S.A. | 870,000 shares |
| 2nd Floor, Caya Bank Building | |
| Coconut Drive | |
| San Pedro Belize | |
| | |
| Clear Water Securities Inc. | 1,000,000 shares |
| Suite 220, Caye Bank Building | |
| Coconut Drive | |
| San Pedro, Belize | |

The cost basis is $.001 per share.

Applicable transfer fees are enclosed as well.

Upon completion of the re-registration, could you please send the shares by Federal Express (account
number 337074073) to the following address:

Scottsdale Capital Advisors Ltd.
7179 East McDonald Drive
Scottsdale, AZ 85253
(480) 603-4900
Att'n: Tim Scarpino

Please contact me at (213) 369.6575 should you have any questions regarding the foregoing. Please
forward a copy of the Federal Express tracking number to: securitiesclearing@yahoo.com

GOFF Scans 250
**Goff TA# 17, p.3**

A0326

CERTIFIED RESOLUTIONS ADOPTED BY BOARD OF DIRECTORS OF
<GOFF,CORP.>
A NEVADA CORPORATION

The undersigned hereby certifies that he is the duly elected, qualified and acting President of the above-named Corporation and in that capacity in charge of its official records including the minute book containing original minutes of meetings of its Board of Directors; and that on the 11 day of January, 2013_, a meeting of said Board of Directors was duly convened and held, with a quorum present throughout the proceedings thereof, at which the following resolutions were duly moved, seconded and carried, said resolutions remaining in full force and effect at the date of this certificate:

BE IT RESOLVED:  That EMPIRE STOCK TRANSFER INC., Transfer Agent for this corporation be, and it hereby is, directed to process the transfer request regarding the certificate below, and this Board of Directors does hereby extend this corporation's irrevocable agreement to indemnify said Transfer Agent for all loss, liability or expense in carrying out the authority and direction herein contained on the terms herein set forth.  The Transfer Agent shall maintain the right to uphold the transfer in the event of forgery.

IN WITNESS WHEREOF,  the undersigned has set his hand in his capacity above mentioned and affixed the seal of the above named corporation, all this 11 day January 2013

[SEAL]

By: _____
GARY O"FLYNN / President

| Cert No(s) | Registered To: | No. of Shares | Transfer To or CANCEL: | No. of Shares: |
|---|---|---|---|---|
| 137 | Sierra Growth Inc. | 40,000 | Caledonian Bank Limited | 40,000 |
| 144 | Sierra Growth Inc | 130,000 | Caledonian Bank Limited | 130,000 |

GOFF Scans 255
**Goff TA# 17, p.8**

A0327



NUMBER
121

COMMON STOCK

SHARES
***250,000***

COMMON STOCK
CUSIP 36190U107

**GOFF, CORP**

Par Value $.001
INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

***Mark O'Leary***

is the Owner of   *** Two Hundred Fifty Thousand ***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
**GOFF, CORP**

transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.

Dated:   **December 21, 2011**

COUNTERSIGNED AND REGISTERED:
**EMPIRE STOCK TRANSFER INC.**
Transfer Agent and Registrar

By _____
AUTHORIZED SIGNATURE

DIRECTOR

PRESIDENT

B   10456

**Goff TA# 17, p.15**

A0328

The following abbreviations, when used in the inscription of the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — _____Custodian_____

(Cust)                           (Minor)

under Uniform Gifts to Minors Act

_____

(State)

Additional abbreviations may also be used though not in the above list.

*For Value Received,* _____ *hereby sells, assigns and transfers unto*

PLEASE INSERT SOCIAL SECURITY OR OTHER IDENTIFYING NUMBER

(PLEASE PRINT OR TYPE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

*Shares of the Capital Stock represented by this Certificate and hereby irrevocably constitutes and appoints*

*Attorney to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.*

*Dated* _____

NOTICE   THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THIS CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATSOEVER.

SIGNATURE(S) GUARANTEED

NOTICE   THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION, (BANKS, STOCKBROKERS, SAVINGS AND LOAN ASSOCIATION AND CREDIT UNIONS) WITH MEMBERSHIP IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM PURSUANT TO S.E.C. RULE 17AD-15.

## IRREVOCABLE STOCK POWER

**FOR VALUE RECEIVED,** the undersigned does hereby sell, assign and transfer unto:

Name _____                    Social Security/Tax ID Number

_____
                                                Address

_____250,000_____               _____ shares of the Common Stock of:
Number of shares

_____GoFF, Corp._____
                                                Issuer name

**Represented by:**

_____121_____
                                                Certificate Number(s)

and does hereby irrevocably constitute and appoint Empire Stock Transfer Inc. to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.

_____Mark ally_____                      1/7/13
Signed                                          Dated

NOTICE: The signature(s) to this assignment must correspond with the name(s) as written upon the face of this certificate in every particular without alteration or enlargement or any change whatsoever.

SIGNATURE MEDALLION GUARANTEED
BANK                        A

( CA714 )                   X 9 0 0 4 9 5 7
SECURITIES TRANSFER AGENT MEDALLION PROGRAM

Signature Guaranteed (Guarantor: Affix stamp here)



NUMBER
119

COMMON STOCK

# GOFF, CORP

Par Value $.001
INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

SHARES
***250,000***

COMMON STOCK
CUSIP 36190U107

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

***Jeremy O'Leary***

is the Owner of ***Two Hundred Fifty Thousand ***

CANCELLED EMPIRE STOCK TRANSFER

CANCELLED EMPIRE STOCK TRANSFER

CANCELLED EMPIRE STOCK TRANSFER

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
GOFF, CORP

*transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.*

*Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.*

Dated: **December 21, 2011**

COUNTERSIGNED AND REGISTERED:
EMPIRE STOCK TRANSFER INC.
Transfer Agent and Registrar
By
AUTHORIZED SIGNATURE

CORPORATE SEAL

XXXXXXXX
DIRECTOR

PRESIDENT

B 10458

GOFF Scans 265

Goff TA# 17, p.18

The following abbreviations, when used in the inscription of the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM  — as tenants in common

TEN ENT  — as tenants by the entireties

JT TEN   — as joint tenants with right
             of survivorship and not as
             tenants in common

UNIF GIFT MIN ACT — _____Custodian_____
                                  (Cust)                (Minor)
                          under Uniform Gifts to Minors Act

_____
                 (State)

Additional abbreviations may also be used though not in the above list.

*For Value Received,* _____ *hereby sells, assigns and transfers unto*

PLEASE INSERT SOCIAL SECURITY
OR OTHER IDENTIFYING NUMBER

[_____]

_____

(PLEASE PRINT OR TYPE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

_____

_____*Shares*

*of the Capital Stock represented by this Certificate and hereby*

*irrevocably constitutes and appoints*

_____*Attorney*

*to transfer the said stock on the books of the within-named Corporation*

*with full power of substitution in the premises.*

*Dated* _____

NOTICE    THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND
          WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THIS
          CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR
          ENLARGEMENT OR ANY CHANGE WHATSOEVER.

SIGNATURE(S) GUARANTEED

NOTICE   THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE
         GUARANTOR INSTITUTION, (BANKS, STOCKBROKERS, SAVINGS
         AND LOAN ASSOCIATION AND CREDIT UNIONS) WITH MEMBERSHIP
         IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM
         PURSUANT TO S.E.C. RULE 17AD-15.

GOFF Scans 266
**Goff TA# 17, p.19**

A0332

# IRREVOCABLE STOCK POWER

**FOR VALUE RECEIVED,** the undersigned does hereby sell, assign and transfer unto:

| | |
|---|---|
| Name | Social Security/Tax ID Number |

Address

_250,000_ **shares of the Common Stock of:**
Number of shares

_Goff, Corp_

Issuer name

**Represented by:**

_119_

Certificate Number(s)

and does hereby irrevocably constitute and appoint Empire Stock Transfer Inc. to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.

Signed                                                                                    1/8/13
                                                                                         Dated

**NOTICE:** The signature(s) to this assignment must correspond with the name(s) as written upon the face of this certificate in every particular without alteration or enlargement or any change whatsoever.

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
BANK OF AMERICA

AUTHORIZED SIGNATURE
X 9 0 0 4 9 5 7
MEDALLION PROGRAM
( CA714 )

Signature Guaranteed (Guarantor Affix stamp here)



NUMBER
111

COMMON STOCK

# GOFF, CORP

Par Value $.001
INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

SHARES
***350,000***

COMMON STOCK
CUSIP 36190U107

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

***Mandy Bullman***

is the Owner of *** Three Hundred Fifty Thousand ***

CANCELLED

CANCELLED

CANCELLED

FULLY-PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF

GOFF, CORP

*transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.*

*Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.*

Dated: December 21, 2011

COUNTERSIGNED AND REGISTERED:
EMPIRE STOCK TRANSFER INC.
Transfer Agent and Registrar

By

AUTHORIZED SIGNATURE

CORPORATE SEAL

Patrick Cookay
XXXXXXXXXX
DIRECTOR

PRESIDENT

B 10466

GOFF Scans 268

Goff TA# 17, p.21

The following abbreviations, when used in the inscription of the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — _____ Custodian _____
(Cust)                    (Minor)
under Uniform Gifts to Minors Act

_____
(State)

Additional abbreviations may also be used though not in the above list.

*For Value Received,* _____ *hereby sells, assigns and transfers unto*

PLEASE INSERT SOCIAL SECURITY
OR OTHER IDENTIFYING NUMBER

[ _____ ]

_____

(PLEASE PRINT OR TYPE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

_____

_____   *Shares*

*of the Capital Stock represented by this Certificate and hereby*

*irrevocably constitutes and appoints*

_____   *Attorney*

*to transfer the said stock on the books of the within-named Corporation*

*with full power of substitution in the premises.*

*Dated* _____

NOTICE   THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THIS CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATSOEVER.

SIGNATURE(S) GUARANTEED

NOTICE   THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION, (BANKS, STOCKBROKERS, SAVINGS AND LOAN ASSOCIATION AND CREDIT UNIONS) WITH MEMBERSHIP IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM PURSUANT TO S.E.C. RULE 17AD-15.

# IRREVOCABLE STOCK POWER

**FOR VALUE RECEIVED,** the undersigned does hereby sell, assign and transfer unto:

Name _____   Social Security/Tax ID Number _____

_____ Address _____

_____ 350,000 _____ shares of the Common Stock of:
Number of shares

_____ GOFF, Corp. _____
Issuer name

**Represented by:**

_____ 111 _____
Certificate Number(s)

and does hereby irrevocably constitute and appoint Empire Stock Transfer Inc. to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.

_____        1/4/13
Signed                                   Dated

**NOTICE:** The signature(s) to this assignment must correspond with the name(s) as written upon the face of this certificate in every particular without alteration or enlargement or any change whatsoever.

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
BANK OF AMERICA, N.A.

AUTHORIZED SIGNATURE
X 9 0 0 4 9 5 7

(CA714 )

Signature Guaranteed (Guarantor: Affix stamp here)



NUMBER
109

COMMON STOCK

# GOFF, CORP

Par Value $.001
INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

SHARES
***350,000***

COMMON STOCK
CUSIP 38190U107

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

***Alan Carroll***

is the Owner of *** Three Hundred Fifty Thousand ***

CANCELLED
CANCELLED
CANCELLED

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
GOFF, CORP

*transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.*

*Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.*

Dated: **December 21, 2011**

COUNTERSIGNED AND REGISTERED:
EMPIRE STOCK TRANSFER INC.
Transfer Agent and Registrar
By
AUTHORIZED SIGNATURE

CORPORATE SEAL

XXXXXXXXX
DIRECTOR

PRESIDENT

B 10468

GOFF Scano 271

**Goff TA# 17, p.24**

The following abbreviations, when used in the inscription of the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — _____ Custodian _____
(Cust)                                    (Minor)
under Uniform Gifts to Minors Act

_____
(State)

Additional abbreviations may also be used though not in the above list.

*For Value Received,* _____ *hereby sells, assigns and transfers unto*

PLEASE INSERT SOCIAL SECURITY
OR OTHER IDENTIFYING NUMBER

[                                    ]

_____

(PLEASE PRINT OR TYPE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

_____

_____ *Shares*

*of the Capital Stock represented by this Certificate and hereby irrevocably constitutes and appoints*

_____ *Attorney*

*to transfer the said stock on the books of the within–named Corporation with full power of substitution in the premises.*

*Dated* _____

NOTICE    THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THIS CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATSOEVER.

SIGNATURE(S) GUARANTEED

NOTICE    THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION, (BANKS, STOCKBROKERS, SAVINGS AND LOAN ASSOCIATION AND CREDIT UNIONS) WITH MEMBERSHIP IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM PURSUANT TO S.E.C. RULE 17AD-15.

# IRREVOCABLE STOCK POWER

**FOR VALUE RECEIVED, the undersigned does hereby sell, assign and transfer unto:**

| Name | Social Security/Tax ID Number |
|---|---|

Address

350,000 shares of the Common Stock of:

Number of shares

GOFF, Corp.

Issuer name

**Represented by:**

109

Certificate Number(s)

and does hereby irrevocably constitute and appoint Empire Stock Transfer Inc. to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.

Signed                                                                                          Dated 1/7/13

**NOTICE: The signature(s) to this assignment must correspond with the name(s) as written upon the face of this certificate in every particular without alteration or enlargement or any change whatsoever.**

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
BANK OF AMERICA

CA714
SECURITIES THANSFER AGENT MEDALLION PROGRAM™

AUTHORIZED SIGNATURE
X 9 0 0 4 9 5 7

Signature Guaranteed (Guarantor: Affix stamp here)

GOFF Scans 273
**Goff TA# 17, p.26**

A0339



NUMBER
108

SHARES
***350,000***

COMMON STOCK

**GOFF, CORP**

Par Value $.001
INCORPORATED UNDER THE LAWS OF THE STATE OF

NEVADA

COMMON STOCK
CUSIP 36190U107

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

***Patricia Crowley***

is the Owner of   *** Three Hundred Fifty Thousand ***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
**GOFF, CORP**
transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.

Dated: **December 21, 2011**

COUNTERSIGNED AND REGISTERED:
**EMPIRE STOCK TRANSFER INC.**
Transfer Agent and Registrar

By
AUTHORIZED SIGNATURE

CORPORATE
SEAL

XXXXXXXXXX
DIRECTOR

PRESIDENT

B   10469

GOFF Scans 274

**Goff TA# 17, p.27**

A0340

The following abbreviations, when used in the inscription of the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — _____Custodian_____
(Cust)                                      (Minor)
under Uniform Gifts to Minors Act

_____
(State)

Additional abbreviations may also be used though not in the above list.

*For Value Received,* _____ *hereby sells, assigns and transfers unto*

PLEASE INSERT SOCIAL SECURITY
OR OTHER IDENTIFYING NUMBER

_____

(PLEASE PRINT OR TYPE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

_____ *Shares*

*of the Capital Stock represented by this Certificate and hereby*

*irrevocably constitutes and appoints*

_____ *Attorney*

*to transfer the said stock on the books of the within-named Corporation*

*with full power of substitution in the premises.*

*Dated* _____

NOTICE   THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THIS CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATSOEVER.

SIGNATURE(S) GUARANTEED

NOTICE   THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION, (BANKS, STOCKBROKERS, SAVINGS AND LOAN ASSOCIATION AND CREDIT UNIONS) WITH MEMBERSHIP IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM PURSUANT TO S.E.C. RULE 17AD-15.

# IRREVOCABLE STOCK POWER

**FOR VALUE RECEIVED,** the undersigned does hereby sell, assign and transfer unto:

| Name | Social Security/Tax ID Number |
|------|-------------------------------|

Address

_350,000_ shares of the Common Stock of:
Number of shares

_Goff, Corp._
Issuer name

**Represented by:**

_108_
Certificate Number(s)

and does hereby irrevocably constitute and appoint Empire Stock Transfer Inc. to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.

_PArina Curley_                                      _1/8/13_
Signed                                                      Dated

**NOTICE:** The signature(s) to this assignment must correspond with the name(s) as written upon the face of this certificate in every particular without alteration or enlargement or any change whatsoever.

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
BANK OF AMERICA, N.A

( CA714 )                     AUTHORIZED SIGNATURE
                              X 9 0 0 4 9 5 7
Signature Guaranteed (Guarantor: Affix stamp here)



**GOFF, CORP**

NUMBER
103

COMMON STOCK

SHARES
***350,000***

COMMON STOCK
CUSIP 36190U107

Par Value $.001
INCORPORATED UNDER THE LAWS OF THE STATE OF

NEVADA

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

***Stephen Walsh***

Is the Owner of *** Three Hundred Fifty Thousand ***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF

**GOFF, CORP**

*transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.*

*Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.*

Dated: **December 21, 2011**

COUNTERSIGNED AND REGISTERED:
EMPIRE STOCK TRANSFER INC.
Transfer Agent and Registrar

By
AUTHORIZED SIGNATURE

CORPORATE SEAL

DIRECTOR

PRESIDENT

B   10474

GOFF Scans 277

**Goff TA# 17, p.30**

A0343

The following abbreviations, when used in the inscription of the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — _____Custodian_____
                              (Cust)                    (Minor)
                    under Uniform Gifts to Minors Act

_____
                              (State)

Additional abbreviations may also be used though not in the above list.

*For Value Received,*_____*hereby sells, assigns and transfers unto*

PLEASE INSERT SOCIAL SECURITY
OR OTHER IDENTIFYING NUMBER

_____

(PLEASE PRINT OR TYPE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

_____ *Shares*

*of the Capital Stock represented by this Certificate and hereby*

*irrevocably constitutes and appoints*

_____ *Attorney*

*to transfer the said stock on the books of the within-named Corporation*

*with full power of substitution in the premises.*

*Dated* _____

NOTICE   THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THIS CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATSOEVER.

SIGNATURE(S) GUARANTEED

NOTICE   THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION, (BANKS, STOCKBROKERS, SAVINGS AND LOAN ASSOCIATION AND CREDIT UNIONS) WITH MEMBERSHIP IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM PURSUANT TO S.E.C. RULE 17AD-15.

## IRREVOCABLE STOCK POWER

**FOR VALUE RECEIVED,** the undersigned does (do) hereby sell, assign and transfer to

_____

_____

_____

| | (SOCIAL SECURITY |
| OR TAXPAYER IDENTIFYING NO.) |

**PLEASE COMPLETE THIS PORTION**

_____ shares of the _____ stock of _____

represented by Certificate(s) No(s) _____ inclusive,

standing in the name of the undersigned on the books of said Company.

The undersigned does (do) hereby irrevocably institute and appoint _____

_____ attorney to transfer the said stock or bond(s), as the case may be, on

the books of said Company, with full power of substitution in the premises.

Dated   Nov. 22, 2012

*Stephen Walsh*                                  _____

Stephen Walsh                                    _____

PRINTED NAME                                     PRINTED NAME

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
BANK OF AMERICA, N.A.

( CA714 )                        AUTHORIZED SIGNATURE
                                 X 9 0 0 4 9 5 7
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM

A0345



NUMBER
105

COMMON STOCK

# GOFF, CORP

Par Value $.001
INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

SHARES
***350,000***

COMMON STOCK
CUSIP 36190U107

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

***John Hornibrook***

is the Owner of *** Three Hundred Fifty Thousand ***

CANCELLED

CANCELLED

CANCELLED

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
GOFF, CORP

*transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.*

*Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.*

Dated: December 21, 2011

COUNTERSIGNED AND REGISTERED:
EMPIRE STOCK TRANSFER INC.
Transfer Agent and Registrar

By

AUTHORIZED SIGNATURE

CORPORATE SEAL

XXXXXXXX
DIRECTOR

PRESIDENT

B 10472

GOFF Scans 280

Goff TA# 17, p.33

The following abbreviations, when used in the inscription of the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — _____ Custodian _____
(Cust) (Minor)
under Uniform Gifts to Minors Act

_____
(State)

Additional abbreviations may also be used though not in the above list.

*For Value Received,* _____ *hereby sells, assigns and transfers unto*

PLEASE INSERT SOCIAL SECURITY
OR OTHER IDENTIFYING NUMBER

_____

(PLEASE PRINT OR TYPE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

_____ *Shares*

*of the Capital Stock represented by this Certificate and hereby*

*irrevocably constitutes and appoints*

_____ *Attorney*

*to transfer the said stock on the books of the within-named Corporation*

*with full power of substitution in the premises.*

*Dated* _____

NOTICE   THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THIS CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATSOEVER.

SIGNATURE(S) GUARANTEED

NOTICE   THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION, (BANKS, STOCKBROKERS, SAVINGS AND LOAN ASSOCIATION AND CREDIT UNIONS) WITH MEMBERSHIP IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM PURSUANT TO S.E.C. RULE 17AD-15.

# IRREVOCABLE STOCK POWER

**FOR VALUE RECEIVED,** the undersigned does hereby sell, assign and transfer unto:

| | |
|---|---|
| Name | Social Security/Tax ID Number |

Address

350,000
Number of shares    **shares of the Common Stock of:**

Goff, Corp.
Issuer name

**Represented by:**

105
Certificate Number(s)

and does hereby irrevocably constitute and appoint Empire Stock Transfer Inc. to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.

Signed _____    Dated 1/4/13

**NOTICE:** The signature(s) to this assignment must correspond with the name(s) as written upon the face of this certificate in every particular without alteration or enlargement or any change whatsoever.

( CA71 )
SECURITY TRANSFER AGENTS MEDALLION PROGRAM

AUTHORIZED SIGNATURE
X 9 0 0 4 9 5 7
BANK OF AMERICA, N.A.

Signature Guaranteed (Guarantor: Affix stamp here)



NUMBER
122

COMMON STOCK

**GOFF, CORP**

Par Value $.001

INCORPORATED UNDER THE LAWS OF THE STATE OF

NEVADA

SHARES
***250,000***

COMMON STOCK
CUSIP 36190U107

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

***Rhona O'Leary***

is the Owner of  *** Two Hundred Fifty Thousand ***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF

**GOFF, CORP**

transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.

Dated:  **December 21, 2011**

COUNTERSIGNED AND REGISTERED:
EMPIRE STOCK TRANSFER INC.
Transfer Agent and Registrar

By
AUTHORIZED SIGNATURE

CORPORATE
SEAL

DIRECTOR

PRESIDENT

B   10455

GOFF Scans 283

**Goff TA# 17, p.36**

A0349



NUMBER
120

COMMON STOCK

# GOFF, CORP

SHARES
***250,000***

COMMON STOCK
CUSIP 36190U107

Par Value $.001
INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

CANCELLED

CANCELLED

CANCELLED

***Frances O'Leary***

is the Owner of *** Two Hundred Fifty Thousand ***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
GOFF, CORP

*transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.*

*Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.*

Dated: December 21, 2011

COUNTERSIGNED AND REGISTERED:
EMPIRE STOCK TRANSFER INC.
Transfer Agent and Registrar
By
AUTHORIZED SIGNATURE

CORPORATE SEAL

XXXXXXXX
DIRECTOR

PRESIDENT

B 10457

GOFF Scans 284

Goff TA# 17, p.37

The following abbreviations, when used in the inscription of the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — _____ Custodian_____
(Cust)      (Minor)
under Uniform Gifts to Minors Act

_____
(State)

Additional abbreviations may also be used though not in the above list.

*For Value Received,* _____ *hereby sells, assigns and transfers unto*

PLEASE INSERT SOCIAL SECURITY
OR OTHER IDENTIFYING NUMBER

(PLEASE PRINT OR TYPE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

_____ *Shares*

*of the Capital Stock represented by this Certificate and hereby*

*irrevocably constitutes and appoints*

_____ *Attorney*

*to transfer the said stock on the books of the within-named Corporation*

*with full power of substitution in the premises.*

*Dated* _____

NOTICE   THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THIS CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATSOEVER.

SIGNATURE(S) GUARANTEED

NOTICE   THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION, (BANKS, STOCKBROKERS, SAVINGS AND LOAN ASSOCIATION AND CREDIT UNIONS) WITH MEMBERSHIP IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM PURSUANT TO S.E.C. RULE 17AD-15.

## IRREVOCABLE STOCK POWER

For value received, the undersigned hereby sell, assign and transfer unto:

_____

_____ shares ( \_\_\_\_\_ ) of the _____

Capital stock of _____

standing in _____ name on the books of said _____

represented by Certificate No. _____

herewith and do hereby irrevocably constitute and appoint _____

_____ attorney to transfer the said stock on the books of the within

named Company with full power of substitution in the premises.

Dated _Dec 7, 2012_                  Signed by: _____

_____

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
BANK OF AMERICA, N.A.

( CA714 )                          AUTHORIZED SIGNATURE
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM™          X 9 0 0 4 9 5 7

GOFF Scans 286
**Goff TA# 17, p.39**

A0352

## IRREVOCABLE STOCK POWER

**FOR VALUE RECEIVED**, the undersigned does hereby sell, assign and transfer unto:

| | |
|---|---|
| Name | Social Security/Tax ID Number |

Address

3 50 000

Number of shares

shares of the Common Stock of:

GOFF, Corp.

Issuer name

**Represented by:**

\| 10

Certificate Number(s)

~~and does~~ hereby irrevocably constitute and appoint Empire Stock Transfer Inc. to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.

_____
Signed

1/4/13
Dated

**NOTICE:** The signature(s) to this assignment must correspond with the name(s) as written upon the face of this certificate in every particular without alteration or enlargement or any change whatsoever.

SIGNATURE GUARANTEED
MEDALLION GUARANTEE
BANK STAMP

Signature Guaranteed (Guarantor: Affix stamp here)

**Brian Barthlow**

| | |
|---|---|
| **From:** | Brian Barthlow |
| **Sent:** | Thursday, January 17, 2013 10:09 AM |
| **To:** | 'Nod'; Matthew Blevins |
| **Cc:** | Caledonian Securities Limited |
| **Subject:** | RE: GOFF 137 144 121 119 111 109 108 103 105 122 120 |
| **Attachments:** | image001.jpg; image002.png; image003.png; image004.jpg |

Good Morning Everybody

Need to follow-up on the above-mentioned transfer. As I am to understand to keep the certificate from being Restricted control you would be able to provide us updated instructions to transfer the shares as Caledonian Bank Limited FBO "shareholder"

Please provide me the updated instructions at your earliest convenience as we cannot hold this item past tomorrow 1/18/2013

Best Regards
BRIAN BARTHLOW

Please Take Our Customer Satisfaction Survey
http://empirestock.com/survey.html

Empire Stock Transfer Inc.
1859 Whitney Mesa Dr.
Henderson, Nevada 89014
(702) 818-5898



CONFIDENTIALITY NOTICE: This e-mail and any attached documents contain information which is PRIVILEGED, PROPRIETARY and CONFIDENTIAL, are protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, Federal and State copyright laws, and are intended only for the use of the recipient(s) named herein. No part of this document or any attachments may be reproduced or transmitted without permission from Empire Stock Transfer inc. If you are not the intended recipient, you are hereby notified that any disclosure, distribution, or the taking of any action in reliance upon the contents of this communication is strictly prohibited. If you have received this transmission in error, please notify us immediately.

**From:** Nod [mailto:Nathaniel.Orr-Depner@caledonian.com]
**Sent:** Tuesday, January 15, 2013 3:28 PM
**To:** Matthew Blevins
**Cc:** Brian Barthlow; Caledonian Securities Limited
**Subject:** Re: GOFF Phil 1; 42pm 15-Jan-13

Hello Matt,

I just left the office but can call any time. I will be in early on Wednesday and call.

-NOD-

1

This envelope is for use with the following services: UPS

**UPS Worldwide Express**
**UPS 2nd Day Air®**

PHIL KUEBER
(310) 613-6260
STE 200
8200 WILSHIRE BLVD
BEVERLY HILLS  CA 90211-2331

0.5 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 08 JAN 2013

SHIP ATTN CHRISTINE
TO: EMPIRE STOCK TRANSFER
    1859 WHITNEY MESA DR

HENDERSON  NV 89014-2069

NV 890 9-04



UPS NEXT DAY AIR        1
TRACKING #: 1Z 5R8 V56 01 4942 0326

BILLING: P/P

REF #1: ORDER / ITEM #
REF #2: REFERENCE #

This envelope is for use
with the following servic

**UPS Next Day Air®**
**UPS Worldwide Express**
**UPS 2nd Day Air®**

Do not use this envelope

**UPS Ground**
**UPS Standard**
**UPS 3 Day Select®**
**UPS Worldwide Expedite**

Apply shipping documer

A0355