Exploitation Licenses, as governed by Decree 2655 of 1988, are legal permits to exploit minerals in a map-staked area. These Licenses were granted for a term of ten years, and as provided in Article 46 of Decree 2655, it is possible for the title holder to opt for one of two Options at the end of the ten-year period: (i) an extension of the License for another ten years, after which there is no legal possibility to extend the exploitation period, or (ii) conversion into a Concession Agreement, covering a map-staked area and in good standing for a period of up to thirty years, with additional extensions possible. Both Exploitation Licenses and Concession Agreements are drawn using the UTM co-ordinate system.

In Colombia, mineral Concession Agreements consist of three phases, namely, the exploration, construction, and exploitation phases, and are governed by Law 685 of 2001 as modified by Law 1382 of 2010. Under the Modified Mining Code, the exploration phase is for a three-year period, which can be extended for up to four additional two-year periods for a maximum of eleven years. During the exploration phase, annual surface payments, Cánon Superficiario ("Canon"), are payable to the Colombian government on the basis of one minimum daily salary per hectare. The current Canon rate is COP18.856 per hectare (approximately US$10.6/ha). The surface payment is calculated as one minimum daily wage per contracted hectare per year for the first five years of the exploration phase. During years six and seven of the exploration phase, the payment increases to 1.25 minimum daily wages per contracted hectare per year, and in years eight to eleven it increases to 1.5 minimum daily wages per contracted hectare per year. Upon completion of the exploration phase of a Concession, the construction phase is for a period of three years and may be extended for a period of one year, after which it enters its exploitation phase, in which Canon fees are no longer payable but are replaced by a production royalty payable to the Colombian government.

Regulation of Exploitation Licenses, on the contrary, is not divided into three phases but consists of a single ten-year period in which exploitation can take place, and in which production royalties are payable to the Colombian government on the basis of grams extracted. No Canon fees are payable for Exploitation Licenses. Under Decree 2685 of 1988, Exploration Licenses were granted as a previous stage to the granting of an Exploitation License; under those, the title holder was entitled to explore the area for the purpose of determining the existence of mineral reserves, for a term of one to five years, depending on the area to be explored. Exploitation Licenses were granted for small scale mining not exceeding 250,000 m³ of extraction per year per License.

*Permitting*

Under an exploration License, early stages of exploration including geological mapping and stream or soil geochemistry do not require permits, as long as the surface of the License is not disturbed. Exploration activity involving soil disturbance, including trenching and road and drill pad construction requires an environmental management plan. Drilling requires a take water permit and a water discharge permit. The Client is in possession of all permits required for surface exploration and has submitted environmental management plans for the proposed work.

*Historical Exploration and Artisanal Mining*

Traditional (Artisanal) mining has taken place on the La Frontera Project, which poses potential for liability based on the frequent violation of mining and environmental laws by traditional miners (including their use of hazardous substances such as cyanide). Accordingly, requests have been filed for the suspension of exploitation activities on La Frontera Project by such traditional miners

*Geological Setting and Mineralization*

*Regional Geology*

The La Frontera Property is situated within the Eastern Cordillera in northeastern Colombia. The Eastern Cordillera bifurcates at a point south of the Maracaibo Basin. The western branch swings to the northwest, while the eastern branch maintains the northeast trend and continues as the Sierra de Merida in Venezuela, to the east of the Maracaibo Basin (Figure 1).

17

A0401

*Drilling*

No drilling has been completed in the area.

## SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT

The following table sets forth, as of March 8, 2013 certain information with respect to the beneficial ownership of our common stock by each stockholder known by us to be the beneficial owner of more than 5% of our common stock and by each of our current directors and executive officers. Each person has sole voting and investment power with respect to the shares of common stock. Beneficial ownership consists of a direct interest in the shares of common stock, except as otherwise indicated.

| Name and Address of Beneficial Owner | Amount and Nature of Beneficial Ownership | Percentage of Class[1] |
|---|---|---|
| Warwick Calasse, President, Chief Executive Officer, Treasurer, Secretary, and Director 24 Gardener Road, Arcturus Ruwa, Zimbabwe, South Africa | 350,000,000[2] | 66.37% |
| *Directors and Executive Officers as a Group[1]* | 350,000,000 | 66.37% |
| Golden Glory Resources S.A.[4] Suite 1-A, #5 Calle Eusebio A. Morales El Cangrejo, Panama City Republic of Panama | 150,000,000[3] | 28.44% |
| | -- | -- |

(1) Under Rule 13d-3, a beneficial owner of a security includes any person who, directly or indirectly, through any contract, arrangement, understanding, relationship, or otherwise has or shares: (i) voting power, which includes the power to vote, or to direct the voting of shares; and (ii) investment power, which includes the power to dispose or direct the disposition of shares. Certain shares may be deemed to be beneficially owned by more than one person (if, for example, persons share the power to vote or the power to dispose of the shares). In addition, shares are deemed to be beneficially owned by a person if the person has the right to acquire the shares (for example, upon exercise of an option) within 60 days of the date as of which the information is provided. In computing the percentage ownership of any person, the amount of shares outstanding is deemed to include the amount of shares beneficially owned by such person (and only such person) by reason of these acquisition rights. As a result, the percentage of outstanding shares of any person as shown in this table does not necessarily reflect the person's actual ownership or voting power with respect to the number of shares of common stock actually outstanding on March 8, 2013. As of March 8, 2013, there were 227,250,000 common shares of our company's common stock issued and outstanding, in addition to 10,000,000 shares of Series "A" Preferred Stock with 75 for 1 voting rights with the holder of our common stock. Each Series "A" Preferred Share is convertible to without restriction on the basis of 1 preferred share for 30 common shares. Percentages are based on 527,000,000 common shares outstanding on fully converted basis.

(2) Includes 50,000,000 common shares and 5,000,000 Series "A" Preferred shares held directly by Mr. Calasse, in addition to 5,000,000 Series "A" Preferred shares held by Golden Glory Resources S.A. The Series "A" Preferred Shares are convertible without restriction on a 1 preferred for 30 common share basis (300,000,000 common shares on a full converted basis).

(3) Includes 000,000 Series "A" Preferred shares convertible without restriction on a 1 preferred for 30 common share basis (150,000,000 common shares on a fully converted basis).

(4) Mr. Warwick Calasse holds dispositive and voting control of securities held by Golden Glory Resources S.A.

24

A0403

*Change in Control*

We are not aware of any arrangement that might result in a change in control of our company in the future.

## DIRECTORS AND EXECUTIVE OFFICERS

All directors of our company hold office until the next annual meeting of the security holders or until their successors have been elected and qualified. The officers of our company are appointed by our board of directors and hold office until their death, resignation or removal from office. Our directors and executive officers, their ages, positions held, and duration as such, are as follows:

| Name | Position Held with the Company | Age | Date First Elected or Appointed |
|------|-------------------------------|-----|--------------------------------|
| Warwick Calasse | President, Chief Executive Officer, Treasurer, Secretary, and Director | 30 | February 26, 2013 |

*Business Experience*

The following is a brief account of the education and business experience during at least the past five years of our director an executive officer, indicating his principal occupation during that period, and the name and principal business of the organization i which such occupation and employment were carried out.

*Warwick Calasse*

Mr. Warwick Calasse has an extensive entrepreneurial and operational management background working in the private sector i both the United Kingdom and Southern Africa. From 2006 to 2010, Mr. Calasse held various training and management position with horse farms and stables in the United Kingdom and Zimbabwe. From 2006 through 2008, he was employed as a trainer a Clare House Stables in Dullingham, Suffolk, United Kingdom. From February 2009 through February 2010, he served as Manage at Sambok Farm, Marondera, Zimbabwe where he managed a staff of 60 and stable of 120 horses. From March to August of 2010 he served as Manager of the Tippits Polo Yard in Midhurst, United Kingdom. Since August, 2010, Mr. Calasse has served a executive officer and director of Raftec Investments, a firm which he owns and controls. Raftec is a chemicals importer located i Harare, Zimbabwe and focusing on foam rubber products and chemicals for the mineral exploration industry. Mr. Calasse is 3 years of age.

*Family Relationships*

There are no family relationships among our past or current directors or executive officers.

25

8.    Such person was the subject of, or a party to, any sanction or order, not subsequently reversed, suspended or vacated of any self-regulatory organization (as defined in Section 3(a)(26) of the Exchange Act (15 U.S.C. 78c(a)(26))), an registered entity (as defined in Section 1(a)(29) of the Commodity Exchange Act (7 U.S.C. 1(a)(29))), or an equivalent exchange, association, entity or organization that has disciplinary authority over its members or person associated with a member.

## EXECUTIVE COMPENSATION

The particulars of the compensation paid to the following persons:

(a)  our principal executive officer;

(b)  each of our two most highly compensated executive officers who were serving as executive officers at the end of th years ended December 31, 2012 and 2011; and

(c)  up to two additional individuals for whom disclosure would have been provided under (b) but for the fact that th individual was not serving as our executive officer at the end of the years ended December 31, 2012 and 2011,

who we will collectively refer to as the named executive officers of our company, are set out in the following summar compensation table, except that no disclosure is provided for any named executive officer, other than our principal executiv officers, whose total compensation did not exceed $100,000 for the respective fiscal year:

## SUMMARY COMPENSATION TABLE

| Name and Principal Position | Year | Salary ($) | Bonus ($) | Stock Awards ($) | Option Awards ($) | Non-Equity Incentive Plan Compensation ($) | Change in Pension Value and Nonqualified Deferred Compensation Earnings ($) | All Other Compensation ($) | Total ($ |
|---|---|---|---|---|---|---|---|---|---|
| Gary O'Flynn President, Chief Executive Officer, Chief Financial Officer, Treasurer, Chief Accounting Officer and Director | 2012 2011 | Nil Nil | Nil Nil | Nil Nil | Nil Nil | Nil Nil | Nil Nil | Nil Nil | Nil Nil |
| Patrick Corkery, Director[2] | 2012 2011 | Nil Nil | Nil Nil | Nil Nil | Nil Nil | Nil Nil | Nil Nil | Nil Nil | Nil Nil |

[1]  Mr. O'Flynn served as President, Chief Executive Officer, Treasurer, Chief Financial Officer, Secretary and as a director of ou company from our inception on July 12, 2010 until his resignation on February 26, 2013.

[2]  Mr. Corkery served as a director of our Company from April 1, 2011 until his resignation on February 26, 2013

There are no compensatory plans or arrangements with respect to our executive officers resulting from their resignation, retiremer or other termination of employment or from a change of control.

27

*Outstanding Equity Awards at Fiscal Year-End*

As at J, there were no unexercised options or stock that had not vested in regards to our executive officers, and there were no equity incentive plan awards for our executive officers during the year ended June 30, 2012.

*Options Grants in the Year Ended* June 30, 2012

During the year ended June 30, 2012, no stock options were granted to our executive officers.

*Aggregated Options Exercised in the Year Ended* June 30, 2012*and Year End Option Values*

There were no stock options exercised during the year ended June 30, 2012and no stock options held by our executive officers at the end of the year ended June 30, 2012.

*Repricing of Options/SARS*

We did not reprice any options previously granted to our executive officers during the year ended June 30, 2012.

*Director Compensation*

Directors of our company may be paid for their expenses incurred in attending each meeting of the directors. In addition t expenses, directors may be paid a sum for attending each meeting of the directors or may receive a stated salary as director. N payment precludes any director from serving our company in any other capacity and being compensated for such service. Member of special or standing committees may be allowed similar reimbursement and compensation for attending committee meeting. During the year ended June 30, 2012, we did not pay any compensation or grant any stock options to our directors.

*Pension, Retirement or Similar Benefit Plans*

There are no arrangements or plans in which we provide pension, retirement or similar benefits for directors or executive officer. We have no material bonus or profit sharing plans pursuant to which cash or non-cash compensation is or may be paid to ou directors or executive officers, except that stock options may be granted at the discretion of the board of directors or a committee thereof.

*Indebtedness of Directors, Senior Officers, Executive Officers and Other Management*

None of our directors or executive officers or any associate or affiliate of our company during the last two fiscal years, is or ha been indebted to our company by way of guarantee, support agreement, letter of credit or other similar agreement or understandin currently outstanding.

## CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS, AND DIRECTOR INDEPENDENCE

Except as disclosed below, there have been no transactions or proposed transactions in which the amount involved exceeds the lesser of $120,000 or one percent of the average of our total assets at year-end for the last two completed fiscal years in which any of our directors, executive officers or beneficial holders of more than 5% of the outstanding shares of our common stock, or any of their respective relatives, spouses, associates or affiliates, has had or will have any direct or material indirect interest.

*Corporate Governance*

We currently act with one director, Warwick Calasse. Additional appointments to our board of directors are under consideration a of the date of this report.

We do not have a standing **audit**, compensation or nominating **committee**, but our entire board of **directors** acts in such capacitie. We believe that our board of **directors** is capable of analyzing **and evaluating** our financial statements and **understanding interna** controls and procedures for financial reporting. The board of **directors** of our company does not believe that it is **necessary to have**

A0406

## LEGAL PROCEEDINGS

We know of no material, existing or pending legal proceedings against our company, nor are we involved as a plaintiff in any material proceeding or pending litigation. There are no proceedings in which any of our directors, officers or affiliates, or any registered or beneficial shareholder, is an adverse party or has a material interest adverse to our interest.

## MARKET PRICE OF AND DIVIDENDS ON THE REGISTRANT'S COMMON EQUITY AND RELATED STOCKHOLDER MATTERS

Our common shares are quoted on the Over-the-Counter Bulletin Board under the symbol "GOFF". As at the date of this report there have been no trades of common.

Our common shares are issued in registered form. Empire Stock Transfer Inc., 1859 Whitney Mesa Drive, Henderson, NV 89014 (Telephone: (702) 818-5898; Facsimile: (702) 974-1444) is the registrar and transfer agent for our common shares.

On March 8, 2013, the shareholders' list showed 227,250,000 common shares outstanding held by 30 registered shareholders .

*Dividends*

We have not declared or paid any cash dividends since inception and we do not intend to pay any cash dividends in the foreseeable future. Although there are no restrictions that limit our ability to pay dividends on our shares of common stock other than as described below, we intend to retain future earnings for use in our operations and the expansion of our business.

*Equity Compensation Plan Information*

We have not adopted any equity compensation plans.

*Purchases of Equity Securities by the Issuer and Affiliated Purchasers*

We did not purchase any of our shares of common stock or other securities for the year ended June 30, 2012.

## RECENT SALES OF UNREGISTERED SECURITIES

The following sets forth certain information concerning securities which were sold or issued by us without the registration of the securities under the Securities Act of 1933 in reliance on exemptions from such registration requirements within the past three years:

We issued 4,000,000 shares of our common stock to Gary O'Flynn on December 8, 2010. Mr. O'Flynn is our former President, Chief Executive Officer, Secretary, Treasurer and director. He acquired these 4,000,000 shares at a price of $0.001 per share for total proceeds to us of $4,000.00. These shares were issued in an offshore transaction relying on Regulation S and/or Section 4(2) of the Securities Act of 1933, as amended.

We issued 350,000 shares of our common stock to Patrick Corkery on December 14, 2010. Mr. Corkery is our former director. He acquired these 350,000 shares at a price of $0.003 per share for total proceeds to us of $1,050.00. These shares were issued in an offshore transaction relying on Regulation S and/or Section 4(2) of the Securities Act of 1933, as amended.

We completed an offering of 6,800,000 shares of our common stock at a price of $0.003 per share to 22 purchasers on January 28, 2011. The total amount received from this offering was $20,400. These shares were issued in an offshore transaction relying on Regulation S and/or Section 4(2) of the Securities Act of 1933, as amended.

We completed an offering of 290,000 shares of our common stock at a price of $0.01 per share to the following 5 purchasers on April 5, 2011. The total amount received from this offering was $2,900. These shares were issued in an offshore transaction relying on Regulation S and/or Section 4(2) of the Securities Act of 1933, as amended.

On February 28, 2013, we issued 100,000,000 shares of our common stock to Warwick Calasse, our president, chief executive officer and director, in consideration of management services. These shares were issued in an offshore transaction relying o Regulation S and/or Section 4(2) of the Securities Act of 1933, as amended.

## DESCRIPTION OF REGISTRANT'S SECURITIES TO BE REGISTERED

### General

Our authorized capital stock consists of 1,875,000,000 shares of common stock at a par value of $0.001 per share and 100,000,000 preferred shares with a par value of $0.001 per share. .

### Common Stock

As of March 8, 2013 there were 227,250,000 shares of our common stock issued and outstanding that are held by 30 stockholder of record.

The rights of the holders of our common stock are qualified entirely by the rights of the holders of our Series "A" Preferred Stock which is described below under the heading "Preferred Stock".

Holders of our common stock are entitled to one vote for each share on all matters submitted to a stockholder vote. Holders o common stock do not have cumulative voting rights. Therefore, holders of a majority of the shares of common stock voting for th election of directors can elect all of the directors. Holders of our common stock representing a majority of the voting power of ou capital stock issued, outstanding and entitled to vote, represented in person or by proxy, are necessary to constitute a quorum at an meeting of our stockholders. A vote by the holders of a majority of our outstanding shares is required to effectuate certai fundamental corporate changes such as liquidation, merger or an amendment to our articles of incorporation.

Holders of common stock are entitled to share in all dividends that the board of directors, in its discretion, declares from legall available funds. In the event of a liquidation, dissolution or winding up, each outstanding share entitles its holder to participate pr rata in all assets that remain after payment of liabilities and after providing for each class of stock, if any, having preference ove the common stock. Holders of our common stock have no pre-emptive rights, no conversion rights and there are no redemptio provisions applicable to our common stock.

### Preferred Stock

On March 4, 2012, having obtained the written consent of the holders of 54.08% of our common shares, we filed a Certificate o Amendment with the Nevada Secretary of State to authorize 100,000,000 preferred shares with a par value of $0.001. Pursuant t the amendment, our board of directors may fix and determine the designations, rights, preferences or other variations of each clas or series of preferred stock issued from time to time.

On March 8, 2013, pursuant to the approval of our board of Directors, we filed a Certificate of Designation with the Nevada Secretary of State designating 10,000,000 shares of our preferred stock as Series "A" Preferred Stock. There are 10,000,000 share of our Series "A" preferred stock issued and outstanding as of the date of this report. Shares of our series "A" preferred stock have the following designations, powers, preferences and relative and other special rights and the following qualifications, limitations and restrictions:

Designation and Rank.

The designation of such series of the Preferred Stock shall be the Series A Preferred Stock, par value $0.001 per share (the "Series A Preferred Stock"). The maximum number of shares of Series A Preferred Stock shall be 10,000,000. The Series A Preferred Stock shall rank senior to the Company's common stock, par value $0.001 per share (the "Common Stock"), and to all other classes

A0408

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on it behalf by the undersigned hereunto duly authorized.

**GOFF, CORP.**

/s/ Warwick Calasse
Warwick Calasse
President, Chief Executive Officer, Treasurer,
Secretary, and Director

Date: March 11, 2013

35

2013-03-15 PZM Goff Unit Buys 100% in La Ffrontera Gold Project
Wire: GlobeNewswire, Inc. (PZM) Date: Mar 15 2013  19:24:18
Goff Corp. Subsidiary Golden Glory Resources Acquires 100 Percent Interest in the La
Frontera Gold Project in Colombia's Hottest

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
 BN 03/15 19:24 *GOFF UNIT GOLDEN GLORY RESOURCES BUYS 100% INTEREST IN LA
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Goff Corp. Subsidiary Golden Glory Resources Acquires 100 Percent Interest in
the La Frontera Gold Project in Colombia's Hottest Gold Exploration Region

Goff Corp. subsidiary Golden Glory Resources acquires 100% interest in the La
Frontera Gold Project in Aguadas, Dept. Of Caldas In Colombia - responsible
for $2.8 billion in gold production in 2011

MEDELLIN, Colombia, March 15, 2013 (GLOBE NEWSWIRE) -- via PRWEB -- Goff
Corporation ("Goff" or "the Company") (OTCQB:GOFF) through its wholly owned
subsidiary Golden Glory Resources S.A. ("Golden Glory"), has acquired 100%
interest in mineral leases in the Aguadas, Department of Caldas, Colombia area
- a region well known for multiple gold discoveries within the past several
years as Colombia has opened its doors to global mining interest.

The leases on LGC15011 or known the "La Frontera Prospect" are comprised of
1227 hectares of mineral leases in the Aguadas area, Department of Caldas,
located about 60 kilometers south of Medellin in Colombia's northern region.
The leases were acquired 100% from a Colombian mining company.

The Caldas Region is widely regarded in the mining investment community as one
of Colombia's hottest gold exploration and production areas. In 2011 an
estimated 55,908 kilograms of gold valued at over USD $2.8 billion were
produced in that South American country (Source: USGS Yearbook 2011 Colombia).
Approximately two-thirds of Colombian gold production has been from placer
deposits in the Department of Antioqua, which is immediacy adjacent to and
straddles about 30% of the leases where Golden Glory's La Frontera Project is
located.

Exploration was carried out by previous leaseholders and several artisanal
miners have produced gold from the La Frontera property. This data, combined
with modern mining approaches and review led to the acquisition and new
initiative being launched by Goff subsidiary Golden Glory Resources.

Based on the size of the leases and the exploration target area, this project
is seen to be on the order of six times as large as notable prospects with
similar gold type and potential - namely the Marmato mountain development by
junior mining exploration companies in the Caldas area.

Goff Corporation President, Warwick Calasse states, "We are very encouraged by
the initial acquisition we have landed in Colombia's productive Caldas and
Antioquia gold regions. The property shares a similar profile to many other
successful gold projects in the region and has all the earmarks of a small,
local operation that could quickly turn into something much, much larger -
such as the multi-million ounce projects emerging in the Marmato. We plan to
move quickly to establish detailed exploration. We want show our investors the
potential for gold and get to drilling immediately. The La Frontera Gold
Project is a highly prospective gold and silver target."

Goff Corporation has requisitioned a detailed technical report on the La
Frontera Gold Property to be issued immediately. The report is expected to
contain comprehensive information on the property, its geology,
mineralization, geography and a summary of proposed development initiatives
for potential gold and silver targets and possible gold production.

About Goff Corporation

A0410

2013-03-15 PZM Goff Unit Buys 100% in La Ffrontera Gold Project

Goff Corporation is a U.S.-based public company. Its wholly owned subsidiary, Golden Glory Resources S.A. is engaged in gold exploration with a view to developing highly prospective gold projects. The Company's primary interest is the LGC15011 or "La Frontera" Gold Project in Aguadas, Dept. Of Caldas, Colombia. The project is being assessed for its potential as a low-grade, large bulk tonnage gold, and silver prospect. Colombia is currently one of the leading gold mining areas in the world producing over 55,509 kilograms of gold (2011), primarily from the region where Goff's interest on Golden Glory Resources hold its leases on the La Frontera Property.

For more information see http://www.goffcorporation.com

Contact:
Investor Relations
Tel: +011.57.4.605.2537

This article was originally distributed on PRWeb. For the original version including any supplementary images or video, visit http://www.prweb.com/releases/2013/3/prweb10537597.htm

CONTACT: Goff Corp.
        Investor Relations
        wcalasse@goffcorporation.com
        011-57-4-605-2537

-0- Mar/15/2013 23:24 GMT

-----------------------------=====================------------------------------
Copyright (c) 2013

########################### END OF STORY 1 ###########################

Page 2

A0411

2013-03-18 PZM Goff Appoints Manuel Hernando Serna as Director
Wire: GlobeNewswire, Inc. (PZM) Date: Mar 18 2013  16:19:00
Goff Corporation Appoints Manuel Hernando Serna as Director

Goff Corporation Appoints Manuel Hernando Serna as Director

Goff Corporation Has Appointed Experienced Colombian Mining and Explosives
Expert Manuel Hernando Serna as a Director of the Board

MEDELLIN, Colombia, March 18, 2013 (GLOBE NEWSWIRE) -- via PRWEB - Goff
Corporation ("Goff" or "the Company") (OTCQB:GOFF) has appointed Manuel
Hernando Vasquez Serna as a Director effective March 18, 2013.

Mr. Vasquez Serna is the founder, owner and manager of Explotarcol Ltda., a
consulting firm in Barranquilla, Colombia, which he began in 1979. Prior to
entering the private sector he served as an Army Captain of the Body of
Engineers (Colombia).

Mr. Vasquez Serna has a long a history working in the engineering core of the
Colombian Military, first as a military engineer specializing in heavy
equipment and later as an expert in rock movement and the use of mining
explosives, which he has published on in several manuals and reference
articles. He has also taught at the Universidad La Gran Colombia, Universidad
Del Norte La Ciudad De Barranquilla and others over his thirty plus year
career in the field. He has also been a major symposium contributor for gold
mining exploration and undersea blasting.

Since 1980 Mr. Vasquez Serna has focused on contract drilling and land
development for a variety of mining companies, energy companies and
consortiums carrying out large-scale contracts in his native Colombia through
his company Explotarcol Ltda.

Goff Corporation President, Warwick Calasse states, "Mr. Vasquez Serna is an
excellent addition to our Board as we begin our efforts in Colombia. He is
knowledgeable about the region, the country and especially the rock and
geological structure of the region. He has been a leading educator and
published author on the subject and is well respected in Colombia. We believe
he will be able to contribute considerably as we move forward on the La
Frontera Gold Project - which is a highly prospective gold and silver target
and very well suited to his expertise in development."

Manuel Serna graduated from the military school of engineers. He is the past
President, Regiment of Military Engineers "Francisco Javier Vergara y Velasco"
- Colombia Northern Zone, a member of the Society of Colombian Engineers and a
member of the International Society of Engineers in Explosives (ISSE).

About Goff Corporation

Goff Corporation is a U.S.-based public company. Its wholly owned subsidiary,
Golden Glory Resources S.A. is engaged in gold exploration with a view to
developing highly prospective gold projects. The Company's primary interest is
the LGC15011 or "La Frontera" Gold Project in Aguadas, Dept. Of Caldas,
Colombia. The project is being assessed for its potential as a low-grade,
large bulk tonnage gold and silver prospect. Colombia is currently one of the
leading gold mining areas in the world producing over 55,509 kilograms of gold
(2011), primarily from the region where Goff's subsidiary Golden Glory
Resources holds leases on the La Frontera Property.

For more information see http://www.goffcorporation.com

Contact:
Investor Relations
Tel: +1.57.4.605.2537

Page 1

A0412

2013-03-18 PZM Goff Appoints Manuel Hernando Serna as Director
Cautionary Statement Regarding Forward-Looking Information

This news release contains "forward-looking statements", as that term is
defined in section 27a of the United States Securities Act of 1933, as
amended, and section 21e of the United States Securities Exchange Act of 1934,
as amended. Statements in this news release, which are not purely historical,
are forward-looking statements and include any statements regarding beliefs,
plans, expectations or intentions regarding the future.

Except for the historical information presented herein, matters discussed in
this news release contain forward-looking statements that are subject to
certain risks and uncertainties that could cause actual results to differ
materially from any future results, performance or achievements expressed or
implied by such statements. Statements that are not historical facts,
including statements that are preceded by, followed by, or that include such
words as "estimate," "anticipate," "believe," "plan" or "expect" or similar
statements are forward-looking statements. Risks and uncertainties for the
company include, but are not limited to, the risks associated with mineral
exploration and funding as well as the risks shown in the company's most
recent annual and quarterly reports on Form 10-K and Form 10-Q respectively,
and from time-to-time in other publicly available information regarding the
company. Other risks include risks associated with the regulatory approval
process, competitive companies, future capital requirements and the company's
ability and level of support for its exploration and development activities.
There can be no assurance that the company's exploration efforts will succeed
and the company will ultimately achieve commercial success. These
forward-looking statements are made as of the date of this news release, and
the company assumes no obligation to update the forward-looking statements, or
to update the reasons why actual results could differ from those projected in
the forward-looking statements. Although the company believes that the
beliefs, plans, expectations and intentions contained in this news release are
reasonable, there can be no assurance those beliefs, plans, expectations or
intentions will prove to be accurate. Investors should consider all of the
information set for herein and should also refer to the risk factors disclosed
in the company's periodic reports filed from time-to-time with the United
States Securities and Exchange Commission.

This news release has been prepared by management of the company who takes
full responsibility for its contents. None of FINRA nor the SEC has approved
or disapproved of the contents of this news release. This news release shall
not constitute an offer to sell of the solicitation of an offer to buy nor
shall there be any sale of these securities in any jurisdiction in which such
offer, solicitation or sale would be unlawful prior to registration or
qualification under the securities laws of any such jurisdiction.

This article was originally distributed on PRWeb. For the original version
including any supplementary images or video, visit
http://www.prweb.com/releases/2013/3/prweb10542477.htm

CONTACT: Goff Corp.
         Investor Relations
         wcalasse@goffcorporation.com
         011-57-4-605-2537

-0- Mar/18/2013 20:19 GMT

------------------------------=========================------------------------
                              Copyright (c) 2013

########################### END OF STORY 1 ###########################

Page 2

A0413

2013-03-22 PZM Goff Provides Information on Colombia's Dynamic Gold Production
Wire: GlobeNewswire, Inc. (PZM) Date: Mar 22 2013  16:28:10
Goff Corp. Provides Information on Colombia's Dynamic Gold Production Increase
Projected to Reach as Much as 3 Million Ounces in

Goff Corp. Provides Information on Colombia's Dynamic Gold Production Increase
Projected to Reach as Much as 3 Million Ounces in 2012 valued at US$4.8
Billion

Goff Corp. provides information on Colombia's dynamic gold production increase
projected to reach as much as 3 million ounces in 2012 with a value of US$4.8
billion - 30% coming from the district where subsidiary Golden Glory Resources
is positioned

MEDELLIN, Colombia, March 22, 2013 (GLOBE NEWSWIRE) -- via PRWEB - Goff
Corporation's ("Goff" or "the Company") (OTCQB:GOFF) wholly owned subsidiary
Golden Glory Resources S.A. reports on increased gold production in Colombia
over 2012 and increased investment by exploration companies.

Golden Glory Resources S.A, a Goff Corporation subsidiary, has announced its
exploration program for 2013 on the Company's La Frontera Gold Project in
Department of Caldas, Colombia. The program was initiated based on recently
received Technical Reports and information developing from the Colombian
Regions of Caldas and Antioquia where Golden Glory holds lease interests.

Goff Corporation President, Warwick Calasse explains, "Our subsidiary Golden
Glory Resources has announced a multi-phase exploration program for the La
Frontera Gold Project in Colombia. We are receiving data on the region that
shows significant increases in gold production and according to officials, a
lot of that can be attributed to informal gold mining that is now being
registered and applying modern techniques and mining approaches. That's
exactly what we have at La Frontera."

Several of the areas on the LGC15011 or the "La Frontera Prospect" were worked
for 15 years by small Artisanal miners in the region. The entire lease set is
comprised of 1227 hectares of mineral leases in the Aguadas area, Department
of Caldas, located about 60 kilometers south of Medellin in Northern Colombia.
Roughly 30% of the La Frontera property also straddles the Antioquia region.

According to reports from Colombia's mining regulator, Colombia's gold
production grew 33 percent in the January-May 2012 period to 20 tonnes
(643,000 troy ounces) of gold versus the same period last year due to new
projects coming online.

"That (growth) was possible thanks to the increased number of projects that
began producing in the provinces of Santander, Cauca and Antioquia," stated
Mario Ballesteros, head of the Ingeominas regulator.

They also project that Colombia could produce around 3 million ounces of gold
in 2012, twice as much as the 1.57 million ounces produced last year and much
higher than the 501,500 ounces produced in 2006. At today's spot gold price,
the total projected production value would be more than US$4.8 billion.

As a by-product of all of the new development, Colombia may attract as much as
$5 billion over the next ten years, slightly higher than the $4.5 billion
initially expected, according to industry officials. They have detected five
new gold projects that will require approximately $5 billion in investment,
and the lion's share is coming from foreign companies that are looking to
develop the regional gold resources.

Golden Glory Resources expects to pursue its exploration program that will
employ leading geological consultants and their own geological staff to carry
out the program, including surface sampling and assays, aerial and satellite
geological assessment, enhanced surface and in ground imaging and diamond
Page 1

A0414

2013-03-22 PZM Goff Provides Information on Colombia's Dynamic Gold Production drilling. This first phase exploration is anticipated within 90 days.

About Goff Corporation

Goff Corporation is a U.S.-based public company. Its wholly owned subsidiary, Golden Glory Resources S.A. is engaged in gold exploration with a view to developing highly prospective gold projects. The Company's primary interest is the LGC15011 or "La Frontera" Gold Project in Aguadas, Dept. Of Caldas, Colombia. The project is being assessed for its potential as a low-grade, large bulk tonnage gold and silver prospect. Colombia is currently one of the leading gold mining areas in the world producing over 55,509 kilograms of gold (2011), primarily from the region where Goff's subsidiary Golden Glory Resources holds leases on the La Frontera Property.

For more information see http://www.goffcorporation.com
Contact:
Investor Relations
Tel: +1.57.4.605.2537

*Gold value based on current NY spot gold price

This article was originally distributed on PRWeb. For the original version including any supplementary images or video, visit http://www.prweb.com/releases/2013/3/prweb10561768.htm

CONTACT: Goff Corp.
        Investor Relations
        wcalasse@goffcorporation.com
        011-57-4-605-2537

-0- Mar/22/2013 20:28 GMT

-----------------------------------========================-------------------------------
Copyright (c) 2013

########################### END OF STORY 1 ###########################

A0415

2013-03-25 PZM Goff Plans $1.6M Budget for Phase One Gold Exploration
Wire: GlobeNewswire, Inc. (PZM) Date: Mar 25 2013  8:11:59
Goff Corporation Subsidiary Golden Glory Resources' La Frontera Gold Project In
Colombia To Begin 5,000-Meter Diamond Drilling

****************************************************************************
 BN 03/25 08:13 *GOFF CITES 5,000-METER DIAMOND DRILLING PROGRAM AT LA FRONTERA
 BN 03/25 08:13 *GOFF PLANS $1.6M BUDGET FOR PHASE ONE GOLD EXPLORATION PROGRAM
****************************************************************************

Goff Corporation Subsidiary Golden Glory Resources' La Frontera Gold Project
In Colombia To Begin 5,000-Meter Diamond Drilling Program Within 90 Days

The Phase One diamond drilling exploration program by Goff Corp. subsidiary
Golden Glory Resources S.A. is planned to begin on the La Frontera Gold
Project in 90 days with a projected budget of US$1.6 million

MEDELLIN, Colombia, March 25, 2013 (GLOBE NEWSWIRE) -- via PRWEB - Goff
Corporation's ("Goff" or "the Company") (OTCQB:GOFF) wholly owned subsidiary
Golden Glory Resources S.A. plans to begin a 5,000-meter diamond drilling
program on its La Frontera Gold Project in Department of Caldas, Colombia
within 90 days. The Company expects to commit a budget of approximately US$1.6
million on this Phase One gold exploration program.

Golden Glory Resources S.A, has announced its exploration program for 2013 on
the Company's La Frontera Gold Project, Colombia including surface sampling
and assays, aerial and satellite geological assessment, and enhanced surface
and in ground imaging. Its efforts will be supported by an approximate
5,000-meter diamond drilling program with oriented core to define inferred
resources in close proximity to the known resources.

The diamond drilling program is expected to follow several other initiatives
as part of the Phase One Exploration Program, which will be overseen by the
Company's geological staff and leading geological consultants following the
assessments provided in the NI43-101 Technical Report received by Golden Glory
Resources in March 2013.

Goff Corporation President, Warwick Calasse states, "The planned 5,000-meter
diamond drilling program by our subsidiary Golden Glory Resources is the
mantle of our announced multi-phase exploration program for the La Frontera
Gold Project in Colombia. In order to really examine the mineralization on the
property and get the most accurate picture of what gold/silver may occur on
our leases, we have planned this diamond drilling program. We expect to work
closely in country with the leading geological consultants and employ the best
data possible in defining our gold/silver targets. We expect to see drilling
within 90 days, based on the estimates to mobilize all of the resources for
this important undertaking."

Several of the areas on the LGC15011 or "La Frontera Prospect" were worked for
15 years by small Artisanal miners in the region. The entire lease set is
comprised of 1227 hectares of mineral leases in the Aguadas area, Department
of Caldas, located about 60 kilometers south of Medellin in Northern Colombia.
Roughly 30% of the La Frontera property also straddles the Antioquia region.

About Goff Corporation

Goff Corporation is a U.S.-based public company. Its wholly owned subsidiary,
Golden Glory Resources S.A. is engaged in gold exploration with a view to
developing highly prospective gold projects. The Company's primary interest is
the LGC15011 or "La Frontera" Gold Project in Aguadas, Dept. Of Caldas,
Colombia. The project is being assessed for its potential as a low-grade,
large bulk tonnage gold and silver prospect. Colombia is currently one of the
leading gold mining areas in the world producing over 55,509 kilograms of gold
(2011), primarily from the region where Goff's subsidiary Golden Glory
                          Page 1

A0416

2013-03-25 PZM Goff Plans $1.6M Budget for Phase One Gold Exploration
Resources holds leases on the La Frontera Property.

For more information see http://www.goffcorporation.com

Contact:
Investor Relations
Tel: +011.57.4.605.2537

Cautionary Statement Regarding Forward-Looking Information

This news release contains "forward-looking statements", as that term is
defined in section 27a of the United States Securities Act of 1933, as
amended, and section 21e of the United States Securities Exchange Act of 1934,
as amended. Statements in this news release, which are not purely historical,
are forward-looking statements and include any statements regarding beliefs,
plans, expectations or intentions regarding the future. Except for the
historical information presented herein, matters discussed in this news
release contain forward-looking statements that are subject to certain risks
and uncertainties that could cause actual results to differ materially from
any future results, performance or achievements expressed or implied by such
statements. Statements that are not historical facts, including statements
that are preceded by, followed by, or that include such words as "estimate,"
"anticipate," "believe," "plan" or "expect" or similar statements are
forward-looking statements. Risks and uncertainties for the company include,
but are not limited to, the risks associated with mineral exploration and
funding as well as the risks shown in the company's most recent annual and
quarterly reports on Form 10-K and Form 10-Q respectively, and from
time-to-time in other publicly available information regarding the company.
Other risks include risks associated with the regulatory approval process,
competitive companies, future capital requirements and the company's ability
and level of support for its exploration and development activities. There can
be no assurance that the company's exploration efforts will succeed and the
company will ultimately achieve commercial success. These forward-looking
statements are made as of the date of this news release, and the company
assumes no obligation to update the forward-looking statements, or to update
the reasons why actual results could differ from those projected in the
forward-looking statements. Although the company believes that the beliefs,
plans, expectations and intentions contained in this news release are
reasonable, there can be no assurance these beliefs, plans, expectations or
intentions will prove to be accurate. Investors should consider all of the
information set for herein and should also refer to the risk factors disclosed
in the company's periodic reports filed from time-to-time with the United
States Securities and Exchange Commission. This news release has been prepared
by management of the company who takes full responsibility for its contents.
None of FINRA nor the SEC has approved or disapproved of the contents of this
news release. This news release shall not constitute an offer to sell of the
solicitation of an offer to buy nor shall there be any sale of these
securities in any jurisdiction in which such offer, solicitation or sale would
be unlawful prior to registration or qualification under the securities laws
of any such jurisdiction.

This article was originally distributed on PRWeb. For the original version
including any supplementary images or video, visit
http://www.prweb.com/releases/2013/3/prweb10564748.htm

CONTACT: Goff Corp.
         Investor Relations
         wcalasse@goffcorporation.com
         011-57-4-605-2537

-0- Mar/25/2013 12:11 GMT

--------------------------=====================--------------------------

A0417

2013-03-25 PZM Goff Plans $1.6M Budget for Phase One Gold Exploration
Copyright (c) 2013
####################### END OF STORY 1 ###########################

A0418

2013-03-26 PZM Goff Subsidiary's President Time is Right for Gold in Colombia
Wire: GlobeNewswire, Inc. (PZM) Date: Mar 26 2013  16:48:46
Goff Corporation Subsidiary Golden Glory Resources President Says "Time is Right for
Gold in Colombia"; $1500+ Per Ounce Gold

Goff Corporation Subsidiary Golden Glory Resources President Says "Time is
Right for Gold in Colombia"; $1500+ Per Ounce Gold Can Create Immediate Value

Goff Corporation subsidiary Golden Glory Resources expects its La Frontera
Gold Project in Colombia to benefit from influx of investment

MEDELLIN, Colombia, March 26, 2013 (GLOBE NEWSWIRE) -- via PRWEB - Goff
Corporation's ("Goff" or "the Company") (OTCQB:GOFF) wholly owned subsidiary
Golden Glory Resources S.A. has just announced a detailed gold exploration
program on its La Frontera Gold Project in Department of Caldas, Colombia to
begin within 90 days. Goff Corporation President, Warwick Calasse says that he
expects gold's current price level will help fuel the company's efforts to
target a bulk tonnage, low-grade type gold and silver project on Golden
Glory's leases, and that the time is right for gold in Colombia.

"We see investors looking for a place to put money into gold," Calasse says,
"and five of the top gold fund mangers that invest in junior companies point
to exploration - especially the juniors such as Golden Glory Resources - as a
strong choice for upside potential in gold for 2013. Of course they constantly
point to the fact that you need to be very selective about where and what
companies you choose. It's not an across the board type of recommendation to
randomly buy gold. The ingredients for success include having the right
projects in the right regions and capital to make them happen."

"The current price of gold and anywhere down to $1500 an ounce appears to push
more investors into the market as they see gold as a deep buying opportunity,"
Calasse adds.

"We are convinced that Colombia is the right place and that our project is
very timely. Just look at the other projects in Colombia and their success -
such as at Marmato in our district. They continue to attract solid investment.
Just like at Marmato, artisanal miners worked the leases at our La Frontera
Gold Project for years and several mines were operating, but nothing
sophisticated has been applied to this highly prospective property. We will be
the first to explore using the full range of modern gold and silver discovery
methods. Clearly, Colombia and the Caldas and Antioquia region offers
tremendous opportunity for the type of large-scale, bulk tonnage type of
gold/silver project that we are targeting," Calasse says.

The diamond drilling program is expected to follow several other initiatives
as part of the Phase One Exploration Program, which will be overseen by the
Company's geological staff and leading geological consultants following the
assessments provided in the NI43-101 Technical Report received by Golden Glory
Resources in March 2013.

Goff Corporation's wholly owned subsidiary Golden Glory Resources S.A. expects
to commit a budget of approximately US$1.6 million on this Phase One gold
exploration program.

About Goff Corporation

Goff Corporation is a U.S.-based public company. Its wholly owned subsidiary,
Golden Glory Resources S.A. is engaged in gold exploration with a view to
developing highly prospective gold projects. The Company's primary interest is
the LGC15011 or "La Frontera" Gold Project in Aguadas, Dept. of Caldas,
Colombia. The project is being assessed for its potential as a low-grade,
large bulk tonnage gold and silver prospect. Colombia is currently one of the
leading gold mining areas in the world producing over 55,509 kilograms of gold
(2011), primarily from the region where Goff's subsidiary Golden Glory

A0419

2013-03-26 PZM Goff Subsidiary's President Time is Right for Gold in Colombia Resources holds leases on the La Frontera Property.

For more information see http://www.goffcorporation.com
Contact:
Investor Relations
Tel: +011.57.4.605.2537

Cautionary Statement Regarding Forward-Looking Information

This news release contains "forward-looking statements", as that term is defined in section 27a of the United States Securities Act of 1933, as amended, and section 21e of the United States Securities Exchange Act of 1934, as amended. Statements in this news release, which are not purely historical, are forward-looking statements and include any statements regarding beliefs, plans, expectations or intentions regarding the future. Except for the historical information presented herein, matters discussed in this news release contain forward-looking statements that are subject to certain risks and uncertainties that could cause actual results to differ materially from any future results, performance or achievements expressed or implied by such statements. Statements that are not historical facts, including statements that are preceded by, followed by, or that include such words as "estimate," "anticipate," "believe," "plan" or "expect" or similar statements are forward-looking statements. Risks and uncertainties for the company include, but are not limited to, the risks associated with mineral exploration and funding as well as the risks shown in the company's most recent annual and quarterly reports on Form 10-K and Form 10-Q respectively, and from time-to-time in other publicly available information regarding the company. Other risks include risks associated with the regulatory approval process, competitive companies, future capital requirements and the company's ability and level of support for its exploration and development activities. There can be no assurance that the company's exploration efforts will succeed and the company will ultimately achieve commercial success. These forward-looking statements are made as of the date of this news release, and the company assumes no obligation to update the forward-looking statements, or to update the reasons why actual results could differ from those projected in the forward-looking statements. Although the company believes that the beliefs, plans, expectations and intentions contained in this news release are reasonable, there can be no assurance those beliefs, plans, expectations or intentions will prove to be accurate. Investors should consider all of the information set for herein and should also refer to the risk factors disclosed in the company's periodic reports filed from time-to-time with the United States Securities and Exchange Commission. This news release has been prepared by management of the company who takes full responsibility for its contents. None of FINRA nor the SEC has approved or disapproved of the contents of this news release. This news release shall not constitute an offer to sell of the solicitation of an offer to buy nor shall there be any sale of these securities in any jurisdiction in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such jurisdiction.

This article was originally distributed on PRWeb. For the original version including any supplementary images or video, visit http://www.prweb.com/releases/2013/3/prweb10572307.htm

CONTACT: Goff Corp.
        Investor Relations
        wcalasse@goffcorporation.com
        011-57-4-605-2537

-0- Mar/26/2013 20:48 GMT

---------------------------------================---------------------------------
Copyright (c) 2013
Page 2

A0420

2013-03-26 PZM Goff Subsidiary's President Time is Right for Gold in Colombia
############################# END OF STORY 1 #############################

A0421

2013-03-27 PZM Goff Announces Subsidiary's Phase One Exploration Program
Wire: GlobeNewswire, Inc. (PZM) Date: Mar 27 2013  16:05:26
Goff Corporation Announces Golden Glory Resources' Columbia Phase One Exploration
Program - To Reveal Drill Targets For

Goff Corporation Announces Golden Glory Resources' Columbia Phase One
Exploration Program - To Reveal Drill Targets For Potential Large Tonnage,
Low-Grade Gold

Goff Corporation's wholly owned subsidiary Golden Glory Resources' Phase One
gold exploration program at La Frontera is being designed around revealing
drill targets for potential large tonnage, low-grade gold and silver.

MEDELLIN, Colombia, March 27, 2013 (GLOBE NEWSWIRE) -- via PRWEB - Goff
Corporation's ("Goff" or "the Company") (OTCQB:GOFF) wholly owned subsidiary
Golden Glory Resources S.A. provides further details on its gold exploration
program planned for its La Frontera Gold Project in Department of Caldas,
Colombia.

Golden Glory Resources is developing a comprehensive exploration program for
its La Frontera Gold Project in Colombia; Phase One groundwork will provide
basis for follow-on planned diamond drilling. The Phase One program is
designed entirely around data contained in the Company's NI43-101 Technical
Report and ongoing recommendations from geological staff. The program is meant
to reveal highly desirable targets for an approximate 5,000-meter diamond
drill program.

The Company's geological and in country team has begun the task of preparing
for Phase One ground exploration efforts to get underway. These include
pre-operational tasks such as mapping the geological, geophysical, and
geochemical areas to be explored, defining camp and logistical support
locations, as well as designing the full scope of the project with the various
contractors that will be operating in the field at the La Frontera property.

The leases on LGC15011 or the "La Frontera Prospect" are comprised of 1227
hectares of mineral leases in the Aguadas area, Department of Caldas, located
about 60 kilometers south of Medellin in Northern Colombia. Roughly 30% of the
La Frontera property also straddles the Antioquia region. The Caldas and
Antioquia regions are emerging as two of the leading gold producing areas in
Colombia, a country that has increased its gold exploration and resultant
discoveries dramatically over the past five years. In 2011, the US Geological
Survey reported 55,908 kilograms of gold produced with anticipated increases
for 2012.

Phase One exploration pre-operations and planning efforts are all in
anticipation of the immediate exploration diamond drilling and the follow-on
assay of core results. The Company expects to commit a budget of approximately
US$1.6 million on this Phase One gold exploration program inclusive of
drilling. Any budget surplus will be immediately invested into further
detailed analysis of the planned ground and drilling work.

Goff Corporation President Warwick Calasse states, "We are working at a
breakneck pace to deploy our planned exploration program on the La Frontera
leases in Colombia. This is a very intensive process with many aspects that
require the full compliment of our staff and consultants to execute. We are on
track to carry out all of the tasks that will ensure we are on time and on
budget with our diamond drilling program. We are even working through coming
holidays in order to move the project forward. The Company is eager to begin
delivering results from the La Frontera that can potentially validate our
model for large bulk tonnage, low-grade gold and silver targets on our
leases."

About Goff Corporation

A0422

2013-03-27 PZM Goff Announces Subsidiary's Phase One Exploration Program
Goff Corporation is a U.S.-based public company. Its wholly owned subsidiary,
Golden Glory Resources S.A. is engaged in gold exploration with a view to
developing highly prospective gold projects. The Company's primary interest is
the LGC15011 or "La Frontera" Gold Project in Aguadas, Dept. Of Caldas,
Colombia. The project is being assessed for its potential as a low-grade,
large bulk tonnage gold and silver prospect. Colombia is currently one of the
leading gold mining areas in the world producing over 55,509 kilograms of gold
(2011), primarily from the region where Goff's subsidiary Golden Glory
Resources holds leases on the La Frontera Property.

For more information see http://www.goffcorporation.com
Contact:
Investor Relations
Tel: +011.57.4.605.2537

Cautionary Statement Regarding Forward-Looking Information

This news release contains "forward-looking statements", as that term is
defined in section 27a of the United States Securities Act of 1933, as
amended, and section 21e of the United States Securities Exchange Act of 1934,
as amended. Statements in this news release, which are not purely historical,
are forward-looking statements and include any statements regarding beliefs,
plans, expectations or intentions regarding the future. Except for the
historical information presented herein, matters discussed in this news
release contain forward-looking statements that are subject to certain risks
and uncertainties that could cause actual results to differ materially from
any future results, performance or achievements expressed or implied by such
statements. Statements that are not historical facts, including statements
that are preceded by, followed by, or that include such words as "estimate,"
"anticipate," "believe," "plan" or "expect" or similar statements are
forward-looking statements. Risks and uncertainties for the company include,
but are not limited to, the risks associated with mineral exploration and
funding as well as the risks shown in the company's most recent annual and
quarterly reports on Form 10-K and Form 10-Q respectively, and from
time-to-time in other publicly available information regarding the company.
Other risks include risks associated with the regulatory approval process,
competitive companies, future capital requirements and the company's ability
and level of support for its exploration and development activities. There can
be no assurance that the company's exploration efforts will succeed and the
company will ultimately achieve commercial success. These forward-looking
statements are made as of the date of this news release, and the company
assumes no obligation to update the forward-looking statements, or to update
the reasons why actual results could differ from those projected in the
forward-looking statements. Although the company believes that the beliefs,
plans, expectations and intentions contained in this news release are
reasonable, there can be no assurance those beliefs, plans, expectations or
intentions will prove to be accurate. Investors should consider all of the
information set for herein and should also refer to the risk factors disclosed
in the company's periodic reports filed from time-to-time with the United
States Securities and Exchange Commission. This news release has been prepared
by management of the company who takes full responsibility for its contents.
None of FINRA nor the SEC has approved or disapproved of the contents of this
news release. This news release shall not constitute an offer to sell of the
solicitation of an offer to buy nor shall there be any sale of these
securities in any jurisdiction in which such offer, solicitation or sale would
be unlawful prior to registration or qualification under the securities laws
of any such jurisdiction.

This article was originally distributed on PRWeb. For the original version
including any supplementary images or video, visit
http://www.prweb.com/releases/2013/3/prweb10577073.htm

CONTACT: Goff Corp.

Page 2

```
2013-03-27 PZM Goff Announces Subsidiary's Phase One Exploration Program
          Investor Relations
          wcarass@goffcorporation.com
          011-57-4-605-2537

-0- Mar/27/2013 20:05 GMT

------------------------------=================-------------------------------
                             Copyright (c) 2013

############################# END OF STORY 1 #############################
```

A0424



# A New Era of Gold Mining Is Just Now Under Way In Colombia!

## Now, You Could Make A Fortune As This Undiscovered Company Could Be Among The Very First To LEGALLY Profit BIG From Colombian Gold!

After years of turmoil, the Colombian government is stepping in to help legitimate mining companies pull gold from their resource-rich soil.

By grabbing a plot of land directly in the Colombian gold sector, investors in Goff Corporation could be on the verge of true wealth!

Greetings Fellow Investor,

As investors, it's a daily challenge to find those true money making opportunities that often remain hidden until those that have the inside track have already made fortunes.

Normally, investors like us have to settle for scraps – even though fast double-digit profits sound nice – triple and quadruple-digit profits are normally beyond our grasp.

Not today.

> **"Colombia is shaping up as not only one of the hottest destinations for**

Today, Goff Corporation (GOFF) is giving us a chance to profit BIG—maybe quadruple-digit sized gains – all before word one reaches the masses on Wall Street.

CONFIDENTIAL TREATMENT REQUESTED  BY FINRA

B000188

http://pennystockpillager.com/g...                    I. Mendizabal                                4/2/2013

A0425

> oil exploration and production, but also for the production of a range of other basic materials, including gold and other precious metals. "
>
> Seeking Alpha α

GOFF has just landed over 3,030 acres of prime gold land in Caldas, one of Colombia's most prized gold sectors...

And now, they're getting the chance to be among the very few to legally profit as they could one of the first public mining companies to be granted a rare mining license from the country's government.

These prized licenses are the key to profiting big from what is, essentially, an untouched market in Latin America's third biggest economy – and GOFF could find themselves at the top of the list.

**That means quadruple-digit profits could be yours for the taking!**

But it wasn't always this easy to mine gold in Colombia, but that looks like it's about to change.

## Colombia's Troubled Past Is Paving Way For A Profit Filled Future

As I said, there's a new era of mining starting now in Colombia...

You see, for many years, man mines were operated without licenses, many deliberately hidden from the country's government, and for good reason...

A lot of the gold was used to finance rebels and criminal gangs – and not all by choice –many miners claim they were forced to pay extortion money to left-wing guerrillas in order to operate and have a chance to profit.

Miners say that these "new criminal bands" can charge operators of mines between $560 and $840 a month – or about 1% of the production value.

The Colombian government hopes that its new mining code will help put an end to this – and GOFF could be among the very first to grab one of these legitimate mining titles – **meaning that investors who get in NOW could profit big!**

You may ask why the government is working so hard to legitimize their mining industry – but the answer is simple: revenue.

According to Mauricio Cardenas, at least 40% of the 55.9 tons of gold produced in 2011 were extracted from unlicensed mines, with some estimates put the figure at 60%– that represents a lot of uncollected taxes.



**What Makes Colombian Gold So Attractive?**

While it's true that the social strife has kept many mining companies out of Colombia...

The fact remains that many of these companies would LOVE to get a solid foothold in Colombia for one main reason:

**Infrastructure.**

Colombia's existing railways and ports make it easy for companies like GOFF to not only bring their gold to port at a relatively cheap price...

But once they get there, it can be shipped stateside to the highest bidder in no time!

Believe it or not, transportation and shipping is one of the biggest worries (and costs) that junior resources companies have – but not in Colombia!

This is a huge plus for mining companies...

And just one reason why