The new mining laws would change that...

And by working hand in hand with government officials, GOFF could be one of the first to be listed as "legitimate" on the government's newlist, and investors who act now could ride this stock all the way to pay window.

That's how you get the attention of American mining companies looking for hidden profits...

Make it easy for them to get to it! And that's exactly what the Colombian government is doing.

**And GOFF could be one of the first to benefit from these new mining laws, and we'd be crazy not to be there to profit along side them!**

But there's more to the GOFF story...

There's yet another big reason why I see big gains in GOFF's future...



> ...And just one reason why Colombian gold is looking so attractive. More profits in the company's pockets are always a good thing.
> And investors like us know exactly where all those profits go... right to the shareholders! Do yourself a favor, consider GOFF today.

## Surrounded By Potential Majors: Who Benefits Most By Buying Out Goff Corp?

**Buyout Potential?** As we discussed a little earlier, Goff Corp's Golden Glory Resources has grabbed prime acreage in the middle of one of Colombia's biggest gold sectors – but what I failed to mention is that they are literally surrounded by competition.

There are no less than 20 past or current operations in Caldas...

And any one of them could want what GOFF already has. If any one of the menter into negotiations to buy Goff Corp, it could start a domino effect of offers, effectively starting a bidding war that could send shares of this company through the roof!

This happens all the time among Jr. Resource companies...

And investors who were in early walked away rich. Here's proof...

- **Newmont Mining (NEM)** bought tiny Frontier Gold Inc. (FRG) for an astounding $2.3 Billion!

- **AuRico Gold Inc (AUQ)** acquired Northgate Minerals Corp (NGX) for a knee-bending $1.3 Billion!

- Privately owned **EBX Group** bought Ventana Gold Corp (VEN) for a cool $1 Billion!

Buyouts like these are beneficial to all parties involved – the buyer gets a quality company that can bring even more money their way...

The bought company gets the cash...

And investors record profits that can, quite literally overnight, double, or sometimes TRIPLE their money!



Keeping in mind that GOFF could already have companies circling the mas we speak! They have prime land in Colombia's gold country, they could be among the first to grab one of the countries newest legitimate mining titles and they're surrounded by companies that could want to become the first major in the area!

It's a perfect storm for GOFF...

And an incredible profit play for investors who get in now! Don't find yourself on the outside looking in on this one! Consider GOFF today!

## A New Era For Colombian Mining— A New Era For The Gold Standard

Quantitative Easing...

That's what the current administration calls the process of printing money and then releasing it into the economy.

It's purpose was, and is, to help the nation, if not the world, recover from "The Great Recession" – but unfortunately – it's only helping to worsen our bleak outlook as the money is backed by nothing.

**What you need to know to profit**
- Ticker Symbol: Goff
- Market: Surging
- Potential: HUGE

**ACT NOW on Goff Corporation**

Not gold. Not silver. Not oil...

It's backed by nothing more than the *"full faith and backing of the United States Government."*

"Colombian gold deposits, which enriched Spanish conquistadors more than four centuries ago, have attracted investment from

Experts knew this would happen the moment Richard Nixon decoupled the U.S. dollar from gold in the early 1970s, and it's frightening to think we're witnessing the decline of American money.

**billionaire Eike Batista and AngloGold Ashanti Ltd."**

*BusinessWeek*

This devaluation could mean the end of credit-based currency as we know it – bringing us back to what built this country into the economic powehouse it's become – bringing us back to gold.

*With each QE that occurs, our country moves closer and closer to an era of hyper-inflation – and it's pushing gold even higher – with some experts predicting targets of $3,000 - $5,000!*

That's a gigantic leap!

( To put it into perspective, 20 ounces of gold that's worth $24,000 today, will be worth anywhere between $60,000 - $100,000 by the time all is said and done. )

That's why right now is the right time for gold.

And today could be the best time to get into GOFF while shares are potentially be at the lowest we ever see them at!

## When The Price Of Gold EXPLODES – Shares In GOFF Could Soar – Transforming Early Investors Who Act NOW Into Millionaires!

Check the *Wall Street Journal* and it's easy to see, gold is experiencing a meteoric rise unlike any other time in history.

Like we've already talked about, gold's appreciation has more to do with the devaluation of global currencies, the American dollar in particular, than with any other factor.

Even scarier, you can see this happening every day as the dollar historically moves inversely to gold. When gold is up... the dollar is down, and this isn't good for the world economy.

Debt is on the rise everywhere – economies are growing at a snail's pace, if not faltering altogether – including that of the once thought untouchable, China.

And just like any other time in history, when currency falters, precious metals flourish, and 2013 is no different.

Gold is hitting all time highs – almost daily – and shows no signs of slowing any time soon. Meaning that predicted price range of $3,000 - $5,000 per ounce – might not be that far off!

But at those prices, regular investors like us would find difficulty finding the means to buy enough physical gold to protect our wealth...

But that's where GOFF comes in...

Because for just a fraction of the price of an ounce of gold, you can protect your wealth by buying shares in mining company that produces gold!

My advice?

**"This surge in (gold) interest has seen Colombia become the fifth largest gold producer in Latin America."**

*Seeking Alpha*

Call your broker or login to your online trading account now and consider buying Goff Corp (GOFF)...

It could be the most important financial move you make this year!

## Goff Corp: How This One Company Could Be Your Ticket To Unlocking Quadruple-Digit Profits!

Colombia may not be the first country you think about when it comes to gold production...

But GOFF could be about to change that.

You see, while there may be 20 other mining companies in the area, GOFF – there are very few majors! But, Goff Corp's Golden Glory has all the makings of a Potential Major...

They've got the right pieces in play to become a big (if not the BIGGEST) player in the Colombia's new era of mining.

This is HUGE!



What you need to know to profit
• Ticker Symbol: Goff
• Market: Surging
• Potential: HUGE

ACT NOW on Goff Corporation

I'm sure I don't have to tell you how lucrative GOFF becoming n major could be for investors! We could soon find ourselves in the driver's seat as GOFF starts looking to acquire their local competition...

Maybe gather each and every company in the area under GOFF's roof? It could happen, fast! And you're getting advanced notification!

"The gold rush here is just a part of a broader mining boom in Colombia, with gold production climbing more than 30 percent in 2010 and attracting an array of fortune seekers..."
The New York Times

Are you starting to see why myself and my closest advisors can see early investors at QUADRUPLING their money just by getting in early on GOFF ?

They could soon be the only legitimate company operating in the area! If this happens, you can bet that as other companies fall by the wayside, GOFF could very well snatch up their land for pennies on the dollar!

Goff Corp's Golden Glory just keeps getting better and better.

Consider jumping in on GOFF today!

## Don't Be A Sideline Sitter – GOFF Could Be Securing HUGE Profits For Early Investors Like YOU!

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

http://pennystockpillager.com/g...    I. Mendizabal

B000193
4/2/2013

A0430

If there's one thing I can say with 100% certainty, it's that by being the one of the only legitimate and licensed gold companies in Caldas, Colombia, this company is setting themselves up to make history...

They could potentially be sitting on an incredible amount of gold – gold they don't have to pay rebels or criminal gangs to mine! That's what holding a prized mining title means!

I don't own a crystal ball, but I can tell you from experience, GOFF looks like it could be one of the fastest rising gold stocks of 2013...

I mean, by giving us the chance to QUADRUPLE our money, Goff Corp as close to a sure-fire bet as I've seen come down the pipe in a long time...

GOFF may soon find itself at the very top of the Colombian governments very short list of licensed mining companies...

And once this happens, you can bet that Goff Corp's Golden Glory will kick production into high gear – potentially pulling out titan-sized profits for investors who act now!

**The best part?** If gold jumps to where many experts think it will, we could be looking at almost iron-clad gains that would choke a king! Which is why you can't sit around waiting to read about this gold play in the *Wall Street Journal*...

If you want to lock in your chance at those gargantuan-sized profits, you have to act NOW!

Don't wait! Consider GOFF today!

For more FREE winning stock ideas, please join The Penny Stock Pillager Today!

[Sign Up!]

Future Profits For All,
Penny Stock Pillager

IMPORTANT NOTICE AND DISCLAIMER: This featured company sponsored advertising issue of Penny Stock Pillager does not purport to provide an analysis of any company's financial position, operations or prospects and this is not to be construed as a recommendation by Penny Stock Pillager or an offer or solicitation to buy or sell any security. Goff Corporation (GOFF), the "Company" featured in this issue, appears as paid advertising, paid by Pisces Enterprises Inc to provide public awareness for GOFF. Penny Stock Pillager and Capital Financial Media (CFM) have used outside research and writers using public information to create the advertisement coming from Penny Stock Pillager about GOFF. Investors/shareholders of the Company may or will sell shares at or about the time Penny Stock Pillager is distributed. Although the information contained in this advertisement is believed to be reliable, Penny Stock Pillager and CFM makes no warranties as to the accuracy of any of the content herein and accepts no liability for how readers may choose to utilize the content. Readers should perform their own due-diligence, including consulting with a licensed, qualified investment professional or analyst. Further, readers are strongly urged to independently verify all statements made in this advertisement and perform extensive due diligence on this or any other advertised company. Penny Stock Pillager is not offering securities for sale. An offer to buy or sell can be made only with accompanying disclosure documents and only in the states and provinces for which they are approved. Many states have established rules requiring the approval of a security by a state security administrator. Check with http://www.nasaa.org or call your state security administrator to determine whether a particular security is licensed for sale in your state. Many companies have information filed with state securities regulators and many will supply investors with additional information on request. CFM has received and managed a total production budget of $2,200,000 for this advertising effort and will retain any amounts over and above the cost of production, copywriting services, mailing and other distribution expenses, as a fee for its services. *More information can be received from GOFF's investor relations representative. Further, specific financial information, filings and disclosures as well as general investor information about publicly traded companies like GOFF, advice to investors and other investor resources are available at the Securities and Exchange Commission website www.sec.gov and www.nasd.com. Any investment should be made only after consulting with a qualified investment advisor and after reviewing the publicly available financial statements of and other information about the company and verifying that the investment is appropriate and suitable. Investing in securities is highly speculative and carries a great deal of risk especially as to new companies with limited operations and no history of earnings. The information contained herein contains forward-looking information within the meaning of section 27a of the Securities Act of 1993, as amended, and section 21e of the Securities Exchange Act of 1934, as amended, including statements regarding expected growth of the featured company. In accordance with the safe harbor provisions of the Private Securities Litigation Reform Act, GOFF notes that statements contained herein that look forward in time, which include everything other than historical information, involve risks and uncertainties that may affect the Company's actual results of operations. Factors that could cause actual results to differ include the size and growth of the market, the Company's ability to fund its capital requirements in the near term and in the long term; pricing pressures, technology issues etc.