GOFF.PK Historical Prices | GOFF CORP Stock - Yahoo! Finance

Case 1:15-cv-00894-WHP-JLC  Document 75-13  Filed 03/28/15  Page 1 of 7

Page 1 of 3

Home | Mail | News | Sports | Finance | Weather | Games | Groups | Answers | Screen | Flickr | Mobile | More

Search Finance    Search Web    Sign In    Mail

Finance Home  My Portfolio  My Quotes News  Market Data  Yahoo Originals  Business & Finance  Personal Finance  CNBC  Contributors

Enter Symbol | Look Up

Thu, Dec 4, 2014, 3:52PM EST - U.S. Markets close in 8 mins.    Report an Issue

Dow

GOFF IS DOWN

GOFF

5-DAY TREND GOFF

## GOFF CORP (GOFF.PK) - Other OTC ★ Watchlist

**0.00**  0.00(0.00%) Oct 30

## Historical Prices

Get Historical Prices for: [ ] GO

### Set Date Range

Start Date: Mar 18 2013    Eg. Jan 1, 2010
End Date: Dec 31 2013

○ Daily
○ Weekly
○ Monthly
○ Dividends Only

[Get Prices]

First | Previous | Next | Last

### Prices

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| Dec 31, 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 1,813,900 | 0.00 |
| Dec 30, 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 981,100 | 0.00 |
| Dec 27, 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 701,900 | 0.00 |
| Dec 26, 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 689,200 | 0.00 |
| Dec 24, 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 194,800 | 0.00 |
| Dec 23, 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 734,500 | 0.00 |
| Dec 20, 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 710,700 | 0.00 |
| Dec 19, 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 441,600 | 0.00 |
| Dec 18, 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 246,500 | 0.00 |
| Dec 17, 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 170,800 | 0.00 |
| Dec 16, 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 541,400 | 0.00 |
| Dec 13, 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 516,200 | 0.00 |
| Dec 12, 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 1,303,000 | 0.00 |
| Dec 11, 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 447,200 | 0.00 |
| Dec 10, 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 308,900 | 0.00 |
| Dec 9, 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 50,600 | 0.00 |
| Dec 6, 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 317,600 | 0.00 |
| Dec 5, 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 429,700 | 0.00 |
| Dec 4, 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 660,600 | 0.00 |
| Dec 3, 2013 | 0.01 | 0.01 | 0.00 | 0.00 | 483,200 | 0.00 |
| Dec 2, 2013 | 0.00 | 0.01 | 0.00 | 0.01 | 607,500 | 0.01 |
| Nov 29, 2013 | 0.01 | 0.01 | 0.00 | 0.00 | 99,600 | 0.00 |
| Nov 27, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 71,200 | 0.01 |
| Nov 26, 2013 | 0.01 | 0.01 | 0.00 | 0.01 | 146,200 | 0.01 |
| Nov 25, 2013 | 0.00 | 0.01 | 0.00 | 0.01 | 517,000 | 0.01 |
| Nov 22, 2013 | 0.00 | 0.01 | 0.00 | 0.00 | 417,200 | 0.00 |

GOFF.PK Historical Prices | GOFF CORP Stock - Yahoo! Finance　　　　　　　　Page 2 of 3

Case 1:15-cv-00894-WHP-JLC   Document 75-13   Filed 03/28/15   Page 2 of 7

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Nov 21, 2013 | 0.00 | 0.01 | 0.00 | 0.01 | 421,900 | 0.01 |
| Nov 20, 2013 | 0.00 | 0.01 | 0.00 | 0.00 | 307,600 | 0.00 |
| Nov 19, 2013 | 0.00 | 0.01 | 0.00 | 0.01 | 790,700 | 0.01 |
| Nov 18, 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 316,700 | 0.00 |
| Nov 15, 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 1,321,800 | 0.00 |
| Nov 14, 2013 | 0.01 | 0.01 | 0.00 | 0.00 | 491,800 | 0.00 |
| Nov 13, 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 642,300 | 0.00 |
| Nov 12, 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 536,600 | 0.00 |
| Nov 11, 2013 | 0.00 | 0.01 | 0.00 | 0.00 | 152,700 | 0.00 |
| Nov 8, 2013 | 0.01 | 0.01 | 0.00 | 0.01 | 610,700 | 0.01 |
| Nov 7, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 225,900 | 0.01 |
| Nov 6, 2013 | 0.00 | 0.01 | 0.00 | 0.01 | 917,200 | 0.01 |
| Nov 5, 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 284,600 | 0.00 |
| Nov 4, 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 235,800 | 0.00 |
| Nov 1, 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 228,400 | 0.00 |
| Oct 31, 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 119,400 | 0.00 |
| Oct 30, 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 333,400 | 0.00 |
| Oct 29, 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 23,400 | 0.00 |
| Oct 28, 2013 | 0.00 | 0.01 | 0.00 | 0.00 | 297,400 | 0.00 |
| Oct 25, 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 1,126,000 | 0.00 |
| Oct 24, 2013 | 0.00 | 0.01 | 0.00 | 0.00 | 574,900 | 0.00 |
| Oct 23, 2013 | 0.00 | 0.01 | 0.00 | 0.00 | 225,100 | 0.00 |
| Oct 22, 2013 | 0.01 | 0.01 | 0.00 | 0.00 | 587,100 | 0.00 |
| Oct 21, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 181,100 | 0.01 |
| Oct 18, 2013 | 0.00 | 0.01 | 0.00 | 0.01 | 888,400 | 0.01 |
| Oct 17, 2013 | 0.01 | 0.01 | 0.00 | 0.00 | 991,300 | 0.00 |
| Oct 16, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 213,000 | 0.01 |
| Oct 15, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 579,700 | 0.01 |
| Oct 14, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 468,600 | 0.01 |
| Oct 11, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 1,201,900 | 0.01 |
| Oct 10, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 233,200 | 0.01 |
| Oct 9, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 190,200 | 0.01 |
| Oct 8, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 150,500 | 0.01 |
| Oct 7, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 758,300 | 0.01 |
| Oct 4, 2013 | 0.00 | 0.01 | 0.00 | 0.01 | 1,360,900 | 0.01 |
| Oct 3, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 251,900 | 0.01 |
| Oct 2, 2013 | 0.01 | 0.01 | 0.00 | 0.01 | 471,500 | 0.01 |
| Oct 1, 2013 | 0.00 | 0.01 | 0.00 | 0.01 | 859,600 | 0.01 |
| Sep 30, 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 696,000 | 0.00 |
| Sep 27, 2013 | 0.01 | 0.01 | 0.00 | 0.00 | 1,041,000 | 0.00 |

\* Close price adjusted for dividends and splits.

First | Previous | Next | Last

Download to Spreadsheet

Currency in USD.

Home | Mail | News | Sports | Finance | Weather | Games | Groups | Answers | Screen | Flickr | Mobile | More

Search Finance    Search Web    Sign In    Mail

Finance Home   My Portfolio   My Quotes News   Market Data   Yahoo Originals   Business & Finance   Personal Finance   CNBC   Contributors

Enter Symbol | Look Up

Thu, Dec 4, 2014, 3:52PM EST - U.S. Markets close in 8 mins.    Report an Issue

Dow 0.15%  Nasdaq 0.15%

## GOFF CORP (GOFF.PK) - Other OTC ★ Watchlist

**0.00** 0.00(0.00%) Oct 30

## Historical Prices

Get Historical Prices for: [    ] GO

### Set Date Range

Start Date: Mar 18 2013   Eg. Jan 1, 2010
End Date: Dec 31 2013

- ● Daily
- ○ Weekly
- ○ Monthly
- ○ Dividends Only

Get Prices

First | Previous | Next | Last

### Prices

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| Sep 26, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 411,400 | 0.01 |
| Sep 25, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 642,200 | 0.01 |
| Sep 24, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 1,306,800 | 0.01 |
| Sep 23, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 463,500 | 0.01 |
| Sep 20, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 712,700 | 0.01 |
| Sep 19, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 95,100 | 0.01 |
| Sep 18, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 94,400 | 0.01 |
| Sep 17, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 191,500 | 0.01 |
| Sep 16, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 377,700 | 0.01 |
| Sep 13, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 415,600 | 0.01 |
| Sep 12, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 715,600 | 0.01 |
| Sep 11, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 842,100 | 0.01 |
| Sep 10, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 1,373,400 | 0.01 |
| Sep 9, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 255,700 | 0.01 |
| Sep 6, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 164,100 | 0.01 |
| Sep 5, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 205,100 | 0.01 |
| Sep 4, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 183,600 | 0.01 |
| Sep 3, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 405,400 | 0.01 |
| Aug 30, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 429,500 | 0.01 |
| Aug 29, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 329,600 | 0.01 |
| Aug 28, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 234,800 | 0.01 |
| Aug 27, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 1,009,200 | 0.01 |
| Aug 26, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 242,900 | 0.01 |
| Aug 23, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 396,100 | 0.01 |
| Aug 22, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 21,800 | 0.01 |
| Aug 21, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 346,100 | 0.01 |

GOFF.PK Historical Prices | GOFF CORP Stock - Yahoo! Finance

Case 1:15-cv-00894-WHP-JLC   Document 75-13   Filed 03/28/15   Page 4 of 7

Page 2 of 3

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| Aug 20, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 427,500 | 0.01 |
| Aug 19, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 204,700 | 0.01 |
| Aug 16, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 728,900 | 0.01 |
| Aug 15, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 254,900 | 0.01 |
| Aug 14, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 468,700 | 0.01 |
| Aug 13, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 727,100 | 0.01 |
| Aug 12, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 326,400 | 0.01 |
| Aug 9, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 280,000 | 0.01 |
| Aug 8, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 394,800 | 0.01 |
| Aug 7, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 568,900 | 0.01 |
| Aug 6, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 198,700 | 0.01 |
| Aug 5, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 600,000 | 0.01 |
| Aug 2, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 399,600 | 0.01 |
| Aug 1, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 1,350,700 | 0.01 |
| Jul 31, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 459,200 | 0.01 |
| Jul 30, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 918,000 | 0.01 |
| Jul 29, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 510,000 | 0.01 |
| Jul 26, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 598,500 | 0.01 |
| Jul 25, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 2,008,000 | 0.01 |
| Jul 24, 2013 | 0.01 | 0.02 | 0.01 | 0.01 | 7,178,300 | 0.01 |
| Jul 23, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 469,500 | 0.01 |
| Jul 22, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 1,449,000 | 0.01 |
| Jul 19, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 228,000 | 0.01 |
| Jul 18, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 402,900 | 0.01 |
| Jul 17, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 1,492,700 | 0.01 |
| Jul 16, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 1,243,200 | 0.01 |
| Jul 15, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 644,600 | 0.01 |
| Jul 12, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 621,800 | 0.01 |
| Jul 11, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 1,277,800 | 0.01 |
| Jul 10, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 379,200 | 0.01 |
| Jul 9, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 951,500 | 0.01 |
| Jul 8, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 1,029,200 | 0.01 |
| Jul 5, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 528,900 | 0.01 |
| Jul 3, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 431,300 | 0.01 |
| Jul 2, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 672,800 | 0.01 |
| Jul 1, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 862,700 | 0.01 |
| Jun 28, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 889,800 | 0.01 |
| Jun 27, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 1,908,000 | 0.01 |
| Jun 26, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 1,032,700 | 0.01 |
| Jun 25, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 1,207,300 | 0.01 |

* Close price adjusted for dividends and splits.

First | Previous | Next | Last

Download to Spreadsheet

Currency in USD.

Home | Mail | News | Sports | Finance | Weather | Games | Groups | Answers | Screen | Flickr | Mobile | More

Search Finance | Sign In Web | Mail

Finance Home | My Portfolio | My Quotes News | Market Data | Yahoo Originals | Business & Finance | Personal Finance | CNBC | Contributors

Enter Symbol | Look Up

Thu, Dec 4, 2014, 3:53PM EST - U.S. Markets close in 7 mins.   Report an Issue

Dow

**GOFF CORP (GOFF.PK)** - Other OTC ★ Watchlist

**0.00**  0.00(0.00%) Oct 30

## Historical Prices

Get Historical Prices for: [     ] GO

### Set Date Range

Start Date: Mar   Eg. Jan 1, 2010   ● Daily
End Date: Dec                        ○ Weekly
                                     ○ Monthly
                                     ○ Dividends Only

Get Prices

First | Previous | Next | Last

### Prices

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| Jun 24, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 2,269,700 | 0.01 |
| Jun 21, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 2,400,000 | 0.01 |
| Jun 20, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 2,314,900 | 0.01 |
| Jun 19, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 683,400 | 0.01 |
| Jun 18, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 1,060,700 | 0.01 |
| Jun 17, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 2,913,200 | 0.01 |
| Jun 14, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 1,035,600 | 0.01 |
| Jun 13, 2013 | 0.02 | 0.02 | 0.01 | 0.01 | 2,061,700 | 0.01 |
| Jun 12, 2013 | 0.01 | 0.02 | 0.01 | 0.02 | 13,607,200 | 0.02 |
| Jun 11, 2013 | 0.01 | 0.02 | 0.01 | 0.01 | 6,879,600 | 0.01 |
| Jun 10, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 2,305,900 | 0.01 |
| Jun 7, 2013 | 0.01 | 0.02 | 0.01 | 0.01 | 1,163,500 | 0.01 |
| Jun 6, 2013 | 0.01 | 0.01 | 0.01 | 0.01 | 2,355,700 | 0.01 |
| Jun 5, 2013 | 0.01 | 0.02 | 0.01 | 0.01 | 2,433,900 | 0.01 |
| Jun 4, 2013 | 0.02 | 0.02 | 0.01 | 0.01 | 3,477,000 | 0.01 |
| Jun 3, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 3,064,000 | 0.02 |
| May 31, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 4,319,200 | 0.02 |
| May 30, 2013 | 0.01 | 0.02 | 0.01 | 0.02 | 3,084,700 | 0.02 |
| May 29, 2013 | 0.02 | 0.02 | 0.01 | 0.02 | 6,190,800 | 0.02 |
| May 28, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 5,447,200 | 0.02 |
| May 24, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 5,633,400 | 0.02 |
| May 23, 2013 | 0.03 | 0.03 | 0.02 | 0.02 | 18,771,300 | 0.02 |
| May 22, 2013 | 0.02 | 0.03 | 0.02 | 0.03 | 11,071,500 | 0.03 |
| May 21, 2013 | 0.02 | 0.03 | 0.02 | 0.02 | 6,015,000 | 0.02 |
| May 20, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 8,666,400 | 0.02 |
| May 17, 2013 | 0.03 | 0.03 | 0.02 | 0.02 | 32,039,700 | 0.02 |

GOFF.PK Historical Prices | GOFF CORP Stock - Yahoo! Finance

Case 1:15-cv-00894-WHP-JLC   Document 75-13   Filed 03/28/15   Page 6 of 7

Page 2 of 3

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| May 16, 2013 | 0.01 | 0.03 | 0.01 | 0.03 | 43,929,400 | 0.03 |
| May 15, 2013 | 0.02 | 0.02 | 0.01 | 0.02 | 20,551,500 | 0.02 |
| May 14, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 17,632,800 | 0.02 |
| May 13, 2013 | 0.03 | 0.03 | 0.02 | 0.02 | 18,396,300 | 0.02 |
| May 10, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 7,527,700 | 0.03 |
| May 9, 2013 | 0.04 | 0.04 | 0.03 | 0.03 | 11,555,100 | 0.03 |
| May 8, 2013 | 0.03 | 0.04 | 0.03 | 0.03 | 15,840,800 | 0.03 |
| May 7, 2013 | 0.04 | 0.04 | 0.03 | 0.03 | 23,776,000 | 0.03 |
| May 6, 2013 | 0.05 | 0.05 | 0.03 | 0.04 | 18,682,300 | 0.04 |
| May 3, 2013 | 0.04 | 0.05 | 0.03 | 0.04 | 32,574,000 | 0.04 |
| May 2, 2013 | 0.05 | 0.05 | 0.03 | 0.04 | 14,377,200 | 0.04 |
| May 1, 2013 | 0.05 | 0.05 | 0.04 | 0.04 | 16,175,200 | 0.04 |
| Apr 30, 2013 | 0.05 | 0.05 | 0.04 | 0.04 | 15,716,100 | 0.04 |
| Apr 29, 2013 | 0.05 | 0.07 | 0.04 | 0.05 | 50,608,500 | 0.05 |
| Apr 26, 2013 | 0.05 | 0.08 | 0.05 | 0.05 | 55,774,700 | 0.05 |
| Apr 25, 2013 | 0.07 | 0.07 | 0.05 | 0.05 | 88,577,700 | 0.05 |
| Apr 24, 2013 | 0.12 | 0.12 | 0.07 | 0.07 | 34,891,900 | 0.07 |
| Apr 23, 2013 | 0.17 | 0.17 | 0.11 | 0.12 | 21,411,700 | 0.12 |
| Apr 22, 2013 | 0.24 | 0.25 | 0.16 | 0.17 | 21,902,700 | 0.17 |
| Apr 19, 2013 | 0.28 | 0.30 | 0.22 | 0.24 | 18,798,000 | 0.24 |
| Apr 18, 2013 | 0.27 | 0.30 | 0.27 | 0.28 | 4,521,600 | 0.28 |
| Apr 17, 2013 | 0.31 | 0.31 | 0.27 | 0.27 | 7,232,700 | 0.27 |
| Apr 16, 2013 | 0.30 | 0.33 | 0.29 | 0.30 | 16,565,100 | 0.30 |
| Apr 15, 2013 | 0.25 | 0.31 | 0.21 | 0.30 | 14,385,300 | 0.30 |
| Apr 12, 2013 | 0.29 | 0.32 | 0.25 | 0.26 | 11,519,600 | 0.26 |
| Apr 11, 2013 | 0.27 | 0.31 | 0.23 | 0.29 | 16,415,200 | 0.29 |
| Apr 10, 2013 | 0.36 | 0.38 | 0.23 | 0.27 | 47,010,800 | 0.27 |
| Apr 9, 2013 | 0.59 | 0.59 | 0.31 | 0.36 | 66,998,300 | 0.36 |
| Apr 8, 2013 | 0.63 | 0.65 | 0.57 | 0.57 | 28,082,200 | 0.57 |
| Apr 5, 2013 | 0.58 | 0.62 | 0.57 | 0.58 | 22,003,500 | 0.58 |
| Apr 4, 2013 | 0.45 | 0.58 | 0.44 | 0.57 | 19,362,500 | 0.57 |
| Apr 3, 2013 | 0.51 | 0.51 | 0.41 | 0.46 | 54,159,900 | 0.46 |
| Apr 2, 2013 | 0.55 | 0.57 | 0.50 | 0.51 | 26,752,300 | 0.51 |
| Apr 1, 2013 | 0.47 | 0.54 | 0.40 | 0.53 | 22,806,700 | 0.53 |
| Mar 28, 2013 | 0.44 | 0.46 | 0.41 | 0.45 | 14,604,800 | 0.45 |
| Mar 27, 2013 | 0.42 | 0.43 | 0.41 | 0.43 | 14,337,000 | 0.43 |
| Mar 26, 2013 | 0.40 | 0.43 | 0.40 | 0.42 | 14,312,700 | 0.42 |
| Mar 25, 2013 | 0.38 | 0.40 | 0.38 | 0.40 | 15,046,900 | 0.40 |
| Mar 22, 2013 | 0.34 | 0.38 | 0.34 | 0.37 | 21,291,900 | 0.37 |
| Mar 21, 2013 | 0.34 | 0.35 | 0.29 | 0.33 | 19,919,900 | 0.33 |

* Close price adjusted for dividends and splits.

First | Previous | Next | Last

Download to Spreadsheet

Currency in USD.

GOFF.PK Historical Prices | GOFF CORP Stock - Yahoo! Finance  Page 1 of 2

Case 1:15-cv-00894-WHP-JLC   Document 75-13   Filed 03/28/15   Page 7 of 7

| Home | Mail | News | Sports | Finance | Weather | Games | Groups | Answers | Screen | Flickr | Mobile | More |

Search Finance    Search Web    Sign In    Mail

Finance Home   My Portfolio   My Quotes   News   Market Data   Yahoo Originals   Business & Finance   Personal Finance   CNBC   Contributors

Enter Symbol    Look Up    Thu, Dec 4, 2014, 3:53PM EST - U.S. Markets close in 7 mins.   Report an Issue

Dow 0.15%  Nasdaq 0.14%

Scottrade $7 Online Trades Trade Now    Fidelity    GOFF    E*TRADE OPEN AN ACCOUNT

**GOFF CORP (GOFF.PK)** - Other OTC ★ Watchlist

**0.00** 0.00(0.00%) Oct 30

Historical **Prices**    Get Historical Prices for: [  ] GO

### Set Date Range

Start Date: Mar    Eg. Jan 1, 2010    ● Daily
End Date: Dec                         ○ Weekly
                                      ○ Monthly
                                      ○ Dividends Only

Get Prices

First | Previous | Next | Last

### Prices

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| Mar 20, 2013 | 0.31 | 0.34 | 0.30 | 0.34 | 13,046,600 | 0.34 |
| Mar 19, 2013 | 0.30 | 0.32 | 0.27 | 0.30 | 19,759,500 | 0.30 |
| Mar 18, 2013 | 0.27 | 0.35 | 0.20 | 0.28 | 263,914,100 | 0.28 |

* Close price adjusted for dividends and splits.

First | Previous | Next | Last

Download to Spreadsheet

Currency in USD.

RYLAND HOMES® DC Metro welcomes you home From the $300's - $500's  CLICK HERE

http://finance.yahoo.com/q/hp?s=GOFF.PK&a=02&b=18&c=2013&d=11&e=31&f=2013&g=d&z=66&...    12/4/2014

A0438