# IRREVOCABLE STOCK POWER

## KNOW ALL MEN BY THESE PRESENTS,

THAT, I, _Katherine E Sanchz H._, FOR VALUE RECEIVED have bargained, sold,

assigned and transferred by these present unto _LORNEX FINANCIAL LTD. HENVILLE BUILDING, CHARLESTOWN, NEVIS._

_____ _1,000,000_ _____ shares of common stock in the capital of **NORSTRA**

**ENERGY INC.** standing in my name on the books of the said Company represented by

Certificate No. _115_ herewith **AND I**, do hereby constitute and appoint _____

_____ my true and lawful Attorney,

IRREVOCABLY, for me and in my name and stead but to his use, to sell, assign, transfer and

make over all or any part of the said stock, and for that purpose to make and execute all

necessary acts of assignment and transfer thereof, and to substitute one or more persons with like

full power, hereby ratifying and confirming all that my said Attorney or his substitute or

substitutes shall lawfully do by virtue hereof.

**IN WITNESS WHEREOF**, I have hereunto set my hand and seal at _____

this _5_ day of _February_ , 20_13_ .

SIGNED, SEALED and DELIVERED by:


_Katherine E Sánchez H._


Signature Guaranteed by:

_____

_____

Yo, Llcdo. IVAN ANTONIO BONILLA, Notario Público Primero del Circuito
de Panamá, con cédula de identidad personal No.8-314-156.
CERTIFICO:
Que dada la certeza de la identidad del (los) sujeto(s) que firmo(firmaron) el
presente documento su (s) firma (s) es (son) aútentica (s).
PANAMA, _____

Testigo _____ Testigo

IVAN ANTONIO BONILLA
NOTARIO PUBLICO PRIMERO DEL CIRCUITO DE PANAMA
... R SUPLENTE

A0515



NUMBER
125

COMMON STOCK

SHARES
***1,000,000***

COMMON STOCK
CUSIP 65654V103

**NORSTRA ENERGY INC.**

INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

***Blixen Palmer***

Is the Owner of *** One Million ***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
NORSTRA ENERGY INC.

transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed.  This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.

Dated:   **September 7, 2012**

COUNTERSIGNED AND REGISTERED:
EMPIRE STOCK TRANSFER INC.
                                        Transfer Agent and Registrar

By

AUTHORIZED SIGNATURE

CORPORATE SEAL

DIRECTOR

PRESIDENT

B 24458

A0516

The following abbreviations, when used in the inscription of the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — _____ Custodian _____
(Cust) (Minor)
under Uniform Gifts to Minors Act

_____
(State)

Additional abbreviations may also be used though not in the above list.

*For Value Received,* _____ *hereby sells, assigns and transfers unto*

PLEASE INSERT SOCIAL SECURITY
OR OTHER IDENTIFYING NUMBER

(PLEASE PRINT OR TYPE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

*Shares*
*of the Capital Stock represented by this Certificate and hereby*
*irrevocably constitutes and appoints*

*Attorney*
*to transfer the said stock on the books of the within-named Corporation*
*with full power of substitution in the premises.*
*Dated* _____

NOTICE   THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THIS CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATSOEVER.

SIGNATURE(S) GUARANTEED

NOTICE   THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION, (BANKS, STOCKBROKERS, SAVINGS AND LOAN ASSOCIATION AND CREDIT UNIONS) WITH MEMBERSHIP IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM PURSUANT TO S.E.C. RULE 17AD-15.

A0517

# IRREVOCABLE STOCK POWER

**KNOW ALL MEN BY THESE PRESENTS,**

**THAT, I,** _Alexen Palmer_, **FOR VALUE RECEIVED** have bargained, sold, assigned and transferred by these present unto _SEE SCHEDULE A_ ,

_1,000,000_ shares of common stock in the capital of **NORSTRA ENERGY INC.** standing in my name on the books of the said Company represented by Certificate No. _125_ herewith **AND I,** do hereby constitute and appoint _____

_____ my true and lawful Attorney, **IRREVOCABLY,** for me and in my name and stead but to his use, to sell, assign, transfer and make over all or any part of the said stock, and for that purpose to make and execute all necessary acts of assignment and transfer thereof, and to substitute one or more persons with like full power, hereby ratifying and confirming all that my said Attorney or his substitute or substitutes shall lawfully do by virtue hereof.

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal at _____ this _5_ day of _FEBRUARY_ , 20_13_ .

**SIGNED, SEALED and DELIVERED by:**

_____

**Signature Guaranteed by:**

_____

_____

Yo, Llcdo. IVAN ANTONIO BONILLA, Notario Público Primero del Circuito de Panamá, con cédula de identidad personal No. 8-314-156.
CERTIFICO:
Que dada la certeza de la identidad del (los) sujeto(s) que firmo(firmaron) el presente documento su (s) firma(s) es (son) autentica (s).
PANAMA, _____

Testigo _____          Testigo _____

Lic. IVAN ANTONIO BONILLA
NOTARIO PÚBLICO PRIMERO DEL CIRCUITO DE PANAMA
PRIMER SUPLENTE

A0518

# Log Sheet

Issuer:  **NORST-Norstra Energy Inc.**

Received:  **02/06/13**   |   **09:46 AM**   ID/SCL#: **65654V103**

Received From:  **CELTIC CONSULTANTS**

How Received:  **FED EX**

Track Number In:  **794681547370**

Control Ticket:  **STTK000000039643**

SEC Item Count:   **1   Routine**

Contents:  **112 115 125**

Transaction No.:   **10**        Completed: **02/07/13**

Track Number Out: **FED EX 794705651766**

Sent To:  **SIERRA - 794705679688**

Fees:  Due:      Rcvd:       Check #:

Assigned To:

Certificate Number(s) or Book Entry ID's:  **2**

      **CS1-139, CS1-140**

Comments:

Initials   Date

_____  _____ Logged In

_____  _____ Medallion Verified

_____  _____ Review Documents

_____  _____ Processed by

_____  _____ Stamp Certificates as Canceled and Transferred

_____  _____ Final Review/Authentification

_____  _____ Batch Completed and Made Available

_____  _____ Management Review

Page 1 of 2



From: (604) 788-5126
Courtney Kelln
Celtic Consultants LLC
6054 165th Street

Surrey, BC V3S V4
CANADA

Origin ID: YAZB

FedEx Express

E

Ship Date: 05FEB13
ActWgt: 0.5 KG
CAD: 101184792/INCA3370

REF:
DESC-1: Correspondence/No Customs Value
DESC-2:
DESC-3:
DESC-4:

SHIP TO: (702) 818-5838        BILL SENDER
Patrick Mokros
Empire Stock Transfer
1859 WHITNEY MESA DR

HENDERSON, NV 89014
US

COUNTRY MFG: CA
CARRIAGE VALUE: 0.00 CAD
CUSTOMS VALUE: 0.00 CAD
T/C: S 481734169              D/T: S 481734169
SIGN: Courtney Kelln
EIN/VAT:
PKG TYPE: ENV

TRK# 7946 8154 7370
0430

XX LASA

A1
INTL PRIORITY
ISR RES
89014
NV-US
LAS

These commodities, technology, or software were exported from Canada in accordance with the
export administration regulations. Diversion contrary to Canadian law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal
Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

CONSIGNEE COPY - PLEASE PLACE IN POUCH

519G1/0F2493A8

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, then governs and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid. FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition, in order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

A0520

https://www.fedex.com/shipping/html/en/PrintIFrame.html

From: (702) 818-5898
Patrick Mokros
Empire Stock Transfer Inc.
1859 Whitney Mesa

Henderson, NV 89014
UNITED STATES

Origin ID: LASA



Ship Date: 07FEB13
ActWgt: 0.5 LB
CAD: 5040518/NET3370

REF: NORST 139
DESC-1: Stock Information
DESC-2:
DESC-3:
DESC-4:
EEI NO EEI 30.37(a)
COUNTRY MFG: US
CARRIAGE VALUE: 0.00 USD
CUSTOMS VALUE: 1.00 USD
T/C: O 481734169         D/T: O 481734169
SIGN: Patrick Mokros
EIN/VAT:
PKG TYPE: ENV

SHIP TO: 0115073019000 -          BILL THIRD PARTY
Conley Foley
Verdmont Capital SA
Edificio Verdmont Ave
Aquilino Del La Guardia, No. 18

Cuidad de Panama, 000000
PA

TRK#  7947 0565 1766          INTL PRIORITY
0430

-PA

These commodities, technology, or software were exported from the United States in accordance with
the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal
Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

CONSIGNEE COPY - PLEASE PLACE IN POUCH

518G1/DF24/63AB

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability terms may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, law's, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage, if a higher value for carriage is declared and the additional charge is paid. FedEx's maximum liability will be the lessor of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, law's, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com

1 of 2                                                                                    2/7/2013 2:25 PM

A0521



NUMBER
139

SHARES
***3,687,000***

COMMON STOCK

**NORSTRA ENERGY INC.**

COMMON STOCK
CUSIP 65654V103

INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

***Lornex Financial Ltd.***

Is the Owner of*** **Three Million Six Hundred Eighty-Seven Thousand** ***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
**NORSTRA ENERGY INC.**

*transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.*

*Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.*

Dated: **February 7, 2013**

COUNTERSIGNED AND REGISTERED:
EMPIRE STOCK TRANSFER INC.
Transfer Agent and Registrar

By

AUTHORIZED SIGNATURE

CORPORATE SEAL

XXXXXXXXXX
DIRECTOR

PRESIDENT

B 24630

A0522

From: (702) 818-5898
Patrick Mokros
Empire Stock Transfer Inc.
1859 Whitney Mesa

Henderson, NV 89014
UNITED STATES

Origin ID: LASA

**FedEx** Express

Ship Date: 07FEB13
ActWgt: 0.5 LB
CAD: 5040518/INET3370

REF: NORST 140
DESC-1: Stock Information
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.36
COUNTRY MFG: US
CARRIAGE VALUE: 0.00 USD
CUSTOMS VALUE: 1.00 USD
T/C: R 481734169          D/T: R 481734169
SIGN: Patrick Mokros
EIN/VAT:
PKG TYPE: ENV

SHIP TO: (604) 788-5126 ·        BILL RECIPIENT
**ATTN: CERTIFICATE DEPT**
**CELTIC CONSULTANTS LLC**
**6054 165 ST**

**SURREY, BC V3S5V4**
CA

TRK# **7947 0567 9688**
0438

**XV YAZB**

PM
INTL PRIORITY
RES
V3S 5V4
BC-CA
YVR



These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

CONSIGNEE COPY - PLEASE PLACE IN POUCH

51BG1/DF2493AB

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, law s, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or as equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities (including customs and health officials) with actual or apparent authority, NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, governmental regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com

A0523

# NORST - Norstra Energy Inc.
## Stock Transfer - Final Transaction Report

3/4/13   1:29 pm

Page 1 of 1

Control Ticket Number:  STTK000000040102
Type of Stock being Transferred:    CS1
Paper certifs being Transferred from: 1
Paper certifs being Transferred to:   2
CB Received: 03/04/13
Tax Reason: Sale     Acquired: 03/01/13

Transaction Number:    15
Total Shares: 3,687,000

Transfer Date: 03/04/13
Sale Amt/share: $ 0.05000

Received From: CELTIC CONSULTANTS
Received: 03/01/13 at 10:06   Tran Type: Routine     Item Count: 1
How Received: FEDEX

Sent: 03/04/13 at 13:28      How Sent: FED EX
Outgoing Tracking Number:  794887195352

-----Transfer From-----                    -----Transfer To-----

| Line # | Shareholder | Certificate Number | Number of Shares | Line # | Shareholder | Certificate Number | Shares per Certif |
|---|---|---|---|---|---|---|---|
| 1 | 36   Lornex Financial Ltd. | CS1  139 | 3,687,000 | 1 | 40   Europa Capital A.G. | CS1  147 | 1,830,000 |
|  |  |  |  | 2 | 41   Jackson Bennett, LLC | CS1  148 | 1,857,000 |
|  |  |  | 3,687,000 |  | Number of new certs: 2 |  | 3,687,000 |

Completed By: BB     Report Run By: BB 03/04/13  1:29:32 pm

A0524

# NORST - Norstra Energy Inc.
## Stock Transfer - Final Transaction Report

3/4/13   1:29 pm

Page 1 of 1

| | |
|---|---|
| Control Ticket Number:  STTK000000040102 | |
| Type of Stock being Transferred:    CS1 | |
| Paper certifs being Transferred from: 1 | |
| Paper certifs being Transferred to:    2 | |
| CB Received: 03/04/13 | |
| Tax Reason: Sale    Acquired: 03/01/13 | |

Transaction Number:     15        Transfer Date: 03/04/13
Total Shares: 3,687,000          Sale Amt/share: $ 0.05000

Received From: CELTIC CONSULTANTS
Received: 03/01/13 at 10:06    Tran Type:Routine    Item Count: 1
How Received:FEDEX

Sent: 03/04/13 at 13:28          How Sent:  FED EX
Outgoing Tracking Number: 794887195352

| | | ——Transfer From—— | | | | ——Transfer To—— | | |
|---|---|---|---|---|---|---|---|---|
| Line # | Shareholder | | Certificate Number | Number of Shares | Line # | Shareholder | Certificate Number | Shares per Certif |
| 1 | 36   Lomex Financial Ltd. | CS1 | 139 | 3,687,000 | 1 | 40   Europa Capital A.G. | CS1  147 | 1,830,000 |
| | | | | | 2 | 41   Jackson Bennett, LLC | CS1  148 | 1,857,000 |
| | | | | 3,687,000 | | Number of new certs: 2 | | 3,687,000 |



```
CELTIC CONSULTANTS LLC                                           0976

                                              DATE 2 0 03 - 02 - 28
                                                    Y Y Y Y  M M  D D
                                  U.S. DOLLAR ACCOUNT
PAY to
the order of   Empire Stock Transfer
                                                              $ 85 -
               Eighty Five
BMO  Bank of Montreal                                  XX  DOLLARS
FIRST BANK TOWER, 595 BURRARD ST.                      100  U.S. FUNDS
VANCOUVER B.C.  V7X 1L7

RE  NORX                              CELTIC CONSULTANTS LLC

                                            PER

 "000976"  :00040"001:    4656"107"    45
```

Completed By: BB        Report Run By: BB 03/04/13 1:29:32 pm

**Roberta Mors**

| | |
|---|---|
| **From:** | Roberta Mors |
| **Sent:** | Friday, March 01, 2013 1:32 PM |
| **To:** | 'norstraenergy@hotmail.com' |
| **Subject:** | 'Empire Stock Transfer Inc. - Indemnification Notice Norstra Energy Inc. 139 3,687,000Shrs 3.1.13 |
| **Attachments:** | Norstra Energy 139 3,687,000Shrs 3.1.13.pdf |

Attached you will find a transfer and indemnification notice that we have received. We are sending this as part of an optional notification practice. We will process the request tomorrow morning as long as the transfer is in good order. No action by the issuer is necessary unless there is a known circumstance under which the transfer should not be completed. Please advise if this is the case by sending a STOP request and explanation by email or fax. We will review the STOP and proceed accordingly. We hope this will assist in communication of transfer activity and further our client relationship. Please let us know if you have any special needs that we might be able to assist with.

Thanks,

Roberta Mors
Empire Stock Transfer Inc.

*Process 3-4-13*

--------------------

Additionally, here is some information that might be of assistance to our public company clients.

We have EDGAR an filings department. You'll benefit from high quality and reliable services without the hidden fees associated with many other EDGAR filers. We provide fast turn-around times and offer a complete range of filing services, from registration statements to periodic reports, in all EDGAR formats. Documents are handled by our staff only. Nothing is sent outside our office or outside the country. When outsourcing documents to Empire Stock Transfer, you will receive accurate and punctual filing using our advanced conversion technology. Our staff maintains the expertise to file your documents quickly and efficiently. Our EDGAR Filing Service produces high-quality documents with minimal effort, allowing us to dedicate ourselves to customer service and value. Our straightforward, itemized pricing structure guarantees that you will never be surprised upon receiving a statement.

We are a DTCC FAST participant agent. FAST is The Depository Trust Company's Fast Automated Securities Transfer service. What makes it fast and automated is that it does away with paperwork and paper securities almost completely, so that securities transfer agents can electronically provide custody, transfer, deposit and withdrawal services very quickly and efficiently. One feature of FAST is its balancing confirmation system, which delivers a daily record of the opening position, total credits, total debits and closing position in each FAST issue involved in a transaction the previous day.

What is DTC eligibility? This means that your company's stock is eligible for deposit with DTC aka "Cede & Co" aka the Street. Your company's security holders will be able to deposit their particular shares with a brokerage firm. Clearing firms, as full participants with DTC, handle the DTC eligibility submissions to DTC. Transfer agents were responsible for eligibility coordination years ago. Now, in order to make a new issue of securities eligible for DTC's delivery services, a completed and signed eligibility questionnaire must be

*9rn-Lrl*

1

# Memorandum



Empire
Stock Transfer



**To:**   Empire Stock Transfer

**Date:**   28/02/2013

**Re:**   3,678,000 shares of Norstra Energy Inc.

---

1. Please issue 1 new certificate to Europa Capital A.G. for 1,830,000 shares of Norstra Energy Inc.

2. Please issue 1 new certificate to Jackson Bennett LLC for 1,857,000 shares of Norstra Energy Inc.

3. Please Fed-Ex (on Fed-Ex account 4817-3416-9) the new certificate(s) to Celtic Consultants LLC, 6054 165th Street, Surrey, BC V3S5V4, Ph: 604-788-5126. Attention: Courtney Kelln

4. The acquisition date for this transfer is February 28, 2013 and the shares were purchased for $.05 per share.

5. Your fee of $85.00 is enclosed

6. **IF THERE ARE ANY PROBLEMS REGARDING THESE INSTRUCTIONS PLEASE EMAIL: CELTIC@CORPTRAX.COM BEFORE YOU DO ANYTHING ELSE WITH THE CERTIFICATE(S). THANK YOU.**

[ ] Restricted Email        [ ] Indemnity Notice
[ ] Indemnity Required    [ ] Transfer Notice
[ ] No Medallion            [ ] No Fees
[ ] No Instructions          [ ] Indemnity Attached

[ ] Other _____

1

A0527



NUMBER
139

SHARES
***3,687,000***

COMMON STOCK

COMMON STOCK
CUSIP 65654V103

**NORSTRA ENERGY INC.**

INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

**\*\*\*Lornex Financial Ltd.\*\*\***

Is the Owner of*** **Three Million Six Hundred Eighty-Seven Thousand \*\*\***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
**NORSTRA ENERGY INC.**

*transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed.  This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.*

*Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.*

Dated:  **February 7, 2013**

COUNTERSIGNED AND REGISTERED:
**EMPIRE STOCK TRANSFER INC.**
Transfer Agent and Registrar

By

AUTHORIZED SIGNATURE

XXXXXXXXXX
DIRECTOR

PRESIDENT

CORPORATE SEAL

B 24630

The following abbreviations, when used in the inscription of the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — _____Custodian_____
                                (Cust)                    (Minor)
                      under Uniform Gifts to Minors Act

                      _____
                                (State)

Additional abbreviations may also be used though not in the above list.

*For Value Received,* _____ *hereby sells, assigns and transfers unto*

PLEASE INSERT SOCIAL SECURITY
OR OTHER IDENTIFYING NUMBER

(PLEASE PRINT OR TYPE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

_____ *Shares*

*of the Capital Stock represented by this Certificate and hereby irrevocably constitutes and appoints*

_____ *Attorney*

*to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.*

*Dated* _____

NOTICE   THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THIS CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATSOEVER.

SIGNATURE(S) GUARANTEED

NOTICE   THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION. (BANKS, STOCKBROKERS, SAVINGS AND LOAN ASSOCIATION AND CREDIT UNIONS) WITH MEMBERSHIP IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM PURSUANT TO S.E.C. RULE 17AD-15.

# RESOLUTION TO TRANSFER SECURITIES

**RESOLVED THAT** VIRGILIO SANTANA be and is hereby authorized on behalf of the Company to accept and convey, assign, transfer or otherwise dispose of all or any shares, stock, bonds, debenture stock and other securities of every description now or hereafter registered in the name of the Company or held or owned by the Company and to sign and execute on behalf of the Company all and any instruments of acceptance and transfer and other documents whenever necessary or proper to effectuate the same with full power to appoint any attorney or attorneys with full power of substitution therein, and that any and all instruments of acceptance and transfer and other documents in connection therewith heretofore signed and executed on behalf of the Company in accordance with the authority set out above are hereby ratified and confirmed.

## CERTIFICATE

I hereby certify that the foregoing is a true and correct copy of a resolution duly passed at a meeting of the Directors of LORNEX FINANCIAL LTD. regularly held on 28 February 2013, and that the said resolution is now in full force and effect. I further certify that the following is a list of all directors, officers and employees of the Company authorized by this resolution to do any act or thing:

VIRGILIO SANTANA
*(Name)*

(1) _____
*(Specimen Signature)*

## POWER OF ATTORNEY TO TRANSFER SECURITIES

**FOR VALUE RECEIVED** the undersigned hereby sells, assigns and transfers to *See Schedule A*

_____
*(Name and address of transferee)*

*3,687,000 Shares of Norstra Energy Inc.*
*(Description of securities and name of corporation)*

represented by certificate number *139*, and hereby irrevocably constitutes and appoints _____
the attorney of the undersigned to transfer the said shares on the books of the said corporation with full power of substitution in the premises.

Dated: *Feb 28, 13*

LORNEX FINANCIAL LTD.

_____
*Authorized Signatory* (Virgilio Santana)

_____
*Witness*

Signature of transferor guaranteed by:

SIGNATURE GUARANTEED
EN TRUST COMPANY

_____
Authorized Signatory

## CERTIFIED RESOLUTIONS ADOPTED BY BOARD OF DIRECTORS OF
### <NORSTRA ENERGY INC.>
### A NEVADA CORPORATION

The undersigned hereby certifies that he is the duly elected, qualified and acting President of the above-named Corporation and in that capacity in charge of its official records including the minute book containing original minutes of meetings of its Board of Directors; and that on the _28_ day of _Feb_, 20_13_, a meeting of said Board of Directors was duly convened and held, with a quorum present throughout the proceedings thereof, at which the following resolutions were duly moved, seconded and carried, said resolutions remaining in full force and effect at the date of this certificate:

BE IT RESOLVED:  That EMPIRE STOCK TRANSFER INC., Transfer Agent for this corporation be, and it hereby is, directed to process the transfer request regarding the certificate below, and this Board of Directors does hereby extend this corporation's irrevocable agreement to indemnify said Transfer Agent for all loss, liability or expense in carrying out the authority and direction herein contained on the terms herein set forth.  The Transfer Agent shall maintain the right to uphold the transfer in the event of forgery.

IN WITNESS WHEREOF,  the undersigned has set his hand in his capacity above mentioned and affixed the seal of the above named corporation, all this _28_ day of _Feb_, 20_13_.

[SEAL]

By: _____
<Dallas Kerkenezov>, President

| Cert No(s) | Registered To: | No. of Shares | Transfer To or CANCEL: | No. of Shares: |
|---|---|---|---|---|
| 139 | Cornex Financial Ltd | 3,687,000 | Transfer Per Stock Power & Schedule A | 3,687,000 |

Schedule A

Jackson Bennett LLC            1 X 1,857,000
Henville Building
Charlestown, Nevis

Europa Capital AG             1 X 1,830,000
60 Market Square
Belize City, Belize



From: (604) 788-5126
Courtney Kelln
Celtic Consultants LLC
6054 165th Street

Surrey, BC V3S5V4
CANADA

Origin ID: YAZB

**FedEx** Express

Ship Date: 28FEB13
ActWgt: 0.5 KG
CAD: 101184792/INCA3370

REF:
DESC-1: Correspondence/No Customs Value
DESC-2:
DESC-3:
DESC-4:

SHIP TO: (702) 818-5898
**Patrick Mokros**
**Empire Stock Transfer**
**1859 WHITNEY MESA DR**

**HENDERSON, NV 89014**
US

BILL SENDER

COUNTRY MFG: CA
CARRIAGE VALUE: 0.00 CAD
CUSTOMS VALUE: 0.00 CAD
T/C: S 481734169          D/T: S 481734169
SIGN: Courtney Kelln
EIN/VAT:
PKG TYPE: ENV

TRK# 7948 6515 6096
0430

**XX LASA**

10:30A
INTL PRIORITY
ISR RES
89014
NV-US
LAS

These commodities, technology, or software were exported from Canada in accordance with this export administration regulations. Diversion contrary to Canadian law prohibited

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

**CONSIGNEE COPY - PLEASE PLACE IN POUCH**

518Q2/DCF8/93A8

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For these shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or as equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities (including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretations and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

# Log Sheet

| | |
|---|---|
| Issuer: | **NORST-Norstra Energy Inc.** |
| Received: | **03/01/13    10:06 AM**        ID/SCL#: **65654V103** |
| Received From: | **CELTIC CONSULTANTS** |
| How Received: | **FEDEX** |
| Track Number In: | **794865156096** |
| Control Ticket: | **STTK000000040102** |
| SEC Item Count: | **1    Routine** |
| Contents: | **139** |

| | |
|---|---|
| Transaction No.: | **15**              Completed: **03/04/13** |
| Track Number Out: | **FED EX 794887195352** |
| Sent To: | **CELTIC CONSULTANTS** |

| | | | |
|---|---|---|---|
| Fees: | Due: | Rcvd: | Check #: |

Assigned To:

Certificate Number(s) or Book Entry ID's: **2**

**CS1-147, CS1-148**

Comments:

_____

_____

_____

Initials       Date

_____ _____ Logged In

_____ _____ Medallion Verified

_____ _____ Review Documents

_____ _____ Processed by

_____ _____ Stamp Certificates as Canceled and Transferred

_____ _____ Final Review/Authentification

_____ _____ Batch Completed and Made Available

_____ _____ Management Review

A0534

From: (702) 818-5898
Patrick Mokros
Empire Stock Transfer Inc.
1859 Whitney Mesa

Henderson, NV 89014
UNITED STATES

Origin ID: LASA



Ship Date: 04MAR13
ActWgt: 0.5 LB
CAD: 5040518/INET3370

REF: NORSTRA 147-148
DESC-1: Legal Documents
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.36
COUNTRY MFG: US
CARRIAGE VALUE: 0.00 USD
CUSTOMS VALUE: 1.00 USD
T/C: R 481734169          D/T: R 481734169
SIGN: Patrick Mokros
EIN/VAT:
PKG TYPE: ENV

SHIP TO: (604) 788-5126          BILL RECIPIENT
**ATTN: CERTIFICATE DEPT**
**CELTIC CONSULTANTS LLC**
**6054 165 ST**

**SURREY, BC V3S5V4**
CA

TRK#  **7948 8719 5352**
0430

## XV YAZB

**PM**
**INTL PRIORITY**

**V3S 5V4**
BC-CA
**YVR**



These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

**CONSIGNEE COPY - PLEASE PLACE IN POUCH**



518G2/DCF863AB

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency) for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical defects, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities (including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims procedures may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

3/4/2013 1:23 PM

A0535



NUMBER
147

COMMON STOCK

SHARES
***1,830,000***

COMMON STOCK
CUSIP 65654V103

## NORSTRA ENERGY INC.

INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

***Europa Capital A.G.***

is the Owner of*** One Million Eight Hundred Thirty Thousand ***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
**NORSTRA ENERGY INC.**

transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.

Dated: **March 4, 2013**

COUNTERSIGNED AND REGISTERED:
EMPIRE STOCK TRANSFER INC.
Transfer Agent and Registrar

By

AUTHORIZED SIGNATURE

CORPORATE
SEAL

XXXXXXXXX
DIRECTOR

PRESIDENT

B 24650



NUMBER
148

COMMON STOCK

SHARES
***1,857,000***

COMMON STOCK
CUSIP 65654V103

## NORSTRA ENERGY INC.

INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

***Jackson Bennett, LLC***

is the Owner of*** One Million Eight Hundred Fifty-Seven Thousand ***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
NORSTRA ENERGY INC.

transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.

Dated: **March 4, 2013**

COUNTERSIGNED AND REGISTERED:
EMPIRE STOCK TRANSFER INC.
    Transfer Agent and Registrar
By

AUTHORIZED SIGNATURE

CORPORATE SEAL

XXXXXXXXXX
DIRECTOR

PRESIDENT

B 24651

A0537

# NORST - Norstra Energy Inc.
**Stock Transfer - Final Transaction Report**

4/2/13   1:53 pm

Page 1 of 1

Control Ticket Number:  STTK000000040744
Type of Stock being Transferred:   CS1
Paper certifs being Transferred from: 1
Paper certifs being Transferred to:   1

Tax Reason: Gift     Gifted: 04/02/13     FMV: $0.00000

Transaction Number:   26
Total Shares: 1,857,000

Transfer Date: 04/02/13
Sale Amt/share: $ 0.00000

Received From: CELITIC CONSULTANTS
Received: 04/01/13 at 09:48   Tran Type: Routine     Item Count: 1
How Received: FEDEX

Sent: 04/02/13 at 13:52       How Sent:  FED EX
Outgoing Tracking Number:   799428323372

| Line # | Shareholder | Certificate Number | Number of Shares | Line # | Shareholder | Certificate Number | Shares per Certif |
|---|---|---|---|---|---|---|---|
| | -----Transfer From----- | | | | -----Transfer To----- | | |
| 1 | 41   Jackson Bennett, LLC | CS1   148 | 1,857,000 | 1 | 51   Tamarind Investments Inc. | CS1   166 | 1,857,000 |
| | | | 1,857,000 | | Number of new certs: 1 | | 1,857,000 |

Completed By: RAM     Report Run By: RAM 04/02/13  1:53:05 pm

A0538

# NORST - Norstra Energy Inc.
## Stock Transfer - Final Transaction Report

4/2/13   1:53 pm

Page 1 of 1

| | |
|---|---|
| Control Ticket Number:  STTK000000040744 | Transaction Number:     26         Transfer Date: 04/02/13 |
| Type of Stock being Transferred:    CS1 | Total Shares: 1,857,000         Sale Amt/share: $ 0.00000 |
| Paper certifs being Transferred from: 1 | |
| Paper certifs being Transferred to:    1 | Received From: CELITIC CONSULTANTS |
| | Received: 04/01/13 at 09:48    Tran Type: Routine    Item Count: 1 |
| Tax Reason: Gift    Gifted: 04/02/13    FMV: $0.00000    How Received:FEDEX | |
| | Sent: 04/02/13 at 13:52         How Sent:  FED EX |
| | Outgoing Tracking Number:   799428323372 |

|  | -----Transfer From----- | | | | -----Transfer To----- | | |
|---|---|---|---|---|---|---|---|
| Line # | Shareholder | Certificate Number | Number of Shares | Line # | Shareholder | Certificate Number | Shares per Certif |
| 1 | 41   Jackson Bennett, LLC | CS1   148 | 1,857,000 | 1 | 51   Tamarind Investments Inc. | CS1   166 | 1,857,000 |
| | | | 1,857,000 | | Number of new certs: 1 | | 1,857,000 |

CELTIC CONSULTANTS LLC

1010

PAY to the order of  EMPIRE STOCK TRANSFER

U.S. DOLLAR ACCOUNT

DATE 2 0 13 · 03 · 28

FORTY FIVE                                                    $ 45 -

BMO  Bank of Montreal
FIRST BANK TOWER, 595 BURRARD ST.
VANCOUVER,B.C.   V7X 1L7

100  DOLLARS   U.S. FUNDS

CELTIC CONSULTANTS LLC

RE  NoRx

PER

⑁"00 b0 b0"  ⑁:00040·00 b⑁:        4b5b"b07"       45

Completed By: RAM        Report Run By: RAM 04/02/13  1:53:05 pm

**TAMARIND INVESTMENTS INC.**
Development Bank of Samoa
Level 5, Beach Rd., Apia, Samoa

March 6, 2013

Empire Stock Transfer
Transfer Department

RECEIVED

APR 0 1 2013

Empire
Stock Transfer

Please issue 1 new free trading certificate for 1,857,000 shares of Norstra Energy Inc. to Tamarind Investments Inc. of Development Bank of Samoa, Level 5, Beach Rd., Apia, Samoa,

Ship the new certificate to: Celtic Consultants LLC, 6054 165 Street, Surrey, BC V3S5V4, Ph: 604-788-5126. Attention: Certificate Department. Please use Fedex account 4817-3416-9.

We purchased the shares on March 6, 2013 and paid $.36 per share.

A check for $45.00 is enclosed for your fees.

Email tamarind@corptrax.com if you have any questions.

Thank you,

Tamarind Investments Inc.

[ ] Restricted Email        [ ] Indemnity Notice
[ ] Indemnity Required      [ ] Transfer Notice
[ ] No Medallion            [ ] No Fees
[ ] No Instructions         [ ] Indemnity Attached

[ ] Other _____

A0540

**Roberta Mors**

| | |
|---|---|
| **From:** | Roberta Mors |
| **Sent:** | Monday, April 01, 2013 3:35 PM |
| **To:** | 'norstraenergy@hotmail.com' |
| **Subject:** | Empire Stock Transfer Inc. - Indemnification Notice Norstra Energy Inc. 148 1,857,000 Shares 4.1.13 |
| **Attachments:** | Norstra 148 1,857,000 Shares 4.1.13.pdf |

Attached you will find a transfer and indemnification notice that we have received. We are sending this as part of an optional notification practice. We will process the request tomorrow morning as long as the transfer is in good order. No action by the issuer is necessary unless there is a known circumstance under which the transfer should not be completed. Please advise if this is the case by sending a STOP request and explanation by email or fax. We will review the STOP and proceed accordingly. We hope this will assist in communication of transfer activity and further our client relationship. Please let us know if you have any special needs that we might be able to assist with.

Thanks,

Roberta Mors
Empire Stock Transfer Inc.

*Process 4-2-13*

--------------------

Additionally, here is some information that might be of assistance to our public company clients.

We have EDGAR an filings department. You'll benefit from high quality and reliable services without the hidden fees associated with many other EDGAR filers. We provide fast turn-around times and offer a complete range of filing services, from registration statements to periodic reports, in all EDGAR formats. Documents are handled by our staff only. Nothing is sent outside our office or outside the country. When outsourcing documents to Empire Stock Transfer, you will receive accurate and punctual filing using our advanced conversion technology. Our staff maintains the expertise to file your documents quickly and efficiently. Our EDGAR Filing Service produces high-quality documents with minimal effort, allowing us to dedicate ourselves to customer service and value. Our straightforward, itemized pricing structure guarantees that you will never be surprised upon receiving a statement.

We are a DTCC FAST participant agent. FAST is The Depository Trust Company's Fast Automated Securities Transfer service. What makes it fast and automated is that it does away with paperwork and paper securities almost completely, so that securities transfer agents can electronically provide custody, transfer, deposit and withdrawal services very quickly and efficiently. One feature of FAST is its balancing confirmation system, which delivers a daily record of the opening position, total credits, total debits and closing position in each FAST issue involved in a transaction the previous day.

What is DTC eligibility? This means that your company's stock is eligible for deposit with DTC aka "Cede & Co" aka the Street. Your company's security holders will be able to deposit their particular shares with a brokerage firm. **Clearing firms**, as full participants with DTC, handle the DTC eligibility submissions to DTC. Transfer agents **were responsible** for eligibility coordination years ago. Now, in order to make a new issue of securities eligible for DTC's delivery services, a completed and signed eligibility questionnaire must be

1

A0541

CERTIFIED RESOLUTIONS ADOPTED BY BOARD OF DIRECTORS OF
<u><NORSTRA ENERGY INC.></u>
A NEVADA CORPORATION

The undersigned hereby certifies that he is the duly elected, qualified and acting President of the above-named Corporation and in that capacity in charge of its official records including the minute book containing original minutes of meetings of its Board of Directors; and that on the _6_ day of March 20_13_ , a meeting of said Board of Directors was duly convened and held, with a quorum present throughout the proceedings thereof, at which the following resolutions were duly moved, seconded and carried, said resolutions remaining in full force and effect at the date of this certificate:

BE IT RESOLVED:  That EMPIRE STOCK TRANSFER INC., Transfer Agent for this corporation be, and it hereby is, directed to process the transfer request regarding the certificate below, and this Board of Directors does hereby extend this corporation's irrevocable agreement to indemnify said Transfer Agent for all loss, liability or expense in carrying out the authority and direction herein contained on the terms herein set forth.  The Transfer Agent shall maintain the right to uphold the transfer in the event of forgery.

IN WITNESS WHEREOF,  the undersigned has set his hand in his capacity above mentioned and affixed the seal of the above named corporation, all this _6_ day of March 20_13_ .

[SEAL]

By: _____
    <Dallas Kerkenezov>, President

| <u>Cert No(s)</u> | <u>Registered To:</u> | <u>No. of Shares</u> | <u>Transfer To or CANCEL:</u> | <u>No. of Shares:</u> |
|---|---|---|---|---|
| 148 | Jackson Bennett LLC | 1,857,000 | Transfer Per Stock Power | 1,857,000 |



NUMBER
148

COMMON STOCK

SHARES
***1,857,000***

COMMON STOCK
CUSIP 65654V103

**NORSTRA ENERGY INC.**

INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

***Jackson Bennett, LLC***

is the Owner of *** One Million Eight Hundred Fifty-Seven Thousand ***

CANCELLED

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
**NORSTRA ENERGY INC.**

*transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.*

*Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.*

Dated: **March 4, 2013**

COUNTERSIGNED AND REGISTERED:
**EMPIRE STOCK TRANSFER INC.**
Transfer Agent and Registrar

By
AUTHORIZED SIGNATURE

CORPORATE
SEAL

XXXXXXXXXX
DIRECTOR

PRESIDENT

B 24651

A0543

The following abbreviations, when used in the inscription of the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — _____ Custodian _____
               (Cust)             (Minor)
         under Uniform Gifts to Minors Act

_____
              (State)

Additional abbreviations may also be used though not in the above list.

*For Value Received,* _____ *hereby sells, assigns and transfers unto*

PLEASE INSERT SOCIAL SECURITY
OR OTHER IDENTIFYING NUMBER

| |
|---|

(PLEASE PRINT OR TYPE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

_____ *Shares*

*of the Capital Stock represented by this Certificate and hereby*

*irrevocably constitutes and appoints*

_____ *Attorney*

*to transfer the said stock on the books of the within-named Corporation*

*with full power of substitution in the premises.*

*Dated* _____

NOTICE   THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THIS CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATSOEVER.

SIGNATURE(S) GUARANTEED

NOTICE   THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION, (BANKS, STOCKBROKERS, SAVINGS AND LOAN ASSOCIATION AND CREDIT UNIONS) WITH MEMBERSHIP IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM PURSUANT TO S.E.C. RULE 17AD-15.

## POWER OF ATTORNEY TO TRANSFER SECURITIES

**FOR VALUE RECEIVED** the undersigned hereby sells, assigns and transfers to _Tamarind Investments Inc._

_Development Bank of Samoa, level 5 Beach Rd, Apia, Samoa_
_(Name and address of transferee)_

_1,857,000 Shares  of  Norstra Energy Inc._
_(Description of securities and name of corporation)_

represented by certificate number _148_ , and hereby irrevocably constitutes and appoints _____
the attorney of the undersigned to transfer the said shares on the books of the said corporation with full power of substitution in the premises.

Dated: _March 6, 2013_ _____

_____                                        JACKSON BENNETT LLC

_____
**Witness**                                              _Authorized Signatory_ (Richard Smith)

Signature of transferor guaranteed by:

                    SIGNATURE GUARANTEED
                    EN TRUST COMPANY,

                    _____
                    **Authorized Signatory**

## RESOLUTION TO TRANSFER SECURITIES

**RESOLVED THAT** RICHARD SMITH be and is hereby authorized on behalf of the Company to accept and convey, assign, transfer or otherwise dispose of all or any shares, stock, bonds, debenture stock and other securities of every description now or hereafter registered in the name of the Company or held or owned by the Company and to sign and execute on behalf of the Company all and any instruments of acceptance and transfer and other documents whenever necessary or proper to effectuate the same with full power to appoint any attorney or attorneys with full power of substitution therein, and that any and all instruments of acceptance and transfer and other documents in connection therewith heretofore signed and executed on behalf of the Company in accordance with the authority set out above are hereby ratified and confirmed.

### CERTIFICATE

I hereby certify that the foregoing is a true and correct copy of a resolution duly passed at a meeting of the Directors of JACKSON BENNETT LLC regularly held on March 6, 2013, and that the said resolution is now in full force and effect. I further certify that the following is a list of all directors, officers and employees of the Company authorized by this resolution to do any act or thing:

RICHARD SMITH
*(Name)*

(1)
*(Specimen Signature)*

I further certify the company has no corporate seal.

(2)
Secretary (Jimmy Luzon)

A0546

## PURCHASE AND SALE AGREEMENT

This agreement dated the 6 day of March, 2013

**BETWEEN:**

JACKSON BENNETT LLC

(hereinafter referred to as the "Transferor")

**AND:**

TAMARIND INVESTMENTS INC.

(hereinafter referred to as the "Transferee")

**THIS AGREEMENT WITNESSETH** THAT in consideration of the purchase price of $10.00 USD and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and in reliance on the agreements, representations and warranties of the Transferor, the Transferee hereby agrees to purchase 1,857,000 shares (the "Shares") of Norstra Energy Inc. (the "Company") from the Transferor free and clear of all liens, charges and encumbrances.

The Transferee represents and warrants to the Transferor that:

(1)    the Transferee is acquiring the Shares for his own account for investment purposes; and

(2)    the Transferee possesses the financial and business experience to make an informed decision to acquire the Shares, and has had access to all information relating to the Company and its business operations which would be necessary to make an informed decision to purchase the Shares.

The Transferor represents and warrants to the Transferee that:

(1)    the Transferor is not an affiliate of the Corporation and did not acquire the Shares from an affiliate of the Corporation; and

(2)    the Transferor is the beneficial owner of the Shares and has the right to dispose of them in the manner contemplated by this agreement.

This Agreement may be executed in one or more counter-parts, each which so executed, whether in original or facsimile form, shall constitute one and the same agreement and be considered an original.

**IN WITNESS WHEREOF**, the parties have executed the Agreement effective as of the date of this Agreement.


TRANSFEROR                                      TRANSFEREE

A0547

# Log Sheet

| | |
|---|---|
| Issuer: | NORST-Norstra Energy Inc. |
| Received: | 04/01/13      09:48 AM      ID/SCL#: 65654V103 |
| Received From: | CELITIC CONSULTANTS |
| How Received: | FEDEX |
| Track Number In: | 799395727248 |
| Control Ticket: | STTK000000040744 |
| SEC Item Count: | 1      Routine |
| Contents: | 148 |

| | |
|---|---|
| Transaction No.: | 26                Completed: 04/02/13 |
| Track Number Out: | FED EX 799428323372 |
| Sent To: | CELTIC |

| | |
|---|---|
| Fees: | Due:                Rcvd:                Check #: |
| Assigned To: | |

Certificate Number(s) or Book Entry ID's: 1

CS1-166

Comments:

Initials      Date

_____  _____ Logged In

_____  _____ Medallion Verified

_____  _____ Review Documents

_____  _____ Processed by

_____  _____ Stamp Certificates as Canceled and Transferred

_____  _____ Final Review/Authentification

_____  _____ Batch Completed and Made Available

_____  _____ Management Review

https://www.fedex.com/shipping/html/en/PrintIFrame.html



From: (604) 788-5126
Courtney Kelln
Celtic Consultants LLC
6054 165th Street

Surrey, BC V3S5V4
CANADA

Origin ID: YAZB

**FedEx** Express

Ship Date: 28MAR13
ActWgt: 0.5 KG
CAD: 101184792/INCA3370

REF:
DESC-1: Correspondence/No Customs Value
DESC-2:
DESC-3:
DESC-4:

COUNTRY MFG: CA
CARRIAGE VALUE: 0.00 CAD
CUSTOMS VALUE: 0.00 CAD
T/C: S 481734169          D/T: S 481734169
SIGN: Courtney Kelln
EIN/VAT:
PKG TYPE: ENV

SHIP TO: (702) 818-5898          BILL SENDER

**Patrick Mokros**
Empire Stock Transfer
1859 WHITNEY MESA DR

HENDERSON, NV 89014
US

TRK# 7993 9572 7248
0430

**XX LASA**

10:30A
INTL PRIORITY
ISR RES
89014
NV-US
LAS

These commodities, technology, or software were exported from Canada in accordance with the export administration regulations. Diversion contrary to Canadian law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

CONSIGNEE COPY - PLEASE PLACE IN POUCH

518G164BE93AB

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employee, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (203 per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way any FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATIONS OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin of declared value for carriage. If a higher value for carriage is declared and you pay an additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities (including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

28/03/2013 1:14 PM

A0549

From: (702) 818-5898
Patrick Mokros
Empire Stock Transfer Inc.
1859 Whitney Mesa

Henderson, NV 89014
UNITED STATES

Origin ID: LASA



FedEx
Express

Ship Date: 02APR13
ActWgt: 0.5 LB
CAD: 5040518/INET3370

REF: NORST 166
DESC-1: Stock Information
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.36
COUNTRY MFG: US
CARRIAGE VALUE: 0.00 USD
CUSTOMS VALUE: 1.00 USD
T/C: R 481734169          D/T: R 481734169
SIGN: Patrick Mokros
EIN/VAT:
PKG TYPE: ENV

SHIP TO: (604) 788-5126          BILL RECIPIENT
ATTN: CERTIFICATE DEPT
CELTIC CONSULTANTS LLC
6054 165 ST

SURREY, BC V3S5V4
CA

PM
INTL PRIORITY

TRK# 7994 2832 3372
0430

V3S 5V4
BC-CA
YVR

XV YAZB



518G1J64BEJ63AB

These commodities, technology, or software were exported from the United States in accordance with
the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal
Express for loss or delay of or damage to your shipment.  Subject to the conditions of the contract.

CONSIGNEE COPY - PLEASE PLACE IN POUCH

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below, and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems advisable. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or as equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage, if a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else or with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charge. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

2 of 2

4/2/2013 1:52 PM

A0550



NUMBER
166

COMMON STOCK

SHARES
***1,857,000***

COMMON STOCK
CUSIP 65654V103

# NORSTRA ENERGY INC.

INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

***Tamarind Investments Inc.***

is the Owner of *** One Million Eight Hundred Fifty-Seven Thousand ***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
**NORSTRA ENERGY INC.**

*transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.*

*Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.*

Dated: **April 2, 2013**

COUNTERSIGNED AND REGISTERED:
EMPIRE STOCK TRANSFER INC.
Transfer Agent and Registrar

By

AUTHORIZED SIGNATURE

CORPORATE SEAL

DIRECTOR

PRESIDENT

B  24679

# Empire Stock Transfer

## NORST - Norstra Energy Inc.

### Stock Transfer - Final Transaction Report

5/31/13
2:09 pm
Page 1 of 1

Control Ticket Number:  STTK000000041898

Type of Stock being Transferred:      CS1

Paper certifs being Transferred from: 1

Paper certifs being Transferred to:     0

Tax Reason: Gift      Gifted: 05/31/13      FMV:
$0.00000

Transaction Number:      40

Total Shares: 1,857,000

Transfer Date: 05/31/13

Sale Amt/share: $ 0.00000

Received From: CELTIC CONSULTANTS

Received: 05/29/13 at 10:21    Tran Type: Routine      Item Count: 1

How Received: FED EX

Sent: 05/31/13 at 14:07      How Sent: BKE

Outgoing Tracking Number:

----Transfer From----

----Transfer To----

| Line # | Shareholder | Certificate Number | Number of Shares | Line # | Shareholder | Certificate Number | Shares per Certif |
|---|---|---|---|---|---|---|---|
| 1 | 51   Tamarind Investments Inc. | CS1   166 | 1,857,000 | 1 | 55   Bartlett Trading Inc. | BKE   13 | 1,857,000 |
|  |  |  | 1,857,000 |  | Number of new certs: 0 |  | 1,857,000 |

Completed By: CW      Report Run By: CW 05/31/13  2:09:39 pm

**Roberta Mors**

DWAC

| | |
|---|---|
| **From:** | Roberta Mors |
| **Sent:** | Wednesday, May 29, 2013 2:34 PM |
| **To:** | 'norstraenergy@hotmail.com' |
| **Subject:** | Empire Stock Transfer Inc. - Indemnification Notice Norstra Energy Inc. 166 1,857,000 Shares 5.29.13 |
| **Attachments:** | Norstra Indemnity Notice 166 1,857,000 Shares 5.29.13.pdf |

Attached you will find a transfer and indemnification notice that we have received. We are sending this as part of an optional notification practice. We will process the request tomorrow morning as long as the transfer is in good order. No action by the issuer is necessary unless there is a known circumstance under which the transfer should not be completed. Please advise if this is the case by sending a STOP request and explanation by email or fax. We will review the STOP and proceed accordingly. We hope this will assist in communication of transfer activity and further our client relationship. Please let us know if you have any special needs that we might be able to assist with.

Thanks,

Roberta Mors
Empire Stock Transfer Inc.

Process
5-30-13

--------------------

Additionally, here is some information that might be of assistance to our public company clients.

We have EDGAR an filings department. You'll benefit from high quality and reliable services without the hidden fees associated with many other EDGAR filers. We provide fast turn-around times and offer a complete range of filing services, from registration statements to periodic reports, in all EDGAR formats. Documents are handled by our staff only. Nothing is sent outside our office or outside the country. When outsourcing documents to Empire Stock Transfer, you will receive accurate and punctual filing using our advanced conversion technology. Our staff maintains the expertise to file your documents quickly and efficiently. Our EDGAR Filing Service produces high-quality documents with minimal effort, allowing us to dedicate ourselves to customer service and value. Our straightforward, itemized pricing structure guarantees that you will never be surprised upon receiving a statement.

We are a DTCC FAST participant agent. FAST is The Depository Trust Company's Fast Automated Securities Transfer service. What makes it fast and automated is that it does away with paperwork and paper securities almost completely, so that securities transfer agents can electronically provide custody, transfer, deposit and withdrawal services very quickly and efficiently. One feature of FAST is its balancing confirmation system, which delivers a daily record of the opening position, total credits, total debits and closing position in each FAST issue involved in a transaction the previous day.

What is DTC eligibility? This means that your company's stock is eligible for deposit with DTC aka "Cede & Co" aka the Street. Your company's security holders will be able to deposit their particular shares with a brokerage firm. Clearing firms, as full participants with DTC, handle the DTC eligibility submissions to DTC. Transfer agents were responsible for eligibility coordination years ago. Now, in order to make a new issue of securities eligible for DTC's delivery services, a completed and signed eligibility questionnaire must be

1

A0553

Bartlett Trading Inc.
Development Bank of Samoa
Level 5, Beach Rd., Apia, Samoa



Empire Stock Transfer

May-28-13

RE:    1,857,000 shares of Norstra Energy Inc.

Empire
Stock Transfer

Please transfer and DWAC the attached 1,857,000 free trading shares of Norstra Energy Inc. to Bartlett Trading Inc. per the stock power(s) and DWAC instruction sheet provided.

The date of acquisition for these shares is May 28, 2013 at a cost of $.84 per share.  Our certificate of incorporation is enclosed for verification we do not hold an EIN.

A check for $105USD has been issued to you to cover the fees associated with this transaction.

Should further information be required, email bartlett@corptrax.com

Regards,

(Secretary)
Bartlett Trading Inc.

[ ] Restricted Email        [ ] Indemnity Notice
[ ] Indemnity Required    [ ] Transfer Notice
[ ] No Medallion            [ ] No Fees
[ ] No Instructions         [ ] Indemnity Attached
[ ] Other ____ DWAC

A0554

CERTIFIED RESOLUTIONS ADOPTED BY BOARD OF DIRECTORS OF
<u><NORSTRA ENERGY INC.></u>
A NEVADA CORPORATION

The undersigned hereby certifies that he is the duly elected, qualified and acting President of the above-named Corporation and in that capacity in charge of its official records including the minute book containing original minutes of meetings of its Board of Directors; and that on the 28 day of May 20 13, a meeting of said Board of Directors was duly convened and held, with a quorum present throughout the proceedings thereof, at which the following resolutions were duly moved, seconded and carried, said resolutions remaining in full force and effect at the date of this certificate:

BE IT RESOLVED: That EMPIRE STOCK TRANSFER INC., Transfer Agent for this corporation be, and it hereby is, directed to process the transfer request regarding the certificate below, and this Board of Directors does hereby extend this corporation's irrevocable agreement to indemnify said Transfer Agent for all loss, liability or expense in carrying out the authority and direction herein contained on the terms herein set forth. The Transfer Agent shall maintain the right to uphold the transfer in the event of forgery.

IN WITNESS WHEREOF, the undersigned has set his hand in his capacity above mentioned and affixed the seal of the above named corporation, all this 28 day of May 20 13.

[SEAL]

By: _____
<Dallas Kerkenezov>, President

| <u>Cert No(s)</u> | <u>Registered To:</u> | <u>No. of Shares</u> | <u>Transfer To or CANCEL:</u> | <u>No. of Shares:</u> |
|---|---|---|---|---|
| 166 | Tamarind Investments Inc. | 1,857,000 | Transfer & DWAC per the Stock Power | 1,857,000 |

## POWER OF ATTORNEY TO TRANSFER SECURITIES

**FOR VALUE RECEIVED** the undersigned hereby sells, assigns and transfers to *Bartlett Trading Inc.*

*Development Bank of Samoa, Level 5 Beach Rd, Apia, Samoa*
<small>(Name and address of transferee)</small>

*1,857,000 shares of Norstra Energy Inc.*
<small>(Description of securities and name of corporation)</small>

represented by certificate number *166*, and hereby irrevocably constitutes and appoints _____
the attorney of the undersigned to transfer the said shares on the books of the said corporation with full power of substitution in the premises.

Dated: *May 28, 13*

TAMARIND INVESTMENTS INC.

_____
Authorized Signatory (Belkis Reyes)

_____
Witness

Signature of transferor guaranteed by:

SIGNATURE GUARANTEED
EN TRUST COMPANY.

_____
Authorized Signatory

A0556



NUMBER
166

SHARES
***1,857,000***

COMMON STOCK

COMMON STOCK
CUSIP 65654V103

**NORSTRA ENERGY INC.**

INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

***Tamarind Investments Inc.***

is the Owner of*** One Million Eight Hundred Fifty-Seven Thousand ***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
**NORSTRA ENERGY INC.**

transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.

Dated: **April 2, 2013**

COUNTERSIGNED AND REGISTERED:
**EMPIRE STOCK TRANSFER INC.**
Transfer Agent and Registrar

By

AUTHORIZED SIGNATURE

CORPORATE
SEAL

XXXXXXXXXX
DIRECTOR

PRESIDENT

B 24679

The following abbreviations, when used in the inscription of the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — _____ Custodian _____
          (Cust)         (Minor)
under Uniform Gifts to Minors Act

_____
(State)

Additional abbreviations may also be used though not in the above list.

*For Value Received,* _____ *hereby sells, assigns and transfers unto*

PLEASE INSERT SOCIAL SECURITY
OR OTHER IDENTIFYING NUMBER

(PLEASE PRINT OR TYPE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

*Shares of the Capital Stock represented by this Certificate and hereby irrevocably constitutes and appoints*

*Attorney to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.*

*Dated* _____

NOTICE   THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THIS CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATSOEVER.

SIGNATURE(S) GUARANTEED

NOTICE   THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION, (BANKS, STOCKBROKERS, SAVINGS AND LOAN ASSOCIATION AND CREDIT UNIONS) WITH MEMBERSHIP IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM PURSUANT TO S.E.C. RULE 17AD-15.

## RESOLUTION TO TRANSFER SECURITIES

**RESOLVED THAT BELKIS REYES** be and is hereby authorized on behalf of the Company to accept and convey, assign, transfer or otherwise dispose of all or any shares, stock, bonds, debenture stock and other securities of every description now or hereafter registered in the name of the Company or held or owned by the Company and to sign and execute on behalf of the Company all and any instruments of acceptance and transfer and other documents whenever necessary or proper to effectuate the same with full power to appoint any attorney or attorneys with full power of substitution therein, and that any and all instruments of acceptance and transfer and other documents in connection therewith heretofore signed and executed on behalf of the Company in accordance with the authority set out above are hereby ratified and confirmed.

### CERTIFICATE

I hereby certify that the foregoing is a true and correct copy of a resolution duly passed at a meeting of the Directors of TAMARIND INVESTMENTS INC. regularly held on 28 May 2013, and that the said resolution is now in full force and effect. I further certify that the following is a list of all directors, officers and employees of the Company authorized by this resolution to do any act or thing:


BELKIS REYES
*(Name)*

(1) *Belkis Reyes*
*(Specimen Signature)*


I further certify the company has no corporate seal.

(2)
Secretary ( Matthew Manalo)



**SAMOA**

Company No.: **56876**

## INTERNATIONAL COMPANIES ACT 1987
### (Section 14(3))

### CERTIFICATE OF INCORPORATION

It is hereby certified that pursuant to the provisions of Section 14(3) of the International Companies Act 1987

# BARTLETT TRADING INC.

was incorporated as an international company on the 6th day of February 2013.

Given under my hand and seal at Apia this 6th day of February 2013.

A. MELEISEA
**DEPUTY REGISTRAR OF INTERNATIONAL
AND FOREIGN COMPANIES**

*This Certificate of Incorporation shall remain valid until the company is struck off and dissolved, pursuant to the provisions of the International Companies Act 1987.*

*An annual renewal fee is due and payable by the company on the 30th day of November of every year following incorporation.*

A0560

From: (604) 788-5126
Courtney Kelln
Celtic Consultants LLC
6054 165th Street

Surrey, BC V3S5V4
CANADA

Origin ID: YAZB


FedEx
Express

Ship Date: 28MAY13
ActWgt: 0.5 KG
CAD: 101184792/INCA3370

REF:
DESC-1: Correspondence/No Customs Value
DESC-2:
DESC-3:
DESC-4:

COUNTRY MFG: CA
CARRIAGE VALUE: 0.00 CAD
CUSTOMS VALUE: 0.00 CAD
T/C: S 481734169                D/T: S 481734169
SIGN: Courtney Kelln
EIN/VAT:
PKG TYPE: ENV

SHIP TO: (702) 818-5898              BILL SENDER
Patrick Mokros
Empire Stock Transfer
1859 WHITNEY MESA DR

HENDERSON, NV 89014
US

TRK#  7998 6406 5347
0430

**XX LASA**

10:30A
INTL PRIORITY
ISR RES
89014
NV-US
LAS

These commodities, technology, or software were exported from Canada in accordance with the export administration regulations. Diversion contrary to Canadian law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

CONSIGNEE COPY - PLEASE PLACE IN POUCH

518G1/D777/93AB

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared and additional charge is paid. FedEx's maximum liability may be greater than any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional US $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities (including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS, SEE CURRENT TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA is the first carrier of this shipment. Email address located at www.fedex.com

1 of 2

28/05/2013 3:03 PM

A0561

# Log Sheet

Issuer:            NORST-Norstra Energy Inc.

Received:          05/29/13      10:21 AM          ID/SCL#: 656454V103

Received From:     CELTIC CONSULTANTS

How Received:  ·   FED EX

Track Number In:   799864065347

Control Ticket:    STTK000000041898

SEC Item Count:    1      Routine

Contents:          166


Transaction No.:   40                    Completed: 05/31/13

Track Number Out:  BKE

Sent To:


Fees:          Due:                  Rcvd:                 Check #:

Assigned To:

Certificate Number(s) or Book Entry ID's:  1

           Book Entry: BKE-13

Comments:

_____

_____

_____

Initials    Date

_____  _____  Logged In

_____  _____  Medallion Verified

_____  _____  Review Documents

_____  _____  Processed by

_____  _____  Stamp Certificates as Canceled and Transferred

_____  _____  Final Review/Authentification

_____  _____  Batch Completed and Made Available

_____  _____  Management Review

A0562

# Empire Stock Transfer

## NORST - Norstra Energy Inc.
### Stock Transfer - Final Transaction Report

5/31/13
2:18 pm
Page 1 of 1

| | |
|---|---|
| Control Ticket Number: STTK000000041968 | Transaction Number: 41 |
| Type of Stock being Transferred: CS1 | Total Shares: 1,857,000 |
| Paper certifs being Transferred from: 0 | |
| Paper certifs being Transferred to: 0 | Received From: IN HOUSE |
| CBRS Firm Type: DTCPRT   ID: 00000901 | Received: 05/31/13 at 14:10   Tran Type: Routine   Item Count: 1 |
| Account #:   CB Control ID: A1131510121364 | How Received: |

Transfer Date: 05/31/13
Sale Amt/share: $ 0.00000

Sent: 05/31/13 at 14:17          How Sent: BKE
Outgoing Tracking Number:

| Line # | Shareholder | Certificate Number | Number of Shares | Line # | Shareholder | Certificate Number | Shares per Certif |
|---|---|---|---|---|---|---|---|
| | | ----Transfer From---- | | | ----Transfer To---- | | |
| 1 | 55    Bartlett Trading Inc. | BKE    13 | 1,857,000 | 1 | 52    FAST - Cede & Co. | BKE    14 | 1,857,000 |
| | | | 1,857,000 | | Number of new certs: 0 | | 1,857,000 |

Completed By: CW          Report Run By: CW 05/31/13  2:18:26 pm

A0563

```
RECORDS UPDATED
@YIR                           THE DEPOSITORY TRUST COMPANY          05/31/2013
M0001512 01                    DEPOSIT/WITHDRAWAL AT CUSTODIAN        16:44:C4
                                     APPROVAL/CANCELLATION           PAGE   2


A/C PART  PART NAME LAST PEND DT   TYPE       CUSIP        QUANTITY       FEE
  0235 RBCCAPMKTS  05/31/2013 DEPOSIT   095428108   150000
REP ID: JAG MULTI INVESTMENTS       BILLING FEE:    (S,L,N   SEE COMMENT BELOW)
PART CONTACT NAME: LARONNA REYNOLDS   PHONE: (612) 607-8659 EXT:
NO COMMENT
CUST CONTACT NAME:                        PHONE:        -       EXT:


  A  0901 BANK OF NY  05/31/2013 DEPOSIT   65654V103   1857000
REF ID: A1131510121364            BILLING FEE:    (S,L,N   SEE COMMENT BELOW)
PART CONTACT NAME: BNYM DWAC         PHONE: (315) 362-1488 EXT:
ATTN: BRIAN BARTHLOW        702-818-5898
CUST CONTACT NAME: CASEY WESELOH     PHONE: 702  818 - 5898 EXT:
FBO BARTLETT TRADING INC
APPROVAL CHOICE: 'A' -APPROVE, 'C' -CANCEL          ***END OF DATA***
BILLING FEE   : 'S' -STANDARD FEE,  'L' -ALTERNATE FEE,  'N' -NO FEE
PF1/13 UPDATE       PF7/19 MAIN MENU                  PF10/22 PG BKWD
PF4/16 FIRST PAGE   PF8/20 END FUNCTION  PF9/21 SIGN OFF   PF11/23 PG FRWD
```

A0564

# DWAC CHECKLIST

DATE: _5/30/13_

ISSUER NAME: _Norstra_

DWAC fbo: _Bartlett Trading_

SHARES: _1,857,000_    CUSIP: _68654V103_

☐ FEES - ISSUER BAL DUE?    CHECK INCLUDED    BILL ISSUER

☐ CERT NS/NR    NONE    YES, HOLD

☐ SHARE QUANTITES MATCH?    YES    NO    (SPLITS ?)

☐ MEDALLION  OR  INDEMNITY

☐ DWAC INSTRUCTIONS

☐ DWAC POSTED DATE: _____

☐ AFFILIATE    YES    NO

☐ LEGAL OPINION    YES    NO

OTHER: _____

_____

_____

# DWAC

## DEPOSIT REQUEST

**REQUEST DATE:** May 28, 2013

**BROKER/DEALER INFORMATION**

NAME OF BROKER/DEALER: RBC Dexia

DTC PARTICIPANT #: 0901

DTC AGENT BANK #: 80901

INSTITUTION ID: 53372

| FOR CREDIT TO: Verdmont Capital | ACCOUNT NAME: Verdmont Capital: Ref#161932002 |
|---|---|
| ACCOUNT #: 298307 | |

CONTACT NAME: Lourdes Jaen

CONTACT PHONE NUMBER: +507 301 9071

**SHAREHOLDER ACCOUNT INFORMATION**

EXACT ACCOUNT NAME: Bartlett Trading Inc.

ACCOUNT NUMBER: 172-800512

**SECURITY/STOCK INFORMATION**

NAME OF ISSUER: Norstra Energy Inc.

SYMBOL: NORX

CUSIP NUMBER: 65654V103

# OF SHARES: 1,857,000

**REQUEST INFORMATION**

NAME OF INDIVIDUAL SUBMITTING REQUEST: Bartlett Trading Inc.

CONTACT E-MAIL ADDRESS: bartlett@corptrax.com

**COMPLETION DATE:**

**COMPLETED BY:**

A0566

## Log Sheet

Issuer:      **NORST-Norstra Energy Inc.**

Received:      **05/31/13**     **02:10 PM**      ID/SCL#:

Received From:    **IN HOUSE**

How Received:

Track Number In:

Control Ticket:     **STTK000000041968**

SEC Item Count:     **1**     **Routine**

Contents:      **DWAC BARLETT BKE TO FAST**

Transaction No.:    **41**        **Completed: 05/31/13**

Track Number Out: **BKE**

Sent To:

Fees:      Due:        Rcvd:        Check #:

Assigned To:

Certificate Number(s) or Book Entry ID's: **1**

         **Book Entry: BKE-14**

Comments:

Initials      Date

_____ _____ Logged In

_____ _____ Medallion Verified

_____ _____ Review Documents

_____ _____ Processed by

_____ _____ Stamp Certificates as Canceled and Transferred

_____ _____ Final Review/Authentification

_____ _____ Batch Completed and Made Available

_____ _____ Management Review

 **RBC Investor Services**

28 March 2013

TRN: 113087000736667/67/68

BNY Mellon
1 Wall Street, 3rd Floor
New York, NY 10286

Attn: Special Processing Dept
Tel: 315-414-3742/3721

VIA FEDEX Tracking number  799390757904

RE: 5,530,000 Nostra Energy Inc #149, 157, 158

| Certificate | Units | Current Registration |
|---|---|---|
| 149 | 1 x1,850,000 | Bartlett Trading Ltd |
| 157 | 1 x1,840,000 | Lornex Financial Ltd |
| 158 | 1x1,840,000 | Nautilus Growth fund ltd |
| | | |

Dear Sir :

We are forwarding you the above listed original share certificate(s) with stock.power and
resolution  Please deposit to DTC  to A/C 298307/ institution #53372.  **TIN: 98-0242030**

Kindly return the duly signed copy of this letter as acknowledgement to my attention by Fax at
your earliest convenience.

Thank you.

*Bernadine*

**Bernadine J Ramkissoon**
*Administrator Trade Settlement Ops  Section "X" North*
*RBC Investor Services*
*RBC Centre - 155 Wellington Street W, 2nd.  Floor*
*Toronto, ON  M5V 3L3  Transit: 02709*
*Tel: 416-955-3221 Fax:416-955-3230*
*Email: Bernadine.Ramkissoon@rbc.com*

**Acknowledgement Receipt**

Signature: ...................................

Print Name: ...............................

Date:: ...........................................

Your ambition. Our purpose.

Confidential Treatment Requested by BNY Mellon

# NORST - Norstra Energy Inc.
## Stock Transfer - Final Transaction Report

4/4/13   3:46 pm

Page 1 of 1

| | |
|---|---|
| Control Ticket Number: STTK000000040858 | Transaction Number: 27 |
| Type of Stock being Transferred: CS1 | Total Shares: 5,530,000 |
| Paper certifs being Transferred from: 3 | |
| Paper certifs being Transferred to: 1 | |
| | Received From: DTC |
| CBRS Firm Type: DTCPRT   ID: 00000901 | Received: 04/04/13 at 11:02   Tran Type: Routine   Item Count: 1 |
| Account #: 000   CB Control ID: 11308837490WJ | How Received: FED EX |
| | Sent: 04/04/13 at 15:41   How Sent: FEDEX |
| | Outgoing Tracking Number: 799452152106 |

**Transfer Date:** 04/04/13
**Sale Amt/share:** $ 0.00000

| | | ——Transfer From—— | | | | | | ——Transfer To—— | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Line # | | Shareholder | Certificate Number | Number of Shares | Line # | | Shareholder | Certificate Number | Shares per Certif |
| 1 | 42 | Bartlett Trading Ltd. | CS1 149 | 1,850,000 | 1 | 29 | Cede & Co | CS1 167 | 5,530,000 |
| 2 | 36 | Lornex Financial Ltd. | CS1 157 | 1,840,000 | | | | | |
| 3 | 16 | Nautilus Growth Fund Ltd. | CS1 158 | 1,840,000 | | | | | |
| | | | | 5,530,000 | | | Number of new certs: 1 | | 5,530,000 |

Completed By: CW     Report Run By: CW 04/04/13 3:46:25 pm

A0569

# NORST - Norstra Energy Inc.
## Stock Transfer - Final Transaction Report

4/4/13   3:46 pm

Page 1 of 1

Control Ticket Number:  STTK000000040858
Type of Stock being Transferred:        CS1
Paper certifs being Transferred from; 3
Paper certifs being Transferred to:      1
CBRS Firm Type: DTCPRT   ID: 00000901
Account #: 000    CB Control ID: 11308837490WJ

Transaction Number:      27          Transfer Date: 04/04/13
Total Shares: 5,530,000              Sale Amt/share: $ 0.00000

Received From: DTC
Received: 04/04/13 at 11:02    Tran Type: Routine    Item Count: 1
How Received: FED EX

Sent: 04/04/13 at 15:41          How Sent:  FEDEX
Outgoing Tracking Number:  799452152106

| Line # | | Shareholder | ----Transfer From---- Certificate Number | Number of Shares | Line # | | Shareholder | ----Transfer To---- Certificate Number | Shares per Certif |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 42 | Bartlett Trading Ltd. | CS1 | 149 | 1,850,000 | 1 | 29 | Cede & Co | CS1 | 167 | 5,530,000 |
| 2 | 36 | Lornex Financial Ltd. | CS1 | 157 | 1,840,000 | | | | | |
| 3 | 46 | Nautilus Growth Fund Ltd. | CS1 | 158 | 1,840,000 | | | | | |
| | | | | | 5,530,000 | | Number of new certs: 1 | | | 5,530,000 |

THE DEPOSITORY TRUST COMPANY
55 WATER STREET  NEW YORK, NEW YORK 10041-0099

52-22
311

**DRAFT NO.** C41094669

PAY
TO THE
ORDER
OF

EMPIRE STOCK TRANSFER INC
1859 WHITNEY MESA DR.
HENDERSON                    NV    89014

DATE
04/01/13

AMOUNT (IN FIGURES)
$ 90 00

Z2 STS ID-3091102001332 01

65654V103 NORSTRA ENERGY   *+  40.00
*  VOID 60 DAYS AFTER ABOVE DATE

DOLLARS (IN WORDS)  Ninty dollars 00/100

PAYABLE THROUGH

Wachovia Bank of Delaware
National Association

NO. CHARGEABLE CERTIFICATES
ISSUED        1
CANCELLED     3

IF FEE EXCEEDS $400 CALL
TRANSFER OPERATIONS DEPT.
(212) 855-8601
THE BANK WILL NOT HONOR DRAFTS
IN EXCESS OF $400

OFFICIAL SIGNATURE     ①

"⑆41094669⑈" ⑈031100225⑈:207995106503 9⑈"

MAR 28 2013

Completed By: CW      Report Run By: CW 04/04/13  3:46:25 pm

A0570

**S.C.L.**
**ITG** The Depository Trust Company
**SHIPMENT CONTROL LIST**

STS ID-3091102001332  PG 01
LEGAL
STOCK
ISSUE DATE    /    /

BIN: $-620 447 PLA
Copy 1 - RETAINED BY T.A.
LEGAL DEPOSIT   9101452

| TRANSFER AGENT NAME | | CUSIP NUMBER | DATE | T.A. NO. | RGN ACY | CKD |
|---|---|---|---|---|---|---|
| EMPIRE STOCK | OUT | 65654V-10-3 | 04/01/13 | 33267 | DEP. | 1 |

| LINE I.D. | DTC USE | PARTICIPANT | QUANTITY | VALUE |
|---|---|---|---|---|
| | | ****************************************** | | |
| | | * PLEASE ISSUE THESE DENOMINATIONS: * | | |
| | | *          1        X       5,530,000.00000  * | | |
| | | ****************************************** | | |
| 1 | 754 | 901 | 1,840,000.00000 | 1,840,000 |
| 2 | 754 | 901 | 1,840,000.00000 | 1,840,000 |
| 3 | 754 | 901 | 1,850,000.00000 | 1,850,000 |
| 3X | 111X SCL | TOTALS PRESENTED | 5,530,000.00000 | $5,530,000 |
| | | REJECTED       ACCEPTED | | |

**\*\*\* BONDS ARE NOW REPORTED IN UNITS OF A DOLLAR (1=$1) \*\*\***

RECEIVED
AUG 2013
Empire
Stock Transfer

04/01/13

TRANSFER AGENT: ALL MAILED TRANSFERS SHOULD BE RETURNED WITH COPY #3 OF THIS FORM TO THE DEPOSITORY TRUST COMPANY,
P.O. BOX 222, BOWLING GREEN STATION, NEW YORK, N.Y. 10274. THE POSSESSION OF THIS DOCUMENT SHALL BE DEEMED TO BE AN
ACKNOWLEDGMENT OF THE RECEIPT BY THE DEPOSITORY TRUST COMPANY OF THE SECURITIES DESCRIBED ABOVE. INQUIRIES - CALL 1-800-654-8154

| CUSIP NUMBER | SECURITY DESCRIPTION | SCL. NO. | TOTAL |
|---|---|---|---|
| 65654V-10-3 | NORSTRA ENERGY    *+ | 3091102001332 | 5530000. 00000 |

13091300323

C 4 1 0 9 4 6 6 9

INSTRUCTIONS
Write Firmly and Legibly:

1. CALCULATE FEES DUE YOU.

2. FILL IN ATTACHED DRAFT/DOLLAR AMOUNT
IN WORDS AND FIGURES, AND ALSO
NUMBER OF CHARGEABLE CERTIFICATES
ISSUED AND CANCELLED.

5032C (rev 03/09)

A0571

The Depository Trust Company                                                          DAM Deposit Ticket

| PARTICIPANT # | Deposit Type | Deposit ID | Aisle Bin# |
|---|---|---|---|
| **901** | **LEGAL** | **1309101224** | **$=620** |

| Quantity | CUSIP | | OFAC CERTIFIED |
|---|---|---|---|
| **1840000.00000** | **65654V103**   NORSTRA ENERGY INC                    *+ | | |

| T/A NUMBER   **O/T** | Edit Type | PARTICIPANT | Cusip Sort Order |
|---|---|---|---|
| **33267**   **PLA** | **PENDING** | **BANK OF NY** | **447** |

| CBRS TCN |
|---|
| 11308837490WJ |

1309101224

## * NEXT DAY DEPOSIT *



R30911171002

A0572



NUMBER
157

SHARES
***1,840,000***

**COMMON STOCK**

*NORSTRA ENERGY INC.*

**COMMON STOCK**
CUSIP 65654V103

INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS  CERTIFIES THAT

\*\*\*Lornex Financial Ltd.\*\*\*

is the Owner of*** One Million Eight Hundred Forty Thousand ***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
**NORSTRA ENERGY INC.**

*transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed.  This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.*

*Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.*

Dated: **March 20, 2013**

COUNTERSIGNED AND REGISTERED
**EMPIRE STOCK TRANSFER INC.**
Transfer Agent and Registrar

By

AUTHORIZED SIGNATURE

R309 171003

CORPORATE SEAL

DIRECTOR

PRESIDENT

B 24664

A0573

The following abbreviations, when used in the inscription of the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — _____ Custodian _____
(Cust)          (Minor)
under Uniform Gifts to Minors Act

_____
(State)

Additional abbreviations may also be used though not in the above list.

*For Value Received,* _____ *hereby sells, assigns and transfers unto*

PLEASE INSERT SOCIAL SECURITY
OR OTHER IDENTIFYING NUMBER

(PLEASE PRINT OR TYPE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

_____ *Shares*

*of the Capital Stock represented by this Certificate and hereby irrevocably constitutes and appoints*

_____ *Attorney*

*to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.*

*Dated* _____

NOTICE   THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THIS CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATSOEVER.

SIGNATURE(S) GUARANTEED

NOTICE   THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION, (BANKS, STOCKBROKERS, SAVINGS AND LOAN ASSOCIATION AND CREDIT UNIONS) WITH MEMBERSHIP IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM PURSUANT TO S.E.C. RULE 17AD-15.

# Corporate Resolution

Resolution of  **LORNEX FINANCIAL LTD.**

(full name of Corporation)

On motion duly made and seconded, it was unanimously resolved that:

**CLIFFORD WILKINS / PRESIDENT**

(please print the appropriate names / titles)

be and they are hereby authorized on behalf of the Company to accept, sell and convey, assign, transfer, or otherwise dispose of all or any shares, stocks, bonds, debentures, debenture stock and other securities of every description now or hereafter registered in the name of the Company or held or owned by the Company and to sign and execute on behalf of the Company all and any instruments of acceptance and transfer and other documents whenever necessary or proper to effectuate the same with full power to appoint any attorney or attorneys with full power of substitution therein, and that any and all instruments of acceptance and transfer and other documents in connection therewith heretofore signed and executed on behalf of the Company in accordance with the authority set out above are hereby ratified and confirmed.

## Certificate

I, the undersigned, Secretary of **LORNEX FINANCIAL LTD.**

(full name of Corporation)

incorporated under the laws of the Province / State of **NEVIS** hereby certify that the foregoing is a true and correct copy of a Resolution duly passed at a meeting of the Directors of said Company on the _22nd_ day of _march_, 20_13_ and that the said Resolution is still in full force and effect and does not conflict with the by-laws of said Company. I further certify that the following is a list together with specimen signatures of all Directors, officers and employees of the Company authorized by this Resolution:

| Print name | Title | Specimen of signature |
|---|---|---|
| CLIFFORD WILKINS | PRESIDENT | |
| | | |
| | | |
| | | |

Dated this _22nd_ day of _march_, 20_13_.

Secretary print and sign name   **VIRGILIO SANTANA**
Affix Corporate Seal (if no seal exists, certify below)

I hereby certify that there is no corporate seal.

Secretary sign name

SIGNATURE GUARANTEED
VERDMONT CAPITAL
Edificio Verdmont,
Av. Aquilino De La Guardia, No. 10,
Panamá, Rep. de Panamá

Auth. No. 026
Authorized Officer

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
THE BANK OF NEW YORK MELLON

AUTHORIZED SIGNATURE
X 8012190
( SG728 )
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM™     (02/2004)

Notes:
1. The Secretary who certified the Resolution **must** be an officer OTHER THAN the person(s) authorized to execute the assignment for the securities.
2. This form cannot be used by:
   - an incorporated company which only has a sole officer and sole director
   - sole proprietorship



**RBC Investor Services**

## POWER OF SUBSTITUTION

_____hereby irrevocable constitute and appoint

_____

_____----our substitute to transfer the within named security under

the foregoing Power of Attorney with like Power of Substitution

Dated at Toronto this _28_ day of _March_ 2013

**BRANT INVESTMENTS LIMITED**

(Medallion guarantee)

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
RBC INVESTOR
SERVICES TRUST
( TOR02 )                    AUTHORIZED SIGNATURE
                             Z 8 0 0 0 3 2 1
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM™

Your ambition. Our purpose.™

**RBC Investor Services Trust**
155 Wellington St W, 2nd Fl, Securities
Cage Toronto, ON, Canada  M5V 3L3

rbcis.com

A0576

R309111171006

CEDE & CO.
BOX #20
BOWLING GREEN STATION
NEW YORK, NEW YORK 10004

13-255511**9**

# IRREVOCABLE STOCK POWER

**FOR VALUE RECEIVED,** the undersigned does (do) hereby sells, assigns and transfers to:

_____
(Name of Transferee)

_____

_____

_____
(Transferee's Address)

It is hereby certified that the transfer of the
instrument(s) is made under such circumstances
within one of the exemptions specified in the
Tax Laws of the State of New York and that
proof of the exemption is available for inspection
is available for inspection. Apply a representative of same
Theresentative has evidence in
New York Or Tax Evasion, New York
The bank Or Tabley New York
New York, N.Y.

............ shares of the *Common* stock of *Nerstras Energy Inc*
represented by certificate(s) No(s). *157* .......................................
standing in the name of the undersigned on the books of the said Company.
The undersigned does (do) hereby irrevocably constitute and appoint *Bron* ........
*Westrust limited* ...........attorney to transfer the said stock on the books of
said Company, with full power of substitution in the premises.

Dated *March 22nd, 2013* ...................

Authorized Signature

Signature of Transferors

_____

_____

_____

In the presence of:

_____
Signature of Witness

**SIGNATURE GUARANTEED:**

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
RBC INVESTOR
SERVICES TRUST

( TOR01 )                    AUTHORIZED SIGNATURE
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM        Z8000321

SIGNATURE GUARANTEED
VERDMONT CAPITAL

AUSH No.
036                    Authorised Officer

A0577

The Depository Trust Company                                           DAM Deposit Ticket

| PARTICIPANT # | Deposit Type | Deposit ID | Aisle Bin# |
|---|---|---|---|
| **901** | **LEGAL** | **1309101220** | **$-620** |

| Quantity | CUSIP | OFAC CERTIFIED |
|---|---|---|
| **1840000.00000** | **65654V103**   NORSTRA ENERGY INC          *+ | |

| T/A NUMBER   **O/T** | Edit Type | PARTICIPANT | Cusip Sort Order |
|---|---|---|---|
| **33267**   **PLA** | **PENDING** | **BANK OF NY** | **447** |

| CBRS TCN |
|---|
| 11308837491WJ |

1309101220

## * NEXT DAY DEPOSIT *



R30911171007

A0578



NUMBER
158

COMMON STOCK

SHARES
***1,840,000***

COMMON STOCK
CUSIP 65654V103

## NORSTRA ENERGY INC.

INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

***Nautilus Growth Fund Ltd.***

is the Owner of *** One Million Eight Hundred Forty Thousand ***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
NORSTRA ENERGY INC.

transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.

Dated: **March 20, 2013**

COUNTERSIGNED AND REGISTERED:
**EMPIRE STOCK TRANSFER INC.**
Transfer Agent and Registrar

By

AUTHORIZED SIGNATURE

CORPORATE
SEAL

XXXXXXXXXX
DIRECTOR

PRESIDENT

R3091171008

B 24665

The following abbreviations, when used in the inscription of the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — _____ Custodian _____
(Cust)                    (Minor)
under Uniform Gifts to Minors Act

_____
(State)

Additional abbreviations may also be used though not in the above list.

*For Value Received,* _____ *hereby sells, assigns and transfers unto*

PLEASE INSERT SOCIAL SECURITY
OR OTHER IDENTIFYING NUMBER

_____

(PLEASE PRINT OR TYPE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

_____ *Shares*

*of the Capital Stock represented by this Certificate and hereby*

*irrevocably constitutes and appoints*

_____ *Attorney*

*to transfer the said stock on the books of the within-named Corporation*

*with full power of substitution in the premises.*

*Dated* _____

NOTICE   THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THIS CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATSOEVER.

SIGNATURE(S) GUARANTEED

NOTICE   THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION, (BANKS, STOCKBROKERS, SAVINGS AND LOAN ASSOCIATION AND CREDIT UNIONS) WITH MEMBERSHIP IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM PURSUANT TO S.E.C. RULE 17AD-15.

A0580

[R30911170]

# Resolution of Sole Director

The undersigned, being the sole director of  Nautilus Growth Fund Ltd

("the Corporation"), hereby resolves to sell, assign and transfer  *1,840,000*  holdings of the

COMMON  of  NORSTRA ENERGY INC.  ,

(indicate class)                              (indicate name of Issuer)

represented by certificate number(s)  *158.*  , registered in the name of the Corporation, and, for the purposes hereof, the undersigned, being the sole officer of the Corporation, is hereby authorized to execute on behalf of the Corporation all such conveyances, transfers and other documents, to affix the corporate seal of the Corporation and to do all things necessary to give effect to this resolution.

The undersigned, President of the Corporation, hereby certifies that:

1.  The foregoing is a true copy of a resolution of the sole direction of the Corporation adopted on  *March 22nd, 2013*  and that the resolution is still in full force and effect, unamended, and

2.  The undersigned is the sole director and officer of the Corporation on the date indicated below.

Signed at Sosua, Dominican Republic on this  *22nd*  day of  *March*  , 20 *13* .

Nautilus Growth Fund Ltd, by its director Velvet Management Services Ltd, by its director Virgilio Santana Ripoll

_____
**President** print and sign name
Affix Corporate Seal (if no seal exists, certify below)

I hereby certify that there is no corporate seal.

_____
**President** sign name

We, the undersigned, by our duly authorized officer(s), do hereby certify that the signature of the President of the Corporation appearing herein above is that of the sole director and officer of the Corporation.

| Space for guarantees of signatures (below) | |
|---|---|
| SIGNATURE GUARANTEED<br>VERDMONT CAPITAL<br>Edificio Verdmont<br>Ave. Aquilino de la Guardia No.18,<br>Panama<br>Auth. No. 086 | Per: _____<br>Name: Virgilio Santana Ripoll<br>Title: Authorised Signatory<br><br>Per: _____<br>Name:<br>Title: |

**Note:** The above certification must be completed along with a guarantee by a major Canadian Schedule I chartered bank, a major trust company in Canada or a member of an acceptable Medallion Signature Guarantee Program (STAMP, SEMP, MSP). The Guarantor must affix a stamp bearing the actual words "Signature Guaranteed".

In the USA, signature guarantees must be done by members of a "Medallion Signature Guarantee Program only".

Please note, signature guarantees are not accepted from Treasury Branches, Credit Unions or Caisse Popularies unless they are members of the Stamp Medallion Program.

SIGNATURE GUARANTEED
MEDALLION GUARANTEE (02/2004)
THE BANK OF NEW YORK MELLON
AUTHORIZED SIGNATURE
9012 90
( SG728 )
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM

A0581



**RBC Investor Services**

R30911171010

## POWER OF SUBSTITUTION

_____hereby irrevocable constitute and appoint

_____

_____our substitute to transfer the within named security under

the foregoing Power of Attorney with like Power of Substitution

Dated at Toronto this ___28___ day of _March___ 2013

_____

_____

**BRANT INVESTMENTS LIMITED**

(Medallion guarantee)

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
RBC INVESTOR
SERVICES TRUST

( TOR02 )                     AUTHORIZED SIGNATURE
                              Z 8 0 0 ( 3 2 1
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM™

Your ambition. Our purpose.™

**RBC Investor Services Trust**
155 Wellington St W, 2nd Fl, Securities
Cage Toronto, ON, Canada  M5V 3L3

rbcis.com

A0582

R30911171011

CEDE & CO.
BOX #20
BOWLING GREEN STATION
NEW YORK, NEW YORK 10004

13-2555119

# IRREVOCABLE STOCK POWER

FOR VALUE RECEIVED, the undersigned does (do) hereby sells, assigns and transfers to:

_____
**(Name of Transferee)**

_____

_____

**(Transferee's Address)**

............... shares of the *common* stock of *Norstra Energy Inc.*

represented by Certificate(s) No(s) *158* ...........................................................

inclusive, standing in the name of the undersigned on the books of the said Company.

The undersigned does (do) hereby irrevocably constitute and appoint *Brant*

*Investment Ltd.* ..............attorney to transfer the said stock on the books of

said Company, with full power of substitution in the premises.

Dated *March 22nd, 2013*

Signature of Transferors

_____

In the presence of:

_____

Signature of Witness

SIGNATURE GUARANTEED
MEDALLION GUARANTEED BY:
RBC INVESTOR
SERVICES TRUST
( TOR01 )   AUTHORIZED SIGNATURE
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM™
Z 8000321

SIGNATURE GUARANTEED
VERMONT CAPITAL
Auth. No. 036
Authorized Officer

AUTHORIZED SIGNATURE
X9012190
( PA704 )   SECURITIES TRANSFER AGENTS MEDALLION PROGRAM
THE BANK OF NEW YORK MELLON

The Depository Trust Company                                        DAM Deposit Ticket

| PARTICIPANT # | Deposit Type | Deposit ID | Aisle Bin# |
|---|---|---|---|
| **901** | **LEGAL** | **1309101206** | **$-620** |

| Quantity | CUSIP | | OFAC CERTIFIED |
|---|---|---|---|
| **1850000.00000** | **65654V103**  NORSTRA ENERGY INC   *+ | | |

| T/A NUMBER   **O/T** | Edit Type | PARTICIPANT | Cusip Sort Order |
|---|---|---|---|
| **33267**   **PLA** | **PENDING** | **BANK OF NY** | **447** |

| CBRS TCN |
|---|
| 11308837483WJ |

1309101206

## * NEXT DAY DEPOSIT *



R30911171012



NUMBER
149

SHARES
***1,850,000***

COMMON STOCK

## NORSTRA ENERGY INC.

COMMON STOCK
CUSIP 65654V103

INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

C***Bartlett Trading Ltd.***

Is the Owner of*** One Million Eight Hundred Fifty Thousand ***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
NORSTRA ENERGY INC.

transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.

Dated: March 8, 2013

COUNTERSIGNED AND REGISTERED:
EMPIRE STOCK TRANSFER INC.
Transfer Agent and Registrar

By

AUTHORIZED SIGNATURE

TR3091 171013

CORPORATE
SEAL

XXXXXXXXX
DIRECTOR

PRESIDENT

B 24656

The following abbreviations, when used in the inscription of the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — _____ Custodian _____
                        (Cust)             (Minor)
           under Uniform Gifts to Minors Act

_____
              (State)

Additional abbreviations may also be used though not in the above list.

*For Value Received,* _____ *hereby sells, assigns and transfers unto*

PLEASE INSERT SOCIAL SECURITY
OR OTHER IDENTIFYING NUMBER

☐

_____

_____
(PLEASE PRINT OR TYPE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

_____

_____ *Shares*

*of the Capital Stock represented by this Certificate and hereby*

*irrevocably constitutes and appoints*

_____ *Attorney*

*to transfer the said stock on the books of the within–named Corporation*

*with full power of substitution in the premises.*

*Dated* _____

NOTICE   THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THIS CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATSOEVER.

SIGNATURE(S) GUARANTEED

NOTICE   THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION, (BANKS, STOCKBROKERS, SAVINGS AND LOAN ASSOCIATION AND CREDIT UNIONS) WITH MEMBERSHIP IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM PURSUANT TO S.E.C. RULE 17AD-15.

A0586

R3091171014

## SCHEDULE "A"

| NAME | SIGNATURE |

### TRANSACTION MANAGEMENT

| NAME | SIGNATURE |
|---|---|
| **Doug Allard**<br>Senior Manager, Trade & Settlement Operations | |
| **Jennifer Amaranto**<br>Senior Administrator, Trade & Settlement Operations | |
| **Matthew Baker**<br>Supervisor, Trade & Settlement Operations | |
| **Juanita Choy**<br>Senior Administrator, Trade & Settlement Operations | |
| **Marie DeSouza**<br>Supervisor, Trade & Settlement Operations | |
| **Katherine Herbert**<br>Supervisor, Trade & Settlement Operations | |
| **Debbie Hines**<br>Director, Transaction Management Canada | |
| **Carol Lee**<br>Senior Administrator, Trade & Settlement Operations | |

A0587

# Resolution of Sole Director

The undersigned, being the sole director of _Bartlett Trading Ltd._
("the Corporation"), hereby resolves to sell, assign and transfer _1,850,000_ holdings of the
_Common_ of _NORSTRA ENERGY INC._
(indicate class)      (indicate name of Issuer)

represented by certificate number(s) _149_ , registered in the name of the Corporation, and, for the purposes hereof, the undersigned, being the sole officer of the Corporation, is hereby authorized to execute on behalf of the Corporation all such conveyances, transfers and other documents, to affix the corporate seal of the Corporation and to do all things necessary to give effect to this resolution.

The undersigned, President of the Corporation, hereby certifies that:

1. The foregoing is a true copy of a resolution of the sole direction of the Corporation adopted on _MARCH 2nd, 2013_ and that the resolution is still in full force and effect, unamended, and

2. The undersigned is the sole director and officer of the Corporation on the date indicated below.

Signed at _____ on this _22nd_ day of _MARCH_, 20 _13_.

_Chris Smith_
**President** print and sign name
Affix Corporate Seal (if no seal exists, certify below)

I hereby certify that there is no corporate seal.

**President** sign name

We, the undersigned, by our duly authorized officer(s), do hereby certify that the signature of the President of the Corporation appearing herein above is that of the sole director and officer of the Corporation.

Space for guarantees of signatures (below)

SIGNATURE GUARANTEED
VERDMONT CAPITAL
BG043 Verdmont
Ave. Aquilino de La Guardia No.10,
Panamá Grp. 833 Panamá
Cuenta 0178061-1-01350
Auth. No. 036
Authorized Officer

Per: Name: _Chris Smith_
Title: _President - Sole Director_

Per: Name: _____
Title: _____

**Note:** The above certification must be completed along with a guarantee by a major Canadian Schedule I chartered bank, a major trust company in Canada or a member of an acceptable Medallion Signature Guarantee Program (STAMP, SEMP, MSP). The Guarantor must affix a stamp bearing the actual words "Signature Guaranteed".

In the USA, signature guarantees must be done by members of a "Medallion Signature Guarantee Program only".

Please note, signature guarantees are not accepted from Treasury Branches, Credit Unions or Caisse Popularies unless they are members of the Stamp Medallion Program.

(02/2004)

A0588

# IRREVOCABLE STOCK POWER

FOR VALUE RECEIVED, the undersigned does (do) hereby sells, assigns and transfers to:

**(Name of Transferee)**

**(Transferee's Address)**

I, _____ shares of the _common_ stock of _NORSTRA ENERGY Inc_

represented by Certificate(s) No(s) _149_

inclusive, standing in the name of the undersigned on the books of the said Company.

The undersigned does (do) hereby irrevocably constitute and appoint _BRANT_

_____ attorney to transfer the said stock on the books of

said Company, with full power of substitution in the premises.

Dated _March 22nd, 2013_

Signature of Transferors

In the presence of:

Signature of Witness

**SIGNATURE GUARANTEED BY:**

**SIGNATURE GUARANTEED**
**MEDALLION GUARANTEED**
RBC INVESTOR
SERVICES TRUST

( TOR01 )
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM™
AUTHORIZED SIGNATURE
Z8000321

**SIGNATURE GUARANTEED**
**VERDMONT CAPITAL**

A0589