

**RBC Investor Services**

# POWER OF SUBSTITUTION

_____ hereby irrevocable constitute and appoint

_____ ----our substitute to transfer the within named security under

.the foregoing Power of Attorney with like Power of Substitution

Dated at Toronto this ___28___ day of _March_ 2013

**BRANT INVESTMENTS LIMITED**

(Medallion guarantee)

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
RBC INVESTOR
SERVICES TRUST

( TOR02 )
AUTHORIZED SIGNATURE
Z8000321
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM™

Your ambition. Our purpose.™

**RBC Investor Services Trust**
155 Wellington St W, 2nd Fl, Securities
Cage Toronto, ON, Canada  M5V 3L3                    rbcis.com

A0590



earthsmart

FedEx carbon-neutral
envelope shipping

SHIPPING DEPARTMENT
THE DEPOSITORY TRUST/CENTRAL D
55 WATER ST STE SL2
NEW YORK, NY 10041
UNITED STATES US

TO EMPIRE STOCK TRANSFER (702)818-5898
MATT BLEVINS          (00033267)
1859 WHITNEY MESA DR.

HENDERSON       , NV 89014

**FedEx**
Express

**E**

Delivery Address
Barcode

BILL SENDER

TRK# 0201 **4736 3461 3317**

THU - 04APR   A1
** 2DAY **

LAS
NV - US
89014

**VV - LASA**

RT **357**  1  **A**
3317
04.04

FZ

## A T T E N T I O N
## Courier

## SIGNATURE REQUIRED.

Under all circumstances, signature MUST be
obtained. Package is not to be left without a
signature.

A0591

# Log Sheet

| | | | | |
|---|---|---|---|---|
| Issuer: | NORST-Norstra Energy Inc. | | | |
| Received: | 04/04/13 | 11:02 AM | | ID/SCL#: 3091102001332 |
| Received From: | DTC | | | |
| How Received: | FED EX | | | |
| Track Number In: | 4736 3461 3317 | | | |
| Control Ticket: | STTK000000040858 | | | |
| SEC Item Count: | 1    Routine | | | |
| Contents: | 157 158 149 | | | |

| | | | |
|---|---|---|---|
| Transaction No.: | 27 | | Completed: 04/04/13 |
| Track Number Out: | FEDEX 799452152106 | | |
| Sent To: | DTC | | |

| | | | |
|---|---|---|---|
| Fees: | Due: | Rcvd: | Check #: |
| Assigned To: | | | |

Certificate Number(s) or Book Entry ID's:  1

CS1-167

Comments:

_____

_____

_____

| Initials | Date | |
|---|---|---|
| _____ | _____ | Logged In |
| _____ | _____ | Medallion Verified |
| _____ | _____ | Review Documents |
| _____ | _____ | Processed by |
| _____ | _____ | Stamp Certificates as Canceled and Transferred |
| _____ | _____ | Final Review/Authentification |
| _____ | _____ | Batch Completed and Made Available |
| _____ | _____ | Management Review |

A0592

4/4/13

FedEx Ship Manager - Print Your Label(s)

From: (702) 818-5898
Patrick Mokros
Empire Stock Transfer Inc.
1859 Whitney Mesa

Henderson, NV 89014

Origin ID: LASA



Ship Date: 04APR13
ActWgt: 0.5 LB
CAD: 5040518/INET3370

Delivery Address Bar Code

J131113021200226

SHIP TO: (718) 840-6420          BILL SENDER
**TRANSFER OPERATIONS**
**DTCC BROOKLYN ARMY TERMINAL**
**140 58TH ST**

**BROOKLYN, NY 11220**

Ref #        NORST 167
Invoice #
PO #
Dept #

FRI - 05 APR 10:30A
PRIORITY OVERNIGHT

TRK#  **7994 5215 2106**
0201

11220
NY-US

# XA FBTA

EWR

518G\64BE593AB

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

A0593



NUMBER
167

SHARES
***5,530,000***

COMMON STOCK

COMMON STOCK
CUSIP 65654V 103

## NORSTRA ENERGY INC.

INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

***Cede & Co***

Is the Owner of*** **Five Million Five Hundred Thirty Thousand** ***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
**NORSTRA ENERGY INC.**

*transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.*

*Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.*

Dated: **April 4, 2013**

COUNTERSIGNED AND REGISTERED:
EMPIRE STOCK TRANSFER INC.
Transfer Agent and Registrar

By

AUTHORIZED SIGNATURE

CORPORATE SEAL

XXXXXXXXXX
DIRECTOR

PRESIDENT

B 24680

A0594

# NORST - Norstra Energy Inc.

5/7/13   1:01 pm

## Stock Transfer - Final Transaction Report

Page 1 of 1

Control Ticket Number:  STTK000000041508
Type of Stock being Transferred:     CS1
Paper certifs being Transferred from: 0
Paper certifs being Transferred to:    0
CBRS Firm Type: DTCPRT   ID: 00000901
Account #:     CB Control ID: A1131270058892

Transaction Number:     33
Total Shares: 1,000,000

Transfer Date: 05/07/13
Sale Amt/share: $ 0.00000

Received From: NAUTILUS GROWTH FUND LTD
Received: 05/07/13 at 12:58   Tran Type:Routine     Item Count: 1
How Received:FEDEX

Sent: 05/07/13 at 13:00          How Sent:  BKE
Outgoing Tracking Number:

| Line # | Shareholder | Certificate Number | Number of Shares | Line # | Shareholder | Certificate Number | Shares per Certif |
|---|---|---|---|---|---|---|---|
| 1 | 46   Nautilus Growth Fund Ltd. | BKE   5 | 1,000,000 | 1 | 52.   FAST - Cede & Co. | BKE   6 | 1,000,000 |
| | | | 1,000,000 | | Number of new certs: 0 | | 1,000,000 |

See Trans 32

Completed By: CW     Report Run By: CW 05/07/13  1:01:24 pm

A0595

# NORST - Norstra Energy Inc.
## Stock Transfer - Final Transaction Report

5/7/13    1:01 pm

Page 1 of 1

Control Ticket Number: STTK000000041508
Type of Stock being Transferred:    CS1
Paper certifs being Transferred from: 0
Paper certifs being Transferred to:    0
CBRS Firm Type: DTCPRT    ID: 00000901
Account #:    CB Control ID: A1131270058892

Transaction Number:    33
Total Shares: 1,000,000

Transfer Date: 05/07/13
Sale Amt/share: $ 0.00000

Received From: NAUTILUS GROWTH FUND LTD
Received: 05/07/13 at 12:58    Tran Type: Routine    Item Count: 1
How Received: FEDEX

Sent: 05/07/13 at 13:00    How Sent: BKE
Outgoing Tracking Number:

| Line # | Shareholder | Certificate Number | Number of Shares | Line # | Shareholder | Certificate Number | Shares per Certif |
|---|---|---|---|---|---|---|---|
| ——Transfer From—— | | | | ——Transfer To—— | | | |
| 1 | 46    Nautilus Growth Fund Ltd. | BKE    5 | 1,000,000 | 1 | 52    FAST - Cede & Co. | BKE    6 | 1,000,000 |
| | | | 1,000,000 | | Number of new certs: 0 | | 1,000,000 |

See  Trans  32

---

1041

CELTIC CONSULTANTS LLC

DATE 2 0 1 3 05 02
Y Y Y Y  M M  D D

U.S. DOLLAR ACCOUNT

PAY to the order of    EMPIRE STOCK TRANSFER    $ 150

ONE HUNDRED & FIFTY    DOLLARS
100  U.S. FUNDS

BMO  Bank of Montreal
FIRST BANK TOWER, 595 BURRARD ST.
VANCOUVER, B.C.    V7X 1L7

CELTIC CONSULTANTS LLC

PER

RE

⑈⑈008041⑈ ⑈:00040⑈008⑈: 4656⑈107⑈ 45

Completed By: CW    Report Run By: CW 05/07/13  1:01:24 pm

A0596

```
RECORDS UPDATED
@VM4                       THE DEPOSITORY TRUST COMPANY        05/07/2013
M0001512 01               DEPOSIT/WITHDRAWAL AT CUSTODIAN     14:45:29
                             APPROVAL/CANCELLATION            PAGE   1

A/C PART  PART NAME LAST PEND DT   TYPE   CUSIP      QUANTITY      FEE
   0901 BANK OF NY  05/07/2013 WITHDRAWL 53045E105      33000
REF ID: D1131260099713          BILLING FEE:     (S,L,N   SEE COMMENT BELOW)
PART CONTACT NAME: BNYM DWAC         PHONE: (315) 362-1488 EXT:
DWAC/DWAC AGENT: BRIAN BARTHOW PHONE: 001 702 818 50 98
CUST CONTACT NAME:                   PHONE:        -        EXT:


 A  0901 BANK OF NY  05/07/2013 DEPOSIT  65654V103    1000000
REF ID: A1131270058892          BILLING FEE:    (S,L,N   SEE COMMENT BELOW)
PART CONTACT NAME: BNYM DWAC         PHONE: (315) 362-1488 EXT:
EMPIRE STOCK TRANSFER       ATTN: BRIAN BARTHLOW
CUST CONTACT NAME: CASEY WESELOH     PHONE: 702  818 - 5898 EXT:
FBO NAUTLIUS GROWTH FUND
APPROVAL CHOICE: 'A' -APPROVE,  'C' -CANCEL            ***END OF DATA***
BILLING FEE  : 'S' -STANDARD FEE,  'L' -ALTERNATE FEE,  'N' -NO FEE
PF1/13 UPDATE        PF7/19 MAIN MENU              PF10/22 PG BKWD
PF4/16 FIRST PAGE    PF8/20 END FUNCTION   PF9/21 SIGN OFF  PF11/23 PG FRWD
```

# DWAC CHECKLIST

DATE: 5/7/13

ISSUER NAME: Norsten

DWAC fbo: NAUTILUS Growth Fund

SHARES: 1,000,000          CUSIP: 6564V103

☑ FEES - ISSUER BAL DUE?      (CHECK INCLUDED)        BILL ISSUER

☑ CERT NS/NR      (NONE)        YES, HOLD

☑ SHARE QUANTITES MATCH?    (YES)    NO      (SPLITS ?)

☑ MEDALLION  OR  INDEMNITY

☑ DWAC INSTRUCTIONS

☑ DWAC POSTED DATE:      5/7/13

☑ AFFILIATE        YES    (NO)

☑ LEGAL OPINION      YES    (NO)

OTHER: _____

_____

_____

## CERTIFIED RESOLUTIONS ADOPTED BY BOARD OF DIRECTORS OF
### \<NORSTRA ENERGY INC.\>
### A NEVADA CORPORATION

The undersigned hereby certifies that he is the duly elected, qualified and acting President of the above-named Corporation and in that capacity in charge of its official records including the minute book containing original minutes of meetings of its Board of Directors; and that on the 2 day of May 20 13 , a meeting of said Board of Directors was duly convened and held, with a quorum present throughout the proceedings thereof, at which the following resolutions were duly moved, seconded and carried, said resolutions remaining in full force and effect at the date of this certificate:

BE IT RESOLVED:  That EMPIRE STOCK TRANSFER INC., Transfer Agent for this corporation be, and it hereby is, directed to process the transfer request regarding the certificate below, and this Board of Directors does hereby extend this corporation's irrevocable agreement to indemnify said Transfer Agent for all loss, liability or expense in carrying out the authority and direction herein contained on the terms herein set forth.  The Transfer Agent shall maintain the right to uphold the transfer in the event of forgery.

IN WITNESS WHEREOF,  the undersigned has set his hand in his capacity above mentioned and affixed the seal of the above named corporation, all this 2 day of May 20 13 .

[SEAL]

By: _____
\<Dallas Kerkenezov\>, President

| Cert No(s) | Registered To: | No. of Shares | Transfer To or CANCEL: | No. of Shares: |
|---|---|---|---|---|
|  | NAUTILUS GROWTH FUND LTD. | 1,000,000 | DWAC per Instructions | 1,000,000 |

A0599

# DWAC

## DEPOSIT REQUEST

| REQUEST DATE: May 2, 2013 |
|---|

**BROKER/DEALER INFORMATION**

| NAME OF BROKER/DEALER:  RBC Dexia | |
|---|---|
| DTC PARTICIPANT #: 0901 | |
| DTC AGENT BANK #: 80901 | |
| INSTITUTION ID: 53372 | |
| FOR CREDIT TO: Verdmont Capital | ACCOUNT NAME:  Verdmont Capital: Ref#161932002 |
| ACCOUNT #: 298307 | |
| CONTACT NAME: Lourdes Jaen | |
| CONTACT PHONE NUMBER: +507 301 9071 | |

**SHAREHOLDER ACCOUNT INFORMATION**

| EXACT ACCOUNT NAME: Nautilus Growth Fund Ltd. |
|---|
| ACCOUNT NUMBER: 172-470083 |

**SECURITY/STOCK INFORMATION**

| NAME OF ISSUER: Norstra Energy Inc. |
|---|
| SYMBOL: NORX |
| CUSIP NUMBER: 65654V103 |
| # OF SHARES: 1,000,000 |

**REQUEST INFORMATION**

| NAME OF INDIVIDUAL SUBMITTING REQUEST: Nautlius Growth Fund Ltd. |
|---|
| CONTACT E-MAIL ADDRESS: nautilus@corptrax.com |

| COMPLETION DATE: |
|---|
| COMPLETED BY: |

A0600

# Log Sheet

| | |
|---|---|
| Issuer: | NORST-Norstra Energy Inc. |
| Received: | 05/07/13    12:58 PM | ID/SCL#: |
| Received From: | NAUTILUS GROWTH FUND LTD |
| How Received: | FEDEX |
| Track Number In: | |
| Control Ticket: | STTK000000041508 |
| SEC Item Count: | 1    Routine |
| Contents: | DWAC SHARES FROM NAUTILUS GROTH FUND |

Transaction No.:  33                    Completed: 05/07/13

Track Number Out: BKE

Sent To:

Fees:            Due:                    Rcvd:                    Check #:

Assigned To:

Certificate Number(s) or Book Entry ID's:  1

          Book Entry: BKE-6

Comments:

_____
_____
_____

Initials     Date

_____ _____ Logged In
_____ _____ Medallion Verified
_____ _____ Review Documents
_____ _____ Processed by
_____ _____ Stamp Certificates as Canceled and Transferred
_____ _____ Final Review/Authentification
_____ _____ Batch Completed and Made Available
_____ _____ Management Review

A0601

**Empire Stock Transfer**

## NORST - Norstra Energy Inc.

**Stock Transfer - Final Transaction Report**

5/24/13
7:43 am
Page 1 of 1

Control Ticket Number: STTK000000041784

Type of Stock being Transferred:    CS1

Paper certifs being Transferred from: 1

Paper certifs being Transferred to:  0

CBRS Firm Type: DTCPRT    ID: 00000901

Account #: 52413742    CB Control ID: 52413742

Transaction Number:    35

Total Shares: 1,315,000

Received From: CELTIC CONSULTANTS LLC

Received: 05/22/13 at 10:08    Tran Type: Routine    Item Count: 1

How Received: FEDEX

Sent: 05/24/13 at 07:42    How Sent: DWAC

Outgoing Tracking Number:   52413742

Transfer Date: 05/24/13

Sale Amt/share: $ 0.00000

| ──Transfer From── | | | | ──Transfer To── | | | |
|---|---|---|---|---|---|---|---|
| Line # | Shareholder | Certificate Number | Number of Shares | Line # | Shareholder | Certificate Number | Shares per Certif |
| 1 | 49   Maripose Acosiados S.A. | CS1   163 | 1,315,000 | 1 | 52   FAST - Cede & Co. | BKE   7 | 1,315,000 |
| | | | 1,315,000 | | Number of new certs: 0 | | 1,315,000 |

Completed By: BB        Report Run By: BB 05/24/13  7:43:05 am

A0602

**Empire Stock Transfer**

## NORST - Norstra Energy Inc.

Stock Transfer - Final Transaction Report

5/24/13
7:43 am
Page 1 of 1

| | |
|---|---|
| Control Ticket Number: STTK000000041784 | Transaction Number:   35   Transfer Date: 05/24/13 |
| Type of Stock being Transferred:   CS1 | Total Shares: 1,315,000   Sale Amt/share: $ 0.00000 |
| Paper certifs being Transferred from: 1 | |
| Paper certifs being Transferred to: , 0 | Received From: CELTIC CONSULTANTS LLC |
| CBRS Firm Type: DTCPRT   ID: 00000901 | Received: 05/22/13 at 10:08   Tran Type:Routine   Item Count: 1 |
| Account #: 52413742   CB Control ID: 52413742 | How Received:FEDEX |
| | Sent: 05/24/13 at 07:42   How Sent: DWAC |
| | Outgoing Tracking Number:  52413742 |

| Line # | Shareholder | Certificate Number | Number of Shares | Line # | Shareholder | Certificate Number | Shares per Certif |
|---|---|---|---|---|---|---|---|
| | ----Transfer From---- | | | | ----Transfer To----- | | |
| 1 | 49   Maripose Acosiados S.A. | CS1   163 | 1,315,000 | 1 | 52   FAST - Cede & Co. | BKE   7 | . 1,315,000 |
| | | | 1,315,000 | | Number of new certs: 0 | | 1,315,000 |



CELTIC CONSULTANTS LLC

1065

U.S. DOLLAR ACCOUNT   DATE 2 0 *13 - 05 - 21*

PAY to the order of _Empire Stock Transfer_   $ *105—*

_One Hundred & five_ —   *XX*/100 DOLLARS U.S. FUNDS

BMO Bank of Montreal
FIRST BANK TOWER, 595 BURRARD ST.
VANCOUVER,B.C.  V7X 1L7

CELTIC CONSULTANTS LLC

RE *NORX DWAC*   PER

⑈'00 l065⑈' ⑈:00040⑈00 l⑈:   4656⑈ l07⑈'   45

| | |
|---|---|
| Completed By: BB | Report Run By: BB 05/24/13  7:43:05 am |

A0603

```
RECORDS UPDATED
@HJ8                   THE DEPOSITORY TRUST COMPANY           05/24/2013
M0001512 01            DEPOSIT/WITHDRAWAL AT CUSTODIAN         10:10:49
                          APPROVAL/CANCELLATION             PAGE   1

A/C PART  PART NAME/LAST PEND DT  TYPE      CUSIP        QUANTITY      FEE
   0188 TD AMERITR  05/29/2013 DEPOSIT  095428108       20000
REF ID: 7706113710S2413          BILLING FEE:   (S,L,N   SEE COMMENT BELOW)
PART CONTACT NAME: STEVE FINK        PHONE: (402) 970-5461 EXT
AMTD 770-611371 FAO MATHEW BRADY 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
CUST CONTACT NAME:                   PHONE:          -        EXT:


  A  0901 BANK OF NY  05/24/2013 DEPOSIT   65654V103   1315000
REF ID: A1131430142753           BILLING FEE:    (S,L,N   SEE COMMENT BELOW)
PART CONTACT NAME: BNYM DWAC         PHONE: (315) 362-1488 EXT:
EMPIRE STOCK TRANSFER ATTN: BR IAN BARTHLOW @702-818-5898
CUST CONTACT NAME: BRIAN BARTHLOW     PHONE: 702  818 - 5898 EXT:
FBO NAUTALIS GROWTH/VERDMONT
APPROVAL CHOICE: 'A' -APPROVE,  'C' -CANCEL         ***END OF DATA***
BILLING FEE   : 'S' -STANDARD FEE,  'L' -ALTERNATE FEE,  'N' -NO FEE
PF1/13 UPDATE        PF7/19 MAIN MENU              PF10/22 PG BKWD
PF4/16 FIRST PAGE    PF8/20 END FUNCTION   PF9/21 SIGN OFF   PF11/23 PG FRWD
```

A0604

# DWAC CHECKLIST

DATE: _2/22/13_

ISSUER NAME: _Nexstar_

DWAC fbo: _Nautilus Growth / Vredmont_

SHARES: _4,315,000_   CUSIP: _65654V103_

FEES - ISSUER BAL DUE?    CHECK INCLUDED    BILL ISSUER

CERT NS/NR    (NONE)    YES, HOLD

SHARE QUANTITES MATCH?    (YES)    NO    (SPLITS ?)

MEDALLION  OR  (INDEMNITY)

DWAC INSTRUCTIONS

DWAC POSTED DATE: _____

AFFILIATE    YES    NO

LEGAL OPINION    YES    NO

OTHER: _____

_____
_____

[ ] Restricted Email          [✓] Indemnity Notice
[ ] Indemnity Required     [ ] Transfer Notice
[ ] No Medallion             [ ] No Fees
[ ] No Instructions          [✓] Indemnity Attached

[ ] Other _____

A0605

**Roberta Mors**

| | |
|---|---|
| **From:** | Roberta Mors |
| **Sent:** | Wednesday, May 22, 2013 3:36 PM |
| **To:** | 'norstraenergy@hotmail.com' |
| **Subject:** | Empire Stock Transfer Inc. - Indemnification Notice Norstra Energy Inc. 1,315,000 Shares 5.22.13 |
| **Attachments:** | Norstra 163 1,315,000 Shares 5.22.13.pdf |

Attached you will find a transfer and indemnification notice that we have received. We are sending this as part of an optional notification practice. We will process the request tomorrow morning as long as the transfer is in good order. No action by the issuer is necessary unless there is a known circumstance under which the transfer should not be completed. Please advise if this is the case by sending a STOP request and explanation by email or fax. We will review the STOP and proceed accordingly. We hope this will assist in communication of transfer activity and further our client relationship. Please let us know if you have any special needs that we might be able to assist with.

Thanks,

Roberta Mors
Empire Stock Transfer Inc.

*Process 5-23-13* (handwritten)

--------------------

Additionally, here is some information that might be of assistance to our public company clients.

We have EDGAR an filings department. You'll benefit from high quality and reliable services without the hidden fees associated with many other EDGAR filers. We provide fast turn-around times and offer a complete range of filing services, from registration statements to periodic reports, in all EDGAR formats. Documents are handled by our staff only. Nothing is sent outside our office or outside the country. When outsourcing documents to Empire Stock Transfer, you will receive accurate and punctual filing using our advanced conversion technology. Our staff maintains the expertise to file your documents quickly and efficiently. Our EDGAR Filing Service produces high-quality documents with minimal effort, allowing us to dedicate ourselves to customer service and value. Our straightforward, itemized pricing structure guarantees that you will never be surprised upon receiving a statement.

We are a DTCC FAST participant agent. FAST is The Depository Trust Company's Fast Automated Securities Transfer service. What makes it fast and automated is that it does away with paperwork and paper securities almost completely, so that securities transfer agents can electronically provide custody, transfer, deposit and withdrawal services very quickly and efficiently. One feature of FAST is its balancing confirmation system, which delivers a daily record of the opening position, total credits, total debits and closing position in each FAST issue involved in a transaction the previous day.

What is DTC eligibility? This means that your company's stock is eligible for deposit with DTC aka "Cede & Co" aka the Street. Your company's security holders will be able to deposit their particular shares with a brokerage firm. Clearing firms, as full participants with DTC, handle the DTC eligibility submissions to DTC. Transfer agents were responsible for eligibility coordination years ago. Now, in order to make a new issue of securities eligible for DTC's delivery services, a completed and signed eligibility questionnaire must be

1

A0606

RECEIVED

MAY 22 2013

EMPIRE STOCK TRANSFER INC.

# MEMO

[  ] Restricted Email   [x] Indemnity Notice
[  ] Indemnity Required  [  ] Transfer Notice
[x] No Medallion       [  ] No Fees
[  ] No Instructions     [x] Indemnity Attached

[  ] Other _____

**To:**   Empire Stock Transfer
**From:** Nautilus Growth Fund Ltd.
**Date:**  May 21, 2013
**Re:**    1,315,000 shares of Norstra Energy Inc.

Attached you will find the following:

1. Certificate 163 for 1,315,000 shares with a Power of Attorney and Corporate Resolution
2. DWAC instructions
3. Check for payment of $105.00 ($100 X 1 DWAC, $5 x 1 certificate cancellation)

Please DWAC the enclosed shares per the instructions provided to you on the Power of Attorney and DWAC Sheet.

The cost basis for these shares is $.79 per share and the date of acquisition is May 21, 2013

Any concerns you may need to address should be emailed to nautilus@corptrax.com

Thank you

# DWAC

## DEPOSIT REQUEST

**REQUEST DATE:** May 21, 2013

| BROKER/DEALER INFORMATION | |
|---|---|
| NAME OF BROKER/DEALER: RBC Dexia | |
| DTC PARTICIPANT #: 0901 | |
| DTC AGENT BANK #: 80901 | |
| INSTITUTION ID: 53372 | |
| FOR CREDIT TO: Verdmont Capital | ACCOUNT NAME: Verdmont Capital: Ref#161932002 |
| ACCOUNT #: 298307 | |
| CONTACT NAME: Lourdes Jaen | |
| CONTACT PHONE NUMBER: +507 301 9071 | |

| SHAREHOLDER ACCOUNT INFORMATION |
|---|
| EXACT ACCOUNT NAME: Nautilus Growth Fund Ltd. |
| ACCOUNT NUMBER: 172-470083 |

| SECURITY/STOCK INFORMATION |
|---|
| NAME OF ISSUER: Norstra Energy Inc. |
| SYMBOL: NORX |
| CUSIP NUMBER: 65654V103 |
| # OF SHARES: 1,315,000 |

| REQUEST INFORMATION |
|---|
| NAME OF INDIVIDUAL SUBMITTING REQUEST: Nautlius Growth Fund Ltd. |
| CONTACT E-MAIL ADDRESS: nautilus@corptrax.com |

| COMPLETION DATE: | |
|---|---|
| COMPLETED BY: | |

A0608

CERTIFIED RESOLUTIONS ADOPTED BY BOARD OF DIRECTORS OF
<u><NORSTRA ENERGY INC.></u>
A NEVADA CORPORATION

The undersigned hereby certifies that he is the duly elected, qualified and acting President of the above-named Corporation and in that capacity in charge of its official records including the minute book containing original minutes of meetings of its Board of Directors; and that on the *21* day of *May* 20 *13*, a meeting of said Board of Directors was duly convened and held, with a quorum present throughout the proceedings thereof, at which the following resolutions were duly moved, seconded and carried, said resolutions remaining in full force and effect at the date of this certificate:

BE IT RESOLVED:  That EMPIRE STOCK TRANSFER INC., Transfer Agent for this corporation be, and it hereby is, directed to process the transfer request regarding the certificate below, and this Board of Directors does hereby extend this corporation's irrevocable agreement to indemnify said Transfer Agent for all loss, liability or expense in carrying out the authority and direction herein contained on the terms herein set forth.  The Transfer Agent shall maintain the right to uphold the transfer in the event of forgery.

IN WITNESS WHEREOF,  the undersigned has set his hand in his capacity above mentioned and affixed the seal of the above named corporation, all this *21* day of *May* 20 *13* .

[SEAL]

By: _____
    <Dallas Kerkenezov>, President

| <u>Cert No(s)</u> | <u>Registered To:</u> | <u>No. of Shares</u> | <u>Transfer To or CANCEL:</u> | <u>No. of Shares:</u> |
|---|---|---|---|---|
| 163 | Mariposa Asociados S.A. | 1,315,000 | Transfer | 1,315,000 |



NUMBER
163

SHARES
***1,315,000***

COMMON STOCK

**NORSTRA ENERGY INC.**

COMMON STOCK
CUSIP 65654V103

INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

SEE REVERSE FOR CERTAIN DEFINITIONS

CANCELLED

THIS CERTIFIES THAT

***Maripose Acosiados S.A.***

is the Owner of *** One Million Three Hundred Fifteen Thousand ***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
**NORSTRA ENERGY INC.**

transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.

Dated:  **March 27, 2013**

COUNTERSIGNED AND REGISTERED:
**EMPIRE STOCK TRANSFER INC.**
Transfer Agent and Registrar

By

AUTHORIZED SIGNATURE

CORPORATE
SEAL

DIRECTOR

PRESIDENT

B 24672

The following abbreviations, when used in the inscription of the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — _____ Custodian _____
                           (Cust)                (Minor)
           under Uniform Gifts to Minors Act

_____
                       (State)

Additional abbreviations may also be used though not in the above list.

*For Value Received,* _____ *hereby sells, assigns and transfers unto*

PLEASE INSERT SOCIAL SECURITY
OR OTHER IDENTIFYING NUMBER

(PLEASE PRINT OR TYPE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

*Shares of the Capital Stock represented by this Certificate and hereby irrevocably constitutes and appoints*

*Attorney to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.*

*Dated* _____

NOTICE    THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THIS CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATSOEVER.

SIGNATURE(S) GUARANTEED

NOTICE    THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION, (BANKS, STOCKBROKERS, SAVINGS AND LOAN ASSOCIATION AND CREDIT UNIONS) WITH MEMBERSHIP IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM PURSUANT TO S.E.C. RULE 17AD-15.

## POWER OF ATTORNEY TO TRANSFER SECURITIES

**FOR VALUE RECEIVED** the undersigned hereby sells, assigns and transfers to _Nautilus Growth Fund Ltd._

_Clifton House, 75 Fort St. Grand Cayman, KY-1104, Cayman Islands_
<span>(Name and address of transferee)</span>

_1,315,000  Shares  of  Norstra Energy Inc._
<span>(Description of securities and name of corporation)</span>

represented by certificate number _163_ , and hereby irrevocably constitutes and appoints _____
the attorney of the undersigned to transfer the said shares on the books of the said corporation with full power of substitution in the premises.

Dated: _May 21/13_

MARIPOSA ACOSIADOS S.A.

(1) _____
*Authorized Signatory* (Chris Smith)

_____
**Witness**

Signature of transferor guaranteed by: (3)

SIGNATURE GUARANTEED
FN TRUST COMPANY

_____
**Authorized Signatory**

A0612

## RESOLUTION TO TRANSFER SECURITIES

**RESOLVED THAT** CHRIS SMITH be and is hereby authorized on behalf of the Company to accept and convey, assign, transfer or otherwise dispose of all or any shares, stock, bonds, debenture stock and other securities of every description now or hereafter registered in the name of the Company or held or owned by the Company and to sign and execute on behalf of the Company all and any instruments of acceptance and transfer and other documents whenever necessary or proper to effectuate the same with full power to appoint any attorney or attorneys with full power of substitution therein, and that any and all instruments of acceptance and transfer and other documents in connection therewith heretofore signed and executed on behalf of the Company in accordance with the authority set out above are hereby ratified and confirmed.

### CERTIFICATE

I hereby certify that the foregoing is a true and correct copy of a resolution duly passed at a meeting of the Directors of MARIPOSA ASOCIADOS S.A. regularly held on 21 May 2013, and that the said resolution is now in full force and effect. I further certify that the following is a list of all directors, officers and employees of the Company authorized by this resolution to do any act or thing:

CHRIS SMITH
*(Name)*

(1) _____
*(Specimen Signature)*

I further certify the company has no corporate seal.

(2) _____
*Secretary* (Mark Anthony Cruz)



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, law s, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the ) contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the amount of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities (including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS, SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements, such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 3005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com

21/05/2013 3:17 PM

A0614

# Log Sheet

| | | |
|---|---|---|
| Issuer: | NORST-Norstra Energy Inc. | |
| Received: | 05/22/13    10:08 AM | ID/SCL#: 65654V103163 |
| Received From: | CELTIC CONSULTANTS LLC | |
| How Received: | FEDEX · | |
| Track Number In: | 799818554789 | |
| Control Ticket: | STTK000000041784 | |
| SEC Item Count: | 1     Routine | |
| Contents: | 163 | |

Transaction No.:    35              Completed: 05/24/13

Track Number Out: DWAC 52413742

Sent To:              fast

Fees:          Due:                    Rcvd:                  Check #:

Assigned To:

Certificate Number(s) or Book Entry ID's:  1

. . . Book Entry: BKE-7

Comments:

_____

_____

_____

Initials      Date

_____  _____ Logged In

_____  _____ Medallion Verified

_____  _____ Review Documents

_____  _____ Processed by

_____  _____ Stamp Certificates as Canceled and Transferred

_____  _____ Final Review/Authentification

_____  _____ Batch Completed and Made Available

_____  _____ Management Review

A0615



Empire Stock Transfer
1859 Whitney Mesa Dr
Henderson, NV 89014

fast

Enclosed are the documents related to your transaction:

Tracking Information:  DWAC 52413742

Sent:          May 24, 2013                    Transaction Date:  May 24, 2013

Issuer:        Norstra Energy Inc.

Control Ticket:   STTK000000041784

Transaction No:  NORST-35

Certificate Number(s) or Book Entry ID's:  1

          Book Entry: BKE-7

8-K 1 norstra-form8k_appointment.htm FORM 8K

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**FORM 8-K**

**CURRENT REPORT**
Pursuant to Section 13 OR 15(d) of The Securities Exchange Act of 1934

Date of Report (Date of earliest event reported)                                    **March 1, 2013**

**NORSTRA ENERGY INC.**
(Exact name of registrant as specified in its charter)

| **Nevada** | **333-181042** | **27-1833279** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

| **414 Manor Road, Laredo, Texas** | **78041** |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code                    **(888) 474-8077**

**n/a**
(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

| Item 5.02 | Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers |
|---|---|

Effective March 1, 2013, Dallas Kerkenezov resigned as president, chief executive officer, secretary, treasurer and director of our company. His resignation was not the result of any disagreements with our company regarding our operations, policies, practices or otherwise. Mr. Kerkenezov will remain as our chief financial officer. Also on March 1, 2013, Ms. Sasha Heredia resigned as our director.

Concurrently with Mr. Kerkenezov's and Ms. Heredia's resignations, our company appointed Glen Landry to act as president, chief executive officer, secretary, treasurer and director of our company, effective March 1, 2013.

*Glen Landry*

Glen Landry is a seasoned exploration geologist with almost 40 years of experience. Mr. Landry received his Bachelor of Science in Geology from the University of Montana in 1974. Since then, he has accumulated over 30 years of experience in the oil and gas industry alone. After finishing his degree he was employed as a consulting geologist for a number of mineral as well as oil and gas exploration companies, including Johns-Manville, Westinghouse, Peter Kiewitt, Chevron and Marathon throughout Montana, Wyoming and Alaska. During the 1980s he was President of Western Reserves, a Billings, Montana company engaged in exploration and production of oil and gas. The company was involved in a number of successful joint ventures as well as property acquisition of over 150 wells from Texaco. During this time he was also engaged by Occidental to undertake exploration work on claims in northwest Montana. After resigning from Western Reserves, Mr. Landry was again active as a consulting geologist for companies such as Apache and EnCana. Since 1997, Mr. Landry has been an independent exploration geologist and has been undertaking exploration and development work of a large number of oil and gas concessions throughout Montana. His focus has been on underdeveloped Alberta Fairway Bakken properties as well has heavy oil reserves in northwest Montana.

We appointed Glen Landry as an officer and director of our company because of his experience in the oil and gas industry.

Our board of directors consists solely of Glen Landry. There have been no other transactions since the beginning of its last fiscal year or any currently proposed transaction, in which the Registrant was or is to be a participant and the amount involved exceeds $120,000, and in which Mr. Landry had or will have a direct or indirect material interest which would be required to be reported herein.

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**NORSTRA ENERGY INC.**


/s/ Glen Landry
_____
Glen Landry
President, CEO and Director

Date:       March 4, 2013

8-K 1 farmoutandconsulting-8k.htm FORM 8K

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**FORM 8-K**

**CURRENT REPORT**
Pursuant to Section 13 OR 15(d) of The Securities Exchange Act of 1934

Date of Report (Date of earliest event reported)                    **March 12, 2013**

**NORSTRA ENERGY INC.**
(Exact name of registrant as specified in its charter)

| **Nevada** | **333-181042** | **27-1833279** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

| **2860 Exchange Blvd, Suite 400, Southlake TX** | **76092** |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code                    **(888) 474-8077**

**414 Manor Road, Laredo, Texas 78041**
(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

| Item 1.01 | **Entry into Material Definitive Agreement** |
|---|---|
| Item 8.01 | **Other Items** |

On March 12, 2013 Norstra Energy Inc. ("we", "us", "our") entered into a farmout agreement with Summit West Oil, LLC (the "Farmout Agreement") for approximately 10,000 acres of oil and gas exploration property in northwest Montana (the "Property"), more fully described in the Farmout Agreement which is attached hereto as Exhibit 10.1 and known as the South Sun River Bakken Prospect. Under the terms of the Farmout Agreement, we are required to carry out the following expenditures in order to earn ownership of the property:

- $60,000 by April 5, 2013 for the acquisition of seismic and other exploration data;

- $140,000 by April 30, 2013 for the reinterpretation of the seismic data as well as delineation and surveying of potential drill locations;

- Drilling of a horizontal well at an estimated expenditure of $5,000,000 by December 31, 2013;

- Drilling of an additional horizontal well at an estimated expenditure of $5,000,000 by June 30, 2013; and

- Drilling of an additional horizontal well at an estimated expenditure of $5,000,000 by December 31, 2014.

Once we complete the above obligations, we will hold a 100% interest in the Property, subject to an underlying 20% burden to Summit West Oil, LLC and the state of Montana.

1

Additionally, on March 12, 2013, we entered into consulting agreements with Mr. Glen Landry, our President and CEO, and Mr. Dallas Kerkenezov. Mr. Landry will receive consulting fees of $5,000 per month and shall be issued 1,000,000 shares of our preferred stock, which will be convertible into 10,000,000 shares of our common stock upon achievement of production from a well owned by us in the state of Montana. Mr. Kerkenezov shall receive $500 a month for performing duties as our CFO. Both agreements have a term of 12 months and may be terminated by either party by providing 30 days written notice.

Also on March 12, 2013, Mr. Kerkenezov and Ms. Heredia, our former director, cancelled a total of 35,513,100 shares of our common stock held by them. Mr. Kerkenezov cancelled 27,013,100 and Ms. Heredia cancelled 8,500,000. These shares were cancelled in order to make our more attractive for financing, given the capital requirements of the South Sun River Bakken Prospect.

| Item 9.01 | Exhibits |
|---|---|
| 10.1 | Farmout Agreement with Summit West Oil, LLC dated March 12, 2013 |
| 10.2 | Consulting Agreement with Glen Landry dated March 12, 2013 |
| 10.3 | Consulting Agreement with Dallas Kerkenezov dated March 12, 2013 |

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**NORSTRA ENERGY INC.**


*/s/ Glen Landry*
Glen Landry
President, CEO and Director


Date:                    March 15, 2013

2

# NORST - Norstra Energy Inc.

**Stock Transfer - Final Transaction Report**

3/25/13   2:47 pm

Page 1 of 1

| | |
|---|---|
| Control Ticket Number:  STTK000000040589 | Transaction Number:     20          Transfer Date: 03/25/13 |
| Type of Stock being Transferred:     CS1 | Total Shares: 2,000,000          Sale Amt/share: $ 0.00000 |
| Paper certifs being Transferred from: 1 | |
| Paper certifs being Transferred to:     2 | Received From: CELTIC CONSULTANTS |
| | Received: 03/22/13 at 10:10   Tran Type: Non-Routine Item Count: 1 |
| Tax Reason: N/A      Acquired: 03/25/13 | How Received: FEDEX |
| | Sent: 03/25/13 at 14:46          How Sent:  FED EX |
| | Outgoing Tracking Number:   799363804520 |

-----Transfer From-----          -----Transfer To-----

| Line # | | Shareholder | Certificate Number | | Number of Shares | Line # | | Shareholder | Certificate Number | | Shares per Certif |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8 | Toringe Halvorsen | CS1 | 108 | 2,000,000 | 1 | 47 | Caledonian Bank Limited | CS1 | 159 | 1,000,000 |
| | | | | | | 2 | 47 | Caledonian Bank Limited | CS1 | 160 | 1,000,000 |
| | | | | | **2,000,000** | | | Number of new certs: 2 | | | **2,000,000** |

Completed By: RAM       Report Run By: RAM 03/25/13  2:47:14 pm

# NORST - Norstra Energy Inc.
## Stock Transfer - Final Transaction Report

3/25/13  2:47 pm

Page 1 of 1

Control Ticket Number: STTK000000040589
Type of Stock being Transferred:  CS1
Paper certifs being Transferred from: 1
Paper certifs being Transferred to:  2

Tax Reason: N/A    Acquired: 03/25/13

Transaction Number:  20
Total Shares: 2,000,000

Transfer Date: 03/25/13
Sale Amt/share: $ 0.00000

Received From: CELTIC CONSULTANTS
Received: 03/22/13 at 10:10    Tran Type: Non-Routine Item Count: 1
How Received: FEDEX

Sent: 03/25/13 at 14:46         How Sent:  FED EX
Outgoing Tracking Number:  799363804520

| Line # | Shareholder | | Certificate Number | | Number of Shares | Line # | Shareholder | | Certificate Number | | Shares per Certif |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ----Transfer From---- | | | | | | | ----Transfer To---- | | | | |
| 1 | 8 | Toringe Halvorsen | CS1 | 108 | 2,000,000 | 1 | 47 | Caledonian Bank Limited | CS1 | 159 | 1,000,000 |
| | | | | | | 2 | 47 | Caledonian Bank Limited | CS1 | 160 | 1,000,000 |
| | | | | | 2,000,000 | | Number of new certs: 2 | | | | 2,000,000 |

CELTIC CONSULTANTS LLC                                            0994

DATE 2 0 1 3 · 0 3 · 2 1
                                    Y Y Y Y  M M  D D
U.S. DOLLAR ACCOUNT

PAY to    EMPIRE STOCK TRANSFER          $85 -
the order of
          EIGHTY FIVE
                                    X X          DOLLARS
                                            100  U.S. FUNDS

BMO  Bank of Montreal
FIRST BANK TOWER, 595 BURRARD ST.            CELTIC CONSULTANTS LLC
VANCOUVER,B.C.   V7X 1L7

RE NORX                             PER

⑈000994⑈ ⑊00040⑊0011⑊   4656⑈107⑈   45

Completed By: RAM    Report Run By: RAM 03/25/13  2:47:14 pm

A0622

RECEIVED

MAR 2 2 2013

**TRANSFER INSTRUCTIONS**

EMPIRE STOCK TRANSFER INC

**TO:** EMPIRE STOCK TRANSFER

**SUBJECT:** 1,000,000 SHARES OF NORSTRA ENERGY INC.

**DATE:** 21/03/2013

**FYI:** QUESTIONS AND CONCERNS SHOULD BE DIRECTED TO THE FOLLOWING VIA EMAIL: mirabeau@compmx.com

1. Please issue 1 new certificate to Caledonian Bank Limited for 1,000,000 shares of Norstra Energy Inc.

2. Please Fed-Ex (on Fed-Ex account 4817-3416-9) the new certificate to Legacy Global Markets S.A., 2nd Floor, Caye Bank Building, San Pedro, Ambergris Caye, Belize, Ph: 888-400-5461. Attention; Brian de Wit.

3. The cost basis for this transaction is $.43 per share and the date of acquisition is March 21, 2013

4. Mirabeau Compagnie S.A. is a non-entity of the United States and therefore does not have a EIN#.

5. Your fee of $45.00 is enclosed.

[ ] Restricted Email      [✓] Indemnity Notice
[ ] Indemnity Required    [ ] Transfer Notice
[X] No Medallion          [ ] No Fees
[ ] No Instructions       [X] Indemnity Attached

[ ] Other _____

BRIAN,
I've included 2 sets of
of Instructions, should
be pretty straight forward
but if you have any
Q's call me 604-788-5126
Courtney.

A0623

**Roberta Mors**

| | |
|---|---|
| **From:** | Roberta Mors |
| **Sent:** | Friday, March 22, 2013 2:44 PM |
| **To:** | 'norstraenergy@hotmail.com' |
| **Subject:** | Empire Stock Transfer Inc. - Indemnification Notice Norstra Energy Inc. 108 2,000,000Shrs 3.22.13 |
| **Attachments:** | Norstra 108 2,000,000Shrs 3.22.13.pdf |

Attached you will find a transfer and indemnification notice that we have received. We are sending this as part of an optional notification practice. We will process the request tomorrow morning as long as the transfer is in good order. No action by the issuer is necessary unless there is a known circumstance under which the transfer should not be completed. Please advise if this is the case by sending a STOP request and explanation by email or fax. We will review the STOP and proceed accordingly. We hope this will assist in communication of transfer activity and further our client relationship. Please let us know if you have any special needs that we might be able to assist with.

Thanks,

Roberta Mors
Empire Stock Transfer Inc.

*Process 3-25-13*

--------------------

Additionally, here is some information that might be of assistance to our public company clients.

We have EDGAR an filings department. You'll benefit from high quality and reliable services without the hidden fees associated with many other EDGAR filers. We provide fast turn-around times and offer a complete range of filing services, from registration statements to periodic reports, in all EDGAR formats. Documents are handled by our staff only. Nothing is sent outside our office or outside the country. When outsourcing documents to Empire Stock Transfer, you will receive accurate and punctual filing using our advanced conversion technology. Our staff maintains the expertise to file your documents quickly and efficiently. Our EDGAR Filing Service produces high-quality documents with minimal effort, allowing us to dedicate ourselves to customer service and value. Our straightforward, itemized pricing structure guarantees that you will never be surprised upon receiving a statement.

We are a DTCC FAST participant agent. FAST is The Depository Trust Company's Fast Automated Securities Transfer service. What makes it fast and automated is that it does away with paperwork and paper securities almost completely, so that securities transfer agents can electronically provide custody, transfer, deposit and withdrawal services very quickly and efficiently. One feature of FAST is its balancing confirmation system, which delivers a daily record of the opening position, total credits, total debits and closing position in each FAST issue involved in a transaction the previous day.

What is DTC eligibility? This means that your company's stock is eligible for deposit with DTC aka "Cede & Co" aka the Street. Your company's security holders will be able to deposit their particular shares with a brokerage firm. Clearing firms, as full participants with DTC, handle the DTC eligibility submissions to DTC. Transfer agents were responsible for eligibility coordination years ago. Now, in order to make a new issue of securities eligible for DTC's delivery services, a completed and signed eligibility questionnaire must be

1

A0624

Paragon Capital Inc.
60 Market Square, Belize City, Belize


Empire Stock Transfer
Attention: Transfer Department

Re:     Transfer for 1,000,000 shares of Norstra Energy Inc.

Enclosed is 1 certificate(s) we are submitting for transfer per the attached stock power(s) and schedule A.

Issue 1 free trading certificate to Caledonian Bank Limited for 1,000,000 shares.

Send using Federal Express, account 4817-3416-9, to Legacy Global Markets S.A., 2nd Floor, Caye Bank Building, San Pedro, Ambergris Caye, Belize

Cost basis for the transfer is $.43 per share.

Paragon Capital Inc. is a non-entity of the USA. We attach our certificate of incorporation for your files.

We also attach a check for pre-payment in the amount of $40.00USD.

Should you require any further information, email us direct at paragon@corptrax.com

Best regards.

CERTIFIED RESOLUTIONS ADOPTED BY BOARD OF DIRECTORS OF
<NORSTRA ENERGY INC.>
A NEVADA CORPORATION

The undersigned hereby certifies that he is the duly elected, qualified and acting President of the above-named Corporation and in that capacity in charge of its official records including the minute book containing original minutes of meetings of its Board of Directors; and that on the 21 day of MAY. 20 13, a meeting of said Board of Directors was duly convened and held, with a quorum present throughout the proceedings thereof, at which the following resolutions were duly moved, seconded and carried, said resolutions remaining in full force and effect at the date of this certificate:

BE IT RESOLVED:  That EMPIRE STOCK TRANSFER INC., Transfer Agent for this corporation be, and it hereby is, directed to process the transfer request regarding the certificate below, and this Board of Directors does hereby extend this corporation's irrevocable agreement to indemnify said Transfer Agent for all loss, liability or expense in carrying out the authority and direction herein contained on the terms herein set forth.  The Transfer Agent shall maintain the right to uphold the transfer in the event of forgery.

IN WITNESS WHEREOF,  the undersigned has set his hand in his capacity above mentioned and affixed the seal of the above named corporation, all this 21 day of MAY 2013 .

[SEAL]

By: _____
      <Dallas Kerkenezov>, President

| Cert No(s) | Registered To: | No. of Shares | Transfer To or CANCEL: | No. of Shares: |
|---|---|---|---|---|
| 108 | TORINGE HALVORSEN | 2,000,000 | Per Stock Power & Schedule A | 2,000,000 |



NUMBER
10B

SHARES
***2,000,000***

COMMON STOCK

**NORSTRA ENERGY INC.**

COMMON STOCK
CUSIP 65654V103

INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

***Toringe Halvorsen***

is the Owner of *** Two Million ***

CANCELLED
CANCELLED
CANCELLED

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
**NORSTRA ENERGY INC.**

*transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.*

*Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.*

Dated:   **September 7, 2012**

COUNTERSIGNED AND REGISTERED:
**EMPIRE STOCK TRANSFER INC.**
Transfer Agent and Registrar

By

AUTHORIZED SIGNATURE

CORPORATE
SEAL

XXXXXXXXX
DIRECTOR

PRESIDENT

B 24475

A0627

The following abbreviations, when used in the inscription of the face of this certificate, shall be construed as though they were written out in full according to applicable laws or regulations:

TEN COM — as tenants in common

TEN ENT — as tenants by the entireties

JT TEN — as joint tenants with right of survivorship and not as tenants in common

UNIF GIFT MIN ACT — _____Custodian_____
(Cust)                              (Minor)
under Uniform Gifts to Minors Act

_____
(State)

Additional abbreviations may also be used though not in the above list.

*For Value Received,* _____ *hereby sells, assigns and transfers unto*

PLEASE INSERT SOCIAL SECURITY
OR OTHER IDENTIFYING NUMBER

(PLEASE PRINT OR TYPE NAME AND ADDRESS INCLUDING POSTAL ZIP CODE OF ASSIGNEE)

_____ *Shares of the Capital Stock represented by this Certificate and hereby irrevocably constitutes and appoints*

_____ *Attorney to transfer the said stock on the books of the within-named Corporation with full power of substitution in the premises.*

*Dated* _____

NOTICE   THE SIGNATURE(S) TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME(S) AS WRITTEN UPON THE FACE OF THIS CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATSOEVER.

SIGNATURE(S) GUARANTEED

NOTICE   THE SIGNATURE(S) SHOULD BE GUARANTEED BY AN ELIGIBLE GUARANTOR INSTITUTION, (BANKS, STOCKBROKERS, SAVINGS AND LOAN ASSOCIATION AND CREDIT UNIONS) WITH MEMBERSHIP IN AN APPROVED SIGNATURE GUARANTEE MEDALLION PROGRAM PURSUANT TO S.E.C. RULE 17AD-15.

# IRREVOCABLE STOCK POWER

**KNOW ALL MEN BY THESE PRESENTS,**

THAT, I, _TOR INGE HALVORSEN_ FOR VALUE RECEIVED have bargained, sold, assigned and transferred by these present unto _SEE SCHEDULE A_ ,

_2,000,000_ shares of common stock in the capital of **NORSTRA ENERGY INC.** standing in my name on the books of the said Company represented by Certificate No. _108_ herewith **AND I,** do hereby constitute and appoint _____

_____ my true and lawful Attorney, IRREVOCABLY, for me and in my name and stead but to his use, to sell, assign, transfer and make over all or any part of the said stock, and for that purpose to make and execute all necessary acts of assignment and transfer thereof, and to substitute one or more persons with like full power, hereby ratifying and confirming all that my said Attorney or his substitute or substitutes shall lawfully do by virtue hereof.

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal at _____ this _21_ day of _March_ , 20_13_ .

SIGNED, SEALED and DELIVERED by:

Signature Guaranteed by:

Schedule A

Caledonian Bank Limited                    2 X 1,000,000
2nd Floor, Caye Bank Building
San Pedro, Ambergris Caye
Belize

A0630

# Log Sheet

| | |
|---|---|
| Issuer: | NORST-Norstra Energy Inc. |
| Received: | 03/22/13   10:10 AM   ID/SCL#: 65654V103108 |
| Received From: | CELTIC CONSULTANTS |
| How Received: | FEDEX |
| Track Number In: | 799340243943 |
| Control Ticket: | STTK000000040589 |
| SEC Item Count: | 1   Non-Routine |
| Contents: | 108 |

| | |
|---|---|
| Transaction No.: | 20   Completed: 03/25/13 |
| Track Number Out: | FED EX 799363804520 |
| Sent To: | LEGACY GLOBAL MARKETS |

| | | | |
|---|---|---|---|
| Fees: | Due: | Rcvd: | Check #: |

Assigned To:

Certificate Number(s) or Book Entry ID's:  2

CS1-159, CS1-160

Comments:

_____

_____

_____

Initials        Date

_____  _____ Logged In

_____  _____ Medallion Verified

_____  _____ Review Documents

_____  _____ Processed by

_____  _____ Stamp Certificates as Canceled and Transferred

_____  _____ Final Review/Authentification

_____  _____ Batch Completed and Made Available

_____  _____ Management Review

A0631



From: (604) 788-5126
Courtney Kelln
Celtic Consultants LLC
6054 165th Street

Surrey, BC V3S5V4
CANADA

Origin ID: YAZB

**FedEx** Express

Ship Date: 21MAR13
ActWgt: 0.5 KG
CAD: 101184792/INCA3370

REF: DESC-1: Correspondence/No Customs Value
DESC-2:
DESC-3:
DESC-4:

COUNTRY MFG: CA
CARRIAGE VALUE: 0.00 CAD
CUSTOMS VALUE: 0.00 CAD
T/C: S 481734169          D/T: S 481734169
SIGN: Courtney Kelln
EIN/VAT:
PKG TYPE: ENV

SHIP TO: (702) 818-5898          BILL SENDER

**Patrick Mokros**
**Empire Stock Transfer**
**1859 WHITNEY MESA DR**

**HENDERSON, NV 89014**
US

TRK# 7993 4024 3943
0430

10:30A
INTL PRIORITY
ISR RES
89014
NV-US
LAS

**XX LASA**

51802/0CF8/03AB

CONSIGNEE COPY - PLEASE PLACE IN POUCH

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific shipping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the contract of carriage, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. This includes but is not limited to loss, damage, delay, mis-delivery, nondelivery, misinformation, or failure to provide information in connection with your shipment. You are responsible for accurately completing and filling in all the information on the shipping documents. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities (including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention specifies specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

A0632

From: (702) 818-5898
Patrick Mokros
Empire Stock Transfer Inc.
1859 Whitney Mesa

Henderson, NV 89014
UNITED STATES

Origin ID: LASA



Ship Date: 25MAR13
ActWgt: 0.5 LB
CAD: 5040518/INET3370

REF: NORST 156-60
DESC-1: Stock Information
DESC-2:
DESC-3:
DESC-4:
EEI NO EEI 30.37(a)
COUNTRY MFG: US
CARRIAGE VALUE: 0.00 USD
CUSTOMS VALUE: 1.00 USD
T/C: R 481734169        D/T: R 481734169
SIGN: Patrick Mokros
EIN/VAT:
PKG TYPE: ENV

SHIP TO: 8884805481          BILL RECIPIENT
**BRIAN DE-WIT**
**LEGACY GLOBAL MARKETS SA**
**2ND FL  CAYE BANK BLDG SAN PEDRO**

**AMBERGRIS CAYE,**
**BZ**

TRK#   **7993 6380 4520**
0430

**INTL PRIORITY**

-BZ



These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

**CONSIGNEE COPY - PLEASE PLACE IN POUCH**

518G1/64E/693AB

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or e-waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else or with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities (including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE CURRENT APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com

A0633



NUMBER
159

SHARES
***1,000,000***

COMMON STOCK

## NORSTRA ENERGY INC.

COMMON STOCK
CUSIP 65654V103

INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

***Caledonian Bank Limited***

Is the Owner of*** One Million ***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
**NORSTRA ENERGY INC.**

*transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.*

*Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.*

Dated:  March 25, 2013

COUNTERSIGNED AND REGISTERED:
EMPIRE STOCK TRANSFER INC.
Transfer Agent and Registrar

By

AUTHORIZED SIGNATURE

CORPORATE SEAL

XXXXXXXXXX
DIRECTOR

PRESIDENT

B 24668

A0634



NUMBER
160

SHARES
***1,000,000***

COMMON STOCK

COMMON STOCK
CUSIP 65654V103

**NORSTRA ENERGY INC.**

INCORPORATED UNDER THE LAWS OF THE STATE OF
NEVADA

SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT

***Caledonian Bank Limited***

Is the Owner of *** One Million ***

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
**NORSTRA ENERGY INC.**

*transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.*

*Witness this facsimile seal of said Corporation and the facsimile signatures of its duly authorized officers.*

Dated: **March 25, 2013**

COUNTERSIGNED AND REGISTERED:
EMPIRE STOCK TRANSFER INC.
Transfer Agent and Registrar

By

AUTHORIZED SIGNATURE

CORPORATE
SEAL

XXXXXXXXXX
DIRECTOR

PRESIDENT

B 24669

A0635

2013-03-18 PZM Norstra Enters Bakken Oil Boom
Wire: GlobeNewswire, Inc. (PZM) Date: Mar 18 2013  8:19:32
Norstra Enters Bakken Oil Boom

Norstra Enters Bakken Oil Boom

LAREDO, Texas, March 18, 2013 (GLOBE NEWSWIRE) -- NORSTRA ENERGY INC.
("Norstra" or the "Company"), (OTCQB:NORX) is pleased to announce that it has
entered into a farm-out agreement with Summit West Oil, LLC. for the South Sun
River Bakken Prospect.

The South Sun River Prospect was identified by the Company's management as an
excellent target for a Bakken well. It consists of over 10,000 acres of prime
Bakken acreage with almost 10 years left on most of the leases. Bakken
development is considered simple and basic horizontal drilling. Under the Farm
Out Agreement Norstra will provide $200,000 for short term working capital and
drill and complete a first well into the Bakken Oil Formation by December 31,
2013; a second well into the Bakken Oil Formation by June 30, 2014 and drill
and complete a third well into the Bakken Oil Formation by December 31, 2014.
Upon completion of these drilling obligations, Norstra shall have earned 100%
working interest in the entire acreage constituting the farm-out land. In the
event that Norstra only completes the first and/or the first and second well,
but elects not to proceed with the second and/or third well, Norstra will earn
the above mentioned working interests only on the spacing unit on which
well(s) have been drilled.

The Company's CEO, Mr. Glen Landry is a seasoned, third generation geologist
who has spent 30 years exploring for oil and gas with a focus in Montana and
North Dakota since 1980. Historical seismic, exploration and drilling records,
some of which Mr. Landry was personally involved in, have been reviewed by the
Company. The historical work was focused exclusively on deeper oil formations
as the Bakken was not a commercially accessible oil formation at the time due
to horizontal drilling and fracking technologies not being available. The
technological revolution in the oil service industry has changed this. The
sizable data provided through this existing historical logging and seismic
work that covered the Bakken potential is now proving invaluable and during
the last five years Mr. Landry spent significant time evaluating the Bakken
Oil Formation in Montana and North Dakota.

A large blanket deposit covering hundreds of square miles is present and is
currently being developed by over 200 drilling rigs in the Williston Basin of
Montana and North Dakota. The Bakken Fairway in Northwest Montana, where the
South Sun River Prospect is located, is very similar in geology and in log
comparisons. Resistivity on logs, regional isopach maps of Bakken maturity,
and the extensive existing seismic data guides the drill site selection for
development of the project. The Company believes that the South Sun River
Bakken Prospect is well within the maturity window and oil is confirmed with
the offsetting Krone well that is just over 1 mile away that was drilled by
Shell Oil Co. in the past while they were looking for deeper oil targets.

"This is a fantastic opportunity for Norstra and its shareholders," said Mr.
Landry, the company's CEO. "I believe that this area of Montana could become
the next Williston basin in time and we're well positioned to be a player in
the area," he continued.

About Norstra Energy Inc.

Norstra Energy Inc., a US based oil and gas Exploration Company with interests
in over 10,000 acres of prime Bakken formation land in Montana. The company is
targeting the South Sun River Prospect for a horizontal Bakken well proving
the prospect from exploration to production.

Disclaimer

A0636

2013-03-18 PZM Norstra Enters Bakken Oil Boom

This press release contains "forward-looking statements." Statements in this press release which are not purely historical are forward-looking statements and include any statements regarding beliefs, plans, expectations or intentions regarding the future, and specifically references to the maturity and potential of the South Sun River Prospect. The reader can identify these forward-looking statements by forward-looking words such as "may," "will," "expect," "potential," "anticipate," "forecast," "believe," "estimate," "project," "plan," "continue" or similar words. The reader should read statements that contain these words carefully because they discuss future expectations, contain projections of future results of operations or of financial condition, or state other forward-looking information. Forward-looking statements include, but are not limited to, statements regarding potential oil production, revenues, expansion efforts, and future plans and objectives of Norstra Energy Inc. The risk factors listed in our disclosure documents and the cautionary language on the Company's website provide examples of risks, uncertainties and events that may cause actual results to differ materially from the expectations and projections described by Norstra in its forward-looking statements. Actual results relating to, among other things, oil reserves, production, revenues and profitability could differ materially from those currently anticipated in such statements. Factors affecting forward-looking statements include: results of exploration activities, ability to secure operations staff and equipment; changes in the operating costs; changes in economic conditions, foreign exchange and other financial markets; changes of the interest rates on borrowings; in the investments levels; litigation; legislation; environmental, judicial, regulatory, political and competitive developments in areas in which Norstra operates; technological, mechanical and operational difficulties encountered in connection with Norstra's development activities; and labor relation matters and costs. The reader should refer to the risk disclosures set out in the periodic reports and other disclosure documents filed by Norstra from time to time with the Securities and Exchange Commission and other regulatory authorities.

CONTACT: Norstra Energy Investor Relations
         Phone: 1-866-865-2780
         E-mail: ir@norstraenergy.com
         Website: www.norstraenergy.com

-0- Mar/18/2013 12:19 GMT

----------------------------======================----------------------------
                              Copyright (c) 2014

########################## END OF STORY 1 ##########################

A0637

2013-04-01 PZM Norstra Provides Research and Information on Its Bakken Prospect
Wire: GlobeNewswire, Inc. (PZM) Date: Apr 1 2013  9:00:08
Norstra Provides Research and Information on Its Bakken Prospect

Norstra Provides Research and Information on Its Bakken Prospect

SOUTHLAKE, Texas, April 1, 2013 (GLOBE NEWSWIRE) -- Norstra Energy Inc.
(OTCQB:NORX) ("Norstra" or the "Company") would like to give a general update
on the potential of its South Sun River Prospect in Montana.

As the Petroleum News reported last year
(http://www.petroleumnews.com/pntruncate/740199844.shtml), energy and
geopolitics expert Michael Economides called Montana a "superpower" when it
comes to the nation's energy future. Speaking to the Montana Energy 2012
conference in Billings April 3, 2012, he predicted a robust future for oil and
natural gas production in the Bakken oil fields located in Montana and in
Canada and North Dakota to the north and east.

"The last time I looked, we were producing 150,000 barrels per day in the
Bakken. Today it's nearing 600,000 barrels," said Economides. "I don't think
there's a story like this in the history of U.S. oil and gas." Economides is
editor-in-chief of Energy Tribune and a professor at the Cullen College of
Engineering at the University of Houston.

The American Association of Petroleum Geologists (AAPG) was founded in 1917
and currently the world's largest Professional Geological Society. The AAPG
Explore is a monthly Publication by the Geological Society and it covered the
Western Montana Bakken Oil Play where the South Sun River Bakken Project is
located. As stated in this Publication:

"Across the state from the North Dakota-Montana Bakken play in the Williston
Basin, the new Alberta Basin exploration area is seen as analog to existing
Devonian shale oil production. Play depths range from 4,000-7,500 feet in the
most active exploration region, stretching from the western thrustbelt to the
Sweetgrass Arch on the east. Estimates of the total resource in place vary
from 10-15 million barrels of oil equivalent per square mile."

The Energy Information Administration (EIA) an agency within the U.S.
Department of Energy reported and stated already in November 2006 that:

"With new horizontal drilling and completion technology taken into account,
the technically recoverable resource base for the entire Bakken Formation is
potentially much larger. A draft study by the late organic geochemist Leigh
Price provides estimates ranging from 271 to 503 billion barrels (mean of 413
billion) of potential resource in place. This certain knowledge that 413
billion barrels of in-place oil exists in the Bakken source rocks in the
Williston Basin presents the oil industry with an unparalleled exploration
opportunity," said Geologist J.W. Price, the Denver-based geologist who
conducted the field assessment for the USGS (United States Geological
Society).

Norstra is very excited about the opportunities ahead of them and is looking
forward to developing the South Sun River Bakken Project. Mr. Landry
commented, "The Bakken is a uniform deposit and our initial review of the work
that myself, as well as others, did in the 1980s shows that the South Sun
River Prospect could have just as much potential as the rest of the Bakken in
eastern Montana." Mr. Landry is in the process of assembling the technical
team right now and the group will start confirming the first drill location
based on the available geological and seismic data. We should also not forget
that the first ever successful horizontal well drilled into the Bakken was
drilled in Montana in 2000.

About Norstra Energy Inc.

A0638

2013-04-01 PZM Norstra Provides Research and Information on Its Bakken Prospect
Norstra Energy Inc., a US based oil and gas exploration company with interests
in over 10,000 acres of prime Bakken formation land in Montana. The company is
targeting the South Sun River Prospect for a horizontal Bakken well proving
the prospect from exploration to production.

Disclaimer

This press release contains "forward-looking statements".  Statements in this
press release which are not purely historical are forward-looking statements
and include any statements regarding beliefs, plans, expectations or
intentions regarding the future, and specifically references to the potential
of the South Sun River Prospect.  The reader can identify these
forward-looking statements by forward-looking words such as "may," "will,"
"expect," "potential," "anticipate," "forecast," "believe," "estimate,"
"project," "plan," "continue" or similar words.  The reader should read
statements that contain these words carefully because they discuss future
expectations, contain projections of future results of operations or of
financial condition, or state other forward-looking information.
Forward-looking statements include, but are not limited to, statements
regarding potential oil production, revenues, expansion efforts, and future
plans and objectives of Norstra Energy Inc.  The risk factors listed in our
disclosure documents and the cautionary language on the Company's website
provide examples of risks, uncertainties and events that may cause actual
results to differ materially from the expectations and projections described
by Norstra in its forward-looking statements. Actual results relating to,
among other things, oil reserves, production, revenues and profitability could
differ materially from those currently anticipated in such statements.
Factors affecting forward-looking statements include: results of exploration
activities, ability to secure operations staff and equipment; changes in the
operating costs; changes in economic conditions, foreign exchange and other
financial markets; changes of the interest rates on borrowings; in the
investments levels; litigation; legislation; environmental, judicial,
regulatory, political and competitive developments in areas in which Norstra
operates; technological, mechanical and operational difficulties encountered
in connection with Norstra's development activities; and labor relation
matters and costs.  The reader should refer to the risk disclosures set out in
the periodic reports and other disclosure documents filed by Norstra from time
to time with the Securities and Exchange Commission and other regulatory
authorities.

CONTACT: Norstra Energy Investor Relations
         Phone: 1-866-865-2780
         E-mail: ir@norstraenergy.com
         Website: www.norstraenergy.com

-0- Apr/01/2013 13:00 GMT

----------------------------=================------------------------------
                           Copyright (c) 2014

########################### END OF STORY 1 ###########################

Page 2

A0639

2013-06-08 PZM Norstra Appoints Operator for 3 Bakken Wells
Wire: GlobeNewswire, Inc. (PZM) Date: Apr 8 2013  9:00:11
Norstra Appoints Operator for 3 Bakken Wells

Norstra Appoints Operator for 3 Bakken Wells

SOUTHLAKE, Texas, April 8, 2013 (GLOBE NEWSWIRE) -- NORSTRA ENERGY INC.
(OTCQB:NORX) (OTCBB:NORX) ("Norstra" or the "Company") is announcing that it
has appointed an operator for the South Sun River Project in Montana. Mr.
Landry signed the industry standard A.A.P.I Form 610 - 1982 Operating
Agreement with Summit West Oil, LLC, who was chosen to be the operator for the
first 3 wells. This operating agreement outlines in detail operations and also
includes accounting procedures for joint operations.

"We are very pleased to secure the services of Summit West Oil, LLC," stated
Mr. Landry. "Summit West is an experienced operator, with great industry
connections and a very good reputation with the authorities in Montana. Summit
West was the operator for 3 wells in Montana in 2012, completed them in a
timely fashion, within the AFE budget and created very good relationships with
the Montana Board of Oil & Gas. Our new operator will have all necessary bonds
and insurance coverage in place to execute the drilling program."

Norstra instructed Summit West Oil, LLC to create an AFE (Application for
Expenditure) for the first Bakken well on the South Sun River Project. This
AFE will outline in detail the projected costs for drilling and completion of
the first well. Summit West will also secure key sub-contractors for the
drilling program. These sub-contractors are mainly the drilling contractor,
horizontal drilling contractor and fracking company. The Company expects the
AFE with firm bids to be in place within 4 weeks. During that time Mr. Landry
and his technical advisory team will determine the first drill location based
on the available technical data including seismic lines. After review of the
previously available seismic lines and after discussions with our geophysical
consultants, Norstra already ordered the first targeted seismic data on the
prospect. After Norstra and its geophysicist determine the first drill
location, a surveyor will be engaged to stake the location and Norstra will
design the drilling pad and start the permitting process. Under Montana law a
permit has to be advertised for 10 days and could be issued shortly after.

About Norstra Energy Inc.

Norstra Energy Inc. is a U.S.-based oil and gas exploration company with
interests in over 10,000 acres of prime Bakken formation land in Montana. The
company is targeting the South Sun River Prospect for a Bakken drilling
program proving the prospect up from exploration to production.

Disclaimer

This press release contains "forward-looking statements." Statements in this
press release which are not purely historical are forward-looking statements
and include any statements regarding beliefs, plans, expectations or
intentions regarding the future, and specifically references to the timing of
exploration and drilling work on the South Sun River Prospect. The reader can
identify these forward-looking statements by forward-looking words such as
"may," "will," "expect," "potential," "anticipate," "forecast," "believe,"
"estimate," "project," "plan," "continue" or similar words. The reader should
read statements that contain these words carefully because they discuss future
expectations, contain projections of future results of operations or of
financial condition, or state other forward-looking information.
Forward-looking statements include, but are not limited to, statements
regarding potential oil production, revenues, expansion efforts, and future
plans and objectives of Norstra Energy Inc. The risk factors listed in our
disclosure documents and the cautionary language on the Company's website
provide examples of risks, uncertainties and events that may cause actual
results to differ materially from the expectations and projections described

2013-06-08 PZM Norstra Appoints Operator for 3 Bakken Wells
by Norstra in its forward-looking statements. Actual results relating to, among other things, oil reserves, production, revenues and profitability could differ materially from those currently anticipated in such statements. Factors affecting forward-looking statements include: results of exploration activities, ability to secure operations staff and equipment; changes in the operating costs; changes in economic conditions, foreign exchange and other financial markets; changes of the interest rates on borrowings; in the investments levels; litigation; legislation; environmental, judicial, regulatory, political and competitive developments in areas in which Norstra operates; technological, mechanical and operational difficulties encountered in connection with Norstra's development activities; and labor relation matters and costs. The reader should refer to the risk disclosures set out in the periodic reports and other disclosure documents filed by Norstra from time to time with the Securities and Exchange Commission and other regulatory authorities.

CONTACT: Norstra Energy Inc.
         Norstra Energy Investor Relations
         Tyler Troup
         Phone: 1-866-865-2780
         E-mail: ir@norstraenergy.com
         Website: www.norstraenergy.com

-0- Apr/08/2013 13:00 GMT

-----------------------------=====================-------------------------------
                          Copyright (c) 2014

########################### END OF STORY 1 ###########################

A0641

    2013-04-22 PZM Norstra Acquires New Land and Provides Update on Seismic Data
Wire: GlobeNewswire, Inc. (PZM) Date: Apr 22 2013  9:00:09
Norstra Acquires New Land and Provides Update on Seismic Data

*********************************************************************************
 BN 04/22 09:00 *NORSTRA BUYS NEW LAND, PROVIDES UPDATE ON SEISMIC DATA
*********************************************************************************

Norstra Acquires New Land and Provides Update on Seismic Data

SOUTHLAKE, Texas, April 22, 2013 (GLOBE NEWSWIRE) -- NORSTRA ENERGY INC.
WWW.NORSTRAENERGY.COM (OTCQB:NORX) ("Norstra" or the "Company") is pleased to
announce that its management and technical team met with the company's
operator to review current operations and establish detailed guidelines for
the planned drilling program on the South Sun River Project.

Norstra currently has over 14 miles of seismic lines ordered from QEP
Resources (NYSE:QEP) and PacSeis. It is expected that the reprocessed seismic
data will be in place within a couple of weeks. Once the review of the seismic
lines is complete, the company's geophysical consultant will reinterpret the
data, prepare a geophysical presentation to management and suggest the first
drill locations. Even during the current process of acquiring the data, there
is constant discussion with the geophysicist to pinpoint the first drill
location. Additional data will be purchased in adjoining sections for
additional drill locations.

Preliminary review of the seismic suggests an abundance of thrust sheets in
the area. Norstra has requested additional acreage from Summit West Oil where
the blocks have been noted from the preliminary review. Summit West agreed to
add 2 full sections (1,280 acres) to the project based on the same terms as
the original Farmout Agreement. This brings the total prospect size to over
11,300 acres.

Glen Landry, CEO, Norstra Energy stated: "Adding the additional acreage at
this point is a very important step for Norstra to ensure that we give the
company and our investors the best possible opportunity to drill the first
wells on our lands. We were always planning to increase our land position over
time, and after reviewing the first technical data during the operational
meetings, we decided to accelerate that process. Everybody is looking forward
to getting the surface casing set for the first test."

About Norstra Energy Inc.

Norstra Energy Corporation is a Texas and Montana based oil and natural gas
exploration company focusing exploration efforts in the under-exploited
southern portion of the Bakken-Alberta Fairway in the central portion of
western Montana.

Through a continuously growing team of seasoned oil-patch technical experts,
energy entrepreneurs and energy project finance experts, Norstra looks to
rapidly and methodically grow into a meaningful oil producer.

With lease rates in the Alberta Fairway not yet feeling the inflationary
pressures of the eastern Bakken and Williston basins, but exhibiting the same
superb economics, Norstra's business plan will consist of drilling high
probability wells within this up-and-coming area, with the goal of
consistently increasing shareholder value.

Disclaimer

This press release contains "forward-looking statements." Statements in this
press release which are not purely historical are forward-looking statements
and include any statements regarding beliefs, plans, expectations or
intentions regarding the future, and specifically references to the timing of

2013-04-22 PZM Norstra Acquires New Land and Provides Update on Seismic Data exploration and drilling work on the South Sun River Prospect. The reader can identify these forward-looking statements by forward-looking words such as "may," "will," "expect," "potential," "anticipate," "forecast," "believe," "estimate," "project," "plan," "continue" or similar words. The reader should read statements that contain these words carefully because they discuss future expectations, contain projections of future results of operations or of financial condition, or state other forward-looking information. Forward-looking statements include, but are not limited to, statements regarding potential oil production, revenues, expansion efforts, and future plans and objectives of Norstra Energy Inc. The risk factors listed in our disclosure documents and the cautionary language on the Company's website provide examples of risks, uncertainties and events that may cause actual results to differ materially from the expectations and projections described by Norstra in its forward-looking statements. Actual results relating to, among other things, oil reserves, production, revenues and profitability could differ materially from those currently anticipated in such statements. Factors affecting forward-looking statements include: results of exploration activities, ability to secure operations staff and equipment; changes in the operating costs; changes in economic conditions, foreign exchange and other financial markets; changes of the interest rates on borrowings; in the investments levels; litigation; legislation; environmental, judicial, regulatory, political and competitive developments in areas in which Norstra operates; technological, mechanical and operational difficulties encountered in connection with Norstra's development activities; and labor relation matters and costs. The reader should refer to the risk disclosures set out in the periodic reports and other disclosure documents filed by Norstra from time to time with the Securities and Exchange Commission and other regulatory authorities.

CONTACT: For further information regarding
         Norstra Energy Inc., please contact:

         Norstra Energy - Investor Relations
         Tyler Troup, B.Comm
         Phone: 1-866-865-2780
         E-mail: ir@norstraenergy.com
         Website: www.norstraenergy.com

-0- Apr/22/2013 13:00 GMT

-------------------------------=================-------------------------------
                         Copyright (c) 2014

############################ END OF STORY 1 ############################

Page 2

2013-05-20 PZM Norstra Closing in on Frist Drill Location
Wire: GlobeNewswire, Inc. (PZM) Date: May 20 2013  9:00:07
Norstra Closing in on First Drill Location

Norstra Closing in on First Drill Location

SOUTHLAKE, Texas, May 20, 2013 (GLOBE NEWSWIRE) -- NORSTRA ENERGY INC. WWW.NORSTRAENERGY.COM (OTCQB:NORX) ("Norstra" or the "Company") is pleased to announce that it is finalizing the evaluation of technical data this week for the first drill location on its South Sun River Prospect. "We received the first seismic interpretation from our geophysical team in Denver and are reviewing the proposed first drill location internally. Once we have evaluated and cross-referenced the proposed location with the actual surface conditions for the drilling operations we will send our surveying team out to stake the location and design the drilling pad," stated Mr. Landry, the CEO & President of Norstra. He further said: "We are also very excited about the quality of the seismic lines."

Central to the viability of Norstra's South Sun River Prospect are the subsurface well logs in the area. Norstra is fortunate to have acreage that is near wells that show the likelihood of commercial oil in the Bakken Oil Formation.

There are three key wells in the immediate vicinity of the first potential Norstra drill site.

1. Krone #3132 drilled by Shell Oil Company. This well demonstrates those essential parameters for a commercial well in the Bakken Oil Formation. There are 24 feet of Bakken middle member present. The middle member of the Bakken Oil Formation produces most of the oil today. The reservoir rock displays a resistivity of 200 ohms suggesting oil and gas is present. The well is less than 2.5 miles away from the first proposed Norstra drill site.

2. Steinbach #1 drilled by Arco. The Steinbach # 1 well is around 3,000 feet deeper than the Krone well.  The same reservoir is present, but with deeper buried shales that are heated at a higher temperature resulting in higher resistivities from the generations of oil and gas.  The resistivity here is over 2,000 ohms.  The well is less than 5 miles south of the first proposed drill site.

3. Soap Creek Cattle Co. #1331 drilled by Flying J Oil and Gas.  The well is not studied much because it did not penetrate the Bakken Oil Formation. It still has some very significant information for our project. The well stopped in the middle member of the Blackleaf Oil Formation at a depth of 5,480 feet. The Bakken is perhaps 3,000 feet deeper. What is of interest is that in one of the many faults present, there is oil described by the geologist, M.K. Jones. The oil is described from 4,928 to 4,994 feet.  It is in a fractured member of the Taft Hill and the oil has been biodegraded to a heavy crude due to the presence of the water in the fractures. This oil has migrated up the thrust from deeper formations. The source for the oil could be the Bakken Oil Formation. This well is less than 0.75 miles from the proposed first drillsite away. Just the fact that oil is present so close to the Company's proposed well site is extremely significant.

We anticipate that the Bakken Oil Formation on the Norstra drill site may be very similar to the Krone well or Steinbach well. A comparison has been made by the Company's technical consultants between the Krone well and the Balcron 44-24 Vaira well located in the Elm Coulee field of Eastern Montana. Elm Coulee (2007) was the highest producing onshore oil field in the United States, and it is Bakken Oil. This field is expected to exceed 270 million barrels of production from the Bakken Oil Formation at depths of 8,500-10,000 feet. This is exactly the depth range around the proposed Norstra drill location and in the Krone and Steinbach.

Page 1

2013-05-20 PZM Norstra Closing in on Frist Drill Location

The comparisons do not stop there.

|  | | Krone | Vaira 44-24 |
|---|---|---|---|
| 1. | Porosity | 4-6% | 3-6% |
| 2. | Total thickness | 70' | 44' |
| 3. | Middle member (Most productive Bakken Zone) | 22' | 12' |
| 4. | Resistivity | 400 ohms | 480 ohms |
| 5. | Total organic content | 12% | 10% |

The Vaira 44-24 well has produced over 159,000 barrels of oil and was completed in 1989 when new fracking and drilling technologies were in their infancy. A series of upgrades have been applied to this well but in today's world one would expect this well to exceed these figures. The Company plans to employ all of the latest completion technologies to drill the Norstra #1 well. Production is anyone's estimate but just based upon the increased thickness of the Bakken Oil Formation at the proposed Norstra location, the recoverable reserves may compare favorably to those found in nearby wells.

Disclaimer

This press release contains "forward-looking statements." Statements in this press release which are not purely historical are forward-looking statements and include any statements regarding beliefs, plans, expectations or intentions regarding the future, and specifically references to inferences, estimates, predictions or comparisons made in relation to seismic information, subsurface well logs, or to the Krone, Steinbach, or Soap Creek Cattle Co. wells, the timing of exploration and drilling work on the South Sun River Prospect, the timing and ability of the Company to drill a well on the property, and the production and reserves of such a well. The reader can identify these forward-looking statements by forward-looking words such as "may," "will," "expect," "potential," "anticipate," "forecast," "believe," "estimate," "project," "plan," "continue" or similar words. The reader should read statements that contain these words carefully because they discuss future expectations, contain projections of future results of operations or of financial condition, or state other forward-looking information. Forward-looking statements include, but are not limited to, statements regarding potential oil production, revenues, expansion efforts, and future plans and objectives of Norstra Energy Inc. The risk factors listed in our disclosure documents and the cautionary language on the Company's website provide examples of risks, uncertainties and events that may cause actual results to differ materially from the expectations and projections described by Norstra in its forward-looking statements. Actual results relating to, among other things, oil reserves, production, revenues and profitability could differ materially from those currently anticipated in such statements. Factors affecting forward-looking statements include: results of exploration activities, ability to secure operations staff and equipment; changes in the operating costs.

CONTACT: For further information regarding
         Norstra Energy Inc., please contact:

         Norstra Energy - Investor Relations
         Tyler Troup, B.Comm
         Phone: 1-866-865-2780
         E-mail: ir@norstraenergy.com
                                    Page 2

A0645

        2013-05-20 PZM Norstra Closing in on Frist Drill Location
        Website: www.norstraenergy.com

-O- May/20/2013 13:00 GMT

---------------------------------=================---------------------------------
                          Copyright (c) 2014

############################# END OF STORY 1 #############################

Page 3

A0646

2013-05-28 PZM Norstra Chooses Drill Location
Wire: GlobeNewswire, Inc. (PZM) Date: May 28 2013  9:00:10
Norstra Chooses Drill Location

Norstra Chooses Drill Location

SOUTHLAKE, Texas, May 28, 2013 (GLOBE NEWSWIRE) -- NORSTRA ENERGY INC.
WWW.NORSTRAENERGY.COM (OTCQB:NORX) ("Norstra" or the "Company") is pleased to
announce that its geological team has identified the first drill location on
the Company's South Sun River Bakken Prospect.

The company has contacted its Billings, Montana based surveyor to make plans
for staking the ground as early as this week. The surveyor will fine-tune the
drill pad layout and final location during his site visit in Lewis & Clark
County. Once the stakes are in the ground, Norstra plans to apply for its
drilling permit and submit the Form No. 22 R 10/09 to the Montana Board of Oil
and Gas Conservation. Based on Montana law, a 10 day advertising period will
follow and the permit is expected to be granted shortly thereafter.

Mr. Landry, CEO & President, Norstra stated: "This is a major step towards
drilling the first well on the South Sun River project. Based on the seismic
presentation by our geophysicist, and upon reviewing the ground conditions of
the area, we believe that the chosen drill pad location is going to provide
exceptional drilling results. The drill location is easily accessible from the
highway and the company has already contacted the surface owners to negotiate
a surface use agreement, which we anticipate reaching an agreement in short
order. This is a major milestone for Norstra that puts us on track to
fulfilling our farm out obligation which requires us to drill a complete well
by December 31, 2013."

"We are very pleased with the corporate development of Norstra—the advantage
of being a smaller company like us is the fast pace of execution. We are still
on schedule to set surface casing at the end of June or early July based on
availability of a rig."

Disclaimer

This press release contains "forward-looking statements." Statements in this
press release which are not purely historical are forward-looking statements
and include any statements regarding beliefs, plans, expectations or
intentions regarding the future, and specifically references to the timing and
ability of the Company to drill a well on the South Sun River Prospect, as
well as the production and reserves of such a well. The reader can
identify these forward-looking statements by forward-looking words such as
"may," "will," "expect," "potential," "anticipate," "forecast," "believe,"
"estimate," "project," "plan," "continue" or similar words. The reader should
read statements that contain these words carefully because they discuss future
expectations, contain projections of future results of operations or of
financial condition, or state other forward-looking information.
Forward-looking statements include, but are not limited to, statements
regarding potential drilling, oil production, revenues, expansion efforts, and
future plans and objectives of Norstra Energy Inc. The risk factors listed in
our disclosure documents and the cautionary language on the Company's website
provide examples of risks, uncertainties and events that may cause actual
results to differ materially from the expectations and projections described
by Norstra in its forward-looking statements. Actual results relating to,
among other things, oil reserves, production, revenues and profitability could
differ materially from those currently anticipated in such statements. Factors
affecting forward-looking statements include: results of exploration
activities, ability to secure operations staff and equipment; changes in the
operating costs; changes in economic conditions, foreign exchange and other
financial markets; changes of the interest rates on borrowings; in the
investments levels; litigation; legislation; environmental, judicial,
regulatory, political and competitive developments in areas in which Norstra

Page 1

                    2013-05-28 PZM Norstra Chooses Drill Location
operates; technological, mechanical and operational difficulties encountered
in connection with Norstra's development activities; and labor relation
matters and costs. The reader should refer to the risk disclosures set out in
the periodic reports and other disclosure documents filed by Norstra from time
to time with the Securities and Exchange Commission and other regulatory
authorities.

CONTACT: For further information regarding
         Norstra Energy Inc., please contact:

         Norstra Energy - Investor Relations
         Tyler Troup, B.Comm
         Phone: 1-866-865-2780
         E-mail: ir@norstraenergy.com
         Website: www.norstraenergy.com

-0- May/28/2013 13:00 GMT

----------------------------===============---------------------------------
                            Copyright (c) 2014

############################ END OF STORY 1 ############################

A0648

2013-06-06 CMN Goldman Small Cap Research Issues Research Report on Nostra
Wire: Market News Publishing (CMN) Date: Jun 6 2013  10:34:20
NORX US: Goldman Small Cap Research Issues Research Report On No

NORSTRA ENERGY INC ("NORX-L")
- Goldman Small Cap Research Issues Research Report On Norstra

    Goldman Small Cap Research, a stock market research firm focused on the
small cap and micro-cap sectors, has issued a research report on Norstra
Energy Inc. (OTCQB: NORX), an oil and natural gas exploration company
focusing exploration efforts in the under-exploited southern portion of the
Bakken-Alberta Fairway in the central portion of western Montana.

    Click here to view the full report: www.goldmansmallcap.net/norx

    Given its property interests in the less-followed southern
Bakken-Alberta Fairway in the central part of western Montana, we view
Norstra Energy Inc. as a great undiscovered and potentially lucrative play
on the Bakken formation. The area consists of over 10,000 acres of leased
land in Lewis & Clark County, Montana. Moreover, with the history of major
oil companies such as Shell in the region in the 1980's, there is both
abundant and favorable seismic data.

    Our preliminary estimates call for 51,000 barrels of oil production in
2013, 243,000 in 2014, and 317,000 barrels via multiple wells in 2015. If
prices hold steady and management meets its timetable, we believe that
Norstra (OTCQB: NORX) could earn as much as $5.6M in 2014.

    To view the full report, click here:
http://www.goldmansmallcap.net/norx

    About Norstra Energy Inc. (OTCQB: NORX): Through a continuously
growing team of seasoned oil-patch technical experts, energy entrepreneurs
and energy project finance experts, Norstra Energy Inc. looks to rapidly
and methodically grow into a meaningful oil producer.

    With lease rates in the Alberta Fairway not yet feeling the
inflationary pressures of the eastern Bakken and Williston basins, but
exhibiting the same superb economics, Norstra's business plan will consist
of drilling high probability wells within this up-and-coming area, with the
goal of consistently increasing shareholder value.

    About Goldman Small Cap Research:Led by former Piper Jaffray analyst
and mutual fund manager Rob Goldman, Goldman Small Cap Research produces
small cap and micro cap stock research reports, daily stock market blogs,
and popular investment newsletters. For more information, visit
www.goldmanresearch.com.

    A Goldman Small Cap Research report is not intended as an offering,
recommendation, or a solicitation of an offer to buy or sell the securities
mentioned or discussed. Please read the report's full disclosures and
analyst background on our website before investing. Neither Goldman Small
Cap Research nor its parent is a registered investment adviser or
broker-dealer with FINRA or any other agency. To download our research,
view our disclosures, or for more information, visit
www.goldmanresearch.com.

TEL:    410-609-7100  Goldman Small Cap Research
                      Rob Goldman
                      Analyst

_____
     (c)2013 Market News Publishing Inc.  All rights reserved.
Toronto:(416)366-8881   Vancouver:(604)689-1101   Fax:(604)689-1106
                          Page 1

A0649

2013-06-06 CMN Goldman Small Cap Research Issues Research Report on Nostra
Provider ID: 02901190
-0- Jun/06/2013 14:34 GMT

--------------------------------======================-------------------------------
Copyright (c) 2014

############################ END OF STORY 1 ############################

A0650

NORX | Norstra Energy Inc.

Page 1 of 16



Eric Dany's

# Stock Prospector

Spring 2013

# Brand New, Soon-To-Be-Released, USGS Survey Could Signal Round 2 Of The Bakken Profit Fest!

## Invest now in Norstra Energy (NORX) before the USGS Report unleashes a new stampede to buy Bakken drillers and this 50-cent stock soars to $5 on its way to $25!

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

Todd Kramer 5/9/2013

000164

A0651