

The Bakken Shale truly is a game-changer. It has the potential for America to replace Saudi Arabia as having the world's largest oil reserve!

The Bakken is a leviathan and continuous accumulation of oil-rich marine shale that lies beneath 200,000 square miles of North Dakota and northwest Montana.

Todd Kramer 5/9/2013  CONFIDENTIAL TREATMENT REQUESTED BY FINRA  000165

NORX | Norstra Energy Inc.

Page 3 of 16



Geologists have known about the Bakken since the 1950s, but it wasn't until the 90s, when Halliburton came up with its revolutionary technology for horizontal drilling and fracking, that all that oil became recoverable at a profit.

Five years ago, as the result of breakthrough advancements in horizontal drilling and fracking, the U.S. Geological Survey (USGS) issued a stunning report estimating the recoverable oil in the Bakken Shale formation was 25 times greater than it had originally reported in 1955.

According to its official 2008 survey, the USGS estimated that Bakken oil resources could have up to 4.3 billion barrels of recoverable oil compared to its 1955 estimate of just 151 million barrels. It was a true game-changer. It meant that suddenly the U.S. had a potential supply of oil four times as large as that held in Saudi Arabia's massive Ghawar region.

**The increased estimate triggered an investor stampede (round 1) to buy stocks in the companies that were best positioned to cash in on the Bakken.**

It was like shooting fish in a barrel. During round 1 of the Bakken rush, early investors in cleaned up with profits of:

- 473 % gain - Marathon Oil
- 560 % gain - Statoil ASA
- 672 % gain - Hess
- 5,557 % gain - Kodiak Oil & Gas
- 538 % gain - Continental Resources
- 766 % gain - Whiting Petroleum
- 1,611 % gain - EOG Resources

Now the agency is putting the final touches on a brand new, two-year study of the Bakken which many industry geologists believe will increase the 2008 estimates of recoverable oil **five-fold**.

As then Secretary of the Interior Ken Salazar said back in 2010, when he initiated the **new USGS survey**,

> "With ever-advancing production technologies, this could mean more oil could potentially be recovered in the formation." — Ken Salazar, United States Secretary of the Interior

# Round 2
## of Bakken-mania could begin at any moment!

While the federal agency hasn't yet released any official findings, Brian Engel, spokesman for Continental Resources, the Bakken's largest leaseholder, says the company believes the field could have up to 24 billion barrels of technically recoverable oil (20 billion barrels of technologically recoverable oil and 4 billion oil equivalent from associated natural gas.)

That would certainly be another game-changer!

If you believe, as I do, that the blockbuster 2008 USGS Bakken survey ignited the phenomenal run-up in Bakken-related oil stocks, ask yourself. . .is it not about to happen again?

And if it is, what's the best way to take advantage of **round 2 of Bakken-mania** and to outperform the rest of the pack by 400% or more?

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

Todd Kramer 5/9/2013

000167

A0654

The answer is, you need to invest in the ONE serious Bakken play that has not already been inflated by round one of Bakken-mania.

I'm talking about a brand-new Bakken player, headed-up by a seasoned, proven-successful geologist who's got enough skin in this game to assure me this is going to be a breathtaking success.

I'm talking about Norstra Energy Corp. (**NORX**) and Glen Landry, the 40-year veteran geologist who I suspect has way more hands-on, field-related experience than any president of any of the majors!



**INVESTOR ALERT!**

Company: **Norstra Energy Inc.**
OTCQB Symbol: **NORX**
Current Price: around **$0.50**
First Target: **$2.50 ~ $3.00**
Second Target: **$25 ~ $27.50**

**Recommendation**
**BUY NOW!**



## Here's the geology that makes Norstra Energy a screaming buy:

Norstra Energy (**NORX**) has a farm-out agreement with Summit West Oil, LLC. for the South Sun River Bakken Prospect which consists of 10,097 acres of prime Bakken acreage with almost 10 years left on most of the leases.

The company's South Sun River Bakken Prospect is what geologists call an over-pressured Bakken shale resource play in Lewis & Clark County, Montana, in the developed Bakken Fairway that extends southwards from Alberta, Canada into northwest Montana.

## Norstra practically stole the acreage!

While the Bakken-hungry majors have paid as much as $40,000 for an acre of prime leases, Norstra Energy has been able to snap up these 10,097 acres at a mind-boggling, bargain cost of just 1,500 per acre. They pulled it off thanks to geologist and NORX president, Glen Landry who dug deep into existing seismic records and used his years of field experience and first-hand knowledge of the south Bakken Fairway to identify an overlooked prospect with exactly the ideal geological profile.

## Success is a 99.6% certainty!

The Williston Basin and the New Alberta Fairway are two principal areas of Bakken activity. The success rate of Bakken oil wells drilled is 99.6%.