NORX | Norstra Energy Inc.

The Company's CEO, Mr. Glen Landry, is a seasoned, third generation geologist who has spent 30 years exploring for oil and gas with a focus in Montana and North Dakota since 1980.

Historical seismic, exploration and drilling records, some of which Mr. Landry was personally involved in, have been reviewed by the company. The historical work was focused exclusively on deeper oil formations as the Bakken was not a commercially accessible oil formation at the time due to horizontal drilling and fracking technologies not being available.

The technological revolution in the oil service industry has changed this. The sizable data provided through this existing historical logging and seismic work that covered the Bakken potential is now proving invaluable and during the last five years, Mr. Landry spent significant time evaluating the Bakken Oil Formation in Montana and North Dakota.

## $5M per well cost is less than half that of others!

With an excellent location in the Alberta Fairway, Norstra Energy will produce its first well in Alberta Fairway with over 40 fracks for only $5 million, less than half that of Kodiak Energy's per-well cost.



Projected Well Cost vs. Competitors

- KOG: $10.5M
- OXY: $8.0M
- Average: $7.1M
- MVW: $6.5M
- Norstra: $5.0M

Though the Williston Basin is the more established of the two prolific Bakken areas, the New Bakken Fairway is expanding rapidly in northwest Montana.

The cost of entry is significantly more expensive in the Williston Basin with lease acreage selling in excess of $8,000/acre. Drilling costs in the Williston Basin are also extremely high as wells are deeper than 11,000', and cost between $2-5 million. Operating costs are also higher because of lack of refineries, pipeline infrastructure, long trucking distances to refineries, due to lack of skilled manpower and housing shortages.

Todd Kramer 5/9/2013   CONFIDENTIAL TREATMENT REQUESTED BY FINRA   000169

A0656

## Newer Technology: Lower Costs, More Efficiency for Norstra Energy

With an excellent location in the Alberta Fairway, Norstra Energy will produce its first well in Alberta Fairway with over 40 fracks for only $5,000,000. After review of the seismic line, the first fracturing drill location will be on the same block that has the Shell Krone well, making drilling easier and costs lower. A typical new well today in the Williston Basin costs $7,100,000 to produce on average, and requires a depth of 8000' or more to reach the Bakken. Near the Shell Krone well, the first drill location will hit Bakken at only 6500'.

| Year | Number of Fracks | Cost of Fracking | Recoverable Oil | Barrels Oil / Day | Cost per Barrel |
|---|---|---|---|---|---|
| 2006 | 1 | $3,500,000 | 127,000 | 100-200 | $34.45 |
| 2007 | 7 | $4,000,000 | 236,000 | 1,000 | $21.19 |
| 2008 | 12 | $4,400,000 | 411,000 | 1,500 | $13.38 |
| 2009 | 20 | $6,100,000 | 700,000 | 3,000+ | $15.25 |
| 2010 | 28-32 | $6,300,000 | 1,000,000 | 5,000+ | $11.15 |
| 2011 | 40 | $7,100,000 | >1,500,000 | 7,019+ | <$8.00 |


Norstra Energy

The New Alberta Fairway in northwestern Montana, where Norstra's 10,097 acre prospect is located, is similar to the Bakken in the Williston Basin, but offers several major advantages.

The Bakken Fairway, where Norstra has its prospect, is cheaper to develop in comparison to surrounding areas. Lease acquisition cost is more moderate than the $8,000/acre in the Williston Basin and drilling cost is 1/3 of the Williston Basin because the Montana Bakken occurs at a shallower depth, between 4,000'-10,000' compared to 11,000'.

The Bakken Fairway is also adjacent to the Rocky Mountain Thrust Belt which helps create the perfect thermal environment for maximum oil producton. The respected Canadian analyst, Wood Mackenzie, estmates that the New Alberta Fairway has at least an additional 37 billion BO in place, between 12.5-15.3 million barrels of oil per square mile, and refineries are nearby.

**Warren Buffett** recently invested 26.5 billion in a Bakken oil play.

Billionaire **Bill Ackerman**, founder of Pershing Square hedge fund made a multi-billion-dollar Bakken investment of his own.

Billion-dollar hedge funds like citadel **Investment Group** and **Moore Global Investments** are upping their exposure to the Bakken as well.

The Bakken is deposited in a shallow marine environment and consists of rich organic oil-generating shales (Upper and Lower Members) that surround a layer of silt and/or sand known as the Sappington (Middle Member). The porous, silty Middle Member acts as a reservoir and serves as conduit for the oil produced by horizontal drilling and multi-stage fracking.

# Norstra Energy's 10,097 acres could hold as much a 8.5 billion barrels of original oil in place.

Initial production from a recently drilled Bakken well has exceeded 7,000 BOPD (barrels of oil per day), and production of 5,000 BOPD is not unusual in Bakken using horizontal drilling and fracking techniques.

Currently, there is intense leasing activity in the area as many major companies are rapidly acquiring lease positions. Majors like Newfield Energy, Anschutz, Rosetta Resources and at least a dozen other companies have been extremely active in the area.

- **Newfield Exploration Company** obtained 10,500 BOPD in November 2012 from 100,000 acres in North Dakota.
- **ExxonMobil (XOM)** owns 600,000 acres in North Dakota and Montana, which produced 33,000 BOPD in 2012.
- On November 3rd, 2011, a new production record was set for a Bakken well when the Whiting Petroleum posted an IP of 7,009 BO in a 24 hour period.
- Other operators in the Bakken include Hess (HES) and Marathon Oil (MRO) which would be likely candidates to



WELLS PENETRATING THE BAKKEN IN THE SOUTH SUN RIVER BAKKEN PROSPECT AREA

Phillips: Yeager # 1 — Bakken @ 5,838' — Resistivity: 50 ohms

Occidental: Hodgekiss # 18- — Bakken @ 5,128' — Resistivity: 50 ohms

Montana Power: State # 8 — Bakken @ 7,662' — Resistivity: 25 ohms

Sun Expl.: JB Long # 1-9 — Bakken @ 10,894' — Resistivity: >200 ohms

Shell: KRONE # 31-32 — Bakken @ 6,896' — Resistivity: 400 ohms

ARCO: STEINBACH # 1 — Bakken @ 10,124' — Resistivity: > 2,000

SUNCOR: Flesher Pass # 14603 — Bakken @ 15,550'

THE SOUTH SUN RIVER BAKKEN PROSPECT AREA WITH KEY REFERENCE WELLS

add to their acreage position as drilling in Montana commences.

The Bakken Fairway is adjacent to the Rocky Mountain Thrust Belt, which creates a thermal environment for maximum oil production. 37 billion barrels of oil are estimated in the Bakken Fairway.

Potential oil production is estimated throughout the literature and publications at 10-15 MMBO per square mile in areas where the Bakken is thermally mature and where the critical middle Sappington Member is between 20'-30' thick.

## Seismic Data Confirm, An Overlooked, but Oil-Rich Corner of the Bakken!

The Bakken Formation can be over 100' thick, and has 3 members. The Upper and Lower Members are the oil rich shale, and the Middle Member is a sand/silt section typically between 10-30' thick.

The Middle Member is known as the "Sappington". New horizontal drilling techniques combined with high pressure "fracking" are responsible for the massive oil production now being seen in the Bakken.



Estimates for oil recovery in the Bakken are between 12.5-15.3 million BO per square mile.

Bakken hydraulic fracturing oil wells have an expected productive life of 35-40 years, and it's expected the drilling phase of the Bakken will last until 2030, and production will last until 2070.

## Here's $10,000 invested in NORX now could grow to $137,900!

Geological estimates for the area of Norstra's 10,097 acres are for 13,000,000 barrels of original oil in place for each 640-acres, four-well drilling site.

When you do the numbers, using net revenue interest of just 80%...

At a reasonable 30% recovery rate, that yields 3,900,000 barrels per 640 acres site...

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

Todd Kramer 5/9/2013

000172

A0659