**INVESTOR ALERT!**



Company: **Norstra Energy Inc.**
OTCQB Symbol: **NORX**
Current Price: around **$0.50**
First Target: **$2.50 ~ $3.00**
Second Target: **$25 ~ $27.50**

**Recommendation**
**BUY NOW!**

Four wells per 640 acre site @ $5M each = $20 million. Figuring oil selling at $90 a barrel and operating expenses per four-well site of $2,500 and a well life of 10 years. . .

So, that works out to $280,000,000 net revenue less expenses of $20,300,000 = profit of 259,700,000 for an investment of just $20,300,000.

Or, extrapolating. . .an investment of just **$10,000 would yield $137,931.**

That's why near-term, I expect this stock, **NORX**, to jump quickly from its current ridiculous **50-cents a share** to the **$5.00** range and then in the next 18-24 months, to begin a steady climb that will eventually take it to about **$25 or more a share!**

## Smack in the middle of the Bakken's newly recognized sweet spot!

The South Sun River Bakken Prospect opportunity is located in a prime area of the Alberta Bakken Fairway where the western edge of the Bakken Fairway plunges into contact with the tectonically heated Thrust Zone and the resulting thermal maturity of the Bakken offers the highest potential for oil production.



**Peak oil generation is reached near or within the footwall of the overthrust belt where Ro is closer to 1.0% and migration into Mississippian traps occurred over a 40-50 m lateral distance.**

Specifically, the Norstra Energy prospect lies within the key oil producing zone where thermal maturity (Ro) is between 0.7% and 1.5%. Oil production begins when Ro is above 0.65% and slows when Ro is over 1.3%.

The Total Oil Content (T.O.C.) readings in the prospect area are high as well, reading between 7% and 14%, and water content of the Bakken in the area is low.

There are excellent resistivity readings in the Upper and Lower Bakken members in key wells in the prospect area. The wells show excellent sections of the Bakken with resistivity readings over 400 ohms, well in excess of the minimum 35 ohms needed for possible oil production. The Middle Member

of the Bakken, known as the Sappington Silt, is also well developed, with adequate porosity (3-15%) and permeability (1-20 md) for oil production.

Below, for comparison, are several wells in Norstra's prospect area and their Bakken section thickness and corresponding resistivity readings:

- Sec.22 T17N-R6W   ARCO/Steinbach # 1   Bakken: 76'   Ohms: >2,000
- Sec.32 T18N-R5W   Shell/Krone 31-32   Bakken: 70'   Ohms: 400
- Sec.3-T14N-R6W   Suncor/Flesher 14603   Bakken: 52'   Ohms: 100- 300
- Sec.9-T19N-R8W   Sun Exploration/JB Long # 1-9   Ohms: >200

## Round 2 of astonishing Bakken profits will benefit from technological advances that have slashed the cost per barrel by more than 67%!

The Bakken is what geologists call an over-pressurized system. The high pressure in the Bakken means the oil is contained within the source rock itself. This means the oil remains in place and is tightly contained throughout the geologic structure.

The formation's high pressure — coupled with advances in technology — make each well drilled in the Bakken capable of producing 600,000 and 700,000 barrels of oil over the course of its life.

Bakken production took off in 2008 and was producing around 150,000 barrels per day.

As you read this, North Dakota is pumping 768,000 barrels per day and has over 3,000 wells working.

Thanks to advances in horizontal drilling and fracking, **oil production has increased 412% in just four years**. If that's not a boom, I don't know what is.

Todd Kramer 5/9/2013   CONFIDENTIAL TREATMENT REQUESTED BY FINRA   000174

A0661



# The Bakken Is The Future and Norstra (NORX) Is Now Your Best Bakken Opportunity:

Despite the ranging coming out of Washington, there can be no doubt that over the coming years, the U.S. will become energy independent.

In fact, within the next 8 years, I believe the good old US of A will become the world's number one oil producing country.

Inside of 10 years, we could to be 100% energy independent, without the help of alternate or synthetic fuels!

According to the US Energy Information Administration, (EIA) and thanks mostly to the Bakken, U.S. crude oil production is expected to rise by 815,000 barrels per day in 2013.



Horizontal drilling has unlocked billions in investor profits from the Bakken Oil Pool

That's the largest increase in annual output since the US started producing crude oil commercially in 1859, and it would bring this year's total output to 7.25 million barrels per day.

Back in September, 2012, oil production from the Williston Basin topped 800,000 barrels per day for the first time (granted, 90% of that oil came from North Dakota's portion of the Bakken Formation, but it's a record nonetheless):



So, mark my words: The Bakken is happening. And it's happening in spite of Obama's policies — not because of them.

What's really shocking, however, is that most investors are totally clueless about this jaw-dropping change that's at our doorstep.

It's not something you're likely to read too much about in many of the mainstream news sources. In fact, a lot of the stories, commentary, and technological breakthroughs responsible for thrusting America onto the global energy landscape have largely gone unnoticed. Which is yet another reason I'm so keen on **NORX**.

As president, Glen Landry said in a recent press release:

> "This is a fantastic opportunity for Norstra and its shareholders. I believe that this area of Montana could become the next Williston basin in time and we're well positioned to be a player in the area."

> "My 30 years of experience in this region have convinced me that northwest Montana holds a significant amount of oil and I am looking forward to leading Norstra and its shareholders towards profitability through exploration and production."

Mr. Landry is a seasoned, third generation geologist from the University of Montana. His grandfather was involved in the development of the famous Kevin Sunburst Oil Field in Montana, and the family has been active in the oil industry ever since.

Mr. Landry received a geology degree from the University of Montana over 30 years ago, and his main exploration and development focus has been Montana and North Dakota.

During the 1980's, he consulted for Occidental Petroleum, which, amongst other oil companies, was very active in exploring and shooting seismic throughout northwestern Montana. These efforts were focused on finding crude oil in deep formations, but were not economically feasible at the time, but now represent a viable source of untraditional oil through fracking and other modern extraction techniques.

Under Mr. Landry's leadership, the company is in the process of evaluating additional lands in northwestern Montana with an aim toward acquiring a sizeable land position for exploration in the Bakken formation.

## The Majors Are Already In The Bakken

In late December, 2011, there are over 200 drilling rigs operating in the Williston Basin and the New Alberta Fairway, and 8 drilling permits per day being issued on average. In the last quarter of 2010, there was an estimated **$3 Billion invested** in Bakken drilling, leasing and production facilities. The principal companies involved are listed in the chart below.

| | |
|---|---|
| Marathon Oil | Northern Oil & Gas |
| ExxonMobil | Brigham Exploration |
| Occidental Petroleum | Continental Resources |
| Hess | Denbury Resources |
| EOG Resources | Kodiak Oil & Gas |
| Petrobakken | Enbridge Energy |
| Whiting Petroleum | Kinder Morgan |
| Oasis Petroleum | MDU Resources |
| Newfield Energy | QEP Resources |
| Primary Petroleum | Samson Oil & Gas |

## Eight Strong Reasons to Load Up on NORX Now While You Can Still Get It at Around 50-cents a Share:

1. The position of the Prospect in the regional maturity of the Bakken is excellent.

2. Acquisition costs were a fraction of what some majors have paid for similar prospects and development costs will also be less due to the shallower wells and the availability of existing infrastructure

3. Nearby resistivity or confirmed presence of oil is excellent. The Shell Krone well and the ARCO Steinbach confirm this.

4. The Bakken is a sealed resource project, considering high resistivity in the nearby Krone and Steinbach wells. A flushed reservoir is commonly less than 35 ohms of resistivity on the logs.

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

Todd Kramer 5/9/2013

000177

A0664