NORX | Norstra Energy Inc.

Page 15 of 16

**⑤** Chance of success with the initial well is excellent. With review of the seismic line the company will locate the first drill location on the same block that has the Krone well. State mapping has already done this. All blocks are likely commercial.

**⑥** A superb lease position of 10,097.99 mineral acres.

**⑦** Oil in Place (OOIP) of 13 MMBO per 640 acres.

**⑧** Glen Landry, President and CEO has 40 years of field experience in the area and CFO Dallas Kerkenezov has the business and financial experience needed to guarantee success.

# Buy shares of NORX now while you can still get them around 50-cents and you could turn $10,000 into $139,700 in the not too distant future!

# NORX Could Be My Biggest Winner Of All Time!

For my complete report on NORX and more information about my monthly newsletter, just click on the link below!



Invest Successfully,

*Eric Dany*

Eric Dany
Editor
Prospector Newsletters

**P.S.** If you like finding out about high potential, undiscovered and under-valued opportunities like Norstra Energy, then please consider subscription to my newsletter.

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

Todd Kramer 5/9/2013

000178

A0665

NORX | Norstra Energy Inc.

**ERIC DANY'S STOCK PROSPECTOR IMPORTANT NOTICE AND DISCLAIMER:** This is a paid advertisement by Eric Dany and/or Eric Dany's Stock Prospector (collectively, "EDSP"). EDSP has received $10,000 from Full Service Media, LLC in compensation for this advertisement to enhance public awareness of Norstra Energy, Inc. (hereafter "NORX"). EDSP also expects to receive new subscriber revenue, the amount which is unknown at this time, as a result of this advertising effort. EDSP does not perform any due diligence on the stocks and companies discussed herein. EDSP relies on generally available public information and representations made by NORX. EDSP does not purport to provide an analysis of any company's financial position, operations, or prospects and this is not to be construed as a recommendation by EDSP, or an offer to sell or solicitation to buy or sell any security. NORX, the company featured in this issue, appears as paid advertising. Although the information contained in this advertisement is believed to be reliable, EDSP makes no warranties as to the accuracy of any of the content herein and accepts no liability for how readers may choose to utilize it. Readers should perform their own due-diligence before investing in any security including consulting with a qualified investment advisor or analyst. Readers should independently verify all statements made in this advertisement and perform extensive due-diligence on this or any other advertised company. Eric Dany and EDSP nor any of their principals, officers, directors, partners, agents, or affiliates are not, nor do we represent ourselves to be, registered investment advisors, brokers, or dealers in securities. EDSP is not offering securities for sale. An offer to buy or sell can be made only with accompanying disclosure documents and only in the states and provinces for which they are approved. EDSP does not offer or sell securities. More information can be received from NORX's website at www.norstraenergy.com. Further, specific financial information, filings and disclosures as well as general investor information about publicly listed companies and other investor resources can be found at the Securities and Exchange Commission website at www.sec.gov and www.nasd.com. Any investment should be made only after consulting with a qualified investment advisor and only after reviewing the financial statements and other pertinent corporate information about the company. Many states have established rules requiring the approval of a security by a state security administrator. Check with www.nasaa.org or call your state security administrator to determine whether a particular security is licensed for sale in your state. This advertisement is not intended for readers in any jurisdiction where not permissible under local regulations and investors in those jurisdictions should disregard it. Investing in securities is highly speculative and carries a great deal of risk, which may result in investors losing all of their invested capital. Past performance does not guarantee future results. The information contained herein contains forward-looking statements and information within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934, including statements regarding expected continual growth of the featured company. Forward-looking statements are based upon expectations, estimates and projections at the time the statements are made and involve risks and uncertainties that could cause actual events to differ materially from those anticipated. Forward-looking statements may be identified through the use of words such as expects, will, anticipates, estimates, believes, or by statements indicating certain actions may, could, should, or might occur. Any statements that express or involve predictions, expectations, beliefs, plans, projections, objectives, goals or future events or performance may be forward-looking statements. In accordance with the safe harbor provisions of the Private Securities Litigation Reform Act of 1995, the publisher notes that statements contained herein that look forward in time, which include other than historical information, involve risks and uncertainties that may affect the company's actual results of operations. Factors that could cause actual results to differ include, but are not limited to, the size and growth of the market for the company's products and services, regulatory approvals, the company's ability to fund its capital requirements in the near term and the long term, pricing pressures and other risks detailed in the company's reports filed with the Securities and Exchange Commission. Eric Dany's Stock Prospector is a trademark of Eric Dany. All other trademarks used in this publication are the property of their respective trademark holders. EDSP is not affiliated, connected, or associated with, and are not sponsored, approved, or originated by, the trademark holders unless otherwise stated. No claim is made by EDSP to any rights in any third-party trademarks.

**Third Party Advertiser/Advertising Agency IMPORTANT NOTICE AND DISCLAIMER:** Arista Theme Ltd., the third party advertiser, has paid $1,409,332 USD to Full Service Media, LLC (FSM) as of May 5, 2013 for this advertising effort in an effort to build investor awareness. FSM shall retain any amounts over and above the cost of creating and distributing this email advertisement which advertises Eric Dany's Stock Prospector Newsletter coverage of Norstra Energy, Inc., Advertising services include; production, outsourced advertising copywriting services, mailing and other related distribution services and advertising media placement costs. Arista Theme Ltd., the third party advertiser, is a company based in Tortula, BVI. Arista Theme Ltd., the third party advertiser, has represented to FSM in writing that it is not a current shareholder of Norstra Energy, Inc. and that neither it nor its affiliates will buy or sell any shares of Norstra Energy, Inc. during the period that this advertisement is being disseminated by FSM third party media vendors. This is sponsored advertising and does not purport to provide an analysis of the featured company's financial position, operations or prospects and is not to be construed as a recommendation by FSM to buy or sell any security. FSM is a firm which refers and facilitates the services of third-party vendors and advertising related service providers to persons wishing to sponsor advertising featuring publicly-traded companies. FSM is not a financial analyst, investment advisor or broker/dealer. The services provided by FSM in connection with this advertisement are limited to the introduction of third party advertiser to copywriter services and paid endorser, the renting of distribution list(s), and managing the production and distribution of this advertisement. FSM is not responsible for the endorsement of this advertisement, which is the sole responsibility of Eric Dany's Stock Prospector Newsletter. FSM is not responsible Prospector Newsletter expects to generate new subscriber revenue as a result of this advertising effort. Neither FSM nor its members have an ownership interest in Eric Dany's Stock Prospector Newsletter or any of its affiliates, and neither Eric Dany's Stock Prospector Newsletter nor its affiliates have an equity interest in FSM. Neither FSM nor its members will trade in the securities of Norstra Energy, Inc. FSM makes no warranties as to the accuracy of the content of this advertisement and expressly disclaims and assumes no liability for how readers may choose to utilize the content of this advertisement. Readers are strongly urged to independently verify all statements made in this advertisement and to perform their own due diligence on this or any other advertised company, including but not limited to consulting with a qualified investment professional and reviewing the publicly available financial statements of, and other information about Norstra Energy, Inc. You should also determine that an investment in Norstra Energy, Inc. company is appropriate and suitable for you. Norstra Energy, Inc. is traded on the OTCQB (trading symbol: NORX). Its stock is registered under the Securities Act of 1933, as amended, and its periodic and other reports filed under the Securities Exchange Act of 1934, as amended, are publicly available from the Securities and Exchange Commission at its website at http://www.sec.gov. This website also contains general investor information about publicly-traded companies, advice to investors and other investor resources. Other investor resources are available from the Financial Industry Regulatory Authority through its website at http://www.finra.org. Many states have established rules requiring approval by the state securities administrator to permit sales of a security to its residents. Check with the North American Securities Administrators Association through its website at http://www.nasaa.org or call your state securities administrator to determine whether a particular security may be purchased by you as a resident of your state. Many companies have filed information with state securities regulators and many companies will supply prospective investors with additional information upon request. Investing in securities is highly speculative and carries a great deal of risk, especially as to newer companies with comparatively short operating histories and limited earnings. This advertisement contains forward-looking statements regarding Norstra Energy, Inc. its business and prospects. Such forward-looking statements are within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, and are intended to be covered by the safe harbor provisions created by these laws. This advertisement may provide the addresses of or contain hyperlinks to outside or third-party websites. FSM has not reviewed any such websites and takes no responsibility for the contents thereof or any possible effects resulting from accessing any such websites. The contents of any such websites do not in any way constitute a part of this advertisement. Accessing such websites or following any link shall be at your own risk.

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

Todd Kramer 5/9/2013

Search Finance    Sign In    Mail

Finance Home   My Portfolio   My Quotes News   Market Data   Yahoo Originals   Business & Finance   Personal Finance   CNBC   Contributors

Enter Symbol     Look Up

Thu, Dec 4, 2014, 5:49PM EST - U.S. Markets closed    **Report an Issue**

Dow   0.07% ...   

XUII ↑   Fidelity   GET DETAILS

NORX   5-DAY TREND   Scottrade Go

E✴TRADE   OPEN AN ACCOUNT

NORX

**NORSTRA ENERGY (NORX.PK)** - Other OTC   ★ Watchlist

## 0.02   0.00(0.00%) Oct 30

## Historical Prices

Get Historical Prices for:                GO

### Set Date Range

Start Date: Mar ▾ 5 2013    Eg. Jan 1, 2010    ⦿ Daily
End Date: Dec ▾ 31 2013                         ○ Weekly
                                                ○ Monthly
                                                ○ Dividends Only

Get Prices

Get the health plan that gets you

Affordable rates
Large, national network

Federal Employee Health Plans

aetna®
View Disclaimer
2014112

First | Previous | Next | Last

### Prices

| Date | Open | High | Low | Close | Volume | Adj Close* |
|------|------|------|-----|-------|--------|-----------|
| Dec 31, 2013 | 0.08 | 0.13 | 0.08 | 0.10 | 263,900 | 0.10 |
| Dec 30, 2013 | 0.12 | 0.13 | 0.09 | 0.10 | 239,900 | 0.10 |
| Dec 27, 2013 | 0.15 | 0.15 | 0.11 | 0.12 | 202,400 | 0.12 |
| Dec 26, 2013 | 0.09 | 0.30 | 0.08 | 0.15 | 322,800 | 0.15 |
| Dec 24, 2013 | 0.11 | 0.11 | 0.09 | 0.10 | 117,200 | 0.10 |
| Dec 23, 2013 | 0.12 | 0.13 | 0.10 | 0.10 | 237,200 | 0.10 |
| Dec 20, 2013 | 0.13 | 0.17 | 0.12 | 0.12 | 165,200 | 0.12 |
| Dec 19, 2013 | 0.13 | 0.16 | 0.13 | 0.13 | 77,600 | 0.13 |
| Dec 18, 2013 | 0.14 | 0.15 | 0.13 | 0.14 | 52,900 | 0.14 |
| Dec 17, 2013 | 0.16 | 0.16 | 0.13 | 0.14 | 58,000 | 0.14 |
| Dec 16, 2013 | 0.16 | 0.18 | 0.14 | 0.16 | 285,400 | 0.16 |
| Dec 13, 2013 | 0.16 | 0.18 | 0.14 | 0.16 | 54,700 | 0.16 |
| Dec 12, 2013 | 0.18 | 0.18 | 0.14 | 0.18 | 39,100 | 0.18 |
| Dec 11, 2013 | 0.17 | 0.18 | 0.15 | 0.16 | 62,800 | 0.16 |
| Dec 10, 2013 | 0.18 | 0.18 | 0.15 | 0.16 | 18,500 | 0.16 |
| Dec 9, 2013 | 0.16 | 0.16 | 0.15 | 0.16 | 42,200 | 0.16 |
| Dec 6, 2013 | 0.15 | 0.18 | 0.14 | 0.17 | 85,300 | 0.17 |
| Dec 5, 2013 | 0.18 | 0.18 | 0.14 | 0.18 | 30,200 | 0.18 |
| Dec 4, 2013 | 0.14 | 0.19 | 0.14 | 0.19 | 89,800 | 0.19 |
| Dec 3, 2013 | 0.13 | 0.20 | 0.13 | 0.18 | 61,500 | 0.18 |
| Dec 2, 2013 | 0.18 | 0.18 | 0.13 | 0.13 | 231,800 | 0.13 |
| Nov 29, 2013 | 0.17 | 0.18 | 0.17 | 0.18 | 22,000 | 0.18 |
| Nov 27, 2013 | 0.21 | 0.22 | 0.18 | 0.19 | 85,400 | 0.19 |
| Nov 26, 2013 | 0.19 | 0.23 | 0.18 | 0.20 | 172,900 | 0.20 |
| Nov 25, 2013 | 0.22 | 0.22 | 0.20 | 0.22 | 39,600 | 0.22 |
| Nov 22, 2013 | 0.20 | 0.24 | 0.20 | 0.22 | 90,000 | 0.22 |

A0667

NORX.PK Historical Prices | NORSTRA ENERGY Stock - Yahoo! Finance

Case 1:15-cv-00894-WHP-JLC   Document 75-21   Filed 03/28/15   Page 4 of 6

Page 2 of 3

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Nov 21, 2013 | 0.20 | 0.24 | 0.20 | 0.21 | 130,800 | 0.21 |
| Nov 20, 2013 | 0.23 | 0.23 | 0.20 | 0.21 | 75,600 | 0.21 |
| Nov 19, 2013 | 0.21 | 0.25 | 0.20 | 0.22 | 99,500 | 0.22 |
| Nov 18, 2013 | 0.22 | 0.23 | 0.20 | 0.21 | 174,200 | 0.21 |
| Nov 15, 2013 | 0.24 | 0.26 | 0.20 | 0.25 | 205,900 | 0.25 |
| Nov 14, 2013 | 0.29 | 0.29 | 0.23 | 0.24 | 202,400 | 0.24 |
| Nov 13, 2013 | 0.23 | 0.29 | 0.23 | 0.29 | 122,400 | 0.29 |
| Nov 12, 2013 | 0.30 | 0.31 | 0.26 | 0.27 | 190,800 | 0.27 |
| Nov 11, 2013 | 0.28 | 0.35 | 0.28 | 0.29 | 103,600 | 0.29 |
| Nov 8, 2013 | 0.31 | 0.32 | 0.29 | 0.29 | 82,800 | 0.29 |
| Nov 7, 2013 | 0.31 | 0.31 | 0.30 | 0.31 | 41,200 | 0.31 |
| Nov 6, 2013 | 0.31 | 0.35 | 0.31 | 0.31 | 31,400 | 0.31 |
| Nov 5, 2013 | 0.31 | 0.36 | 0.30 | 0.33 | 85,900 | 0.33 |
| Nov 4, 2013 | 0.32 | 0.36 | 0.31 | 0.31 | 101,400 | 0.31 |
| Nov 1, 2013 | 0.31 | 0.35 | 0.31 | 0.31 | 60,200 | 0.31 |
| Oct 31, 2013 | 0.31 | 0.33 | 0.31 | 0.31 | 52,000 | 0.31 |
| Oct 30, 2013 | 0.31 | 0.36 | 0.31 | 0.34 | 36,200 | 0.34 |
| Oct 29, 2013 | 0.31 | 0.37 | 0.31 | 0.31 | 145,100 | 0.31 |
| Oct 28, 2013 | 0.31 | 0.37 | 0.30 | 0.33 | 46,000 | 0.33 |
| Oct 25, 2013 | 0.30 | 0.36 | 0.30 | 0.35 | 76,400 | 0.35 |
| Oct 24, 2013 | 0.33 | 0.37 | 0.31 | 0.32 | 50,700 | 0.32 |
| Oct 23, 2013 | 0.33 | 0.37 | 0.31 | 0.33 | 111,900 | 0.33 |
| Oct 22, 2013 | 0.33 | 0.37 | 0.33 | 0.33 | 91,300 | 0.33 |
| Oct 21, 2013 | 0.32 | 0.37 | 0.32 | 0.35 | 72,800 | 0.35 |
| Oct 18, 2013 | 0.36 | 0.36 | 0.31 | 0.33 | 125,100 | 0.33 |
| Oct 17, 2013 | 0.38 | 0.38 | 0.32 | 0.33 | 83,200 | 0.33 |
| Oct 16, 2013 | 0.35 | 0.37 | 0.33 | 0.33 | 50,400 | 0.33 |
| Oct 15, 2013 | 0.36 | 0.36 | 0.34 | 0.36 | 45,000 | 0.36 |
| Oct 14, 2013 | 0.37 | 0.37 | 0.33 | 0.35 | 29,600 | 0.35 |
| Oct 11, 2013 | 0.36 | 0.39 | 0.35 | 0.36 | 35,600 | 0.36 |
| Oct 10, 2013 | 0.36 | 0.38 | 0.35 | 0.37 | 38,000 | 0.37 |
| Oct 9, 2013 | 0.36 | 0.40 | 0.35 | 0.35 | 57,700 | 0.35 |
| Oct 8, 2013 | 0.38 | 0.40 | 0.36 | 0.37 | 47,300 | 0.37 |
| Oct 7, 2013 | 0.38 | 0.40 | 0.35 | 0.39 | 177,500 | 0.39 |
| Oct 4, 2013 | 0.36 | 0.38 | 0.35 | 0.38 | 84,800 | 0.38 |
| Oct 3, 2013 | 0.36 | 0.40 | 0.36 | 0.37 | 49,000 | 0.37 |
| Oct 2, 2013 | 0.43 | 0.43 | 0.36 | 0.36 | 75,600 | 0.36 |
| Oct 1, 2013 | 0.36 | 0.41 | 0.35 | 0.38 | 47,600 | 0.38 |
| Sep 30, 2013 | 0.40 | 0.43 | 0.37 | 0.38 | 116,000 | 0.38 |
| Sep 27, 2013 | 0.40 | 0.42 | 0.37 | 0.40 | 115,500 | 0.40 |

* Close price adjusted for dividends and splits.

First | Previous | Next | Last

Download to Spreadsheet

Currency in USD.

| Home | Mail | News | Sports | Finance | Weather | Games | Groups | Answers | Screen | Flickr | Mobile | More |

Search Finance      Sign In Web      Mail

Finance Home   My Portfolio   My Quotes News   Market Data   Yahoo Originals   Business & Finance   Personal Finance   CNBC   Contributors

Enter Symbol    Look Up

Thu, Dec 4, 2014, 5:49PM EST - U.S. Markets closed      Report an Issue

Dow

E*TRADE OPEN AN ACCOUNT

Scottrade NORX Trade Now

Fidelity TRADE $7.95 ONLINE U.S. EQUITY TRADES LOWER THAN E*TRADE

NORX 33.33%

## NORSTRA ENERGY (NORX.PK) - Other OTC ★ Watchlist

**0.02**  0.00(0.00%)  Oct 30

## Historical Prices

Get Historical Prices for:          GO

### Set Date Range

Start Date: Mar ▾ 5 2013     Eg. Jan 1, 2010
End Date: Dec ▾ 31 2013

- ◉ Daily
- ○ Weekly
- ○ Monthly
- ○ Dividends Only

Get Prices

First | Previous | Next | Last

### Prices

| Date | Open | High | Low | Close | Volume | Adj Close* |
|------|------|------|-----|-------|--------|-----------|
| Sep 26, 2013 | 0.43 | 0.43 | 0.40 | 0.42 | 56,900 | 0.42 |
| Sep 25, 2013 | 0.40 | 0.43 | 0.36 | 0.41 | 90,700 | 0.41 |
| Sep 24, 2013 | 0.40 | 0.41 | 0.38 | 0.40 | 90,200 | 0.40 |
| Sep 23, 2013 | 0.39 | 0.42 | 0.37 | 0.41 | 37,100 | 0.41 |
| Sep 20, 2013 | 0.40 | 0.40 | 0.38 | 0.39 | 109,100 | 0.39 |
| Sep 19, 2013 | 0.40 | 0.43 | 0.39 | 0.40 | 102,500 | 0.40 |
| Sep 18, 2013 | 0.41 | 0.42 | 0.39 | 0.40 | 74,700 | 0.40 |
| Sep 17, 2013 | 0.38 | 0.42 | 0.38 | 0.42 | 118,500 | 0.42 |
| Sep 16, 2013 | 0.39 | 0.41 | 0.36 | 0.39 | 80,700 | 0.39 |
| Sep 13, 2013 | 0.39 | 0.41 | 0.35 | 0.39 | 153,200 | 0.39 |
| Sep 12, 2013 | 0.38 | 0.40 | 0.37 | 0.38 | 123,500 | 0.38 |
| Sep 11, 2013 | 0.34 | 0.38 | 0.30 | 0.37 | 341,500 | 0.37 |
| Sep 10, 2013 | 0.30 | 0.31 | 0.25 | 0.27 | 438,300 | 0.27 |
| Sep 9, 2013 | 0.31 | 0.32 | 0.28 | 0.30 | 100,400 | 0.30 |
| Sep 6, 2013 | 0.30 | 0.32 | 0.30 | 0.31 | 113,600 | 0.31 |
| Sep 5, 2013 | 0.31 | 0.35 | 0.30 | 0.32 | 103,500 | 0.32 |
| Sep 4, 2013 | 0.35 | 0.35 | 0.30 | 0.34 | 95,900 | 0.34 |
| Sep 3, 2013 | 0.34 | 0.38 | 0.31 | 0.35 | 79,300 | 0.35 |
| Aug 30, 2013 | 0.31 | 0.34 | 0.30 | 0.33 | 73,700 | 0.33 |
| Aug 29, 2013 | 0.31 | 0.35 | 0.31 | 0.34 | 98,700 | 0.34 |
| Aug 28, 2013 | 0.33 | 0.37 | 0.28 | 0.34 | 487,800 | 0.34 |
| Aug 27, 2013 | 0.30 | 0.40 | 0.30 | 0.32 | 270,100 | 0.32 |
| Aug 26, 2013 | 0.34 | 0.40 | 0.33 | 0.35 | 161,300 | 0.35 |
| Aug 23, 2013 | 0.35 | 0.45 | 0.32 | 0.33 | 381,700 | 0.33 |
| Aug 22, 2013 | 0.44 | 0.45 | 0.34 | 0.34 | 376,100 | 0.34 |
| Aug 21, 2013 | 0.42 | 0.46 | 0.36 | 0.39 | 387,400 | 0.39 |

Neiman Marcus

OYOBox
Luxury Eyewear Organizers
See. Choose. Wear.

SHOP NOW ▶

A0669

Case 1:15-cv-00894-WHP-JLC   Document 75-21   Filed 03/28/15   Page 6 of 6

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| Aug 20, 2013 | 0.31 | 0.36 | 0.31 | 0.34 | 237,600 | 0.34 |
| Aug 19, 2013 | 0.42 | 0.42 | 0.30 | 0.30 | 983,900 | 0.30 |
| Aug 16, 2013 | 0.40 | 0.42 | 0.40 | 0.41 | 213,800 | 0.41 |
| Aug 15, 2013 | 0.40 | 0.44 | 0.40 | 0.42 | 85,800 | 0.42 |
| Aug 14, 2013 | 0.48 | 0.49 | 0.40 | 0.42 | 180,700 | 0.42 |
| Aug 13, 2013 | 0.44 | 0.45 | 0.41 | 0.45 | 119,500 | 0.45 |
| Aug 12, 2013 | 0.45 | 0.49 | 0.43 | 0.43 | 100,600 | 0.43 |
| Aug 9, 2013 | 0.47 | 0.49 | 0.40 | 0.45 | 99,300 | 0.45 |
| Aug 8, 2013 | 0.45 | 0.53 | 0.40 | 0.45 | 136,600 | 0.45 |
| Aug 7, 2013 | 0.35 | 0.48 | 0.35 | 0.45 | 325,500 | 0.45 |
| Aug 6, 2013 | 0.43 | 0.43 | 0.37 | 0.40 | 466,600 | 0.40 |
| Aug 5, 2013 | 0.48 | 0.48 | 0.40 | 0.43 | 237,300 | 0.43 |
| Aug 2, 2013 | 0.50 | 0.55 | 0.45 | 0.48 | 250,500 | 0.48 |
| Aug 1, 2013 | 0.50 | 0.55 | 0.50 | 0.52 | 189,000 | 0.52 |
| Jul 31, 2013 | 0.56 | 0.58 | 0.50 | 0.52 | 158,400 | 0.52 |
| Jul 30, 2013 | 0.50 | 0.58 | 0.50 | 0.56 | 322,600 | 0.56 |
| Jul 29, 2013 | 0.53 | 0.55 | 0.48 | 0.50 | 331,800 | 0.50 |
| Jul 26, 2013 | 0.55 | 0.60 | 0.53 | 0.55 | 210,300 | 0.55 |
| Jul 25, 2013 | 0.56 | 0.60 | 0.51 | 0.55 | 207,500 | 0.55 |
| Jul 24, 2013 | 0.55 | 0.60 | 0.50 | 0.55 | 245,700 | 0.55 |
| Jul 23, 2013 | 0.61 | 0.64 | 0.52 | 0.55 | 522,500 | 0.55 |
| Jul 22, 2013 | 0.50 | 0.65 | 0.50 | 0.61 | 307,700 | 0.61 |
| Jul 19, 2013 | 0.66 | 0.69 | 0.50 | 0.50 | 1,002,900 | 0.50 |
| Jul 18, 2013 | 0.59 | 0.70 | 0.50 | 0.60 | 910,400 | 0.60 |
| Jul 17, 2013 | 0.34 | 0.46 | 0.32 | 0.45 | 663,700 | 0.45 |
| Jul 16, 2013 | 0.20 | 0.30 | 0.20 | 0.30 | 571,200 | 0.30 |
| Jul 15, 2013 | 0.31 | 0.35 | 0.20 | 0.28 | 1,468,500 | 0.28 |
| Jul 12, 2013 | 0.45 | 0.46 | 0.35 | 0.37 | 729,600 | 0.37 |
| Jul 11, 2013 | 0.25 | 0.46 | 0.08 | 0.44 | 3,192,400 | 0.44 |
| Jul 10, 2013 | 0.83 | 0.83 | 0.83 | 0.83 | 0 | 0.83 |
| Jul 9, 2013 | 0.83 | 0.83 | 0.83 | 0.83 | 0 | 0.83 |
| Jul 8, 2013 | 0.83 | 0.83 | 0.83 | 0.83 | 0 | 0.83 |
| Jul 5, 2013 | 0.83 | 0.83 | 0.83 | 0.83 | 0 | 0.83 |
| Jul 3, 2013 | 0.83 | 0.83 | 0.83 | 0.83 | 0 | 0.83 |
| Jul 2, 2013 | 0.83 | 0.83 | 0.83 | 0.83 | 0 | 0.83 |
| Jul 1, 2013 | 0.83 | 0.83 | 0.83 | 0.83 | 0 | 0.83 |
| Jun 28, 2013 | 0.83 | 0.83 | 0.83 | 0.83 | 0 | 0.83 |
| Jun 27, 2013 | 0.83 | 0.83 | 0.83 | 0.83 | 0 | 0.83 |
| Jun 26, 2013 | 0.83 | 0.83 | 0.83 | 0.83 | 0 | 0.83 |
| Jun 25, 2013 | 0.84 | 0.84 | 0.81 | 0.83 | 1,055,300 | 0.83 |

* Close price adjusted for dividends and splits.

First | Previous | Next | Last

Download to Spreadsheet

Currency in USD.

A0670