NORX.PK Historical Prices | NORSTRA ENERGY Stock - Yahoo! Finance

Page 1 of 3

Case 1:15-cv-00894-WHP-JLC   Document 75-22   Filed 03/28/15   Page 1 of 5

Home    Mail    News    Sports    Finance    Weather    Games    Groups    Answers    Screen    Flickr    Mobile    | More

Search Finance        SearchWeb        Mail

Finance Home    My Portfolio    My Quotes News    Market Data    Yahoo Originals    Business & Finance    Personal Finance    CNBC    Contributors

Enter Symbol    Look Up

Thu, Dec 4, 2014, 5:49PM EST - U.S. Markets closed    **Report an Issue**

Dow

E✲TRADE
OPEN AN ACCOUNT

Fidelity Cash
Management
Account

NORX    5-DAY TREND
Scottrade Go

NORX 33.33%

## NORSTRA ENERGY (NORX.PK) - Other OTC ★ Watchlist

# 0.02 0.00(0.00%) Oct 30

## Historical Prices

Get Historical Prices for: [          ] [GO]

### Set Date Range

Start Date: [Mar ▼]       Eg. Jan 1, 2010       ◉ Daily
End Date: [Dec ▼]                                ○ Weekly
                                                 ○ Monthly
                                                 ○ Dividends Only

[Get Prices]

Neiman Marcus

OYOBox

Luxury Eyewear Organizers
See. Choose. Wear.

SHOP NOW ▶

First | Previous | Next | Last

### Prices

| Date | Open | High | Low | Close | Volume | Adj Close* |
|------|------|------|-----|-------|--------|-----------|
| Jun 24, 2013 | 0.85 | 0.85 | 0.77 | 0.82 | 2,453,300 | 0.82 |
| Jun 21, 2013 | 0.85 | 0.92 | 0.79 | 0.81 | 2,765,300 | 0.81 |
| Jun 20, 2013 | 0.86 | 0.86 | 0.76 | 0.82 | 2,299,700 | 0.82 |
| Jun 19, 2013 | 0.84 | 0.88 | 0.79 | 0.84 | 3,498,200 | 0.84 |
| Jun 18, 2013 | 0.75 | 0.84 | 0.70 | 0.78 | 3,872,600 | 0.78 |
| Jun 17, 2013 | 0.69 | 0.73 | 0.67 | 0.70 | 1,787,900 | 0.70 |
| Jun 14, 2013 | 0.64 | 0.70 | 0.64 | 0.67 | 1,631,000 | 0.67 |
| Jun 13, 2013 | 0.75 | 0.78 | 0.57 | 0.64 | 4,615,300 | 0.64 |
| Jun 12, 2013 | 0.90 | 0.91 | 0.76 | 0.79 | 2,632,600 | 0.79 |
| Jun 11, 2013 | 1.16 | 1.17 | 0.73 | 0.91 | 4,714,800 | 0.91 |
| Jun 10, 2013 | 1.11 | 1.21 | 1.05 | 1.13 | 3,097,900 | 1.13 |
| Jun 7, 2013 | 1.28 | 1.29 | 1.00 | 1.14 | 5,382,900 | 1.14 |
| Jun 6, 2013 | 1.74 | 2.06 | 1.10 | 1.34 | 12,020,200 | 1.34 |
| Jun 5, 2013 | 1.04 | 1.64 | 1.02 | 1.56 | 6,048,300 | 1.56 |
| Jun 4, 2013 | 0.94 | 1.00 | 0.94 | 0.97 | 2,338,700 | 0.97 |
| Jun 3, 2013 | 0.93 | 0.94 | 0.92 | 0.94 | 943,300 | 0.94 |
| May 31, 2013 | 0.94 | 0.95 | 0.92 | 0.93 | 1,847,100 | 0.93 |
| May 30, 2013 | 0.91 | 0.94 | 0.89 | 0.92 | 1,195,300 | 0.92 |
| May 29, 2013 | 0.92 | 0.95 | 0.88 | 0.89 | 2,501,700 | 0.89 |
| May 28, 2013 | 0.90 | 0.90 | 0.85 | 0.88 | 1,413,600 | 0.88 |
| May 24, 2013 | 0.86 | 0.86 | 0.83 | 0.85 | 1,191,800 | 0.85 |
| May 23, 2013 | 0.84 | 0.85 | 0.81 | 0.83 | 1,818,000 | 0.83 |
| May 22, 2013 | 0.79 | 0.82 | 0.78 | 0.81 | 1,025,500 | 0.81 |
| May 21, 2013 | 0.78 | 0.79 | 0.76 | 0.79 | 952,400 | 0.79 |
| May 20, 2013 | 0.79 | 0.79 | 0.75 | 0.76 | 1,346,100 | 0.76 |
| May 17, 2013 | 0.73 | 0.76 | 0.71 | 0.74 | 666,600 | 0.74 |

A0671

NORX.PK Historical Prices | NORSTRA ENERGY Stock - Yahoo! Finance

Page 2 of 3

Case 1:15-cv-00894-WHP-JLC   Document 75-22   Filed 03/28/15   Page 2 of 5

| Date | | | | | | |
|---|---|---|---|---|---|---|
| May 16, 2013 | 0.72 | 0.72 | 0.67 | 0.71 | 494,500 | 0.71 |
| May 15, 2013 | 0.71 | 0.72 | 0.69 | 0.71 | 1,222,100 | 0.71 |
| May 14, 2013 | 0.66 | 0.73 | 0.66 | 0.68 | 687,600 | 0.68 |
| May 13, 2013 | 0.66 | 0.70 | 0.63 | 0.66 | 718,800 | 0.66 |
| May 10, 2013 | 0.72 | 0.72 | 0.65 | 0.65 | 467,500 | 0.65 |
| May 9, 2013 | 0.73 | 0.73 | 0.69 | 0.70 | 709,600 | 0.70 |
| May 8, 2013 | 0.73 | 0.74 | 0.71 | 0.73 | 748,800 | 0.73 |
| May 7, 2013 | 0.73 | 0.75 | 0.71 | 0.71 | 1,265,800 | 0.71 |
| May 6, 2013 | 0.69 | 0.72 | 0.69 | 0.71 | 998,100 | 0.71 |
| May 3, 2013 | 0.69 | 0.69 | 0.66 | 0.69 | 493,300 | 0.69 |
| May 2, 2013 | 0.66 | 0.70 | 0.66 | 0.68 | 738,600 | 0.68 |
| May 1, 2013 | 0.71 | 0.72 | 0.60 | 0.66 | 740,000 | 0.66 |
| Apr 30, 2013 | 0.70 | 0.72 | 0.68 | 0.69 | 1,437,200 | 0.69 |
| Apr 29, 2013 | 0.65 | 0.68 | 0.63 | 0.68 | 1,605,400 | 0.68 |
| Apr 26, 2013 | 0.64 | 0.64 | 0.62 | 0.63 | 697,900 | 0.63 |
| Apr 25, 2013 | 0.62 | 0.64 | 0.60 | 0.63 | 721,300 | 0.63 |
| Apr 24, 2013 | 0.59 | 0.62 | 0.59 | 0.60 | 664,900 | 0.60 |
| Apr 23, 2013 | 0.59 | 0.62 | 0.58 | 0.58 | 807,800 | 0.58 |
| Apr 22, 2013 | 0.58 | 0.59 | 0.55 | 0.58 | 1,039,200 | 0.58 |
| Apr 19, 2013 | 0.57 | 0.59 | 0.56 | 0.56 | 897,800 | 0.56 |
| Apr 18, 2013 | 0.56 | 0.62 | 0.53 | 0.54 | 1,437,300 | 0.54 |
| Apr 17, 2013 | 0.54 | 0.56 | 0.51 | 0.54 | 482,200 | 0.54 |
| Apr 16, 2013 | 0.55 | 0.55 | 0.47 | 0.54 | 624,900 | 0.54 |
| Apr 15, 2013 | 0.56 | 0.56 | 0.50 | 0.54 | 681,400 | 0.54 |
| Apr 12, 2013 | 0.51 | 0.55 | 0.50 | 0.53 | 378,100 | 0.53 |
| Apr 11, 2013 | 0.49 | 0.52 | 0.47 | 0.50 | 772,200 | 0.50 |
| Apr 10, 2013 | 0.46 | 0.49 | 0.45 | 0.47 | 389,200 | 0.47 |
| Apr 9, 2013 | 0.51 | 0.51 | 0.41 | 0.45 | 372,400 | 0.45 |
| Apr 8, 2013 | 0.52 | 0.52 | 0.48 | 0.49 | 480,000 | 0.49 |
| Apr 5, 2013 | 0.46 | 0.53 | 0.45 | 0.52 | 191,000 | 0.52 |
| Apr 4, 2013 | 0.56 | 0.56 | 0.45 | 0.48 | 473,800 | 0.48 |
| Apr 3, 2013 | 0.57 | 0.58 | 0.52 | 0.54 | 585,800 | 0.54 |
| Apr 2, 2013 | 0.56 | 0.57 | 0.52 | 0.56 | 1,197,200 | 0.56 |
| Apr 1, 2013 | 0.51 | 0.56 | 0.43 | 0.52 | 811,400 | 0.52 |
| Mar 28, 2013 | 0.48 | 0.50 | 0.48 | 0.50 | 383,000 | 0.50 |
| Mar 27, 2013 | 0.45 | 0.48 | 0.45 | 0.48 | 107,700 | 0.48 |
| Mar 26, 2013 | 0.44 | 0.45 | 0.42 | 0.45 | 27,900 | 0.45 |
| Mar 25, 2013 | 0.44 | 0.44 | 0.44 | 0.44 | 22,900 | 0.44 |
| Mar 22, 2013 | 0.40 | 0.45 | 0.40 | 0.45 | 100,000 | 0.45 |
| Mar 21, 2013 | 0.40 | 0.44 | 0.40 | 0.43 | 43,500 | 0.43 |

\* Close price adjusted for dividends and splits.

First | Previous | Next | Last

Download to Spreadsheet

Currency in USD.

A0672

NORX.PK Historical Prices | NORSTRA ENERGY Stock - Yahoo! Finance

Page 1 of 2

Home    Mail    News    Sports    Finance    Weather    Games    Groups    Answers    Screen    Flickr    Mobile    | More

Search Finance        Sign In Web        Mail

Finance Home   My Portfolio   My Quotes News   Market Data   Yahoo Originals   Business & Finance   Personal Finance   CNBC   Contributors

Enter Symbol | Look Up

Thu, Dec 4, 2014, 5:50PM EST - U.S. Markets closed   Report an Issue

Dow

Fidelity

Scottrade
$7 Online Trades
Trade Now

E✶TRADE
OPEN AN ACCOUNT

NORX 33.33%

**NORSTRA ENERGY (NORX.PK)** - Other OTC  ★ Watchlist

**0.02**  0.00(0.00%)  Oct 30

## Historical Prices

Get Historical Prices for: [          ]  GO

### Set Date Range

Start Date: Mar ▾        Eg. Jan 1, 2010      ● Daily
End Date: Dec ▾                                ○ Weekly
                                               ○ Monthly
                                               ○ Dividends Only
                        Get Prices

First | Previous | Next | Last

### Prices

| Date | Open | High | Low | Close | Volume | Adj Close* |
|------|------|------|-----|-------|--------|-----------|
| Mar 20, 2013 | 0.43 | 0.44 | 0.43 | 0.44 | 20,500 | 0.44 |
| Mar 19, 2013 | 0.43 | 0.43 | 0.41 | 0.43 | 12,900 | 0.43 |
| Mar 18, 2013 | 0.43 | 0.43 | 0.43 | 0.43 | 8,000 | 0.43 |
| Mar 15, 2013 | 0.41 | 0.43 | 0.41 | 0.43 | 15,500 | 0.43 |
| Mar 14, 2013 | 0.42 | 0.42 | 0.35 | 0.41 | 99,500 | 0.41 |
| Mar 13, 2013 | 0.41 | 0.42 | 0.40 | 0.42 | 55,100 | 0.42 |
| Mar 12, 2013 | 0.41 | 0.43 | 0.40 | 0.43 | 91,900 | 0.43 |
| Mar 11, 2013 | 0.39 | 0.41 | 0.39 | 0.41 | 114,500 | 0.41 |
| Mar 8, 2013 | 0.38 | 0.39 | 0.38 | 0.39 | 135,500 | 0.39 |
| Mar 7, 2013 | 0.38 | 0.38 | 0.37 | 0.38 | 57,300 | 0.38 |
| Mar 6, 2013 | 0.37 | 0.37 | 0.36 | 0.36 | 53,700 | 0.36 |
| Mar 5, 2013 | 0.35 | 0.37 | 0.35 | 0.35 | 131,800 | 0.35 |

* Close price adjusted for dividends and splits.

First | Previous | Next | Last

Neiman Marcus

OYOBox
Luxury Eyewear Organizers
See. Choose. Wear.

SHOP NOW ▶

⤓Download to Spreadsheet

Currency in USD.

A0673



# UNITED STATES OF AMERICA

SECURITIES AND EXCHANGE COMMISSION

## ATTESTATION

I HEREBY ATTEST

*that:*

*The Commission records reflect that a Form S-1, registration statement, was received in this Commission on April 30, 2012, under the name of NORSTRA ENERGY INC., File No. 333-181042, pursuant to the provisions of the Securities Act of 1933.*

on file in this Commission

01/12/2015
*Date*

Joseph Horneman, Management and Program Analyst



It is hereby certified that the Secretary of the U.S. Securities and Exchange Commission, Washington, DC, which Commission was created by the Securities Exchange Act of 1934 (15 U.S.C. 78a et seq.) is official custodian of the records and files of said Commission and was such official custodian at the time of executing the above attestation, and that he/she, and persons holding the positions of Deputy Secretary, Assistant Director, Records Officer, Branch Chief of Records Management, and the Program Analyst for the Records Officer, or anyone of them, are authorized to execute the above attestation.

For the Commission

Secretary

SEC 334 (9-12)

A0674



# UNITED STATES OF AMERICA
## SECURITIES AND EXCHANGE COMMISSION

# ATTESTATION

I HEREBY ATTEST

*that:*

*The Commission records reflect a notice of effectiveness of Form S-1 dated July 12, 2012, for NORSTRA ENERGY INC., File No. 333-181042, pursuant to the provisions of the Securities Act of 1933.*

on file in this Commission

01/12/2015
_____
Date

*Joseph Horneman*

Joseph Horneman, Management and Program Analyst

It is hereby certified that the Secretary of the U.S. Securities and Exchange Commission, Washington, DC, which Commission was created by the Securities Exchange Act of 1934 (15 U.S.C. 78a et seq.) is official custodian of the records and files of said Commission and was such official custodian at the time of executing the above attestation, and that he/she, and persons holding the positions of Deputy Secretary, Assistant Director, Records Officer, Branch Chief of Records Management, and the Program Analyst for the Records Officer, or anyone of them, are authorized to execute the above attestation.

For the Commission

_____
Secretary

SEC 334 (9-12)

A0675