```
S242              AUTOMATED SECURITIES PROCESSING SYSTEM  AKU    01/05/15    10:59
                  HISTORY BASIC DATA INQUIRY SCREEN   DATA FROM ARCHIVE

   ASP TRN  1131060112820     DTC ID                 LAST MODIFIED DATE

   ACCOUNT  298307-A  DMS RBCT TAX EXEMPT CLIENT ACCOUNT
   CUSIP  98387X203    XUMANII
   TRANSACTION TYPE    RECEIVE FREE      INSTRUCTION SOURCE  UNKNOWN    COND   CANCL

   TRADING  INST  00000000   BROWN BROTHERS HAR              VIA CODE
   CLEARING INST       10                                     STATUS
   SOURCE REG        SOURCE LOC        FINAL REG   DTC  FINAL LOC
   TRADE DATE 04/17/13 SETL DATE 04/17/13 POST DATE 07/17/13

   UNITS              10,000,000      FINAL MONEY
   UNDERLYING CUSIP                   OVERS/SHORT          FED FUNDS NO
   PRINCIPAL                          INCOME                  SEC
   COMMISSION                         STATE TAX              BK CHG
                                 PATH #


   4-◎ §         1    Sess-1    160.254.155.24        CTCPS038           1/1
```

Name: xeccdck - Date: 01/05/2015  Time: 10:59:05 AM

Confidential Treatment Requested by BNY Mellon

BNYM_CAL_072670

A0823

Page: 1  Document Name: Untitled

```
S242              AUTOMATED SECURITIES PROCESSING SYSTEM  AKU   01/05/15    09:36
                   HISTORY BASIC DATA INQUIRY SCREEN   DATA FROM ARCHIVE

ASP TRN  1131220136856    DTC ID            LAST MODIFIED DATE

ACCOUNT  298307-A  DMS RBCT TAX EXEMPT CLIENT ACCOUNT
CUSIP  98387X203    XUMANII
TRANSACTION TYPE   RECEIVE FREE      INSTRUCTION SOURCE  UNKNOWN   COND  FINAL

TRADING INST  00000000  LEK SECURIEITES CO          VIA CODE  DTC
CLEARING INST     512                               STATUS  REC
SOURCE REG        SOURCE LOC       FINAL REG  DTC  FINAL LOC  DTC
TRADE DATE 05/02/13 SETL DATE 05/03/13 POST DATE 05/03/13

UNITS          17,050,000       FINAL MONEY
UNDERLYING CUSIP                 OVERS/SHORT           FED FUNDS NO
PRINCIPAL                        INCOME                SEC
COMMISSION                       STATE TAX             BK CHG
                         PATH #
VER          050213     REC         050313


4-© §          1    Sess-1    160.254.155.24      CTCPS038        1/1
```

Name: xeccdck - Date: 01/05/2015  Time: 9:36:54 AM

Confidential Treatment Requested by BNY Mellon

BNYM_CAL_072674

A0824

```
                    5-2-13 PR Newswire
Wire: PR Newswire (PRN) Date: May 2 2013  16:30:05
Xumanii™ (Xumanii or the "Company") (OTCQB and Pinksheets: XUII) Proudly Announces
the Acquisition of a Master License to a

*************************************************************************************
 BN 05/02 16:30 *XUMANII™ (XUMANII OR "COMPANY") (OTCQB, PINKSHEETS: XUII)
*************************************************************************************
```

Xumanii™ (Xumanii or the "Company") (OTCQB and Pinksheets: XUII) Proudly Announces the Acquisition of a Master License to a Cutting-edge Intellectual Property Portfolio in the Multi Billion Dollar Live Stream Marketplace that will give the Company a Significant Advantage Over Existing Platform

PR Newswire

CARSON CITY, Nev., May 2, 2013

CARSON CITY, Nev., May 2, 2013 /PRNewswire/ -- Xumanii™ (the "Company") (OTCQB: XUII), a company that has developed proprietary technology capable of broadcasting live events in HD wirelessly from multiple cameras at events for an extremely low production cost, announces today that the Company has acquired the master license to a cutting-edge IP portfolio that will significantly enhance the Company's current platform technology. The Master License agreement allows Xumanii access to technology that can significantly enhance the bitrate at which video is uploaded and broadcast through its platform. "The rapidly expanding, multi billion dollar live stream market is highly competitive and technologically advanced so acquiring this intellectual property was key to maintaining and boosting our edge over the competition," said company President Alex Frigon. He went on to say that, "The average American family watches over 5 hours a day of video content. Currently, the online video market is a one-way push model that is grossly inefficient. We believe that we can combine streaming video and e-commerce on our platform by introducing products that accompany content. Adding to that fact is that our platform can be viewed globally so our reach can be enhanced by a huge multiplier." The XUMANII team and I look forward to announcing the upcoming lineup of talent that will be able to be viewed "live" on our platform. Please log in regularly or sign up on our website at www.xumanii.com to receive notices of upcoming live events.

About XUMANII™

Xumanii™ is an all-inclusive online platform that provides users the opportunity to create a "Live Broadcast" in true High Definition. Xumanii™'s new, patent pending technology integrates proprietary hardware and software wirelessly, streaming live feeds from multiple cameras in High Definition Audio/Visual with capabilities of up to 10 Megabites per seconds. This technology integrated Hardware and Software allows for the highest quality "live broadcast" without the exorbitant expenditure of traditional methods currently used in the marketplace via the respective Artist's Channel on Xumanii.com. The Company's technology can also be provided to each Artist allowing them to broadcast any event in which they feel that they would like their fans to be a part of.

Safe Harbor Statement
Certain statements in this news release may contain forward-looking information within the meaning of Rule 175 under the Securities Act of 1933 and Rule 3b-6 under the Securities Exchange Act of 1934, and are subject to the safe harbor created by those rules. All statements, other than statements of fact, included in this release, including, without limitation, statements regarding potential future plans and objectives of the company, are forward-looking statements that involve risks and uncertainties. There can be no assurance that such statements will prove to be accurate and actual results and future events could differ materially from those anticipated in such

A0825

5-2-13 PR Newswire

statements. The company cautions that these forward-looking statements are further qualified by other factors. The company undertakes no obligation to publicly update or revise any statements in this release, whether as a result of new information, future events or otherwise.

XUII Investor Relations
Maplehurst
Tel: 917.838.3991

SOURCE Xumanii(TM)

Website: http://www.xumanii.com
-0- May/02/2013 20:30 GMT

------------------------------=============------------------------------
Copyright (c) 2014

########################### END OF STORY 1 ###########################

A0826

5-13-13
Wire: PR Newswire (PRN) Date: May 13 2013  16:30:17
Xumanii™ is Proud to Announce that the Company will be Broadcasting Grammy Nominated
Hip-Hop Superstar Pusha-T LIVE in True

    Xumanii™ is Proud to Announce that the Company will be Broadcasting Grammy
Nominated Hip-Hop Superstar Pusha-T LIVE in True HD™ tomorrow May 14th at 10pm
EDT for the MTV JAMS "The Life is So Exciting" Tour Free of Charge to viewers
                                    Worldwide


PR Newswire

CARSON CITY, Nev., May 13, 2013

CARSON CITY, Nev., May 13, 2013 /PRNewswire/ -- Xumanii™ (the "Company")
(OTCQB and Pinksheets: XUII), a company that has developed proprietary
technology capable of broadcasting live events in True HD™ wirelessly from
multiple cameras at events creating high quality content for drastically lower
production cost announces today that they will host PUSHA-T LIVE on their
proprietary live streaming broadcast platform located at www.xumanii.com.
    Xumanii and Pusha-T recently signed a 2-year Agreement, which includes four
concert events over the next two years.

Company Founder and CEO Mr. Alex Frigon stated, "I am overjoyed at the
opportunity to bring viewers from around the world a chance to watch Pusha-T
Live on our platform.  Together with the Artist we have decided to give this
concert to the fans for free so that both the Company and Pusha-T can bring
the MTV Jams tour to the fans immediately.  This is our second high profile
event this year and I'm looking forward to showing the world what Xumanii is
made of." He went on to say that "The Xumanii platform is capable of streaming
live in HD at bit rates of up to 10mbps because of the combination of our
software and hardware that we have worked tirelessly to create. This is
significantly greater than the standard bit rate stream of 1.5 to 2.5mpbs that
you will get from our competitors."

Although Terrence "Pusha-T" Thornton may be most known for his part in the
highly successful rap group "The Clipse" he has been on many chart topping
records since signing with Kanye West's GOOD Music label In September 2010. In
2013 he was nominated for two Grammy Awards for "Best Rap Song" and "Best Rap
Performance" for the blockbuster "Mercy". He is currently on a thirty city
tour with rapper Fabolous headlining the MTV Jams "The Life is so Exciting"
Tour. Pusha-T will be featuring songs from his upcoming album titled "My Name
is my Name" which is slated for release July 16, 2013.

About XUMANII™

Xumanii™ is an all-inclusive online platform that provides users the
opportunity to create a "Live Broadcast" in true High Definition.  Xumanii™'s
new, patent pending technology integrates proprietary hardware and software
wirelessly, streaming live feeds from multiple cameras in High Definition
Audio/Visual with capabilities of up to 10 Megabites per seconds.  This
technology integrated Hardware and Software allows for the highest quality
"live broadcast" without the exorbitant expenditure of traditional methods
currently used in the marketplace via the respective Artist's Channel on
Xumanii.com.  The Company's technology can also be provided to each Artist
allowing them to broadcast any event in which they feel that they would like
their fans to be a part of.

Safe Harbor Statement
Certain statements in this news release may contain forward-looking
information within the meaning of Rule 175 under the Securities Act of 1933
and Rule 3b-6 under the Securities Exchange Act of 1934, and are subject to
the safe harbor created by those rules. All statements, other than statements
of fact, included in this release, including, without limitation, statements
                                  Page 1

5-13-13

regarding potential future plans and objectives of the company, are forward-looking statements that involve risks and uncertainties. There can be no assurance that such statements will prove to be accurate and actual results and future events could differ materially from those anticipated in such statements. The company cautions that these forward-looking statements are further qualified by other factors. The company undertakes no obligation to publicly update or revise any statements in this release, whether as a result of new information, future events or otherwise.

XUII Investor Relations
Maplehurst
Tel: 917.838.3991

SOURCE Xumanii(TM)

Website: http://www.xumanii.com
-0- May/13/2013 20:30 GMT

-----------------------------===========================------------------------------
Copyright (c) 2014

########################### END OF STORY 1 ###########################

A0828

5-15-13
Wire: PR Newswire (PRN) Date: May 15 2013  16:30:08
XUMANII is Proud to Announce That Former COO of G.O.O.D. Music and Manager of
Artists Such as Hip-Hop Legend Kanye West, Mr.

XUMANII is Proud to Announce That Former COO of G.O.O.D. Music and Manager of
    Artists Such as Hip-Hop Legend Kanye West, Mr. John Monopoly, has Joined
                          Forces with the Company

PR Newswire

CARSON CITY, Nev., May 15, 2013

CARSON CITY, Nev., May 15, 2013 /PRNewswire/ -- Xumanii™ ("Xumanii" or the
"Company") (OTCQB: XUII), a company that has developed proprietary technology
capable of broadcasting live concerts and events in True HD wirelessly from
multiple cameras at events for an extremely low production cost, announces
today that it has appointed John "Monopoly" Johnson, one of the most
successful and well-known hip-hop talent scouts and Artist Manager. Though
most in the industry know him for the ultra successful career launch and
co-management of Superstar Entertainer Kanye West from 1991 to 2008, he has
also served on management teams as well as a key A&R for talents such as Busta
Rhymes, Missy Elliott, Mobb Deep and Legendary Hip-Hop Producer NO ID.  Mr.
Monopoly was VP of Producer Management at Violator Records, Director of A&R at
Jive Records, and COO of Kanye West's label G.O.O.D. Music as well as Urban
Marketing Director of the new popular social media platform Pheed.  While at
Pheed John Monopoly played an integral part of the recent surge in popularity
by securing Artists such as Nas, Pharrell, 2Chainz, Pusha-T, Flo Rida, Game
and Sean "P Diddy" Combs.  Pheed quickly joined the Top 20 out of all Free
Apps, reaching #1 in social networking above Twitter and Facebook due to the
overwhelming support and endorsements of some of the most well known names in
Popular Music today.

"John's reach, business acumen, reputation and talent is of the highest
caliber in the Music Industry and it is with great pleasure that we welcome
him onboard.  He has a proven track record of success and his knowledge of the
technological integration in Music and Entertainment is profound," said
Xumanii founder and CEO Alexandre Frigon.

About XUMANII

Xumanii™ ("XUII" or the "Company") is an all-inclusive online platform that
provides users the opportunity to create a "Live Broadcast" in true High
Definition.  Xumanii's™ new, patent pending technology integrates proprietary
hardware and software wirelessly, streaming live feeds from multiple cameras
in High Definition Audio/Visual with capabilities of up to 10 megabites per
seconds.  This technology integrated Hardware and Software allows for the
highest quality "live broadcast" without the exorbitant expenditure of
traditional methods currently used in the marketplace via the respective
Artist's Channel on Xumanii.com.  The Company's technology can also be
provided to each Artist allowing them to broadcast any event in which they
feel that they would like their fans to be a part of.

Safe Harbor Statement
Certain statements in this news release may contain forward-looking
information within the meaning of Rule 175 under the Securities Act of 1933
and Rule 3b-6 under the Securities Exchange Act of 1934, and are subject to
the safe harbor created by those rules. All statements, other than statements
of fact, included in this release, including, without limitation, statements
regarding potential future plans and objectives of the company, are
forward-looking statements that involve risks and uncertainties. There can be
no assurance that such statements will prove to be accurate and actual results
and future events could differ materially from those anticipated in such
statements. The company cautions that these forward-looking statements are
                              Page 1

A0829

5-15-13

further qualified by other factors. The company undertakes no obligation to publicly update or revise any statements in this release, whether as a result of new information, future events or otherwise.

XUII Investor Relations
Maplehurst
Tel: 917.838.3991

SOURCE Xumanii(TM)

-0- May/15/2013 20:30 GMT

---------------------------===================------------------------------
                              Copyright (c) 2014

########################### END OF STORY 1 ###########################

A0830

5-16-13

Wire: PR Newswire (PRN) Date: May 16 2013  8:22:16
Xumanii™ is Proud to Announce that the Company will be Broadcasting International
Music Superstar AKON Saturday May 25th, 2013

Xumanii™ is Proud to Announce that the Company will be Broadcasting
International Music Superstar AKON Saturday May 25th, 2013 at the grand
opening of Akon's new night club "Jewel" at the Melia Caribe Tropical Hotel
and Resort in Punta Cana, Dominican Republic

PR Newswire

CARSON CITY, Nev., May 16 2013

CARSON CITY, Nev., May 16 2013 /PRNewswire/ -- Xumanii™ ("Xumanii" or the
"Company") (OTCQB: XUII), a company that has developed proprietary technology
capable of broadcasting live concerts and events in True HD™ wirelessly from
multiple cameras for an extremely low production cost, today announces that
the Company has signed International Music Superstar Akon.  This event is
scheduled to be Broadcasted Live on Saturday May 25th 2013 exclusively on
Xumanii.com.

Aliaune "Akon" Thiam is one of the most recognizable Artists in music today
across all genres of pop culture. Since his first album debuted in 2004 Akon
has sold more than eleven (11) million albums worldwide. His achievements in
music include an astounding forty (40) singles that have been featured in the
Billboard Hot 100 List.  He is the first solo artist to hold both the number
one and two spots simultaneously on the Billboard Hot 100 charts twice. Akon
has had four songs certified as 3x platinum, three songs certified as 2x
platinum, more than ten songs certified as 1x platinum and more than ten songs
certified as gold in digital sales. Akon has sung songs in other languages
including Spanish and Hindi. The Guinness Book of World Records listed him as
the #1 selling artists for master ringtones in the world.

Akon is accredited the world record of having the highest number of guest
appearances in songs with over three hundred (300) collaborating with Artists
such as Michael Jackson, Lady Gaga, Quincy Jones, Eminem and Whitney Houston
to name a few.

Akon took his successes as a renowned Artist and Producer to the next level
when he started his record labels Konvict Musik and KonLive Distribution.
Under his guidance he has signed artists such as Flo-Rida, T-Pain and one of
music's biggest stars Lady Gaga producing and collaborating on many of his
Artists major hits.  His business sense is well noted repeatedly ranking in
the Forbes "Celebrity 100" and "Hip-Hop Cash Kings" List.  His Global Brand
reaches far beyond music with multiple successful Clothing Lines and Internet
businesses.

Akon is currently the #18th most liked person on Facebook with over 44000000
likes.

Company Founder and CEO Alexandre Frigon states, "We are pleased to have come
to an agreement with Akon, this amazing opportunity for Xumanii and music fans
around the world.  The Live Broadcast will take place during the grand opening
of Akon's new night club 'Jewel' at the Melia Caribe Tropical Hotel and Resort
in Punta Cana Dominican Republic next Saturday May 25th."

About XUMANII

Xumanii™ ("XUII" or the "Company") is an all-inclusive online platform that
provides users the opportunity to create a "Live Broadcast" in true High
Definition.  Xumanii's™ new, patent pending technology integrates proprietary
hardware and software wirelessly, streaming live feeds from multiple cameras
in High Definition Audio/Visual with capabilities of up to 10 megabites per
Page 1

A0831

5-16-13

seconds.  This technology integrated Hardware and Software allows for the highest quality "live broadcast" without the exorbitant expenditure of traditional methods currently used in the marketplace via the respective Artist's Channel on Xumanii.com.  The Company's technology can also be provided to each Artist allowing them to broadcast any event in which they feel that they would like their fans to be a part of.

Safe Harbor Statement

Certain statements in this news release may contain forward-looking information within the meaning of Rule 175 under the Securities Act of 1933 and Rule 3b-6 under the Securities Exchange Act of 1934, and are subject to the safe harbor created by those rules. All statements, other than statements of fact, included in this release, including, without limitation, statements regarding potential future plans and objectives of the company, are forward-looking statements that involve risks and uncertainties. There can be no assurance that such statements will prove to be accurate and actual results and future events could differ materially from those anticipated in such statements. The company cautions that these forward-looking statements are further qualified by other factors. The company undertakes no obligation to publicly update or revise any statements in this release, whether as a result of new information, future events or otherwise.

XUII Investor Relations
Maplehurst
Tel: 917.838.3991

SOURCE Xumanii(TM)

Website: http://Xumanii.com
-0- May/16/2013 12:22 GMT

--------------------------------=========================-------------------------------
Copyright (c) 2014

############################# END OF STORY 1 #############################

A0832

5-21-13-3
Wire: PR Newswire (PRN) Date: May 21 2013  9:00:05
Xumanii Announces Completion and Total Integration of its HTTP Dynamic Stream (HDS)
and HTTP Live Streaming (HLS) Communication

Xumanii Announces Completion and Total Integration of its HTTP Dynamic Stream
    (HDS) and HTTP Live Streaming (HLS) Communication Protocols, Allowing
    Worldwide Smart Phone and Mobile Device Accessibility to the Company's
                    Exclusive Live Broadcast Content

PR Newswire

CARSON CITY, Nev., May 21, 2013

CARSON CITY, Nev., May 21, 2013 /PRNewswire/ -- Xumanii™ ("Xumanii" or the
"Company") (OTCQB: XUII) (OTC Pink: XUII), a company that has developed
proprietary technology that enables the user to wirelessly Broadcast Concerts
and Events Live in True HD∧™.  This unique combination of proprietary hardware
and software allows all camera feeds to stream directly to any computer or
laptop with the Xumanii software installed.  The Company's platform enables
Broadcasters to produce live streaming events online for an extremely low
production cost while expanding on the potential viewership due to the use of
the Internet as opposed to tradition television.

The Company today announces that it has significantly expanded its platform
capabilities by successfully integrating additional components within
Xumanii's proprietary software that will now allow content to be broadcasted
Live over smart phone and mobile devices such as tablets. After the recent
successful beta testing at last weeks presentation of Grammy Nominated Hip-Hop
Star "Pusha-T" the Company has decided to showcase this new capability at the
highly anticipated Performance from Musical Icon "Akon" so that the Company
can expand it's viewership.

The Company's Live Concert Events can be viewed from any smartphone that uses
the iOS∧™ or Android∧™ platform directly from the website once a viewer has
logged in.  The software allows for the maximum screen size for each device
and is still streamed in High Definition.

The Company's Founder and CEO Mr. Alexandre Frigon states "This is a huge
milestone for Xumanii because smartphone's are clearly the future.  We decided
early in the development stage the ability to broadcast Live over smart phone
and mobile devices was key since there are over one billion smartphones are in
use today.  Our strategy was to create a more complete software so that
Xumanii viewers can bypass the need for an "App".  We are very pleased to
announce that this Saturday May 25∧th we will be showcasing our Xumanii Mobile
X-Player™ for our Live Broadcast of Akon in Punta Cana (Dominican Republic) so
Akon fans and Xumanii can now watch this exciting event and all future Xumanii
live events virtually anywhere in the world on virtually any platform."

About XUMANII

Xumanii™ ("XUII" or the "Company") is an all-inclusive online platform that
provides users the opportunity to create a "Live Broadcast" in true High
Definition.  Xumanii's∧™ new, patent pending technology integrates proprietary
hardware and software wirelessly, streaming live feeds from multiple cameras
in High Definition Audio/Visual with capabilities of up to 10 megabites per
seconds.  This technology integrated Hardware and Software allows for the
highest quality "live broadcast" without the exorbitant expenditure of
traditional methods currently used in the marketplace via the respective
Artist's Channel on Xumanii.com.  The Company's technology can also be
provided to each Artist allowing them to broadcast any event in which they
feel that they would like their fans to be a part of.

**Safe Harbor** Statement
                        Page 1

A0833

5-21-13-3
Certain statements in this news release may contain forward-looking
information within the meaning of Rule 175 under the Securities Act of 1933
and Rule 3b-6 under the Securities Exchange Act of 1934, and are subject to
the safe harbor created by those rules. All statements, other than statements
of fact, included in this release, including, without limitation, statements
regarding potential future plans and objectives of the company, are
forward-looking statements that involve risks and uncertainties. There can be
no assurance that such statements will prove to be accurate and actual results
and future events could differ materially from those anticipated in such
statements. The company cautions that these forward-looking statements are
further qualified by other factors. The company undertakes no obligation to
publicly update or revise any statements in this release, whether as a result
of new information, future events or otherwise.

XUII Investor Relations
Maplehurst
Tel: 917.838.3991

SOURCE Xumanii(TM)

-0- May/21/2013 13:00 GMT

---------------------------------=================---------------------------
Copyright (c) 2014

########################### END OF STORY 1 ###########################

Page 2

A0834

5-24-13
Wire: PR Newswire (PRN) Date: May 24 2013  9:11:19
Xumanii™ Announces that it has Entered into Partnership Discussions with Abu Dhabi
Media

*************************************************************************
BFW 05/24 09:15 *XUMANII SAYS HAS ENTERED PARTNERING TALKS W/ ABU DHABI MEDIA
BN 05/24 09:11 *XUMANII™ REPORTS IT HAS ENTERED INTO PARTNERSHIP TALKS W/ ABU
*************************************************************************

        Xumanii™ Announces that it has Entered into Partnership Discussions with Abu
                                Dhabi Media

PR Newswire

CARSON CITY, Nev., May 24, 2013

CARSON CITY, Nev., May 24, 2013 /PRNewswire/ -- Xumanii™ ("Xumanii" or the
"Company") (OTCQB: XUII), (OTC Pink: XUII), a company that has developed
proprietary technology capable of broadcasting live events in HD wirelessly
from multiple cameras at events for an extremely low production cost announces
today that the Company has taken the initial steps to begin partnerships with
several key media partners to expand on the Company's content and global
reach.  Xumanii and it's consultant partners have begun initial talks with Abu
Dhabi Media, a large scale media conglomerate that has holdings in several
major media and online markets including Abu Dhabi Radio, Emarat FM Radio,
Majid magazine, The National newspaper, Image Nation, The United Printing
Press as well as being an investor in VEVO which is a joint venture music
video website operated by Sony Music Entertainment, Universal Music Group, and
Abu Dhabi Media with EMI licensing its content to the group without taking an
ownership stake.

The Company's strategic goal is to align itself with global partners to
utilize their established positions within the music and entertainment
industry and incorporate the company's online and mobile live stream
technology to expand on musicians' global outreach.

About XUMANII

Xumanii™ is an all-inclusive online platform that provides users the
opportunity to create a "Live Broadcast" in true High Definition.  Xumanii's™
new, patent pending technology integrates proprietary hardware and software
wirelessly, streaming live feeds from multiple cameras in High Definition
Audio/Visual with capabilities of up to 10 megabites per seconds.  This
technology integrated Hardware and Software allows for the highest quality
"live broadcast" without the exorbitant expenditure of traditional methods
currently used in the marketplace via the respective Artist's Channel on
Xumanii.com.  The Company's technology can also be provided to each Artist
allowing them to broadcast any event in which they feel that they would like
their fans to be a part of.

Safe Harbor Statement

Certain statements in this news release may contain forward-looking
information within the meaning of Rule 175 under the Securities Act of 1933
and Rule 3b-6 under the Securities Exchange Act of 1934, and are subject to
the safe harbor created by those rules. All statements, other than statements
of fact, included in this release, including, without limitation, statements
regarding potential future plans and objectives of the company, are
forward-looking statements that involve risks and uncertainties. There can be
no assurance that such statements will prove to be accurate and actual results
and future events could differ materially from those anticipated in such
statements. The company cautions that these forward-looking statements are
further qualified by other factors. The company undertakes no obligation to
                                Page 1

5-24-13

publicly update or revise any statements in this release, whether as a result of new information, future events or otherwise.

XUII Investor Relations
Maplehurst
Tel: 917.838.3991

SOURCE Xumanii(TM)

Website: http://www.xumanii.com
-0- May/24/2013 13:11 GMT

----------------------------========================------------------------------
Copyright (c) 2014

########################### END OF STORY 1 ###########################

A0836



## Today's pick is: XUII

Hi Everyone,

**XUII** may have looked like it was under attack yesterday but we need our loyal subscribers to listen now more than ever...

It's no secret that the market makers have been working hard push down **XUII** over the last 24 hours. We've seen the stock pullback, but it's still trading well above from where we alerted.

<u>While we're all too familiar with these market maker "tricks" following our alerts, we want our subscribers to know that we have some tricks of our own!</u>

**XUII** is still the same great company that it was when our team discovered it. They have an amazing business model, a highly praised patent pending platform, and HUGE projects in the works. In fact, we bet you that you didn't know...

- **Xumanii** is currently negotiating with artists **Kanye West, Lil Wayne, Rick Ross, 2 Chainz** and records labels such as **Universal Records, Def Jam records, Epic records, Columbia records, RCA records, and many more.**

-**Xumanii** started during its testing phase with events and concert with artists such as Edward Maya, Akcent, Lil Twist, Drake after party, Elephant Man, Serani and LMFAO.

-**XUII** has acquired the master license to a cutting-edge IP portfolio that will significantly enhance the Company's current platform technology.

**Kanye West**? While the guy is a superstar the small fact he's in the news daily because of Kim Kardashian is gold!

There is too much to this great company to not keep it on your radar for the long haul!

<u>We are asking our loyal subscribers to TRUST US and do not panic. We are sticking with XUII for the days and weeks to come because we are positive it's what's best for all of our subscribers!</u>

Happy Trading!

The PennyStockHeroes Team

---

DISCLAIMER: Never invest in any stock featured herein unless you can afford to lose your entire investment. Neither Heropennystocks.com nor its employees and affiliates are registered as investment advisors or brokers in any jurisdiction whatsoever. The information contained herein is based on sources that Heropennystocks.com believes to be reliable but is not guaranteed by us as being accurate and does not purport to be a complete statement or summary of the available data. Readers should always do their own due diligence and consult a financial professional. Heropennystocks.com encourages readers and investors to supplement the information in this report with independent research and other professional advice. All information on the featured company is provided by the company profiled, or is available from public sources and Heropennystocks.com makes no representations or guarantees as to the accuracy or completeness of the disclosure by the profiled company. Any opinions expressed on this report are statements of judgment as of the date of publication and are subject to change without further notice and may not necessarily be reprinted in future publications or elsewhere.

None of the materials or advertisements herein constitute offers or solicitations to purchase or sell securities of the company profiled herein and any decision to invest in any such company or other financial decisions should not be made based upon the information provide herein. Instead Heropennystocks.com strongly urges you to conduct a complete and independent investigation of the respective companies. Heropennystocks.com does not offer such advice or analysis and Heropennystocks.com further urges you to consult your own independent tax, business, financial and investment advisors. Investing in micro-cap and penny securities is highly speculative and carries an extremely high degree of risk. It is possible that an investor's investment may be lost or impaired due to the speculative nature of the company profiled. Heropennystocks.com, its operators, owners, employees and affiliates may have interests or position in equity securities of the companies profiled on this website, some or all of which may have been acquired prior to the dissemination of this report and may increase or decrease these positions at any time.

This report may contain forward-looking statements, which involve risks and uncertainties. Accordingly no assurance can be given that the actual events and results will not be materially different than the anticipated results described in the forward statement. There are a number of important factors that could cause actual results to differ materially from those expressed in any forward looking statements made by Heropennystocks.com about the company profiled. If applicable, investors are also directed to consider other risks and uncertainties discussed in documents filed by the profiled company with the Securities and Exchange Commission.

Heropennystocks.com undertakes no obligation to publicly release the result of any revisions to these forward-looking statements which may be made to reflect events or circumstances after the date hereof to reflect the occurrence of unanticipated events. Heropennystocks.com is owned and operated by Victory Mark Corp LTD, 4 Lorob Bank, Ladyville, Belize City, Belize. Quotation regarding this website may be sent to info@heropennystocks.com. The company expects to receive $300,000 USD from a third party for publication of this information. This compensation may constitute a conflict of interest as to remain objective in our communication regarding the profiled company.

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

C000213

G. Lee

5/17/2013 6:17 PM

A0837

www.heropennystocks.com | 800-477-9114 | unsubscribe
Victory Mark Corp LTD, 4 Lords Bank, Ladyville Belize City, Belize



© 2007 - 2011 HotStocked.com - All rights reserved.
Home | Message boards | Newsletters | Latest Comments | About us | Affiliate
AIM London Stock Exchange | Canadian stocks | Chinese stocks

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

C000214

# Our New Pick is XUII

Hi Everyone,

**XUII** experienced a roller coaster day, but the liquidity was so high that it offered huge opportunities to buy low. The intra-day drop that we saw today presented a great opportunity for bargain hunters to buy shares in the low 30s. Those who did so will soon be tremendously rewarded.

Short have been piling up on XUII and their attempt to crush it below the 30 cents did not work out and thanks to that our members will soon be the benefactors of hundreds of percent in gains. Those of us who watched LOTE know very well that it soared from about $1 to over $18 as of today (and counting). It was a huge short-squeeze rally that sent the stock berserk.

> **XUII could soon repeat a move like LOTE. Mark our words, we believe XUII could easily go up tenfold and soar past $3 on a short squeeze alone.**

But there's more...

**Here are fundamental reasons why we think XUII could skyrocket in the near term:**

1) **XUII** has a platform that broadcasts live events in HD with a new, patent pending, technology that combines hardware and software wirelessly from multiple cameras at events for an extremely low production cost. The live broadcast industry is estimated to be worth over $20B. USD and Xumanii is right in the middle of it. Details on their platform can be found here: www.xumanii.com

2) **XUII's** is partnering up with the major record labels and artists in the music industry. This year they are broadcasting live events and music concerts from a variety of major artists, establishing Xumanii as the best live broadcast platform on the market.

3) **Xumanii** is currently negotiating and have been working with artists like **Kanye West, Lil Wayne, Rick Ross, 2 Chainz, Drake, LMFAO.** They are also negotiating with records labels such as **Universal Records, Def Jam records, Epic records, Columbia records, RCA records, and many more.** Those are huge names in the music industry that could spell into mind-boggling revenues for XUII.

4) **XUII** is not just a company with a business plan and a dream. They have already launched high profile broadcasts, and seem to have every intention of launching even bigger events in the very near future. They are working on some of the most cutting edge high profile events as speak, and the next few weeks will be stunning!

Just this past New Year's Eve XUII launched a live concert on their site for singer/song writer Trey Songz that was viewed across the globe. Here's a quick teaser from Trey Songz himself that helped make this a major success:

http://www.youtube.com/watch?v=rGmCMcgYTsw

5) The live music, events and sports venue promotions industry in US has been a paragon of growth in recent years with the vast majority of industry segments, sports, arts, and music all growing at comparable rates.

We expect the market to pick up on XUII in the coming weeks making these prices a true bargain. In our opinion, shares in this company will soon trade at a multiple of it given all its recent announcements and growth potential.

If you didn't buy **XUII** yet as flocks of smart investors such as yourself have, now is the time. Otherwise same time, next week you will be upset wishing you had. This is our gift to you before the beginning of the summer!

Make sure to call your family, friends, colleagues, acquaintances and let them know about **XUII**. Now is the time.

> **We will be holding daily updates until XUII sees $3 and of that we are extremely confident that it will happen!**

Your AwesomePennyStocks Editor.

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

G. Lee

C000221

5/17/2013 6:07 PM

Never invest in any stock featured on our site or emails unless you can afford to lose your entire investment.

PLEASE NOTE WELL: Our employees are not registered as an investment advisers in any jurisdiction whatsoever

Release of Liability: Through use of this website viewing or using you agree to hold this website's, its operators owners and employees harmless and to completely release them from any and all liability due to any and all loss (monetary or otherwise), damage (monetary or otherwise), or injury (monetary or otherwise) that you may incur.

We are engaged in the business of marketing and advertising companies for monetary compensation. All content in our releases is for informational purposes only and should not be construed as an offer or solicitation of an offer to buy or sell securities. Neither the information presented nor any statement or expression of opinion, or any other matter herein, directly or indirectly constitutes a solicitation of the purchase or sale of any securities. This website's sponsored advertisements do not purport to provide an analysis of any company's financial position, operations or prospects and this is not to be construed as a recommendation by this website's or an offer or solicitation to buy or sell any security. Neither the owner of this website's nor any of its members, officers, directors, contractors or employees is licensed broker-dealers, account representatives, market makers, investment bankers, investment advisors, analyst or underwriters. Investing in securities, including the securities of those companies profiled or discussed on this website is for individuals tolerant of high risks. Viewers should always consult with a licensed securities professional before purchasing or selling any securities of companies profiled or discussed in our releases. It is possible that a viewer's entire investment may be lost or impaired due to the speculative nature of the companies profiled. Remember, never invest in any security of a company profiled or discussed in a release or on our website unless you can afford to lose your entire investment. Also, investing in micro-cap securities is highly speculative and carries an extremely high degree of risk.

Notice of Compensation
Please be advised that this website's receives compensation to perform promotional and advertising services for companies mentioned on our website, social media platforms, & our emails by third parties. This website's and or its affiliates have NOT received any compensation to date for investor communications services but expects to receive 10,000 Euro from a third party non affiliate for two months of coverage. This website's receives compensation as a production budget for advertising efforts and will retain amounts over and above the cost of production, copy writing services, mailing and other distribution expenses as a fee for our services.

Notice of Stock Price Movements and Volatility
Viewers of this newsletter should understand that trading activity and stock prices as many if not all cases tend to increase during the advertisement campaign of the profiled companies and in many if not all cases tend to decrease thereafter. This tends to create average intraday volatility and price movements in the profiled company during the advertisement campaign that viewers should take into consideration at all times. Campaigns vary in length, and many are for short periods of time, typically less than a week.

Notice of Affiliated and Non-Affiliated Newsletters
This website's regularly shares research with other affiliated newsletter. Never invest in any stock featured on our site or emails unless you can afford to lose your entire investment.

Because we receive monetary or securities compensation, most often in the form of common stock (hereafter referred to as the "Shares") for our dissemination of publicly disseminated information (the "Information") regarding various issuers of securities, we disclose our specific compensation herein and in our individual reports of profiled issuers.

AwesomePennyStocks is Degroupa Tenner Morales Media Corp, located at 43 Los Arces, Belen, Heredia, 43-4006, Costa Rica.
You may contact us by sending an email to: info@awesomepennystocks.com.

© 2007 - 2011 HotStocked.com - All rights reserved.
Home | Message boards | Newsletters | Latest Comments | About us | Affiliate
AIM London Stock Exchange | Canadian stocks | Chinese stocks

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

C000222

G. Lee

5/17/2013 6:07 PM

Xumanii Could Mint Thousands of New Milli...       http://newsletter.hotstocked.com/newsletters/...                    3 of 4

| | | | |
|---|---|---|---|
| Rating: | ★ ★ ★ ★ ★ | | |
| Size: | 656KB |   | |
| Version: | 1.1 | | FREE DOWNLOAD |
| Platform: | Win/Mac | | |
| Downloads: | 377,898 | | |

**STOP** **Important Disclaimer**

This page is a redisplay of an e-mail received that was most likely a paid promotional event.
Hotstocked does not in any way agree or endorse the opinions expressed in the content of this e-mail
nor have we verified the accuracy of any of the statements made. Hotstocked republishes this to
serve as a reference for shareholders in the company.

# Our New Pick is XUII

Hi Everyone,

As you know earlier today we issued our big announcement of the month. We picked **XUII** as the new company we will be featuring for the coming weeks.

It has already nearly doubled today and looks like it will be continuing a strong run up.

Our last pick tripled within 6 weeks' time. We think **XUII could easily go to $2** before the end of next week. There was a very deep short position built in the 30 cent range which will help propel **XUII** to massive gains.

That being said the company also has a lot going on as it operates in the hot tech industry. Xumanii (**XUII**) is taking over the entertainment industry. Their first initiative is partnering with the major players in the music industry by providing the best solution on the market to smaller event producers worldwide. Xumanii is transforming and revolutionizing the live broadcast experience with its patent pending technology, online platform and solution of hardware and software.

Celebrities are deeply involved in the company and as you can imagine that is always a recipe for success. Youtube was sold to Google for almost 2 billion dollars a few years ago. It is now the most successful video website in the world.

Instagram was sold to Facebook for a billion dollars recently, and Waze is apparently in discussions with Facebook to be bought out for a billion dollars as well.

Netflix shares are close to an all-time high, and the markets in general are in the best shape they have ever been.

We think that **XUII** could get noticed very quickly by the big players such as Google and Facebook. They are in deep need of adding a new type of platform that can stream exclusive content to web users, and Xumanii addresses that need perfectly.

We will be building important coverage on **XUII** over the next few weeks so stay tuned for more information, and **if you want to buy XUII now may be the time**. You should have bought it this morning, but as they say "better later than never".

Everyone will be fighting to buy shares of **XUII** starting tomorrow, and if you can get them

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

G. Lee

C000218

5/20/2013 11:39 AM

A0841

under 50 cents **there could be hundreds of percent of gains up for grabs.**

**Your AwesomePennyStocks Editor.**

Never invest in any stock featured on our site or emails unless you can afford to lose your entire investment.

PLEASE NOTE WELL: Our employees are not registered as an investment advisor in any jurisdiction whatsoever.

Release of Liability: Through use of this website viewing or using you agree to hold this website's, its operators owners and employees harmless and to completely release them from any and all liability due to any and all loss (monetary or otherwise), damage (monetary or otherwise), or injury (monetary or otherwise) that you may incur.

We are engaged in the business of marketing and advertising companies for monetary compensation. All content in our releases is for informational purposes only and should not be construed as an offer or solicitation of an offer to buy or sell securities. Neither the information presented nor any statement or expression of opinion, or any other matter herein, directly or indirectly constitutes a solicitation of the purchase or sale of any securities. This website's sponsored advertisements do not purport to provide an analysis of any company's financial position, operations or prospects and this is not to be construed as a recommendation by this website's or an offer or solicitation to buy or sell any security. Neither the owner of this website's nor any of its members, officers, directors, contractors or employees is licensed broker-dealers, account representatives, market makers, investment bankers, investment advisors, analyst or underwriters. Investing in securities, including the securities of those companies profiled or discussed on this website is for individuals tolerant of high risks. Viewers should always consult with a licensed securities professional before purchasing or selling any securities of companies profiled or discussed in our releases. It is possible that a viewer's entire investment may be lost or impaired due to the speculative nature of the companies profiled. Remember, never invest in any security of a company profiled or discussed in a release or on our website unless you can afford to lose your entire investment. Also, investing in micro-cap securities is highly speculative and carries an extremely high degree of risk.

Notice of Compensation
Please be advised that this website's receives compensation to perform promotional and advertising services for companies mentioned on our website, social media platforms, & our emails by third parties. This website's and or its affiliates have NOT received any compensation to date for investor communications services but expects to receive 10,000 Euro from a third party non affiliate for two months of coverage. This website's receives compensation as a production budget for advertising efforts and will retain amounts over and above the cost of production, copy writing services, mailing and other distribution expenses as a fee for our services.

Notice of Stock Price Movements and Volatility
Viewers of this newsletter should understand that trading activity and stock prices in many if not all cases tend to increase during the advertisement campaigns of the profiled companies and in many if not all cases tend to decrease thereafter. This tends to create above average volatility and price movements in the profiled company during the advertisement campaign that viewers should take into consideration at all times. Campaigns vary in length, and many are for short periods of time, typically less than a week.

Notice of Affiliated and Non-Affiliated Newsletters
This website's regularly shares research with other affiliated newsletter. Never invest in any stock featured on our site or emails unless you can afford to lose your entire investment.

Because we receive monetary or securities compensation, most often in the form of common stock (hereafter referred to as the "Shares") for our dissemination of publicly disseminated information (the "Information") regarding various issuers of securities, we disclose our specific compensation herein and in our individual reports of profiled issuers.

AwesomePennyStocks is Degroupa Tenner Morales Media Corp., located at 43 Los Arcos, Belen, Heredia, 43-4006, Costa Rica.
You may contact us by sending an email to: info@awesomepennystocks.com.

© 2007 - 2011 HotStocked.com - All rights reserved.
Home | Message boards | Newsletters | Latest Comments | About us | Affiliate
AIM London Stock Exchange | Canadian stocks | Chinese stocks

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

C000219

G. Lee

5/20/2013 11:39 AM

A0842

Case 1:15-cv-00894-WHP-JLC    Document 75-26    Filed 03/28/15    Page 21 of 22

Home    Mail    News    Sports    Finance    Weather    Games    Groups    Answers    Screen    Flickr    Mobile    More

Search Finance                Search Web    Sign In    Mail

Finance Home    My Portfolio    My Quotes News    Market Data    Yahoo Originals    Business & Finance    Personal Finance    CNBC    Contributors

| Enter Symbol | Look Up |

Fri, Dec 5, 2014, 8:35AM EST - U.S. Markets open in 55 mins.    Report an Issue

Dow  0.27% Nasdaq  0.11%

XUII IS TRENDING ▲
RESEARCH *Fidelity*

Scottrade
XUII  Trade Now

XUII  LEARN MORE
TD Ameritrade

E*TRADE
OPEN AN ACCOUNT
XUII ▲ 0.04

## XUMANII INTERNATION (XUII.PK) - Other OTC  ★ Watchlist

**0.00**  Oct 30, 2:14PM EDT

Pre-Market : **NaN**

## Historical Prices

Get Historical Prices for: [          ]  GO

### Set Date Range

Start Date: Jan ▾ 2  2013    Eg. Jan 1, 2010    ◉ Daily
End Date: Dec ▾ 31  2013                        ○ Weekly
                                                ○ Monthly
                                                ○ Dividends Only

[ Get Prices ]

First | Previous | Next | Last

### Prices

| Date | Open | High | Low | Close | Volume | Adj Close* |
|------|------|------|-----|-------|--------|-----------|
| Dec 31, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 2,548,900 | 0.03 |
| Dec 30, 2013 | 0.04 | 0.04 | 0.03 | 0.03 | 8,380,300 | 0.03 |
| Dec 27, 2013 | 0.05 | 0.05 | 0.03 | 0.04 | 17,018,500 | 0.04 |
| Dec 26, 2013 | 0.05 | 0.05 | 0.05 | 0.05 | 5,775,100 | 0.05 |
| Dec 24, 2013 | 0.05 | 0.05 | 0.05 | 0.05 | 1,173,100 | 0.05 |
| Dec 23, 2013 | 0.05 | 0.05 | 0.05 | 0.05 | 2,669,800 | 0.05 |
| Dec 20, 2013 | 0.05 | 0.05 | 0.05 | 0.05 | 2,072,500 | 0.05 |
| Dec 19, 2013 | 0.04 | 0.05 | 0.04 | 0.05 | 1,212,400 | 0.05 |
| Dec 18, 2013 | 0.04 | 0.05 | 0.04 | 0.05 | 2,768,800 | 0.05 |
| Dec 17, 2013 | 0.04 | 0.06 | 0.04 | 0.04 | 3,524,300 | 0.04 |
| Dec 16, 2013 | 0.06 | 0.07 | 0.04 | 0.05 | 9,251,800 | 0.05 |
| Dec 13, 2013 | 0.05 | 0.07 | 0.04 | 0.06 | 19,423,100 | 0.06 |
| Dec 12, 2013 | 0.04 | 0.05 | 0.04 | 0.05 | 10,706,200 | 0.05 |
| Dec 11, 2013 | 0.03 | 0.04 | 0.03 | 0.03 | 7,211,000 | 0.03 |
| Dec 10, 2013 | 0.03 | 0.03 | 0.02 | 0.03 | 2,917,800 | 0.03 |
| Dec 9, 2013 | 0.02 | 0.03 | 0.02 | 0.03 | 5,713,300 | 0.03 |
| Dec 6, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 396,000 | 0.02 |
| Dec 5, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 1,000,900 | 0.02 |
| Dec 4, 2013 | 0.01 | 0.02 | 0.01 | 0.02 | 930,900 | 0.02 |
| Dec 3, 2013 | 0.02 | 0.02 | 0.01 | 0.02 | 1,960,700 | 0.02 |
| Dec 2, 2013 | 0.02 | 0.02 | 0.01 | 0.02 | 4,129,200 | 0.02 |
| Nov 29, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 268,600 | 0.02 |
| Nov 27, 2013 | 0.02 | 0.02 | 0.01 | 0.02 | 1,432,400 | 0.02 |
| Nov 26, 2013 | 0.02 | 0.02 | 0.01 | 0.02 | 4,573,200 | 0.02 |
| Nov 25, 2013 | 0.02 | 0.03 | 0.02 | 0.02 | 997,300 | 0.02 |

A0843

XUII.PK Historical Prices | XUMANII INTERNATION Stock - Yahoo! Finance

Case 1:15-cv-00894-WHP-JLC   Document 75-26   Filed 03/28/15   Page 22 of 22

Page 2 of 3

| | | | | | |
|---|---|---|---|---|---|
| Nov 22, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 501,900 | 0.02 |
| Nov 21, 2013 | 0.02 | 0.03 | 0.02 | 0.02 | 940,500 | 0.02 |
| Nov 20, 2013 | 0.03 | 0.03 | 0.02 | 0.03 | 376,400 | 0.03 |
| Nov 19, 2013 | 0.03 | 0.03 | 0.02 | 0.03 | 526,900 | 0.03 |
| Nov 18, 2013 | 0.02 | 0.03 | 0.02 | 0.03 | 313,100 | 0.03 |
| Nov 15, 2013 | 0.02 | 0.03 | 0.02 | 0.02 | 1,554,700 | 0.02 |
| Nov 14, 2013 | 0.03 | 0.03 | 0.02 | 0.02 | 949,100 | 0.02 |
| Nov 13, 2013 | 0.03 | 0.03 | 0.02 | 0.03 | 572,900 | 0.03 |
| Nov 12, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 278,300 | 0.03 |
| Nov 11, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 754,600 | 0.03 |
| Nov 8, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 520,700 | 0.03 |
| Nov 7, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 298,900 | 0.03 |
| Nov 6, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 1,296,700 | 0.03 |
| Nov 5, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 743,900 | 0.03 |
| Nov 4, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 2,049,600 | 0.03 |
| Nov 1, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 400,300 | 0.03 |
| Oct 31, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 1,023,600 | 0.03 |
| Oct 30, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 632,000 | 0.03 |
| Oct 29, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 4,324,900 | 0.03 |
| Oct 28, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 455,600 | 0.03 |
| Oct 25, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 401,600 | 0.03 |
| Oct 24, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 2,355,700 | 0.03 |
| Oct 23, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 1,155,800 | 0.03 |
| Oct 22, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 861,900 | 0.03 |
| Oct 21, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 1,442,500 | 0.03 |
| Oct 18, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 3,672,300 | 0.03 |
| Oct 17, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 275,400 | 0.03 |
| Oct 16, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 494,400 | 0.03 |
| Oct 15, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 794,100 | 0.03 |
| Oct 14, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 387,800 | 0.03 |
| Oct 11, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 483,300 | 0.03 |
| Oct 10, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 787,600 | 0.03 |
| Oct 9, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 1,068,200 | 0.03 |
| Oct 8, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 332,000 | 0.03 |
| Oct 7, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 456,100 | 0.03 |
| Oct 4, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 913,200 | 0.03 |
| Oct 3, 2013 | 0.03 | 0.03 | 0.03 | 0.03 | 2,066,400 | 0.03 |
| Oct 2, 2013 | 0.04 | 0.04 | 0.03 | 0.03 | 4,012,700 | 0.03 |
| Oct 1, 2013 | 0.02 | 0.04 | 0.02 | 0.04 | 6,478,800 | 0.04 |
| Sep 30, 2013 | 0.02 | 0.03 | 0.02 | 0.02 | 1,376,900 | 0.02 |
| Sep 27, 2013 | 0.02 | 0.03 | 0.02 | 0.02 | 1,387,300 | 0.02 |

* Close price adjusted for dividends and splits.

First | Previous | Next | Last

Download to Spreadsheet

Currency in USD.

A0844