XUII.PK Historical Prices | XUMANII INTERNATION Stock - Yahoo! Finance    Page 1 of 3

Case 1:15-cv-00894-WHP-JLC   Document 75-27   Filed 03/28/15   Page 1 of 5

Home | Mail | News | Sports | Finance | Weather | Games | Groups | Answers | Screen | Flickr | Mobile | More

Search Finance   Search Web   Sign In   Mail

Finance Home | My Portfolio | My Quotes | News | Market Data | Yahoo Originals | Business & Finance | Personal Finance | CNBC | Contributors

Enter Symbol | Look Up

Fri, Dec 5, 2014, 8:35AM EST - U.S. Markets open in 55 mins.   Report an Issue

Dow 0...

XUII

**XUMANII INTERNATION (XUII.PK)** - Other OTC ★ Watchlist

**0.00**  Oct 30, 2:14PM EDT
Pre-Market : NaN

## Historical Prices

Get Historical Prices for: [  ]  GO

### Set Date Range

Start Date: Jan
End Date: Dec
Eg. Jan 1, 2010

◉ Daily
○ Weekly
○ Monthly
○ Dividends Only

[Get Prices]

First | Previous | Next | Last

### Prices

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| Jun 24, 2013 | 0.23 | 0.25 | 0.22 | 0.25 | 5,100,200 | 0.25 |
| Jun 21, 2013 | 0.20 | 0.23 | 0.20 | 0.21 | 3,421,800 | 0.21 |
| Jun 20, 2013 | 0.17 | 0.20 | 0.15 | 0.20 | 5,723,200 | 0.20 |
| Jun 19, 2013 | 0.20 | 0.20 | 0.17 | 0.18 | 5,908,300 | 0.18 |
| Jun 18, 2013 | 0.24 | 0.25 | 0.19 | 0.20 | 8,643,100 | 0.20 |
| Jun 17, 2013 | 0.26 | 0.28 | 0.23 | 0.23 | 5,672,800 | 0.23 |
| Jun 14, 2013 | 0.27 | 0.31 | 0.24 | 0.27 | 12,589,900 | 0.27 |
| Jun 13, 2013 | 0.23 | 0.28 | 0.23 | 0.26 | 10,992,200 | 0.26 |
| Jun 12, 2013 | 0.14 | 0.22 | 0.14 | 0.22 | 7,704,900 | 0.22 |
| Jun 11, 2013 | 0.18 | 0.19 | 0.12 | 0.14 | 16,455,300 | 0.14 |
| Jun 10, 2013 | 0.25 | 0.26 | 0.18 | 0.20 | 17,782,700 | 0.20 |
| Jun 7, 2013 | 0.25 | 0.28 | 0.25 | 0.26 | 3,449,300 | 0.26 |
| Jun 6, 2013 | 0.25 | 0.30 | 0.22 | 0.28 | 8,072,600 | 0.28 |
| Jun 5, 2013 | 0.29 | 0.30 | 0.22 | 0.25 | 11,493,000 | 0.25 |
| Jun 4, 2013 | 0.29 | 0.32 | 0.28 | 0.30 | 7,171,900 | 0.30 |
| Jun 3, 2013 | 0.34 | 0.34 | 0.28 | 0.29 | 16,287,900 | 0.29 |
| May 31, 2013 | 0.33 | 0.36 | 0.32 | 0.34 | 9,048,900 | 0.34 |
| May 30, 2013 | 0.27 | 0.33 | 0.27 | 0.32 | 12,908,400 | 0.32 |
| May 29, 2013 | 0.34 | 0.34 | 0.25 | 0.28 | 29,708,900 | 0.28 |
| May 28, 2013 | 0.38 | 0.40 | 0.35 | 0.35 | 26,212,800 | 0.35 |
| May 24, 2013 | 0.32 | 0.38 | 0.29 | 0.38 | 11,152,900 | 0.38 |
| May 23, 2013 | 0.40 | 0.41 | 0.27 | 0.32 | 30,200,700 | 0.32 |
| May 22, 2013 | 0.37 | 0.41 | 0.36 | 0.40 | 13,942,000 | 0.40 |
| May 21, 2013 | 0.42 | 0.44 | 0.39 | 0.39 | 12,439,600 | 0.39 |
| May 20, 2013 | 0.38 | 0.42 | 0.34 | 0.42 | 18,990,000 | 0.42 |

XUII.PK Historical Prices | XUMANII INTERNATION Stock - Yahoo! Finance    Page 2 of 3

Case 1:15-cv-00894-WHP-JLC   Document 75-27   Filed 03/28/15   Page 2 of 5

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| May 17, 2013 | 0.32 | 0.38 | 0.31 | 0.37 | 12,204,700 | 0.37 |
| May 16, 2013 | 0.34 | 0.35 | 0.29 | 0.32 | 8,987,200 | 0.32 |
| May 15, 2013 | 0.04 | 0.04 | 0.03 | 0.03 | 44,553,200 | 0.03 |
| May 14, 2013 | 0.04 | 0.04 | 0.02 | 0.03 | 81,286,200 | 0.03 |
| May 13, 2013 | 0.02 | 0.04 | 0.02 | 0.04 | 188,389,700 | 0.04 |
| May 10, 2013 | 0.02 | 0.03 | 0.02 | 0.02 | 2,958,300 | 0.02 |
| May 9, 2013 | 0.02 | 0.02 | 0.02 | 0.02 | 3,004,900 | 0.02 |
| May 8, 2013 | 0.20 | 0.20 | 0.18 | 0.19 | 3,032,400 | 0.19 |
| May 7, 2013 | 0.19 | 0.21 | 0.19 | 0.20 | 3,312,800 | 0.20 |
| May 6, 2013 | 0.22 | 0.23 | 0.18 | 0.21 | 4,597,600 | 0.21 |
| May 3, 2013 | 0.20 | 0.23 | 0.18 | 0.23 | 9,986,100 | 0.23 |
| May 2, 2013 | 0.29 | 0.29 | 0.19 | 0.19 | 15,237,200 | 0.19 |
| May 1, 2013 | 0.15 | 0.31 | 0.15 | 0.30 | 37,132,400 | 0.30 |
| Apr 30, 2013 | 0.10 | 0.10 | 0.10 | 0.10 | 0 | 0.10 |
| Apr 29, 2013 | 0.10 | 0.10 | 0.10 | 0.10 | 5,000 | 0.10 |
| Apr 26, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Apr 25, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Apr 24, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Apr 23, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Apr 22, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Apr 19, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Apr 18, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Apr 17, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Apr 16, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Apr 15, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Apr 12, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Apr 11, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Apr 10, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Apr 9, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Apr 8, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Apr 5, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Apr 4, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Apr 3, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Apr 2, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Apr 1, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Mar 28, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Mar 27, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Mar 26, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Mar 25, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Mar 22, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Mar 21, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |

* Close price adjusted for dividends and splits.

First | Previous | Next | Last

Download to Spreadsheet

Currency in USD.

XUII.PK Historical Prices | XUMANII INTERNATION Stock - Yahoo! Finance  Page 1 of 2

Case 1:15-cv-00894-WHP-JLC   Document 75-27   Filed 03/28/15   Page 3 of 5

Home | Mail | News | Sports | Finance | Weather | Games | Groups | Answers | Screen | Flickr | Mobile | More

Search Finance    Search Web    Sign In    Mail

Finance Home   My Portfolio   My Quotes News   Market Data   Yahoo Originals   Business & Finance   Personal Finance   CNBC   Contributors

Enter Symbol    Look Up    Fri, Dec 5, 2014, 8:36AM EST - U.S. Markets open in 54 mins.    Report an Issue

Dow 0.07%  Nasdaq 0.11%

XUII ⁺ 33.33%

## XUMANII INTERNATION (XUII.PK) - Other OTC

**0.00**  Oct 30, 2:14PM EDT

Pre-Market : **NaN**

### Historical Prices

Get Historical Prices for: [    ] GO

**Set Date Range**

Start Date: Jan    Eg. Jan 1, 2010   ◉ Daily
End Date: Dec                        ○ Weekly
                                     ○ Monthly
                                     ○ Dividends Only

Get Prices

First | Previous | Next | Last

**Prices**

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| Mar 20, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Mar 19, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Mar 18, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Mar 15, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Mar 14, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Mar 13, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Mar 12, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Mar 11, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Mar 8, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Mar 7, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Mar 6, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Mar 5, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Mar 4, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Mar 1, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Feb 28, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Feb 27, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Feb 26, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Feb 25, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Feb 22, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Feb 21, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Feb 20, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Feb 19, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Feb 15, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Feb 14, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Feb 13, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |

XUII.PK Historical Prices | XUMANII INTERNATION Stock - Yahoo! Finance                                          Page 2 of 2

Case 1:15-cv-00894-WHP-JLC   Document 75-27   Filed 03/28/15   Page 4 of 5

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| Feb 12, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Feb 11, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Feb 8, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Feb 7, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Feb 6, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Feb 5, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Feb 4, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Feb 1, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Jan 31, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Jan 30, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Jan 29, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Jan 28, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Jan 25, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Jan 24, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Jan 23, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Jan 22, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Jan 18, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Jan 17, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Jan 16, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Jan 15, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Jan 14, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Jan 11, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Jan 10, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Jan 9, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Jan 8, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Jan 7, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Jan 4, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Jan 3, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |
| Jan 2, 2013 | 0.09 | 0.09 | 0.09 | 0.09 | 0 | 0.09 |

* Close price adjusted for dividends and splits.

First | Previous | Next | Last

Download to Spreadsheet

Currency in USD.

Privacy - About Our Ads - Terms - Send Feedback - Yahoo! - ABC News Network

Quotes are real-time for NASDAQ, NYSE, and NYSE MKT. See also delay times for other exchanges. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.

Fundamental company data provided by Capital IQ. Historical chart data and daily updates provided by Commodity Systems, Inc. (CSI). International historical chart data, daily updates, fund summary, fund performance, dividend data and Morningstar Index data provided by Morningstar, Inc.



# UNITED STATES OF AMERICA
SECURITIES AND EXCHANGE COMMISSION

## ATTESTATION

I HEREBY ATTEST

that:

*The Commission records reflect that a Form S-1, registration statement, was received in this Commission on September 9, 2010, under the name of MEDORA CORP. (currently know as Imerjin Inc.), File No. 333-169280, pursuant to the provisions of the Securities Act of 1933.*

on file in this Commission

01/12/2015
Date

Joseph Horneman, Management and Program Analyst

It is hereby certified that the Secretary of the U.S. Securities and Exchange Commission, Washington, DC, which Commission was created by the Securities Exchange Act of 1934 (15 U.S.C. 78a et seq.) is official custodian of the records and files of said Commission and was such official custodian at the time of executing the above attestation, and that he/she, and persons holding the positions of Deputy Secretary, Assistant Director, Records Officer, Branch Chief of Records Management, and the Program Analyst for the Records Officer, or anyone of them, are authorized to execute the above attestation.

For the Commission

Secretary

SEC 334 (9-12)