# EXHIBIT 1

Swingplane Ventures, Inc. Trading Activity - January 16, 2013 through March 19, 2013

| Account Name | Account Number | Introducing Firm | Clearing Firm | SWVI Purchase Shares | SWVI Purchase $ | SWVI Sold Shares | SWVI Sold $ |
|---|---|---|---|---|---|---|---|
| Caledonian Bank Caledonian Securities Ltd | | N/A | Wilson-Davis & Company, Inc. | - | - | 1,500,000 | $ 239,079.59 |
| Caledonian Securities Limited | | Ascendiant Capital Markets, LLC | Apex Clearing Corp | - | - | 50,000 | $ 40,272.28 |
| Caledonian Securities Limited | | Vandham Securities Corp | Merrill Lynch, Pierce, Fenner, & Smith | 150,706 | $ 35,685.29 | 35,326,617 | $ 16,306,027.66 |
| EDD FAO Caledonian Bank LTD | | Sunrise Securities Corp | Merrill Lynch, Pierce, Fenner, & Smith | 9,207,198 | $ 6,387,308.66 | 20,924,488 | $ 6,866,498.07 |
| Caledonian Securities Limited | | BMA Securities, Inc. | Lek Securities Corporation | 1,050,000 | $ 382,285.00 | 14,400,000 | $ 7,371,545.13 |
| CP Caledonia Bank LTD | | The Vertical Trading Group, LLC | ConvergEx Execution Solutions LLC | 19,093,201 | $ 9,168,834.51 | - | - |
| Caledonian Total | | | | 29,501,105 | $ 15,974,113.46 | 72,201,105 | $ 30,823,422.73 |
| | | | | | | | |
| Verdmont Capital-RBC Dexia | | N/A | Knight Capital Americas LLC | 928,400 | $ 275,467.74 | 843,400 | $ 414,795.19 |
| RBC Investor Services FAO Verdmont Capital | | Sunrise Securities Corp | Merrill Lynch, Pierce, Fenner, & Smith | 3,845,000 | $ 796,698.08 | 1,035,000 | $ 522,271.57 |
| Verdmont Capital, S.A. | | N/A | UBS Securities LLC | 802,500 | $ 355,532.19 | 3,697,500 | $ 1,563,790.63 |
| Verdmont Total | | | | 5,575,900 | $ 1,427,698.01 | 5,575,900 | $ 2,500,857.39 |
| | | | | | | | |
| Legacy Global Markets SA | | Scottsdale Capital Advisors Corp | Alpine Securities Corp | - | - | 36,750,000 | $ 9,622,722.23 |
| | | | | | | | |
| Clearwater Securities, Inc. | | Scottsdale Capital Advisors Corp | Alpine Securities Corp | - | - | 43,040,000 | $ 7,214,894.75 |
| | | | | | | | |
| | | | | Calculated Net Proceeds | | | |
| | | | | Caledonian | | 42,700,000 | $ 14,849,309.27 |
| | | | | Legacy Global | | 36,750,000 | $ 9,622,722.23 |
| | | | | Clear Water | | 43,040,000 | $ 7,214,894.75 |
| | | | | Verdmont | | - | $ - |
| | | | | Total | | 122,490,000 | $ 31,686,926.25 |