# EXHIBIT

# 2

Goff Corp. Trading Activity - March 13, 2013 through May 6, 2013

| Account Name | Account Number | Introducing Firm | Clearing Firm | GOFF Purchase Shares | GOFF Purchase $ | GOFF Sold Shares | GOFF Sold $ |
|---|---|---|---|---|---|---|---|
| Caledonian Securities Limited | | Aegis Capital Corp | RBC Capital Markets LLC | 1,221,230 | $ 546,441.66 | 650,000 | $ 33,744.37 |
| RBC Dexia FAO Caledonian Bank | | Emerging Growth Equities Ltd. | National Financial Services LLC | 200,000 | $ 8,978.90 | 200,000 | $ 8,339.57 |
| Caledonian Securities Limited | | WallachBeth Capital, LLC | Merrill Lynch, Pierce, Fenner, & Smith | 200,000 | $ 102,257.70 | 495,000 | $ 50,911.71 |
| Caledonian Securities Limited | | Vandham Securities Corp | Merrill Lynch, Pierce, Fenner, & Smith | 933,640 | $ 172,196.02 | 27,642,584 | $ 4,395,673.96 |
| EDD FAO Caledonian Bank LTD | | Sunrise Securities Corp | Merrill Lynch, Pierce, Fenner, & Smith | 175,314 | $ 56,037.96 | - | - |
| Caledonian Securities Limited | | BMA Securities, Inc. | Lek Securities Corporation | 7,135,000 | $ 3,376,645.00 | - | - |
| CP Caledonia Bank LTD | | The Vertical Trading Group, LLC | ConvergEx Execution Solutions LLC | 20,272,400 | $ 8,900,845.31 | 1,150,000 | $ 57,392.29 |
| Caledonian Bank Limited | | Scottsdale Capital Advisors Corp | Alpine Securities Corp | - | - | 35,000,000 | $ 6,860,685.04 |
| **Caledonian Total** | | | | 30,137,584 | $ 13,163,402.55 | 65,137,584 | $ 11,406,746.94 |
| | | | | | | | |
| Verdmont Capital-RBC Dexia | | N/A | Knight Capital Americas LLC | 755,000 | $ 199,818.85 | 4,761,693 | $ 1,509,567.32 |
| RBC Investor Services FAO Verdmont Capital | | Sunrise Securities Corp | Merrill Lynch, Pierce, Fenner, & Smith | 7,008,400 | $ 1,384,586.38 | 3,482,364 | $ 835,645.94 |
| Verdmont Capital, S.A. | | N/A | UBS Securities LLC | 8,565,000 | $ 1,174,914.66 | 22,084,343 | $ 3,940,461.35 |
| **Verdmont Total** | | | | 16,328,400 | $ 2,759,319.89 | 30,328,400 | $ 6,285,674.61 |
| | | | | | | | |
| Legacy Global Markets SA | | Scottsdale Capital Advisors Corp | Alpine Securities Corp | 1,900,000 | $ 1,160,321.69 | 23,650,000 | $ 4,454,138.67 |
| Clearwater Securities, Inc. | | Scottsdale Capital Advisors Corp | Alpine Securities Corp | - | - | 25,000,000 | $ 4,226,689.76 |
| | | | | | | | |
| | | | | **Calculated Net Proceeds** | | | |
| | | | | Caledonian | | 35,000,000 | $ 6,860,685.04 |
| | | | | Legacy Global | | 21,750,000 | $ 3,293,816.98 |
| | | | | Clear Water | | 25,000,000 | $ 4,226,689.76 |
| | | | | Verdmont | | 14,000,000 | $ 3,526,354.72 |
| | | | | Total | | 95,750,000 | $ 17,907,546.50 |