# EXHIBIT

# 3

Norstra Energy, Inc. Trading Activity - March 5, 2013 through June 24, 2013

| Account Name | Account Number | Introducing Firm | Clearing Firm | NORX Purchase Shares | NORX Purchase $ | NORX Sold Shares | NORX Sold $ |
|---|---|---|---|---|---|---|---|
| Caledonian Securities Limited | | Aegis Capital Corp | RBC Capital Markets LLC | - | - | 3,787,107 | $ 2,976,682.56 |
| Caledonian Securities Limited | | Vandham Securities Corp | Merrill Lynch, Pierce, Fenner, & Smith | 5,000 | $ 2,880.15 | 935,704 | $ 744,932.84 |
| EDD FAO Caledonian Bank LTD | | Sunrise Securities Corp | Merrill Lynch, Pierce, Fenner, & Smith | 17,500 | $ 7,235.50 | - | - |
| CP Caledonia Bank LTD | | The Vertical Trading Group, LLC | ConvergEx Execution Solutions LLC | - | - | 326,504 | $ 272,430.45 |
| RBC Dexia Investor Services Trust F/A/O Caledonian Securities LTD | | Maxim Group LLC | Pershing LLC | - | - | 726,185 | $ 549,283.34 |
| Caledonian Total | | | | 22,500 | $ 10,115.65 | 5,775,500 | $ 4,543,329.19 |
| | | | | | | | |
| Verdmont Capital-RBC Dexia | | N/A | Knight Capital Americas LLC | 50,000 | $ 23,260.00 | 115,000 | $ 61,297.62 |
| RBC Investor Services FAO Verdmont Capital | | Sunrise Securities Corp | Merrill Lynch, Pierce, Fenner, & Smith | 227,900 | $ 158,449.43 | 4,293,118 | $ 3,376,947.25 |
| Verdmont Capital, S.A. | | N/A | UBS Securities LLC | 376,900 | $ 301,096.33 | 5,948,682 | $ 5,118,058.42 |
| Verdmont Total | | | | 654,800 | $ 482,805.76 | 10,356,800 | $ 8,556,303.29 |
| | | | | Calculated Net Proceeds | | | |
| | | | | Caledonian | | 5,753,000 | $ 4,533,213.54 |
| | | | | Verdmont | | 9,702,000 | $ 8,073,497.53 |
| | | | | Total | | 15,455,000 | $ 12,606,711.07 |