# EXHIBIT

# 4

Xumanii, Inc. Trading Activity - May 1, 2013 through August 8, 2013

| Account Name | Account Number | Introducing Firm | Clearing Firm | XUII Purchase Shares | XUII Purchase $ | XUII Sold Shares | XUII Sold $ |
|---|---|---|---|---|---|---|---|
| Caledonian Securities Limited | | Aegis Capital Corp | RBC Capital Markets LLC | 6,410,043 | $ 1,973,420.35 | 4,480,223 | $ 1,237,677.68 |
| RBC Dexia FAO Caledonian Bank | | Emerging Growth Equities Ltd. | National Financial Services LLC | 8,171,600 | $ 2,282,119.14 | 25,950,000 | $ 7,109,411.69 |
| Caledonian Bank Limited | | BMA Securities, Inc. | Industrial and Commercial Bank of China Fir | 3,476,870 | $ 872,545.18 | 56,283,713 | $ 21,084,304.93 |
| Caledonian Securities Limited | | WallachBeth Capital, LLC | Merrill Lynch, Pierce, Fenner, & Smith | - | - | 460,000 | $ 102,661.79 |
| Caledonian Securities Limited | | Vandham Securities Corp | Merrill Lynch, Pierce, Fenner, & Smith | 11,256,270 | $ 3,895,067.63 | 7,556,283 | $ 1,976,954.38 |
| Caledonian Securities Limited | | N/A | Lek Securities Corporation | 27,000 | $ 9,832.35 | 137,100 | $ 83,727.22 |
| CP Caledonia Bank LTD | | The Vertical Trading Group, LLC | ConvergEx Execution Solutions LLC | 9,320,596 | $ 2,918,178.42 | 945,000 | $ 196,061.59 |
| CP Caledonia Bank LTD | | The Vertical Trading Group, LLC | ConvergEx Execution Solutions LLC | 17,143,744 | $ 6,727,032.30 | - | - |
| RBC Dexia Investor Services Trust F/A/O Caledonian Securities LTD | | Maxim Group LLC | Pershing LLC | 4,369,746 | $ 1,509,242.03 | 1,413,550 | $ 492,357.81 |
| Caledonian Total | | | | 60,175,869 | $ 20,187,437.40 | 97,225,869 | $ 32,283,157.09 |
| | | | | | | | |
| Verdmont Capital-RBC Dexia | | N/A | Knight Capital Americas LLC | 1,365,000 | $ 398,619.40 | 2,876,315 | $ 889,567.79 |
| RBC Investor Services FAO Verdmont Capital | | Sunrise Securities Corp | Merrill Lynch, Pierce, Fenner, & Smith | 19,489,776 | $ 5,349,012.38 | 17,875,443 | $ 5,121,029.54 |
| Verdmont Capital, S.A. | | N/A | UBS Securities LLC | 3,138,000 | $ 924,401.50 | 20,291,018 | $ 6,725,789.17 |
| Verdmont Total | | | | 23,992,776 | $ 6,672,033.28 | 41,042,776 | $ 12,736,386.50 |
| | | | | Calculated Net Proceeds | | | |
| | | | | Caledonian | | 37,050,000 | $ 12,095,719.69 |
| | | | | Verdmont | | 17,050,000 | $ 6,064,353.22 |
| | | | | Total | | 54,100,000 | $ 18,160,072.91 |