# EXHIBIT 5

Caledonian Global Financial Services
SEC HO-12139
WDCO 0078

PAGE 1 of 2

## Statement of Account
### With
### Wilson Davis & Company
P O Box 11587, Salt Lake City UT 84147
(801) 532-1313

INVESTOR EDUCATION AND PROTECTION INFORMATION AVAILABLE AT www.nasdr.com OR NASD REGULATION HOT LINE 800-289-9999. A BROCHURE CAN BE ACCESSED AT www.nasdr.com/2004.asp.

Account #

CALEDONIAN BANK
CALEDONIAN SECURITIES LTD
ACCT #298307
PO BOX 1043
GRAND CAYMAN KLY1-1102
CAYMAN ISLANDS

Statement Period: January 1, 2013
through: March 31, 2013

### Activity Summary

|  | Debit* | Credit* |
|---|---|---|
| Opening: Cash Balance: |  | .00 |
| Money Market Funds: |  |  |
| Stock Value: |  |  |
| Securities Purchased / Sold: | 109600.15 | 377181.44 |
| Disbursements Made / Payments Received: | 377191.36 | 109610.07 |
| Dividends and Interest Income: |  |  |
| Backup Withholding: |  |  |
| Money Market Funds Purchased / Sold: |  |  |
| Money Market Funds Other: |  |  |
| Closing: Cash Balance: |  | .00 |
| Money Market Funds: |  |  |
| Stock Value: |  |  |

*DEBITS represent charges, CREDITS deposits to this account.

Object: Speculative, Liquidation

WE REQUEST YOU PROMPTLY ADVISE US IN WRITING OF ANY INACCURACY, DISCREPANCY OR MATERIAL CHANGE IN YOUR FINANCIAL SITUATION AND/OR INVESTMENT OBJECTIVES. WILSON-DAVIS & CO. MAY FROM TIME TO TIME TRADE BULLETIN BOARD AND PINK SHEET LISTED SECURITIES FOR ITS PROPRIETARY ACCOUNT AT PRICES EQUAL OR BETTER THAN THE CUSTOMER'S LIMIT ORDER.

## Transactions By Date

| Date | Activity Type | Transaction Description | Quantity | Price | Debit* Amount | Credit* Amount |
|---|---|---|---|---|---|---|
| 1-14 | Purchased | USA GRAPHITE INC  |DE | 10,000 | .68 | 6792.25 |  |
| 1-15 | Purchased | USA GRAPHITE INC  |DE | 50,000 | .70 | 35036.90 |  |
| 1-15 | Purchased | USA GRAPHITE INC  |DE | 50,000 | .72 | 35981.25 |  |
| 1-17 | Purchased | USA GRAPHITE INC  |DE | 7,800 | .77 | 6026.67 |  |
| 1-17 | Purchased | USA GRAPHITE INC  |DE | 25,000 | .79 | 19642.48 |  |
| 1-18 | Delivered Out | USA GRAPHITE INC | 10,000 |  |  |  |
| 1-18 | Adjustment | DO transfer |  |  |  | 6792.25 |
| 1-23 | Purchased | GRIZZLEY GOLD COR|DE | 6,000 | 1.02 | 6120.60 |  |
| 1-23 | Delivered Out | USA GRAPHITE INC | 25,000 |  |  |  |
| 1-23 | Adjustment | DO transfer |  |  |  | 19642.48 |
| 1-23 | Delivered Out | USA GRAPHITE INC | 7,800 |  |  |  |
| 1-23 | Adjustment | DO transfer |  |  |  | 6026.67 |
| 1-23 | Delivered Out | USA GRAPHITE INC | 50,000 |  |  |  |
| 1-23 | Adjustment | DO transfer |  |  |  | 35036.90 |
| 1-23 | Delivered Out | USA GRAPHITE INC | 50,000 |  |  |  |
| 1-23 | Adjustment | DO transfer |  |  |  | 35981.25 |
| 1-22 | Sold | SWINGPLANE VENTUR|DE | 1,500,000 | .16 | | 239079.59 |
| 1-25 | Received In | SWINGPLANE VENTURES | 1,500,000 |  |  |  |
| 1-25 | Adjustment | DO transfer |  |  | 239079.59 |  |
| 1-30 | Delivered Out | GRIZZLEY GOLD CORP | 6,000 |  |  |  |
| 1-30 | Adjustment | DO transfer |  |  |  | 6120.60 |
| 2-07 | Sold | PRIMCO MANAGEMENT|DE | 200,000 | .19 |  | 37619.14 |
| 2-07 | Sold | PRIMCO MANAGEMENT|DE | 200,000 | .20 |  | 39599.10 |
| 2-07 | Sold | PRIMCO MANAGEMENT|DE | 200,000 | .21 |  | 41579.05 |
| 2-07 | Sold | PRIMCO MANAGEMENT|DE | 100,000 | .19 |  | 19304.56 |
| 2-12 | Received In | PRIMCO MANAGEMENT IN | 200,000 |  |  |  |
| 2-12 | Adjustment | DO transfer |  |  | 37619.14 |  |
| 2-12 | Received In | PRIMCO MANAGEMENT IN | 200,000 |  |  |  |
| 2-12 | Adjustment | DO transfer |  |  | 39599.10 |  |
| 2-12 | Received In | PRIMCO MANAGEMENT IN | 200,000 |  |  |  |
| 2-12 | Adjustment | DO transfer |  |  | 41579.05 |  |
| 2-12 | Received In | PRIMCO MANAGEMENT IN | 100,000 |  |  |  |
| 2-12 | Adjustment | DO transfer |  |  | 19304.56 |  |
| 2-14 | Adjustment | SMALL ADJ |  |  | 9.92 |  |
|  |  |  |  |  |  | 9.92 |

Keep this statement as it will be helpful in preparing your next income tax return. It substitutes for IRS form 1099B. This information is being furnished to the Internal Revenue Service.
Any free credit balance represents funds payable upon demand which, although properly accounted for on our records, are not segregated and may be used in the conduct of the firm's business.
Any account transfered to another brokerage will be charged $50 to cover our costs.   WILSON-DAVIS DOES NOT RECEIVE COMPENSATION FOR DIRECTING ORDER FLOW.

Caledonian Global Financial Services
SEC HO-12139
WDCO 0079

PAGE 2 of 2
CALEDONIAN BANK

# Wilson Davis & Company

Statement Period: January 1, 2013
through: March 31, 2013

## Portfolio Holdings

| Security ID | Description | Opening Quantity | Purchased/ Received | Sold/ Delivered | Closing Quantity | Price ** | Market Value |
|---|---|---|---|---|---|---|---|
| GRZG | *GRIZZLEY GOLD CORP | 0 | 6,000 | 6,000- | 0 | | |
| PMCM | *PRIMCO MANAGEMENT INC | 0 | 700,000 | 700,000- | 0 | | |
| SWVI | *SWINGPLANE VENTURES INC | 0 | 1,500,000 | 1,500,000- | 0 | | |
| USGT | *USA GRAPHITE INC | 0 | 142,800 | 142,800- | 0 | | |

** IF THIS STATEMENT CONTAINS AN ESTIMATED VALUE, YOU SHOULD BE AWARE THAT THIS VALUE MAY BE BASED ON A LIMITED NUMBER OF TRADES OR QUOTES. THEREFORE, YOU MAY NOT BE ABLE TO SELL THESE SECURITIES AT A PRICE EQUAL OR NEAR TO THE VALUE SHOWN. HOWEVER, THE BROKER-DEALER FURNISHING THIS STATEMENT MAY NOT REFUSE TO ACCEPT YOUR ORDER TO SELL THESE SECURITIES. ALSO, THE AMOUNT YOU RECEIVE FROM A SALE GENERALLY WILL BE REDUCED BY THE AMOUNT OF ANY COMMISSIONS OR SIMILAR CHARGES. IF AN ESTIMATED VALUE IS NOT SHOWN FOR A SECURITY, A VALUE COULD NOT BE DETERMINED BECAUSE OF A LACK OF INFORMATION.