# EXHIBIT

# 7



ACCOUNT STATEMENT

Ascendant Capital Markets, LLC
C/O Apex Clearing Corporation
1700 Pacific Ave., Suite 1400
Dallas, TX 75201

**Apex Capital Markets, LLC™**

18881 VON KARMAN AVENUE, 16TH FLOOR
IRVINE, CALIFORNIA 92612

*January 1, 2013 - February 28, 2013*

PAGE 1 OF 4

ACCOUNT NUMBER

CALEDONIAN SECURITIES LIMITED
ATTN NATHANIEL ORR-DEPNER

CALEDONIAN SECURITIES LIMITED
ATTN NATHANIEL ORR-DEPNER
PO BOX 1043 69 DR ROYS DRIVE
GEORGE TOWN
GRAND CAYMAN KY1-1102
CAYMAN ISLANDS

| ▶ ACCOUNT SUMMARY | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| NET ACCOUNT BALANCE | $0.00 | $0.00 |
| TOTAL PRICED PORTFOLIO | 0.00 | 0.00 |
| **Total Equity Holdings** | **$0.00** | **$0.00** |

| COMMISSION TOTALS | |
|---|---|
| PTD | 1,783.61 |
| YTD | 1,783.61 |

ACCOUNT CARRIED BY:
APEX CLEARING
CORPORATION
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. This statement should be retained for income tax purposes.

## IMPORTANT INFORMATION

You may have received a confirmation for a trade, which does not appear on this statement. If the settlement date of the trade is shown on the confirmation is later than the period ending date that appears at the top of this statement the trade will appear on your next regular monthly statement.

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on the debit balance in your account is shown on this statement. This rate may change from month to month with fluctuations in interest rates. Interest is computed from the 16th day of the preceding month to the 15th day of the current month except in December and January. In December, the charges include the last day of the year and, in January, the interest is calculated from the first day of the month. The interest is based on the average daily net debit balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the net debit balance.

We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest. All dividends and interest credits should be included in your income tax return.

Information relative to commissions and other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure which randomly selects from among all customer short option positions including those contracts which are subject to exercise. All short american style option positions are liable for assignment at any time whereas european style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise your brokerage firm or bank of any material changes concerning your investment objectives or financial situation.

Our financial statement is available for your personal inspection at our office, or a copy of it will be mailed upon your written request.

Apex Clearing Corporation ("Apex") is a member of the Securities Investor Protection Corporation (SIPC), which protects securities and cash of the customers of its members up to a maximum of $500,000, of which $250,000 may be cash. For additional information, including a brochure, about SIPC coverage, please call (202) 371-8300 or visit www.sipc.org. Apex has purchased an additional insurance policy through a group of London Underwriters (with Lloyd's of London Syndicates as the Lead Underwriter) to supplement SIPC protection. This additional insurance policy becomes available to customers in the event that SIPC limits are exhausted and provides protection for securities and cash up to an aggregate of $600 million. This is provided to pay amounts in addition to those returned in a SIPC liquidation. This additional insurance policy is limited to a combined return to any customer from a Trustee, SIPC and London Underwriters of $150 million, including cash of up to $2.15 million. This additional insurance does not protect against a loss in the market value of securities.

Any free credit balance represents funds payable upon demand which, although properly accounted for on our books of record, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

## NOTICE TO CUSTOMERS

Apex is a member of the New York Stock Exchange and various other exchanges. Apex acts as clearing agent for your trades.

As required under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

Your account, which was introduced to us by your broker or bank, is established under your name at Apex. As a clearing agent, we provide securities clearance and may provide order execution on your broker's or bank's instructions.

You will remain a customer of your broker or bank. Apex will not be involved with or have any responsibility for decisions regarding securities transactions in your account. Your broker or bank will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders, and any instructions regarding the deposit or withdrawal of securities or monies should be made through your broker or bank.

In addition to the above mentioned services, Apex will provide cashiering services, safeguarding of funds and securities while in Apex's possession, monitoring compliance with applicable credit Regulation T and Apex's internal policies, preparing and mailing your account records (including transaction confirmations and periodic statements of your account).

Interest charges to your account will be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charged to customers, consult the Truth in Lending Notice which is made available through your broker or bank.

Apex is a member of the Financial Industry Regulatory Authority, Inc. ("FINRA") and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or at their website at www.finra.org.

Apex carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your brokerage firm or bank or as a result of transactions we process for your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to your brokerage firm or bank (not to your individual broker) and Apex. In order to protect your rights, including your right to SIPC coverage, please confirm any oral communication in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to your brokerage firm or bank. Account position and balance inquiries or concerns should be directed to Apex by telephone at 214-765-1009.

## ACCOUNT SUMMARY

**INCOME AND EXPENSE SUMMARY:** Displays applicable account type balance, money fund balance, priced portfolio value, and total account equity as of the opening and closing of the statement period. Priced Portfolio Value and Total Portfolio Equity are rounded to the nearest dollar. Total Portfolio Expense does not include priced securities.

Lists all income earned during the current statement period, as well as year to date. Includes taxable and non-taxable distributions. This section also displays any Margin Interest Expenses.

## PORTFOLIO EQUITY ALLOCATION

The pie chart is approximate for illustrative purposes only.

## PORTFOLIO SUMMARY

Lists all securities held in your account.

## MARKET VALUE

This amount represents the value of the security position in your portfolio based on appraisals obtained from the various quotation services. These appraisals are based on the closing prices, bond yields and/or the mean bid and ask on the last day of the statement period. Because of the nature of the data provided by the quotation services, we cannot guarantee the accuracy of such prices or the valuation dates particularly in the case of inactive or infrequently traded securities.

Some securities in your portfolio may be listed as "Unpriced" on your statement. We use an automated pricing service from an outside vendor and certain prices may not be available to them. You can obtain a current quotation, upon request, from your broker or bank.

Bond prices might differ from current market quotes. Similarly, bond ratings may differ from current actual ratings. Computerized pricing and rating services are often unable to supply us with up to the minute information. Your broker or bank will be pleased to obtain a current quotation upon request.

## ESTIMATED ANNUAL INCOME

The current annual dividend or bond interest rate for each security held, if available from quotation services. The rate is multiplied by the number of shares or par value of bonds to determine estimated annual income.

## OPEN ORDERS

Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).

## MONEY MARKET ACTIVITY

Purchases, reinvestments and liquidations of money market funds, plus redemptions of money market fund checks.

## DEFINITION OF ACCOUNT TYPES   C=Cash, M=Margin, I=Income, L=Legal, S=Short, X=RVP/DVP, and O=Other

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN TEN BUSINESS DAYS OF THE STATEMENT CLOSING DATE.

MUTUAL FUNDS AND OTHER SECURITIES ARE NOT INSURED BY THE FDIC, ARE NOT DEPOSITS OR OBLIGATIONS OF, OR GUARANTEED BY APEX, AND INVOLVE INVESTMENT RISKS, INCLUDING THE POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED.

USBK01 (06/12)

*January 1, 2013 - February 28, 2013*

PAGE 2 OF 4

ACCOUNT NUMBER

CALEDONIAN SECURITIES LIMITED
ATTN NATHANIEL ORR-DEPNER

Axiom™
CAPITAL MARKETS, LLC

18881 VON KARMAN AVENUE, 16TH FLOOR
IRVINE, CALIFORNIA 92612

## ► ACCOUNT ACTIVITY

### BUY / SELL TRANSACTIONS

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | COMMISSION |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 02/12/13 | X | PRIMCO MANAGEMENT INC<br>WE MAKE A MKT IN THIS SECURITY<br>RISKLESS PRINCIPAL<br>UNSOLICITED<br>LEGAL RESTRICTION<br>CUSIP: 74164Q208 | 321,000 | $0.1889 | $61,243.27 | | $606.37 |
| BOUGHT | 02/13/13 | X | PRIMCO MANAGEMENT INC<br>WE MAKE A MKT IN THIS SECURITY<br>RISKLESS PRINCIPAL<br>UNSOLICITED<br>LEGAL RESTRICTION<br>CUSIP: 74164Q208 | 500,000 | 0.0638 | 32,219.00 | | 319.00 |
| BOUGHT | 02/15/13 | X | NANO LABS CORP<br>AS OF 02/12/13<br>LEGAL RESTRICTION<br>CUSIP: 63009Q101 | 10,000 | 0.59 | 5,959.00 | | 59.00 |
| BOUGHT | 02/20/13 | X | DHS HOLDING CO<br>WE MAKE A MKT IN THIS SECURITY<br>RISKLESS PRINCIPAL<br>UNSOLICITED<br>CUSIP: 23330G107 | 1,800,000 | 0.01034 | 18,798.12 | | 188.12 |
| BOUGHT | 02/22/13 | X | DHS HOLDING CO<br>WE MAKE A MKT IN THIS SECURITY<br>WE ARE ACTING AS PRINCIPAL<br>UNSOLICITED<br>LEGAL RESTRICTION<br>CUSIP: 23330G107 | 877,275 | 0.011 | 9,746.53 | | 96.50 |

STATEMENT

ACCOUNT



STATEMENT

ACCOUNT

*January 1, 2013 - February 28, 2013*

PAGE 3 OF 4

ACCOUNT NUMBER ▬▬▬▬▬▬

CALEDONIAN SECURITIES LIMITED
ATTN NATHANIEL ORR-DEPNER

18881 VON KARMAN AVENUE, 16TH FLOOR
IRVINE, CALIFORNIA 92612

▶ ACCOUNT ACTIVITY (CONTINUED)

### BUY / SELL TRANSACTIONS (continued)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | COMMISSION |
|---|---|---|---|---|---|---|---|---|
| BOUGHT | 02/22/13 | X | NANO LABS CORP<br>WE MAKE A MKT IN THIS SECURITY<br>RISKLESS PRINCIPAL<br>UNSOLICITED<br>LEGAL RESTRICTION<br>CUSIP: 63O09Q101 | 20,000 | 0.5491 | 11,091.82 | | 109.82 |
| SOLD | 02/22/13 | X | SWINGPLANE VENTURES INC<br>NEW<br>WE MAKE A MKT IN THIS SECURITY<br>RISKLESS PRINCIPAL<br>UNSOLICITED<br>LEGAL RESTRICTION<br>CUSIP: 870787207 | 50,000 | 0.8136 | | 40,272.28 | 408.60 |
| **Total Buy / Sell Transactions** | | | | | | **$139,057.74** | **$40,272.28** | |

### SECURITIES RECEIVED AND DELIVERED

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | COMMISSION |
|---|---|---|---|---|---|---|---|---|
| RECEIVED | 02/22/13 | X | SWINGPLANE VENTURES INC<br>NEW<br>TAG=13021953336<br>CUSIP: 870787207 | 50,000 | | $40,272.28 | | |
| DELIVERED | 02/13/13 | X | PRIMCO MANAGEMENT INC<br>TAG=13020751704<br>CUSIP: 741642O8 | -321,000 | | | 61,243.27 | |
| DELIVERED | 02/13/13 | X | PRIMCO MANAGEMENT INC<br>TAG=13020856332<br>CUSIP: 741642O8 | -500,000 | | | 32,219.00 | |
| DELIVERED | 02/20/13 | X | DHS HOLDING CO<br>TAG=13021410700<br>CUSIP: 23330G107 | -1,800,000 | | | 18,798.12 | |



*January 1, 2013 - February 28, 2013*

PAGE 4 OF 4

ACCOUNT NUMBER ███████

American
CAPITAL MARKETS, LLC™

18881 VON KARMAN AVENUE, 16TH FLOOR
IRVINE, CALIFORNIA 92612

**CALEDONIAN SECURITIES LIMITED**
**ATTN NATHANIEL ORR-DEPNER**

▶ **ACCOUNT ACTIVITY (CONTINUED)**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT COMMISSION |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** (continued) | | | | | | | |
| DELIVERED | 02/20/13 | X | NANO LABS CORP TAG=1302124-3858 CUSIP: 63009Q101 | -10,000 | | | 5,959.00 |
| DELIVERED | 02/22/13 | X | DHS HOLDING CO TAG=1302195-3312 CUSIP: 233306107 | -877.275 | | | 9,746.53 |
| DELIVERED | 02/22/13 | X | NANO LABS CORP TAG=1302195-3231 CUSIP: 63009Q101 | -20,000 | | | 11,091.82 |

**Total Securities Received And Delivered**   $40,272.28   $139,057.74

S T A T E M E N T   A C C O U N T