# EXHIBIT 10

```
<ACCOUNT  3K1-01E63>                                                                                      #0001              STATEMENT OF
PAGE     1 OF    4                                                                                                                ACCOUNT

                                       WallachBeth Capital,LLC
                                       100 Wall Street-Suite 6600
                                       New York, NY 10005
                                       (646) 237-8585
                                                                                           STATEMENT PERIOD  03/29/13 - 04/30/13
 CALEDONIAN SECURITIES LIMITED         STATEMENT PERIOD:  MARCH 29 - APRIL 30, 2013
 CALEDONIAN SECURITIES LIMITED         ACCOUNT NUMBER:    ███████
 BANK OF NEW YORK - DIRECTED
 ONE WALL STREET                       TAXPAYER ID:       00-0000000
 NEW YORK NY 10286                     ACCOUNT TYPE:      CASH


 F/C: ZHANG, HEARST            FC # 0015

 See last page for information regarding inconsistencies or discrepancies on statements.

                                        DAILY BROKERAGE ACTIVITY
```

| B/B | DATE | TRANSACTION TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 045 | 03/29 | OPENING BALANCE | | | | | | 0.00 |
| | 04/17 | Purchase | APPLE INC PRICE 430.350000 | 500 | 430.35 | 215,179.50 | | |
| 045 | 04/17 | Delivered | APPLE INC | 500 | 0.00 | | 215,179.50 | |
| | 04/22 | Purchase | APPLE INC PRICE 404.014420 | 500 | 404.01 | 202,011.71 | | |
| 045 | 04/22 | Delivered | APPLE INC | 500 | 0.00 | | 202,011.71 | |
| | 04/24 | Purchase | APPLE INC PRICE 388.750000 | 200 | 388.75 | 77,751.80 | | |
| 045 | 04/24 | Delivered | APPLE INC | 200 | 0.00 | | 77,751.80 | |
| | 04/26 | Purchase | APPLE INC PRICE 405.725000 | 100 | 405.73 | 40,573.40 | | |
| 045 | 04/26 | Delivered | APPLE INC | 100 | 0.00 | | 40,573.40 | |
| | 04/08 | Purchase | DISCOVERY GOLD CORP PRICE .030000 | 25,000 | 0.00 | 753.75 | | |
| 045 | 04/08 | Delivered | DISCOVERY GOLD CORP | 25,000 | 0.00 | | 753.75 | |
| | 04/12 | Purchase | DISCOVERY GOLD CORP PRICE .028500 | 20,000 | 0.00 | 572.85 | | |
| 045 | 04/12 | Delivered | DISCOVERY GOLD CORP | 20,000 | 0.00 | | 572.85 | |
| 090 | 04/26 | Sale | DISCOVERY GOLD CORP | 369,900 | 0.00 | | 9,437.05 | |

(cont on next page)

&lt;ACCOUNT                                WallachBeth Capital,LLC                                           STATEMENT OF ACCOUNT

CALEDONIAN SECURITIES LIMITED
CALEDONIAN SECURITIES LIMITED                                              STATEMENT PERIOD  03/29/13 - 04/30/13
                                                                                              PAGE  2 OF  4

DAILY BROKERAGE ACTIVITY

| B/B DATE | TRANSACTION TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | (cont from prev page) | PRICE .025641 | | | | | |
| 045 04/26 | Received | DISCOVERY GOLD CORP | 369,900 | 0.00 | | 9,437.05 | |
| 090 04/30 | Sale | DOMARK INTL INC<br>PRICE .134000 | 10,000 | 0.13 | | 1,333.27 | |
| 045 04/30 | Received | DOMARK INTL INC | 10,000 | 0.00 | 1,333.27 | | |
| 04/30 | Purchase | GNCC CAPITAL, INC. COM STK (DE)<br>PRICE .013000 | 100,000 | 0.00 | 1,306.50 | | |
| 045 04/30 | Delivered | GNCC CAPITAL, INC. COM STK (DE) | 100,000 | 0.00 | | 1,306.50 | |
| 04/09 | Purchase | GOFF CORP (NEW) COM STK<br>PRICE .508745 | 200,000 | 0.51 | 102,257.70 | | |
| 045 04/09 | Delivered | GOFF CORP (NEW) COM STK | 200,000 | 0.00 | | 102,257.70 | |
| 090 04/10 | Sale | GOFF CORP (NEW) COM STK<br>PRICE .604600 | 45,000 | 0.60 | | 27,070.35 | |
| 045 04/10 | Received | GOFF CORP (NEW) COM STK | 45,000 | 0.00 | 27,070.35 | | |
| 090 04/12 | Sale | HARBOR ISLAND DEVELOPMENT CORP (NEW)<br>PRICE .016935 | 230,000 | 0.00 | | 3,875.52 | |
| 045 04/12 | Received | HARBOR ISLAND DEVELOPMENT CORP (NEW) | 230,000 | 0.00 | 3,875.52 | | |
| 04/15 | Purchase | ISHARES BARCLAYS 1-3 YEA CREDIT<br>PRICE 105.449800 | 7,500 | 105.45 | 790,941.00 | | |
| 045 04/15 | Delivered | ISHARES BARCLAYS 1-3 YEA CREDIT | 7,500 | 0.00 | | 790,941.00 | |
| 04/22 | Purchase | ISHARES BARCLAYS 1-3 YEA CREDIT<br>PRICE 105.420000 | 2,000 | 105.42 | 210,858.00 | | |
| 045 04/22 | Delivered | ISHARES BARCLAYS 1-3 YEA CREDIT | 2,000 | 0.00 | | 210,858.00 | |
| 04/24 | Purchase | ISHARES BARCLAYS 1-3 YEA CREDIT<br>PRICE 105.446667 | 1,800 | 105.45 | 189,820.20 | | |
| 045 04/24 | Delivered | ISHARES BARCLAYS 1-3 YEA CREDIT | 1,800 | 0.00 | | 189,820.20 | |
| 090 04/02 | Sale | LOT78 INC<br>PRICE 1.540000 | 32,750 | 1.54 | | 50,181.69 | |
| 045 04/02 | Received | LOT78 INC | 32,750 | 0.00 | 50,181.69 | | |
| 04/05 | Purchase | MGT CAPITAL INVESTMENTS INC SHS | 6,800 | 3.12 | 21,196.00 | | |

(cont on next page)

```
<ACCOUNT                                    WallachBeth Capital,LLC                                    STATEMENT OF ACCOUNT

CALEDONIAN SECURITES LIMITED                                                    STATEMENT PERIOD  03/29/13 - 04/30/13
CALEDONIAN SECURITES LIMITED                                                                       PAGE    3 OF    4

                                           DAILY BROKERAGE ACTIVITY
                                                                                              DEBIT       CREDIT
B/B DATE   TRANSACTION TYPE   DESCRIPTION                       QUANTITY      PRICE          AMOUNT       AMOUNT        BALANCE
           (cont from prev page)
                              PRICE          3.117059
090 04/05  Sale               MGT CAPITAL INVESTMENTS            1,800         3.04                       5,473.88
                              INC SHS
                              PRICE          3.041111
045 04/08  Delivered          MGT CAPITAL INVESTMENTS            6,800         0.00                      21,196.00
                              INC SHS
045 04/08  Received           MGT CAPITAL INVESTMENTS            1,800         0.00       5,473.88
                              INC SHS
    04/30  Purchase           PETROSONIC ENERGY, INC.           10,000         0.89       8,939.48
                              (NEW)
                              PRICE          .889500
045 04/30  Delivered          PETROSONIC ENERGY, INC.           10,000         0.00                       8,939.48
                              (NEW)
090 04/30  Sale               PRIMCO MANAGEMENT, INC.          160,000         0.00                       4,124.15
                              (NEW)
                              PRICE          .025906
045 04/30  Received           PRIMCO MANAGEMENT, INC.          160,000         0.00       4,124.15
                              (NEW)
    04/08  Purchase           PROSHARS ULTRA SILVR ETF             630        34.96      22,030.47
                              PRICE         34.960000
045 04/08  Delivered          PROSHARS ULTRA SILVR ETF             630         0.00                      22,030.47
090 04/11  Sale               RED GIANT ENTERTAINMENT           6,500         0.00                         115.76
                              INC. NEW
                              PRICE          .017900
045 04/11  Received           RED GIANT ENTERTAINMENT           6,500         0.00         115.76
                              INC. NEW
090 04/30  Sale               SENESCO TECHNOLOGIES NEW        750,000         0.00                      48,505.16
                              PRICE          .065000
045 04/30  Received           SENESCO TECHNOLOGIES NEW        750,000         0.00      48,505.16
    04/08  Purchase           TRULAN RESOURCES INC.           200,000         0.00       6,025.00
                              NEW
                              PRICE          .029975
045 04/08  Delivered          TRULAN RESOURCES INC.           200,000         0.00                       6,025.00
                              NEW

    04/30  TOTAL OF ACTIVITY                                                          2,040,334.19    2,040,334.19

    04/30  CLOSING BALANCE                                                                                              0.00
```

```
<ACCOUNT                                          WallachBeth Capital,LLC                               STATEMENT OF ACCOUNT

CALEDONIAN SECURITES LIMITED                                                                             PAGE    4 OF   4
CALEDONIAN SECURITES LIMITED                                              STATEMENT PERIOD  03/29/13 - 04/30/13

                                       PENDING TRADE SETTLEMENTS & WAII CONTRACTS

TRADE     SETTLE      BUY/
DATE      DATE        SELL       DESCRIPTION                    QUANTITY        PRICE        NET AMOUNT

04/26/13  05/01/13    BUY        BLACKSTAR ENERGY GROUP            6,500         0.50          3,266.25
04/26/13  05/01/13    SELL       TERRA TECH CORP SHS              37,866         0.178         6,706.30
04/26/13  05/01/13    BUY        ITALK INC                        10,000         0.78          7,839.00
04/29/13  05/02/13    SELL       SENESCO TECHNOLOGIES NEW        514,604         0.0585       29,984.78
04/29/13  05/02/13    BUY        NANO LABS CORP SHS                5,000         0.288         1,447.20
04/29/13  05/02/13    BUY        URANIUM HUNTER CORP             100,000         0.0197        1,979.85
04/29/13  05/02/13    SELL       GOFF CORP (NEW) COM STK         450,000         0.0532       23,841.36
04/30/13  05/03/13    SELL       SENESCO TECHNOLOGIES NEW        300,000         0.0558       16,665.82
04/30/13  05/03/13    SELL       HARBOR ISLAND                 1,050,000         0.01         10,481.91
```

In the event you identify any inconsistency or discrepancy on this statement, please promptly notify the brokerage firm which introduces your account to Broadcort/Merrill Lynch, Pierce, Fenner, & Smith(MLPF&S); and Client Services at Broadcort/MLPF&S at (201) 557-0700, the clearing firm (for the transactions we process for your account).

Any oral communications must be re-confirmed in writing preferably to your brokerage firm and MLPF&S to further protect your rights under Securities Investor Protection Act.

```
<ACCOUNT ▓▓▓▓▓                                                                                                                #0001              STATEMENT OF
PAGE    1 OF 4                                                                                                                                      ACCOUNT

                                              WallachBeth Capital, LLC
                                          100 Wall Street-Suite 6600
                                                 New York, NY 10005
                                                    (646) 237-8585

CALEDONIAN SECURITES LIMITED                  STATEMENT PERIOD:    MAY 1 - MAY 31, 2013                           STATEMENT PERIOD  05/01/13 - 05/31/13
CALEDONIAN SECURITES LIMITED
BANK OF NEW YORK - DIRECTED                   ACCOUNT NUMBER:      3K1-01E63
ONE WALL STREET
NEW YORK NY 10286                             TAXPAYER ID:         00-0000000

                                              ACCOUNT TYPE:        CASH

F/C: ZHANG, HEARST          FC # 0015

See last page for information regarding inconsistencies or discrepancies on statements.
```

                                              DAILY BROKERAGE ACTIVITY

| B/B | DATE  | TRANSACTION TYPE         | DESCRIPTION                                  | QUANTITY  | PRICE | DEBIT AMOUNT | CREDIT AMOUNT | BALANCE |
|-----|-------|--------------------------|----------------------------------------------|-----------|-------|--------------|---------------|---------|
| 045 | 05/01 | OPENING BALANCE          |                                              |           |       |              |               | 0.00    |
| 090 | 05/06 | Sale                     | ADVANCED DEFENSE TECHNOLOGIES INC PRICE .006200 | 30,000   | 0.00  |              | 185.06        |         |
| 045 | 05/06 | Received                 | ADVANCED DEFENSE TECHNOLOGIES INC            | 30,000    | 0.00  | 185.06       |               |         |
|     | 05/01 | Purchase                 | BLACKSTAR ENERGY GROUP INC PRICE .500000     | 6,500     | 0.50  | 3,266.25     |               |         |
| 045 | 05/01 | Delivered                | BLACKSTAR ENERGY GROUP INC                   | 6,500     | 0.00  |              | 3,266.25      |         |
|     | 05/06 | Purchase                 | DISCOVERY GOLD CORP PRICE .029500            | 30,000    | 0.00  | 889.43       |               |         |
| 045 | 05/06 | Delivered                | DISCOVERY GOLD CORP                          | 30,000    | 0.00  |              | 889.43        |         |
|     | 05/07 | Purchase                 | DISCOVERY GOLD CORP PRICE .044346            | 65,000    | 0.00  | 2,896.89     |               |         |
| 045 | 05/07 | Delivered                | DISCOVERY GOLD CORP                          | 65,000    | 0.00  |              | 2,896.89      |         |
| 090 | 05/02 | Sale                     | GOFF CORP (NEW) COM STK PRICE .053248        | 450,000   | 0.00  | 23,841.36    |               |         |
| 045 | 05/02 | Received                 | GOFF CORP (NEW) COM STK                      | 450,000   | 0.00  |              | 23,841.36     |         |
| 090 | 05/03 | Sale (cont on next page) | HARBOR ISLAND                                | 1,050,000 | 0.00  | 10,481.91    |               |         |

WallachBeth Capital, LLC

STATEMENT OF ACCOUNT

STATEMENT PERIOD 05/01/13 - 05/31/13   PAGE 2 OF 4

<ACCOUNT ▓▓▓▓▓▓▓
CALEDONIAN SECURITES LIMITED
CALEDONIAN SECURITES LIMITED

DAILY BROKERAGE ACTIVITY

| B/B DATE | TRANSACTION TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | (cont from prev page) | | | | | | |
| 045 05/03 | Received | DEVELOPMENT CORP (NEW) PRICE .010033 | 1,050,000 | 0.00 | 10,481.91 | | |
| 090 05/06 | Sale | HARBOR ISLAND DEVELOPMENT CORP (NEW) PRICE .006900 | 1,000,000 | 0.00 | | 6,865.35 | |
| 045 05/06 | Received | HARBOR ISLAND DEVELOPMENT CORP (NEW) | 1,000,000 | 0.00 | 6,865.35 | | |
| 090 05/07 | Sale | HARBOR ISLAND DEVELOPMENT CORP (NEW) PRICE .005828 | 500,000 | 0.00 | | 2,899.36 | |
| 045 05/07 | Received | HARBOR ISLAND DEVELOPMENT CORP (NEW) | 500,000 | 0.00 | 2,899.36 | | |
| 05/06 | Purchase | ISHARES TRUST DOW JONES SELECT DIVID INDEX FD PRICE 64.740000 | 500 | 64.74 | 32,374.50 | | |
| 045 05/06 | Delivered | ISHARES TRUST DOW JONES SELECT DIVID INDEX FD | 500 | 0.00 | | 32,374.50 | |
| 05/07 | Purchase | ISHARES TRUST DOW JONES SELECT DIVID INDEX FD PRICE 65.160000 | 500 | 65.16 | 32,584.50 | | |
| 045 05/07 | Delivered | ISHARES TRUST DOW JONES SELECT DIVID INDEX FD | 500 | 0.00 | | 32,584.50 | |
| 05/08 | Purchase | ISHARES TRUST DOW JONES SELECT DIVID INDEX FD PRICE 65.790000 | 500 | 65.79 | 32,899.50 | | |
| 045 05/08 | Delivered | ISHARES TRUST DOW JONES SELECT DIVID INDEX FD | 500 | 0.00 | | 32,899.50 | |
| 05/09 | Purchase | ISHARES TRUST DOW JONES SELECT DIVID INDEX FD PRICE 65.450000 | 500 | 65.45 | 32,729.50 | | |
| 045 05/09 | Delivered | ISHARES TRUST DOW JONES SELECT DIVID INDEX FD | 500 | 0.00 | | 32,729.50 | |
| 05/01 | Purchase | ITALK INC PRICE .780000 | 10,000 | 0.78 | 7,839.00 | | |
| 045 05/01 | Delivered | ITALK INC | 10,000 | 0.00 | | 7,839.00 | |
| 090 05/06 | Sale | LOT78 INC PRICE 9.337000 | 5,000 | 9.34 | | 46,638.95 | |
| 05/07 | Purchase | LOT78 INC PRICE 8.380000 | 5,000 | 8.38 | 41,945.00 | | |
| 125 05/07 | Journal Entry | LOT78 INC | | 0.00 | | 41,945.00 | |
| | (cont on next page) | | | | | | |

```
<ACCOUNT                                WallachBeth Capital, LLC                                      STATEMENT OF ACCOUNT
    CALEDONIAN SECURITES LIMITED                                                                              PAGE    3 OF  4
    CALEDONIAN SECURITES LIMITED                                                  STATEMENT PERIOD  05/01/13 - 05/31/13

                                        DAILY BROKERAGE ACTIVITY
                                                                                                    DEBIT      CREDIT
B/B  DATE    TRANSACTION TYPE   DESCRIPTION                           QUANTITY    PRICE             AMOUNT     AMOUNT    BALANCE
             (cont from prev page)
125  05/07   Journal Entry      DART ONLINE JE #04908050                            0.00           46,638.95
     05/02   Purchase           LOT78 INC
                                DART ONLINE JE #04908244                 5,000      0.29            1,447.20
045  05/02   Delivered          NANO LABS CORP SHS
                                PRICE         .288000                    5,000      0.00                       1,447.20
090  05/06   Sale               NANO LABS CORP SHS                      15,000      0.93           13,805.31
045  05/06   Received           NORTHUMBERLAND RESRCS
                                INC
                                PRICE         .925000                   15,000      0.00                      13,805.31
     05/09   Purchase           NORTHUMBERLAND RESRCS
                                INC
                                PRICE         .910000                    5,000      0.91            4,572.75
045  05/10   Delivered          NORTHUMBERLAND RESRCS
                                INC                                      5,000      0.00                       4,572.75
090  05/02   Sale               SENESCO TECHNOLOGIES NEW
                                PRICE         .058562                  514,604      0.00           29,984.78
090  05/03   Sale               SENESCO TECHNOLOGIES NEW
                                PRICE         .055833                  300,000      0.00           16,665.82
045  05/03   Received           SENESCO TECHNOLOGIES NEW                300,000     0.00                      16,665.82
045  05/03   Received           SENESCO TECHNOLOGIES NEW                514,604     0.00                      29,984.78
090  05/06   Sale               SENESCO TECHNOLOGIES NEW
                                PRICE         .053611                  383,500      0.00           20,456.58
045  05/06   Received           SENESCO TECHNOLOGIES NEW                383,500     0.00                      20,456.58
090  05/07   Sale               SENESCO TECHNOLOGIES NEW
                                PRICE         .050000                   46,400      0.00            2,308.35
045  05/07   Received           SENESCO TECHNOLOGIES NEW                 46,400     0.00                       2,308.35
090  05/08   Sale               SENESCO TECHNOLOGIES NEW
                                PRICE         .051000                   68,500      0.00            3,475.95
045  05/08   Received           SENESCO TECHNOLOGIES NEW                 68,500     0.00                       3,475.95
090  05/09   Sale               SENESCO TECHNOLOGIES NEW
                                PRICE         .050000                   40,400      0.00            2,009.85
045  05/09   Received           SENESCO TECHNOLOGIES NEW                 40,400     0.00                       2,009.85
090  05/01   Sale               TERRA TECH CORP SHS
                                PRICE         .178000                   37,866      0.18            6,706.30
045  05/01   Received           TERRA TECH CORP SHS                     37,866      0.00                       6,706.30
     05/02   Purchase           URANIUM HUNTER CORP
                                PRICE         .019700                  100,000      0.00            1,979.85
             (cont on next page)
```

```
<ACCOUNT                                            WallachBeth Capital,LLC                                    STATEMENT OF ACCOUNT
      CALEDONIAN SECURITES LIMITED                                                                                  PAGE   4 OF   4
      CALEDONIAN SECURITES LIMITED                                                      STATEMENT PERIOD 05/01/13 - 05/31/13

                                          DAILY BROKERAGE ACTIVITY
                                                                                                      DEBIT       CREDIT
B/B  DATE    TRANSACTION TYPE    DESCRIPTION           QUANTITY    PRICE                              AMOUNT      AMOUNT         BALANCE
             (cont from prev page)

045  05/02   Delivered           URANIUM HUNTER CORP   100,000     0.00                                            1,979.85
090  05/06   Sale                XUMANII NEW           400,000     0.23                                           90,542.96
                                 PRICE     .227500
045  05/06   Received            XUMANII NEW           400,000     0.00                             90,542.96
090  05/08   Sale                XUMANII NEW            60,000     0.20                                           12,118.83
                                 PRICE     .203000
045  05/08   Received            XUMANII NEW            60,000     0.00                             12,118.83
045  05/31   TOTAL OF ACTIVITY                                                                     484,411.09
045                                                                                                               484,411.09
045  05/31   CLOSING BALANCE                                                                                                        0.00
```

In the event you identify any inconsistency or discrepancy on this statement, please promptly notify the brokerage firm which
introduces your account to Broadcort/Merrill Lynch, Pierce, Fenner, & Smith(MLPF&S); and Client Services at Broadcort/MLPF&S at
(201) 557-0700, the clearing firm (for the transactions we process for your account).

Any oral communications must be re-confirmed in writing preferably to your brokerage firm and MLPF&S to further protect your rights
under Securities Investor Protection Act.