# EXHIBIT

# 12

```
<ACCOUNT
PAGE    1  OF  42
```

Sunrise Securities Corp.
600 Lexington Avenue-23rd Flr
New York, NY 10022
(212) 421-1616

STATEMENT OF
ACCOUNT

| STATEMENT PERIOD: | JANUARY 1 - JANUARY 31, 2013 |
| ACCOUNT NUMBER: | 3VP-01C51 |
| TAXPAYER ID: | 12-2111212 |
| ACCOUNT TYPE: | CASH |

STATEMENT PERIOD 01/01/13 - 01/31/13

EDD FAO
CALEDONIAN BANK LTD
BANK OF NEW YORK - DIRECTED
ONE WALL STREET
NEW YORK NY 10286

F/C: MEYERSON, JEFFREY          FC # 0028

See last page for information regarding inconsistencies or discrepancies on statements.

-------------------------------------- DAILY BROKERAGE ACTIVITY --------------------------------------

| B/B DATE | TRANSACTION TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/01 | OPENING BALANCE | | | | | | 23,990.61 |
| 090 01/30 | Sale | ABAKAN INC PRICE  2.700000 | 1,800 | 2.70 | | 4,835.59 | |
| 045 01/30 | Received | ABAKAN INC | 1,800 | 0.00 | 4,835.59 | | |
| 090 01/08 | Sale | ADVAXIS INC PRICE    .033288 | 878,500 | 0.00 | | 29,096.63 | |
| 045 01/08 | Received | ADVAXIS INC | 878,500 | 0.00 | 29,096.63 | | |
| 090 01/09 | Sale | ADVAXIS INC PRICE    .033268 | 1,010,100 | 0.00 | | 33,435.24 | |
| 045 01/09 | Received | ADVAXIS INC | 1,010,100 | 0.00 | 33,435.24 | | |
| 090 01/10 | Sale | ADVAXIS INC PRICE    .030848 | 1,074,757 | 0.00 | | 32,987.59 | |
| 045 01/10 | Received | ADVAXIS INC | 1,074,757 | 0.00 | 32,987.59 | | |
| 090 01/11 | Sale | ADVAXIS INC PRICE    .040709 | 2,376,200 | 0.00 | | 96,246.90 | |
| 045 01/11 | Received | ADVAXIS INC | 2,376,200 | 0.00 | 96,246.90 | | |
| 090 01/14 | Sale | ADVAXIS INC PRICE    .050938 | 1,709,309 | 0.00 | | 86,631.48 | |
| 045 01/14 | Received | ADVAXIS INC | 1,709,309 | 0.00 | 86,631.48 | | |
| 090 01/15 | Sale (cont on next page) | ADVAXIS INC | 800,100 | 0.00 | | 43,022.63 | |

Sunrise Securities Corp.

STATEMENT OF ACCOUNT
PAGE 30 OF 42

STATEMENT PERIOD 01/01/13 - 01/31/13

<ACCOUNT

EDD FAO
CALEDONIAN BANK LTD

DAILY BROKERAGE ACTIVITY

| B/B DATE | TRANSACTION TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | (cont from prev. page) | | | | | | |
| 01/09 | Purchase | SOUTH SHORE RESOURCES INC. (NEW) PRICE 1.000000 | 800 | 1.00 | | 804.00 | |
| 045 01/09 | Delivered | SOUTH SHORE RESOURCES INC. (NEW) | 800 | 0.00 | 804.00 | | |
| 01/15 | Purchase | SOUTH SHORE RESOURCES INC. (NEW) PRICE 1.250000 | 500 | 1.25 | | 628.13 | |
| 045 01/15 | Delivered | SOUTH SHORE RESOURCES INC. (NEW) | 500 | 0.00 | 628.13 | | |
| 090 01/29 | Sale | STRATEGIC GLOBAL INVTS INC PRICE .081433 | 150,000 | 0.00 | | 12,153.61 | |
| 045 01/29 | Received | STRATEGIC GLOBAL INVTS INC | 150,000 | 0.00 | 12,153.61 | | |
| 090 01/30 | Sale | STRATEGIC GLOBAL INVTS INC PRICE .077143 | 35,000 | 0.00 | | 2,686.45 | |
| 045 01/30 | Received | STRATEGIC GLOBAL INVTS INC | 35,000 | 0.00 | 2,686.45 | | |
| 090 01/31 | Sale | STRATEGIC GLOBAL INVTS INC PRICE .074914 | 135,133 | 0.00 | | 10,072.50 | |
| 045 01/31 | Received | STRATEGIC GLOBAL INVTS INC | 135,133 | 0.00 | 10,072.50 | | |
| 01/14 | Purchase | SUCCESS HLDG GROUP CORP USA PRICE 5.500000 | 100 | 5.50 | 552.75 | | |
| 090 01/15 | Sale | SUCCESS HLDG GROUP CORP USA PRICE 6.000000 | 100 | 6.00 | | 596.99 | |
| 125 01/18 | Journal Entry | SUCCESS HLDG GROUP CORP USA DART ONLINE JE #04808404 | | 0.00 | 44.24 | | |
| 090 01/15 | Sale | SUNBELT INTL CORP. NEW PRICE .056168 | 190,000 | 0.00 | | 10,618.32 | |
| 045 01/15 | Received | SUNBELT INTL CORP. NEW | 190,000 | 0.00 | 10,618.32 | | |
| 090 01/25 | Sale | SUNBELT INTL CORP. NEW PRICE .026000 | 61,716 | 0.00 | | 1,596.56 | |
| 045 01/25 | Received | SUNBELT INTL CORP. NEW | 61,716 | 0.00 | 1,596.56 | | |
| 090 01/25 | Sale | SWINGPLANE VENTURES INC (NEW) | 3,032,941 | 0.17 | | 506,157.20 | |

(cont on next page)

Sunrise Securities Corp.

STATEMENT OF ACCOUNT

STATEMENT PERIOD 01/01/13 - 01/31/13

PAGE 31 OF 42

<ACCOUNT
EDD FAO
CALEDONIAN BANK LTD

DAILY BROKERAGE ACTIVITY

| B/B | DATE | TRANSACTION TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | (cont from prev page) | | | | | | |
| 045 | 01/25 | Received | SWINGPLANE VENTURES INC (NEW) PRICE .167729 | 3,032.941 | 0.00 | 506,157.20 | | |
| | 01/28 | Purchase | SWINGPLANE VENTURES INC (NEW) PRICE .216574 | 414,631 | 0.22 | 90,247.28 | | |
| 090 | 01/28 | Sale | SWINGPLANE VENTURES INC (NEW) PRICE .201989 | 8,209.736 | 0.20 | | 1,649,947.84 | |
| 045 | 01/28 | Received | SWINGPLANE VENTURES INC (NEW) | 8,209.736 | 0.00 | 1,649,947.84 | | |
| 045 | 01/28 | Delivered | SWINGPLANE VENTURES INC (NEW) | 414,631 | 0.00 | | 90,247.28 | |
| 090 | 01/29 | Sale | SWINGPLANE VENTURES INC (NEW) PRICE .252036 | 200,290 | 0.25 | | 50,226.76 | |
| 045 | 01/29 | Received | SWINGPLANE VENTURES INC (NEW) | 200,290 | 0.00 | 50,226.76 | | |
| 090 | 01/31 | Sale | SWINGPLANE VENTURES INC (NEW) PRICE .308197 | 260,000 | 0.31 | | 79,728.77 | |
| 045 | 01/31 | Received | SWINGPLANE VENTURES INC (NEW) | 260,000 | 0.00 | 79,728.77 | | |
| 090 | 01/04 | Sale | TERRA TECH CORP SHS PRICE .476094 | 12,800 | 0.48 | | 6,063.39 | |
| 045 | 01/04 | Received | TERRA TECH CORP SHS | 12,800 | 0.00 | 6,063.39 | | |
| 090 | 01/14 | Sale | TERRA TECH CORP SHS PRICE .490000 | 500 | 0.49 | | 243.76 | |
| 045 | 01/14 | Received | TERRA TECH CORP SHS | 500 | 0.00 | 243.76 | | |
| 090 | 01/17 | Sale | TERRA TECH CORP SHS PRICE .550310 | 50,000 | 0.55 | | 27,377.30 | |
| 045 | 01/17 | Received | TERRA TECH CORP SHS | 50,000 | 0.00 | 27,377.30 | | |
| 090 | 01/25 | Sale | TERRA TECH CORP SHS PRICE .470000 | 375 | 0.47 | | 175.36 | |
| 045 | 01/25 | Received | TERRA TECH CORP SHS | 375 | 0.00 | 175.36 | | |
| 090 | 01/29 | Sale | TERRA TECH CORP SHS PRICE .449367 | 19,735 | 0.45 | | 8,823.72 | |
| 045 | 01/29 | Received | TERRA TECH CORP SHS | 19,735 | 0.00 | 8,823.72 | | |
| 090 | 01/30 | Sale | TERRA TECH CORP SHS PRICE .460472 | 15,000 | 0.46 | | 6,872.39 | |
| 045 | 01/30 | Received (cont on next page) | TERRA TECH CORP SHS | 15,000 | 0.00 | 6,872.39 | | |

‹ACCOUNT ▬▬▬▬▬›
EDD FAO
CALEDONIAN BANK LTD

Sunrise Securities Corp.

STATEMENT OF ACCOUNT

PAGE   40 OF   42

STATEMENT PERIOD 01/01/13 - 01/31/13

## PORTFOLIO SUMMARY

| OTHER HOLDINGS | Quantity | PRICE ON 01/01/13 | Market Value |
|---|---|---|---|
| PROSHARES TRUST II SHS PROSHARES ULTRASH | 200 | 45.66 | 9,132 |

TOTAL EQUITIES   181,092.00

| | | | Estimated Annual Income |
|---|---|---|---|
| TOTAL OTHER HOLDINGS | | | 9,132.00 |

PRICE DISCLAIMER
The market value of a security holding is calculated by multiplying the quantity held by the current market price, if available. Fixed-income securities are traded primarily in over-the-counter markets and are valued at the most recent bid or yield equivalent. Less actively traded issues may be priced by utilizing a yield based on a matrix system and may not reflect an actual market price, but rather a mathematical approximation. While we strive to provide accurate prices, in some instances the prices may not closely reflect the value at which the securities could be sold. For debt principal bonds, purchased within the current statement period, reflect the purchase price, which may vary from the market price at statement close.

Prices shown for interests in limited partnerships and other similar securities may represent: (a) the initial public offering price; (b) the initial public offering price as adjusted for any distributions of capital made; or (c) a valuation provided by the issuer or its agent. Therefore, these prices may not represent the investment's current market value and owners may not be able to realize the price shown.

Additionally, prices shown for private placements or other securities not traded in a public market may be priced at your cost or may be a valuation provided by the issuer or its agent. These prices may not be representative of the price you would receive if you sold your investment.

Prices shown for Private Placements may be the initial cost to the investor or a valuation provided by the issuer or its agent.

## PENDING TRADE SETTLEMENTS & WAII CONTRACTS

| TRADE DATE | SETTLE DATE | BUY/ SELL | DESCRIPTION | QUANTITY | PRICE | NET AMOUNT |
|---|---|---|---|---|---|---|
| 01/29/13 | 02/01/13 | SELL | VAPORBRANDS INTL INC | 25,064 | 0.20 | 4,987.63 |
| 01/29/13 | 02/01/13 | BUY | GNCC CAPITAL, INC. COM | 230,000 | 0.0255 | 5,895.25 |
| 01/29/13 | 02/01/13 | SELL | SWINGPLANE VENTURES INC | 50,000 | 0.349 | 17,364.35 |
| 01/29/13 | 02/01/13 | SELL | POSITIVEID | 1,200,000 | 0.0196 | 23,401.87 |
| 01/29/13 | 02/01/13 | BUY | PIONEER EXPL INC | 10,000 | 0.185 | 1,859.25 |
| 01/29/13 | 02/01/13 | SELL | HONDO MINERALS CORP SHS | 50,000 | 0.1609 | 8,004.59 |
| 01/29/13 | 02/01/13 | SELL | GEO VISION INTL GRP NEW | 713,000 | 0.0123 | 8,732.24 |
| 01/29/13 | 02/01/13 | SELL | GRIZZLY GOLD CORP | 41,000 | 0.8122 | 33,133.40 |
| 01/29/13 | 02/01/13 | SELL | HELMER DIRECTIONAL | 10,000 | 0.07 | 696.48 |
| 01/29/13 | 02/01/13 | SELL | GHANA GOLD CORP | 20,000 | 0.05 | 994.98 |
| 01/29/13 | 02/01/13 | SELL | DIGITAL (THE) | 88,170 | 0.10 | 8,772.71 |
| 01/29/13 | 02/01/13 | BUY | ISHARES BARCLAYS 1-3 YEA | 4,700 | 105.56 | 496,169.60 |
| 01/29/13 | 02/01/13 | SELL | CEREPLAST INC NEW | 2,473,033 | 0.0264 | 65,036.45 |
| 01/29/13 | 02/01/13 | SELL | HARMONIC ENERGY INC | 12,500 | 1.284 | 15,969.39 |
| 01/29/13 | 02/01/13 | BUY | APPLE INC | 1,000 | 459.0861 | 459,094.15 |

Sunrise Securities Corp.

STATEMENT OF ACCOUNT

STATEMENT PERIOD 01/01/13 - 01/31/13   PAGE  41 OF  42

<ACCOUNT

EDD FAO
CALEDONIAN BANK LTD

PENDING TRADE SETTLEMENTS & WAII CONTRACTS

| TRADE DATE | SETTLE DATE | BUY/SELL | DESCRIPTION | QUANTITY | PRICE | NET AMOUNT |
|---|---|---|---|---|---|---|
| 01/28/13 | 02/01/13 | BUY | SPARE BACKUP INC | 300,000 | 0.0119 | 3,608.05 |
| 01/28/13 | 02/01/13 | SELL | STRATEGIC GLOBAL INVTS | 30,000 | 0.0825 | 2,465.22 |
| 01/28/13 | 02/01/13 | SELL | VELATEL GLOBAL | 50,000 | 0.058 | 2,885.44 |
| 01/28/13 | 02/01/13 | SELL | PANACHE BEVERAGE INC | 5,000 | 0.544 | 2,706.34 |
| 01/29/13 | 02/01/13 | SELL | TRULI MEDIA GROUP, INC. | 70,000 | 0.085 | 5,920.12 |
| 01/30/13 | 02/04/13 | BUY | NANO LABS CORP SHS | 5,000 | 0.586 | 2,954.70 |
| 01/30/13 | 02/04/13 | SELL | MEADOW BAY GOLD CORP SHS | 50,000 | 0.503 | 25,023.69 |
| 01/30/13 | 02/04/13 | SELL | POSITIVEID | 1,443,787 | 0.0191 | 27,468.00 |
| 01/30/13 | 02/04/13 | SELL | STRATEGIC GLOBAL INVTS | 80,900 | 0.1003 | 8,073.52 |
| 01/30/13 | 02/04/13 | SELL | SWINGPLANE VENTURES INC | 165,602 | 0.3646 | 60,075.58 |
| 01/30/13 | 02/04/13 | SELL | VAPORBRANDS INTL INC | 51,505 | 0.2048 | 10,498.02 |
| 01/30/13 | 02/04/13 | SELL | U.S. MINE MAKERS INC NEW | 10,000 | 0.06 | 596.99 |
| 01/30/13 | 02/04/13 | BUY | US TUNGSTEN CORP | 3,200 | 0.44 | 1,415.04 |
| 01/30/13 | 02/04/13 | SELL | XSUNX INC | 63,000 | 0.012 | 752.20 |
| 01/30/13 | 02/04/13 | SELL | YAFARM TECHNOLOGIES INC | 10,000 | 0.06 | 596.99 |
| 01/30/13 | 02/04/13 | BUY | PIONEER EXPL INC | 5,000 | 0.1325 | 665.81 |
| 01/30/13 | 02/04/13 | SELL | TERRA TECH CORP SHS | 5,000 | 0.49 | 2,437.70 |
| 01/30/13 | 02/04/13 | SELL | GRIZZLY GOLD CORP | 18,305 | 0.8469 | 15,426.37 |
| 01/30/13 | 02/04/13 | SELL | ITONIS INC | 402,400 | 0.0247 | 9,890.97 |
| 01/30/13 | 02/04/13 | BUY | TRANZBYTE CORP | 500,000 | 0.0032 | 1,608.00 |
| 01/30/13 | 02/04/13 | SELL | FOREX INTL TRADING CORP. | 100,000 | 0.0064 | 644.75 |
| 01/30/13 | 02/04/13 | BUY | ITONIS INC | 250,000 | 0.027 | 6,783.75 |
| 01/30/13 | 02/04/13 | SELL | GHANA GOLD CORP | 23,000 | 0.045 | 1,029.80 |
| 01/30/13 | 02/04/13 | BUY | GNCC CAPITAL, INC. COM | 100,000 | 0.0268 | 2,702.45 |
| 01/30/13 | 02/04/13 | SELL | HARMONIC ENERGY INC | 16,000 | 1.3225 | 21,053.73 |
| 01/30/13 | 02/04/13 | SELL | GLOBAL SECURITY AGENCY | 300,000 | 0.0198 | 5,910.17 |
| 01/30/13 | 02/04/13 | SELL | ALL GRADE MINING, INC. | 10,000 | 0.05 | 497.49 |
| 01/30/13 | 02/04/13 | SELL | HOKUTU HOLD INTENT INL | 20,350 | 0.053 | 1,073.14 |
| 01/30/13 | 02/04/13 | BUY | HARVEY-WESTBURY CORP | 70,000 | 0.011 | 773.85 |
| 01/30/13 | 02/04/13 | SELL | GEO VISION INTL GRP NEW | 262,000 | 0.0112 | 2,940.77 |
| 01/30/13 | 02/04/13 | SELL | COLORADO GOLD MINES. | 1,250 | 0.45 | 559.67 |
| 01/31/13 | 02/05/13 | SELL | FOREX INTL TRADING CORP. | 330,000 | 0.006 | 1,993.05 |
| 01/31/13 | 02/05/13 | BUY | GNCC CAPITAL, INC. COM | 100,000 | 0.0281 | 2,831.59 |
| 01/31/13 | 02/05/13 | BUY | ISHARES BARCLAYS 1-3 YEA | 2,350 | 105.54 | 248,037.84 |
| 01/31/13 | 02/05/13 | SELL | COLORADO GOLD MINES. | 3,000 | 0.45 | 1,343.22 |
| 01/31/13 | 02/05/13 | SELL | GRIZZLY GOLD CORP | 10,000 | 0.88 | 8,755.80 |
| 01/31/13 | 02/05/13 | SELL | CEREPLAST INC NEW | 80,000 | 0.0236 | 1,878.52 |

| | | | | | |
|---|---|---|---|---|---|
| 01/31/13 02/05/13 | SELL | GHANA GOLD CORP | 339,000 | 0.0411 | 13,870.01 |
| 01/31/13 02/05/13 | BUY | NANO LABS CORP SHS | 5,000 | 0.6368 | 3,200.06 |
| 01/31/13 02/05/13 | BUY | WIZARD WORLD, INC. | 20,000 | 0.2808 | 5,644.54 |
| 01/31/13 02/05/13 | SELL | GLOBAL SECURITY AGENCY | 20,000 | 0.0205 | 407.94 |
| 01/31/13 02/05/13 | SELL | HOKUTU HOLD INTENT!NL | 50,000 | 0.057 | 2,835.69 |
| 01/31/13 02/05/13 | BUY | OXIS INTL INC $0.001 NEW | 11,000 | 0.016 | 176.88 |
| 01/31/13 02/05/13 | SELL | STRATEGIC GLOBAL INVTS | 43,600 | 0.105 | 4,555.01 |
| 01/31/13 02/05/13 | SELL | HARMONIC ENERGY INC | 5,000 | 1.35 | 6,716.10 |
| 01/31/13 02/05/13 | SELL | SWINGPLANE VENTURES INC | 25,000 | 0.34 | 8,457.31 |
| 01/31/13 02/05/13 | SELL | TRULAN RESOURCES INC. | 5,500 | 0.20 | 1,094.48 |
| 01/31/13 02/05/13 | SELL | ALL GRADE MINING. INC. | 200,000 | 0.0531 | 10,566.66 |

<ACCOUNT
PAGE    1 OF   48

STATEMENT OF
ACCOUNT

STATEMENT PERIOD  02/01/13 - 02/28/13

EDD FAO
CALEDONIAN BANK LTD
BANK OF NEW YORK - DIRECTED
ONE WALL STREET
NEW YORK NY 10286

Sunrise Securities Corp.
600 Lexington Avenue-23rd Flr
New York NY 10022
(212) 421-1616

STATEMENT PERIOD:    FEBRUARY  1 - FEBRUARY 28, 2013

ACCOUNT NUMBER:      3VP-01C51
TAXPAYER ID:         12-2111212
ACCOUNT TYPE:        CASH

F/C: MEYERSON, JEFFREY          FC # 0028

See last page for information regarding inconsistencies or discrepancies on statements.

DAILY BROKERAGE ACTIVITY

| B/B DATE | TRANSACTION TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | OPENING BALANCE | | | | | | -246,557.47 |
| 090 02/06 | Sale | ABAKAN INC<br>PRICE    2.660000 | 1,000 | 2.66 | | 2,646.64 | |
| 045 02/06 | Received | ABAKAN INC | 1,000 | 0.00 | 2,646.64 | | |
| 090 02/19 | Sale | ABAKAN INC<br>PRICE    2.700000 | 385 | 2.70 | | 1,034.28 | |
| 045 02/19 | Received | ABAKAN INC | 385 | 0.00 | 1,034.28 | | |
| 02/14 | Purchase | ADVANCED DEFENSE<br>TECHNOLOGIES INC<br>PRICE    .038600 | 20,000 | 0.00 | | 775.86 | |
| 045 02/14 | Delivered | ADVANCED DEFENSE<br>TECHNOLOGIES INC | 20,000 | 0.00 | 775.86 | | |
| 090 02/19 | Sale | ADVANCED DEFENSE<br>TECHNOLOGIES INC<br>PRICE    .035124 | 3,796,969 | 0.00 | | 132,694.93 | |
| 045 02/19 | Received | ADVANCED DEFENSE<br>TECHNOLOGIES INC | 3,796,969 | 0.00 | 132,694.93 | | |
| 02/28 | Purchase | AIRWARE LABS CORP<br>PRICE    .600000 | 500 | 0.60 | 301.50 | | |
| 090 02/04 | Sale | ALL GRADE MINING, INC.<br>PRICE    .050000 | 10,000 | 0.00 | | 497.49 | |
| 045 02/04 | Received<br>(cont on next page) | ALL GRADE MINING, INC. | 10,000 | 0.00 | 497.49 | | |

Sunrise Securities Corp.

STATEMENT OF ACCOUNT
PAGE  33 OF  48

‹ACCOUNT

EDD FAO
CALEDONIAN BANK LTD

STATEMENT PERIOD  02/01/13 - 02/28/13

DAILY BROKERAGE ACTIVITY

| B/B | DATE | TRANSACTION TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | (cont from prev page) | INC PRICE .137532 | | | | | |
| 045 | 02/14 | Received | STRATEGIC GLOBAL INVTS INC | 186,500 | 0.00 | 25,520.90 | | |
| | 02/27 | Purchase | SUNPOWER CORP PRICE 12.404164 | 4,400 | 12.40 | 54,613.52 | | |
| 045 | 02/27 | Delivered | SUNPOWER CORP | 4,400 | 0.00 | | 54,613.52 | |
| 090 | 02/01 | Sale | SWINGPLANE VENTURES INC (NEW) PRICE .349040 | 50,000 | 0.35 | | 17,364.35 | |
| 045 | 02/01 | Received | SWINGPLANE VENTURES INC (NEW) | 50,000 | 0.00 | 17,364.35 | | |
| 090 | 02/04 | Sale | SWINGPLANE VENTURES INC (NEW) PRICE .364602 | 165,602 | 0.36 | | 60,075.58 | |
| 045 | 02/04 | Received | SWINGPLANE VENTURES INC (NEW) | 165,602 | 0.00 | 60,075.58 | | |
| 090 | 02/05 | Sale | SWINGPLANE VENTURES INC (NEW) PRICE .340000 | 25,000 | 0.34 | | 8,457.31 | |
| 045 | 02/05 | Received | SWINGPLANE VENTURES INC (NEW) | 25,000 | 0.00 | 8,457.31 | | |
| 090 | 02/06 | Sale | SWINGPLANE VENTURES INC (NEW) PRICE .382933 | 479,999 | 0.38 | | 182,884.30 | |
| 045 | 02/06 | Received | SWINGPLANE VENTURES INC (NEW) | 479,999 | 0.00 | 182,884.30 | | |
| 090 | 02/07 | Sale | SWINGPLANE VENTURES INC (NEW) PRICE .404257 | 119,800 | 0.40 | | 48,186.76 | |
| 045 | 02/07 | Received | SWINGPLANE VENTURES INC (NEW) | 119,800 | 0.00 | 48,186.76 | | |
| 090 | 02/08 | Sale | SWINGPLANE VENTURES INC (NEW) PRICE .391182 | 248,200 | 0.39 | | 96,603.74 | |
| 045 | 02/08 | Received | SWINGPLANE VENTURES INC (NEW) | 248,200 | 0.00 | 96,603.74 | | |
| | 02/11 | Purchase | SWINGPLANE VENTURES INC (NEW) PRICE .365592 | 67,567 | 0.37 | 24,825.46 | | |
| 090 | 02/11 | Sale | SWINGPLANE VENTURES INC (NEW) | 270,000 | 0.38 | | 101,033.77 | |

(cont on next page)

Sunrise Securities Corp.

<ACCOUNT
EDD FAO
CALEDONIAN BANK LTD

STATEMENT OF ACCOUNT
PAGE   34 OF   48

STATEMENT PERIOD   02/01/13 - 02/28/13

DAILY BROKERAGE ACTIVITY

| B/B | DATE | TRANSACTION TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | (cont from prev page) | PRICE          .376088 | | | | | |
| 045 | 02/11 | Received | SWINGPLANE VENTURES INC (NEW) | 270,000 | 0.00 | | 101,033.77 | |
| 090 | 02/12 | Sale | SWINGPLANE VENTURES INC (NEW) PRICE          .418624 | 175,000 | 0.42 | | 72,891.26 | |
| 045 | 02/12 | Received | SWINGPLANE VENTURES INC (NEW) | 175,000 | 0.00 | 72,891.26 | | |
| 045 | 02/12 | Delivered | SWINGPLANE VENTURES INC (NEW) | 67,567 | 0.00 | | 24,825.46 | |
| | 02/21 | Purchase | SWINGPLANE VENTURES INC (NEW) PRICE          .658073 | 325,000 | 0.66 | 214,943.10 | | |
| 090 | 02/22 | Sale | SWINGPLANE VENTURES INC (NEW) PRICE          .750782 | 2,514,000 | 0.75 | | 1,877,986.34 | |
| 090 | 02/25 | Sale | SWINGPLANE VENTURES INC (NEW) PRICE          .933337 | 500,000 | 0.93 | | 464,324.71 | |
| | 02/26 | Purchase | SWINGPLANE VENTURES INC (NEW) PRICE          .750787 | 7,950,000 | 0.75 | 5,998,600.42 | | |
| 045 | 02/26 | Delivered | SWINGPLANE VENTURES INC (NEW) | 325,000 | 0.00 | | 214,943.10 | |
| 045 | 02/26 | Received | SWINGPLANE VENTURES INC (NEW) | 500,000 | 0.00 | 464,324.71 | | |
| 090 | 02/28 | Sale | SWINGPLANE VENTURES INC (NEW) PRICE          .716137 | 712,000 | 0.72 | | 507,328.67 | |
| 045 | 02/28 | Received | SWINGPLANE VENTURES INC (NEW) | 2,514,000 | 0.00 | | 1,877,986.34 | |
| 045 | 02/28 | Received | SWINGPLANE VENTURES INC (NEW) | 712,000 | 0.00 | | 507,328.67 | |
| 045 | 02/06 | Delivered | TAO MINERALS LTD | 350,000 | 0.00 | | 3,130.58 | |
| 090 | 02/04 | Sale | TERRA TECH CORP SHS PRICE          .490000 | 5,000 | 0.49 | | 2,437.70 | |
| 045 | 02/04 | Received | TERRA TECH CORP SHS | 5,000 | 0.00 | 2,437.70 | | |
| 090 | 02/05 | Sale | TERRA TECH CORP SHS PRICE          .520000 | 20,000 | 0.52 | | 10,347.77 | |
| 045 | 02/05 | Received | TERRA TECH CORP SHS | 20,000 | 0.00 | 10,347.77 | | |
| 090 | 02/08 | Sale | TERRA TECH CORP SHS | 32,400 | 0.60 | | 19,293.15 | |
| | | (cont on next page) | | | | | | |

Sunrise Securities Corp.

STATEMENT OF ACCOUNT

PAGE 44 OF 48

STATEMENT PERIOD 02/01/13 - 02/28/13

<ACCOUNT ▆▆▆▆
EDD FAO
CALEDONIAN BANK LTD

## DAILY BROKERAGE ACTIVITY

| B/B DATE | TRANSACTION TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | (cont from prev page) | | | | | | |
| 045 02/19 | Received | YAFARM TECHNOLOGIES INC | 55,550 | 0.00 | 14,901.00 | | |
| 090 02/20 | Sale | YAFARM TECHNOLOGIES INC PRICE .275000 | 25,000 | 0.28 | | 6,840.47 | |
| 045 02/20 | Received | YAFARM TECHNOLOGIES INC | 25,000 | 0.00 | 6,840.47 | | |
| 090 02/21 | Sale | YAFARM TECHNOLOGIES INC PRICE .265624 | 376,900 | 0.27 | | 99,610.88 | |
| 045 02/21 | Received | YAFARM TECHNOLOGIES INC | 376,900 | 0.00 | 99,610.88 | | |
| 090 02/22 | Sale | YAFARM TECHNOLOGIES INC PRICE .240024 | 55,465 | 0.24 | | 13,246.07 | |
| 045 02/22 | Received | YAFARM TECHNOLOGIES INC | 55,465 | 0.00 | 13,246.07 | | |
| 090 02/25 | Sale | ZINCO DO BRASIL INC PRICE 1.540000 | 10 | 1.54 | | 15.31 | |
| 02/28 | TOTAL OF ACTIVITY | | | | 18,601,067.12 | 18,601,067.12 | |
| 02/28 | CLOSING BALANCE | | | | | | -5,955,429.38 |

## PORTFOLIO SUMMARY

| EQUITIES | Quantity | PRICE ON 02/28/13 | Value | Dividend Rate | Current % Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|
| AIRWARE LABS CORP | 500 | 0.25 | 125 | .00 | | 0 |
| BLUGRASS ENERGY INC. NEW | 2,090,000 | 0 | 418 | .00 | | 0 |
| BUYER GROUP INTL INC. NEW | 20,000 | 0.075 | 1,500 | .00 | | 0 |
| COCA COLA COM | 133short | 38.72 | -5,149 | .00 | | 0 |
| DETHRONE RTY HOLDINGS, INC. COM | 50,000 | 0.05 | 2,500 | .00 | | 0 |
| DISNEY (WALT) CO COM STK | 92short | 54.59 | -5,022 | .00 | | 0 |
| ISLAND BREEZE INTL INC | 39,000 | 0.06 | 2,340 | .00 | | 0 |
| JA SOLAR HLDGS CO LTD SPONSORED ADR REPSTG ORD SHS | 2,800 | 4.45 | 12,460 | .00 | | 0 |
| PIONEER EXPL INC | 10,000 | 0.07 | 700 | .00 | | 0 |
| SECURITY FIRST INTL HLDG INC | 20,000 | 0.034 | 680 | .00 | | 0 |
| SWINGPLANE VENTURES INC | 7,950,000 | 0.27 | 2,146,500 | .00 | | 0 |

<ACCOUNT                                    Sunrise Securities Corp.                           STATEMENT OF ACCOUNT

EDD FAO                                                                                                    PAGE  45 OF  48
CALEDONIAN BANK LTD                                            STATEMENT PERIOD 02/01/13 - 02/28/13

----------------------------------------------------------------------------------------------------------------------
                                          PORTFOLIO SUMMARY

| EQUITIES | Quantity | PRICE ON 02/28/13 | Value | Dividend Rate | Current % Yield | Estimated Annual Income |
|---|---|---|---|---|---|---|
| (NEW) | | | | | | |
| UNISOURCE CORP | 1,364.900short | 0.068 | -92,813 | .00 | | 0 |
| VAPORBRANDS INTL INC | 7,500 | 0.21 | 1,575 | .00 | | 0 |
| VELCERA INC | 111,081 | 0.36 | 39,989 | .00 | | 0 |
| WAL-MART STORES INC | 71short | 70.78 | -5,025 | .00 | | 0 |
| WELLNESS CENTER USA INC | 6,500 | 0.70 | 4,550 | .00 | | 0 |
| XTRA ENERGY CORP. | 10,000 | 0.019 | 190 | .00 | | 0 |
| ZINCO DO BRASIL INC | 10short | 1.65 | -16 | .00 | | 0 |

                                                              TOTAL EQUITIES    2,105,502.00
----------------------------------------------------------------------------------------------------------------------

PRICE DISCLAIMER
The market value of a security holding is calculated by multiplying the quantity held by the current market price, if
available. Fixed-income securities are traded primarily in over-the-counter markets and are valued at the most recent
bid or yield equivalent. Less actively traded issues may be priced by utilizing a yield based on a matrix system and
may not reflect an actual market price but rather a mathematical approximation derived by computer. While we strive to
provide accurate prices in some instances the prices may not closely reflect the value at which the securities could be
sold. Municipal Bonds, purchased within the current statement period, reflect the purchase price, which may vary from
the market price at statement close.

Prices shown for interests in limited partnerships and other similar securities may represent: (a) the initial public
offering price; (b) the initial public offering price as adjusted for any distributions of capital made; or (c) a
valuation provided by the issuer or its agent. Therefore, these prices may not represent the investment's
current market value and owners may not be able to realize the price shown.

Additionally, prices shown for private placements or other securities not traded in a public market may be priced at
your cost or may be a valuation provided by the issuer or its agent. These prices may not be representative of the
price you would receive if you sold your investment.

Prices shown for Private Placements may be the initial cost to the investor or a valuation provided by the
issuer or its agent.

               PENDING TRADE SETTLEMENTS & WAII CONTRACTS

| TRADE DATE | SETTLE DATE | BUY/ SELL | DESCRIPTION | QUANTITY | PRICE | NET AMOUNT |
|---|---|---|---|---|---|---|
| 02/26/13 | 03/01/13 | BUY | U.S. MINE MAKERS INC NEW | 30,000 | 0.04 | 1,206.00 |
| 02/26/13 | 03/01/13 | SELL | BRAVO ENTERPRISES LTD | 5,000 | 0.21 | 1,044.73 |
| 02/26/13 | 03/01/13 | SELL | POSITIVEID | 834,761 | 0.0221 | 18,429.49 |
| 02/26/13 | 03/01/13 | SELL | SAFEBRAIN SYSTEMS, INC. | 11,000 | 0.1854 | 2,029.76 |
| 02/26/13 | 03/01/13 | SELL | SOUTHERN PRODS., INC. | 17,500 | 0.25 | 4,353.02 |
| 02/26/13 | 03/01/13 | SELL | SENESCO TECHNOLOGIES NEW | 50,500 | 0.0093 | 4,990.82 |
| 02/26/13 | 03/01/13 | SELL | SWINGPLANE VENTURES INC | 50,000 | 0.7056 | 35,103.76 |
| 02/26/13 | 03/01/13 | SELL | WHEREVERTY BROADCASTING | 10,000 | 0.3275 | 3,258.55 |

| 02/27/13 | 03/04/13 | SELL | TMM INC NEW | 50,000 | 0.1708 | 8,497.11 |
| 02/27/13 | 03/04/13 | SELL | SWINGPLANE VENTURES INC | 588,594 | 0.5396 | 321,398.73 |
| 02/27/13 | 03/04/13 | SELL | URANIUM HUNTER CORP | 590,000 | 0.0317 | 18,664.83 |
| 02/27/13 | 03/04/13 | BUY | VACATION HOME SWAP. INC | 10,000 | 0.11 | 1,105.50 |
| 02/27/13 | 03/04/13 | BUY | WILD BRUSH ENERGY INC | 879,105 | 0.035 | 30,922.52 |
| 02/27/13 | 03/04/13 | SELL | WELLNESS CENTER USA INC | 1,400 | 0.65 | 905.43 |
| 02/27/13 | 03/04/13 | SELL | PANACHE BEVERAGE INC | 14,000 | 0.6014 | 8,377.72 |
| 02/27/13 | 03/04/13 | BUY | WAL-MART STORES INC | 142 | 70.96 | 10,077.46 |
| 02/27/13 | 03/04/13 | SELL | WAL-MART STORES INC | 142 | 71.12 | 10,097.67 |
| 02/27/13 | 03/04/13 | SELL | COCA COLA COM | 266 | 38.18 | 10,153.52 |
| 02/27/13 | 03/04/13 | SELL | X-CHANGE CORP (THE) NEW | 183,864 | 0.122 | 22,335.40 |

Sunrise Securities Corp.

STATEMENT OF ACCOUNT

STATEMENT PERIOD 02/01/13 - 02/28/13     PAGE  48 OF  48

<ACCOUNT

EDD FAO
CALEDONIAN BANK LTD

PENDING TRADE SETTLEMENTS & WAII CONTRACTS

| TRADE DATE | SETTLE DATE | BUY/SELL | DESCRIPTION | QUANTITY | PRICE | NET AMOUNT |
|---|---|---|---|---|---|---|
| 02/28/13 | 03/05/13 | SELL | COCA COLA COM | 266 | 38.71 | 10,294.50 |
| 02/28/13 | 03/05/13 | BUY | LIGHTLAKE THERAPEUTICS | 60,000 | 0.05 | 3,015.00 |
| 02/28/13 | 03/05/13 | SELL | POSITIVEID | 495,397 | 0.0207 | 10,252.01 |
| 02/28/13 | 03/05/13 | SELL | SENESCO TECHNOLOGIES NEW | 45,000 | 0.10 | 4,477.40 |
| 02/28/13 | 03/05/13 | SELL | MULTI-CORP INTL INC | 184,500 | 0.0436 | 8,019.59 |
| 02/28/13 | 03/05/13 | BUY | TRULAN RESOURCES INC. | 15,000 | 0.13 | 1,959.75 |
| 02/28/13 | 03/05/13 | SELL | GNCC CAPITAL, INC. COM | 100,000 | 0.0188 | 1,870.56 |
| 02/28/13 | 03/05/13 | SELL | SPHERIX INC COM PAR .01 | 3,037 | 11.9841 | 36,370.78 |
| 02/28/13 | 03/05/13 | SELL | SWINGPLANE VENTURES INC | 2,663,326 | 0.2605 | 690,375.49 |
| 02/28/13 | 03/05/13 | SELL | GEO VISION INTL GRP NEW | 3,045,000 | 0.0027 | 8,355.92 |
| 02/28/13 | 03/05/13 | SELL | GREEN INNOVATIONS LTD | 125,050 | 0.9162 | 113,999.00 |
| 02/28/13 | 03/05/13 | SELL | GREAT CHINA MANIA | 59,434 | 0.0613 | 3,626.01 |
| 02/28/13 | 03/05/13 | SELL | HOKUTU HOLD INTENTINL | 133,500 | 0.0073 | 976.43 |
| 02/28/13 | 03/05/13 | SELL | GEORGETOWN CORP | 30,000 | 0.0346 | 1,034.79 |

In the event you identify any inconsistency or discrepancy on this statement, please promptly notify the brokerage firm which

introduces your account to Broadcort/Merrill Lynch, Pierce, Fenner, & Smith(MLPF&S); and Client Services at Broadcort/MLPF&S at

(201) 557-0700, the clearing firm (for the transactions we process for your account).

Any oral communications must be re-confirmed in writing preferably to your brokerage firm and MLPF&S to further protect your rights

under Securities Investor Protection Act.

Merrill Lynch is a member of the Securities Investor Protection Corporation (SIPC). The assets in your
account, except as otherwise indicated, are held by Merrill Lynch.

You may obtain more information about SIPC, including the SIPC brochure, by contacting
them at its website www.sipc.org or by phone at (202)372-8300.

Please retain this statement to enable you to compute any interest on your next statement.

In the event you identify any inconsistency or discrepancy on this statement, please promptly notify the brokerage firm which

introduces your account to Broadcort/Merrill Lynch, Pierce, Fenner, & Smith(MLPF&S); and Client Services at Broadcort/MLPF&S at

(201) 557-0700, the clearing firm (for the transactions we process for your account).

Any oral communications must be re-confirmed in writing preferably to your brokerage firm and MLPF&S to further protect your rights

under Securities Investor Protection Act.

<ACCOUNT
PAGE    1 OF    48

Sunrise Securities Corp.
600 Lexington Avenue-23rd Flr
New York, NY 10022
(212) 421-1616

STATEMENT OF
ACCOUNT

#0001

STATEMENT PERIOD:    MARCH  1 - MARCH 28, 2013
ACCOUNT NUMBER:      3VP-01C51
TAXPAYER ID:         12-2111212
ACCOUNT TYPE:        CASH

STATEMENT PERIOD  03/01/13 - 03/28/13

EDD FAO,
CALEDONIAN BANK LTD
BANK OF NEW YORK - DIRECTED
ONE WALL STREET
NEW YORK NY 10286

F/C: MEYERSON, JEFFREY          FC # 0028

See last page for information regarding inconsistencies or discrepancies on statements.

DAILY BROKERAGE ACTIVITY

| B/B DATE | TRANSACTION TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 03/01 | OPENING BALANCE | | | | | | -5,955,429.38 |
| A97 03/04 | Journal Entry | ADJUSTMENT | | 0.00 | | 4,226.40 | |
| A97 03/08 | Journal Entry | ADJUSTMENT | | 0.00 | | 0.50 | |
| 813 03/13 | Journal Entry | ADJUSTMENT | | 0.00 | | 0.85 | |
| 090 03/14 | Sale | ADVNCD MICRO D INC PRICE    2.521691 | 27,500 | 2.52 | | 69,124.95 | |
| 045 03/14 | Received | ADVNCD MICRO D INC | 27,500 | 0.00 | 69,124.95 | | |
| 045 03/06 | Delivered | AIRWARE LABS CORP | 500 | 0.00 | | 301.50 | |
| 045 03/07 | Received | AIRWARE LABS CORP | 500 | 0.00 | 301.50 | | |
| 045 03/07 | Delivered | AIRWARE LABS CORP | 500 | 0.00 | | 301.00 | |
| 03/06 | Purchase | ARROWHEAD RESEARCH CORP PRICE    2.191000 | 2,000 | 2.18 | 4,378.00 | | |
| 045 03/06 | Delivered | ARROWHEAD RESEARCH CORP | 2,000 | 0.00 | | 4,378.00 | |
| 090 03/08 | Sale | ARROWHEAD RESEARCH CORP PRICE    2.270100 | 2,000 | 2.27 | | 4,524.10 | |
| 045 03/08 | Received | ARROWHEAD RESEARCH CORP | 2,000 | 0.00 | 4,524.10 | | |
| 03/04 | Purchase | BIO SOLUTIONS CORP PRICE    .016970 | 200,000 | 0.00 | 3,410.97 | | |
| 045 03/04 | Delivered (cont on next page) | BIO SOLUTIONS CORP | 200,000 | 0.00 | | 3,410.97 | |

Sunrise Securities Corp.

STATEMENT OF ACCOUNT
PAGE  15  OF  48
STATEMENT PERIOD  03/01/13 - 03/28/13

<ACCOUNT
EDD FAO
CALEDONIAN BANK LTD

DAILY BROKERAGE ACTIVITY

| B/B DATE | TRANSACTION TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | (cont from prev page) | PRICE          .016250 | | | | | |
| 045 03/12 | Delivered | GNCC CAPITAL, INC.  COM STK (DE) | 199,900 | 0.00 | | 3,264.62 | |
| 03/13 | Purchase | GNCC CAPITAL, INC.  COM STK (DE) PRICE          .019611 | 180,000 | 0.00 | 3,547.63 | | |
| 045 03/13 | Delivered | GNCC CAPITAL, INC.  COM STK (DE) | 180,000 | 0.00 | | 3,547.63 | |
| 03/15 | Purchase | GNCC CAPITAL, INC.  COM STK (DE) PRICE          .012000 | 50,000 | 0.00 | 603.00 | | |
| 045 03/15 | Delivered | GNCC CAPITAL, INC.  COM STK (DE) | 50,000 | 0.00 | | 603.00 | |
| 090 03/18 | Sale | GNCC CAPITAL, INC.  COM STK (DE) PRICE          .010029 | 50,000 | 0.00 | | 498.93 | |
| 045 03/18 | Received | GNCC CAPITAL, INC.  COM STK (DE) | 50,000 | 0.00 | 498.93 | | |
| 090 03/19 | Sale | GNCC CAPITAL, INC.  COM STK (DE) PRICE          .010028 | 400,000 | 0.00 | | 3,991.05 | |
| 045 03/19 | Received | GNCC CAPITAL, INC.  COM STK (DE) | 400,000 | 0.00 | 3,991.05 | | |
| 03/21 | Purchase | GOFF CORP (NEW) COM STK PRICE          .298625 | 20,000 | 0.30 | 5,962.16 | | |
| 045 03/21 | Delivered | GOFF CORP (NEW) COM STK | 20,000 | 0.00 | | 5,962.16 | |
| 03/22 | Purchase | GOFF CORP (NEW) COM STK PRICE          .314968 | 110,000 | 0.31 | 34,819.71 | | |
| 045 03/22 | Delivered | GOFF CORP (NEW) COM STK | 110,000 | 0.00 | | 34,819.71 | |
| 03/26 | Purchase | GOFF CORP (NEW) COM STK PRICE          .335000 | 45,314 | 0.34 | 15,256.09 | | |
| 045 03/26 | Delivered | GOFF CORP (NEW) COM STK | 45,314 | 0.00 | | 15,256.09 | |
| 090 03/08 | Sale | GREAT AMERICAN ENERGY INC PRICE     1.070000 | 3,000 | 1.07 | | 3,193.88 | |
| 045 03/08 | Received | GREAT AMERICAN ENERGY INC | 3,000 | 0.00 | 3,193.88 | | |
| 090 03/04 | Sale | GREAT CHINA MANIA HOLDINGS, INC. PRICE          .068500 | 350,000 | 0.00 | | 23,854.58 | |
| 045 03/04 | Received (cont on next page) | GREAT CHINA MANIA | 350,000 | 0.00 | 23,854.58 | | |

Sunrise Securities Corp.

STATEMENT OF ACCOUNT

PAGE 26 OF 48

STATEMENT PERIOD 03/01/13 - 03/28/13

<ACCOUNT ████
EDD FAO
CALEDONIAN BANK LTD

## DAILY BROKERAGE ACTIVITY

| B/B DATE | TRANSACTION TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | (cont from prev page) | PRICE .150000 | | | | | |
| 045 03/01 | Delivered | NEW YORK TUTOR CO | 10,000 | 0.00 | | 1,507.50 | |
| 045 03/14 | Purchase | NITRO PETROLEUM INC PRICE .400000 | 6,500 | 0.40 | 2,613.00 | | |
| 045 03/14 | Delivered | NITRO PETROLEUM INC | 6,500 | 0.00 | | 2,613.00 | |
| 045 03/14 | Purchase | NORSTRA ENERGY INC PRICE .409000 | 5,000 | 0.41 | 2,059.75 | | |
| 045 03/14 | Delivered | NORSTRA ENERGY INC | 5,000 | 0.00 | | 2,059.75 | |
| 03/15 | Purchase | NORSTRA ENERGY INC PRICE .413333 | 7,500 | 0.41 | 3,115.50 | | |
| 045 03/15 | Delivered | NORSTRA ENERGY INC | 7,500 | 0.00 | | 3,115.50 | |
| 03/19 | Purchase | NORSTRA ENERGY INC PRICE .410000 | 5,000 | 0.41 | 2,060.25 | | |
| 045 03/19 | Delivered | NORSTRA ENERGY INC | 5,000 | 0.00 | | 2,060.25 | |
| 03/08 | Purchase | NORTHUMBERLAND RESRCS INC PRICE .245000 | 5,000 | 0.25 | 1,231.13 | | |
| 045 03/08 | Delivered | NORTHUMBERLAND RESRCS INC | 5,000 | 0.00 | | 1,231.13 | |
| 03/12 | Purchase | NORTHUMBERLAND RESRCS INC PRICE .310000 | 4,000 | 0.31 | 1,246.20 | | |
| 090 03/12 | Sale | NORTHUMBERLAND RESRCS INC PRICE .304375 | 80,000 | 0.30 | | 24,227.70 | |
| 045 03/12 | Received | NORTHUMBERLAND RESRCS INC | 80,000 | 0.00 | 24,227.70 | | |
| 045 03/12 | Delivered | NORTHUMBERLAND RESRCS INC | 4,000 | 0.00 | | 1,246.20 | |
| 090 03/14 | Sale | NORTHUMBERLAND RESRCS INC PRICE .390000 | 40,000 | 0.39 | | 15,521.65 | |
| 045 03/14 | Received | NORTHUMBERLAND RESRCS INC | 40,000 | 0.00 | 15,521.65 | | |
| 090 03/15 | Sale | NORTHUMBERLAND RESRCS INC PRICE .420000 | 20,000 | 0.42 | | 8,357.81 | |
| 045 03/15 | Received | NORTHUMBERLAND RESRCS INC | 20,000 | 0.00 | 8,357.81 | | |
| 090 03/21 | Sale | NORTHUMBERLAND RESRCS INC | 12,000 | 0.47 | | 5,551.98 | |

(cont on next page)

<ACCOUNT
EDD FAO
CALEDONIAN BANK LTD

Sunrise Securities Corp.

STATEMENT OF ACCOUNT
PAGE   39 OF   48
STATEMENT PERIOD   03/01/13 - 03/28/13

DAILY BROKERAGE ACTIVITY

| B/B | DATE | TRANSACTION TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | (cont from prev page) | AS OF 03/07/13 | | | | | |
| 090 | 03/11 | Trade Correctn | SUNBELT INTL CORP. NEW TRADE AS OF 03/04/13 ACCOUNT SETTLES 03/07/13 PRICE .012080 | 3,633,788 | 0.00 | | 43,675.70 | |
| 090 | 03/01 | Sale | SWINGPLANE VENTURES INC (NEW) PRICE .705619 | 50,000 | 0.71 | | 35,103.76 | |
| 090 | 03/04 | Sale | SWINGPLANE VENTURES INC (NEW) PRICE .539633 | 598,594 | 0.54 | | 321,398.73 | |
| 045 | 03/04 | Received | SWINGPLANE VENTURES INC (NEW) | 50,000 | 0.00 | 35,103.76 | | |
| 090 | 03/05 | Sale | SWINGPLANE VENTURES INC (NEW) PRICE .260524 | 2,663,326 | 0.26 | | 690,375.49 | |
| 045 | 03/05 | Received | SWINGPLANE VENTURES INC (NEW) | 2,663,326 | 0.00 | 690,375.49 | | |
| 090 | 03/06 | Sale | SWINGPLANE VENTURES INC (NEW) PRICE .227295 | 200,000 | 0.23 | | 45,230.68 | |
| 045 | 03/06 | Received | SWINGPLANE VENTURES INC (NEW) | 598,594 | 0.00 | 321,398.73 | | |
| 046 | 03/06 | Received | SWINGPLANE VENTURES INC (NEW) | 200,000 | 0.00 | 45,230.68 | | |
| 813 | 03/07 | Journal Entry | SWINGPLANE VENTURES INC (NEW) ADJUSTMENT | 7,950,000 | 0.00 | | | |
| 045 | 03/07 | Delivered | SWINGPLANE VENTURES INC (NEW) | 975,000 | 0.00 | | 735,677.66 | |
| 125 | 03/07 | Journal Entry | SWINGPLANE VENTURES INC (NEW) DART ONLINE JE #04852399 | 6,975,000 | 0.00 | 3,904,748.60 | | |
| 813 | 03/08 | Journal Entry | SWINGPLANE VENTURES INC (NEW) ADJUSTMENT AS OF 03/07/13 | 7,950,000 | 0.00 | | | |
| 125 | 03/08 | Journal Entry | SWINGPLANE VENTURES INC (NEW) | | 0.00 | 1,358,174.16 | | |
| | | (cont on next page) | | | | | | |

Sunrise Securities Corp.

STATEMENT OF ACCOUNT
PAGE 40 OF 48

STATEMENT PERIOD 03/01/13 - 03/28/13

<ACCOUNT
EDD FAQ
CALEDONIAN BANK LTD

DAILY BROKERAGE ACTIVITY

| B/B DATE | TRANSACTION TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 090 03/15 | Sale | (cont from prev page) DART ONLINE JE #04853192 SWINGPLANE VENTURES INC (NEW) PRICE .100155 | 100,000 | 0.10 | | 9,965.20 | |
| 045 03/15 | Received | SWINGPLANE VENTURES INC (NEW) | 100,000 | 0.00 | | 9,965.20 | |
| 03/19 | Purchase | SWINGPLANE VENTURES INC (NEW) PRICE .137331 | 300,000 | 0.14 | 41,405.30 | | |
| 090 03/20 | Sale | SWINGPLANE VENTURES INC (NEW) PRICE .129420 | 200,000 | 0.13 | | 25,754.00 | |
| 03/21 | Purchase | SWINGPLANE VENTURES INC (NEW) PRICE .114674 | 15,000 | 0.11 | 1,728.71 | | |
| 03/21 | Purchase | SWINGPLANE VENTURES INC (NEW) PRICE .114674 | 135,000 | 0.11 | 15,558.39 | | |
| 813 03/21 | Journal Entry | SWINGPLANE VENTURES INC (NEW) ADJUSTMENT | 100,000 | 0.00 | | 12,668.35 | |
| 813 03/21 | Journal Entry | SWINGPLANE VENTURES INC (NEW) ADJUSTMENT | | 0.00 | | | |
| 045 03/21 | Delivered | SWINGPLANE VENTURES INC (NEW) | 135,000 | 0.00 | | 15,558.39 | |
| 045 03/21 | Delivered | SWINGPLANE VENTURES INC (NEW) | 15,000 | 0.00 | | 1,728.71 | |
| 125 03/21 | Journal Entry | SWINGPLANE VENTURES INC (NEW) DART ONLINE JE #04865946 | | 0.00 | 38,422.99 | | |
| 090 03/22 | Sale | SWINGPLANE VENTURES INC (NEW) PRICE .103673 | 150,000 | 0.10 | | 15,472.85 | |
| 045 03/22 | Received | SWINGPLANE VENTURES INC (NEW) | 150,000 | 0.00 | 15,472.85 | | |
| 125 03/22 | Journal Entry | SWINGPLANE VENTURES INC (NEW) DART ONLINE JE #04866582 | | 0.00 | 41,405.30 | | |
| 090 03/26 | Sale | TERRA TECH CORP SHS PRICE .205000 | 11,437 | 0.21 | | 2,332.82 | |
| 045 03/26 | Received | TERRA TECH CORP SHS | 11,437 | 0.00 | 2,332.82 | | |
| 090 03/04 | Sale (cont on next page) | TMM INC NEW | 50,000 | 0.17 | | 8,497.11 | |