# EXHIBIT

# 14



## Account Statement - Trade Date
*Expressed in US Dollars*

**Caledonian Securities Limited**
**69 Dr. Roy's Drive**
**PO Box 1043**
**KY1-1102 George Town**
**Cayman Islands**

Caledonian Securities Limited
CALED

Report Period 7/1/2013 to 7/31/2013

**LEKSECURITIES**

Lek Securities Corporation
One Liberty Plaza
New York, NY 10006
212.509.2300

SIPC

| | |
|---|---|
| Equity as of 7/31/2013 | |
| Net Cash Balance | $72.28 |
| Equity | $72.28 |

| | |
|---|---|
| Settlement Date Balances | |
| Settlement Date Cash Balance | $72.28 |
| Settlement Date Adjusted Net Balance | $72.28 |

**Portfolio Composition**

— Cash (100.00%)



## Transactions

| Trade | Settle | Buy/Sell | Qnty | Symbol | Security Description | Cur | Price | AccInt | Comm | TrFee | Charge | Credit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/26/13 | 07/26/13 | Receive | 100,000 | XUII | Xumanii International Holdings | USD | 0.7069 | | | | | |
| Remarks | DO-785912 RecvFm 0901 | | | | | | | | | | | |
| 07/23/13 | 07/23/13 | Receive | 19,100 | BLUF | Bluforest Inc | USD | 1.4552 | | | | $27,795.60 | |
| Remarks | DO-783316 RecvFm 0901 | | | | | | | | | | | |
| 07/23/13 | 07/23/13 | Sell | (100,000) | XUII | Xumanii International Holdings | USD | 0.714087 | | $714.09 | $1.25 | | $70,693.36 |
| 07/23/13 | 07/23/13 | Deliver | (7,000) | XUII | Xumanii International Holdings | USD | 0.409 | | | | | $2,863.35 |
| Remarks | DO-783783 DelvTo 0901 | | | | | | | | | | | |
| 07/23/13 | 07/23/13 | Receive | 7,000 | XUII | Xumanii International Holdings | USD | 0.415 | | | | | |
| Remarks | DO-783768 RecvFm 0901 Reclaim | | | | | | | | | | | |
| 07/23/13 | 07/23/13 | Deliver | (7,000) | XUII | Xumanii International Holdings | USD | 0.415 | | | | $2,905.00 | $2,905.00 |
| Remarks | DO-783768 DelvTo 0901 | | | | | | | | | | | |
| 07/19/13 | 07/19/13 | Deliver | (2,500) | SANB | SANBORN RESOURCES LTD | USD | 0.3434 | | | | | $858.50 |
| Remarks | DO-781737 DelvTo 0901 | | | | | | | | | | | |
| 07/19/13 | 07/19/13 | Receive | 7,000 | XUII | Xumanii International Holdings | USD | 0.415 | | | | | |
| Remarks | DO-781719 RecvFm 0901 Reclaim | | | | | | | | | | | |
| 07/19/13 | 07/19/13 | Deliver | (7,000) | XUII | Xumanii International Holdings | USD | 0.415 | | | | $2,905.00 | $2,905.00 |
| Remarks | DO-781719 DelvTo 0901 | | | | | | | | | | | |

## Transactions

| Trade | Settle | Buy/Sell | Qnty | Symbol | Security Description | Cur | Price | AccInt | Comm | TrFee | Charge | Credit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/18/13 | 07/23/13 | Sell | (19,100) | BLUF | Bluforest Inc | USD | 1.47 | | $280.77 | $.49 | | $27,795.74 |
| Remarks | | | | | | | | | | | | |
| 07/18/13 | 07/18/13 | Deliver | (20,500) | ETEK | ECO-TEK GROUP INC | USD | 0.3599 | | | | | Credit $7,378.04 |
| Remarks | DO-781085 DelvTo 0901 | | | | | | | | | | | |
| 07/18/13 | 07/18/13 | Receive | 20,500 | ETEK | ECO-TEK GROUP INC | USD | 0.3563 | | | | $7,305.00 | |
| Remarks | DO-780954 RecvFm 0901 Reclaim | | | | | | | | | | | |
| 07/18/13 | 07/18/13 | Deliver | (20,500) | ETEK | ECO-TEK GROUP INC | USD | 0.3563 | | | | | Credit $7,305.00 |
| Remarks | DO-780954 DelvTo 0901 | | | | | | | | | | | |
| 07/18/13 | 07/18/13 | Deliver | (10,000) | XUII | Xumanii International Holdings | USD | 0.3636 | | | | | Credit $3,636.00 |
| Remarks | DO-780934 DelvTo 0901 | | | | | | | | | | | |
| 07/18/13 | 07/18/13 | Deliver | (10,000) | XUII | Xumanii International Holdings | USD | 0.3333 | | | | | Credit $3,333.00 |
| Remarks | DO-780270 DelvTo 0901 | | | | | | | | | | | |
| 07/16/13 | 07/19/13 | Buy | 2,500 | SANB | SANBORN RESOURCES LTD | USD | 0.34 | | $8.50 | | $858.50 | |
| Remarks | | | | | | | | | | | | |
| 07/16/13 | 07/16/13 | Receive | 24,500 | SANB | SANBORN RESOURCES LTD | USD | 0.6252 | | | | $15,319.32 | |
| Remarks | DO-779418 RecvFm 0901 | | | | | | | | | | | |
| 07/16/13 | 07/19/13 | Buy | 7,000 | XUII | Xumanii International Holdings | USD | 0.405 | | $70.00 | | $2,905.00 | |
| Remarks | | | | | | | | | | | | |
| 07/16/13 | 07/19/13 | Sell | (7,000) | XUII | Xumanii International Holdings | USD | 0.405 | | ($70.00) | | | Credit $2,905.00 |
| Remarks | As of entry booked on 7/19/2013. ** Cancel Ticket | | | | | | | | | | | |

## Transactions

| Trade | Settle | Buy/Sell | Qnty | Symbol | Security Description | Cur | Price | AccInt | Comm | TrFee | Charge | Credit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/16/13 | 07/19/13 | Buy | 7,000 | XUII | Xumanii International Holdings | USD | 0.405 | | $28.35 | | $2,863.35 | |
| Remarks | As of entry booked on 7/19/2013. ** Corrected Ticket | | | | | | | | | | | |
| 07/15/13 | 07/18/13 | Receive | 200 | AAPL | APPLE INCORPORATED + COM | USD | 420.3106 | | | | $84,062.12 | |
| Remarks | DO-778399 RecvFm 0901 | | | | | | | | | | | |
| 07/15/13 | 07/18/13 | Buy | 20,500 | ETEK | ECO-TEK GROUP INC | USD | 0.3563414634146341463 4 | | | | $7,305.00 | |
| 07/15/13 | 07/18/13 | Buy | 10,000 | XUII | Xumanii International Holdings | USD | 0.36 | | $36.00 | | $3,636.00 | |
| 07/15/13 | 07/15/13 | Receive | 37,100 | XUII | Xumanii International Holdings | USD | 0.3513 | | | | $13,033.79 | |
| Remarks | DO-778398 RecvFm 0901 | | | | | | | | | | | |
| 07/11/13 | 07/16/13 | Sell | (24,500) | SANB | SANBORN RESOURCES LTD | USD | 0.631608 16326530 6 | | $154.75 | $.27 | | $15,319.38 |
| 07/11/13 | 07/16/13 | Buy | 10,000 | XUII | Xumanii International Holdings | USD | 0.33 | | $33.00 | | $3,333.00 | |
| 07/10/13 | 07/15/13 | Sell | (200) | AAPL | APPLE INCORPORATED + COM | USD | 420.32 | | $2.00 | $1.47 | | $84,060.53 |
| 07/10/13 | 07/10/13 | Receive | 1,000 | HCP | HCP, INC COM | USD | 44.069 | | | | $44,069.01 | |
| Remarks | DO-776335 RecvFm 0901 | | | | | | | | | | | |
| 07/10/13 | 07/10/13 | Deliver | (1,000) | HCP | HCP, INC COM | USD | 43.5492 | | | | | $43,549.20 |
| Remarks | DO-776465 DelvTo 0901 | | | | | | | | | | | |

## Transactions

| Trade | Settle | Buy/Sell | Qnty | Symbol | Security Description | Cur | Price | AccInt | Comm | TrFee | Charge | Credit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/10/13 | 07/15/13 | Sell | (37,100) | XUII | Xumanii International Holdings | USD | 0.35487196765498 7 | | $131.66 | $.23 | | $13,033.86 |
| Trade | Settle | Buy/Sell | Qnty | Symbol | Security Description | Cur | Price | AccInt | Comm | TrFee | Charge | Credit |
| 07/05/13 | 07/10/13 | Buy | 1,000 | HCP | HCP, INC COM | USD | 43.5392 | | $10.00 | | $43,549.20 | |
| Trade | Settle | Buy/Sell | Qnty | Symbol | Security Description | Cur | Price | AccInt | Comm | TrFee | Charge | Credit |
| 07/05/13 | 07/10/13 | Sell | (1,000) | HCP | HCP, INC COM | USD | 44.08 | | $10.00 | $.77 | | $44,069.23 |

Please be advised that further information with respect to commissions and other charges related to the execution of all transactions (including options trasactions) as well as the time of the execution has been included in confirmations of such transactions previously furnished to you.

To protect your rights please advise Lek Securities immediately of any inaccuracy in this account statement. Any oral communication should be confirmed in writing.

Please notify Lek Securities promptly of any material change in your investment objectives or financial situation.

Free credit balances in your account are available to you on demand. Such funds might not immediately be segregated and may be used in the operation of our business.

Section 15(e) of the Exchange Act as amended Under the 'Dodd-Frank Wall Street Reform and Consumer Protection Act' requires us to notify you that have the right to prohibit us from using your fully paid securities in connection with short sales. Please note that LSC has always had a policy against using customers' fully paid securities in connection with short sales. The new law also requires us to notify you that we may receive compensation when lending securities.

SPECIAL DISCLOSURE FOR CUSTOMERS WITH POSITIONS IN PENNY STOCKS:
IF THIS STATMENTENT CONTAINS AN ESTIMATED VALUE, YOU SHOULD BE AWARE THAT THIS VALUE MAY BE BASED ON A LIMITED NUMBER OF TRADE OR QUOTES. THEREFORE, YOU MAY NOT BE ABLE TO SELL THESE SECURITIES AT A PRICE EQUAL OR NEAR TO THE VALUE SHOWN. HOWEVER, WE MAY NOT REFUSE TO ACCEPT YOUR ORDER TO SELL THESE SECURITIES. ALSO, THE AMOUNT YOU RECEIVE FROM A SALE GENERALLY WILL BE REDUCED BY THE AMOUNT OF ANY COMMISSIONS OR SIMILAR CHARGES.
IF AN ESTIMATED VALUE IS NOT SHOWN FOR A SECURITY, A VALUE COULD NOT BE DETERMINED BECAUSE OF A LACK OF INFORMATION.