Account Statement - Period 10/1/2012 to 9/30/2014

Account Number: ▓▓▓▓

Account Name: CALEDONIAN BANK LIMITED

Account Executive: SCA House 3502

## Daily Account Activity - Cash Account (continued)

| Settle Date | Activity Date | Activity | Quantity | Description | Price | Subtracted | Added | Balance |
|---|---|---|---|---|---|---|---|---|
| 4/4/2014 | 4/1/2014 | Sell | 2000.00 | NEVIS CAPITAL CORP | 1.5500 | -- | 2966.47 | 240439.27 |
| 4/7/2014 | 4/2/2014 | Sell | 200000.00 | SCRIPSAMERICA INC | 0.1170 | -- | 22548.27 | 262987.54 |
| 4/7/2014 | 4/2/2014 | Sell | 2000.00 | NEVIS CAPITAL CORP | 1.6500 | -- | 3160.43 | 266147.97 |
| 4/7/2014 | 4/2/2014 | Sell | 5000.00 | GENSPERA | 1.2600 | -- | 6069.56 | 272217.53 |
| 4/7/2014 | 4/2/2014 | Sell | 5330.00 | GENSPERA | 1.3000 | -- | 6679.55 | 278897.08 |
| 4/8/2014 | 4/3/2014 | Sell | 525.00 | NEVIS CAPITAL CORP | 2.1700 | -- | 1024.41 | 279921.49 |
| 4/8/2014 | 4/3/2014 | Sell | 35000.00 | DIRECT EQUITY INTERNATIONAL | 0.0820 | -- | 2739.49 | 282660.98 |
| 4/8/2014 | 4/3/2014 | Sell | 45000.00 | DIRECT EQUITY INTERNATIONAL | 0.0830 | -- | 3565.84 | 286226.82 |
| 4/8/2014 | 4/3/2014 | Sell | 50000.00 | DIRECT EQUITY INTERNATIONAL | 0.0840 | -- | 4003.32 | 290230.14 |
| 4/8/2014 | 4/3/2014 | Sell | 65000.00 | DIRECT EQUITY INTERNATIONAL | 0.0850 | -- | 5312.59 | 295542.73 |
| 4/8/2014 | 4/3/2014 | Sell | 75000.00 | DIRECT EQUITY INTERNATIONAL | 0.0840 | -- | 6043.84 | 301586.57 |
| 4/8/2014 | 4/3/2014 | Sell | 75000.00 | DIRECT EQUITY INTERNATIONAL | 0.0840 | -- | 6049.66 | 307636.23 |
| 4/8/2014 | 4/3/2014 | Sell | 85000.00 | DIRECT EQUITY INTERNATIONAL | 0.0770 | -- | 6301.81 | 313938.04 |
| 4/8/2014 | 4/3/2014 | Sell | 80000.00 | DIRECT EQUITY INTERNATIONAL | 0.0830 | -- | 6411.80 | 320349.84 |
| 4/8/2014 | 4/3/2014 | Sell | 85000.00 | DIRECT EQUITY INTERNATIONAL | 0.0820 | -- | 6733.78 | 327083.62 |
| 4/8/2014 | 4/3/2014 | Sell | 85000.00 | DIRECT EQUITY INTERNATIONAL | 0.0830 | -- | 6815.40 | 333899.02 |
| 4/8/2014 | 4/3/2014 | Sell | 90000.00 | DIRECT EQUITY INTERNATIONAL | 0.0790 | -- | 6849.77 | 340748.79 |
| 4/8/2014 | 4/3/2014 | Sell | 90000.00 | DIRECT EQUITY INTERNATIONAL | 0.0830 | -- | 7218.99 | 347967.78 |
| 4/8/2014 | 4/3/2014 | Sell | 95000.00 | DIRECT EQUITY INTERNATIONAL | 0.0840 | -- | 7665.88 | 355633.66 |
| 4/8/2014 | 4/3/2014 | Sell | 100000.00 | DIRECT EQUITY INTERNATIONAL | 0.0830 | -- | 8037.81 | 363671.47 |
| 4/8/2014 | 4/3/2014 | Sell | 100000.00 | DIRECT EQUITY INTERNATIONAL | 0.0840 | -- | 8052.36 | 371723.83 |
| 4/9/2014 | 4/4/2014 | Sell | 5000.00 | RICH PHARMACEUTICALS, INC | 0.2000 | -- | 884.62 | 372608.45 |
| 4/9/2014 | 4/4/2014 | Sell | 100000.00 | RICH PHARMACEUTICALS, INC | 0.1990 | -- | 19253.87 | 391862.32 |
| 4/9/2014 | 4/4/2014 | Sell | 100000.00 | RICH PHARMACEUTICALS, INC | 0.1990 | -- | 19253.87 | 411116.19 |
| 4/9/2014 | 4/4/2014 | Sell | 2000.00 | NEVIS CAPITAL CORP | 1.3300 | -- | 2539.75 | 413655.94 |
| 4/9/2014 | 4/4/2014 | Sell | 2000.00 | NEVIS CAPITAL CORP | 1.3300 | -- | 2539.75 | 416195.69 |
| 4/9/2014 | 4/4/2014 | Sell | 2000.00 | NEVIS CAPITAL CORP | 1.4200 | -- | 2714.31 | 418910.00 |
| 4/9/2014 | 4/4/2014 | Sell | 10000.00 | GENSPERA | 1.2700 | -- | 12275.86 | 431185.86 |
| 4/9/2014 | 4/4/2014 | Sell | 80000.00 | DIRECT EQUITY INTERNATIONAL | 0.0640 | -- | 4919.81 | 436105.67 |
| 4/9/2014 | -- | Cash Disbursement | -- | WIRE | -- | 160000.00 | -- | 276105.67 |
| 4/9/2014 | -- | Journal | -- | Wire Fee | -- | 50.00 | -- | 276055.67 |
| 4/9/2014 | -- | Journal | -- | SCA Wire Fee | -- | 25.00 | -- | 276030.67 |
| 4/9/2014 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 160075.00 | 436105.67 |
| 4/10/2014 | 4/7/2014 | Sell | 2500.00 | RICH PHARMACEUTICALS, INC | 0.2950 | -- | 622.43 | 436728.10 |
| 4/10/2014 | 4/7/2014 | Sell | 50000.00 | RICH PHARMACEUTICALS, INC | 0.2600 | -- | 12562.06 | 449290.16 |
| 4/10/2014 | 4/7/2014 | Sell | 47700.00 | RICH PHARMACEUTICALS, INC | 0.3000 | -- | 13832.80 | 463122.96 |
| 4/10/2014 | 4/7/2014 | Sell | 50000.00 | RICH PHARMACEUTICALS, INC | 0.3220 | -- | 15568.52 | 478691.48 |
| 4/10/2014 | 4/7/2014 | Sell | 50000.00 | RICH PHARMACEUTICALS, INC | 0.3260 | -- | 15747.94 | 494439.42 |
| 4/10/2014 | 4/7/2014 | Sell | 100000.00 | RICH PHARMACEUTICALS, INC | 0.3130 | -- | 30309.90 | 524749.32 |

Account Statement - Period 10/1/2012 to 9/30/2014   Account Number: ████

Account Name: CALEDONIAN BANK LIMITED   Account Executive: SCA House 3502

## Daily Account Activity - Cash Account (continued)

| Settle Date | Activity Date | Activity | Quantity | Description | Price | Subtracted | Added | Balance |
|---|---|---|---|---|---|---|---|---|
| 4/10/2014 | 4/7/2014 | Sell | 600.00 | NEVIS CAPITAL CORP | 1.0000 | -- | 485.16 | 525234.48 |
| 4/10/2014 | 4/7/2014 | Sell | 1000.00 | NEVIS CAPITAL CORP | 1.1500 | -- | 1035.10 | 526269.58 |
| 4/10/2014 | -- | Journal | -- | TA & DTC FEE BORK NON DTC | -- | 105.00 | -- | 526164.58 |
| 4/11/2014 | 4/8/2014 | Sell | 2500.00 | RICH PHARMACEUTICALS, INC | 0.3120 | -- | 664.93 | 526829.51 |
| 4/11/2014 | 4/8/2014 | Sell | 50000.00 | RICH PHARMACEUTICALS, INC | 0.3300 | -- | 15956.45 | 542785.96 |
| 4/11/2014 | 4/8/2014 | Sell | 50000.00 | RICH PHARMACEUTICALS, INC | 0.3300 | -- | 15956.45 | 558742.41 |
| 4/11/2014 | 4/8/2014 | Sell | 100000.00 | RICH PHARMACEUTICALS, INC | 0.3100 | -- | 30018.96 | 588761.37 |
| 4/11/2014 | 4/8/2014 | Sell | 101250.00 | RICH PHARMACEUTICALS, INC | 0.3300 | -- | 32308.05 | 621069.42 |
| 4/11/2014 | 4/8/2014 | Sell | 2840.00 | NEVIS CAPITAL CORP | 0.5000 | -- | 1304.87 | 622374.29 |
| 4/11/2014 | 4/8/2014 | Sell | 3150.00 | NEVIS CAPITAL CORP | 0.5000 | -- | 1459.84 | 623834.13 |
| 4/11/2014 | 4/8/2014 | Sell | 4000.00 | NEVIS CAPITAL CORP | 0.5000 | -- | 1884.72 | 625718.85 |
| 4/11/2014 | 4/8/2014 | Sell | 4510.00 | NEVIS CAPITAL CORP | 0.5000 | -- | 2139.66 | 627858.51 |
| 4/11/2014 | 4/8/2014 | Sell | 5500.00 | NEVIS CAPITAL CORP | 0.5000 | -- | 2626.62 | 630485.13 |
| 4/11/2014 | 4/8/2014 | Sell | 15000.00 | NEVIS CAPITAL CORP | 0.4950 | -- | 7159.43 | 637644.56 |
| 4/11/2014 | 4/8/2014 | Sell | 20000.00 | NEVIS CAPITAL CORP | 0.5000 | -- | 9656.14 | 647300.70 |
| 4/11/2014 | 4/8/2014 | Sell | 39540.00 | AMAZONIC CORP | 0.0720 | -- | 2716.52 | 650017.22 |
| 4/11/2014 | 4/8/2014 | Sell | 60460.00 | AMAZONIC CORP | 0.0610 | -- | 3531.08 | 653548.30 |
| 4/11/2014 | 4/8/2014 | Sell | 211368.00 | AMAZONIC CORP | 0.0540 | -- | 10918.10 | 664466.40 |
| 4/14/2014 | 4/9/2014 | Sell | 77222.00 | BOURQUE INDUSTRIES INC | 0.0050 | -- | 226.79 | 664693.19 |
| 4/15/2014 | 4/10/2014 | Sell | 2500.00 | NEVIS CAPITAL CORP | 0.4800 | -- | 1084.92 | 665778.11 |
| 4/15/2014 | 4/10/2014 | Sell | 4000.00 | DIVERSIFIED RESOURCES INC | 0.9500 | -- | 3645.11 | 669423.22 |
| 4/15/2014 | 4/21/2014 | Sell - Cancel | 4000.00 | DIVERSIFIED RESOURCES INC | 0.9500 | 3645.11 | -- | 665778.11 |
| 4/16/2014 | 4/11/2014 | Buy | 3000.00 | DIVERSIFIED RESOURCES INC | 1.2500 | 3902.81 | -- | 661875.30 |
| 4/16/2014 | 4/21/2014 | Buy - Cancel | 3000.00 | DIVERSIFIED RESOURCES INC | 1.2500 | -- | 3902.81 | 665778.11 |
| 4/17/2014 | 4/14/2014 | Sell | 2170.00 | NEVIS CAPITAL CORP | 0.4900 | -- | 948.26 | 666726.37 |
| 4/17/2014 | 4/14/2014 | Sell | 2500.00 | NEVIS CAPITAL CORP | 0.4400 | -- | 984.92 | 667711.29 |
| 4/22/2014 | 4/16/2014 | Buy | 1000.00 | DIVERSIFIED RESOURCES INC | 1.3190 | 1433.75 | -- | 666277.54 |
| 4/22/2014 | 4/21/2014 | Buy - Cancel | 1000.00 | DIVERSIFIED RESOURCES INC | 1.3190 | -- | 1433.75 | 667711.29 |
| 4/22/2014 | 4/16/2014 | Sell | 4000.00 | NEVIS CAPITAL CORP | 0.2800 | -- | 1004.74 | 668716.03 |
| 4/22/2014 | 4/16/2014 | Sell | 15000.00 | NEVIS CAPITAL CORP | 0.2200 | -- | 3158.89 | 671874.92 |
| 4/22/2014 | 4/16/2014 | Sell | 20840.00 | NEVIS CAPITAL CORP | 0.2200 | -- | 4404.23 | 676279.15 |
| 4/22/2014 | 4/16/2014 | Sell | 23460.00 | NEVIS CAPITAL CORP | 0.2200 | -- | 4962.93 | 681242.08 |
| 4/22/2014 | 4/16/2014 | Sell | 52500.00 | NEVIS CAPITAL CORP | 0.2200 | -- | 11155.81 | 692397.89 |
| 4/22/2014 | 4/16/2014 | Sell | 98200.00 | NEVIS CAPITAL CORP | 0.2200 | -- | 20906.46 | 713304.35 |
| 4/22/2014 | 4/16/2014 | Sell | 150000.00 | NEVIS CAPITAL CORP | 0.2200 | -- | 31883.62 | 745187.97 |
| 4/23/2014 | 4/17/2014 | Sell | 89500.00 | SCRIPSAMERICA INC | 0.1100 | -- | 9502.25 | 754690.22 |
| 4/23/2014 | 4/17/2014 | Sell | 390000.00 | SCRIPSAMERICA INC | 0.1110 | -- | 41554.02 | 796244.24 |
| 4/23/2014 | 4/17/2014 | Sell | 29240.00 | NEVIS CAPITAL CORP | 0.2170 | -- | 6110.39 | 802354.63 |
| 4/25/2014 | 4/22/2014 | Sell | 100000.00 | SCRIPSAMERICA INC | 0.1130 | -- | 10913.35 | 813267.98 |
| 4/25/2014 | 4/22/2014 | Sell | 10000.00 | GENSPERA | 1.2800 | -- | 12372.85 | 825640.83 |

Account Statement - Period 10/1/2012 to 9/30/2014

Account Number: ███

Account Name: CALEDONIAN BANK LIMITED

Account Executive: SCA House 3502

## Daily Account Activity - Cash Account (continued)

| Settle Date | Activity Date | Activity | Quantity | Description | Price | Subtracted | Added | Balance |
|---|---|---|---|---|---|---|---|---|
| 4/28/2014 | 4/23/2014 | Sell | 134800.00 | SCRIPSAMERICA INC | 0.1150 | -- | 14921.16 | 840561.99 |
| 4/28/2014 | 4/23/2014 | Sell | 5349.00 | GENSPERA | 1.2500 | -- | 6444.12 | 847006.11 |
| 4/28/2014 | 4/23/2014 | Sell | 10000.00 | GENSPERA | 1.2550 | -- | 12130.40 | 859136.51 |
| 4/29/2014 | -- | Journal | -- | Dreyfus Sweep | -- | 859136.51 | -- | 0.00 |
| 4/30/2014 | -- | Cash Disbursement | -- | WIRE | -- | 142103.14 | -- | -142103.14 |
| 4/30/2014 | -- | Journal | -- | ERROR ON DDRI SHORT SALE | -- | 1358.75 | -- | -143461.89 |
| 4/30/2014 | -- | Journal | -- | Wire Fee | -- | 50.00 | -- | -143511.89 |
| 4/30/2014 | -- | Journal | -- | SCA Wire Fee | -- | 25.00 | -- | -143536.89 |
| 4/30/2014 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 143536.89 | 0.00 |
| 5/1/2014 | 4/28/2014 | Sell | 40800.00 | BOURQUE INDUSTRIES INC | 0.0050 | -- | 84.38 | 84.38 |
| 5/5/2014 | 4/30/2014 | Sell | 28075.00 | SCRIPSAMERICA INC | 0.1000 | -- | 2679.69 | 2764.07 |
| 5/6/2014 | 5/1/2014 | Sell | 50000.00 | SCRIPSAMERICA INC | 0.1000 | -- | 4798.58 | 7562.65 |
| 5/6/2014 | 5/1/2014 | Sell | 50140.00 | SCRIPSAMERICA INC | 0.1030 | -- | 4962.89 | 12525.54 |
| 5/6/2014 | 5/1/2014 | Sell | 100000.00 | SCRIPSAMERICA INC | 0.1030 | -- | 9943.52 | 22469.06 |
| 5/6/2014 | 5/1/2014 | Sell | 100000.00 | SCRIPSAMERICA INC | 0.1040 | -- | 10040.51 | 32509.57 |
| 5/6/2014 | 5/1/2014 | Sell | 7900.00 | GENSPERA | 1.2500 | -- | 9536.36 | 42045.93 |
| 5/6/2014 | -- | Client to Client M | 199800000.00 | BIOFLAMEX CORPORATION | -- | -- | -- | 42045.93 |
| 5/6/2014 | -- | Journal | -- | TA & DTC FEE BORK NON DTC | -- | 105.00 | -- | 41940.93 |
| 5/7/2014 | 5/2/2014 | Sell | 5000.00 | SCRIPSAMERICA INC | 0.1030 | -- | 399.63 | 42340.56 |
| 5/7/2014 | 5/2/2014 | Sell | 60175.00 | SCRIPSAMERICA INC | 0.0990 | -- | 5731.88 | 48072.44 |
| 5/7/2014 | -- | Cash Disbursement | -- | WIRE | -- | 427000.00 | -- | -378927.56 |
| 5/7/2014 | -- | Journal | -- | PHYS FROM DTC FEE BOIGD | -- | 620.00 | -- | -379547.56 |
| 5/7/2014 | -- | Journal | -- | Wire Fee | -- | 50.00 | -- | -379597.56 |
| 5/7/2014 | -- | Journal | -- | SCA Wire Fee | -- | 25.00 | -- | -379622.56 |
| 5/7/2014 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 379622.56 | 0.00 |
| 5/8/2014 | -- | Cash Disbursement | -- | WIRE | -- | 175000.00 | -- | -175000.00 |
| 5/8/2014 | -- | Client to Client M | 8405117.00 | AMAZONAS FLORESTAL LTD | -- | -- | -- | -175000.00 |
| 5/8/2014 | -- | Client to Client M | 261000.00 | AIM EXPLORATION INC. | -- | -- | -- | -175000.00 |
| 5/8/2014 | -- | Journal | -- | Wire Fee | -- | 50.00 | -- | -175050.00 |
| 5/8/2014 | -- | Journal | -- | SCA Wire Fee | -- | 25.00 | -- | -175075.00 |
| 5/8/2014 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 175075.00 | 0.00 |
| 5/9/2014 | 5/6/2014 | Sell | 1050.00 | Dragon Jade International Ltd | 2.0300 | -- | 2016.58 | 2016.58 |
| 5/12/2014 | -- | Journal | -- | ERROR ON DDRI SHORT SALE | -- | 1358.75 | -- | 657.83 |
| 5/13/2014 | -- | Client to Client M | 11610666.00 | VOIP-PAL COM INC | -- | -- | -- | 657.83 |
| 5/13/2014 | -- | Journal | -- | RUSH FEE 184360588 HMNC | -- | 250.00 | -- | 407.83 |
| 5/13/2014 | -- | Journal | -- | DTC IN FEE 184360588 HMNC | -- | 200.00 | -- | 207.83 |
| 5/15/2014 | 5/12/2014 | Sell | 3000.00 | GENSPERA | 1.2300 | -- | 3538.55 | 3746.38 |
| 5/15/2014 | 5/12/2014 | Sell | 3000.00 | GENSPERA | 1.2400 | -- | 3567.64 | 7314.02 |

Account Statement - Period 10/1/2012 to 9/30/2014

Account Number:

Account Name: CALEDONIAN BANK LIMITED

Account Executive: SCA House 3502

## Daily Account Activity - Cash Account (continued)

| Settle Date | Activity Date | Activity | Quantity | Description | Price | Subtracted | Added | Balance |
|---|---|---|---|---|---|---|---|---|
| 5/15/2014 | -- | Journal | -- | DTC 9,359,112 SHARES | -- | 200.00 | -- | 7114.02 |
| 5/16/2014 | -- | Cash Disbursement | -- | WIRE | -- | 26642.11 | -- | -19528.09 |
| 5/16/2014 | -- | Journal | -- | Wire Fee | -- | 50.00 | -- | -19578.09 |
| 5/16/2014 | -- | Journal | -- | SCA Wire Fee | -- | 25.00 | -- | -19603.09 |
| 5/16/2014 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 19603.09 | 0.00 |
| 5/19/2014 | -- | Stock Receipt | 9359112.00 | HONDO MINERALS CORPORATION | -- | -- | -- | 0.00 |
| 5/19/2014 | -- | Stock Delivery | 100.00 | BUCKEYE OIL & GAS INC | -- | -- | -- | 0.00 |
| 5/19/2014 | -- | Journal | -- | TA FEE PRGE | -- | 150.00 | -- | -150.00 |
| 5/20/2014 | -- | Sweep | -- | Sweep to Cash | -- | -- | 150.00 | 0.00 |
| 5/23/2014 | -- | Cash Disbursement | -- | WIRE | -- | 40000.00 | -- | -40000.00 |
| 5/23/2014 | -- | Journal | -- | Wire Fee | -- | 50.00 | -- | -40050.00 |
| 5/23/2014 | -- | Journal | -- | SCA Wire Fee | -- | 25.00 | -- | -40075.00 |
| 5/23/2014 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 40075.00 | 0.00 |
| 5/27/2014 | -- | Journal | -- | ERROR ON DDRI SHORT SALE | -- | -- | 1358.75 | 1358.75 |
| 5/30/2014 | 5/27/2014 | Sell | 5751.00 | GENSPERA | 1.0550 | -- | 5843.81 | 7202.56 |
| 5/30/2014 | -- | Journal | -- | Dreyfus Sweep | -- | 7202.56 | -- | 0.00 |
| 5/30/2014 | -- | Journal | -- | TA FEE DEQI | -- | 145.00 | -- | -145.00 |
| 6/2/2014 | -- | Sweep | -- | Sweep to Cash | -- | -- | 145.00 | 0.00 |
| 6/3/2014 | -- | Stock Delivery | 4000000.00 | DIRECT EQUITY INTERNATIONAL | -- | -- | -- | 0.00 |
| 6/5/2014 | -- | Cash Disbursement | -- | WIRE | -- | 39000.00 | -- | -39000.00 |
| 6/5/2014 | -- | Journal | -- | Wire Fee | -- | 50.00 | -- | -39050.00 |
| 6/5/2014 | -- | Journal | -- | SCA Wire Fee | -- | 25.00 | -- | -39075.00 |
| 6/5/2014 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 39075.00 | 0.00 |
| 6/6/2014 | 6/3/2014 | Sell | 4495.00 | GENETIC TECHNOLOGIES LTD | 1.0100 | -- | 4424.56 | 4424.56 |
| 6/6/2014 | 6/4/2014 | Sell - Cancel | 4495.00 | GENETIC TECHNOLOGIES LTD | 1.0100 | 4424.56 | -- | 0.00 |
| 6/6/2014 | 6/4/2014 | Sell | 4495.00 | GENETIC TECHNOLOGIES LTD | 1.0100 | -- | 4424.56 | 4424.56 |
| 6/6/2014 | -- | Stock Delivery | 10000000.00 | DIRECT EQUITY INTERNATIONAL | -- | -- | -- | 4424.56 |
| 6/12/2014 | -- | Cash Disbursement | -- | WIRE | -- | 80000.00 | -- | -75575.44 |
| 6/12/2014 | -- | Stock Delivery | 8126723.00 | PARADISE RIDGE HYDROCARBONS | -- | -- | -- | -75575.44 |
| 6/12/2014 | -- | Journal | -- | Fedex Fee | -- | 75.00 | -- | -75650.44 |
| 6/12/2014 | -- | Journal | -- | Wire Fee | -- | 50.00 | -- | -75700.44 |
| 6/12/2014 | -- | Journal | -- | SCA Wire Fee | -- | 25.00 | -- | -75725.44 |
| 6/12/2014 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 84499.56 | 8774.12 |
| 6/13/2014 | -- | Cash Disbursement | -- | WIRE | -- | 259120.74 | -- | -250346.62 |
| 6/13/2014 | -- | Journal | -- | Wire Fee | -- | 50.00 | -- | -250396.62 |
| 6/13/2014 | -- | Journal | -- | SCA Wire Fee | -- | 25.00 | -- | -250421.62 |
| 6/13/2014 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 250421.62 | 0.00 |

Account Statement - Period 10/1/2012 to 9/30/2014                           Account Number: ▮▮▮▮

Account Name: CALEDONIAN BANK LIMITED                                       Account Executive: SCA House 3502

## Daily Account Activity - Cash Account (continued)

| Settle Date | Activity Date | Activity | Quantity | Description | Price | Subtracted | Added | Balance |
|---|---|---|---|---|---|---|---|---|
| 6/20/2014 | 6/17/2014 | Sell | 300000.00 | HONDO MINERALS CORPORATION | 0.0370 | -- | 10423.91 | 10423.91 |
| 6/25/2014 | -- | Cash Disbursement | -- | WIRE | -- | 357913.15 | -- | -347489.24 |
| 6/25/2014 | -- | Journal | -- | Wire Fee | -- | 50.00 | -- | -347539.24 |
| 6/25/2014 | -- | Journal | -- | SCA Wire Fee | -- | 25.00 | -- | -347564.24 |
| 6/25/2014 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 357988.15 | 10423.91 |
| 6/27/2014 | 6/24/2014 | Sell | 250000.00 | HONDO MINERALS CORPORATION | 0.0240 | -- | 5563.92 | 15987.83 |
| 6/30/2014 | -- | Journal | -- | Dreyfus Sweep | -- | 15987.83 | -- | 0.00 |
| 7/1/2014 | 6/26/2014 | Sell | 14938900.00 | KENERGY SCIENTIFIC INC | -- | -- | 2807.11 | 2807.11 |
| 7/11/2014 | -- | Cash Disbursement | -- | WIRE | -- | 2632.11 | -- | 175.00 |
| 7/11/2014 | -- | Client to Client M | 3571234.00 | DIRECT EQUITY INTERNATIONAL | -- | -- | -- | 175.00 |
| 7/11/2014 | -- | Journal | -- | Wire Fee | -- | 50.00 | -- | 125.00 |
| 7/11/2014 | -- | Journal | -- | SCA Wire Fee | -- | 25.00 | -- | 100.00 |
| 7/17/2014 | -- | Journal | -- | LOA FEE 3,571,234 SHARES | -- | 195.00 | -- | -95.00 |
| 7/18/2014 | -- | Sweep | -- | Sweep to Cash | -- | -- | 95.00 | 0.00 |
| 7/21/2014 | 7/16/2014 | Sell | 5000.00 | GENSPERA | 0.8900 | -- | 4275.38 | 4275.38 |
| 7/22/2014 | 7/17/2014 | Sell | 5000.00 | GENSPERA | 0.8800 | -- | 4226.89 | 8502.27 |
| 7/23/2014 | 7/18/2014 | Sell | 4000.00 | GENSPERA | 0.9000 | -- | 3451.15 | 11953.42 |
| 7/24/2014 | -- | Cash Disbursement | -- | WIRE | -- | 28128.02 | -- | -16174.60 |
| 7/24/2014 | -- | Journal | -- | Wire Fee | -- | 50.00 | -- | -16224.60 |
| 7/24/2014 | -- | Journal | -- | SCA Wire Fee | -- | 25.00 | -- | -16249.60 |
| 7/24/2014 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 16249.60 | 0.00 |
| 7/28/2014 | -- | Journal | -- | RESEARCH FEE - CANN | -- | 150.00 | -- | -150.00 |
| 7/28/2014 | -- | Journal | -- | RESEARCH FEE - FRTD | -- | 150.00 | -- | -300.00 |
| 7/28/2014 | -- | Journal | -- | RESEARCH FEE - VPLM | -- | 150.00 | -- | -450.00 |
| 7/28/2014 | -- | Journal | -- | RESEARCH FEE - AMZZ | -- | 150.00 | -- | -600.00 |
| 7/28/2014 | -- | Journal | -- | RESEARCH FEE - OCEE | -- | 150.00 | -- | -750.00 |
| 7/28/2014 | -- | Journal | -- | RESEARCH FEE - OCEE | -- | 150.00 | -- | -900.00 |
| 7/29/2014 | -- | Sweep | -- | Sweep to Cash | -- | -- | 900.00 | 0.00 |
| 7/30/2014 | 7/25/2014 | Sell | 56500.00 | HONDO MINERALS CORPORATION | 0.0130 | -- | 613.78 | 613.78 |
| 7/30/2014 | 7/25/2014 | Sell | 500000.00 | HONDO MINERALS CORPORATION | 0.0110 | -- | 5062.63 | 5676.41 |
| 7/31/2014 | -- | Journal | -- | Dreyfus Sweep | -- | 5676.41 | -- | 0.00 |
| 8/6/2014 | -- | Journal | -- | RUSH FROM DTC FEE GRWD | -- | 1240.00 | -- | -1240.00 |
| 8/6/2014 | -- | Journal | -- | RUSH FROM DTC FEE REMO | -- | 1240.00 | -- | -2480.00 |
| 8/6/2014 | -- | Journal | -- | RUSH PHYS FROM DTC ITEC | -- | 1240.00 | -- | -3720.00 |
| 8/6/2014 | -- | Journal | -- | PHYS FROM DTC BSKY | -- | 620.00 | -- | -4340.00 |
| 8/6/2014 | -- | Journal | -- | PHYS FROM DTC FEE PWEI | -- | 620.00 | -- | -4960.00 |
| 8/6/2014 | -- | Journal | -- | PHYS FROM DTC FEE GRPR | -- | 620.00 | -- | -5580.00 |
| 8/6/2014 | -- | Journal | -- | PHYS FROM DTC FEE NDDG | -- | 620.00 | -- | -6200.00 |

Account Statement - Period 10/1/2012 to 9/30/2014

Account Number: ███

Account Name: CALEDONIAN BANK LIMITED

Account Executive: SCA House 3502

## Daily Account Activity - Cash Account (continued)

| Settle Date | Activity Date | Activity | Quantity | Description | Price | Subtracted | Added | Balance |
|---|---|---|---|---|---|---|---|---|
| 8/6/2014 | -- | Journal | -- | REV CERT FROM DTC FEE ITEC | -- | -- | 620.00 | -5580.00 |
| 8/6/2014 | -- | Journal | -- | REV RUSH FROM DTC ITEC | -- | -- | 620.00 | -4960.00 |
| 8/7/2014 | -- | Sweep | -- | Sweep to Cash | -- | -- | 4960.00 | 0.00 |
| 8/11/2014 | -- | Cash Disbursement | -- | WIRE | -- | 26721.22 | -- | -26721.22 |
| 8/11/2014 | -- | Journal | -- | SCA Wire Fee | -- | 300.00 | -- | -27021.22 |
| 8/11/2014 | -- | Journal | -- | Wire Fee | -- | 195.00 | -- | -27216.22 |
| 8/11/2014 | -- | Journal | -- | Wire Fee | -- | 50.00 | -- | -27266.22 |
| 8/11/2014 | -- | Journal | -- | SCA Wire Fee | -- | 25.00 | -- | -27291.22 |
| 8/11/2014 | -- | Journal | -- | VOID WIRE FEE | -- | -- | 195.00 | -27096.22 |
| 8/11/2014 | -- | Journal | -- | VOID SCA WIRE FEE | -- | -- | 300.00 | -26796.22 |
| 8/11/2014 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 420.00 | -26376.22 |
| 8/11/2014 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 26796.22 | 420.00 |
| 8/12/2014 | -- | Client to Client M | 1170000.00 | LAKE VICTORIA MINING COMPANY | -- | -- | -- | 420.00 |
| 8/13/2014 | -- | Cash Disbursement | -- | WIRE | -- | 2568.51 | -- | -2148.51 |
| 8/13/2014 | -- | Journal | -- | Wire Fee | -- | 50.00 | -- | -2198.51 |
| 8/13/2014 | -- | Journal | -- | SCA Wire Fee | -- | 25.00 | -- | -2223.51 |
| 8/13/2014 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 2643.51 | 420.00 |
| 8/14/2014 | -- | Stock Delivery | 3725000.00 | RECURSOS MONTANA S.A. | -- | -- | -- | 420.00 |
| 8/14/2014 | -- | Stock Delivery | 300000.00 | GREENWIND NRG, INC | -- | -- | -- | 420.00 |
| 8/15/2014 | -- | Stock Delivery | 13700000.00 | PACWEST EQUITIES INC | -- | -- | -- | 420.00 |
| 8/15/2014 | -- | Stock Delivery | 2000000.00 | GRID PETROLEUM CORPORATION | -- | -- | -- | 420.00 |
| 8/19/2014 | -- | Stock Delivery | 8000.00 | BLUE SKY PETROLEUM INC | -- | -- | -- | 420.00 |
| 8/20/2014 | -- | Cash Disbursement | -- | WIRE | -- | 1129.89 | -- | -709.89 |
| 8/20/2014 | -- | Stock Delivery | 163000.00 | NUDG MEDIA INC | -- | -- | -- | -709.89 |
| 8/20/2014 | -- | Journal | -- | PHYS FROM DTC PWEI | -- | 620.00 | -- | -1329.89 |
| 8/20/2014 | -- | Journal | -- | Wire Fee | -- | 50.00 | -- | -1379.89 |
| 8/20/2014 | -- | Journal | -- | SCA Wire Fee | -- | 25.00 | -- | -1404.89 |
| 8/20/2014 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 1204.89 | -200.00 |
| 8/21/2014 | -- | Sweep | -- | Sweep to Cash | -- | -- | 200.00 | 0.00 |
| 8/26/2014 | -- | Journal | -- | LOA LVCA 1,170,000 SHARES | -- | 195.00 | -- | -195.00 |
| 8/27/2014 | -- | Sweep | -- | Sweep to Cash | -- | -- | 195.00 | 0.00 |
| 8/27/2014 | -- | Journal | -- | RESEARCH FEE - VPLM | -- | 150.00 | -- | -150.00 |
| 8/28/2014 | -- | Sweep | -- | Sweep to Cash | -- | -- | 150.00 | 0.00 |
| 8/29/2014 | -- | Stock Delivery | 123400000.00 | PACWEST EQUITIES INC | -- | -- | -- | 0.00 |
| 9/5/2014 | 9/2/2014 | Sell | 3000.00 | GENSPERA | 0.7700 | -- | 2194.83 | 2194.83 |
| 9/5/2014 | -- | Cash Disbursement | -- | WIRE | -- | 292551.05 | -- | -290356.22 |
| 9/5/2014 | -- | Journal | -- | Wire Fee | -- | 50.00 | -- | -290406.22 |

Page 47

Account Statement - Period 10/1/2012 to 9/30/2014                     Account Number:

Account Name: CALEDONIAN BANK LIMITED                                  Account Executive: SCA House 3502

## Daily Account Activity - Cash Account (continued)

| Settle Date | Activity Date | Activity | Quantity | Description | Price | Subtracted | Added | Balance |
|---|---|---|---|---|---|---|---|---|
| 9/5/2014 | -- | Journal | -- | SCA Wire Fee | -- | 25.00 | -- | -290431.22 |
| 9/5/2014 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 292626.05 | 2194.83 |
| 9/9/2014 | 9/4/2014 | Sell | 500000.00 | HONDO MINERALS CORPORATION | 0.0100 | -- | 4871.66 | 7066.49 |
| 9/9/2014 | 9/4/2014 | Sell | 1000000.00 | HONDO MINERALS CORPORATION | 0.0110 | -- | 10132.76 | 17199.25 |
| 9/9/2014 | 9/4/2014 | Sell | 4000.00 | GENSPERA | 0.8100 | -- | 3102.00 | 20301.25 |
| 9/9/2014 | 9/4/2014 | Sell | 5000.00 | GENSPERA | 0.8080 | -- | 3876.39 | 24177.64 |
| 9/9/2014 | 9/4/2014 | Sell | 7000.00 | GENSPERA | 0.8210 | -- | 5533.01 | 29710.65 |
| 9/11/2014 | 9/8/2014 | Sell | 7000.00 | GENSPERA | 0.8200 | -- | 5526.23 | 35236.88 |
| 9/24/2014 | -- | Journal | -- | PHYS FROM DTC FEE GLDN | -- | 620.00 | -- | 34616.88 |
| 9/29/2014 | -- | Journal | -- | SCA Inquiry Fee: DSCR 9-12-2014 | -- | 150.00 | -- | 34466.88 |
| 9/30/2014 | -- | Journal | -- | Dreyfus Sweep | -- | 34466.88 | -- | 0.00 |

## Daily Account Activity - Dreyfus General Money Market Fund

Beginning Balance: --

| Settle Date | Activity Date | Activity | Quantity | Description | Price | Subtracted | Added | Balance |
|---|---|---|---|---|---|---|---|---|
| 12/14/2012 | -- | Money Market Sweep | -- | Sweep to Dreyfus General Money Mark | -- | -- | 241.09 | 241.09 |
| 12/17/2012 | -- | Money Market Sweep | -- | Sweep to Dreyfus General Money Mark | -- | -- | 565.47 | 806.56 |
| 12/18/2012 | -- | Money Market Sweep | -- | Sweep to Dreyfus General Money Mark | -- | -- | 621.73 | 1428.29 |
| 12/19/2012 | -- | Money Market Sweep | -- | Sweep to Dreyfus General Money Mark | -- | -- | 99.89 | 1528.18 |
| 12/21/2012 | -- | Money Market Sweep | -- | Sweep to Dreyfus General Money Mark | -- | -- | 1253.72 | 2781.90 |
| 12/26/2012 | -- | Money Market Sweep | -- | Sweep to Dreyfus General Money Mark | -- | -- | 5645.87 | 8427.77 |
| 12/28/2012 | -- | Journal | -- | Dreyfus Sweep | -- | 4358.19 | -- | 4069.58 |
| 1/3/2013 | -- | Money Market Sweep | -- | Sweep to Dreyfus General Money Mark | -- | -- | 284.96 | 4354.54 |
| 1/8/2013 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 395.00 | -- | 3959.54 |
| 1/10/2013 | -- | Money Market Sweep | -- | Sweep to Dreyfus General Money Mark | -- | -- | 791.28 | 4750.82 |
| 1/11/2013 | -- | Money Market Sweep | -- | Sweep to Dreyfus General Money Mark | -- | -- | 892.35 | 5643.17 |
| 1/14/2013 | -- | Money Market Sweep | -- | Sweep to Dreyfus General Money Mark | -- | -- | 648.69 | 6291.86 |
| 1/15/2013 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 300.00 | -- | 5991.86 |
| 1/16/2013 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 350.00 | -- | 5641.86 |
| 1/17/2013 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 300.00 | -- | 5341.86 |

Account Statement - Period 10/1/2012 to 9/30/2014     Account Number: ▮

Account Name: CALEDONIAN BANK LIMITED     Account Executive: SCA House 3502

## Daily Account Activity - Dreyfus General Money Market Fund (continued)

| Settle Date | Activity Date | Activity | Quantity | Description | Price | Subtracted | Added | Balance |
|---|---|---|---|---|---|---|---|---|
| 1/18/2013 | -- | Money Market Sweep | -- | Sweep to Dreyfus General Money Mark | -- | -- | 449.52 | 5791.38 |
| 1/23/2013 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 140.00 | -- | 5651.38 |
| 1/25/2013 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 300.00 | -- | 5351.38 |
| 1/31/2013 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 155.00 | -- | 5196.38 |
| 1/31/2013 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 0.04 | 5196.42 |
| 2/7/2013 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 450.00 | -- | 4746.42 |
| 2/12/2013 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 500.00 | -- | 4246.42 |
| 2/13/2013 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 300.00 | -- | 3946.42 |
| 2/14/2013 | -- | Money Market Sweep | -- | Sweep to Dreyfus General Money Mark | -- | -- | 4592.47 | 8538.89 |
| 2/15/2013 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 1000.00 | -- | 7538.89 |
| 2/20/2013 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 740.00 | -- | 6798.89 |
| 2/21/2013 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 300.00 | -- | 6498.89 |
| 2/22/2013 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 450.00 | -- | 6048.89 |
| 2/25/2013 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 150.00 | -- | 5898.89 |
| 2/26/2013 | -- | Money Market Sweep | -- | Sweep to Dreyfus General Money Mark | -- | -- | 4398.51 | 10297.40 |
| 2/27/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 5075.00 | -- | 5222.40 |
| 2/28/2013 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 103.33 | -- | 5119.07 |
| 2/28/2013 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 0.05 | 5119.12 |
| 3/1/2013 | -- | Money Market Sweep | -- | Sweep to Dreyfus General Money Mark | -- | -- | 15867.63 | 20986.75 |
| 3/4/2013 | -- | Money Market Sweep | -- | Sweep to Dreyfus General Money Mark | -- | -- | 125.04 | 21111.79 |
| 3/5/2013 | -- | Money Market Sweep | -- | Sweep to Dreyfus General Money Mark | -- | -- | 21350.23 | 42462.02 |
| 3/6/2013 | -- | Money Market Sweep | -- | Sweep to Dreyfus General Money Mark | -- | -- | 46056.37 | 88518.39 |
| 3/7/2013 | -- | Money Market Sweep | -- | Sweep to Dreyfus General Money Mark | -- | -- | 70851.85 | 159370.24 |
| 3/8/2013 | -- | Money Market Sweep | -- | Sweep to Dreyfus General Money Mark | -- | -- | 16364.93 | 175735.17 |
| 3/11/2013 | -- | Money Market Sweep | -- | Sweep to Dreyfus General Money Mark | -- | -- | 112229.95 | 287965.12 |
| 3/12/2013 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 1250.00 | -- | 286715.12 |

Account Statement - Period 10/1/2012 to 9/30/2014                                      Account Number:

Account Name: CALEDONIAN BANK LIMITED                                                  Account Executive: SCA House 3502

## Daily Account Activity - Dreyfus General Money Market Fund (continued)

| Settle Date | Activity Date | Activity | Quantity | Description | Price | Subtracted | Added | Balance |
|---|---|---|---|---|---|---|---|---|
| 3/15/2013 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 715.00 | -- | 286000.12 |
| 3/19/2013 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 450.00 | -- | 285550.12 |
| 3/26/2013 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 5322596.82 | 5608146.94 |
| 3/28/2013 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 10.64 | 5608157.58 |
| 4/4/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 5000150.00 | -- | 608007.58 |
| 4/25/2013 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 1390662.97 | 1998670.55 |
| 4/30/2013 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 11.50 | 1998682.05 |
| 4/30/2013 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 401252.43 | 2399934.48 |
| 5/29/2013 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 805404.56 | 3205339.04 |
| 5/31/2013 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 21.10 | 3205360.14 |
| 5/31/2013 | -- | Journal | -- | sweep to dreyfus | -- | -- | 209688.81 | 3415048.95 |
| 6/3/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 251070.00 | -- | 3163978.95 |
| 6/25/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 26575.00 | -- | 3137403.95 |
| 6/25/2013 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 404897.36 | 3542301.31 |
| 6/28/2013 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 26.84 | 3542328.15 |
| 6/28/2013 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 94286.04 | 3636614.19 |
| 7/25/2013 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 1933450.27 | 5570064.46 |
| 7/31/2013 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 34.63 | 5570099.09 |
| 7/31/2013 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 100134.35 | 5670233.44 |
| 8/2/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 45797.32 | -- | 5624436.12 |
| 8/12/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 306446.62 | -- | 5317989.50 |
| 8/12/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 11158.41 | -- | 5306831.09 |
| 8/12/2013 | -- | Journal | -- | REV. SWEEP 184360588 | -- | -- | 11158.41 | 5317989.50 |
| 8/13/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 10967.05 | -- | 5307022.45 |
| 8/30/2013 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 46.09 | 5307068.54 |
| 8/30/2013 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 74796.51 | 5381865.05 |
| 9/16/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 30000.00 | -- | 5351865.05 |
| 9/30/2013 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 44.20 | 5351909.25 |
| 9/30/2013 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 290865.68 | 5642774.93 |
| 10/18/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 4297947.03 | -- | 1344827.90 |
| 10/21/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 535162.27 | -- | 809665.63 |
| 10/22/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 12167.74 | -- | 797497.89 |
| 10/23/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 60075.00 | -- | 737422.89 |
| 10/24/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 4636.99 | -- | 732785.90 |
| 10/30/2013 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 165818.47 | 898604.37 |

Account Statement - Period 10/1/2012 to 9/30/2014

Account Number:

Account Name: CALEDONIAN BANK LIMITED

Account Executive: SCA House 3502

## Daily Account Activity - Dreyfus General Money Market Fund (continued)

| Settle Date | Activity Date | Activity | Quantity | Description | Price | Subtracted | Added | Balance |
|---|---|---|---|---|---|---|---|---|
| 10/31/2013 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 29.71 | 898634.08 |
| 10/31/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 54905.64 | -- | 843728.44 |
| 11/5/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 5175.00 | -- | 838553.44 |
| 11/5/2013 | -- | Journal | -- | REVERSE SWEEP | -- | -- | 5175.00 | 843728.44 |
| 11/7/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 68138.69 | -- | 775589.75 |
| 11/7/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 1000.00 | -- | 774589.75 |
| 11/12/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 32683.50 | -- | 741906.25 |
| 11/18/2013 | -- | Money Market Sweep | -- | Sweep to Dreyfus General Money Mark | -- | -- | 42867.43 | 784773.68 |
| 11/18/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 125075.00 | -- | 659698.68 |
| 11/19/2013 | -- | Money Market Sweep | -- | Sweep to Dreyfus General Money Mark | -- | -- | 1277.58 | 660976.26 |
| 11/20/2013 | -- | Money Market Sweep | -- | Sweep to Dreyfus General Money Mark | -- | -- | 363.17 | 661339.43 |
| 11/29/2013 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 6.04 | 661345.47 |
| 11/29/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 30000.00 | -- | 631345.47 |
| 11/29/2013 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 65725.51 | 697070.98 |
| 12/3/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 96610.89 | -- | 600460.09 |
| 12/4/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 38790.96 | -- | 561669.13 |
| 12/31/2013 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 4.90 | 561674.03 |
| 12/31/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 13511.12 | -- | 548162.91 |
| 12/31/2013 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 160256.47 | 708419.38 |
| 1/30/2014 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 1446312.84 | 2154732.22 |
| 1/31/2014 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 6.63 | 2154738.85 |
| 1/31/2014 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 39030.11 | 2193768.96 |
| 2/11/2014 | -- | Journal | -- | Dreyfus Sweep | -- | 143265.58 | -- | 2050503.38 |
| 2/25/2014 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 1000153.59 | 3050656.97 |
| 2/28/2014 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 17.22 | 3050674.19 |
| 3/13/2014 | -- | Journal | -- | Dreyfus Sweep | -- | 1500000.00 | -- | 1550674.19 |
| 3/13/2014 | -- | Journal | -- | Dreyfus Sweep | -- | 1272123.33 | -- | 278550.86 |
| 3/13/2014 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 7000000.00 | 7278550.86 |
| 3/14/2014 | -- | Journal | -- | Dreyfus Sweep | -- | 3975356.51 | -- | 3303194.35 |
| 3/17/2014 | -- | Journal | -- | Dreyfus Sweep | -- | 2000000.00 | -- | 1303194.35 |
| 3/20/2014 | -- | Journal | -- | Dreyfus Sweep | -- | 1200000.00 | -- | 103194.35 |
| 3/20/2014 | -- | Journal | -- | Dreyfus Sweep | -- | 34566.32 | -- | 68628.03 |
| 3/27/2014 | -- | Journal | -- | Dreyfus Sweep | -- | 139274.19 | -- | -70646.16 |
| 3/27/2014 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 70646.16 | 0.00 |
| 3/31/2014 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 16.27 | 16.27 |

Account Statement - Period 10/1/2012 to 9/30/2014

Account Number: ▮▮▮▮

Account Name: CALEDONIAN BANK LIMITED

Account Executive: SCA House 3502

## Daily Account Activity - Dreyfus General Money Market Fund (continued)

| Settle Date | Activity Date | Activity | Quantity | Description | Price | Subtracted | Added | Balance |
|---|---|---|---|---|---|---|---|---|
| 3/31/2014 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 1206329.73 | 1206346.00 |
| 4/9/2014 | -- | Journal | -- | Dreyfus Sweep | -- | 160075.00 | -- | 1046271.00 |
| 4/29/2014 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 859136.51 | 1905407.51 |
| 4/30/2014 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 9.38 | 1905416.89 |
| 4/30/2014 | -- | Journal | -- | Dreyfus Sweep | -- | 143536.89 | -- | 1761880.00 |
| 5/7/2014 | -- | Journal | -- | Dreyfus Sweep | -- | 379622.56 | -- | 1382257.44 |
| 5/8/2014 | -- | Journal | -- | Dreyfus Sweep | -- | 175075.00 | -- | 1207182.44 |
| 5/16/2014 | -- | Journal | -- | Dreyfus Sweep | -- | 19603.09 | -- | 1187579.35 |
| 5/20/2014 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 150.00 | -- | 1187429.35 |
| 5/23/2014 | -- | Journal | -- | Dreyfus Sweep | -- | 40075.00 | -- | 1147354.35 |
| 5/30/2014 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 11.03 | 1147365.38 |
| 5/30/2014 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 7202.56 | 1154567.94 |
| 6/2/2014 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 145.00 | -- | 1154422.94 |
| 6/5/2014 | -- | Journal | -- | Dreyfus Sweep | -- | 39075.00 | -- | 1115347.94 |
| 6/12/2014 | -- | Journal | -- | Dreyfus Sweep | -- | 84499.56 | -- | 1030848.38 |
| 6/13/2014 | -- | Journal | -- | Dreyfus Sweep | -- | 250421.62 | -- | 780426.76 |
| 6/25/2014 | -- | Journal | -- | Dreyfus Sweep | -- | 357988.15 | -- | 422438.61 |
| 6/30/2014 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 6.97 | 422445.58 |
| 6/30/2014 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 15987.83 | 438433.41 |
| 7/18/2014 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 95.00 | -- | 438338.41 |
| 7/24/2014 | -- | Journal | -- | Dreyfus Sweep | -- | 16249.60 | -- | 422088.81 |
| 7/29/2014 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 900.00 | -- | 421188.81 |
| 7/31/2014 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 3.72 | 421192.53 |
| 7/31/2014 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 5676.41 | 426868.94 |
| 8/7/2014 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 4960.00 | -- | 421908.94 |
| 8/11/2014 | -- | Journal | -- | Dreyfus Sweep | -- | 26796.22 | -- | 395112.72 |
| 8/11/2014 | -- | Journal | -- | Dreyfus Sweep | -- | 420.00 | -- | 394692.72 |
| 8/13/2014 | -- | Journal | -- | Dreyfus Sweep | -- | 2643.51 | -- | 392049.21 |
| 8/20/2014 | -- | Journal | -- | Dreyfus Sweep | -- | 1204.89 | -- | 390844.32 |
| 8/21/2014 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 200.00 | -- | 390644.32 |
| 8/27/2014 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 195.00 | -- | 390449.32 |
| 8/28/2014 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 150.00 | -- | 390299.32 |

Account Statement - Period 10/1/2012 to 9/30/2014                                    Account Number: ▓▓▓▓

Account Name: CALEDONIAN BANK LIMITED                                               Account Executive: SCA House 3502

## Daily Account Activity - Dreyfus General Money Market Fund (continued)

| Settle Date | Activity Date | Activity | Quantity | Description | Price | Subtracted | Added | Balance |
|---|---|---|---|---|---|---|---|---|
| 8/29/2014 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 3.51 | 390302.83 |
| 9/5/2014 | -- | Journal | -- | Dreyfus Sweep | -- | 292626.05 | -- | 97676.78 |
| 9/30/2014 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 1.23 | 97678.01 |
| 9/30/2014 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 34466.88 | 132144.89 |

## Portfolio Positions

| Security Description | Quantity | Market Price | Market Value | Unrealized Gain/Loss | % of Portfolio | Est Div Yield | Est Annual Income |
|---|---|---|---|---|---|---|---|
| | Units Purchased | Cost Per Share | Original Cost | | Date Acquired | | |
| BOURQUE INDUSTRIES INC | 9004305.00 | 0.0020 | 18008.61 | -- | 8.36 | -- | -- |
| Symbol: BORK | 9004305.00 | -- | -- | -- | 8/22/2012 | | |
| GOLD DYNAMICS CORP | 3750000.00 | 0.0030 | 11250.00 | 3750.00 | 5.22 | -- | -- |
| Symbol: GLDN | 3750000.00 | 0.0020 | 7500.00 | 3750.00 | 11/12/2010 | | |
| HONDO MINERALS CORPORATION | 6752612.00 | 0.0080 | 54020.90 | -1135413.33 | 25.08 | -- | -- |
| Symbol: HMNC | 6752612.00 | 0.1760 | 1189434.23 | -1135413.33 | 4/19/2012 | | |

# ALPINE SECURITIES
*Stock Brokerage & Investment Company*

**Important Account Information**

Under current securities rules and regulations, your broker-dealer is required to gather, maintain, and periodically verify information collected from you. You can expect an account confirmation letter from us when the following occurs: within 30 days of opening a new account, when updates are made to your account investment objectives, a change of customer name or address, three years from your last account verification with us and a change of other customer information. If no response is received by you, we will assume that our records are current and accurate. If any information is incomplete, incorrect, or needs modification, please promptly provide the information to your broker or make changes directly on this Form and return it to:

Alpine Securities
39 Exchange Place
Salt Lake City, UT  84111

CALEDONIAN BANK LIMITED
P.O. BOX 1043
GRAND CAYMAN  KY1-1102
CAYMAN ISLANDS

## New Account Confirmation
### Date: 10/22/2014

**General Account Information**
Primary Name and Address:

CALEDONIAN BANK LIMITED
P.O. BOX 1043
GRAND CAYMAN  KY1-1102
CAYMAN ISLANDS

**General Account Information**
Legal Name and Address (if applicable):

Account Number:
Birthday: UNKNOWN
Employee of NASD/NYSE Member Firm:
Occupation: NOT PROVIDED

Telephone Number: (345) 9490050
Employment Status:
Email Address: CSL@CALEDONIAN.COM

**Financial Information**
Annual Income: Over $200,000
Net Worth (excluding value of primary residence): Over $1,000,000
Liquid Net Worth: Over $1,000,000
Account Investment Objective: Speculation

If no investment objective is indicated, please review the definitions below and insert the objective that best describes your goal for this account. Please return this completed page to the address referenced above.

**Explanation of Terms Regarding Investment Objectives:**

| | |
|---|---|
| Speculative: | The most aggressive investment objective category. You are seeking maximum gain and accepts maximum risk. |
| Growth: | Your primary objective is principal appreciation with a secondary objective of generating income from interest and/or dividends. You evaluate your account in terms of total return, which includes both principal appreciation and income ("Total Return"). |
| Income: | Your primary objective is to generate income from interest and/or dividends with a secondary objective of principal appreciatio |
| Tax Advantage: | Your primary objectives are low risk to seek modest level of long term return. |
| Safety of Principal: | Least amount of risk and lowest appreciation of the investment. |
| Other: | Please use this space to explain. |

**How to Update Your Information:** Please mark corrections and/or provide missing information and return this Form to the address referenced above. You should also notify us of any future changes to your account record.