

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

June 2, 2015

**BY ECF FILING**

The Honorable William H. Pauley III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

    Re:    SEC v. Caledonian Bank Ltd., et al.
               Case No. 15-cv-894 (WHP)

Dear Judge Pauley:

      Please find attached as an exhibit a courtesy copy of a modified preliminary injunction stipulated to by the Securities and Exchange Commission and Verdmont Capital, S.A. The effect of the stipulated preliminary injunction is to reduce the freeze amount to $239,955, which represents the amount of Verdmont's commissions and the proceeds of one trade in connection with sales of Goff Corporation, Norstra Energy Inc. and Xumanii, Inc. Pursuant to Rule 18.3 of the Local Rules, the SEC has also emailed the stipulated preliminary injunction to the Orders and Judgments Clerk.

                                                  Respectfully,

                                                  Richard E. Simpson
                                                  Assistant Chief Litigation Counsel
                                                  (202) 551-4492