Robert J.A. Zito
Mark R. Zancolli
Theodore Y. McDonough
Leonardo Trivigno
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
Tel. (212) 732-3200
Fax: (212) 732-3232
*Attorneys for Verdmont Capital, S.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
SECURITIES AND EXCHANGE
COMMISSION
                                                              Civ. No. 15 CV 894 (WHP)

             Plaintiff,

              v.                                     **NOTICE OF MOTION**

CALEDONIAN BANK LTD.,
CALEDONIAN SECURITIES LTD.,
CLEAR WATER SECURITIES, INC.,
LEGACY GLOBAL MARKETS S.A., and
VERDMONT CAPITAL, S.A.,

             Defendants.
----------------------------------------------------------------x

      PLEASE TAKE NOTICE, that Defendant Verdmont Capital, S.A. ("Verdmont") will move this Court, before the Honorable William H. Pauley, III at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, on July 1, 2015 at 2:30 p.m., or on some other date and time determined by the Court, for a judgment dismissing the Amended Complaint, pursuant Fed. R. Civ. P. 12(c) or 56 together with such other and further relief, which the Court deems just and proper.

7634351.1

PLEASE TAKE FURTHER NOTICE, that answering papers, if any, are to be served by no later than June 23, 2015.

Dated: New York, New York
June 9, 2015

                              **CARTER LEDYARD & MILBURN LLP**

By _____/s/_____
   Robert J. A. Zito
   Mark R. Zancolli
   Theodore Y. McDonough
   Leonardo Trivigno
Two Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232
Email: zito@clm.com

*Attorneys for Defendant Verdmont Capital, S.A.*

To: Richard Simpson
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, D.C. 20549

Sigal P. Mandelker
Margaret A. Dale
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
*Attorneys for Defendants Caledonian
Bank Ltd. and Caledonian Securities Ltd.*