UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
|  | : |
| Plaintiff, | : |
|  | : |
| v. | : Case No. 15-cv-894 |
|  | : (WHP)(JLC) |
| CALEDONIAN BANK LTD., | : |
| CALEDONIAN SECURITIES LTD., | : |
| CLEAR WATER SECURITIES, INC., | : |
| LEGACY GLOBAL MARKETS S.A., and | : |
| VERDMONT CAPITAL, S.A. | : |
|  | : |
| Defendants. | : |

_____:

**NOTICE OF MOTION FOR DEFAULT JUDGMENT AGAINST
DEFENDANTS CLEAR WATER SECURITIES, INC.
<u>AND LEGACY GLOBAL MARKETS S.A.</u>**

PLEASE TAKE NOTICE THAT upon the Declaration of Richard E. Simpson dated November 2, 2015, the Exhibits thereto, a Certificate of Default (ECF No. 125), and upon all prior proceedings herein, Plaintiff Securities and Exchange Commission will move this Court for default judgment against Defendants Clear Water Securities, Inc. and Legacy Global Markets S.A. pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Rule 55.2(b) of the Local Rules of the United States District Court for the Southern District of New York, and Rule VII of the Court's Individual Practices.

2

PLEASE TAKE FURTHER NOTICE that opposing papers, if any, are due by November 30, 2015 and reply papers are due by December 7, 2015.

| | |
|---|---|
| Dated:  Washington, D.C.<br>          November 2, 2015 | Respectfully submitted, |
| | /s/ *Richard E. Simpson* |
| Local Counsel: | Richard E. Simpson<br>A. David Williams |
| David Stoelting<br>Securities and Exchange<br>Commission<br>Brookfield Place<br>200 Vesey Street<br>Suite No. 400<br>New York, New York 10281<br>(212) 336-0174<br>stoeltingd@sec.gov | Ernesto G. Amparo<br>Attorneys for Plaintiff<br>Securities and Exchange<br>Commission<br>100 F Street, N.E.<br>Washington, D.C. 20549<br>(202) 551-4492 (Simpson)<br>simpsonr@sec.gov |

## CERTIFICATE OF SERVICE

I certify that on November 2, 2015, I electronically filed the foregoing MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS CLEAR WATER SECURITIES, INC. AND LEGACY GLOBAL MARKETS S.A. using the CM/ECF system, which will send notification of such filing to counsel for Defendants Caledonian Bank Ltd., Caledonian Securities Ltd. and Verdmont Capital, S.A. at the following addresses:

| | |
|---|---|
| Robert J.A. Zito<br>Carter Ledyard Milburn LLP<br>Two Wall Street<br>New York, New York 10005<br>zito@clm.com<br>Attorneys for Defendant<br>Verdmont Capital, S.A. | Sigal P. Mandelker<br>Margaret A. Dale<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036<br>smandelker@proskauer.com<br>mdale@proskauer.com<br>Attorneys for Defendants Caledonian<br>Bank Ltd. and Caledonian Securities Ltd. |

In addition, I certify that on November 2, 2015, I served the MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS CLEAR WATER SECURITIES, INC. AND LEGACY GLOBAL MARKETS S.A. on Defendants Clear Water Securities, Inc. and Legacy Global Markets S.A. by international courier at the following address:

| | |
|---|---|
| Clear Water Securities, Inc.<br>Caye Bank Building<br>Second Floor<br>Coconut Drive<br>San Pedro Ambergris Caye<br>Belize | Legacy Global Markets S.A.<br>Caye Bank Building<br>Second Floor<br>Coconut Drive<br>San Pedro Amergris Caye<br>Belize |

*Richard E. Simpson*
Richard E. Simpson
