# EXHIBIT 2

Case 1:15-cv-00894-WHP-JLC   Document 125   Filed 07/09/15   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/15

---

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

v.

CALEDONIAN BANK LTD.,
CALEDONIAN SECURITIES LTD.,
CLEAR WATER SECURITIES, INC.,
LEGACY GLOBAL MARKETS S.A., and
VERDMONT CAPITAL, S.A.

          Defendants.

Case No. 15-cv-894 (WHP)(JLC)

## CLERK'S CERTIFICATE OF DEFAULT

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on February 6, 2015 with the filing of a Complaint and the issuances of Summonses addressed to Defendants Clear Water Securities, Inc. and Legacy Global Markets S.A. (the "Defendants"), among others. According to the proof of service filed on February 13, 2015 (Dkt. No. 24), the SEC served the Summonses and Complaint on the Defendants on February 10, 2015 via their agent and broker-dealer Scottsdale Capitol Advisors (pursuant to Court's February 6, 2015 Order permitting alternative service). The SEC filed an Amended Complaint on June 10, 2015 and served it on Defendants Clear Water Securities, Inc. and Legacy Global Markets S.A. by international courier at their last known address at Caye Bank Building, Second Floor, Coconut Drive, San Pedro Ambergris Caye, Belize. (Dkt. No. 110).

I further certify that the docket entries indicate that Defendants Clear Water Securities, Inc. and Legacy Global Markets S.A. have not filed an answer or otherwise responded to the

Complaint or Amended Complaint. The default of Defendants Clear Water Securities, Inc. and Legacy Global Markets, S.A. is hereby noted.

Dated: New York, New York

July 9, 2015

RUBY J. KRAJICK
Clerk of Court

By: _____
Deputy Clerk