# EXHIBIT 4

# SCOTTSDALE CAPITAL ADVISORS

7170 E. McDonald Road, Suite 6
Scottsdale, AZ 85253
P (480)603-4900  F (480) 603-4901  Toll Free (866)404-9051
www.ScottsdaleCapital.com

## Account Statement - Period 10/1/2012 to 11/28/2014

LEGACY GLOBAL MARKETS SA
C/O BRIAN DEWIT
2ND FLOOR CAYE BANK BLDG
SAN PEDRO
BELIZE

Account Name: LEGACY GLOBAL MARKETS SA

Account Number: ▇▇▇▇▇▇

Account Executive: SCA House 3502

AE Phone: (480) 603-4900

### Portfolio Summary

|  | Opening Balances | Closing Balances |
|---|---|---|
| Equities |  | $ 336.91 |
| Mutual Funds |  |  |
| Corporate Bonds |  |  |
| Priced Portfolio Value | $ | $ 336.91 |
| Cash | $ |  |
| Dreyfus | $ | $ 59069.03 |
| Total Account Equity | $ | $ 59405.94 |

### Income Summary

|  | Year To Date |
|---|---|
| Taxable Interest | $ |
| Non-Tax Interest | $ |
| Credit Interest | $ |
| Non-Qual Div | $ |
| Dividends | $ |
| Money Mkt Div | $ 0.49 |




### Asset Allocation



- Equities (0.56%)
- Mutual Funds (0%)
- Corporate Bonds (0%)
- Cash (0%)
- Dreyfus (99.43%)

Clearing Through Alpine Securities
39 Exchange Place • Salt Lake City, UT 84111
p (801) 355-5588 • f (801) 355-5742 • toll free (800) 274-5588 • alpine-securities.com
Member FINRA & SIPC

Page 1

**YOUR ALPINE SECURITIES BROKERAGE STATEMENT**

**Changes/Discrepancies.** You must promptly advise Alpine Securities Corporation (Alpine) in writing of any material change in your financial situation and/or investment objectives. Also, promptly report any discrepancies between Alpine's records as provided in this account statement and your records to Alpine at (801) 355-5588. If you do not notify Alpine of a discrepancy within thirty days of your receipt of this statement, you forfeit the right to correct it. To further protect your rights under the Securities Investor Protection Act (SIPC), reconfirm your oral communication to Alpine in writing at 39 Exchange Place, Salt Lake City, UT 84111.

**Good 'Til Cancel Orders.** Please note the list of open orders included in your statement. Should you desire to make any change, or if the list of open orders is incorrect, please advise Alpine immediately. The responsibility for failure to cancel any open order rests upon the customer even if a substitute order has been entered. Transactions resulting from execution of any order which you have failed to cancel will be entered in your account. Good 'Til Canceled buy orders and sell orders which specify stop or stop limit are reduced for cash dividends. All orders are reduced proportionately in the event of a stock dividend or stock split.

**Applicable Rules and Regulations.** All transactions are subject to applicable federal law and the rules and regulations of the relevant regulatory agencies. Transactions are also subject to the rules and customs of the exchange, market or clearing house where the transactions were effected, and to the laws and regulations of the country and its political subdivisions wherein the transactions are executed.

**SIPC.** Alpine is a member of the Securities Investor Protection Corporation (SIPC). SIPC provides up to $500,000 of net equity protection, including $250,000 for claims for cash awaiting reinvestment (coverage). This coverage applies to accounts you hold in a separate account capacity (i.e. as custodian, joint tenant, or sole owner). Investor information, including a brochure regarding SIPC may be obtained by contacting SIPC at (202) 371-8300 and from their web-site at www.sipc.org.

**FINRA.** Alpine is a member of the Financial Industry Regulatory Authority (FINRA). FINRA Investor Brochures that contain information on the FINRA Public Disclosure Program are available on their website at www.finra.org. You may also contact FINRA at (800) 289-9999.

**IRS.** Alpine is required to report all cash dividends and registered bond interest credited to your account on securities held for you in Alpine's name to the Internal Revenue Service. All dividends and interest credits should be included in your income tax return. This statement is not a tax document. You will receive Form 1099 for annual tax reporting in compliance with IRS requirements.

**Statement of Financial Condition.** Alpine's statement of financial condition may be found on our home page at www.alpine-securities.com. You may also request a copy to be provided to you at no additional charge by contacting us at (800) 274-5588.

**Free Credit Balance (Rule 15c3-2 & 3).** The net free credit balance, if any, is payable on demand in the normal course of business operations. These funds may be used in the operation of our business in accordance with 17C.F.R. 240, 15c3-2 under the Securities Exchange Act of 1934. Any securities held as collateral against any indebtedness to us will be delivered to you in the normal course of business operations upon full payment of such indebtedness. Free credit balances invested in money market funds, managed by The Dreyfus Corporation ("Dreyfus") are not under Alpine's control. Information regarding the Dreyfus money market funds, dividend rates and a prospectus may be obtained from the Dreyfus website at www.dreyfus.com. Alpine may receive a fee for services it performs with respect to the Dreyfus money market funds.

**Hypothecation.** Alpine may loan, pledge, hypothecate, or rehypothecate all securities carried in this account. Alpine may buy and sell these securities when Alpine deems it necessary for its protection. Securities carried in this account may be commingled with securities carried for the account of other clients.

**Indebtedness.** Alpine may pledge the securities in your account (whether individual or joint) as a general lien for the discharge of all your obligations to Alpine, however arising, and irrespective of the number of accounts you have with Alpine. Alpine may also require you to deposit additional collateral in accordance with the rules and regulations of FINRA, the SEC, or other regulatory agencies, or to satisfy your obligations to Alpine. Any securities held as collateral against any obligations to Alpine will be delivered to you in the normal course of business operations upon full payment of such obligations. Alpine's consolidated statement of financial condition for the previous six months ended March 31, and for the year ended September 30, is available without charge at www.alpine-securities.com or you may also receive a copy by calling Alpine at (801) 355-5588. Alpine's most recently filed audited consolidated statement of financial condition is available at Alpine's office located at 39 Exchange Place, Salt Lake City, Utah and at the Denver Regional Office of the Securities and Exchange Commission.

**Non-DTC Eligible Securities.** Due to their labor-intensive and high-risk nature, Alpine has a unique policy for non-DTC eligible securities. First, Alpine charges $1,000 per deposit of non-DTC eligible securities. Second, Alpine charges the customer all transfer, delivery, or other fees that are required to settle trades. Third, Alpine will not disburse any proceeds from the sale of non-DTC eligible securities until thirty (30) days after the trade settlement day. Fourth, if, for any reason, Alpine fails to deliver and the buyer's firm initiates a buy-in or close-out procedure, Alpine will pass on any resulting fees to the account holder. If you have any questions, please discuss them with your broker and ensure you thoroughly understand this policy before you send Alpine any certificates or initiate any deposits in non-DTC eligible securities.

**Routing.** Upon written request, Alpine will provide to you: a) the venue where your orders for listed securities or NASDAQ stocks were routed for execution; b) whether or not you directed Alpine to use that venue, and c) the time of the related transaction's execution(s) for orders placed during the six months prior to your request.

**Security Prices.** Prices shown on your statement represent estimated values that may be based on a limited number of trades or quotations and may not be current as of the statement date. You may not be able to sell this security at a price equal or near the estimated value and the actual amount you receive will be reduced by any commissions or similar charges. Alpine will not refuse to accept your order to sell a security at the estimated value. If an estimated value is not shown, the value could not be determined based on available information.

**Transfers.** Any account transferred to another brokerage firm will be charged $100.00 to cover Alpine's costs. Additionally, any stock deposits sent to Alpine in physical form will be returned to the address of record on the account in physical form. Returning stock in physical form may incur substantial fees; these fees are your responsibility. Alpine will not return the stock until all of these fees are paid. The process of returning physical certificates might take a substantial amount of time. Alpine is not liable for any loss in market value of the security that occurs during that

Revised Sept. 2014

period. Furthermore, if you open an IRA Account with Alpine and later decide to transfer all of the assets to another trustee outside of Alpine, Alpine will automatically close your Alpine IRA Account.

**Trade Confirmations.** All trade confirmations are transmitted on the transaction date.

**Hours of Trading Operation.** Alpine does not typically engage in after-hours trading outside of regular trading hours (i.e., the hours of 9:30 a.m. to 4:00 p.m. Eastern Time). Regular trading hours may also change due to holidays or other days appointed by regulatory bodies. Alpine may, at any time and without notice, change or modify its hours of operation (including the hours during which it accepts orders outside of regular trading hours or where mandated by a regulatory body). If Alpine chooses to make such changes or modifications, the **Extended Hours Trading** Disclosure will apply to the changed or modified hours. Alpine may, at any time and without notice, amend the terms that apply to orders accepted outside of regular trading hours.

**Extended Hours Trading.** You should consider the following points before engaging in extended hours trading. "Extended hours trading" means trading outside of "regular trading hours." "Regular trading hours" generally means the time between 9:30 a.m. and 4:00 p.m. Eastern Standard Time.

• **Risk of Lower Liquidity.** Liquidity refers to the ability of market participants to buy and sell securities. Generally, the more orders that are available in a market, the greater the liquidity. Liquidity is important because with greater liquidity it is easier for investors to buy or sell securities, and as a result, investors are more likely to pay or receive a competitive price for securities purchased or sold. There may be lower liquidity in extended hours trading as compared to regular trading hours. As a result, your order may only be partially executed, or not at all.

• **Risk of Higher Volatility.** Volatility refers to the changes in price that securities undergo when trading. Generally, the higher the volatility of a security, the greater its price swings. There may be greater volatility in extended hours trading than in regular trading hours. As a result, your order may only be partially executed, or not at all, or you may receive an inferior price when engaging in extended hours trading than you would during regular trading hours.

• **Risk of Changing Prices.** The prices of securities traded in extended hours trading may not reflect the prices either at the end of regular trading hours, or upon the opening the next morning. As a result, you may receive an inferior price when engaging in extended hours trading than you would during regular trading hours.

• **Risk of Unlinked Markets.** Depending on the extended hours trading system or the time of day, the prices displayed on a particular extended hours trading system may not reflect the prices in other concurrently operating extended hours trading systems dealing in the same securities. Accordingly, you may receive an inferior price in one extended hours trading system than you would in another extended hours trading system.

• **Risk of News Announcements.** Normally, issuers make news announcements that may affect the price of their securities after regular trading hours. Similarly, important financial information is frequently announced outside of regular trading hours. In extended hours trading, these announcements may occur during trading, and if combined with lower liquidity and higher volatility, may cause an exaggerated and unsustainable effect on the price of a security.

• **Risk of Wider Spreads.** The spread refers to the difference in price between what you can buy a security for and what you can sell it for. Lower liquidity and higher volatility in extended hours trading may result in wider than normal spreads for a particular security.

**Pie Chart.** The pie chart on your statement is an estimate for illustrative purposes only.

**Fees/Charges.** A current list of fees, charges and other transaction costs can be found at www.alpine-securities.com.

**Complaints/Correspondence.** If you have any concerns or complaints regarding your account, you may contact Alpine's Compliance Department directly at (801) 355-5588. Any correspondence should be directed to Alpine Securities, Inc. Attn: Compliance Department, 39 Exchange Place, Salt Lake City, UT 84111.

Please retain this statement as it may be helpful in preparing your income tax returns. You may also need this statement along with previous statements to verify interest charges in your account.

**Foreign Financial Transaction Taxes.** France, Italy and a few other foreign governments proposed steps to impose a financial transaction tax on any financial services firm that facilitates a trade in certain securities connected with the foreign government assessing the tax. These financial transaction taxes are levied by the foreign government and are imposed on investors and/or financial services firms (regardless of where the investors or firms are located or where they conduct business), and the financial services firms that facilitate transactions (e.g. by accepting or executing trade orders) in securities that are subject to the financial transaction tax are responsible for remitting the tax to foreign tax authorities. While the various countries adopting financial transaction taxes will define which securities transactions will trigger the tax and the amount of the tax, it is expected that the financial transaction taxes will apply to trades in an increasing number of securities of foreign issuers as well as U.S.-issued American Depository Receipts (ADRS) for foreign securities. As an investor, it is important that you consider the potential tax implications and other considerations associated with investing in foreign securities and ADRs and similar investment vehicles for foreign securities prior to investing. Please consult your tax consultant for additional information.

**Checks Made Payable to Alpine Securities Corporation.** All checks must be made payable to Alpine Securities Corporation. Any checks received that are payable to another payee will be returned to the customer. This may delay processing of your transactions.

**Cash Sweep Program.** The money market mutual fund to which the free credit balances have been transferred can be liquidated on the customer's demand and held as free credit balances. For more information about Alpine's cash sweep program, please refer to the Cash Sweep Program Disclosure Statement posted on the website at www.alpine-securities.com.

Revised Sept. 2014

**Account Statement - Period 10/1/2012 to 11/28/2014**

Account Name: LEGACY GLOBAL MARKETS SA

Account Number: 

Account Executive: SCA House 3502

## Daily Account Activity - Dreyfus General Money Market Fund

Beginning Balance: --

| Settle Date | Activity Date | Activity | Quantity | Description | Price | Subtracted | Added | Balance |
|---|---|---|---|---|---|---|---|---|
| 10/24/2012 | -- | Journal | -- | Conversion from SIS | -- | -- | 600826.58 | 600826.58 |
| 10/31/2012 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 0.59 | 600827.17 |
| 11/19/2012 | -- | Journal | -- | Conversion from SIS | -- | -- | 499517.45 | 1100344.62 |
| 11/20/2012 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 27235.83 | -- | 1073108.79 |
| 11/30/2012 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 1.56 | 1073110.35 |
| 12/6/2012 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 150.00 | -- | 1072960.35 |
| 12/12/2012 | -- | Journal | -- | Dreyfus Sweep | -- | 450075.00 | -- | 622885.35 |
| 12/31/2012 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 1.54 | 622886.89 |
| 1/8/2013 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 200.00 | -- | 622686.89 |
| 1/17/2013 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 75.00 | -- | 622611.89 |
| 1/23/2013 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 700.00 | -- | 621911.89 |
| 1/28/2013 | -- | Journal | -- | SWEEP FUNDS FROM DREYFUS | -- | 562121.66 | -- | 59790.23 |
| 1/28/2013 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 541036.94 | 600827.17 |
| 1/29/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 1989784.85 | -- | -1388957.68 |
| 1/29/2013 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 1989784.85 | 600827.17 |
| 1/29/2013 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 1989784.85 | 2590612.02 |
| 1/30/2013 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 300.00 | -- | 2590312.02 |
| 1/31/2013 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 155.00 | -- | 2590157.02 |
| 1/31/2013 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 1.80 | 2590158.82 |
| 2/1/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 1500075.00 | -- | 1090083.82 |
| 2/6/2013 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 150.00 | -- | 1089933.82 |
| 2/7/2013 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 450.00 | -- | 1089483.82 |
| 2/12/2013 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 75.00 | -- | 1089408.82 |
| 2/21/2013 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 2976474.88 | 4065883.70 |
| 2/26/2013 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 178988.47 | 4244872.17 |
| 2/28/2013 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 9.61 | 4244881.78 |
| 2/28/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 3000075.00 | -- | 1244806.78 |
| 2/28/2013 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 32312.07 | 1277118.85 |
| 3/6/2013 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 3000000.00 | 4277118.85 |
| 3/8/2013 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 1606788.13 | 5883906.98 |

Account Statement - Period 10/1/2012 to 11/28/2014                                  Account Number:

Account Name: LEGACY GLOBAL MARKETS SA                                              Account Executive: SCA House 3502

## Daily Account Activity - Dreyfus General Money Market Fund (continued)

| Settle Date | Activity Date | Activity | Quantity | Description | Price | Subtracted | Added | Balance |
|---|---|---|---|---|---|---|---|---|
| 3/19/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 4928926.89 | -- | 954980.09 |
| 3/26/2013 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 2742938.71 | 3697918.80 |
| 3/28/2013 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 25.95 | 3697944.75 |
| 3/28/2013 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 1202922.10 | 4900866.85 |
| 4/10/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 1077097.21 | -- | 3823769.64 |
| 4/11/2013 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 244721.24 | -- | 3579048.40 |
| 4/12/2013 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 846957.29 | -- | 2732091.11 |
| 4/22/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 1383440.20 | -- | 1348650.91 |
| 4/23/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 725699.28 | -- | 622951.63 |
| 4/30/2013 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 18.52 | 622970.15 |
| 4/30/2013 | -- | Foreign Acct Withh | -- | Tefra Withholding | -- | 5.56 | -- | 622964.59 |
| 4/30/2013 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 468170.50 | 1091135.09 |
| 5/2/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 448157.52 | -- | 642977.57 |
| 5/14/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 6811.18 | -- | 636166.39 |
| 5/17/2013 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 150.00 | -- | 636016.39 |
| 5/31/2013 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 0.45 | 636016.84 |
| 5/31/2013 | -- | Foreign Acct Withh | -- | Tefra Withholding | -- | 0.13 | -- | 636016.71 |
| 5/31/2013 | -- | Journal | -- | SWEEP TO DREYFUS | -- | -- | 3356.26 | 639372.97 |
| 6/10/2013 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 150.00 | -- | 639222.97 |
| 6/28/2013 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 0.33 | 639223.30 |
| 6/28/2013 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 23109.92 | 662333.22 |
| 7/31/2013 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 0.52 | 662333.74 |
| 8/30/2013 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 0.52 | 662334.26 |
| 9/20/2013 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 150.00 | -- | 662184.26 |
| 9/30/2013 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 0.51 | 662184.77 |
| 9/30/2013 | -- | Foreign Acct Withh | -- | Tefra Withholding | -- | 0.15 | -- | 662184.62 |
| 10/28/2013 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 20.00 | -- | 662164.62 |
| 10/31/2013 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 0.52 | 662165.14 |
| 11/29/2013 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 0.50 | 662165.64 |

**Account Statement - Period 10/1/2012 to 11/28/2014**                           Account Number: ███

Account Name: LEGACY GLOBAL MARKETS SA                                           Account Executive: SCA House 3502

## Daily Account Activity - Dreyfus General Money Market Fund (continued)

| Settle Date | Activity Date | Activity | Quantity | Description | Price | Subtracted | Added | Balance |
|---|---|---|---|---|---|---|---|---|
| 11/29/2013 | -- | Foreign Acct Withh | -- | Tefra Withholding | -- | 0.15 | -- | 662165.49 |
| 12/12/2013 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 150.00 | -- | 662015.49 |
| 12/31/2013 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 0.52 | 662016.01 |
| 1/16/2014 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 1240.00 | -- | 660776.01 |
| 1/17/2014 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 135.00 | -- | 660641.01 |
| 1/24/2014 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 300.00 | -- | 660341.01 |
| 1/31/2014 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 0.50 | 660341.51 |
| 2/28/2014 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 0.46 | 660341.97 |
| 3/31/2014 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 0.51 | 660342.48 |
| 4/30/2014 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 0.49 | 660342.97 |
| 5/30/2014 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 0.51 | 660343.48 |
| 6/30/2014 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 0.60 | 660344.08 |
| 6/30/2014 | -- | Foreign Acct Withh | -- | Tefra Withholding | -- | 0.18 | -- | 660343.90 |
| 7/29/2014 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 150.00 | -- | 660193.90 |
| 7/31/2014 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 0.62 | 660194.52 |
| 7/31/2014 | -- | Foreign Acct Withh | -- | Tefra Withholding | -- | 0.19 | -- | 660194.33 |
| 8/19/2014 | -- | Money Market Sweep | -- | Sweep from Dreyfus General Money Ma | -- | 300.00 | -- | 659894.33 |
| 8/29/2014 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 0.62 | 659894.95 |
| 8/29/2014 | -- | Foreign Acct Withh | -- | Tefra Withholding | -- | 0.19 | -- | 659894.76 |
| 9/30/2014 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 0.60 | 659895.36 |
| 10/31/2014 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 0.50 | 659895.86 |
| 11/28/2014 | -- | Money Market Divid | -- | Accumulated Earnings Posted | -- | -- | 0.49 | 659896.35 |
| 11/28/2014 | -- | Foreign Acct Withh | -- | Tefra Withholding | -- | 0.15 | -- | 659896.20 |

**Account Statement - Period 10/1/2012 to 11/28/2014**     Account Number: ▓

Account Name: LEGACY GLOBAL MARKETS SA     Account Executive: SCA House 3502

## Daily Account Activity - Cash Account

Beginning Balance: --

| Settle Date | Activity Date | Activity | Quantity | Description | Price | Subtracted | Added | Balance |
|---|---|---|---|---|---|---|---|---|
| 10/20/2012 | 10/22/2012 | Stock Receipt | 36750000.00 | SWINGPLANE VENTURES INC | -- | -- | -- | 0.00 |
| 10/20/2012 | 10/22/2012 | Stock Receipt | 21600000.00 | RARUS TECHNOLOGIES INC | -- | -- | -- | 0.00 |
| 10/20/2012 | 10/22/2012 | Stock Receipt | 19437550.00 | RARUS TECHNOLOGIES INC | -- | -- | -- | 0.00 |
| 10/20/2012 | 10/22/2012 | Stock Receipt | 1079500.00 | PACWEST EQUITIES INC | -- | -- | -- | 0.00 |
| 10/20/2012 | 10/22/2012 | Stock Receipt | 36325000.00 | GLOBAL KARAOKE NETWORK INC | -- | -- | -- | 0.00 |
| 10/20/2012 | 10/22/2012 | Stock Receipt | 6159000.00 | GLOBAL KARAOKE NETWORK INC | -- | -- | -- | 0.00 |
| 11/19/2012 | -- | Stock Receipt | 36750000.00 | SWINGPLANE VENTURES INC | -- | -- | -- | 0.00 |
| 11/19/2012 | -- | Stock Receipt | 21600000.00 | RARUS TECHNOLOGIES INC | -- | -- | -- | 0.00 |
| 11/19/2012 | -- | Stock Receipt | 19437550.00 | RARUS TECHNOLOGIES INC | -- | -- | -- | 0.00 |
| 11/19/2012 | -- | Stock Receipt | 147216.00 | PACWEST EQUITIES INC | -- | -- | -- | 0.00 |
| 11/19/2012 | -- | Stock Receipt | 1079500.00 | PACWEST EQUITIES INC | -- | -- | -- | 0.00 |
| 11/19/2012 | -- | Stock Receipt | 6159000.00 | GLOBAL KARAOKE NETWORK INC | -- | -- | -- | 0.00 |
| 11/19/2012 | -- | Stock Receipt | 36325000.00 | GLOBAL KARAOKE NETWORK INC | -- | -- | -- | 0.00 |
| 11/20/2012 | 11/15/2012 | Buy | 35500.00 | PACWEST EQUITIES INC | 0.5910 | 21528.75 | -- | -21528.75 |
| 11/20/2012 | 11/15/2012 | Buy | 8615.00 | PACWEST EQUITIES INC | 0.6420 | 5707.08 | -- | -27235.83 |
| 11/20/2012 | -- | Sweep | -- | Sweep to Cash | -- | -- | 27235.83 | 0.00 |
| 11/27/2012 | 11/28/2012 | Acquisition | 3238500.00 | PACWEST EQUITIES INC | -- | -- | -- | 0.00 |
| 11/27/2012 | 11/28/2012 | Acquisition | 1079500.00 | PACWEST EQUITIES INC | -- | -- | -- | 0.00 |
| 12/5/2012 | -- | Journal | -- | SCA RESEARCH FEE - PWEI | -- | 150.00 | -- | -150.00 |
| 12/6/2012 | -- | Sweep | -- | Sweep to Cash | -- | -- | 150.00 | 0.00 |
| 12/12/2012 | -- | Cash Disbursement | -- | WIRE | -- | 450000.00 | -- | -450000.00 |
| 12/12/2012 | -- | Journal | -- | Wire Fee | -- | 50.00 | -- | -450050.00 |
| 12/12/2012 | -- | Journal | -- | SCA Wire Fee | -- | 25.00 | -- | -450075.00 |
| 12/12/2012 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 450075.00 | 0.00 |
| 1/7/2013 | -- | Journal | -- | DTC FEE 51561040 SWVI | -- | 200.00 | -- | -200.00 |
| 1/8/2013 | -- | Sweep | -- | Sweep to Cash | -- | -- | 200.00 | 0.00 |
| 1/11/2013 | -- | Stock Receipt | 15000000.00 | MICROELECTRONICS TECHNOLOGY | -- | -- | -- | 0.00 |
| 1/11/2013 | -- | Stock Receipt | 35000000.00 | GRID PETROLEUM CORPORATION | -- | -- | -- | 0.00 |
| 1/16/2013 | -- | Stock Delivery | 35000000.00 | GRID PETROLEUM CORPORATION | -- | -- | -- | 0.00 |
| 1/16/2013 | -- | Journal | -- | Fedex Fee | -- | 75.00 | -- | -75.00 |
| 1/17/2013 | -- | Sweep | -- | Sweep to Cash | -- | -- | 75.00 | 0.00 |
| 1/22/2013 | -- | Journal | -- | STK REC FEE 51561040 GRPR 1/11 2 CE | -- | 400.00 | -- | -400.00 |
| 1/22/2013 | -- | Journal | -- | STK REC FEE 51561040 1/11/13 MELY | -- | 300.00 | -- | -700.00 |
| 1/23/2013 | -- | Sweep | -- | Sweep to Cash | -- | -- | 700.00 | 0.00 |
| 1/24/2013 | -- | Stock Receipt | 870000.00 | GOFF CORP | -- | -- | -- | 0.00 |
| 1/24/2013 | -- | Journal | -- | SCA Stk Rec Fee GOFF | -- | 300.00 | -- | -300.00 |
| 1/25/2013 | 1/22/2013 | Sell | 20000.00 | SWINGPLANE VENTURES INC | 0.3050 | -- | 5912.06 | 5612.06 |
| 1/25/2013 | 1/22/2013 | Sell | 1500000.00 | SWINGPLANE VENTURES INC | 0.1710 | -- | 249242.18 | 254854.24 |

**Account Statement - Period 10/1/2012 to 11/28/2014**　　　　　　　　　　　　　　　　　　Account Number:

Account Name: LEGACY GLOBAL MARKETS SA　　　　　　　　　　　　　　　　　　Account Executive: SCA House 3502

## Daily Account Activity - Cash Account (continued)

| Settle Date | Activity Date | Activity | Quantity | Description | Price | Subtracted | Added | Balance |
|---|---|---|---|---|---|---|---|---|
| 1/25/2013 | 1/22/2013 | Sell | 2000000.00 | SWINGPLANE VENTURES INC | 0.1470 | -- | 286182.70 | 541036.94 |
| 1/28/2013 | 1/23/2013 | Sell | 3000000.00 | SWINGPLANE VENTURES INC | 0.1820 | -- | 531377.05 | 1072413.99 |
| 1/28/2013 | 1/23/2013 | Sell | 5000000.00 | SWINGPLANE VENTURES INC | 0.1840 | -- | 896286.14 | 1968700.13 |
| 1/28/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 541036.94 | -- | 1427663.19 |
| 1/28/2013 | -- | Journal | -- | SWEEP FUNDS FROM DREYFUS | -- | -- | 562121.66 | 1989784.85 |
| 1/29/2013 | -- | Stock Receipt | 1500000.00 | NEW YORK TUTOR CO | -- | -- | -- | 1989784.85 |
| 1/29/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 1989784.85 | -- | 0.00 |
| 1/29/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 1989784.85 | -- | -1989784.85 |
| 1/29/2013 | -- | Journal | -- | SCA Stk Rec Fee NWYT | -- | 300.00 | -- | -1990084.85 |
| 1/29/2013 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 1989784.85 | -300.00 |
| 1/30/2013 | -- | Sweep | -- | Sweep to Cash | -- | -- | 300.00 | 0.00 |
| 1/30/2013 | -- | Journal | -- | TA FEE 515610400 GOFF | -- | 155.00 | -- | -155.00 |
| 1/31/2013 | -- | Sweep | -- | Sweep to Cash | -- | -- | 155.00 | 0.00 |
| 2/1/2013 | -- | Cash Disbursement | -- | WIRE | -- | 1500000.00 | -- | -1500000.00 |
| 2/1/2013 | -- | Stock Receipt | 21750000.00 | GOFF, CORP | -- | -- | -- | -1500000.00 |
| 2/1/2013 | -- | Stock Delivery | 870000.00 | GOFF CORP | -- | -- | -- | -1500000.00 |
| 2/1/2013 | -- | Journal | -- | Wire Fee | -- | 50.00 | -- | -1500050.00 |
| 2/1/2013 | -- | Journal | -- | SCA Wire Fee | -- | 25.00 | -- | -1500075.00 |
| 2/1/2013 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 1500075.00 | 0.00 |
| 2/5/2013 | -- | Journal | -- | RESEARCH FEE - SNPK | -- | 150.00 | -- | -150.00 |
| 2/6/2013 | -- | Sweep | -- | Sweep to Cash | -- | -- | 150.00 | 0.00 |
| 2/6/2013 | -- | Journal | -- | RUSH FEE 515610400 GOFFD | -- | 250.00 | -- | -250.00 |
| ../2013 | -- | Journal | -- | DTC FEE 515610400 GOFFD | -- | 200.00 | -- | -450.00 |
| 2/7/2013 | -- | Sweep | -- | Sweep to Cash | -- | -- | 450.00 | 0.00 |
| 2/11/2013 | -- | Stock Delivery | 15000000.00 | MICROELECTRONICS TECHNOLOGY | -- | -- | -- | 0.00 |
| 2/11/2013 | -- | Journal | -- | Fedex Fee | -- | 75.00 | -- | -75.00 |
| 2/12/2013 | -- | Sweep | -- | Sweep to Cash | -- | -- | 75.00 | 0.00 |
| 2/15/2013 | 2/12/2013 | Sell | 100000.00 | SWINGPLANE VENTURES INC | 0.5910 | -- | 57525.47 | 57525.47 |
| 2/19/2013 | 2/13/2013 | Sell | 150000.00 | SWINGPLANE VENTURES INC | 0.5930 | -- | 86599.17 | 144124.64 |
| 2/19/2013 | 2/13/2013 | Sell | 200000.00 | SWINGPLANE VENTURES INC | 0.6030 | -- | 117436.59 | 261561.23 |
| 2/19/2013 | 2/13/2013 | Sell | 500000.00 | SWINGPLANE VENTURES INC | 0.6070 | -- | 295610.00 | 557171.23 |
| 2/19/2013 | 2/13/2013 | Sell | 4500000.00 | SWINGPLANE VENTURES INC | 0.5520 | -- | 2419548.65 | 2976719.88 |
| 2/20/2013 | -- | Journal | -- | TA & DTC FEE, RARS NON-DTC | -- | 245.00 | -- | 2976474.88 |
| 2/21/2013 | 2/15/2013 | Sell | 10000.00 | RARUS TECHNOLOGIES INC | 0.0040 | -- | -- | 2976474.88 |
| 2/21/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 2976474.88 | -- | 0.00 |
| 2/22/2013 | 2/19/2013 | Sell | 1000000.00 | RARUS TECHNOLOGIES INC | 0.0080 | -- | 7681.16 | 7681.16 |
| 2/22/2013 | 2/19/2013 | Sell | 4666000.00 | RARUS TECHNOLOGIES INC | 0.0150 | -- | 67703.04 | 75384.20 |
| 2/22/2013 | -- | Journal | -- | TRANSFER FEE 515610400 NWYT | -- | 125.00 | -- | 75259.20 |
| 2/25/2013 | 2/20/2013 | Sell | 15251165.00 | RARUS TECHNOLOGIES INC | 0.0050 | -- | 76964.80 | 152224.00 |

**Account Statement - Period 10/1/2012 to 11/28/2014**

Account Name: LEGACY GLOBAL MARKETS SA

Account Number: ▒▒▒▒

Account Executive: SCA House 3502

## Daily Account Activity - Cash Account (continued)

| Settle Date | Activity Date | Activity | Quantity | Description | Price | Subtracted | Added | Balance |
|---|---|---|---|---|---|---|---|---|
| 2/26/2013 | 2/21/2013 | Sell | 9310385.00 | RARUS TECHNOLOGIES INC | 0.0030 | -- | 27214.47 | 179438.47 |
| 2/26/2013 | | Journal | -- | Dreyfus Sweep | -- | 178988.47 | -- | 450.00 |
| 2/26/2013 | -- | Journal | -- | RUSH FEE 515610400 NWYT | -- | 250.00 | -- | 200.00 |
| 2/26/2013 | | Journal | -- | DTC FEE 515610400 NWYT | -- | 200.00 | -- | 0.00 |
| 2/27/2013 | 2/22/2013 | Sell | 10800000.00 | RARUS TECHNOLOGIES INC | 0.0030 | -- | 32312.07 | 32312.07 |
| 2/28/2013 | | Cash Disbursement | -- | WIRE | -- | 3000000.00 | -- | -2967687.93 |
| 2/28/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 32312.07 | -- | -3000000.00 |
| 2/28/2013 | | Journal | -- | Wire Fee | -- | 50.00 | -- | -3000050.00 |
| 2/28/2013 | -- | Journal | -- | SCA Wire Fee | -- | 25.00 | -- | -3000075.00 |
| 2/28/2013 | | Journal | -- | Dreyfus Sweep | -- | -- | 3000075.00 | 0.00 |
| 3/1/2013 | 2/26/2013 | Sell | 10000.00 | NEW YORK TUTOR CO | 0.1500 | -- | 1384.02 | 1384.02 |
| 3/5/2013 | 2/28/2013 | Sell | 1000000.00 | SWINGPLANE VENTURES INC | 0.2370 | -- | 230380.67 | 231764.69 |
| 3/5/2013 | 2/28/2013 | Sell | 1200000.00 | SWINGPLANE VENTURES INC | 0.2310 | -- | 270179.67 | 501944.36 |
| 3/5/2013 | 2/28/2013 | Sell | 2000000.00 | SWINGPLANE VENTURES INC | 0.2370 | -- | 461912.66 | 963857.02 |
| 3/5/2013 | 2/28/2013 | Sell | 4000000.00 | SWINGPLANE VENTURES INC | 0.2710 | -- | 1054323.03 | 2018180.05 |
| 3/6/2013 | 3/1/2013 | Sell | 300000.00 | SWINGPLANE VENTURES INC | 0.2130 | -- | 62105.36 | 2080285.41 |
| 3/6/2013 | 3/1/2013 | Sell | 5355000.00 | SWINGPLANE VENTURES INC | 0.2090 | -- | 1087527.08 | 3167812.49 |
| 3/6/2013 | | Journal | -- | Dreyfus Sweep | -- | 3000000.00 | -- | 167812.49 |
| 3/7/2013 | 3/4/2013 | Sell | 32671.00 | SWINGPLANE VENTURES INC | 0.2710 | -- | 8578.15 | 176390.64 |
| 3/7/2013 | 3/4/2013 | Sell | 500000.00 | SWINGPLANE VENTURES INC | 0.2460 | -- | 119787.42 | 296178.06 |
| 3/7/2013 | 3/4/2013 | Sell | 2000000.00 | SWINGPLANE VENTURES INC | 0.2470 | -- | 480593.23 | 776771.29 |
| 3/8/2013 | 3/5/2013 | Sell | 50000.00 | SWINGPLANE VENTURES INC | 0.2910 | -- | 14143.15 | 790914.44 |
| 3/8/2013 | 3/5/2013 | Sell | 50000.00 | SWINGPLANE VENTURES INC | 0.2970 | -- | 14408.34 | 805322.78 |
| 3/8/2013 | 3/5/2013 | Sell | 3000000.00 | SWINGPLANE VENTURES INC | 0.2750 | -- | 801465.35 | 1606788.13 |
| 3/8/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 1606788.13 | -- | 0.00 |
| 3/11/2013 | 3/6/2013 | Sell | 50000.00 | SWINGPLANE VENTURES INC | 0.2800 | -- | 13609.35 | 13609.35 |
| 3/11/2013 | 3/6/2013 | Sell | 192329.00 | SWINGPLANE VENTURES INC | 0.2790 | -- | 52135.85 | 65745.20 |
| 3/11/2013 | | Journal | -- | SCA RESEARCH FEE - SWVI 2/26/13 | -- | 150.00 | -- | 65595.20 |
| 3/14/2013 | 3/11/2013 | Sell | 50000.00 | SWINGPLANE VENTURES INC | 0.1210 | -- | 5852.91 | 71448.11 |
| 3/18/2013 | 3/13/2013 | Sell | 500.00 | GOFF, CORP | 0.1300 | -- | -- | 71448.11 |
| 3/18/2013 | 3/14/2013 | Sell | 500.00 | GOFF, CORP | 0.1300 | -- | -- | 71448.11 |
| 3/18/2013 | 3/14/2013 | Sell - Cancel | 500.00 | GOFF, CORP | 0.1300 | -- | -- | 71448.11 |
| 3/18/2013 | -- | Stock Receipt | 49412.00 | MUSCLEPHARM CORP | -- | -- | -- | 71448.11 |
| 3/18/2013 | | Journal | -- | SCA Stk Rec Fee MSLP | -- | 300.00 | -- | 71148.11 |
| 3/19/2013 | -- | Cash Disbursement | -- | WIRE | -- | 5000000.00 | -- | -4928851.89 |
| 3/19/2013 | | Journal | -- | Wire Fee | -- | 50.00 | -- | -4928901.89 |
| 3/19/2013 | -- | Journal | -- | SCA Wire Fee | -- | 25.00 | -- | -4928926.89 |
| 3/19/2013 | | Journal | -- | Dreyfus Sweep | -- | -- | 4928926.89 | 0.00 |
| 3/21/2013 | 3/18/2013 | Sell | 5000000.00 | GOFF, CORP | 0.2180 | -- | 1058229.92 | 1058229.92 |

Page 9

## Daily Account Activity – Cash Account (continued)

| Settle Date | Activity Date | Activity | Quantity | Description | Price | Subtracted | Added | Balance |
|---|---|---|---|---|---|---|---|---|
| 3/21/2013 | 3/18/2013 | Sell | 6368200.00 | GOFF, CORP | 0.2720 | -- | 1684708.79 | 2742938.71 |
| 3/26/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 2742938.71 | -- | 0.00 |
| 3/27/2013 | 3/22/2013 | Sell | 3500000.00 | GOFF, CORP | 0.3530 | -- | 1202502.48 | 1202502.48 |
| 3/27/2013 | -- | Journal | -- | RUSH FEE 515610400 MSLP | -- | 250.00 | -- | 1202252.48 |
| 3/27/2013 | -- | Journal | -- | DTC FEE 515610400 MSLP | -- | 200.00 | -- | 1202052.48 |
| 3/28/2013 | 3/25/2013 | Sell | 5000.00 | NEW YORK TUTOR CO | 0.1970 | -- | 869.62 | 1202922.10 |
| 3/28/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 1202922.10 | -- | 0.00 |
| 4/2/2013 | 3/27/2013 | Sell | 4000.00 | MUSCLEPHARM CORP | 10.0670 | -- | 39210.93 | 39210.93 |
| 4/3/2013 | 3/28/2013 | Sell | 1785.00 | MUSCLEPHARM CORP | 11.0960 | -- | 19266.65 | 58477.58 |
| 4/3/2013 | 3/28/2013 | Sell | 5902.00 | MUSCLEPHARM CORP | 10.4120 | -- | 59861.21 | 118338.79 |
| 4/4/2013 | 4/1/2013 | Sell | 1000.00 | MUSCLEPHARM CORP | 10.0550 | -- | 9761.40 | 128100.19 |
| 4/5/2013 | 4/2/2013 | Sell | 1000.00 | MUSCLEPHARM CORP | 9.6040 | -- | 9321.64 | 137421.83 |
| 4/5/2013 | 4/2/2013 | Sell | 1000.00 | MUSCLEPHARM CORP | 9.7000 | -- | 9415.47 | 146837.30 |
| 4/8/2013 | 4/3/2013 | Sell | 1000.00 | MUSCLEPHARM CORP | 9.5550 | -- | 9273.64 | 156110.94 |
| 4/8/2013 | 4/3/2013 | Sell | 50000.00 | GOFF, CORP | 0.4340 | -- | 21121.59 | 177232.53 |
| 4/9/2013 | 4/4/2013 | Sell | 3400.00 | MUSCLEPHARM CORP | 9.6140 | -- | 31821.66 | 209054.19 |
| 4/10/2013 | 4/5/2013 | Sell | 1500.00 | MUSCLEPHARM CORP | 9.5500 | -- | 13923.60 | 222977.79 |
| 4/10/2013 | -- | Cash Disbursement | -- | WIRE | -- | 1300000.00 | -- | -1077022.21 |
| 4/10/2013 | -- | Journal | -- | Wire Fee | -- | 50.00 | -- | -1077072.21 |
| 4/10/2013 | -- | Journal | -- | SCA Wire Fee | -- | 25.00 | -- | -1077097.21 |
| 4/10/2013 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 1077097.21 | 0.00 |
| 4/11/2013 | 4/8/2013 | Buy | 200000.00 | GOFF, CORP | 0.6410 | 131474.49 | -- | -131474.49 |
| 4/11/2013 | 4/8/2013 | Buy | 200000.00 | GOFF, CORP | 0.6400 | 131316.61 | -- | -262791.10 |
| 4/11/2013 | 4/8/2013 | Sell | 2000.00 | MUSCLEPHARM CORP | 9.3200 | -- | 18129.86 | -244661.24 |
| 4/11/2013 | 4/9/2013 | Sell - Cancel | 2000.00 | MUSCLEPHARM CORP | 9.3200 | 18129.86 | -- | -262791.10 |
| 4/11/2013 | 4/9/2013 | Sell | 2000.00 | MUSCLEPHARM CORP | 9.2900 | -- | 18069.86 | -244721.24 |
| 4/11/2013 | -- | Sweep | -- | Sweep to Cash | -- | -- | 244721.24 | 0.00 |
| 4/12/2013 | 4/9/2013 | Buy | 1500000.00 | GOFF, CORP | 0.5840 | 897530.59 | -- | -897530.59 |
| 4/12/2013 | 4/9/2013 | Sell | 6000.00 | MUSCLEPHARM CORP | 8.6540 | -- | 50573.30 | -846957.29 |
| 4/12/2013 | 4/10/2013 | Sell - Cancel | 6000.00 | MUSCLEPHARM CORP | 8.6540 | 50573.30 | -- | -897530.59 |
| 4/12/2013 | 4/10/2013 | Sell | 6000.00 | MUSCLEPHARM CORP | 8.6540 | -- | 50573.30 | -846957.29 |
| 4/12/2013 | -- | Sweep | -- | Sweep to Cash | -- | -- | 846957.29 | 0.00 |
| 4/15/2013 | 4/10/2013 | Sell | 2100.00 | MUSCLEPHARM CORP | 8.7230 | -- | 17816.22 | 17816.22 |
| 4/16/2013 | 4/11/2013 | Sell | 3000.00 | MUSCLEPHARM CORP | 8.7500 | -- | 25664.77 | 43480.99 |
| 4/17/2013 | 4/12/2013 | Sell | 2500.00 | MUSCLEPHARM CORP | 8.8690 | -- | 21573.05 | 65054.04 |
| 4/18/2013 | 4/15/2013 | Sell | 1100.00 | MUSCLEPHARM CORP | 9.0700 | -- | 9685.47 | 74739.51 |
| 4/19/2013 | 4/16/2013 | Sell | 2000.00 | MUSCLEPHARM CORP | 8.6190 | -- | 16731.31 | 91470.82 |
| 4/22/2013 | 4/17/2013 | Sell | 3000.00 | MUSCLEPHARM CORP | 8.6190 | -- | 25163.98 | 116634.80 |
| 4/22/2013 | -- | Cash Disbursement | -- | WIRE | -- | 1500000.00 | -- | -1383365.20 |

**Account Statement - Period 10/1/2012 to 11/28/2014**

Account Name: LEGACY GLOBAL MARKETS SA

Account Number: ████

Account Executive: SCA House 3502

## Daily Account Activity - Cash Account (continued)

| Settle Date | Activity Date | Activity | Quantity | Description | Price | Subtracted | Added | Balance |
|---|---|---|---|---|---|---|---|---|
| 4/22/2013 | -- | Journal | -- | Wire Fee | -- | 50.00 | -- | -1383415.20 |
| 4/22/2013 | -- | Journal | -- | SCA Wire Fee | -- | 25.00 | -- | -1383440.20 |
| 4/22/2013 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 1383440.20 | 0.00 |
| 4/23/2013 | 4/18/2013 | Sell | 3000.00 | MUSCLEPHARM CORP | 8.3490 | -- | 24375.72 | 24375.72 |
| 4/23/2013 | -- | Cash Disbursement | -- | WIRE | -- | 750000.00 | -- | -725624.28 |
| 4/23/2013 | -- | Journal | -- | Wire Fee | -- | 50.00 | -- | -725674.28 |
| 4/23/2013 | -- | Journal | -- | SCA Wire Fee | -- | 25.00 | -- | -725699.28 |
| 4/23/2013 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 725699.28 | 0.00 |
| 4/25/2013 | 4/22/2013 | Sell | 4000.00 | MUSCLEPHARM CORP | 8.1580 | -- | 31769.72 | 31769.72 |
| 4/25/2013 | -- | Journal | -- | SCA RESEARCH FEE - GOFF | -- | 150.00 | -- | 31619.72 |
| 4/26/2013 | 4/23/2013 | Sell | 125.00 | MUSCLEPHARM CORP | 8.0570 | -- | 892.37 | 32512.09 |
| 4/30/2013 | 4/25/2013 | Sell | 7500000.00 | GOFF, CORP | 0.0600 | -- | 435658.41 | 468170.50 |
| 4/30/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 468170.50 | -- | 0.00 |
| 5/2/2013 | 4/29/2013 | Sell | 631300.00 | GOFF, CORP | 0.0420 | -- | 25201.41 | 25201.41 |
| 5/2/2013 | 4/29/2013 | Sell | 600000.00 | GOFF, CORP | 0.0460 | -- | 26716.07 | 51917.48 |
| 5/2/2013 | -- | Cash Disbursement | -- | WIRE | -- | 500000.00 | -- | -448082.52 |
| 5/2/2013 | -- | Journal | -- | Wire Fee | -- | 50.00 | -- | -448132.52 |
| 5/2/2013 | -- | Journal | -- | Wire Fee | -- | 50.00 | -- | -448182.52 |
| 5/2/2013 | -- | Journal | -- | SCA Wire Fee | -- | 25.00 | -- | -448207.52 |
| 5/2/2013 | -- | Journal | -- | Wire Fee | -- | -- | 50.00 | -448157.52 |
| 5/2/2013 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 448157.52 | 0.00 |
| 5/3/2013 | 4/30/2013 | Sell | 100000.00 | NEW YORK TUTOR CO | 0.2760 | -- | 26838.66 | 26838.66 |
| 5/7/2013 | 5/2/2013 | Sell | 120000.00 | NEW YORK TUTOR CO | 0.2910 | -- | 33883.23 | 60721.89 |
| 5/7/2013 | 5/8/2013 | Corporate Action | 1215000.00 | AFRICAN COPPER CORP | -- | -- | -- | 60721.89 |
| 5/7/2013 | 5/8/2013 | Corporate Action | 1215000.00 | NEW YORK TUTOR CO | -- | -- | -- | 60721.89 |
| 5/8/2013 | 5/3/2013 | Sell | 50000.00 | NEW YORK TUTOR CO | 0.2980 | -- | 14491.15 | 75213.04 |
| 5/8/2013 | -- | Journal | -- | CORP ACTION FEE NWYT | -- | 20.00 | -- | 75193.04 |
| 5/9/2013 | 5/6/2013 | Sell | 30775.00 | NEW YORK TUTOR CO | 0.3940 | -- | 11776.10 | 86969.14 |
| 5/9/2013 | 5/8/2013 | Sell - Cancel | 30775.00 | NEW YORK TUTOR CO | 0.3940 | 11776.10 | -- | 75193.04 |
| 5/9/2013 | 5/8/2013 | Sell | 30775.00 | AFRICAN COPPER CORP | 0.3940 | -- | 11776.10 | 86969.14 |
| 5/10/2013 | 5/7/2013 | Sell | 28520.00 | AFRICAN COPPER CORP | 0.5420 | -- | 15017.86 | 101987.00 |
| 5/10/2013 | 5/7/2013 | Sell | 177881.00 | AFRICAN COPPER CORP | 0.1000 | -- | 17204.80 | 119191.80 |
| 5/10/2013 | 5/7/2013 | Sell | 250000.00 | AFRICAN COPPER CORP | 0.0990 | -- | 24072.02 | 143263.82 |
| 5/14/2013 | -- | Cash Disbursement | -- | WIRE | -- | 150000.00 | -- | -6736.18 |
| 5/14/2013 | -- | Journal | -- | Wire Fee | -- | 50.00 | -- | -6786.18 |
| 5/14/2013 | -- | Journal | -- | SCA Wire Fee | -- | 25.00 | -- | -6811.18 |
| 5/14/2013 | -- | Journal | -- | Dreyfus Sweep | -- | -- | 6811.18 | 0.00 |
| 5/16/2013 | -- | Journal | -- | SCA RESEARCH FEE - ACCS | -- | 150.00 | -- | -150.00 |

**Account Statement - Period 10/1/2012 to 11/28/2014**

Account Name: LEGACY GLOBAL MARKETS SA

Account Number: ▅▅▅▅

Account Executive: SCA House 3502

## Daily Account Activity - Cash Account (continued)

| Settle Date | Activity Date | Activity | Quantity | Description | Price | Subtracted | Added | Balance |
|---|---|---|---|---|---|---|---|---|
| 5/17/2013 | -- | Sweep | -- | Sweep to Cash | -- | -- | 150.00 | 0.00 |
| 5/22/2013 | 5/17/2013 | Sell | 60780.00 | PACWEST EQUITIES INC | 0.0570 | -- | 3356.26 | 3356.26 |
| 5/31/2013 | -- | Journal | -- | SWEEP TO DREYFUS | -- | 3356.26 | -- | 0.00 |
| 6/7/2013 | -- | Journal | -- | SCA RESEARCH FEE - SNPK | -- | 150.00 | -- | -150.00 |
| 6/10/2013 | -- | Sweep | -- | Sweep to Cash | -- | -- | 150.00 | 0.00 |
| 6/27/2013 | 6/24/2013 | Sell | 727824.00 | AFRICAN COPPER CORP | 0.0330 | -- | 23109.92 | 23109.92 |
| 6/28/2013 | -- | Journal | -- | Dreyfus Sweep | -- | 23109.92 | -- | 0.00 |
| 9/19/2013 | -- | Journal | -- | SCA RESEARCH FEE - RARS | -- | 150.00 | -- | -150.00 |
| 9/20/2013 | -- | Sweep | -- | Sweep to Cash | -- | -- | 150.00 | 0.00 |
| 10/22/2013 | 10/25/2013 | Stock Split | 61590000.00 | GLOBAL KARAOKE NETWORK INC | -- | -- | -- | 0.00 |
| 10/24/2013 | 10/25/2013 | Corporate Action | 12318000.00 | ANCHORAGE INTL HLDGS CORP | -- | -- | -- | 0.00 |
| 10/24/2013 | 10/25/2013 | Corporate Action | 12318000.00 | GLOBAL KARAOKE NETWORK INC | -- | -- | -- | 0.00 |
| 10/25/2013 | -- | Stock Receipt | 72650000.00 | ANCHORAGE INTL HLDGS CORP | -- | -- | -- | 0.00 |
| 10/25/2013 | -- | Stock Delivery | 36325000.00 | GLOBAL KARAOKE NETWORK INC | -- | -- | -- | 0.00 |
| 10/25/2013 | -- | Journal | -- | CORP ACTION FEE GKNI | -- | 20.00 | -- | -20.00 |
| 10/28/2013 | -- | Sweep | -- | Sweep to Cash | -- | -- | 20.00 | 0.00 |
| 12/11/2013 | -- | Journal | -- | SCA RESEARCH FEE - MSLPD | -- | 150.00 | -- | -150.00 |
| 12/12/2013 | -- | Sweep | -- | Sweep to Cash | -- | -- | 150.00 | 0.00 |
| 1/15/2014 | -- | Journal | -- | RUSH PHYS FROM DTC GKNID | -- | 1240.00 | -- | -1240.00 |
| 1/16/2014 | -- | Sweep | -- | Sweep to Cash | -- | -- | 1240.00 | 0.00 |
| 1/16/2014 | -- | Journal | -- | ta fee GKNID | -- | 135.00 | -- | -135.00 |
| 1/17/2014 | -- | Sweep | -- | Sweep to Cash | -- | -- | 135.00 | 0.00 |
| 1/??/14 | -- | Stock Receipt | 72650000.00 | ANCHORAGE INTL HLDGS CORP | -- | -- | -- | 0.00 |
| 1/23/2014 | -- | Journal | -- | SCA Stk Rec Fee AHCP | -- | 300.00 | -- | -300.00 |
| 1/24/2014 | -- | Sweep | -- | Sweep to Cash | -- | -- | 300.00 | 0.00 |
| 2/3/2014 | -- | Stock Delivery | 84968000.00 | ANCHORAGE INTL HLDGS CORP | -- | -- | -- | 0.00 |
| 2/3/2014 | -- | Stock Delivery | 72650000.00 | ANCHORAGE INTL HLDGS CORP | -- | -- | -- | 0.00 |
| 7/28/2014 | -- | Journal | -- | RESEARCH FEE - SNPK | -- | 150.00 | -- | -150.00 |
| 7/29/2014 | -- | Sweep | -- | Sweep to Cash | -- | -- | 150.00 | 0.00 |
| 8/18/2014 | -- | Journal | -- | RESEARCH FEE - ACCS | -- | 150.00 | -- | -150.00 |
| 8/18/2014 | -- | Journal | -- | RESEARCH FEE - PRTN | -- | 150.00 | -- | -300.00 |
| 8/19/2014 | -- | Sweep | -- | Sweep to Cash | -- | -- | 300.00 | 0.00 |

**Account Statement - Period 10/1/2012 to 11/28/2014**

Account Name: LEGACY GLOBAL MARKETS SA

Account Number: ███

Account Executive: SCA House 3502

## Portfolio Positions

| Security Description | Quantity | Market Price | Market Value | Unrealized Gain/Loss | % of Portfolio | Est Div Yield | Est Annual Income |
|---|---|---|---|---|---|---|---|
| | Units Purchased | Cost Per Share | Original Cost | | Date Acquired | | |
| | 987300.00 | -- | -- | -- | 10/15/2012 | | |
| | 95436.00 | 0.6870 | 65567.01 | -65557.47 | 11/12/2012 | | |
| | 35500.00 | 0.6060 | 21528.75 | -21525.20 | 11/15/2012 | | |
| | 8615.00 | 0.6620 | 5707.08 | -5706.22 | 11/15/2012 | | |