# EXHIBIT 5



# U.S. Securities and Exchange Commission

# Division of Enforcement

# Prejudgment Interest Report

## Clear Water Prejudgment Interest

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $11,441,552.00 |
| 06/01/2013-06/30/2013 | 3% | 0.25% | $28,212.05 | $11,469,764.05 |
| 07/01/2013-09/30/2013 | 3% | 0.76% | $86,730.27 | $11,556,494.32 |
| 10/01/2013-12/31/2013 | 3% | 0.76% | $87,386.09 | $11,643,880.41 |
| 01/01/2014-03/31/2014 | 3% | 0.74% | $86,132.81 | $11,730,013.22 |
| 04/01/2014-06/30/2014 | 3% | 0.75% | $87,734.07 | $11,817,747.29 |
| 07/01/2014-09/30/2014 | 3% | 0.76% | $89,361.60 | $11,907,108.89 |
| 10/01/2014-12/31/2014 | 3% | 0.76% | $90,037.32 | $11,997,146.21 |
| 01/01/2015-03/31/2015 | 3% | 0.74% | $88,746.01 | $12,085,892.22 |
| 04/01/2015-06/30/2015 | 3% | 0.75% | $90,395.85 | $12,176,288.07 |
| 07/01/2015-09/30/2015 | 3% | 0.76% | $92,072.75 | $12,268,360.82 |
| 10/01/2015-10/31/2015 | 3% | 0.25% | $31,259.11 | $12,299,619.93 |

| Prejudgment Violation Range | | | Quarter Interest Total | Prejudgment Total |
|---|---|---|---|---|
| 06/01/2013-10/31/2015 | | | **$858,067.93** | **$12,299,619.93** |



# U.S. Securities and Exchange Commission

# Division of Enforcement

# Prejudgment Interest Report

## Legacy Global Prejudgment Interest

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $11,756,208.00 |
| 06/01/2013-06/30/2013 | 3% | 0.25% | $28,987.91 | $11,785,195.91 |
| 07/01/2013-09/30/2013 | 3% | 0.76% | $89,115.45 | $11,874,311.36 |
| 10/01/2013-12/31/2013 | 3% | 0.76% | $89,789.31 | $11,964,100.67 |
| 01/01/2014-03/31/2014 | 3% | 0.74% | $88,501.57 | $12,052,602.24 |
| 04/01/2014-06/30/2014 | 3% | 0.75% | $90,146.86 | $12,142,749.10 |
| 07/01/2014-09/30/2014 | 3% | 0.76% | $91,819.14 | $12,234,568.24 |
| 10/01/2014-12/31/2014 | 3% | 0.76% | $92,513.45 | $12,327,081.69 |
| 01/01/2015-03/31/2015 | 3% | 0.74% | $91,186.63 | $12,418,268.32 |
| 04/01/2015-06/30/2015 | 3% | 0.75% | $92,881.84 | $12,511,150.16 |
| 07/01/2015-09/30/2015 | 3% | 0.76% | $94,604.86 | $12,605,755.02 |
| 10/01/2015-10/31/2015 | 3% | 0.25% | $32,118.77 | $12,637,873.79 |

| Prejudgment Violation Range | | | Quarter Interest Total | Prejudgment Total |
|---|---|---|---|---|
| 06/01/2013-10/31/2015 | | | $881,665.79 | $12,637,873.79 |