UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────────────────────

SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,

          v.                                    Case No. 15-cv-894
                                                   (WHP)(JLC)

CALEDONIAN BANK LTD.,
CALEDONIAN SECURITIES LTD.,
CLEAR WATER SECURITIES, INC.,
LEGACY GLOBAL MARKETS S.A., and
VERDMONT CAPITAL, S.A.

                    Defendants.

───────────────────────────────────────────────

**CORRECTED NOTICE OF MOTION FOR LEAVE FOR
RICHARD SIMPSON AND DAVID WILLIAMS TO
<u>WITHDRAW FROM THIS ACTION AS COUNSEL FOR THE SEC</u>**

      PLEASE TAKE NOTICE THAT, upon the Declarations of Richard E. Simpson and A. David Williams, dated November 24, 2015, Richard Simpson and David Williams, two of the attorneys for Plaintiff Securities and Exchange Commission in this action, move this Court pursuant to Local Civil Rule 1.4 for leave to withdraw. A proposed order granting such relief is attached as an Exhibit to this Motion.

Dated:  Washington, D.C.                      Respectfully submitted,
         November 30, 2015

                                                       /s/ *Richard E. Simpson*

Local Counsel:                                Richard E. Simpson
                                                       A. David Williams
David Stoelting                               Ernesto G. Amparo
Securities and Exchange               Attorneys for Plaintiff
Commission                                   Securities and Exchange
Brookfield Place                             Commission
200 Vesey Street                            100 F Street, N.E.
New York, New York 20181            Washington, D.C. 20549
(212) 336-0174                            (202) 551-4492 (Simpson)
stoeltingd@sec.gov                    simpsonr@sec.gov

## CERTIFICATE OF SERVICE

     I certify that on November 30, 2015, the foregoing NOTICE OF MOTION FOR LEAVE FOR RICHARD SIMPSON AND DAVID WILLIAMS TO WITHDRAW FROM THIS ACTION AS COUNSEL FOR THE SEC was filed electronically using the CM/ECF system, which will send notification of such filing to counsel for Defendants Caledonian Bank Ltd., Caledonian Securities Ltd. and Verdmont Capital, S.A. at the following addresses:

| | |
|---|---|
| Robert J.A. Zito<br>Carter Ledyard Milburn LLP<br>Two Wall Street<br>New York, New York 10005<br>zito@clm.com<br>Attorneys for Defendant<br>Verdmont Capital, S.A. | Sigal P. Mandelker<br>Margaret A. Dale<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036<br>smandelker@proskauer.com<br>mdale@proskauer.com<br>Attorneys for Defendants Caledonian<br>Bank Ltd. and Caledonian Securities<br>Ltd. |
| | *Richard E. Simpson*<br>Richard E. Simpson |