UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/15
```

SECURITIES AND EXCHANGE COMMISSION,

                           Plaintiff,

                   v.

CALEDONIAN BANK LTD.,
CALEDONIAN SECURITIES LTD.,
CLEAR WATER SECURITIES, INC.,
LEGACY GLOBAL MARKETS S.A., and
VERDMONT CAPITAL, S.A.

                           Defendants.

Case No. 15-cv-894
(WHP)(JLC)

### ORDER GRANTING LEAVE FOR RICHARD SIMPSON AND DAVID WILLIAMS TO WITHDRAW FROM THIS ACTION AS COUNSEL FOR THE SEC

Attorneys Richard Simpson and David Williams having moved pursuant to Local Civil Rule 1.4 for leave to withdraw from this action as counsel for the SEC and having submitted declarations in support, the motion is hereby GRANTED.

Dated: December 2, 2015
         New York, New York

                                SO ORDERED:

                                WILLIAM H. PAULEY III
                                U.S.D.J.

*All Counsel of Record via ECF.*