

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 F STREET N.E.
WASHINGTON, DC 20549-5985**

DIVISION OF ENFORCEMENT

Patrick R. Costello
Assistant Chief Litigation Counsel
Direct Dial: 202.551.3982
E-Mail: costellop@sec.gov

December 17, 2015

**BY CM-ECF**

Honorable William H. Pauley III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Securities and Exchange Commission v. Caledonian Bank Ltd., et al.*,
      15-CV-894 (WHP)

Dear Judge Pauley:

  We write to advise the Court of the pendency of an action filed by the British Columbia Securities Commission ("BCSC") against one of the defendants in the above-captioned matter, Verdmont Capital, S.A., as well as two of its principals, Glynn David Fisher and Taylor Kennedy Housser, for acting as unregistered dealers in violation of the British Columbia Securities Act.

  A copy of the BCSC's press release is attached for the Court's review.

  It is our understanding that of the securities involved in the BCSC's action, a small percentage are the same securities at issue in the Commission's Amended Complaint against Verdmont in the above-captioned matter.

            Respectfully submitted,

            */s/ Patrick R. Costello*

            Patrick R. Costello

Enclosure
cc: Margaret A. Dale
   Sigal P. Mandelker
   Robert J.A. Zito
   (all by CM-ECF)