

# BCSC alleges that unregistered Panamanian securities dealer and two former registrants engaged in misconduct

2015/83
November 18, 2015

**Vancouver** – The Executive Director of the British Columbia Securities Commission (BCSC) has issued a notice of hearing alleging that a Panamanian securities dealer and two former registrants breached securities laws by trading in securities on behalf of B.C. residents without being registered.

The notice alleges that Verdmont Capital S.A., a securities dealer located in Panama offering offshore securities brokerage services, offered or solicited trades of securities without being registered in B.C. BCSC staff also contends that at least three former B.C. registrants were employed at Verdmont during the relevant period, including Glynn David Fisher and Taylor Kennedy Housser. Fisher is a founder, director, and the President of Verdmont, and was formerly registered in B.C. as an investment adviser from 1994 to 1997. Housser is a founder, director, and the Secretary of Verdmont, and was formerly registered in B.C. as an investment adviser from 1994 to 1998.

BCSC staff alleges that Verdmont offered its services through its website without prominently posting a disclaimer that expressly identifies the foreign jurisdictions in which the offering or solicitation is qualified to be made, and failed to take reasonable precautions not to sell to B.C. residents. In doing so, staff maintains Verdmont held itself out as being in the business of trading and advising in securities, and carried out both activities without being registered to do so.

The notice also states:

- Following inquiries to both Verdmont and the Panamanian securities commission, staff received information concerning 112 Verdmont brokerage accounts for over 100 B.C. residents. The B.C. residents held these either in their own names, or in the names of offshore companies controlled by them.

-  An aggregate review of the activity in the most active B.C. accounts between January 2010 and August 2013 showed (in various currencies, primarily USD):

    (a) purchases of over 70,000,000 shares, worth more than $15,000,000;
    (b) the sale of over 109,000,000 shares, worth over $31,000,000
    (c) approximately $1,500,000 in fees and commissions earned by Verdmont.

BCSC staff maintains that by trading in securities on behalf of over 100 B.C. residents without being registered, Vermont, Fisher and Housser breached securities laws pertaining to registration requirements.

These allegations have not been proven. Counsel for the Executive Director will apply to set dates for a hearing into the allegations before a panel of commissioners on December 8, 2015 at 9:00am.

BCSC staff acknowledges and appreciates the assistance provided by the Superintendencia del Mercado de Valores of Panama and the U.S. Securities and Exchange Commission during this investigation.

You may view the notice of hearing on our website, www.bcsc.bc.ca, by typing Verdmont Capital S.A., Glynn David Fisher, Taylor Kennedy Housser, or 2015 BCSECCOM 412 in the search box. You can find information about disciplinary proceedings in the Enforcement section of the BCSC website.

Please visit the Canadian Securities Administrators' Disciplined Persons List for information relating to persons disciplined by provincial securities regulators, the Investment Industry Regulatory Organization of Canada (IIROC) and the Mutual Fund Dealers Association of Canada (MFDA).

**About the British Columbia Securities Commission** (www.bcsc.bc.ca)

The British Columbia Securities Commission is the independent provincial government agency responsible for regulating capital markets in British Columbia through the administration of the Securities Act. Our mission is to protect and promote the public interest by fostering:

- A securities market that is fair and warrants public confidence
- A dynamic and competitive securities industry that provides investment opportunities and access to capital

- 30 -

Media Contact:
Richard Gilhooley, Media Relations
604-899-6713

Public inquiries:
604-899-6854 or 1-800-373-6393 (toll free)

Learn how to protect yourself and become a more informed investor at www.investright.org

 Follow us on Twitter

Follow us on LinkedIn