# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

Robert J.A. Zito
Partner

Direct Dial: 212-238-8768
E-mail: zito@clm.com

*2 Wall Street*
*New York, NY 10005-2072*

*Tel (212) 732-3200*
*Fax (212) 732-3232*

*570 Lexington Avenue*
*New York, NY 10022-6856*
*(212) 371-2720*

January 12, 2016

**VIA ECF AND HAND DELIVERY**
The Honorable William H. Pauley III
United States District Judge
United States Courthouse
500 Pearl Street, Room 2210
New York, NY 10007

Re:   SEC v. Caledonian Bank Ltd., et al
      15 Civ. 894 (WHP)

Dear Judge Pauley:

We represent the defendant Verdmont Capital, S.A. ("Verdmont") in the above referenced case.

We write to advise the Court that Verdmont filed for liquidation in Panama on January 11, 2016. We have not yet learned the name of the person who will serve as Verdmont's liquidator or whether we will continue to represent Verdmont in this case. We hope to be conferring with the liquidator within the next few days.

Respectfully submitted,

Robert J.A. Zito

RJAZ:mz
cc:   Counsel of Record (via ECF)

7736517.1