UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

SECURITIES AND EXCHANGE COMMISSION,

                              Plaintiff,

                v.

CALEDONIAN BANK LTD.,
CALEDONIAN SECURITIES LTD.,
CLEAR WATER SECURITIES, INC.,
LEGACY GLOBAL MARKETS S.A., and
VERDMONT CAPITAL, S.A.

                    Defendants.
_____

Case No. 15-cv-894
(WHP)(JLC)

## NOTICE OF MOTION BY BRIDGET M. FITZPATRICK
## FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Bridget M. Fitzpatrick, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff in the above-captioned action.

I am in good standing of the bars of the District of Columbia and the State of California (inactive) and there are no pending disciplinary proceedings against me in any state or federal court. Certificates of Good Standing, as well as a proposed Order, are being submitted herewith.

Dated: Washington, D.C.
      January 13, 2016

Local Counsel:

David Stoelting
Securities and Exchange Commission
Brookfield Place, 200 Vesey Street
New York, New York 20181
(212) 336-0174 telephone
(212) 336-1323 facsimile
stoeltingd@sec.gov

Respectfully submitted,

/s/ *Bridget M. Fitzpatrick*
Bridget M. Fitzpatrick
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-5985
(202) 551-4678 telephone
(202) 772-9245 facsimile
fitzpatrickbr@sec.gov

## CERTIFICATE OF SERVICE

I certify that on January 13, 2016, I electronically filed the foregoing NOTICE OF

MOTION BY BRIDGET M. FITZPATRICK FOR ADMISSION PRO HAC VICE using the

CM/ECF system, which will send notification of such filing to counsel for Defendants

Caledonian Bank Ltd., Caledonian Securities Ltd. and Verdmont Capital, S.A. at the following

addresses:

<table>
<tr>
<td>
Robert J.A. Zito<br>
Carter Ledyard Milburn LLP<br>
Two Wall Street<br>
New York, New York 10005<br>
zito@clm.com<br>
Attorneys for Defendant<br>
Verdmont Capital, S.A.
</td>
<td>
Sigal P. Mandelker<br>
Margaret A. Dale<br>
Proskauer Rose LLP<br>
Eleven Times Square<br>
New York, New York 10036<br>
smandelker@proskauer.com<br>
mdale@proskauer.com<br>
Attorneys for Defendants Caledonian<br>
Bank Ltd. and Caledonian Securities<br>
Ltd.
</td>
</tr>
</table>

/s/ *Bridget M. Fitzpatrick*
Bridget M. Fitzpatrick

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————————
                                                                        :
SECURITIES AND EXCHANGE COMMISSION,                                     :
                                                                        :
                                                    Plaintiff,          :
                                                                        :
                                    v.                                  :   Case No. 15-cv-894
                                                                        :   (WHP)(JLC)
CALEDONIAN BANK LTD.,                                                    :
CALEDONIAN SECURITIES LTD.,                                             :
CLEAR WATER SECURITIES, INC.,                                          :
LEGACY GLOBAL MARKETS S.A., and                                        :
VERDMONT CAPITAL, S.A.                                                 :
                                                                        :
                                                    Defendants.         :
————————————————————————————————:

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE
## FOR BRIDGET M. FITZPATRICK

The motion of Bridget M. Fitzpatrick for admission to practice Pro Hac Vice in the above

captioned action is granted.

Applicant has declared she is a member in good standing of the bars of the District of

Columbia and the State of California (inactive); and that her contact information is as follows:

>   Bridget M. Fitzpatrick
>   Securities and Exchange Commission
>   100 F Street, N.E.
>   Washington, DC 20549
>   (202) 551-4678  telephone
>   (202) 772-9245  facsimile
>   fitzpatrickbr@sec.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel

for Plaintiff Securities and Exchange Commission in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the

above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.


Dated:  New York, New York
        January _____, 2016

        _____
        HON. WILLIAM H. PAULEY III
        UNITED STATES DISTRICT JUDGE



**District of Columbia Court of Appeals**
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, *JULIO A. CASTILLO*, Clerk of the District of Columbia Court of Appeals, do hereby certify that

# BRIDGET M. FITZPATRICK

was on **NOVEMBER 2, 2001** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **NOVEMBER 6, 2015**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk



# Supreme Court of California

### FRANK A. McGUIRE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### <u>BRIDGET MONICA FITZPATRICK</u>

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that BRIDGET MONICA FITZPATRICK, #212525, was on the 15th day of February, 2001, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Inactive Members of the bar of this state in good standing.*

*Witness my hand and the seal of the court
on the 7th day of December, 2015.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: _____
*J. Hunter, Senior Deputy Clerk*