USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/27/2016_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SECURITIES AND EXCHANGE          :          **ORDER**
COMMISSION,                                       :
                                                              :          15-CV-894 (WHP) (JLC)
                              Plaintiff,            :
                                                              :
          -v-                                             :
                                                              :
CALEDONIAN BANK LTD. *et al.*,     :
                                                              :
                              Defendants.       :
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

On January 21, 2016, this case was referred to me to resolve a discovery dispute

regarding document production.  (Dkt. No. 163).  The Court held a telephone conference today at

which it set a briefing schedule regarding this dispute.  As set forth at the conference, the parties

are directed to submit simultaneous opening briefs by February 12, 2016.  The parties will then

have until February 26, 2016 to submit any reply papers.

          **SO ORDERED.**

Dated:  New York, New York
           January 27, 2016

_____
JAMES L. COTT
United States Magistrate Judge