

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 F STREET N.E.
WASHINGTON, DC 20549-5985

DIVISION OF ENFORCEMENT

Patrick R. Costello
Assistant Chief Litigation Counsel
Direct Dial: 202.551.3982
E-Mail: costellop@sec.gov

January 29, 2016

BY CM-ECF

Honorable William H. Pauley III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Securities and Exchange Commission v. Caledonian Bank Ltd., et al.*,
15-CV-894 (WHP)

Dear Judge Pauley:

Plaintiff Securities and Exchange Commission and Defendant Verdmont Capital, S.A. submit this joint letter pursuant to the Court's Order of January 21, 2016 (ECF No. 162) concerning the proposed depositions of Messrs. Taylor Housser and Glynn Fisher.

The depositions will take place in-person in London, United Kingdom, at dates and times to be agreed upon by counsel, and at the cost and expense of the Commission.

Respectfully submitted,

Patrick R. Costello     Robert J.A. Zito

cc: Margaret A. Dale
Sigal P. Mandelker
(all by CM-ECF)