

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

Margaret A. Dale
Member of the Firm
d 212.969.3315
f 212.969.2900
mdale@proskauer.com
www.proskauer.com

February 1, 2016

**By ECF**

Honorable William H. Pauley III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007

Re: *Securities and Exchange Commission v. Caledonian Bank Ltd., et al.*, 15-CV-894 (WHP)

Dear Judge Pauley,

      On behalf of Caledonian Bank Ltd. and Caledonian Securities Ltd. (collectively "Caledonian"), we write to advise the Court that the Grand Court of the Cayman Islands has authorized the Joint Official Liquidators of Caledonian to enter into the settlement with the Securities and Exchange Commission (the "SEC").  We anticipate providing the SEC with executed copies of the necessary papers this week.  I am advised by counsel for the SEC that the SEC will submit the settlement papers to the Court, along with a memorandum in support of the settlement, on or before Monday, February 8, 2016.

Respectfully submitted,

Margaret A. Dale


cc:     Counsel of record