Hon. William H. Pauley III
United States District Judge
c/o Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/16
```

February 3, 2016

Dear Sir,

### Re: Caledonian Bank Limited ("Caledonian Bank")

I am the former Chief Executive Officer of the Caledonian Group of Companies ("Caledonian"), based in the Cayman Islands. I have learned that Caledonian Bank and the Securities & Exchange Commission have informed the court of a pending settlement to the current matter in front of your court. I am writing this letter to request that I be given an opportunity to appear in court in the event of any hearing on this settlement and to briefly address the court.

I believe that the court would benefit greatly from my personal insight into the history of Caledonian Bank and the people who worked there. With respect to counsel to Caledonian Bank and its Joint Official Liquidators, neither of those parties have the knowledge or interest in conveying these intangible factors to the court.

By way of background, I am myself a licensed attorney in the Province of Ontario, Canada and in the Cayman Islands.

I am available anytime by telephone at +1 416 619 9316 or by email at kobidorenbush@gmail.com should there be any questions on my request or to inform me if it will be accepted.

Sincerely,

Kobi Dorenbush



FEB 05 2016
WILLIAM H.
U.S.D.J.

Hon. William H. Pauley III
United States District Judge
c/o Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., New York, NY 10007-1312

Kobi Dorenbush
71 Otter Crescent
North York, Ontario
Canada