

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
100 F STREET N.E.
WASHINGTON, DC 20549-5985

**DIVISION OF ENFORCEMENT**

Patrick R. Costello
Assistant Chief Litigation Counsel
Direct Dial: 202.551.3982
E-Mail: costellop@sec.gov

February 8, 2016

**BY CM-ECF**

Honorable William H. Pauley III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Securities and Exchange Commission v. Caledonian Bank Ltd., et al.*,
      15-CV-894 (WHP)

Dear Judge Pauley:

We submit the following Memorandum of Law to assist the Court in determining whether the settlement reached by the Securities and Exchange Commission and Defendants Caledonian Bank Ltd. and Caledonian Securities Ltd. is fair, reasonable and in the public interest, and also to address some of the questions the Court raised in its Opinion and Order entered on November 10, 2015 (ECF No. 140).

Respectfully submitted,

Patrick R. Costello

cc:   Margaret A. Dale
      Sigal P. Mandelker
      Robert J.A. Zito
      (all by CM-ECF)