PATRICK R. COSTELLO
DEREK S. BENTSEN
BRIDGET M. FITZPATRICK
ERNESTO G. AMPARO
SECURITIES AND EXCHANGE COMMISSION
100 F Street N.E.
Washington, DC 20549
(202) 551-3982  telephone (Costello)
(202) 772-9245  facsimile
costellop@sec.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

SECURITIES AND EXCHANGE COMMISSION,

         Plaintiff,

     v.           Case No. 15-cv-894
                 (WHP)(JLC)

CALEDONIAN BANK LTD.,
CALEDONIAN SECURITIES LTD.,
CLEAR WATER SECURITIES, INC.,
LEGACY GLOBAL MARKETS S.A., and
VERDMONT CAPITAL, S.A.

         Defendants.
_____

### NOTICE OF MOTION TO APPROVE THE SEC'S PROPOSED SETTLEMENT WITH DEFENDANTS CALEDONIAN BANK, LTD. AND CALEDONIAN SECURITIES, LTD.

  Plaintiff Securities and Exchange Commission hereby moves the Court to approve the proposed settlement with Defendants Caledonian Bank Ltd. and Caledonian Securities Ltd., together with such other and further relief as the Court deems just and proper. The Commission is filing contemporaneously herewith a Memorandum of Law in support of the proposed settlement to assist the Court in determining whether the settlement is fair, reasonable and in the

public interest, and also to address some of the questions the Court raised in its Opinion and Order entered on November 10, 2015 (ECF No. 140).

Dated: Washington, D.C.
　　　　February 9, 2016

Local Counsel:

David Stoelting
Securities and Exchange Commission
Brookfield Place, 200 Vesey Street
New York, New York 20181
(212) 336-0174  telephone
(212) 336-1323  facsimile
stoeltingd@sec.gov

Respectfully submitted,

/s/ Patrick R. Costello
Patrick R. Costello
Derek S. Bentsen
Bridget M. Fitzpatrick
Ernesto G. Amparo
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-5985
(202) 551-3982  telephone (Costello)
(202) 772-9245  facsimile
costellop@sec.gov

## CERTIFICATE OF SERVICE

I certify that on February 9, 2016, I electronically filed the foregoing NOTICE OF MOTION TO APPROVE THE SEC'S PROPOSED SETTLEMENT WITH DEFENDANTS CALEDONIAN BANK, LTD. AND CALEDONIAN SECURITIES, LTD. using the CM/ECF system, which will send notification of such filing to counsel for Defendants Caledonian Bank Ltd., Caledonian Securities Ltd. and Verdmont Capital, S.A. at the following addresses:

| | |
|---|---|
| Robert J.A. Zito<br>Carter Ledyard Milburn LLP<br>Two Wall Street<br>New York, New York 10005<br>zito@clm.com<br>Attorneys for Defendant<br>Verdmont Capital, S.A. | Sigal P. Mandelker<br>Margaret A. Dale<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036<br>smandelker@proskauer.com<br>mdale@proskauer.com<br>Attorneys for Defendants Caledonian Bank Ltd. and Caledonian Securities Ltd. |

/s/ Patrick R. Costello
Patrick R. Costello