# EXHIBIT 1

PIEX 0 @  0.57 last, 0.52 / 0.6 on 0 shares

FNTU 0 @  2.82 last, 2.79 / 339.8 on 0 shares

TRTC 0 @  0.43 last, 0.42 / 0.43 on 41280 shares

PBCW #N/A N/A last, #N/A N/A0.05 / #N/A N/A shares0

[11/28/2012 12:51:29 PM] ███████████ : SVEN holding in.

[11/28/2012 12:52:48 PM] Brian De Wit-LGM: thx

[11/28/2012 12:53:03 PM] Brian De Wit-LGM: I don't want to continue with 100k blocks until it comes up a bit

[11/28/2012 12:53:16 PM] ███████████ : Got it. We are here when you need

[11/28/2012 12:53:22 PM] Brian De Wit-LGM: thx

[11/28/2012 12:53:30 PM] Brian De Wit-LGM: did you guys get my wire request?

[11/28/2012 12:53:31 PM] ███████████ : We can also work out that 2MM you bought at .325 for a profit.

[11/28/2012 12:53:38 PM] ███████████ : We got the wire and the ladies are on it

[11/28/2012 12:53:40 PM] ███████████ : $1MM

[11/28/2012 12:53:45 PM] Brian De Wit-LGM: thx

[11/28/2012 12:53:53 PM] Brian De Wit-LGM: let's wait on the 2mm for now

[11/28/2012 12:54:04 PM] Brian De Wit-LGM: I just will continue the vandy blocks when I see a good market

[11/28/2012 12:54:45 PM] ███████████ : All good. Just trying to think strategic

[11/28/2012 12:54:54 PM] Brian De Wit-LGM: understand..thx

[11/28/2012 12:56:30 PM] ███████████ : Brian, the SWVI has now been deposited into DTC. LGM is now long 42,700,000 SWVI. Got that one done quick--so hope that helps.

[11/28/2012 12:57:07 PM] Brian De Wit-LGM: It does...thx..

[11/28/2012 12:57:14 PM] Brian De Wit-LGM: I can imagine that will be a go in dec or jan

[11/28/2012 12:57:30 PM] ███████████ : Stock is good and in DTC in our account for you.

[11/28/2012 12:57:48 PM] Brian De Wit-LGM: thx..then ████ can have his new hat and shoes

[11/28/2012 1:04:47 PM] ███████████ : and scarf and gloves you mean

[11/28/2012 1:04:58 PM] Brian De Wit-LGM: Indeed!

[11/28/2012 1:15:23 PM] ███████████ : .57 GRZG filled

[11/28/2012 1:15:47 PM] Brian De Wit-LGM: THX

[11/28/2012 1:15:58 PM] ███████████ :  PWEID -0.205 @ 0.16 last, 0.155 / 0.16 on 5607726 shares

SVEN 0.007 last, 0.322 last, 0.322 / 0.325 shares22857635

TRLI -0.012 @ 0.258 last, 0.25 / 0.29 on 9500 shares

GRZG 0.03 @ 0.57 last, 0.575 / 0.6 on 109093 shares

NILA -0.027 last, 0.143 last, 0.143 / 0.1495 shares568808

GBEN 0 @ 0.06 last, 0.06 / 0.069 on 4733 shares

PIEX 0 @ 0.57 last, 0.52 / 0.6 on 0 shares

FNTU 0 @ 2.82 last, 2.79 / 339.8 on 0 shares

TRTC 0 @ 0.43 last, 0.42 / 0.43 on 41280 shares

PBCW #N/A N/A last, #N/A N/A0.05 / #N/A N/A shares0

[11/28/2012 1:16:01 PM] Brian De Wit-LGM: go again, but at 0.58 grzg

[11/28/2012 1:16:03 PM] Brian De Wit-LGM: 20k

[11/28/2012 1:16:05 PM] ████████ Caledonian: will do

[11/28/2012 1:16:09 PM] ███████████ : On it

[11/28/2012 1:16:48 PM] Brian De Wit-LGM: go again sven 0.3204

[11/28/2012 1:17:00 PM] ███████████ : On it

[11/28/2012 1:20:33 PM] Brian De Wit-LGM: Please move the bid to 11.25 on OCEE for 500 shares, GTC

[11/28/2012 1:20:39 PM] ███████████ : On offer for balance. 58K done so far

[11/28/2012 1:20:42 PM] ███████████ : Amending OCEE

[11/28/2012 1:20:48 PM] Brian De Wit-LGM: thx

[11/28/2012 1:20:56 PM] Brian De Wit-LGM: vandy can go 0.32

"This is how I understand it .. the current cusip is trading and is DTC eligible at this time.  There is INX into DTC right now to approve the new cusip for the splt.  DTC and the agent are working to make the new cusip DTC eligible.  IF for some reason DTC doesn't approve … It will assign the Issue a non DTC eligible Cusip # and will trade physical"

[1/22/2013 12:24:29 PM] Brian De Wit-LGM: ok...thanks

[1/22/2013 1:14:54 PM] Brian De Wit-LGM: plz bid for 7500 PIEX at 0.21 with BMA for the day

[1/22/2013 1:15:15 PM] ███████████████: On it

[1/22/2013 1:16:03 PM] Brian De Wit-LGM: thx

[1/22/2013 1:16:34 PM] Brian De Wit-LGM: it says Vert on your platform...can you make sure that it's with BMA or ASCM?

[1/22/2013 1:16:52 PM] Brian De Wit-LGM: ok..I see you amended

[1/22/2013 1:16:53 PM] Brian De Wit-LGM: thx

[1/22/2013 1:17:05 PM] ███████████████: You are in and working with BMA on the buy

[1/22/2013 1:17:14 PM] Brian De Wit-LGM: thx

[1/22/2013 1:24:29 PM] ███████████████: You are done on the PIEX buy for 7500 shares at .21.

[1/22/2013 1:24:38 PM] Brian De Wit-LGM: thx

[1/22/2013 1:25:44 PM] Brian De Wit-LGM: buy 10k more PIEX at 0.21 with BMA for LGM, day

[1/22/2013 1:26:00 PM] ███████████████: On it

[1/22/2013 1:26:48 PM] ███████████████: Phoned in

[1/22/2013 1:26:53 PM] Brian De Wit-LGM: thx

[1/22/2013 3:42:36 PM] Brian De Wit-LGM: to confirm...WDCO to offer 1mm SWVI market not held, day

[1/22/2013 3:43:01 PM] ███████████████: Correct--selling 1MM SWVI MNH

[1/22/2013 3:43:04 PM] Brian De Wit-LGM: thx

[1/22/2013 3:43:49 PM] ███████████████: HE has done some-

[1/22/2013 3:43:52 PM] ███████████████: not much going on now

[1/22/2013 3:43:56 PM] ███████████████: Don't want him to kill it..

[1/22/2013 3:44:00 PM] ███████████████: Don't know these guys well

[1/22/2013 3:44:04 PM] Brian De Wit-LGM: exactly..

[1/22/2013 3:51:25 PM] ████████████: I called WDCO again.. I said 1MM to sell, MNH, but only if market allows

[1/22/2013 3:51:31 PM] ████████████: 18K has traded since we gave order

[1/22/2013 3:51:34 PM] ████████████: #SWVI

[1/22/2013 3:51:41 PM] Brian De Wit-LGM: no prob...all good

[1/22/2013 3:52:30 PM] ████████████: I just don't know them well and don't want them to screw things up and hammer it

[1/22/2013 3:54:20 PM] Brian De Wit-LGM: offer 500k SWVI with VNDM 0.10 no show

[1/22/2013 3:54:22 PM] Brian De Wit-LGM: hit it hard

[1/22/2013 3:54:38 PM] ████████████: Joe bidding with VNDM

[1/22/2013 3:54:41 PM] ████████████: Can't sell with them

[1/22/2013 3:54:46 PM] ████████████: I will use SUNR?

[1/22/2013 3:54:55 PM] Brian De Wit-LGM: no

[1/22/2013 3:54:58 PM] Brian De Wit-LGM: just wait

[1/22/2013 3:55:05 PM] ████████████: Clearwater giving us orders....

[1/22/2013 3:55:11 PM] Brian De Wit-LGM: no prob

[1/22/2013 3:55:16 PM] ████████████: What should we work?

[1/22/2013 3:55:52 PM] Brian De Wit-LGM: have sunr offer 500k at 0.10

[1/22/2013 3:55:54 PM] Brian De Wit-LGM: no show

[1/22/2013 3:56:16 PM] ████████████: SWVI

[1/22/2013 3:56:24 PM] Brian De Wit-LGM: yes

[1/22/2013 3:56:30 PM] Brian De Wit-LGM: give sunr 1mm more

[1/22/2013 3:56:31 PM] ████████████: Selling 500K SWVI down to .10 with no size, SUNR

[1/22/2013 3:56:32 PM] Brian De Wit-LGM: 0.10

[1/22/2013 3:57:30 PM] Brian De Wit-LGM: does sunr now have 1.5mm?

[1/22/2013 3:57:40 PM] ██████████████: Yes

[1/22/2013 3:57:47 PM] Brian De Wit-LGM: give them 2mm more

[1/22/2013 3:57:50 PM] Brian De Wit-LGM: 0.10

[1/22/2013 3:58:07 PM] ████████ Caledonian: 2mm now

[1/22/2013 3:58:09 PM] Brian De Wit-LGM: y

[1/22/2013 3:58:11 PM] Brian De Wit-LGM: thx

[1/22/2013 3:58:14 PM] Brian De Wit-LGM: quick

[1/22/2013 3:58:24 PM] ██████████████: 3.5MM total?

[1/22/2013 3:58:38 PM] Brian De Wit-LGM: yes

[1/22/2013 3:58:42 PM] ██████████████: VNDM is an "aggrssive seller" in SWVI

[1/22/2013 3:58:53 PM] Brian De Wit-LGM: have sunr be agro too

[1/22/2013 3:58:55 PM] Brian De Wit-LGM: plz

[1/22/2013 3:58:56 PM] Brian De Wit-LGM: and hurry

[1/22/2013 3:59:56 PM] ██████████████: They are hitting but bids aren't answeing

[1/22/2013 3:59:58 PM] ██████████████: They are selling

[1/22/2013 4:00:04 PM] ██████████████: 1.11 done so far

[1/22/2013 4:00:05 PM] Brian De Wit-LGM: give sunr 2mm more

[1/22/2013 4:00:06 PM] Brian De Wit-LGM: 0.10

[1/22/2013 4:00:23 PM] ██████████████: 1.3MM---Still printing

[1/22/2013 4:00:28 PM] Brian De Wit-LGM: thx

[1/22/2013 4:00:31 PM] ██████████████: Still filling

[1/22/2013 4:00:40 PM] ██████████████: 1.382MM so far

[1/22/2013 4:00:55 PM] ██████████████: 1.432mm so far

[1/22/2013 4:01:09 PM] ██████████████: 1.532mm

[1/22/2013 4:02:44 PM] ██████████████: 1.532MM looks final

[1/22/2013 4:02:53 PM] ███████████████ : VNDM was very active in the name

[1/22/2013 4:02:57 PM] ████████████ : They were 2 way into close--FYI

[1/22/2013 4:03:00 PM] Brian De Wit-LGM: give wdco 500k SWVI market not held

[1/22/2013 4:03:04 PM] Brian De Wit-LGM: call it in

[1/22/2013 4:03:07 PM] ████████████ : Market closed

[1/22/2013 4:03:10 PM] ███████████████ : Want me to call it in?

[1/22/2013 4:03:13 PM] Brian De Wit-LGM: I know..it's to give them back some

[1/22/2013 4:03:16 PM] ██████ Caledonian: SUNR getting late fills

[1/22/2013 4:03:23 PM] Brian De Wit-LGM: give it GTC then tWDCO

[1/22/2013 4:03:32 PM] ███████████████ : Calling them

[1/22/2013 4:03:41 PM] ████████████ : 1.5MM to WDCO

[1/22/2013 4:04:05 PM] ████████████ : WDCO now working a total of -1.5MM SWVI, MNH

[1/22/2013 4:04:11 PM] ███████████████ : They confirmed they can still work

[1/22/2013 4:04:17 PM] ████████████ : I will update you when done

[1/22/2013 4:04:35 PM] ████████████ : SUNR done on 3MM now

[1/22/2013 4:04:39 PM] ███████████████ : They are active in post

[1/22/2013 4:04:43 PM | Edited 4:05:02 PM] █████████████ : Cool if they do all 3.5MM?

[1/22/2013 4:05:11 PM] Brian De Wit-LGM: no...kill it

[1/22/2013 4:05:17 PM] ██████ Caledonian: will do

[1/22/2013 4:05:19 PM] Brian De Wit-LGM: thx

[1/22/2013 4:05:28 PM] ████████████ : Killing SUNR

[1/22/2013 4:05:32 PM] ████████████ : Keeping WDCO working--right?

[1/22/2013 4:05:41 PM] Brian De Wit-LGM: yes..wdco keep

[1/22/2013 4:05:47 PM] ████████████ : On it

[1/22/2013 4:05:58 PM] ██████████████ : FYI--we had another account that was bidding what you were selling with the same MM

[1/22/2013 4:06:04 PM] ███████████████: We can't do that as it raises red flags

[1/22/2013 4:06:15 PM] ███████████████: We will use other MM's between clients.

[1/22/2013 4:06:24 PM] ███████████████: Just full disclosure--I was 2-way in the name

[1/22/2013 4:06:38 PM] Brian De Wit-LGM: understand

[1/22/2013 4:06:44 PM] Brian De Wit-LGM: all good

[1/22/2013 4:09:14 PM] ███████████████: Brian; REDG US; Red Giant Entertainment

OTC current

LGM holds 103,661,000

[1/22/2013 4:09:20 PM] ███████████████: Good to trade

[1/22/2013 4:10:04 PM] Brian De Wit-LGM: so we could go hog crazy if we wanted to on that symbol

[1/22/2013 4:10:41 PM] ███████████████: We are here to help when needed.

[1/22/2013 4:11:00 PM] ███████████████: On SWVI, want me to call WDCO and can it or let them be for a bit?

[1/22/2013 4:11:31 PM] Brian De Wit-LGM: leave them be..they will report when they report

[1/22/2013 4:12:56 PM] ███████ Caledonian: SWVI SLD 1,500,000 0.161- WDCO

[1/22/2013 4:13:06 PM] Brian De Wit-LGM: thx

[1/22/2013 4:14:12 PM] ███████████████: REDG--VNDM checking on DTC eligibility

[1/22/2013 4:14:17 PM] ███████████████: *pray*

[1/22/2013 4:15:27 PM] Brian De Wit-LGM: ahh

[1/22/2013 4:15:34 PM] Brian De Wit-LGM: pray

[1/22/2013 4:22:06 PM] ███████████████: Brian; We single and double checked REDG and from our standpoint, VNDM, and BAML, REDG *IS* DTC Eligible

[1/22/2013 4:22:24 PM] ███████████████: Only way to triple check is for us to have a trade and settle it...but this is as tight as I can get it without trading it

[1/22/2013 4:22:30 PM] ███████████████: VNDM and BAML pretty good too...

[1/22/2013 4:24:00 PM] Brian De Wit-LGM: no..all good

[1/22/2013 5:17:29 PM] Brian De Wit-LGM: hey...is there a price limit for CAD stock too?

[1/22/2013 5:17:35 PM] Brian De Wit-LGM: cert deposits

[1/22/2013 5:17:46 PM] ███████████████ : Hi--

[1/22/2013 5:17:56 PM] ███████████████ : Same gig. I'd be lying if I said we've done a lot in CAD

[1/22/2013 5:18:02 PM] ███████████████ : For now--follow same protocol

[1/22/2013 5:18:15 PM] Brian De Wit-LGM: got it...0.05 dexia and 0.01 rbc barbados?

[1/22/2013 5:18:25 PM] ███████████████ : Barbados is dead

[1/22/2013 5:18:29 PM] ███████████████ : Scottsdale

[1/22/2013 5:18:35 PM] Brian De Wit-LGM: oh..I didn't know that!

[1/22/2013 5:18:42 PM] Brian De Wit-LGM: so is the price limit firm 0.05 then?

[1/22/2013 5:18:51 PM] Brian De Wit-LGM: easier to talk

[1/23/2013 8:38:47 AM] ███████████████ : Good morning Brian--LGM starts the day with:

38,056,332 SWVI (dtc eligible)

103,661,000 REDG (dtc eligible)

20,010,000 DMHI (dtc eligible)

[1/23/2013 8:50:38 AM] ███████████████ : Hi--ALSO--SUNR is bid-side involved in SWVI

[1/23/2013 9:08:38 AM] Brian De Wit-LGM: gm

[1/23/2013 9:11:16 AM] ███████ Caledonian: morning

[1/23/2013 9:14:01 AM] Brian De Wit-LGM: to confirm SWVI 3mm at 0.18, 3mm at 0.185, 3mm at 0.19, 4mm at 0.195 and 4mm at .20

[1/23/2013 9:15:27 AM] ███████████████ : Confirmed. Joe is on it.

[1/23/2013 9:15:30 AM] ███████████████ : Thanks in advance

[1/23/2013 9:16:14 AM] Brian De Wit-LGM: make sure they get in hard and work the limit given

[1/23/2013 9:16:26 AM] ███████████████ : indeed

[1/23/2013 9:16:55 AM] Brian De Wit-LGM: thx

[1/23/2013 9:17:02 AM] ███████ Caledonian: Vandy and Sunr

[1/23/2013 9:17:04 AM] ███████ Caledonian: all in

[1/23/2013 9:17:08 AM] Brian De Wit-LGM: thx

[1/23/2013 9:18:41 AM] ███████ Caledonian: Vandy has a seller at equal size so we will fill on those when he is done+

[1/23/2013 9:19:10 AM] Brian De Wit-LGM: k

[1/23/2013 9:19:33 AM] Brian De Wit-LGM: our offers are all in and working..yes?

[1/23/2013 9:20:01 AM] ███████ Caledonian: yes sir

[1/23/2013 9:20:09 AM] ███████ Caledonian: 2.5MM tot done

[1/23/2013 9:20:14 AM] Brian De Wit-LGM: thanks so much

[1/23/2013 9:20:24 AM] ███████████ : We are on it

[1/23/2013 9:20:31 AM] ███████████ : All desks called and know our desire

[1/23/2013 9:20:36 AM] Brian De Wit-LGM: great

[1/23/2013 9:20:45 AM] Brian De Wit-LGM: lots of buying..craziness

[1/23/2013 9:24:04 AM] ███████ Caledonian: -3.7MM

[1/23/2013 9:26:50 AM] ███████████ : VNDM seller almost done

[1/23/2013 9:32:06 AM] Brian De Wit-LGM: move all price limits to 0.205

[1/23/2013 9:32:11 AM] Brian De Wit-LGM: quick and thx

[1/23/2013 9:32:16 AM] Brian De Wit-LGM: swvi

[1/23/2013 9:32:20 AM] ███████████ : On it

[1/23/2013 9:32:22 AM] ███████████ : IN now

[1/23/2013 9:32:27 AM] Brian De Wit-LGM: thx

[1/23/2013 9:32:38 AM] ███████ Caledonian: done

[1/23/2013 9:32:47 AM] ███████ Caledonian: working .205 on all remaining

[1/23/2013 9:34:04 AM] Brian De Wit-LGM: thx

[1/23/2013 9:34:33 AM] Brian De Wit-LGM: TRTC Offer 15k at .46. And every penny up to .52 ok.

[1/23/2013 9:34:36 AM] Brian De Wit-LGM: day for lgm

[1/23/2013 9:34:37 AM] ███████ Caledonian: wil do

[1/23/2013 9:34:56 AM] ███████ Caledonian: preference?

[1/23/2013 9:34:59 AM] ███████ Caledonian: vert?

[1/23/2013 9:35:05 AM] Brian De Wit-LGM: sure

[1/23/2013 9:35:49 AM] Brian De Wit-LGM: move all remaining SWVI orders to 0.24

[1/23/2013 9:36:25 AM] ██████████████ : You only are working 1MM at 24 now

[1/23/2013 9:36:32 AM] ██████████████ : All other LGM orders in SWVI filled

[1/23/2013 9:36:34 AM] Brian De Wit-LGM: thx

[1/23/2013 9:36:42 AM] Brian De Wit-LGM: thx

[1/23/2013 9:36:46 AM] Brian De Wit-LGM: work remainder at 0.24

[1/23/2013 9:36:49 AM] Brian De Wit-LGM: thank you

[1/23/2013 9:36:59 AM] ██████████████ : 13MM so far sold by you SWVI

[1/23/2013 9:37:12 AM] Brian De Wit-LGM: new order plz offer 1mm at 0.24 and cxls nothing

[1/23/2013 9:37:15 AM] Brian De Wit-LGM: swvi

[1/23/2013 9:37:17 AM] ██████████████ : On it

[1/23/2013 9:37:20 AM] Brian De Wit-LGM: thx

[1/23/2013 9:37:21 AM] ██████████████ : Selling 1MM @ .24

[1/23/2013 9:37:23 AM] ██████████████ : CXL nothing

[1/23/2013 9:37:25 AM] Brian De Wit-LGM: yes

[1/23/2013 9:37:33 AM] Brian De Wit-LGM: plz and thanks for  speed

[1/23/2013 9:38:21 AM] ██████████████ : You are working 2MM now to sell @ .24 in SWVI

[1/23/2013 9:39:08 AM] Brian De Wit-LGM: cxl all

[1/23/2013 9:39:09 AM] Brian De Wit-LGM: noiw

[1/23/2013 9:39:10 AM] Brian De Wit-LGM: swvi

[1/23/2013 9:39:16 AM] Brian De Wit-LGM: kill it all and numbers

[1/23/2013 9:39:50 AM] ███████ Caledonian: -13,537,536 @ .208

1227

[1/23/2013 9:41:01 AM] █████████ Caledonian: -13,702,236 @ .2081...official

[1/23/2013 9:41:06 AM] █████████████ner: My bad--I overestimated

[1/23/2013 9:41:07 AM] ████████████: I was close

[1/23/2013 9:42:51 AM] Brian De Wit-LGM: thx

[1/23/2013 9:45:19 AM] ██████████████: SWVI 0.103 @  0.2732 last, 0.2732 / 0.274 on 48330267 shares

TRTC -0.01 @  0.46 last, 0.43 / 0.46 on 29812 shares

PWEI 0 @  0.215 last, 0.215 / 0.24 on 2600 shares

XCHC 0.0088 @  0.0799 last, 0.065 / 0.0799 on 36000 shares

TRLI 0 @  0.12 last, 0.11 / 0.12 on 225 shares

GRZG 0.03 @  0.98 last, 0.97 / 0.98 on 70852 shares

VUME -0.067 @  0.175 last, 0.17 / 0.18 on 873698 shares

PBCW 0.0006 @  0.0078 last, 0.0074 / 0.0078 on 135300 shares

LBY -0.012 @  0.053 last, 0.046 / 0.063 on 180471 shares

CBAT -0.125 @  0.305 last, 0.305 / 0.43 on 217 shares

FNRC -0.001 @  0.009 last, 0.0071 / 0.009 on 486300 shares

NILA 0 @  0.032 last, 0.03 / 0.032 on 2500 shares

GBEN 0 @  0.0325 last, 0.0325 / 0.0335 on 8230 shares

LTCH 0 @  0.3449 last, 0.295 / 0.3449 on 400 shares

SMAK  0.005 @  0.165 last, 0.165 / 0.175 on 82330 shares

PIEXE -0.04 @  0.31 last, 0.31 / 0.35 on 2300 shares

[1/23/2013 9:53:30 AM] ████████████████: SWVI 0.0987 @  0.2689 last, 0.2689 / 0.269 on 54364729 shares

TRTC -0.01 @  0.46 last, 0.44 / 0.46 on 30002 shares

PWEI 0 @  0.215 last, 0.215 / 0.24 on 2600 shares

XCHC 0.0088 @  0.0799 last, 0.065 / 0.08 on 38000 shares

TRLI 0 @  0.12 last, 0.11 / 0.12 on 225 shares

GRZG 0.03 @  0.98 last, 0.965 / 0.98 on 83750 shares

VUME -0.0918 @  0.1502 last, 0.155 / 0.165 on 1114798 shares

PBCW 0.0006 @  0.0078 last, 0.0074 / 0.0078 on 135300 shares

LBY -0.012 @  0.053 last, 0.046 / 0.063 on 180471 shares

CBAT -0.125 @  0.305 last, 0.305 / 0.43 on 217 shares

FNRC -0.001 @  0.009 last, 0.0071 / 0.009 on 486300 shares

NILA 0 @  0.032 last, 0.03 / 0.032 on 2500 shares

GBEN 0 @  0.0325 last, 0.0325 / 0.0335 on 13493 shares

LTCH 0 @  0.3449 last, 0.295 / 0.3449 on 400 shares

SMAK  0.005 @  0.165 last, 0.165 / 0.175 on 82330 shares

PIEXE -0.04 @  0.31 last, 0.31 / 0.35 on 2300 shares

[1/23/2013 9:53:50 AM] Brian De Wit-LGM: thx...quiet after the madness

[1/23/2013 9:54:03 AM] ███████████: Stock up 60% as we type

[1/23/2013 9:54:08 AM] Brian De Wit-LGM: indeed

[1/23/2013 9:54:30 AM] ███████████: LGM remains long 24,354,096

[1/23/2013 9:54:35 AM] ███████████: CWS is long 10K shares

[1/23/2013 9:54:46 AM] Brian De Wit-LGM: thx man

[1/23/2013 9:59:27 AM] Brian De Wit-LGM: is vandy slowly printing to us on GRZG?

[1/23/2013 9:59:39 AM] Brian De Wit-LGM: seems there are prints at our limit, but we're not catching all?

[1/23/2013 10:00:55 AM] █████ Caledonian: 2 secs

[1/23/2013 10:03:04 AM] ███████████: I was on with VNDM

[1/23/2013 10:03:04 AM] ███████████: SOrry

[1/23/2013 10:03:13 AM] ███████████: You are alone on offer. We are getting all fills as they come

[1/23/2013 10:04:16 AM] Brian De Wit-LGM: thx

[1/23/2013 10:18:30 AM] ███████████: Brian--VNDM called me and have a BIDDER in GRZG

[1/23/2013 10:19:07 AM] Brian De Wit-LGM: ohh...ok

[1/23/2013 10:19:15 AM] ███████████: Just FYI

[1/23/2013 10:22:06 AM] Brian De Wit-LGM: plz have BMA offer 10k GRZG at 1.00

[1/23/2013 10:22:07 AM] Brian De Wit-LGM: day

[1/23/2013 10:22:13 AM] ███████████: On it

[1/23/2013 10:32:49 AM] ███████████: Brian--PIEX, VNDM on offer

[1/23/2013 10:35:16 AM] Brian De Wit-LGM: thx

[1/23/2013 11:03:29 AM] Brian De Wit-LGM: put BMA on grzg down to 0.98

[1/23/2013 11:03:40 AM] ███████████: On it

[1/23/2013 11:25:20 AM] Brian De Wit-LGM: offer GRZG with bma at 0.995 for 20k, day

[1/23/2013 11:25:41 AM] ███████████: Hi--is this a NEW order?

[1/23/2013 11:25:45 AM] ███████████: Cancels nothing?

[1/23/2013 11:25:56 AM] Brian De Wit-LGM: cxls nothning

[1/23/2013 11:26:04 AM] ███████████: On it. Calling them

[1/23/2013 11:27:43 AM] ███████████: In. BMA said that if we were involved in SWVI, they can do 1MM--FYI

[1/23/2013 11:27:47 AM] ███████████: I said nothing

[1/23/2013 11:28:18 AM] Brian De Wit-LGM: ;)

[1/23/2013 11:28:21 AM] Brian De Wit-LGM: thanks man

[1/23/2013 11:29:03 AM] ███████████: "   Swingplane Ventures Inc. (OTCBB: SWVI) has restructured their

assignment agreement regarding the acquisition of certain mining

concessions in Chile. Under the new terms, Swingplane will acquire all of

the issued and outstanding shares of Mid Americas Corp. in exchange for the

1230

issuance of a total of 100,000,000 shares of common stock of the Company

and 5,000,000 shares of preferred stock of the Company. This activity

warrants increased attention as new developments may occur."

[1/23/2013 11:31:31 AM] ████████████: SWVI 0.1148 @ 0.285 last, 0.283 / 0.285 on 75476976 shares

  TRTC -0.01 @ 0.46 last, 0.45 / 0.46 on 32002 shares

  PWEI -0.005 @ 0.21 last, 0.215 / 0.23 on 32175 shares

  XCHC 0.0079 @ 0.079 last, 0.065 / 0.08 on 54494 shares

  TRLI 0.005 @ 0.125 last, 0.115 / 0.125 on 14725 shares

  GRZG 0.032 @ 0.982 last, 0.982 / 0.99 on 201360 shares

  VUME -0.067 @ 0.175 last, 0.175 / 0.18 on 1633205 shares

  PBCW -0.0004 @ 0.0074 last, 0.0074 / 0.0077 on 37288 shares

  LBY -0.012 @ 0.053 last, 0.046 / 0.063 on 180471 shares

  CBAT -0.125 @ 0.305 last, 0.12 / 0.43 on 217 shares

  FNRC -0.001 @ 0.009 last, 0.008 / 0.009 on 486300 shares

  NILA 0 @ 0.032 last, 0.03 / 0.032 on 9718 shares

  GBEN 0.001 @ 0.0335 last, 0.0302 / 0.033 on 23493 shares

  LTCH -0.0499 @ 0.295 last, 0.3 / 0.37 on 500 shares

  SMAK 0 @ 0.165 last, 0.155 / 0.17 on 10000 shares

  PIEXE -0.04 @ 0.31 last, 0.31 / 0.35 on 2300 shares

[1/23/2013 11:44:31 AM] ████████████: Brian--Vert can't trade any more GRZG--FYI

[1/23/2013 11:45:06 AM] Brian De Wit-LGM: ok..did you switch it?

[1/23/2013 11:45:09 AM] Brian De Wit-LGM: give it to BMA

[1/23/2013 11:45:31 AM] ████████████: They will be just as thin. They hesitated on the first one. I will give BMA the balance.

[1/23/2013 11:45:54 AM] ████████████: Of 30k, Vert did 20K

[1/23/2013 11:46:02 AM] Brian De Wit-LGM: give BMA an additional 35k at 1.00

[1/23/2013 11:46:02 AM] ███████████: Want to get that last 10K out?

[1/23/2013 11:46:05 AM] Brian De Wit-LGM: yes

[1/23/2013 11:46:08 AM] Brian De Wit-LGM: same limit

[1/23/2013 11:46:11 AM] ███████████: Additional 35K, not10K

[1/23/2013 11:46:14 AM] ███████████: right?

[1/23/2013 11:46:28 AM] Brian De Wit-LGM: do the 10k with bma as well

[1/23/2013 11:46:36 AM] ███████████: BMA have 20K @ .98 and 20K @ .995

[1/23/2013 11:46:39 AM] Brian De Wit-LGM: ie..the balance of the vert order PLUS an additional 35k at 1.00

[1/23/2013 11:46:42 AM] Brian De Wit-LGM: cxls nothing

[1/23/2013 11:47:15 AM] ███████████: Giving BMA another 45K (35K + balance from Vert) at 1.00

[1/23/2013 11:47:15 AM] Brian De Wit-LGM: grzg

[1/23/2013 11:47:19 AM] ███████████: GRZG

[1/23/2013 11:47:21 AM] Brian De Wit-LGM: sure

[1/23/2013 11:47:21 AM] Brian De Wit-LGM: thx

[1/23/2013 11:49:06 AM] Brian De Wit-LGM: new grzg orders..cxls nothning

[1/23/2013 11:49:15 AM] Brian De Wit-LGM: bmak at .997 and ascm at .998

[1/23/2013 11:49:18 AM] Brian De Wit-LGM: 30k each

[1/23/2013 11:49:19 AM] Brian De Wit-LGM: plz

[1/23/2013 11:49:22 AM] Brian De Wit-LGM: grzg day

[1/23/2013 11:49:48 AM] ███████████: Brian--BMA is tapped out on GRZG

[1/23/2013 11:49:54 AM] Brian De Wit-LGM: ahhh..shoot

[1/23/2013 11:49:59 AM] ███████████: That 45K @ 1.00 needs a new home

[1/23/2013 11:50:05 AM] Brian De Wit-LGM: ASCM

[1/23/2013 11:50:07 AM] Brian De Wit-LGM: ok?

[1/23/2013 11:50:32 AM] ███████████: OK--so ASCM will have 45K @ 1.00 and 30K @ .997 and .998?

[1/23/2013 11:50:37 AM] ███████████: GRZG?

[1/23/2013 11:50:48 AM] Brian De Wit-LGM: ok

[1/23/2013 11:50:56 AM] ███████████: Is that OK'? If so-I will call them

[1/23/2013 11:51:02 AM] Brian De Wit-LGM: yes

[1/23/2013 11:51:05 AM] Brian De Wit-LGM: plz

[1/23/2013 11:51:45 AM] Brian De Wit-LGM: I put sunr back on the board..told my client we're losing options if he stays away from the big MMs

[1/23/2013 11:52:01 AM] ██████ Caledonian: they can to AUTO, ADTF etc

[1/23/2013 11:52:16 AM] Brian De Wit-LGM: cool

[1/23/2013 11:52:24 AM] ██████ Caledonian: just toss in the notes

[1/23/2013 11:53:13 AM] ███████████: ASCM seeing if they can take

[1/23/2013 11:53:16 AM] ███████████: They are calling me back

[1/23/2013 11:53:18 AM] Brian De Wit-LGM: ok

[1/23/2013 11:53:25 AM] ███████████: Please tell your clients that options are VERY limited in these names.

[1/23/2013 11:56:44 AM] ███████████: ASCM needs 5 more minutes. You OK to wait or should I give to SUNR/VANDY?

[1/23/2013 11:57:37 AM] ███████████: Brian--I confirm, Ascendiant cannot take the order

[1/23/2013 11:57:47 AM] ███████████: Please let me know if I can use SUNR/VNDY

[1/23/2013 11:58:25 AM] Brian De Wit-LGM: ok..just need a min

[1/23/2013 11:58:38 AM] Brian De Wit-LGM: on with client

[1/23/2013 11:58:48 AM] ███████████: OK--I have them in hand--but they are NOT working. Will wait for you

[1/23/2013 11:59:08 AM] Brian De Wit-LGM: I see we have sunr at 1.01

[1/23/2013 11:59:16 AM] ███████████████ : YEs

[1/23/2013 11:59:28 AM] ███████████████ : Your ASCM orders need a home or cxl when you haev a minute

[1/23/2013 11:59:41 AM] Brian De Wit-LGM: PLZ cxl the orders for ASCM

[1/23/2013 11:59:52 AM] ███████████████ : Killing and nothing working at those limits levels

[1/23/2013 12:00:25 PM] Brian De Wit-LGM: thx

[1/23/2013 12:00:32 PM] Brian De Wit-LGM: I will use platform for a bit

[1/23/2013 12:00:43 PM] ███████████████ : Ok--we are here to help

[1/23/2013 12:00:55 PM] Brian De Wit-LGM: for sure..was just getting them in while client was on the line

[1/23/2013 12:02:29 PM] Brian De Wit-LGM: can you give me the vert totals on teh day as we are out with them now

[1/23/2013 12:02:32 PM] Brian De Wit-LGM: grzg

[1/23/2013 12:02:41 PM] ███████████████ : 1 second

[1/23/2013 12:03:03 PM] ███████████████ : GRZG sold with VERT = 95K

[1/23/2013 12:03:17 PM] Brian De Wit-LGM: thx

[1/23/2013 12:04:50 PM] Brian De Wit-LGM: LOL..client...can you give me the BMA total now that they are also done on grzg?

[1/23/2013 12:05:13 PM] ██████ Caledonian: 30k

[1/23/2013 12:06:12 PM] Brian De Wit-LGM: thx

[1/23/2013 12:16:47 PM] ██████ Caledonian: that was fast

[1/23/2013 12:17:01 PM] ██████ Caledonian: SWVI booked

[1/23/2013 12:17:12 PM] Brian De Wit-LGM: yes

[1/23/2013 12:18:06 PM] Brian De Wit-LGM: who can I use to bid for 1mm swvi at 0.27

[1/23/2013 12:18:22 PM] Brian De Wit-LGM: vert?

[1/23/2013 12:18:23 PM] ███████████████ : BID--we can use Vert

[1/23/2013 12:18:24 PM] ███████████████ : Yes

[1/23/2013 12:18:26 PM] ███████ Caledonian: yes pls

[1/23/2013 12:18:30 PM] Brian De Wit-LGM: yes..plz do so and NO SHOW

[1/23/2013 12:18:32 PM] Brian De Wit-LGM: size

[1/23/2013 12:18:34 PM] Brian De Wit-LGM: day

[1/23/2013 12:18:36 PM] Brian De Wit-LGM: thank you

[1/23/2013 12:18:55 PM] Brian De Wit-LGM: let me know when you have it in

[1/23/2013 12:19:02 PM | Removed by ████████████, 12:19:24 PM] ████████, Caledonian: This message has been removed.

[1/23/2013 12:19:52 PM] ███████ Caledonian: this is in

[1/23/2013 12:19:57 PM] Brian De Wit-LGM: many thanks

[1/23/2013 12:20:28 PM] Brian De Wit-LGM: this was a crazy morning, so wanted to thank you now that it's a little quieter for all the hard work

[1/23/2013 12:21:02 PM] ███████ Caledonian: np..always fun

[1/23/2013 12:22:26 PM] ██████████████: Thank you for the trust and trades.

[1/23/2013 12:50:31 PM] ██████████████: Your small SWVI completes

[1/23/2013 12:50:46 PM] Brian De Wit-LGM: thx

[1/23/2013 2:27:56 PM] ███████ Caledonian: switching the UTCC

[1/23/2013 2:28:07 PM] ███████ Caledonian: buying at Vandy

[1/23/2013 2:29:02 PM] Brian De Wit-LGM: same with FNTU?

[1/23/2013 2:29:11 PM] Brian De Wit-LGM: just need to know as counterparty is on line

[1/23/2013 2:29:15 PM] ██████████████: FNTU is fine

[1/23/2013 2:29:29 PM] ██████████████: UTCC is just failing--so need you to pair off to kill buy in

[1/23/2013 2:29:31 PM] ██████████████: All good

[1/23/2013 2:39:33 PM] ██████████████: SWVI is at HOD

[1/23/2013 2:39:39 PM] ██████████████: SWVI 0.1198 @ 0.29 last, 0.288 / 0.29 on 82835090 shares

TRTC -0.0299 @ 0.4401 last, 0.4401 / 0.45 on 69436 shares

[1/23/2013 4:24:16 PM] Brian De Wit-LGM: thx

[1/23/2013 4:24:31 PM] ███████████████: It goes without saying-but thanks again for the trust and trades.

[1/23/2013 4:24:36 PM] ███████████████: I really appreciate it.

[1/23/2013 4:24:42 PM] Brian De Wit-LGM: on the BLUF, which is DTC eligible...will you send this for clearing in DTC?

[1/23/2013 4:25:00 PM] ███████████████: It is already in DTC

[1/23/2013 4:25:02 PM] ███████████████: Good to go

[1/23/2013 4:25:08 PM] Brian De Wit-LGM: rockstars

[1/23/2013 4:28:04 PM] ███████████████: "1.  CUSIP:  09641Q108    10416667.000000 BLUFOREST INC COMMON - Already held in DTC location"

[1/23/2013 4:28:13 PM] ███████████████: BLUF--you have 347,218 after the split

[1/23/2013 4:28:49 PM] Brian De Wit-LGM: it's our pleasure to do biz with you

[1/24/2013 6:50:09 AM] ███████████████: Good morning Brian---I wanted to advise you that as of last night, SWVI, Swingplane Ventures, was marked as Caveat Emptor by OTC markets.  Can you please advise or update us on this?  I appreciate the understanding for our concern.

[1/24/2013 9:02:19 AM] Brian De Wit-LGM: no problem...I will chat with Terry

[1/24/2013 9:05:40 AM] ███████████████: Thanks and good morning

[1/24/2013 9:06:00 AM] ███████████████: News on the firm out too;

[1/24/2013 9:06:01 AM] ███████████████: Swingplane Ventures Inc. (the "Company") (OTCBB: SWVI) has recently negotiated a share exchange agreement with a company holding an Option Agreement to acquire a 75% percent interest in the Algarrobo Property. The Algarrobo Property (the "Property") is an Iron Oxide -Copper-Gold (IOCG) property located approximately 850 km north of Santiago, in the III Region, Province of Chanaral, Chile. The city of Copiapo is located approximately 43 km to the southeast of the Property, with the small port city of Caldera 25 km to the east. The Property consists of 32 tenures, comprising a total of 6,161 ha (15,224 acres).

Mining operations completed to date, on both the Property and immediately adjacent tenures, have resulted in a large number of workings, of which approximately 35 comprise near surface workings greater than 2 m in depth to more extensive, historical mining operations extending several hundred meters below surface. Historical mining activity has defined, and is centered around, three main mineralized trends, as follows:

§ Panga, Ecuador, Uruguay, etc. in the north

§ Descubridora, Estaca, Viuda, etc. in the center

§ Buena Vista, Alicia, etc. in the south

These workings, particularly the old mines developed along these well defined mineralized trends, have produced variable quantities of high grade copper ore, predominantly as copper oxides, in a supergene enriched oxide zone extending to an approximate depth of 120 metres below surface. The oxide zone is typically underlain by a transitional zone of mixed copper oxides and copper sulphides, with underlying copper sulfide ores mined to greater depth (i.e. 450 meters in the Viuda Mine).

The three major mineralized trends (above), and a fourth less well developed mineralized trend (Mantos Ossa), are well defined by previous workings and clearly evident on satellite (i.e. Google Earth) imagery. These workings clearly define a well mineralized zone having a surface extent of at least 3 km, with an interpreted potential surface extent of at least 4 km, and potentially up to 6.5 km or more. At surface, the veins vary between as little as 15 cm to as much as 1.5 m, however, they rapidly increase in thickness in the near sub-surface to at least 1.5 and 2.5 m. A limited underground sampling program completed by the property vendor in 2000 reported "blows," regions along the vein as exposed by the underground workings in which the mineralized veins, "...were up to 60 m horizontally and 40 m vertically, with widths between 1.5 meters and more than 5 meters - Estaca mine" (Stromberger 2000).

In addition to the four "Major Veins" described above, a number of sub-parallel, subordinate veins are interpreted to be present between the major veins presently identified. These subsidiary, often mineralized veins are interpreted to represent secondary veins developed as splays off the primary veins and/or a nested set of primary and/or en echelon secondary veins representing "horse-tails."

Management believes the Property represents significant potential to further develop current, near surface high grade copper +/- gold mineralization identified in multiple veins into a larger commercial operation. The Company's mandate is to aggressively pursue: 1) expansion of the existing mineral potential of the Algarrobo Property, and 2) further exploration of the Property to evaluate opportunities for developing short term production capacity having potential for further expansion.

Currently, a total of five have been developed into drifts driven on high grade copper-bearing mineralized veins identified at surface.

The president, Mr. Voyer, says, "This is a very exciting undertaking for the company and we are very fortunate to be part of the Algarrobo project."

The content of this news release has been reviewed by Rick Walker, B.Sc., M.Sc., P. Geo., a Qualified Person for the purposes of NI 43-101, with the ability and authority to verify the authenticity and validity of the data herein.

This Press release has been revised and approved by the President of the Company.

Mr. Michel Voyer

President

[1/24/2013 9:06:06 AM] Brian De Wit-LGM: can you keep an eye open on TRTC for me?

[1/24/2013 9:06:19 AM] Brian De Wit-LGM: we want to participate in any activity

[1/24/2013 9:06:19 AM] ███████████████: Of course

[1/24/2013 9:06:43 AM] ███████████████:  TRTC -0.02 @  0.45 last, 0.4401 / 0.46 on 73866 shares

[1/24/2013 9:06:53 AM] Brian De Wit-LGM: thx

[1/24/2013 9:07:01 AM] Brian De Wit-LGM: that pre-mkt vol or yest

[1/24/2013 9:07:09 AM] ███████████████: Terra Tech Proposes to Acquire GroRite as Lawmakers Push to Legalize Marijuana - Research Report on Terra Tech Corp

Terra Tech has expressed its intent to acquire GroRite, one of New Jersey's largest gardening super centers, to boost Terra Tech's competitiveness in urban agriculture and to boost the company's supply chain

[1/24/2013 9:07:17 AM] ███████████████: That volume is from yesterday

[1/24/2013 9:07:20 AM] Brian De Wit-LGM: thx

[1/24/2013 9:07:26 AM | Removed 9:08:00 AM] ███████████████: This message has been removed.

[1/24/2013 9:09:01 AM] Brian De Wit-LGM: you gotta show me how to remove messages

[1/24/2013 9:09:12 AM] ███████████████: Right click

[1/24/2013 9:09:20 AM] Brian De Wit-LGM: I want to start typing curse words at you, then delete them before you get the chance to see it!

[1/24/2013 9:09:23 AM] Brian De Wit-LGM: ;)

[1/24/2013 9:09:46 AM] Brian De Wit-LGM: ok...cool..I never knew you could do that

[1/24/2013 9:11:28 AM] ███████████████: All good. Strapped in. Please let us know if we can help with anything in the pre.

[1/24/2013 9:11:36 AM] Brian De Wit-LGM: you bet

[1/24/2013 9:12:16 AM] Brian De Wit-LGM: on grZg...do you think BMA and VERT tapped out their daily limit, or for a few days

[1/24/2013 9:12:57 AM] ██████████████: They tapped out their daily limit--but we can re-engage them for you if you'd like

[1/24/2013 9:13:39 AM] Brian De Wit-LGM: plz bid for 2mm SWVI at 0.275 with vert no show

[1/24/2013 9:13:47 AM] ██████████████: On it--NO SHOW

[1/24/2013 9:13:50 AM] Brian De Wit-LGM: yes

[1/24/2013 9:13:51 AM] Brian De Wit-LGM: thx

[1/24/2013 9:13:56 AM] ██████████████: BID

[1/24/2013 9:14:02 AM] Brian De Wit-LGM: bid..correct

[1/24/2013 9:17:55 AM] ██████████████: Your GRZG offers are filling

[1/24/2013 9:18:02 AM] Brian De Wit-LGM: thx

[1/24/2013 9:18:08 AM] Brian De Wit-LGM: you saw the one for BMA?

[1/24/2013 9:18:14 AM] ██████████████: Yes--on with them now

[1/24/2013 9:18:17 AM] Brian De Wit-LGM: thx

[1/24/2013 9:19:08 AM] ██████████████: Working at BMA

[1/24/2013 9:19:14 AM] Brian De Wit-LGM: thx

[1/24/2013 9:24:15 AM] Brian De Wit-LGM: can you give vert a little nudge

[1/24/2013 9:24:25 AM] Brian De Wit-LGM: my limit is 1.03

[1/24/2013 9:24:31 AM] Brian De Wit-LGM: but I see them repping 1.04

[1/24/2013 9:24:32 AM] ██████████████: CAlling them

[1/24/2013 9:25:21 AM] ██████████████: On with Jim

[1/24/2013 9:25:29 AM] ██████████████: Adjusted

[1/24/2013 9:25:34 AM] Brian De Wit-LGM: thx

[1/24/2013 9:25:36 AM] ██████████████: Will ask why they are trading us net

[1/24/2013 9:25:40 AM] ██████████████: Sorry on their behalf...

[1/24/2013 9:25:46 AM] Brian De Wit-LGM: no prob

[1/28/2013 9:04:19 AM] ███████████ : SWVI news also out:

[1/28/2013 9:04:20 AM] ███████████ : SANTIAGO, CHILE -- (Marketwire) -- 01/28/13 -- Swingplane Ventures, Inc. (OTCBB: SWVI) (the "Company") is pleased to update information on Chile's Rich Mineralization.

Chile's well established copper porphyry belt, which hosts world class deposits including CODELCO's giant Chuquicamata deposit which, by excavated volume, is the largest open pit copper mine in the world. For many years it was the mine with the largest annual production in the world, but nevertheless it remains the mine with by far the largest total production of approximately 29 million tonnes of copper to the end of 2007. The La Escondida (BHP Billiton 57.5%, 30% by Rio Tinto) deposit is currently the highest producing copper mine in the world. Its 2007 production of 1.483 million tonnes of copper was worth US $10.12 billion and represented 26% of Chilean copper production, according to the US Geological Survey's preliminary estimates of 2007 world mine output.

The Chilean Iron Belt (CIB) is a similarly narrow, north-south oriented belt containing hundreds of magnetite-apatite ("Kiruna-type") and Iron Oxide-Copper-Gold (IOCG) occurrences located outboard (i.e. on the coastal side) of the porphyry belt and extends approximately 600 km from 31 degrees S north to 25 degrees S. The CIB hosts several large IOCG mines, including Candelaria (Freeport McMoran) mine which as of December 31, 2011 reported a resource of 399 million tonnes of copper grading at 0.58% copper and 0.13% gold, recoverable proven and probable reserves. The Mantoverde mine (Anglo American), as well as numerous smaller mines and/or projects, including Santo Domingo (Capstone Mining) mine which highlighted in its pre-feasibility study completed in the third quarter of 2011 average annual production of 144 million pounds of copper, 4.1 million tonnes of iron concentrate and 15 thousand ounces of gold. Additional mines include Relincho (Teck Corp) and Andacollo (Teck Corp (90%) / ENAMI (10%)).

Note: The preceding contains grades and tonnages reported by the companies cited. The grades and tonnages cited may not be compliant with NI 43-101. Mantoverde, Santo Domingo and the Punta Del Cobre - Candelaria Belt are considered representative of IOCG-type deposits in similar structural settings both north and south of the Property and, as such, are considered analogues for the style of mineralization on the Property.

"Manto-type" copper deposits overlap the CIB over a distance of approximately 1100 km, between 33 degrees S to 21 degrees S. In addition, IOCG occurrences have been reported within the "manto-type" belt from just south of Vallenar (29 degrees S) to just south of Chanaral (26 degrees S). These well defined belts are spatially associated with the Atacama Fault, a well developed fault system that extends from Iquique (20 degrees S) north to La Serena (30 degrees S).

The Algarrobo Property (the "Property") is interpreted to be an IOCG occurrence located in the southern portion of CIB in the area of overlap with "Manto-type" copper occurrences, consistent with other IOCG occurrences reported in the area. The Property is located on the west margin of the Atacama Fault System and hosted within the Pluton Sierra El Robe, a dioritic to quartz dioritic pluton of Jurassic age.

1260

Faulting associated with the Atacama Fault System is believed to be the primary control on mineralization, both in terms of the controlling structures hosting mineralization and the fluid conduits that allowed movement of metal-rich fluids. Copper-rich hematite is the predominant form of mineralization in the oxidized zone near surface, with copper sulphides underlying a variably developed transitional zone below approximately 120 m.

Mining operations in the Algarrobo area are comprised of near surface workings to more extensive operations extending several hundred metres below surface. Approximately 35 mines, ranging from near surface excavations to underground mines, have defined, and are centered around, three main mineralized trends, as follows:

§ Panga, Ecuador, Urguay, etc. in the north

§ Descubridora, Estaca, Viuda, etc. in the center

§ Buena Vista, Alicia, etc. in the south

The mines developed along these well defined mineralized trends have produced variable quantities of high grade copper, shipped as direct smelting ore to the ENAMI facility at Copiapo, approximately 45 km south of the Property.

Further exploration and immediate small scale production is well justified.

Michel Voyer

President and Director

[1/28/2013 9:04:53 AM] Brian De Wit-LGM: thx and gm

[1/28/2013 9:05:14 AM] ███████████████: Making sure  you saw my VNDM bid flow on VUME above as well.

[1/28/2013 9:07:31 AM] Brian De Wit-LGM: ok.,thx

[1/28/2013 9:07:33 AM] Brian De Wit-LGM: TRTC

[1/28/2013 9:07:38 AM] Brian De Wit-LGM:  New orders. Cancel all others. Offer 12k at .47 and then 10k at every penny up till .55 ok.

[1/28/2013 9:07:51 AM] ███████████████: Yes--TRTC--

I will kill all open and get new ones in

[1/28/2013 9:08:01 AM] Brian De Wit-LGM: thx

[1/28/2013 9:08:10 AM] ███████████████: You only have a BID in for 20K @ .40

[1/28/2013 9:08:12 AM] ███████████████: Kill that?

SMAK  -0.009 @  0.151 last, 0.1362 / 0.15 on 42550 shares

PIEXE -0.04 @  0.31 last, 0.31 / 0.35 on 2300 shares

[1/28/2013 9:35:29 AM] Brian De Wit-LGM: plz move our swvi bid to 0.276 plz

[1/28/2013 9:35:34 AM] ███████████████: On it

[1/28/2013 9:35:36 AM] Brian De Wit-LGM: thx

[1/28/2013 9:37:28 AM] ███████████████: Vert is "working" it. Need me to tell them to REP AT OUR LEVEL?

[1/28/2013 9:37:39 AM] ███████████████: CSTI stepped in front of us....

[1/28/2013 9:38:08 AM] Brian De Wit-LGM: looking

[1/28/2013 9:38:16 AM] Brian De Wit-LGM: yes

[1/28/2013 9:38:21 AM] Brian De Wit-LGM: plz rep at our level

[1/28/2013 9:38:22 AM] ███████████████: Calling....sorry.........

[1/28/2013 9:38:23 AM] Brian De Wit-LGM: tell them

[1/28/2013 9:38:24 AM] Brian De Wit-LGM: thx

[1/28/2013 9:38:25 AM] Brian De Wit-LGM: no probs

[1/28/2013 9:38:26 AM] ███████████████: ..for them

[1/28/2013 9:38:34 AM] Brian De Wit-LGM: otherwise we pull it if they play games

[1/28/2013 9:43:25 AM] Brian De Wit-LGM: alicia or someone on the CSL team..can you check with your CBL pals if Legacy got a $50k inbound transfer?

[1/28/2013 9:43:34 AM] Brian De Wit-LGM: it would be in our bank and not the CSL custody funds

[1/28/2013 9:44:24 AM] ███████████████: Vert--repping now. ..Sorry for them. I will push them.

[1/28/2013 9:44:33 AM] Brian De Wit-LGM: thx

[1/28/2013 9:45:25 AM] Alicia Dixon: Brian - we received a request but it was sent after the cut off

[1/28/2013 9:45:34 AM] Alicia Dixon: I will have it processed today

[1/28/2013 9:46:36 AM] Brian De Wit-LGM: ok..thx

[1/28/2013 10:00:21 AM] Brian De Wit-LGM: alicia..I was wrong..it's not 450k but something like $41k and change

[1/28/2013 10:00:28 AM] Brian De Wit-LGM: not $50k

[1/28/2013 10:05:31 AM] Alicia Dixon: confirmed

[1/28/2013 10:05:38 AM] Brian De Wit-LGM: thx

[1/28/2013 10:05:43 AM] Brian De Wit-LGM: it made it?

[1/28/2013 10:05:47 AM] Brian De Wit-LGM: ie..will be booked today?

[1/28/2013 10:05:49 AM] Alicia Dixon: Not yet

[1/28/2013 10:05:56 AM] Brian De Wit-LGM: ok..thx

[1/28/2013 10:06:22 AM] Alicia Dixon: LGM's account will be reflected by COB today

[1/28/2013 10:07:36 AM] Brian De Wit-LGM: thx

[1/28/2013 10:07:45 AM] Brian De Wit-LGM: █████.can you find out of VERT is filling now on MELY?

[1/28/2013 10:09:05 AM] █████ Caledonian: -35K so far

[1/28/2013 10:09:28 AM] Brian De Wit-LGM: thx

[1/28/2013 10:22:12 AM] █████ Caledonian: Vert can't do anymore MELY

[1/28/2013 10:22:51 AM] █████ Caledonian: assume you are looking to unwind the full position today?

[1/28/2013 10:23:48 AM] Brian De Wit-LGM: yes

[1/28/2013 10:23:54 AM] Brian De Wit-LGM: ok..can you give to sunr

[1/28/2013 10:23:56 AM] Brian De Wit-LGM: thx

[1/28/2013 10:23:58 AM] █████ Caledonian: sure

[1/28/2013 10:24:03 AM] Brian De Wit-LGM: balance at 0.036

[1/28/2013 10:24:23 AM] █████████: To confirm--work out an order @ .036 to flattern your MELY?

[1/28/2013 10:24:32 AM] Brian De Wit-LGM: plz

[1/28/2013 10:24:33 AM] Brian De Wit-LGM: yes

[1/28/2013 10:25:12 AM] █████ Caledonian: you do have buy @ 100K @ .0075...good to keep?

[1/28/2013 10:25:26 AM] Brian De Wit-LGM: cxl

[1/28/2013 10:25:40 AM] ███████ Caledonian: orders are in yo get you flat

[1/28/2013 10:25:58 AM] Brian De Wit-LGM: thx

[1/28/2013 10:27:29 AM] Brian De Wit-LGM: is sunr still working me at 0.04

[1/28/2013 10:27:30 AM] Brian De Wit-LGM: mely?

[1/28/2013 10:27:35 AM] Brian De Wit-LGM: i don't see the rep

[1/28/2013 10:28:36 AM] ███████ Caledonian: working -150k filled 63K so far - checkng to see if they have a better offer

[1/28/2013 10:28:51 AM] Brian De Wit-LGM: best offer so far is higher

[1/28/2013 10:28:58 AM] Brian De Wit-LGM: just wondered where their face was

[1/28/2013 10:28:59 AM] ███████ Caledonian: 2 secs

[1/28/2013 10:29:03 AM] Brian De Wit-LGM: k

[1/28/2013 10:30:12 AM] ███████████: Quote got stuffed. You are filling at .04 (half done)

[1/28/2013 10:30:31 AM] Brian De Wit-LGM: thx

[1/28/2013 10:36:37 AM] Brian De Wit-LGM: can you call vert to ask how much SWVI bot so far?

[1/28/2013 10:36:43 AM] ███████████: On it

[1/28/2013 10:36:47 AM] Brian De Wit-LGM: think might be more than what is on the platform

[1/28/2013 10:37:32 AM] ███████████: No--I sadly confirm they only bought 52,500 @ .2753

[1/28/2013 10:37:40 AM] ███████████: Want me to up level or change MM?

[1/28/2013 10:37:56 AM] Brian De Wit-LGM: just wait

[1/28/2013 10:37:58 AM] Brian De Wit-LGM: I will ask

[1/28/2013 10:39:06 AM] Brian De Wit-LGM: move swvi bid up to 0.281

[1/28/2013 10:39:08 AM] Brian De Wit-LGM: thx

[1/28/2013 10:39:12 AM] ███████████: On it

[1/28/2013 10:39:15 AM] Brian De Wit-LGM: thx

[1/28/2013 10:39:43 AM] ███████████: VERT now at .281 for us on SWVI

[1/28/2013 10:39:48 AM] Brian De Wit-LGM: many thanks

[1/28/2013 10:41:04 AM] ███████   Caledonian: MELY flat

[1/28/2013 10:41:32 AM] Brian De Wit-LGM: thanks!

[1/28/2013 10:46:10 AM] ████████: Hi--just following up on SWVI. It is still bones. Any feedback or claarity from Terry on when it will go current?

[1/28/2013 10:46:54 AM] Brian De Wit-LGM: Terry was in panama..will be reaching out today to otcmarkets to get clarity

[1/28/2013 10:47:09 AM] ███████: I appreciate it

[1/28/2013 11:58:01 AM] ████████: SWVI 0.02 @ 0.287 last, 0.2851 / 0.287 on 4153794 shares

TRTC -0.02 @ 0.45 last, 0.43 / 0.45 on 47081 shares

PWEI 0 @ 0.2201 last, 0.2201 / 0.239 on 11350 shares

XCHC 0.0089 @ 0.0699 last, 0.061 / 0.0699 on 281242 shares

TRLI -0.005 @ 0.105 last, 0.105 / 0.115 on 78900 shares

GRZG 0.09 @ 0.85 last, 0.835 / 0.85 on 153549 shares

VUME -0.028 @ 0.07 last, 0.067 / 0.07 on 3398406 shares

PBCW 0.0002 @ 0.007 last, 0.0065 / 0.007 on 1196800 shares

LBY -0.012 @ 0.053 last, 0.051 / 0.053 on 180471 shares

CBAT -0.125 @ 0.305 last, 0.12 / 0.43 on 217 shares

FNRC 0 @ 0.0065 last, 0.006 / 0.0067 on 448400 shares

NILA -0.0005 @ 0.0435 last, 0.031 / 0.045 on 14060 shares

GBEN -0.0034 @ 0.0276 last, 0.0272 / 0.0276 on 294568 shares

LTCH 0.0201 @ 0.3501 last, 0.3502 / 0.4899 on 6080 shares

SMAK  -0.002 @ 0.149 last, 0.1382 / 0.149 on 41094 shares

PIEXE -0.04 @ 0.31 last, 0.31 / 0.35 on 2300 shares

[1/28/2013 11:58:25 AM] ████████: Our SWVI bid is well below now. Stock trading up nicely

[1/28/2013 11:59:10 AM] Brian De Wit-LGM: nice

[1/29/2013 10:10:58 AM] ███████████████ : Stud

[1/29/2013 11:04:16 AM] Brian De Wit-LGM: plz offer 50k PIEX @ 0.15, day and plz ask MM to show FULL size

[1/29/2013 11:04:19 AM] Brian De Wit-LGM: you pick the mm

[1/29/2013 11:04:27 AM] ████████ Caledonian: will do

[1/29/2013 11:04:32 AM] Brian De Wit-LGM: thx

[1/29/2013 11:23:01 AM] Brian De Wit-LGM: plz add 1mm to our swvi bid at 0.33 with vert

[1/29/2013 11:23:24 AM] ████████ Caledonian: adjusted

[1/29/2013 11:23:26 AM] Brian De Wit-LGM: thx

[1/29/2013 11:35:03 AM] Alicia Dixon: Brian - IWEB is now cleared

[1/29/2013 11:35:17 AM] Brian De Wit-LGM: thx

[1/29/2013 11:40:32 AM] Brian De Wit-LGM: reduced our SWVI bid at 0.33 to 1mm with vert

[1/29/2013 11:40:39 AM] ███████████████ : On it

[1/29/2013 11:40:50 AM | Removed by ██████████████ , 12:13:05 PM] Brian De Wit-LGM: This message has been removed.

[1/29/2013 11:40:54 AM] Brian De Wit-LGM: swvi

[1/29/2013 11:41:19 AM] ███████████████ : Vert bidding @ .33 for 1MM--Correct?

[1/29/2013 11:41:35 AM] Brian De Wit-LGM: yes

[1/29/2013 11:41:46 AM | Removed by ██████████████ , 12:13:13 PM] Brian De Wit-LGM: This message has been removed.

[1/29/2013 11:41:47 AM] Brian De Wit-LGM: 0.33

[1/29/2013 11:42:28 AM] Brian De Wit-LGM: plz offer 25k PIEX at 0.16 and show full size

[1/29/2013 11:42:51 AM] ████████ Caledonian: will do PIEX

[1/29/2013 11:43:17 AM] Brian De Wit-LGM: thx

[1/29/2013 11:44:31 AM] Brian De Wit-LGM: NO show on BMA bid on swvi

[1/29/2013 11:44:32 AM] Brian De Wit-LGM: plz

[1/29/2013 11:58:24 AM] Brian De Wit-LGM: can someone check with an MM if HIDC is now dtc eligible

[1/29/2013 3:50:19 PM] Brian De Wit-LGM: hmm..no..don't want to rock it too much

[1/29/2013 3:50:32 PM] Brian De Wit-LGM: did you get that 250k?

[1/29/2013 3:50:36 PM] ██████████████: Yes

[1/29/2013 3:50:39 PM] Brian De Wit-LGM: good

[1/29/2013 3:50:39 PM] ██████████████: .35

[1/29/2013 3:50:41 PM] ██████████████: All of it

[1/29/2013 3:50:43 PM] ██████████████: EASILY

[1/29/2013 3:50:50 PM] ██████████████: .345 has MONSTER bid

[1/29/2013 3:50:54 PM] Brian De Wit-LGM: I thnk tomorrow will be bigger

[1/29/2013 3:51:03 PM] Brian De Wit-LGM: hmm

[1/29/2013 3:51:10 PM] Brian De Wit-LGM: offer 150k at 0.345

[1/29/2013 3:51:13 PM] ████████ Caledonian: will do

[1/29/2013 3:52:10 PM] Brian De Wit-LGM: now I will sit

[1/29/2013 3:52:14 PM] Brian De Wit-LGM: think tomorrow big

[1/29/2013 3:52:27 PM] ██████████████: You lost those easily...

[1/29/2013 3:52:31 PM] ██████████████: .345 still chunky bid

[1/29/2013 3:52:33 PM] Brian De Wit-LGM: yeah..good sing

[1/29/2013 3:52:33 PM] Brian De Wit-LGM: sign

[1/29/2013 3:52:40 PM | Edited 3:52:50 PM] ████████████████: .345 big bid

[1/29/2013 3:52:44 PM] ██████████████: 400K shown

[1/29/2013 3:52:50 PM] Brian De Wit-LGM: let's sit

[1/29/2013 3:53:59 PM] ██████████████: Someone wants a lot of stock

[1/29/2013 3:54:09 PM] ████████████:

They are having ATDF and NITE flash BIG bids for them......

[1/29/2013 3:54:40 PM] Brian De Wit-LGM: yes...want to see how this goes tomorrow

[1/30/2013 9:31:57 AM] ███████████: No need to avoid them...They are buyers in GRZG

[1/30/2013 9:32:04 AM] Brian De Wit-LGM: ok..thx

[1/30/2013 9:33:15 AM] Brian De Wit-LGM: not that it's a significant $ transaction, but just wanted to let you know that the MELY you did was spot on and my clients happy...I have some at beaufort because of the old 0.05 rule and will likely dtc some to you...the trading at beaufort terrible

[1/30/2013 9:33:39 AM] Brian De Wit-LGM: just a pat on the back for the old CSL team

[1/30/2013 9:34:04 AM] ███████████: We appreciate all business. Thank you

[1/30/2013 9:45:52 AM] Brian De Wit-LGM: Hi ███..I confirm SWVI is on the berlin bourse and we are looking to transfer 20mm

[1/30/2013 9:46:00 AM] Brian De Wit-LGM: if you could begin your set up

[1/30/2013 9:46:02 AM] Brian De Wit-LGM: I will email

[1/30/2013 10:02:19 AM] ███████, Caledonian: need to cover the short AUD in your account

[1/30/2013 10:02:33 AM] Brian De Wit-LGM: ok..go ahead and cover from USD

[1/30/2013 10:02:35 AM] Brian De Wit-LGM: plz

[1/30/2013 10:02:36 AM] ███████, Caledonian: can you send over a Email confirming to cover?

[1/30/2013 10:02:39 AM] ███████, Caledonian: thx\

[1/30/2013 10:02:40 AM] Brian De Wit-LGM: yes

[1/30/2013 11:37:29 AM] Brian De Wit-LGM: plz move our swvi bid up to 0.356

[1/30/2013 11:37:33 AM] Brian De Wit-LGM: on the balance

[1/30/2013 11:37:40 AM] ███████, Caledonian: will do

[1/30/2013 11:37:43 AM] ███████████: On it

[1/30/2013 11:37:47 AM] Brian De Wit-LGM: thx

[1/30/2013 11:38:30 AM] ███████████: You're being repped at limit now on bid, no size

[1/30/2013 11:38:41 AM] Brian De Wit-LGM: many thanks

[1/30/2013 11:42:28 AM] Brian De Wit-LGM: can you bid for 5k USTU at 0.43, day?

[1/30/2013 11:42:43 AM] ███████████: Sure---will get this in. LGM, Day

[1/30/2013 11:42:46 AM] Brian De Wit-LGM: thx

[1/30/2013 1:38:12 PM] ███████████████ : 440K of that done. Balance @ .36, .Vertical, no size

[1/30/2013 1:38:37 PM] Brian De Wit-LGM: thank you

[1/30/2013 1:54:30 PM] ███████████████ : Brian--on HIDC, you sold small 2+ weeks ago. We are on day 14 of that fail.

[1/30/2013 1:55:02 PM] ███████████████ : We have gotten color that it is failing because we hold shares in 1 line and the street is trying to settle in the OLD name.

[1/30/2013 1:55:19 PM] Brian De Wit-LGM: ok

[1/30/2013 1:55:20 PM] ███████████████ : Do you want to BUY those HIDC shares back? 10K are failing

[1/30/2013 1:55:32 PM] ███████████████ : May be a good way to sort that and get a settlement??

[1/30/2013 1:55:44 PM] ███████████████ : We can then put the 10K DMHI offer out there?

[1/30/2013 1:55:46 PM] Brian De Wit-LGM: let me call you

[1/30/2013 2:22:39 PM] Brian De Wit-LGM: have BMA offer 25k swvi at 0.365

[1/30/2013 2:22:42 PM] Brian De Wit-LGM: day

[1/30/2013 2:22:59 PM] ███████████████ : Will call BMA

[1/30/2013 2:23:02 PM] Brian De Wit-LGM: thx

[1/30/2013 2:23:14 PM] ███████████████ : 25K--right?

[1/30/2013 2:23:17 PM] Brian De Wit-LGM: yes

[1/30/2013 2:23:20 PM] Brian De Wit-LGM: just to test

[1/30/2013 2:23:58 PM] ███████████████ : working

[1/30/2013 2:25:06 PM] Brian De Wit-LGM: thx

[1/31/2013 9:03:42 AM] ██████ Caledonian: Morning Brian, Swingplane flip has been requested, will advise once it is tradable in Deutschland..thx

[1/31/2013 9:05:07 AM] Brian De Wit-LGM: many thanks

[1/31/2013 9:05:58 AM] Brian De Wit-LGM: on GVIT, please give VERT an order to offer 2mm, market not held for lgm, day

[1/31/2013 9:06:06 AM] ███████████████ : Morning Brian---In the U.S. line--you start the day with 24,161,683 SWVI. As you are flipping 20MM--you will have 4MM.

XCHC 0.0228 @  0.0749 last, 0.0739 / 0.0749 on 865777 shares

TRLI 0.0005 @  0.076 last, 0.076 / 0.0849 on 14000 shares

GRZG 0.04 @  0.88 last, 0.85 / 0.89 on 118433 shares

VUME -0.0229 @  0.0731 last, 0.077 / 0.083 on 783277 shares

PBCW 0 @  0.0065 last, 0.0065 / 0.007 on 105000 shares

LBY 0 @  0.05 last, #N/A N/A / #N/A N/A on 10000 shares

CBAT 0.08 @  0.2 last, 0.19 / 0.4 on 5000 shares

FNRC 0.0002 @  0.0052 last, 0.0048 / 0.0052 on 380500 shares

DMHI 0.2 @  0.25 last, 0.16 / 0.3 on 15000 shares

HIDC 0.15 @  0.2 last, 0.15 / 0.25 on 20000 shares

LTCH 0.0775 @  0.4995 last, 0.436 / 0.4995 on 7060 shares

SMAK  -0.002 @  0.11 last, 0.11 / 0.12 on 35608 shares

PIEXE -0.04 @  0.31 last, 0.31 / 0.35 on 2300 shares

[1/31/2013 1:40:36 PM] Brian De Wit-LGM: thx

[1/31/2013 1:41:06 PM] ███████████████: FANC and WDCO stepped in front of our VANDY bid

[1/31/2013 1:41:27 PM] Brian De Wit-LGM: ok

[1/31/2013 3:43:42 PM] ███████████████: SWVI UP now...wow

[1/31/2013 3:43:44 PM] ███████████████: Nice scoops

[1/31/2013 3:44:07 PM] Brian De Wit-LGM: yeah..very good

[1/31/2013 3:44:53 PM] ███████████████:  SWVI 0.008 @  0.369 last, 0.365 / 0.369 on 19385348 shares

TRTC 0.053 @  0.53 last, 0.4925 / 0.53 on 163836 shares

PWEI 0 @  0.205 last, 0.205 / 0.215 on 69200 shares

XCHC 0.0224 @  0.0745 last, 0.074 / 0.0799 on 961527 shares

TRLI 0.0094 @  0.0849 last, 0.076 / 0.0849 on 16200 shares

GRZG 0.03 @  0.87 last, 0.86 / 0.87 on 150939 shares

[2/1/2013 9:08:38 AM] ███████████████ : Touche'...Just let us know if we can help with anything pre-market..please.

[2/1/2013 9:08:45 AM] Brian De Wit-LGM: you bet..no worries

[2/1/2013 9:08:52 AM] Brian De Wit-LGM: thanks for the mornign chuckle

[2/1/2013 9:20:29 AM] ███████████████ :      Swingplane Venture Inc.'s (the "Company") Algarrobo Property (the

"Property") is an Iron Oxide -Copper-Gold (IOCG) property located

approximately 850 km north of Santiago, in the III Region, Province of

Chanaral, Chile. The city of Copiapo is located approximately 43 km to the

southeast of the Property, with the small port city of Caldera 25 km to the

east. The Property consists of 32 tenures, comprising a total of 6,161 ha

(15,224 acres).

[2/1/2013 9:24:25 AM] ███████████████ : they are flying in 'privately'

[2/1/2013 9:25:07 AM] Brian De Wit-LGM: yes...with Hurry, I believe...top shotta's

[2/1/2013 9:31:22 AM] ███████████████ : Ding ding ding

[2/1/2013 9:31:26 AM] ███████████████ : SWVI 0.001 @  0.38 last, 0.3799 / 0.38 on 590309 shares

TRTC 0 @  0.53 last, 0.52 / 0.53 on 7146 shares

PWEI 0 @  0.205 last, 0.205 / 0.215 on 150 shares

XCHC 0.0055 @  0.08 last, 0.074 / 0.0777 on 45850 shares

TRLI 0.0094 @  0.0849 last, 0.076 / 0.0849 on 16200 shares

GRZG 0 @  0.87 last, 0.87 / 0.9 on 8364 shares

VUME -0.007 @  0.078 last, 0.078 / 0.083 on 6100 shares

PBCW -0.0005 @  0.0064 last, 0.0064 / 0.0074 on 4400 shares

LBY 0.01 @  0.06 last, 0.05 / 0.064 on 500000 shares

CBAT 0.08 @  0.2 last, 0.19 / 0.4 on 5000 shares

FNRC -0.0004 @  0.0046 last, 0.0033 / 0.0046 on 433700 shares

[2/1/2013 10:32:10 AM] Brian De Wit-LGM: 1.1m

[2/1/2013 10:32:11 AM] Brian De Wit-LGM: i mean

[2/1/2013 10:32:31 AM] ████████████████: Yes--Vert bought you 1.1MM SWVI @ .37

[2/1/2013 10:32:45 AM] Brian De Wit-LGM: cool

[2/1/2013 10:32:45 AM] Brian De Wit-LGM: thx

[2/1/2013 12:12:02 PM] Brian De Wit-LGM: fyi..put a bid offer in for swvi

[2/1/2013 12:12:05 PM] Brian De Wit-LGM: 1.1mm

[2/1/2013 12:12:21 PM] ████████████████: HI Brian

[2/1/2013 12:12:26 PM] ████████████████: Please advise on level

[2/1/2013 12:12:30 PM] Brian De Wit-LGM: 0.37

[2/1/2013 12:12:39 PM] Brian De Wit-LGM: it's in..yes?

[2/1/2013 12:12:40 PM] ████████████████: Vert ?

[2/1/2013 12:12:45 PM] Brian De Wit-LGM: no..I put it in the platform

[2/1/2013 12:12:47 PM] ████████████████: Your 1.1filled @ .37

[2/1/2013 12:12:48 PM] Brian De Wit-LGM: vandy

[2/1/2013 12:12:52 PM] ████████████████: Ah

[2/1/2013 12:12:53 PM] ████████████████: Sold

[2/1/2013 12:12:54 PM] Brian De Wit-LGM: thx

[2/1/2013 12:12:54 PM] ████████████████: sorry

[2/1/2013 12:12:56 PM] Brian De Wit-LGM: np

[2/1/2013 12:12:58 PM] ████████████████: 2 seconds

[2/1/2013 12:13:00 PM] Brian De Wit-LGM: k

[2/1/2013 12:13:08 PM] Brian De Wit-LGM: that was fast!

[2/1/2013 12:13:11 PM] Brian De Wit-LGM: nice work

[2/1/2013 12:13:16 PM] ████████████████: You SOLD 1.1MM at .37

[2/1/2013 12:13:19 PM] ███████████████: took 3 seconds

[2/1/2013 12:13:21 PM] ███████████████: VNDM

[2/1/2013 12:13:26 PM] Brian De Wit-LGM: wow

[2/1/2013 12:13:29 PM] ███████████████: ou BOUGHT 1.1MM with Vert earlier @ .37

[2/1/2013 12:13:35 PM] Brian De Wit-LGM: ok..no prob

[2/1/2013 12:13:35 PM] ███████████████: Flat for scratch

[2/1/2013 12:13:39 PM] Brian De Wit-LGM: thx

[2/1/2013 12:13:53 PM] ███████████████: Bid @ .35 with vert now for 1MM

[2/1/2013 12:13:57 PM] ███████████████: 94K filled on it

[2/1/2013 12:14:03 PM] Brian De Wit-LGM: great..ok..still kinda quiet today

[2/1/2013 12:14:05 PM] Brian De Wit-LGM: compared to yest

[2/1/2013 12:14:09 PM] ███████████████: That is only trade in the name working

[2/1/2013 12:14:43 PM] Brian De Wit-LGM: great..will see if this starts moving up

[2/1/2013 12:14:46 PM] Brian De Wit-LGM: will work slowly again

[2/1/2013 12:14:48 PM] Brian De Wit-LGM: retai selling

[2/1/2013 12:28:56 PM] ███████████████: GRZG--you're easily making sales

[2/1/2013 12:29:19 PM] Brian De Wit-LGM: yeah..nice

[2/1/2013 12:45:30 PM] Brian De Wit-LGM: did you say that you could route to ARCA?

[2/1/2013 12:45:44 PM] ███████████████: We can ask SUNR to rep us as ARCA

[2/1/2013 12:45:51 PM] Brian De Wit-LGM: nice..and ATDF..yes?

[2/1/2013 12:46:05 PM] ███████████████: We can put in the notes and they will rep ARCA or ATDF. Just have to put in notes.

[2/1/2013 12:46:20 PM] Brian De Wit-LGM: ok..I might mix it up then

[2/1/2013 12:46:30 PM] ███████████████: Let me help however I can

[2/1/2013 12:46:47 PM] Brian De Wit-LGM: let's offer 25k with ARCA at 0.377 swvi

[2/1/2013 12:46:52 PM] ███████████████: On it

1299

[2/1/2013 2:55:58 PM] ███████████████ : Brian--you have 27,750,354 SWVI as I type. When the 20mm FLIP is complete--you will still have 7MM+ of the U.S. line--in case you get more active.

[2/1/2013 2:56:41 PM] ███████████████ : Your BID for 1MM shares with Vert back at .35 is the only order in the name working.

[2/1/2013 2:56:51 PM] ███████████████ : SWVI 0.016 @ 0.395 last, 0.395 / 0.3975 on 10716899 shares

TRTC 0.04 @ 0.57 last, 0.565 / 0.57 on 599495 shares

PWEI 0.01 @ 0.215 last, 0.215 / 0.22 on 89249 shares

XCHC 0.0385 @ 0.113 last, 0.113 / 0.119 on 1848608 shares

TRLI -0.0188 @ 0.0661 last, 0.0661 / 0.0775 on 12570 shares

GRZG -0.01 @ 0.86 last, 0.86 / 0.88 on 80487 shares

VUME -0.006 @ 0.079 last, 0.077 / 0.079 on 347807 shares

PBCW -0.0005 @ 0.0064 last, 0.0064 / 0.007 on 61400 shares

LBY 0.01 @ 0.06 last, 0.05 / 0.064 on 500000 shares

CBAT 0.08 @ 0.2 last, 0.19 / 0.4 on 5000 shares

FNRC 0 @ 0.0046 last, 0.0041 / 0.0046 on 197270 shares

DMHI 0.2 @ 0.25 last, 0.165 / 0.3 on 15000 shares

HIDC 0.15 @ 0.2 last, 0.155 / 0.25 on 20000 shares

LTCH -0.0495 @ 0.45 last, 0.436 / 0.5 on 11480 shares

SMAK -0.014 @ 0.106 last, 0.1066 / 0.125 on 47400 shares

PIEXE -0.04 @ 0.31 last, 0.31 / 0.35 on 2300 shares

[2/1/2013 2:57:18 PM] Brian De Wit-LGM: thx...I will be liquidating that 7mm over the next little while

[2/1/2013 3:02:39 PM] ███████████████ : No push--just like seeing you with a monster gain into a stock with volume and an uptick.  Here if you need me.

[2/1/2013 3:03:05 PM] Brian De Wit-LGM: me too

[2/1/2013 3:03:09 PM] Brian De Wit-LGM: thx

[2/1/2013 3:03:21 PM] ███████████████ : PWEI getting exciting again too....