# EXHIBIT 2

[3/4/2013 4:38:10 PM] Brian De Wit-LGM: thank you very much

[3/4/2013 4:39:57 PM] ███████, Caledonian: got it?

[3/4/2013 4:40:03 PM] Brian De Wit-LGM: checking

[3/4/2013 4:40:28 PM] Brian De Wit-LGM: awesome!

[3/4/2013 5:28:30 PM] Brian De Wit-LGM: joe..can you quickly shoot me the cusip for PPTF

[3/4/2013 5:28:36 PM] Brian De Wit-LGM: progaming platforms

[3/4/2013 5:28:57 PM] ███████ Caledonian: 2 secs

[3/4/2013 5:30:28 PM] ███████ Caledonian: 74318U105

[3/4/2013 5:33:45 PM] Brian De Wit-LGM: thx

[3/5/2013 9:21:18 AM] Brian De Wit-LGM: GM guys

[3/5/2013 9:21:29 AM] ███████, Caledonian: Morning

[3/5/2013 9:21:37 AM] Brian De Wit-LGM: can you bid for 20k NORX in the pre market if you can at 0.34

[3/5/2013 9:21:38 AM] Brian De Wit-LGM: day order

[3/5/2013 9:21:46 AM] ███████████████: Good morning

[3/5/2013 9:21:50 AM] ███████████████: Will do

[3/5/2013 9:21:59 AM] Brian De Wit-LGM: thx

[3/5/2013 9:22:07 AM] ███████████████: Nostra Energy?

[3/5/2013 9:22:09 AM] ███████████████: US or CAD?

[3/5/2013 9:22:14 AM] Brian De Wit-LGM: hmm

[3/5/2013 9:22:22 AM] ███████████████: NORX US is Nostra Energy, .02 bid/no offer

[3/5/2013 9:22:34 AM] Brian De Wit-LGM: wait for me for a min

[3/5/2013 9:23:18 AM] ███████████████: NORX has never traded and is .02 bid, Nostra Energy,.

[3/5/2013 9:23:21 AM] ███████████████: Nothing working

[3/5/2013 9:23:31 AM] Brian De Wit-LGM: ok..just getting some light

[3/5/2013 9:24:05 AM] Brian De Wit-LGM: ok..confirmed..day order bid on NORX, us stock

[3/5/2013 9:24:40 AM] ███████████████ : OK--NORX, Nostra Energy, bidding

[3/5/2013 9:24:42 AM] ███████████████ : .34?

[3/5/2013 9:24:43 AM] Brian De Wit-LGM: thx

[3/5/2013 9:25:03 AM] Brian De Wit-LGM: yes

[3/5/2013 9:25:04 AM] Brian De Wit-LGM: 0.34

[3/5/2013 9:25:52 AM] ███████████████ : OK--this is in--but this feels weird/wrong stock

[3/5/2013 9:27:10 AM] Brian De Wit-LGM: I know...same here..just following orders like a good sailor

[3/5/2013 9:27:43 AM] ███████████████ : .34 bid reflected

[3/5/2013 9:27:54 AM] Brian De Wit-LGM: thx

[3/5/2013 9:27:58 AM] ███████████████ : *NORSTRA NAMES NEW CEO

[3/5/2013 9:28:02 AM] ███████████████ : That is all  I see

[3/5/2013 9:29:40 AM] Brian De Wit-LGM: REDG 2 bids

[3/5/2013 9:29:45 AM] ██████, Caledonian: go

[3/5/2013 9:29:50 AM] Brian De Wit-LGM: 1mm with sunr at 0.142, no show

[3/5/2013 9:29:55 AM] Brian De Wit-LGM: 1mm with vert at 0.14

[3/5/2013 9:29:58 AM] Brian De Wit-LGM: 0.143

[3/5/2013 9:30:06 AM] ███████████████ : On it

[3/5/2013 9:30:06 AM] Brian De Wit-LGM: .143 is correct for vert

[3/5/2013 9:30:09 AM] Brian De Wit-LGM: no show on both

[3/5/2013 9:30:52 AM] ███████████████ : Vert is in

[3/5/2013 9:30:56 AM] Brian De Wit-LGM: thx

[3/5/2013 9:31:02 AM] ██████, Caledonian: Sunr as well

[3/5/2013 9:31:02 AM] Brian De Wit-LGM: nice

[3/5/2013 9:31:20 AM] Brian De Wit-LGM: make sure vert is 0.143

[3/5/2013 9:31:24 AM] Brian De Wit-LGM: i see them at 0.14

[5/6/2013 10:17:15 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓: Understood--Just making sure.

[5/6/2013 10:17:18 AM] Brian De Wit-LGM: thx

[5/6/2013 10:17:26 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓: I had my original 70K from early on and you just added 100K

[5/6/2013 10:20:03 AM] Brian De Wit-LGM: cool

[5/6/2013 11:03:11 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓: Brian---Wallach Beth got spooked by our OTC flow.

[5/6/2013 11:03:21 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓: I am speaking with them--but for now, they are on hold.

[5/6/2013 11:03:31 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓: Please don't send them anything new in OTC for now.

[5/6/2013 11:03:37 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓: I will remove them for now.

[5/6/2013 11:06:40 AM] Brian De Wit-LGM: ok

[5/6/2013 12:01:34 PM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓: MULI 0.09 @ 0.62 last, 0.595 / 0.62 on 2064438 shares

GNIN -0.096 @ 0.525 last, 0.521 / 0.525 on 1578748 shares

TALK 0.07 @ 1.21 last, 1.21 / 1.22 on 1236353 shares

LOTE 0.24 @ 7.57 last, 7.55 / 7.57 on 301274 shares

NORX 0.026 @ 0.715 last, 0.71 / 0.715 on 595805 shares

GRZG -0.001 @ 0.236 last, 0.236 / 0.27 on 16170 shares

TRTC -0.0023 @ 0.16 last, 0.155 / 0.1669 on 53870 shares

XUII -0.019 @ 0.21 last, 0.2091 / 0.212 on 4035754 shares

LBY -0.002 @ 0.045 last, 0.04 / 0.048 on 107661 shares

DCGD 0.003 @ 0.026 last, 0.026 / 0.0279 on 143757 shares

NHUR -0.01 @ 0.89 last, 0.83 / 0.89 on 745101 shares

TRLI -0.01 @ 0.04 last, 0.03 / 0.044 on 135000 shares

HIDC -0.0011 @ 0.0047 last, 0.0047 / 0.0049 on 8126724 shares

LTCH 0.0748 @ 0.2398 last, 0.165 / 0.2397 on 500 shares

SMAK -0.0027 @ 0.0508 last, 0.0508 / 0.0534 on 80690 shares

BBRY 0.1001 @ 15.7301 last, 15.73 / 15.74 on 14807355 shares

[6/11/2013 2:59:24 PM] ███████████████ : All good?

[6/11/2013 2:59:26 PM] ███████████████ : We see them

[6/11/2013 3:00:09 PM] ███████████████ : Ding ding ding

[6/11/2013 3:00:15 PM] Brian De Wit-LGM: thanks..just a client that watches things like a hawe

[6/11/2013 3:00:18 PM] Brian De Wit-LGM: hawk

[6/11/2013 3:00:25 PM] ███████████████ : As do we. Sorry they didn't see.

[6/11/2013 3:45:47 PM] Brian De Wit-LGM: too late to add a GTC?

[6/11/2013 3:46:00 PM] ███████████████ : Never

[6/11/2013 3:46:00 PM] ███████████████ : Shoot

[6/11/2013 3:46:21 PM] Brian De Wit-LGM: can we offer 50k NGRC @ 0.18 as well..AGIS if possible

[6/11/2013 3:47:17 PM] ███████████████ : Will do

[6/11/2013 3:47:22 PM] ███████████████ : GTC

[6/11/2013 3:48:45 PM] Brian De Wit-LGM: yes plz

[6/11/2013 3:48:57 PM] ███████████████ : In chamber. Will be with Aegis for the open, GTC

[6/11/2013 3:49:35 PM] Brian De Wit-LGM: very good and thx

[6/12/2013 7:58:49 AM] ███████████████ : Good morning Brian-

The 1.8MM NORX transfer has settled.  We will get this in and reflected for you.

[6/12/2013 8:05:09 AM] Brian De Wit-LGM: thank you.,..can you email ████████ @hushmail.com to let her know?

[6/12/2013 8:05:20 AM] Brian De Wit-LGM: she reminds me to book things.... ;)

[6/12/2013 8:05:30 AM] ███████████████ : Indeed

[6/12/2013 8:06:51 AM] ███████████████ : Alicia let her know this morning.

[6/12/2013 8:09:06 AM] Brian De Wit-LGM: thanks so much

[6/12/2013 8:09:10 AM] Brian De Wit-LGM: sorry..had to reboot

[6/12/2013 8:26:43 AM] Brian De Wit-LGM: just a question...is vert the only mm that can to RNWB

[6/12/2013 8:26:51 AM] ▆▆▆▆▆▆▆▆▆▆ : Yes

[6/12/2013 8:26:53 AM] ▆▆▆▆▆▆▆▆▆▆ : Sorry

[6/12/2013 8:27:00 AM] ▆▆▆▆▆▆▆▆▆▆ We've spoken to all other relations

[6/12/2013 8:27:06 AM] ▆▆▆▆▆▆▆▆▆▆ : No one else wants to touch

[6/12/2013 8:27:09 AM] Brian De Wit-LGM: all good

[6/12/2013 8:27:11 AM] ▆▆▆▆▆▆▆▆▆▆ : I worry we may lose Vert over it

[6/12/2013 8:27:18 AM] ▆▆▆▆▆▆▆▆▆▆ : Their compliance isn't liking it

[6/12/2013 8:27:53 AM] Brian De Wit-LGM: XUII bid 1mm 0.135 and show full size

[6/12/2013 8:27:57 AM] Brian De Wit-LGM: your choice MM

[6/12/2013 8:28:18 AM] Brian De Wit-LGM: day order

[6/12/2013 8:28:41 AM] ▆▆▆▆ , Caledonian: in

[6/12/2013 8:29:04 AM] Brian De Wit-LGM: thx

[6/12/2013 8:30:47 AM] Brian De Wit-LGM: plz move my xuii bid up to 0.14

[6/12/2013 8:30:51 AM] ▆▆▆▆▆▆▆▆▆▆ : ON it

[6/12/2013 8:30:55 AM] Brian De Wit-LGM: thx

[6/12/2013 8:42:38 AM] Brian De Wit-LGM: on my 300k domk order...can you switch to VERT in a nice way

[6/12/2013 8:42:44 AM] Brian De Wit-LGM: sorry.I put with agis then the client called back

[6/12/2013 8:42:50 AM] ▆▆▆▆▆▆▆▆▆▆ : Will do

[6/12/2013 8:43:18 AM] Brian De Wit-LGM: RNWB have vert offer 50k at 0.159, day

[6/12/2013 8:43:49 AM] Brian De Wit-LGM: can you move my xuii bid up to 0.144

[6/12/2013 8:44:08 AM] ▆▆▆▆▆▆▆▆▆▆ : XUII amended

[6/12/2013 8:44:25 AM] Brian De Wit-LGM: thx

[6/12/2013 8:47:56 AM] ▆▆▆▆▆▆▆▆▆▆ : DOMK all done at Vert

[6/12/2013 8:48:03 AM] ▆▆▆▆▆▆▆▆▆▆ XUII--we are well behind now

[6/12/2013 8:48:17 AM] Brian De Wit-LGM: thanks