# EXHIBIT 3

PBCW 0.0005 @  0.0239 last, 0.0235 / 0.024 on 145300 shares

LBY 0 @  0.05 last, 0.05 / 0.054 on 248000 shares

CBAT -0.05 @  0.3 last, 0.3 / 0.34 on 5000 shares

FNRC -0.0012 @  0.0077 last, 0.0076 / 0.0079 on 495670 shares

DMHI 0.0011 @  0.017 last, 0.012 / 0.016 on 150000 shares

HIDC -0.0031 @  0.018 last, 0.0181 / 0.0185 on 2670154 shares

LTCH 0.04 @  0.2 last, 0.15 / 0.3 on 15561 shares

SMAK  -0.0005 @  0.053 last, 0.0416 / 0.053 on 2820 shares

MELY 0 @  0.007 last, 0.007 / 0.0075 on 10000 shares

[4/9/2013 8:47:52 AM] Brian De Wit-LGM: on GNIN...now give vert a limit of 1.3 on their market not held offer

[4/9/2013 8:47:56 AM]           Caledonian: will do

[4/9/2013 8:48:01 AM] Brian De Wit-LGM: thx

[4/9/2013 8:48:04 AM]                     : AMending to 1.30

[4/9/2013 8:48:07 AM] Brian De Wit-LGM: thx

[4/9/2013 8:49:16 AM] Brian De Wit-LGM: bid 3mm at 0.42 with vert on GOFF, day and NO show

[4/9/2013 8:49:19 AM] Brian De Wit-LGM: lgm

[4/9/2013 8:49:23 AM]                     : ON IT

[4/9/2013 8:50:12 AM]                     : BIDDING

[4/9/2013 8:50:19 AM] Brian De Wit-LGM: thx

[4/9/2013 8:50:23 AM]                     : Talked to JIm

[4/9/2013 8:50:24 AM]                     NO size

[4/9/2013 8:50:29 AM] Brian De Wit-LGM: yeah..no size

[4/9/2013 8:50:29 AM]                     : .42 bid for 3MM

[4/9/2013 8:50:32 AM] Brian De Wit-LGM: thank you

[4/9/2013 8:54:39 AM] ███████████████ : Brian--We have EGE, new broker, with us today. Want me to try them for the next GOFF order?

[4/9/2013 8:54:44 AM] ███████████████ : Thinking you may want to spread

[4/9/2013 8:54:52 AM] ███████████████ : EGE or Aegis or VNDM

[4/9/2013 8:54:52 AM] Brian De Wit-LGM: thank yoiu so much

[4/9/2013 8:54:54 AM] ███████████████ : Just trying to help

[4/9/2013 8:55:12 AM] Brian De Wit-LGM: no worries..all good

[4/9/2013 8:55:21 AM] Brian De Wit-LGM: now if they are a BD, who can they route to?

[4/9/2013 8:55:38 AM] Brian De Wit-LGM: and don't say "your momma"

[4/9/2013 8:55:49 AM] ███████████████ : EGE go direct to FANCY

[4/9/2013 8:55:49 AM] ███████, Caledonian: AGIS can post in NITE or AGIS, EGE uses multiple will confirm

[4/9/2013 8:55:53 AM] ███████████████ : AGIS uses NITE

[4/9/2013 8:56:04 AM] Brian De Wit-LGM: EGE can go fancy?

[4/9/2013 8:56:06 AM] Brian De Wit-LGM: that is great

[4/9/2013 8:56:11 AM] ███████████████ : Yes

[4/9/2013 8:56:14 AM] ███████████████ : BUt shh

[4/9/2013 8:56:17 AM] Brian De Wit-LGM: of course

[4/9/2013 8:56:23 AM] Brian De Wit-LGM: you guys never cease to amaze me

[4/9/2013 8:56:28 AM] ███████████████ : We want to give you first crack at new brokers

[4/9/2013 8:56:36 AM] Brian De Wit-LGM: thx

[4/9/2013 8:56:50 AM] ████████ Caledonian: EGE on fix and AGIS by End of the week

[4/9/2013 8:56:54 AM] Brian De Wit-LGM: with all this stressful trading...I need some crack

[4/9/2013 8:57:01 AM] Brian De Wit-LGM: great and thank you

[4/9/2013 9:22:53 AM] ███████████████ : Hi Brian---GOFF seems to have based. We are bidding balance at .42 for you.

[10/9/2012 8:19:56 AM] ███████, Caledonian: ready for it

[10/9/2012 8:20:01 AM] Brian De Wit-LGM: thx

[10/9/2012 8:22:39 AM] ███████████████: Brian-your order for Clearwater is in and working. Nothing is working for TAGG

[10/9/2012 8:22:45 AM] Brian De Wit-LGM: thx

[10/9/2012 8:30:41 AM] Brian De Wit-LGM: hmm...so much for a big open...

[10/9/2012 8:30:50 AM] ███████████████: Yea--nothing on the open yet

[10/9/2012 8:30:53 AM] ███████████████: BMA is there

[10/9/2012 8:31:01 AM] Brian De Wit-LGM: here's volume

[10/9/2012 8:32:00 AM] Brian De Wit-LGM: can you make sure that VNDM and SUNR get in the box on PWEI

[10/9/2012 8:32:12 AM] ███████ Caledonian: no orders yet

[10/9/2012 8:32:21 AM] Brian De Wit-LGM: ok..thx..no probs..soon coe

[10/9/2012 8:32:24 AM] Brian De Wit-LGM: come

[10/9/2012 8:32:39 AM] ███████████████: Got it--We only have the 1 BMA MNH order from you for 3MM, PWEI

[10/9/2012 8:33:10 AM] Brian De Wit-LGM: thx..no probs

[10/9/2012 8:33:13 AM] Brian De Wit-LGM: just watching

[10/9/2012 8:36:08 AM] Brian De Wit-LGM: plz cxl PWEI with BMA

[10/9/2012 8:36:11 AM] Brian De Wit-LGM: quick and thx

[10/9/2012 8:36:12 AM] ███████, Caledonian: cx PWEI

[10/9/2012 8:36:15 AM] Brian De Wit-LGM: yes

[10/9/2012 8:36:57 AM] ███████████████: On with BMA now

[10/9/2012 8:38:48 AM] ███████████████: 1.2MM sold with BMA

[10/9/2012 8:38:52 AM] ███████████████: Nothing working now

[10/9/2012 8:38:53 AM] ███████████████: #PWEI

[10/9/2012 8:38:59 AM] Brian De Wit-LGM: many thx

[10/9/2012 8:39:08 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓: Nice volume

[10/9/2012 8:53:19 AM] Brian De Wit-LGM: can you give sunr and vndm 500k each TAGG to offer retail

[10/9/2012 8:53:25 AM] ▓▓▓▓▓, Caledonian: will do

[10/9/2012 8:53:28 AM] Brian De Wit-LGM: let's give 0.14 lim

[10/9/2012 8:53:32 AM] Brian De Wit-LGM: but work it

[10/9/2012 8:53:33 AM] ▓▓▓▓▓, Caledonian: sure thing

[10/9/2012 8:54:00 AM] ▓▓▓▓▓ Caledonian: clearwater?

[10/9/2012 8:54:13 AM] Brian De Wit-LGM: no..lgm

[10/9/2012 8:54:15 AM] Brian De Wit-LGM: for TAGG

[10/9/2012 8:54:31 AM] Brian De Wit-LGM: this is a TAGG order and not PWEI

[10/9/2012 8:54:32 AM] Brian De Wit-LGM: thx

[10/9/2012 8:54:36 AM] ▓▓▓▓▓, Caledonian: TAGG

[10/9/2012 8:54:39 AM] Brian De Wit-LGM: yes...thx

[10/9/2012 8:55:50 AM] Brian De Wit-LGM: for clearwater..plz have VNDM offer 15mm PWEI @ 0.17

[10/9/2012 8:56:01 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓: I will call this in

[10/9/2012 8:56:04 AM] Brian De Wit-LGM: thx

[10/9/2012 8:56:39 AM] ▓▓▓▓▓, Caledonian: TAGG in

[10/9/2012 8:56:47 AM] Brian De Wit-LGM: thx

[10/9/2012 8:57:08 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓: Vandham has -15MM PWEI @ .17 low

[10/9/2012 8:57:15 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓: Clearwater

[10/9/2012 8:57:30 AM] Brian De Wit-LGM: tell them to hit hard

[10/9/2012 8:57:39 AM] ▓▓▓▓▓, Caledonian: calling

[10/9/2012 8:57:41 AM] Brian De Wit-LGM: thx

[10/9/2012 8:59:03 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓: They are hitting

[10/9/2012 8:59:05 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓: You can see prints

[10/9/2012 8:59:07 AM] Brian De Wit-LGM: thank you

[10/9/2012 8:59:12 AM] Brian De Wit-LGM: yes..very good

[10/9/2012 9:00:55 AM] Brian De Wit-LGM: cxl the tagg

[10/9/2012 9:00:59 AM] ████, Caledonian: cx tagg

[10/9/2012 9:01:04 AM] Brian De Wit-LGM: thx

[10/9/2012 9:01:05 AM] ████████: Killing TAGG

[10/9/2012 9:01:19 AM] ████████: leaving PWEI

[10/9/2012 9:01:21 AM] Brian De Wit-LGM: y

[10/9/2012 9:01:40 AM] ████, Caledonian: TAGG Cxl

[10/9/2012 9:01:48 AM] Brian De Wit-LGM: thx

[10/9/2012 9:02:07 AM] ████████: Tagg was completed--we are done, nothing working (VAND)

[10/9/2012 9:02:18 AM] ████████: On PWEI-we are half way done. I told them to get cranking

[10/9/2012 9:02:22 AM] Brian De Wit-LGM: thx

[10/9/2012 9:02:23 AM] ████████: VAND

[10/9/2012 9:03:10 AM] Brian De Wit-LGM: ok..we are cxld tagg..yes?

[10/9/2012 9:03:15 AM] ████ Caledonian: yes

[10/9/2012 9:03:20 AM] ████, Caledonian: VANDY and Sunr

[10/9/2012 9:03:22 AM] Brian De Wit-LGM: great

[10/9/2012 9:04:16 AM | Edited by ████████, 9:05:14 AM] ████, Caledonian: -15MM PWEI @ .1752

[10/9/2012 9:04:19 AM] ████, Caledonian: .

[10/9/2012 9:04:21 AM | Removed by ████████, 9:05:20 AM] ████, Caledonian: This message has been removed.

[10/9/2012 9:05:23 AM] Brian De Wit-LGM: offer another 13mm PWEI @ 0.17 low

[10/9/2012 9:05:25 AM] Brian De Wit-LGM: same way

376

TRLI -0.0156 @  0.061 last, 0.063 / 0.0765 on 30000 shares

GRZG 0.01 @  0.35 last, 0.34 / 0.35 on 27890 shares

VUME 0 @  0.0119 last, 0.009 / 0.0119 on 9000 shares

PBCW 0.0057 @  0.016 last, 0.0145 / 0.016 on 7802673 shares

LBY -0.005 @  0.05 last, 0.05 / 0.055 on 55310 shares

CBAT 0.02 @  0.32 last, 0.3 / 0.35 on 2500 shares

FNRC -0.0001 @  0.0084 last, 0.0084 / 0.0085 on 9639385 shares

DMHI -0.0002 @  0.0088 last, 0.0089 / 0.0089 on 1679038 shares

HIDC -0.05 @  0.15 last, 0.101 / 0.2 on 10000 shares

LTCH 0.029 @  0.18 last, 0.18 / 0.21 on 80747 shares

SMAK  -0.001 @  0.056 last, 0.056 / 0.058 on 286410 shares

MELY -0.0013 @  0.0062 last, 0.0062 / 0.0074 on 8470 shares

[4/4/2013 2:49:31 PM] Brian De Wit-LGM: let's see how it closes

[4/4/2013 2:49:41 PM] ▮▮▮▮▮▮▮▮▮▮▮▮ : Probably HOD

[4/4/2013 2:55:24 PM] ▮▮▮▮▮▮▮▮▮▮▮▮ : THis GOFF is  a PONY

[4/4/2013 2:56:19 PM] Brian De Wit-LGM: wow

[4/4/2013 2:56:31 PM] ▮▮▮▮▮▮▮▮▮▮▮▮ :  GOFF 0.1186 @  0.5811 last, 0.581 / 0.5811 on 18741118 shares

TRTC -0.0148 @  0.1802 last, 0.1805 / 0.189 on 531793 shares

PWEI 0.01 @  0.2 last, 0.19 / 0.2 on 211069 shares

XCHC 0.004 @  0.084 last, 0.075 / 0.084 on 207095 shares

TRLI -0.0156 @  0.061 last, 0.063 / 0.0765 on 30000 shares

GRZG 0.01 @  0.35 last, 0.34 / 0.35 on 27890 shares

VUME 0 @  0.0119 last, 0.009 / 0.0119 on 9000 shares

PBCW 0.0057 @  0.016 last, 0.016 / 0.0165 on 7823046 shares

LBY -0.005 @  0.05 last, 0.05 / 0.055 on 55310 shares

1714

CBAT 0.02 @  0.32 last, 0.3 / 0.35 on 2500 shares

FNRC 0.0008 @  0.0093 last, 0.0091 / 0.0093 on 10211870 shares

DMHI -0.0002 @  0.0088 last, 0.0089 / 0.0089 on 1679038 shares

HIDC -0.05 @  0.15 last, 0.101 / 0.2 on 10000 shares

LTCH 0.029 @  0.18 last, 0.18 / 0.21 on 80747 shares

SMAK  -0.001 @  0.056 last, 0.056 / 0.058 on 286410 shares

MELY -0.0013 @  0.0062 last, 0.0062 / 0.0074 on 8470 shares

[4/4/2013 3:01:01 PM] ▮▮▮▮▮▮▮▮▮▮▮▮ : PR Newsire

[4/4/2013 3:01:04 PM] ▮▮▮▮▮▮▮▮▮▮▮▮ : "Goff Corporation closed Wednesday's trading session slightly lower on the day after trading higher earlier in the session. Shares of Goff Corporation did pull back around 9% after mainly trading up for the last two weeks. Shares in Goff Corporation have now moved from 0.12 cents to the current price of 0.46 just since the middle of March, giving out potential gains of over 400%. It does look like the initial run up is over for now but considering we saw heavy volume to close on about $23 million there could still be more upside to be traded. We will continue to follow the stock throughout the week to see if it can build from here."

[4/4/2013 3:01:36 PM] Brian De Wit-LGM: thx

[4/4/2013 3:02:28 PM] ▮▮▮▮▮▮▮▮▮▮▮▮ : Brian--I confirm the money has left Alpine--so it will be with our bank today. We will instruct a wire TO RBC as soon as it hits our bank here. (It will hit CWS bank account and then immediately be sent to RBC FFC CWS)

[4/4/2013 3:03:18 PM] Brian De Wit-LGM: it's ok...all good...thanks for your help

[4/4/2013 3:03:54 PM] Brian De Wit-LGM: treasury mgmt is tough sometimes

[4/4/2013 3:04:17 PM] ▮▮▮▮▮▮▮▮▮▮▮▮ : Sending wires isn't...and they charge $475/wire!

[4/4/2013 3:04:27 PM] Brian De Wit-LGM: ouch!

[4/4/2013 3:05:12 PM] ▮▮▮▮▮▮▮▮▮▮▮▮ : Please confirm I am good to send $5MM from CWS banking to RBC for CWS trading.

[4/4/2013 3:05:42 PM] Brian De Wit-LGM: yes..please do so..do you want an email too?

[4/4/2013 3:06:41 PM] Brian De Wit-LGM: how much was moved..I will get Jnr to send you an email

[4/4/2013 3:06:56 PM] Brian De Wit-LGM: or I will

[4/4/2013 3:07:40 PM] ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ : CWS was debited $5,000,075 from their Scottsdale account, but $5,000,000 is being sent to the bank and sent out for you to RBC

[4/4/2013 3:08:03 PM] Brian De Wit-LGM: k

[4/4/2013 3:31:21 PM] ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ : GOFF on the tape

[4/4/2013 3:31:37 PM] ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ : "Goff Corp. Subsidiary Golden Glory Resources Enters Technical Services Agreement With Geoconsultora Fenix For Colombian Gold Exploration

Goff Corporation subsidiary Golden Glory Resources S.A. has engaged Geoconsultora Fenix, a leading Colombian based geological and mineral exploration firm to manage all aspects of exploration development on its La Frontera Gold Project in Caldas, Colombia

MEDELLIN, Colombia, April 4, 2013 (GLOBE NEWSWIRE) -- via PRWEB - Goff Corporation's ("Goff" or "the Company") (OTCQB: GOFF) wholly owned subsidiary Golden Glory Resources S.A. has entered a Technical Services Agreement with Geoconsultora Fenix, S.A.S, a leading Colombian based geological and mineral exploration firm. The agreement covers all aspects of mining exploration on Golden Glory Resources' leases on LGC15011 or the "La Frontera Gold Project" in Caldas, Colombia.

The technical services to be applied by Geoconsultora Fenix include on site soil sampling and analysis, satellite interpretation, cross-cut diamond drilling and analysis, environmental compliance, technical support and in-depth reporting up to and including additional NI43-101 compliant Technical Reports and resource estimates as warranted.

The professional personnel spearheading the efforts are all senior personnel with years of experience on the ground in Colombia working with local mining companies in the region. The project head is Ricardo Valls, P.Geo., M. Sc., who also prepared and authored the March 2013 NI43-101 compliant report on the La Frontera Gold Project.

Ricardo Valls, P.Geo., M. Sc., is a professional geologist with over thirty years in the mining industry. He has extensive geological, geochemical, managerial skills, and a solid background in research techniques, and training of technical personnel.