# **EXHIBIT 4**

[4/30/2013 4:40:04 PM] ▬▬▬▬▬▬▬ : dyxslexitic

[4/30/2013 4:40:05 PM] Brian De Wit-LGM: too much info

[4/30/2013 4:40:17 PM] ▬▬▬▬▬▬▬ : need a spell checker on here

[4/30/2013 4:40:32 PM] ▬▬▬▬▬▬▬ : one like on the iPhone, that would spice the chat up a bit

[4/30/2013 4:40:40 PM] Brian De Wit-LGM: ahh...can I tell you a quick joke...speaking of dyslexia?

[4/30/2013 4:40:53 PM] ▬▬▬▬▬▬▬ : of course, i'm easily offended

[4/30/2013 4:41:11 PM] Brian De Wit-LGM: did you know that I am a member of the Agnostic Dyslexic Insomniac Society?

[4/30/2013 4:41:22 PM] Brian De Wit-LGM: I stay up all night wondering if there is a Dog

[4/30/2013 4:41:40 PM] ▬▬▬▬▬▬▬ : too fuuny

[4/30/2013 4:41:57 PM] Brian De Wit-LGM: ok..I will let you girls get back to work..I am doing data entry and sipping a Carib

[4/30/2013 4:42:00 PM] Brian De Wit-LGM: not a good combo

[4/30/2013 4:42:16 PM] ▬▬▬▬▬▬▬ : the only way

[5/1/2013 8:10:40 AM] ▬▬▬▬▬▬▬ : Good morning Brian

[5/1/2013 8:10:51 AM] Brian De Wit-LGM: gm

[5/1/2013 8:11:27 AM] ▬▬▬▬▬▬▬ : GOFF -0.0033 @ 0.043 last, 0.0443 / 0.0495 on 10000 shares

GNIN -0.032 @ 0.698 last, 0.69 / 0.7 on 511539 shares

PWEI -0.025 @ 0.12 last, 0.12 / 0.146 on 19481 shares

NHUR 0.1 @ 0.81 last, 0.81 / 0.82 on 592264 shares

TRLI 0.0035 @ 0.0635 last, 0.0323 / 0.07 on 26500 shares

GRZG -0.04 @ 0.24 last, 0.231 / 0.29 on 15525 shares

TRTC -0.005 @ 0.155 last, 0.1501 / 0.155 on 436127 shares

TEGY -0.0029 @ 0.052 last, 0.0501 / 0.053 on 38852 shares

LBY -0.002 @ 0.048 last, 0.048 / 0.049 on 294884 shares

DCGD -0.0029 @ 0.02 last, 0.013 / 0.02 on 208850 shares

TCEL 0 @  0.3 last, 0.2 / 0.3 on 5000 shares

DMHI -0.001 @  0.0099 last, 0.0099 / 0.0105 on 91180 shares

HIDC -0.0035 @  0.01 last, 0.0101 / 0.0117 on 16563338 shares

LTCH 0 @  0.165 last, 0.165 / 0.51 on 600 shares

SMAK  0.0036 @  0.0535 last, 0.0506 / 0.0535 on 124700 shares

TALK 0.042 @  1.02 last, 1.03 / 1.03 on 57997 shares

[5/1/2013 8:12:22 AM] Brian De Wit-LGM: can you offer 150k NORX with AGIS, market not held, low 0.70

[5/1/2013 8:12:25 AM] Brian De Wit-LGM: day order

[5/1/2013 8:12:26 AM] ███████████████: On it

[5/1/2013 8:12:36 AM] ███████████████: MNH, but ultimate low of .70

[5/1/2013 8:12:39 AM] ███████████████: Got it

[5/1/2013 8:12:54 AM] Brian De Wit-LGM: thx

[5/1/2013 8:12:59 AM] Brian De Wit-LGM: can I put an upper bound?

[5/1/2013 8:13:04 AM] Brian De Wit-LGM: the client is asking high of 0.73

[5/1/2013 8:13:09 AM] Brian De Wit-LGM: I have never seen an order like that

[5/1/2013 8:13:14 AM] ███████████████: Me either

[5/1/2013 8:13:20 AM] ███████████████: .73 limit then?

[5/1/2013 8:13:21 AM] Brian De Wit-LGM: ok..then keep just the low bound\

[5/1/2013 8:13:23 AM] Brian De Wit-LGM: no..0.70

[5/1/2013 8:13:36 AM] ███████████████: .70 it is (will complete at .73 if it gets there)

[5/1/2013 8:13:38 AM] ███████████████: Cool?

[5/1/2013 8:13:40 AM] Brian De Wit-LGM: sure

[5/1/2013 8:18:56 AM] ███████████████: Hey--before we get busy--please give me a list of 5-10 tickers I should include in your updater as I feel my list is stale.

[5/1/2013 8:19:53 AM] Brian De Wit-LGM: let me look at your list to tell you which to cull

[5/1/2013 8:20:00 AM] ▮▮▮▮▮▮▮▮▮▮ : GOFF -0.0033 @  0.043 last, 0.0443 / 0.0495 on 10000 shares

GNIN -0.032 @  0.698 last, 0.69 / 0.7 on 511539 shares

PWEI -0.025 @  0.12 last, 0.12 / 0.146 on 19481 shares

NHUR 0.1 @  0.81 last, 0.81 / 0.82 on 592264 shares

TRLI 0.0035 @  0.0635 last, 0.0323 / 0.07 on 26500 shares

GRZG -0.04 @  0.24 last, 0.231 / 0.29 on 15525 shares

TRTC -0.005 @  0.155 last, 0.1501 / 0.155 on 436127 shares

TEGY -0.0029 @  0.052 last, 0.0501 / 0.053 on 38852 shares

LBY -0.002 @  0.048 last, 0.048 / 0.049 on 294884 shares

DCGD -0.0029 @  0.02 last, 0.013 / 0.02 on 208850 shares

TCEL 0 @  0.3 last, 0.2 / 0.3 on 5000 shares

DMHI -0.001 @  0.0099 last, 0.0099 / 0.0105 on 91180 shares

HIDC -0.0035 @  0.01 last, 0.0101 / 0.0117 on 16563338 shares

LTCH 0 @  0.165 last, 0.165 / 0.2398 on 600 shares

SMAK  0.0036 @  0.0535 last, 0.0506 / 0.0535 on 124700 shares

TALK 0.042 @  1.02 last, 1.02 / 1.03 on 57997 shares

[5/1/2013 8:20:18 AM] Brian De Wit-LGM: here is a list of orders for XUII

[5/1/2013 8:20:25 AM] ▮▮▮▮▮▮▮▮▮▮ : Ready

[5/1/2013 8:21:16 AM] Brian De Wit-LGM: please sell 200k at 0.155 and every half penny up to 0.25, day

[5/1/2013 8:21:18 AM] Brian De Wit-LGM: that is list one

[5/1/2013 8:21:57 AM] Brian De Wit-LGM: make that top 0.245

[5/1/2013 8:22:16 AM] Brian De Wit-LGM: from 0.25 to 0.30 make it an offer of 500k at each penny

[5/1/2013 8:22:23 AM] ▮▮▮▮▮▮▮▮▮▮ : On it

[5/1/2013 8:22:27 AM] Brian De Wit-LGM: thx

[5/1/2013 8:23:03 AM] Brian De Wit-LGM: plz try to mix up MM's

[5/1/2013 8:23:07 AM] ███████, Caledonian: will do

[5/1/2013 8:23:11 AM] Brian De Wit-LGM: thx

[5/1/2013 8:26:58 AM] Brian De Wit-LGM: sorry to amend..make it 250k every penny from 0.25 to 0.31

[5/1/2013 8:27:02 AM] Brian De Wit-LGM: xuii

[5/1/2013 8:27:27 AM] ███████████████: shit

[5/1/2013 8:27:29 AM] ███████████████: will change

[5/1/2013 8:27:37 AM] Brian De Wit-LGM: make it to 0.40

[5/1/2013 8:27:42 AM] Brian De Wit-LGM: sorry for lightening up

[5/1/2013 8:27:51 AM] ███████████████ go to 40?

[5/1/2013 8:27:57 AM] Brian De Wit-LGM: yes

[5/1/2013 8:27:58 AM] ███████████████ every half penny, 250k?

[5/1/2013 8:28:05 AM] Brian De Wit-LGM: no every penny

[5/1/2013 8:28:21 AM] Brian De Wit-LGM: 250k from 0.25 to 0.4

[5/1/2013 8:28:25 AM] ███████████████ 25-40, every penny, 250l

[5/1/2013 8:28:29 AM] Brian De Wit-LGM: yes

[5/1/2013 8:28:29 AM] Brian De Wit-LGM: thx

[5/1/2013 8:31:27 AM] ███████████████: Getting fills

[5/1/2013 8:31:31 AM] ███████████████: We are out there for you

[5/1/2013 8:31:41 AM] Brian De Wit-LGM: many kind thanks

[5/1/2013 8:32:02 AM] ███████████████: Thank you

[5/1/2013 8:34:04 AM] ███████████████: liftoff

[5/1/2013 8:34:26 AM] Brian De Wit-LGM: thx

[5/1/2013 8:36:25 AM] ██████ Caledonian: -2MM so far

[5/1/2013 8:37:19 AM] Brian De Wit-LGM: you guys..thanks so much...sorry for the stack so close

[5/1/2013 8:37:30 AM] ██████ Caledonian: happy to help on those orders

[5/1/2013 8:37:38 AM] Brian De Wit-LGM: personally I hate them

[5/1/2013 8:37:40 AM] ▓▓▓▓▓, Caledonian: especially on May 1st

[5/1/2013 8:37:50 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓: We like it...

[5/1/2013 8:37:51 AM] Brian De Wit-LGM: ah..yes..new month

[5/1/2013 8:37:56 AM] Brian De Wit-LGM: good..ok..then thank you

[5/1/2013 8:38:05 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓: Our system makes it pretty easy

[5/1/2013 8:38:19 AM] Brian De Wit-LGM: (whew)

[5/1/2013 8:40:53 AM] Brian De Wit-LGM: just looking at your stack...if you cxld the 0.155 for agis..presumably because you bot for someone..should we sell 200k into the market here?

[5/1/2013 8:41:00 AM] Brian De Wit-LGM: or did you give the 0.155 to someone else

[5/1/2013 8:41:11 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓: Interesting

[5/1/2013 8:41:25 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓: Aegis couldn't take on the open as there wasn't a 2-way market

[5/1/2013 8:41:29 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓: Now, they are calling and begging

[5/1/2013 8:41:34 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓: Full suite of brokers now

[5/1/2013 8:41:40 AM] Brian De Wit-LGM: ok..did anyone get the 0.155?

[5/1/2013 8:41:46 AM] ▓▓▓▓▓ Caledonian: no

[5/1/2013 8:41:46 AM] Brian De Wit-LGM: if not..should we sell 200k now?

[5/1/2013 8:41:49 AM] ▓▓▓▓▓ Caledonian: sure

[5/1/2013 8:41:51 AM] Brian De Wit-LGM: ok..thx

[5/1/2013 8:41:56 AM] Brian De Wit-LGM: lets do it

[5/1/2013 8:42:04 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓: We will sell 200K now to make up for the .155

[5/1/2013 8:42:08 AM] Brian De Wit-LGM: ye3s plz

[5/1/2013 8:42:13 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓: They called AT THE BELL saying we couldn't use them

[5/1/2013 8:42:16 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓: Small puke

[5/1/2013 8:42:21 AM] Brian De Wit-LGM: lol

[5/1/2013 8:42:22 AM] Brian De Wit-LGM: all good

[5/1/2013 8:42:25 AM] ▮▮▮▮▮▮▮▮▮▮▮▮▮: We amended the orders with them in 9 seconds

[5/1/2013 8:42:32 AM] Brian De Wit-LGM: jesus..you guys are good

[5/1/2013 8:42:33 AM] ▮▮▮▮▮▮▮▮▮▮▮▮▮: 200K sold to them now

[5/1/2013 8:42:35 AM] Brian De Wit-LGM: thanks

[5/1/2013 8:42:43 AM | Removed 8:43:25 AM] Brian De Wit-LGM: This message has been removed.

[5/1/2013 8:42:56 AM] ▮▮▮▮▮▮▮▮▮▮▮▮▮: ...and THERE'S the cheap shot

[5/1/2013 8:43:00 AM] Brian De Wit-LGM: lolol

[5/1/2013 8:43:07 AM] ▮▮▮▮▮▮▮▮▮▮▮▮▮: XUII...those were BUY orders..right?

[5/1/2013 8:43:12 AM] Brian De Wit-LGM: lolol

[5/1/2013 8:43:17 AM] Brian De Wit-LGM: ok....I will take that back

[5/1/2013 8:44:33 AM] ▮▮▮▮▮▮▮▮▮▮▮▮▮: Now I got your attention

[5/1/2013 8:45:04 AM] Brian De Wit-LGM: indeed

[5/1/2013 8:45:20 AM] ▮▮▮▮▮▮▮▮▮▮▮▮▮: FYI--you have 6.6MM shares left with me and 10mm in process

[5/1/2013 8:45:30 AM] Brian De Wit-LGM: thx

[5/1/2013 8:46:01 AM] ▮▮▮▮▮▮▮▮▮▮▮▮▮: 10MM was processed and sent to RBC yesterday

[5/1/2013 8:46:09 AM] ▮▮▮▮▮▮▮▮▮▮▮▮▮: In meantime, you have 6MM+ left

[5/1/2013 8:46:16 AM] Brian De Wit-LGM: thx

[5/1/2013 8:46:23 AM] ▮▮▮▮▮▮▮▮▮▮▮▮▮: Let us know how we can help

[5/1/2013 8:46:39 AM] Brian De Wit-LGM: you bet..there is 17mm more that alicia/dom/paula are working on

[5/1/2013 8:46:44 AM] Brian De Wit-LGM: the three amigas

[5/1/2013 8:46:53 AM] ▮▮▮▮▮▮▮▮▮▮▮▮▮: Yea---10MM was started yesterday

[5/1/2013 8:47:07 AM] Brian De Wit-LGM: thx..that was that DAP from gutenberg

[5/1/2013 8:47:25 AM] ▮▮▮▮▮▮▮▮▮▮▮▮▮: 10MM was the DAP, not seeing 17mm

[5/1/2013 8:48:38 AM] Brian De Wit-LGM: I think we are trying to get proper notes on our side first

[5/1/2013 8:48:57 AM] Brian De Wit-LGM: on XUII you can cxl any outstanding order below 0.25

[5/1/2013 8:49:01 AM] Brian De Wit-LGM: that is working

[5/1/2013 8:49:25 AM] ▇▇▇▇▇▇▇▇▇▇▇▇▇▇: BELOW .25, we will kill

[5/1/2013 8:49:56 AM] ▇▇▇▇ Caledonian: we are at 25n now everything has filled

[5/1/2013 8:50:04 AM] Brian De Wit-LGM: ok..cool.thx

[5/1/2013 8:50:06 AM] Brian De Wit-LGM: all good

[5/1/2013 8:52:26 AM] Brian De Wit-LGM: CWS is selling that 300k GOFF with vert

[5/1/2013 8:52:29 AM] Brian De Wit-LGM: that ok?

[5/1/2013 8:52:59 AM] ▇▇▇▇▇▇▇▇▇▇▇▇▇▇: We can take that. That will make CWS flat. ▇ confirming since we bought yesterday

[5/1/2013 8:53:08 AM] Brian De Wit-LGM: yeah..want to use same mm

[5/1/2013 8:53:12 AM] ▇▇▇▇▇▇▇▇▇▇▇▇▇▇: Vert at their limit on XUII

[5/1/2013 8:53:12 AM] Brian De Wit-LGM: so giving you the choice

[5/1/2013 8:53:17 AM] Brian De Wit-LGM: ok

[5/1/2013 8:54:06 AM] Brian De Wit-LGM: ok..will you have to swap out their orders over 0.25 on xuii?

[5/1/2013 8:54:12 AM] Brian De Wit-LGM: I give you discretion as to which MM

[5/1/2013 8:54:13 AM] ▇▇▇▇▇▇, Caledonian: yep

[5/1/2013 8:54:24 AM] Brian De Wit-LGM: plz go ahead and swap out

[5/1/2013 8:54:37 AM] ▇▇▇▇▇▇, Caledonian: changing

[5/1/2013 8:54:40 AM] Brian De Wit-LGM: thx

[5/1/2013 8:55:20 AM] ▇▇▇▇▇▇▇▇▇▇▇▇▇▇: Took out Vert and mixed many in

[5/1/2013 8:55:28 AM] Brian De Wit-LGM: thx

[5/1/2013 8:55:31 AM] ▇▇▇▇▇▇▇▇▇▇▇▇▇▇: Aegis, EGE, VNDM, Wallach

[5/1/2013 8:55:35 AM] Brian De Wit-LGM: cool

[5/1/2013 9:03:59 AM] ███████, Caledonian: Vandy rang - seeing some known shorters coming in @ the .25 level

[5/1/2013 9:04:53 AM] Brian De Wit-LGM: ok..thx

[5/1/2013 9:11:31 AM] ███████████████: 5,525,000 left on XUII

Lowest offer is .27

[5/1/2013 9:12:05 AM] Brian De Wit-LGM: thx

[5/1/2013 9:14:06 AM] ███████████████: UPDATED

[5/1/2013 9:14:07 AM] ███████████████: XUII 0.15 @ 0.25 last, 0.252 / 0.257 on 26222858 shares

GNIN -0.008 @ 0.69 last, 0.69 / 0.7 on 51088 shares

TALK 0.07 @ 1.09 last, 1.08 / 1.09 on 841662 shares

LOTE 0.57 @ 8.82 last, 8.81 / 8.82 on 195273 shares

TRLI -0.0305 @ 0.033 last, 0.0325 / 0.05 on 35000 shares

GRZG 0 @ 0.24 last, 0.24 / 0.28 on 1500 shares

TRTC 0.0126 @ 0.1676 last, 0.158 / 0.17 on 28075 shares

TEGY 0 @ 0.052 last, 0.052 / 0.053 on 17500 shares

LBY -0.002 @ 0.048 last, 0.048 / 0.049 on 294884 shares

DCGD 0 @ 0.02 last, 0.0137 / 0.0199 on 9100 shares

NHUR 0.09 @ 0.9 last, 0.89 / 0.9 on 202871 shares

DMHI -0.001 @ 0.0099 last, 0.0099 / 0.0105 on 91180 shares

HIDC -0.0022 @ 0.0078 last, 0.0072 / 0.0078 on 6043505 shares

LTCH 0 @ 0.165 last, 0.165 / 0.2399 on 600 shares

SMAK 0 @ 0.0535 last, 0.052 / 0.0535 on 5888 shares

BBRY -0.43 @ 15.86 last, 15.85 / 15.86 on 11222177 shares

[5/1/2013 9:16:18 AM] ███████████████: So far, we have sold 4.5MM shares of XUII for you

[5/1/2013 9:18:08 AM] Brian De Wit-LGM: thx

[5/1/2013 9:21:17 AM] Brian De Wit-LGM: BLGX bid for 1500 at 2.95

[5/1/2013 9:21:20 AM] Brian De Wit-LGM: day

[5/1/2013 9:21:23 AM] ███████████████ : On it

[5/1/2013 9:21:28 AM] Brian De Wit-LGM: with agis plz

[5/1/2013 9:21:32 AM] ███████████████ : bidding

[5/1/2013 9:29:54 AM] ███████████████ : .27 is our nearest offer on XUII

[5/1/2013 9:29:57 AM] ███████████████ : That is the HOD--FYI

[5/1/2013 9:30:08 AM] Brian De Wit-LGM: thank you

[5/1/2013 9:30:18 AM] Brian De Wit-LGM: I knew that 0.40 was ridiculous

[5/1/2013 9:30:22 AM] Brian De Wit-LGM: but..what can you do

[5/1/2013 9:30:30 AM] ██████, Caledonian: high hopes

[5/1/2013 9:30:31 AM] ███████████████ : Fine with us

[5/1/2013 9:30:40 AM] ███████████████ : Let us know if you want to shift levels down

[5/1/2013 9:30:59 AM] Brian De Wit-LGM: np

[5/1/2013 9:33:23 AM] ██████, Caledonian: NHUR our bid is in with EGE - sending to Vandy?

[5/1/2013 9:33:29 AM] ██████, Caledonian: sell 15 @ .92

[5/1/2013 9:33:34 AM] Brian De Wit-LGM: sure

[5/1/2013 9:39:00 AM] Brian De Wit-LGM: on PSON, plz give agis 150k to offer, market not held and day

[5/1/2013 9:39:09 AM] ███████████████ : On it

[5/1/2013 9:45:07 AM] Brian De Wit-LGM: can you amend the 250k orders on XUII to start 0.292 every penny to 0.402

[5/1/2013 9:45:10 AM] Brian De Wit-LGM: or whatever works

[5/1/2013 9:45:30 AM] Brian De Wit-LGM: they want to move it off the exact penny to 0.292

[5/1/2013 9:45:31 AM] Brian De Wit-LGM: etc

[5/1/2013 9:45:34 AM] ███████████████ : OK---amending all outstanding orders to .292 up, every penny,

[5/1/2013 9:45:39 AM] Brian De Wit-LGM: yes..thank you

[5/1/2013 9:45:45 AM] Brian De Wit-LGM: still 250k

[5/1/2013 9:46:07 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓: Amend UP my .27 ?

[5/1/2013 9:47:39 AM] Brian De Wit-LGM: no..start at 0.292

[5/1/2013 9:47:40 AM] Brian De Wit-LGM: plz

[5/1/2013 9:47:43 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓: Got it

[5/1/2013 9:48:17 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓: OK--amended

[5/1/2013 9:48:22 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓: 27, 28 are normal

[5/1/2013 9:48:26 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓: 29 is now 292

[5/1/2013 9:48:41 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓: Every penny thereafter, to .40 now has .002 added to it

[5/1/2013 9:58:15 AM] Brian De Wit-LGM: thanks

[5/1/2013 9:58:25 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓: Gone quiet since our changes

[5/1/2013 9:58:26 AM] Brian De Wit-LGM: can you let me know if the PPTF is filled

[5/1/2013 9:58:33 AM] Brian De Wit-LGM: I see a print

[5/1/2013 9:58:39 AM] Brian De Wit-LGM: but agis hasn't confirmed

[5/1/2013 9:58:54 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓: No fill on my screen. Let me call them

[5/1/2013 10:01:48 AM] Brian De Wit-LGM: was it ours?

[5/1/2013 10:02:01 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓: HAve called them.

[5/1/2013 10:02:03 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓: Waiting

[5/1/2013 10:02:04 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓: sorry]

[5/1/2013 10:02:06 AM] Brian De Wit-LGM: thx

[5/1/2013 10:08:59 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓: PPTF--I am getting you a fill

[5/1/2013 10:09:02 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓: 90K @ .04

[5/1/2013 10:09:10 AM] Brian De Wit-LGM: thx

[5/1/2013 10:09:22 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓: Not sure what happend--but you should see it now. We move on

[5/1/2013 10:10:38 AM] Brian De Wit-LGM: thx