# EXHIBIT 5

[8/14/2012 3:52:55 PM] Brian De Wit-LGM: in what way?

[8/14/2012 3:53:02 PM] Brian De Wit-LGM: oh..because of the last trade

[8/14/2012 3:53:25 PM] ▬▬▬ : You guys have a bunch of trades.  On Friday it closed @ .10. Yesterday it closed @ 2.14. Today it closed back at .15

[8/14/2012 3:53:27 PM] ▬▬▬ : Rollercoaster

[8/14/2012 3:54:35 PM] ▬▬▬ : Just trying to figure out your next move.... Always trying to be one step ahead with you so we are prepared.

[8/14/2012 3:54:37 PM] Brian De Wit-LGM: reminds me of my youth at the fair

[8/14/2012 3:54:51 PM] ▬▬▬ : The 1940's were good to you.

[8/14/2012 3:54:55 PM] Brian De Wit-LGM: hahahaahhahahah

[8/14/2012 3:55:02 PM] Brian De Wit-LGM: I will kill you for that when I see you

[8/14/2012 3:55:07 PM] ▬▬▬ : Layup..sorry

[8/14/2012 3:55:41 PM] Brian De Wit-LGM: it's ok...because I saw the pamper marks on you when you were video skyping me

[8/14/2012 3:55:58 PM] ▬▬▬ : Not sure who will change me when Fred leaves

[8/14/2012 3:56:07 PM] ▬▬▬ : The bucket under my desk needs changing

[8/14/2012 3:56:33 PM] Brian De Wit-LGM: lol

[8/14/2012 4:20:20 PM] ▬▬▬ : Hi Brian--we continue to discuss and prepare here.

[8/14/2012 4:20:47 PM] ▬▬▬ : We believe, that on a day should you ever require a lot of trades and volume, it makes sense to do the majority of trading in NITE.

[8/14/2012 4:21:04 PM] ▬▬▬ : We haven't traded with SUNR yet--so we don't know the settlement process--but they should be second

[8/14/2012 4:21:16 PM | Removed by ▬▬▬ , 4:22:28 PM] ▬▬▬ : This message has been removed.

[8/14/2012 4:21:20 PM] ▬▬▬ : From there--we can discuss and pick/choose

[8/14/2012 4:22:08 PM] ▬▬▬ : On the buy side--we can pick and choose--but if names haven't traded a lot--settlement may come into play---so we can discuss.

[8/14/2012 4:22:14 PM | Removed by ▬▬▬ , 4:23:49 PM] ▬▬▬ : This message has been removed.

94

[10/9/2012 8:19:56 AM] ███████, Caledonian: ready for it

[10/9/2012 8:20:01 AM] Brian De Wit-LGM: thx

[10/9/2012 8:22:39 AM] ████████████████: Brian-your order for Clearwater is in and working. Nothing is working for TAGG

[10/9/2012 8:22:45 AM] Brian De Wit-LGM: thx

[10/9/2012 8:30:41 AM] Brian De Wit-LGM: hmm...so much for a big open...

[10/9/2012 8:30:50 AM] ████████████████: Yea--nothing on the open yet

[10/9/2012 8:30:53 AM] ████████████████: BMA is there

[10/9/2012 8:31:01 AM] Brian De Wit-LGM: here's volume

[10/9/2012 8:32:00 AM] Brian De Wit-LGM: can you make sure that VNDM and SUNR get in the box on PWEI

[10/9/2012 8:32:12 AM] ████████ Caledonian: no orders yet

[10/9/2012 8:32:21 AM] Brian De Wit-LGM: ok..thx..no probs..soon coe

[10/9/2012 8:32:24 AM] Brian De Wit-LGM: come

[10/9/2012 8:32:39 AM] ████████████████: Got it--We only have the 1 BMA MNH order from you for 3MM, PWEI

[10/9/2012 8:33:10 AM] Brian De Wit-LGM: thx..no probs

[10/9/2012 8:33:13 AM] Brian De Wit-LGM: just watching

[10/9/2012 8:36:08 AM] Brian De Wit-LGM: plz cxl PWEI with BMA

[10/9/2012 8:36:11 AM] Brian De Wit-LGM: quick and thx

[10/9/2012 8:36:12 AM] ████████, Caledonian: cx PWEI

[10/9/2012 8:36:15 AM] Brian De Wit-LGM: yes

[10/9/2012 8:36:57 AM] ████████████████: On with BMA now

[10/9/2012 8:38:48 AM] ████████████████: 1.2MM sold with BMA

[10/9/2012 8:38:52 AM] ████████████████: Nothing working now

[10/9/2012 8:38:53 AM] ████████████████: #PWEI

[10/9/2012 8:38:59 AM] Brian De Wit-LGM: many thx

[10/9/2012 8:39:08 AM] ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ : Nice volume

[10/9/2012 8:53:19 AM] Brian De Wit-LGM: can you give sunr and vndm 500k each TAGG to offer retail

[10/9/2012 8:53:25 AM] ▇▇▇▇▇▇, Caledonian: will do

[10/9/2012 8:53:28 AM] Brian De Wit-LGM: let's give 0.14 lim

[10/9/2012 8:53:32 AM] Brian De Wit-LGM: but work it

[10/9/2012 8:53:33 AM] ▇▇▇▇▇▇, Caledonian: sure thing

[10/9/2012 8:54:00 AM] ▇▇▇▇▇▇ Caledonian: clearwater?

[10/9/2012 8:54:13 AM] Brian De Wit-LGM: no..lgm

[10/9/2012 8:54:15 AM] Brian De Wit-LGM: for TAGG

[10/9/2012 8:54:31 AM] Brian De Wit-LGM: this is a TAGG order and not PWEI

[10/9/2012 8:54:32 AM] Brian De Wit-LGM: thx

[10/9/2012 8:54:36 AM] ▇▇▇▇▇▇, Caledonian: TAGG

[10/9/2012 8:54:39 AM] Brian De Wit-LGM: yes...thx

[10/9/2012 8:55:50 AM] Brian De Wit-LGM: for clearwater..plz have VNDM offer 15mm PWEI @ 0.17

[10/9/2012 8:56:01 AM] ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ : I will call this in

[10/9/2012 8:56:04 AM] Brian De Wit-LGM: thx

[10/9/2012 8:56:39 AM] ▇▇▇▇▇▇, Caledonian: TAGG in

[10/9/2012 8:56:47 AM] Brian De Wit-LGM: thx

[10/9/2012 8:57:08 AM] ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ : Vandham has -15MM PWEI @ .17 low

[10/9/2012 8:57:15 AM] ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ : Clearwater

[10/9/2012 8:57:30 AM] Brian De Wit-LGM: tell them to hit hard

[10/9/2012 8:57:39 AM] ▇▇▇▇▇▇, Caledonian: calling

[10/9/2012 8:57:41 AM] Brian De Wit-LGM: thx

[10/9/2012 8:59:03 AM] ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ : They are hitting

[10/9/2012 8:59:05 AM] ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ : You can see prints

[10/9/2012 8:59:07 AM] Brian De Wit-LGM: thank you

[10/9/2012 8:59:12 AM] Brian De Wit-LGM: yes..very good

[10/9/2012 9:00:55 AM] Brian De Wit-LGM: cxl the tagg

[10/9/2012 9:00:59 AM] ▇▇▇▇, Caledonian: cx tagg

[10/9/2012 9:01:04 AM] Brian De Wit-LGM: thx

[10/9/2012 9:01:05 AM] ▇▇▇▇▇▇▇▇: Killing TAGG

[10/9/2012 9:01:19 AM] ▇▇▇▇▇▇▇▇: leaving PWEI

[10/9/2012 9:01:21 AM] Brian De Wit-LGM: y

[10/9/2012 9:01:40 AM] ▇▇▇▇, Caledonian: TAGG Cxl

[10/9/2012 9:01:48 AM] Brian De Wit-LGM: thx

[10/9/2012 9:02:07 AM] ▇▇▇▇▇▇▇▇: Tagg was completed--we are done, nothing working (VAND)

[10/9/2012 9:02:18 AM] ▇▇▇▇▇▇▇▇: On PWEI-we are half way done. I told them to get cranking

[10/9/2012 9:02:22 AM] Brian De Wit-LGM: thx

[10/9/2012 9:02:23 AM] ▇▇▇▇▇▇▇▇: VAND

[10/9/2012 9:03:10 AM] Brian De Wit-LGM: ok..we are cxld tagg..yes?

[10/9/2012 9:03:15 AM] ▇▇▇▇ Caledonian: yes

[10/9/2012 9:03:20 AM] ▇▇▇▇, Caledonian: VANDY and Sunr

[10/9/2012 9:03:22 AM] Brian De Wit-LGM: great

[10/9/2012 9:04:16 AM | Edited by ▇▇▇▇▇▇▇▇, 9:05:14 AM] ▇▇▇▇, Caledonian: -15MM PWEI @ .1752

[10/9/2012 9:04:19 AM] ▇▇▇▇, Caledonian: .

[10/9/2012 9:04:21 AM | Removed by ▇▇▇▇▇▇▇▇, 9:05:20 AM] ▇▇▇▇, Caledonian: This message has been removed.

[10/9/2012 9:05:23 AM] Brian De Wit-LGM: offer another 13mm PWEI @ 0.17 low

[10/9/2012 9:05:25 AM] Brian De Wit-LGM: same way

[7/23/2013 2:57:33 PM] Brian De Wit-LGM: just day to see if we get any off

[7/23/2013 2:57:56 PM] ███████████: Will do

[7/23/2013 2:58:01 PM] Brian De Wit-LGM: thx

[7/23/2013 2:58:31 PM] ███████████: JUST working -15K SANB @ .505

[7/23/2013 2:58:37 PM] ███████████: All SANB for LGM is killed

[7/23/2013 2:58:43 PM] Brian De Wit-LGM: great and thank you

[7/23/2013 2:59:22 PM] ███████████: Getting lifted a bit

[7/23/2013 2:59:45 PM] Brian De Wit-LGM: cool

[7/23/2013 3:00:27 PM] Brian De Wit-LGM: I bot some Santa Teresa 1796 yest..think I will pour some

[7/23/2013 3:00:28 PM] Brian De Wit-LGM: what a day

[7/23/2013 3:01:02 PM] ███████████: That was tough.  I am sorry.  I wish we could have helped/gotten more off for you.  We will keep you posted.  Thaks,

[7/23/2013 3:01:10 PM] ███████████: Thanks as always for the trust and trades.

[7/23/2013 3:01:36 PM] Brian De Wit-LGM: my pleasure..you guys were soldiers...very happy..just wish this has more legs tomorrow

[7/23/2013 3:01:54 PM] ███████████: All these names are tough...but tend to have 9 lives

[7/23/2013 3:01:59 PM] Brian De Wit-LGM: indeed.

[7/23/2013 3:02:18 PM] Brian De Wit-LGM: on a different note..do you want to come down to Demo the new CCC platform with Snr. here in Panama?

[7/23/2013 3:02:22 PM] Brian De Wit-LGM: ;)

[7/23/2013 3:02:39 PM] ███████████: He is, apparently, here very soon

[7/23/2013 3:02:45 PM] ███████████: LIVE orders?

[7/23/2013 3:03:02 PM] Brian De Wit-LGM: not sure..I don't want him to come here

[7/23/2013 3:03:07 PM] Brian De Wit-LGM: I will let you know

[7/23/2013 3:03:26 PM] ███████████: He will be on island here soon. Let me know if you require a visit. ███ and I are due to come to Panama soon---like as soon as you're ready

[8/15/2013 8:55:40 AM] Brian De Wit-LGM: joe..did ▓ tell you that he almost got us mugged last night?

[8/15/2013 8:55:59 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓: I haven't gotten that far

[8/15/2013 8:56:09 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓: Brian turned KYC into "Kill Your Custodian"

[8/15/2013 8:56:12 AM] ▓▓▓▓ Caledonian: mouthing off to locals - flashing suits and watches?

[8/15/2013 8:56:19 AM] Brian De Wit-LGM: lolol

[8/15/2013 8:56:35 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓: Put it this way; 10 guys with M-16s

[8/15/2013 8:56:47 AM] Brian De Wit-LGM: and ▓ flipped them off and ran

[8/15/2013 8:57:05 AM] ▓▓▓▓▓▓▓▓▓▓▓▓: no 12 riot police with M16s suggesting we turn around and walk back the way we came - ok...

[8/15/2013 8:57:12 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓: I flipped ▓ off-but the dudes with the guns thought it was me.

[8/15/2013 8:57:20 AM] Brian De Wit-LGM: LOLOL...thx ▓ ..yes..that is the more "accurate" version

[8/15/2013 8:57:36 AM] ▓▓▓▓▓▓▓▓▓▓: it was a lovely part of town

[8/15/2013 8:57:37 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓: Watching ▓ "attempt" Spanish with the gunmen was fun

[8/15/2013 8:57:46 AM] ▓▓▓▓▓▓▓▓▓▓: feel we've seen all of Panama now

[8/15/2013 8:57:49 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓: No shit. "Where are they taking us?"

[8/15/2013 8:57:53 AM] ▓▓▓▓▓▓▓▓▓▓: wouldn't have been complete without it

[8/15/2013 8:58:13 AM] Brian De Wit-LGM: LOL...great..next time maybe we get you a hotel room in casco..it is our favourite part of the city

[8/15/2013 8:58:33 AM] ▓▓▓▓▓▓▓▓▓▓▓▓: i was actually trying to sell you ▓, luckily he ddn't understand or wasn't interested

[8/15/2013 8:58:52 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓: We will take you and Paula to JETT night club when you're here. "No--you guys go on ahead...I'll be right in"

[8/15/2013 8:58:58 AM] Brian De Wit-LGM: hahahhaa...yes...I told the guy that I would throw in a few bucks too

[8/15/2013 8:59:29 AM] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓: "How much for the little boy?"

That was directed at me? I'm flattered

[8/15/2013 8:59:49 AM] Brian De Wit-LGM: yes...we explained that Snow White was just around the corner looking for you

[8/15/2013 8:59:53 AM] ▮▮▮▮▮▮▮▮: how much for the gimp was the actual words used i think

[8/15/2013 9:00:03 AM] ▮▮▮▮▮▮▮▮: The guns were a nice touch

[8/15/2013 9:00:18 AM] ▮▮▮▮▮▮▮▮: No one can understand you in ANY language ▮▮▮..so you weren't much help

[8/15/2013 9:00:26 AM] ▮▮▮▮▮▮▮▮: ci!

[8/15/2013 9:00:54 AM] Brian De Wit-LGM: great trip and thanks for the company...hope you enjoy the Abuelo Centuria

[8/15/2013 9:01:11 AM] ▮▮▮▮▮▮▮▮: ci!

[8/15/2013 9:01:23 AM] ▮▮▮▮▮▮▮▮: Many thanks to you guys too. That stuff goes well with eggs.....I've said too much

[8/15/2013 9:10:57 AM] Brian De Wit-LGM: TQLA have vandy be 20% of vol offering..max is position balance

[8/15/2013 9:11:06 AM] ▮▮▮▮▮▮▮▮: Will amend

[8/15/2013 9:11:09 AM] Brian De Wit-LGM: thx

[8/15/2013 9:11:29 AM] ▮▮▮▮▮▮▮▮: ANything in SPEX?

[8/15/2013 9:11:33 AM] ▮▮▮▮▮▮▮▮: Great volume today

[8/15/2013 9:11:36 AM] Brian De Wit-LGM: no..strange...

[8/15/2013 10:13:10 AM] Brian De Wit-LGM: SPEX

[8/15/2013 10:13:16 AM] ▮▮▮▮ Caledonian: yep

[8/15/2013 10:13:18 AM] ▮▮▮▮▮▮▮▮: Yessir

[8/15/2013 10:13:30 AM] Brian De Wit-LGM: he wants to be 10% of the vol going forward low 14.00

[8/15/2013 10:13:35 AM] Brian De Wit-LGM: but only offer..sorry weird order

[8/15/2013 10:13:48 AM] ▮▮▮▮▮▮▮▮: Going forward, 10%, offered only, 414 low

[8/15/2013 10:13:55 AM] ▮▮▮▮▮▮▮▮: $14 low

[11/30/2012 10:52:52 AM] ███████, Caledonian: you filled SVEN .3085

[11/30/2012 10:52:59 AM] ███████, Caledonian: he is on the phone

[11/30/2012 10:53:11 AM] Brian De Wit-LGM: no probs..what have I done on day for sven

[11/30/2012 10:53:15 AM] Brian De Wit-LGM: 700k?

[11/30/2012 10:53:36 AM] ███████, Caledonian: 700

[11/30/2012 10:53:39 AM] Brian De Wit-LGM: thx

[11/30/2012 10:58:55 AM] Brian De Wit-LGM: go sven for 50k at 0.305

[11/30/2012 10:59:00 AM] Brian De Wit-LGM: vndm

[11/30/2012 10:59:04 AM] ███████, Caledonian: will do

[11/30/2012 10:59:33 AM] ███████, Caledonian: you are in

[11/30/2012 11:01:08 AM] Brian De Wit-LGM: thx

[11/30/2012 11:03:03 AM] Brian De Wit-LGM: now we wait...mkt is at our bid

[11/30/2012 11:03:22 AM] ███████, Caledonian: filled small on it

[11/30/2012 11:03:33 AM] Brian De Wit-LGM: yeah...forgot and figured so..thx

[11/30/2012 11:17:07 AM] ███████████████: Hi Brian: Pub Crawl holdings 45 for 1 forward stock split, this has been applied to our system.

[11/30/2012 11:17:45 AM] Brian De Wit-LGM: thx

[11/30/2012 11:22:52 AM] ███████████: Brian - on the PRTN

[11/30/2012 11:22:56 AM] Brian De Wit-LGM: yes

[11/30/2012 11:23:18 AM] ███████████: those trade that Joe mentioned got busted, we were delivered the physical certs back by the brokers

[11/30/2012 11:23:27 AM] Brian De Wit-LGM: ok

[11/30/2012 11:23:46 AM] ███████████: so we have 1m+ shares in physical form and now it's trading at less than 1 cent

[11/30/2012 11:24:09 AM] ███████████: so the issue is if the client want to liquidate, where we can clear these

[11/30/2012 11:24:14 AM] Brian De Wit-LGM: ok...probably just leave it...if there's nothing cleared to trade physically

[11/30/2012 11:24:19 AM] Brian De Wit-LGM: understand...just leave it

[11/30/2012 11:24:30 AM] ▉▉▉▉▉▉▉▉: Scottsdale is our only route for less than 1 cent

[11/30/2012 11:24:33 AM] Brian De Wit-LGM: not worth sending to Scottsdale

[11/30/2012 11:24:50 AM] ▉▉▉▉▉▉▉▉: and you call, but it'll probably cost more than he generates on liquidation

[11/30/2012 11:24:57 AM] ▉▉▉▉▉▉▉▉: you know what those guys are like

[11/30/2012 11:25:03 AM] Brian De Wit-LGM: indeed..no problem

[11/30/2012 11:25:06 AM] ▉▉▉▉▉▉▉▉: kk

[11/30/2012 11:25:09 AM] ▉▉▉▉▉▉▉▉: thanks

[11/30/2012 11:25:17 AM] Brian De Wit-LGM: here's my best efforts at a blue blood british comment

[11/30/2012 11:25:23 AM] Brian De Wit-LGM: tup tup and hippety ho old chap

[11/30/2012 11:25:42 AM] ▉▉▉▉▉▉▉▉: shall i try my canadian eh?

[11/30/2012 11:25:46 AM] Brian De Wit-LGM: LOLOL

[11/30/2012 11:26:17 AM] Brian De Wit-LGM: now that's using your loaf, mate

[11/30/2012 11:26:53 AM] ▉▉▉▉▉▉▉▉: -5 up here on my walk to work

[11/30/2012 11:27:00 AM] Brian De Wit-LGM: good god

[11/30/2012 11:27:02 AM] ▉▉▉▉▉▉▉▉: actually felt not too bad

[11/30/2012 11:27:03 AM] Brian De Wit-LGM: did you go underground?

[11/30/2012 11:27:10 AM] ▉▉▉▉▉▉▉▉: am bracing myself for -20

[11/30/2012 11:27:20 AM] Brian De Wit-LGM: yeah..definitely make sure you do the PATH system

[11/30/2012 11:27:27 AM] ▉▉▉▉▉▉▉▉: no toughed it out upstairs

[11/30/2012 11:27:40 AM] ▉▉▉▉▉▉▉▉: keep on getting lost....

[11/30/2012 11:27:45 AM] Brian De Wit-LGM: last year I went and it was -37C with windchill

[11/30/2012 11:27:57 AM] ▉▉▉▉▉▉▉▉: a 5 min shortcut turns into an hours wander