# **EXHIBIT 7**

**Subject:** RE: opening a brokerage account
**Received(Date):** Tue, 12 Mar 2013 08:47:56 -0500
**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**To:** "Buyit Tradeit" <buyittradeit@yahoo.com>,"Andy McAlpine" <lgm@candw.ky>

Hi Andy,

Let me introduce you to Shawn Rea, who is interested in open a brokerage account, depositing and trading Pink sheets.

Kind regards,

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓

www.caledonian.com

Discover the Caledonian Services
click here

CALEDONIAN

►Please consider the environment before printing this email

**From:** Buyit Tradeit [mailto:buyittradeit@yahoo.com]
**Sent:** Tuesday, March 12, 2013 9:44 AM
**To:** ▓▓▓▓▓▓▓▓▓▓
**Subject:** Re: opening a brokerage account

sure do they have a plattform in which I can trade online as well?

**From:** [redacted]
**To:** buyittradeit@yahoo.com
**Sent:** Tuesday, March 12, 2013 9:25 AM
**Subject:** RE: opening a brokerage account

Hi Shawn,

I've had a chat with [redacted] and I think you would be better looked after by a broker dealer we work closely with called Legacy Global Markets SA.

If you would like I can introduce you to them, please let me know.

Kind regards,

www.caledonian.com

Discover the Caledonian Services
click here
CALEDONIAN

►Please consider the environment before printing this email

**From:** Buyit Tradeit [mailto:buyittradeit@yahoo.com]
**Sent:** Tuesday, March 12, 2013 8:21 AM
**To:** [redacted]
**Subject:** Re: opening a brokerage account

Confidential pursuant to Securities Exchange Act s.24(d).                              SEC-CIMA-E-0034199

Not a problem. If the main shareholder of the IBC I am setting up is not an American will that work?

---

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**To:** Buyit Tradeit <buyittradeit@yahoo.com>
**Cc:** CSL <CSL@caledonian.com>
**Sent:** Tuesday, March 12, 2013 8:48 AM
**Subject:** RE: opening a brokerage account

Hello Shawn,

While I appreciate your interest--the more research we do-it appears you are an American--and regardless of your singular structure--I regret to inform you I am unable to take your business.

I thank you for your email and wish you the very best of luck in the future.

Kind regards,

**From:** Buyit Tradeit [mailto:buyittradeit@yahoo.com]
**Sent:** Tuesday, March 12, 2013 6:38 AM
**To:** ▓▓▓▓
**Cc:** CSL
**Subject:** Re: opening a brokerage account

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-CIMA-E-0034200

This is the only screen snap shot I have at the moment and it is of my old 401k which is about to be transferred due to my companies changing investment advisers. There is a black out period until March the 25, I due have stock that was sent back to the TA from Titan in which I need to change to a different name. (The consultant we hired did not work out) so he sent the stock back. The stocks value (INAR.PK) is about 20,000 USD or 200,000,000 shares. Also their are a few S1's that I will be apart of but we are not trading as of yet. We have time to answer and plan the account accordingly.

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**To:** Buyit Tradeit <buyittradeit@yahoo.com>
**Cc:** CSL <CSL@caledonian.com>
**Sent:** Monday, March 11, 2013 3:45 PM
**Subject:** RE: opening a brokerage account

Hello Shawn,

Please send me a snapshot of your current portfolio and I will review and revert.

As you know-the margins on these low priced names are thin--so if it's all you will be trading-I would need to price accordingly. We do have a good segment of business that trades them and they certainly make their margins...but they are in current names.

Please send the portfolio to all on this email and I will get back to you.

To answer your shorting question--offshore prime custody is something we can offer--but I certainly wouldn't promise it in the door. Our online trading platform is quite slick and people have given us very good feedback. In our 13 months of business-we have traded over 5BB shares.

I look forward to reviewing your portfolio.

Regards,

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-CIMA-E-0034201



**From:** Buyit Tradeit [mailto:buyittradeit@yahoo.com]
**Sent:** Monday, March 11, 2013 12:59 PM
**To:** ▮
**Subject:** Re: opening a brokerage account

I actually am not interested in the yeild ones either but they do cross my desk from time to time. dsr would be no problem and my portfolio varies. I can say I do not take any less then 100,000k in stock though considering the rate of change on them. I do have a few QB's though. Also in the trading plattform will I be able to short penny stocks? Also around 10,000 in usd to trade. how much do you guys charge to trade?

**From:** ▮
**To:** Buyit Tradeit <buyittradeit@yahoo.com>
**Cc:** CSL <CSL@caledonian.com>
**Sent:** Friday, March 8, 2013 3:51 PM
**Subject:** RE: opening a brokerage account

We cannot facilitate ACATs as they are too difficult.

We can take shares in via DWAC or DTC them in (we've done some DRS too).

How big is your portfolio? I'm not really interested in diving into a pool of Yield names--to be honest.

CALEDONIAN CONFIDENTIALITY NOTICE:

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-CIMA-E-0034202

Confidential pursuant to Securities Exchange Act 24(b)(2)

SEC-CIMA-E-0034203

This email/fax (including any attachments) is confidential and may also be privileged. No confidentiality or privilege is waived or lost by any error of transmission. It is intended solely for the recipient(s) to whom it is addressed. It should not be read, copied, distributed, disclosed or otherwise used by any other person. If you have received this email/fax in error you are prohibited from opening any attachments and you are requested to delete it from your system and to notify the sender immediately.

To learn more about us visit our website www.caledonian.com

This footnote also confirms that this email message has been swept for the presence of computer viruses.