# EXHIBIT 8

# EXHIBIT 8

**Subject:** RE: Swingplane Ventures Inc
**Received(Date):** Mon, 29 Oct 2012 17:09:55 -0500
**From:** "Alicia Dixon" <Alicia.Dixon@caledonian.com>
**To:** "Brian de Wit" <brian@lgm.bz>
**Cc:** <paulalgm@hushmail.com>,"CSL" <csl@caledonian.com>

Hi Brian

Just to give you an update - we sent the certificates to Dexia today.

If you have any questions, please let me know.

Thanks,

**Alicia Dixon**

Caledonian Securities Limited
Trading Desk Direct: +1 (345) 914-4850
D: (345) 914-4855   M: (345) 949-0050   F: (345) 814-4882

alicia.dixon@caledonian.com   alicia.dixon.caledonian

**From:** Alicia Dixon
**Sent:** 26/10/2012 5:11 PM
**To:** Brian de Wit
**Cc:** paulalgm@hushmail.com; CSL
**Subject:** RE: Swingplane Ventures Inc

Hi Brian,

I confirm receipt of the certificates.

Since the trading price is now at .15, I will have it send to Dexia Monday morning.

If you have any questions, please do not hesitate to contact me.

Thanks,

**Alicia Dixon**

Caledonian Securities Limited
Trading Desk Direct: +1 (345) 914-4850
D: (345) 914-4855    M: (345) 949-0050    F: (345) 814-4882

[alicia.dixon@caledonian.com](mailto:alicia.dixon@caledonian.com)   alicia.dixon.caledonian

**From:** Brian de Wit [mailto:brian@lgm.bz]
**Sent:** 18/10/2012 12:23 PM
**To:** Alicia Dixon
**Cc:** paulalgm@hushmail.com; CSL
**Subject:** Re: Swingplane Ventures Inc

Thanks we will advise how to proceed.

Brian
On 18/10/2012 11:13 AM, Alicia Dixon wrote:

Hi Brian,

Swingplane Ventures Corp was rejected as well.

Please confirm how you wish to proceed.

Thanks,

Alicia Dixon

Caledonian Securities Limited
Trading Desk Direct: +1 (345) 914-4850
D: (345) 914-4855     M: (345) 949-0050     F: (345) 814-4882

alicia.dixon@caledonian.com     alicia.dixon.caledonian

CALEDONIAN CONFIDENTIALITY NOTICE:

This email/fax (including any attachment(s)) is confidential and may also be privileged. No confidentiality or privilege is waived or lost by any error of transmission. It is intended solely for the recipient(s) to whom it is addressed. It should not be read, copied, distributed, disclosed or otherwise used by any other person. If you have received this email/fax in error you are prohibited from opening any attachments and you are requested to delete it from your system and to notify the sender immediately.

To learn more about us visit our website www.caledonian.com

This footnote also confirms that this email message has been swept for the presence of computer viruses.

**Received(Date):** Tue, 23 Oct 2012 12:22:26 -0600
**From:** Brian de Wit <brian@lgm.bz>
**To:** Alicia Dixon <Alicia.Dixon@caledonian.com>
**Cc:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ CSL <csl@caledonian.com>
**Subject:** Re: SWVI

Thank you!

On 23/10/2012 12:07 PM, Alicia Dixon wrote:
> Hi Brian,
>
> I followed up with Barbados and currently awaiting on a response.
>
> I will get back to you shortly.
>
> Thanks,
>
> Alicia Dixon
> Caledonian Securities Limited
> Trading Desk Direct: +1 (345) 914-4850
> D: (345) 914-4855     M: (345) 949-0050     F: (345) 814-4882
>   alicia.dixon@caledonian.com   alicia.dixon.caledonian
>
>
>
>
> -----Original Message-----
> From: Brian de Wit [mailto:brian@lgm.bz]
> Sent: 23/10/2012 12:23 PM
> To: Alicia Dixon; ▓▓▓▓▓▓▓
> Subject: SWVI
>
> Hi Guys:
>
> There was a trade today for SWVI at 0.15.  I think that you are waiting for RBC Barbados to return. Can this either be resubmitted to RBC Barbados, or can you send to RBC Dexia, now that it is in a price limit that satisfies both clearing agents.
>
> Please advise.
>
> Brian de Wit
>
>
> **********************************************************************
> CALEDONIAN CONFIDENTIALITY NOTICE:
>
> This email/fax (including any attachment(s)) is confidential and may also be privileged. No confidentiality or privilege is waived or lost by any error of transmission. It is intended solely for the recipient(s) to whom it is addressed. It should not be read, copied, distributed, disclosed or otherwise used by any other person. If you have received this email/fax in error you are prohibited from opening any attachments and you are requested to delete it from your system and to notify the sender immediately.
>
> To learn more about us visit our website www.caledonian.com
>
> This footnote also confirms that this email message has been swept for the presence of computer viruses.

```
>
>
> **************************************************************************
>
```