# EXHIBIT 9



**SWVI US Equity**

Swingplane Ventures Inc

| | | 96) Export to Excel | | | | | | Page 1/7 Historical Price Table |
|---|---|---|---|---|---|---|---|---|

Range  10/23/2012 - 12/31/2013   Period  Daily
Market  Last Price / Volume   Currency  USD
View  Price Table

| | | |
|---|---|---|
| High | .905 on 02/20/13 | 208,290 |
| Low | .008 on 10/01/13 | 4,656,957 |
| Average | .091 | |
| Net Chg | -.1398 | -93.21% |

| Date | Last Price | Volume | Date | Last Price | Volume | Date | Last Price | Volume |
|---|---|---|---|---|---|---|---|---|
| Fr 01/03/14 | | | Fr 12/13/13 | .016 | 54,270 | Fr 11/22/13 | .018 | 208,290 |
| Th 01/02/14 | | | Th 12/12/13 | .0179 | 418,425 | Th 11/21/13 | .0181 | 156,303 |
| We 01/01/14 | | | We 12/11/13 | .017 | 351,962 | We 11/20/13 | .02 | 145,843 |
| Tu 12/31/13 | .0102 | 1,470,715 | Tu 12/10/13 | .0169 | 172,467 | Tu 11/19/13 | .019 | 369,933 |
| Mo 12/30/13 | .012 | 936,594 | Mo 12/09/13 | .0159 | 165,321 | Mo 11/18/13 | .0187 | 322,745 |
| Fr 12/27/13 | .0137 | 728,249 | Fr 12/06/13 | .016 | 114,027 | Fr 11/15/13 | .0145 | 138,244 |
| Th 12/26/13 | .0143 | 645,525 | Th 12/05/13 | .016 | 556,205 | Th 11/14/13 | .0175 | 123,230 |
| We 12/25/13 | | | We 12/04/13 | .0163 | 169,770 | We 11/13/13 | .018 | 271,520 |
| Tu 12/24/13 | .0142 | 325,591 | Tu 12/03/13 | .016 | 393,180 | Tu 11/12/13 | .0151 | 146,214 |
| Mo 12/23/13 | .0142 | 370,860 | Mo 12/02/13 | .0189 | 181,998 | Mo 11/11/13 | .016 | 318,980 |
| Fr 12/20/13 | .0155 | 241,558 | Fr 11/29/13 | .0184 | 128,586 | Fr 11/08/13 | .0176 | 203,397 |
| Th 12/19/13 | .0135 | 571,184 | Th 11/28/13 | | | Th 11/07/13 | .016 | 25,315 |
| We 12/18/13 | .0151 | 719,249 | We 11/27/13 | .0161 | 128,584 | We 11/06/13 | .016 | 349,695 |
| Tu 12/17/13 | .0151 | 309,553 | Tu 11/26/13 | .0185 | 60,057 | Tu 11/05/13 | .016 | 275,759 |
| Mo 12/16/13 | .016 | 323,121 | Mo 11/25/13 | .0184 | 156,033 | Mo 11/04/13 | .0177 | 347,890 |

7

Australia 61 2 9777 8600  Brazil 5511 2395 9000  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900   Singapore 65 6212 1000   U.S. 1 212 318 2000   Copyright 2016 Bloomberg Finance L.P.
SN 680097 EST   GMT-5:00 G781-3772-0 20-Jan-2016 17:36:27

**SWVI US Equity**

Swingplane Ventures Inc

| | | Page 2/7 | Historical Price Table |
|---|---|---|---|
| High | .905 | on | 02/20/13 |
| Low | .008 | on | 10/01/13 |
| Average | .091 | | 4,656,957 |
| Net Chg | -.1398 | | -93.21% |

| Range | 10/23/2012 - 12/31/2013 | 9) Export to Excel |
|---|---|---|
| Market | Last Price / Volume | Period Daily |
| View | Price Table | Currency USD |

| Date | Last Price | Volume | Date | Last Price | Volume | Date | Last Price | Volume |
|---|---|---|---|---|---|---|---|---|
| Fr 11/01/13 | .019 | 110,006 | Fr 10/11/13 | .0324 | 490,607 | Fr 09/20/13 | .009 | 429,329 |
| Th 10/31/13 | .019 | 136,982 | Th 10/10/13 | .035 | 614,937 | Th 09/19/13 | .0092 | 217,214 |
| We 10/30/13 | .019 | 81,200 | We 10/09/13 | .024 | 778,893 | We 09/18/13 | .01 | 964,211 |
| Tu 10/29/13 | .019 | 859,125 | Tu 10/08/13 | .0268 | 625,698 | Tu 09/17/13 | .01 | 382,263 |
| Mo 10/28/13 | .0204 | 349,645 | Mo 10/07/13 | .03 | 2,853,559 | Mo 09/16/13 | .0101 | 192,221 |
| Fr 10/25/13 | .0202 | 94,629 | Fr 10/04/13 | .04 | 9,560,757 | Fr 09/13/13 | .0109 | 222,863 |
| Th 10/24/13 | .0228 | 548,509 | Th 10/03/13 | .066 | 11,918,127 | Th 09/12/13 | .01 | 542,536 |
| We 10/23/13 | .0225 | 278,361 | We 10/02/13 | .0175 | 2,618,023 | We 09/11/13 | .0105 | 411,699 |
| Tu 10/22/13 | .0216 | 161,650 | Tu 10/01/13 L | .008 | 155,490 | Tu 09/10/13 | .015 | 823,165 |
| Mo 10/21/13 | .0206 | 316,997 | Mo 09/30/13 | .009 | 420,686 | Mo 09/09/13 | .0116 | 311,710 |
| Fr 10/18/13 | .025 | 464,381 | Fr 09/27/13 | .009 | 190,551 | Fr 09/06/13 | .0139 | 333,350 |
| Th 10/17/13 | .028 | 292,519 | Th 09/26/13 | .0091 | 159,790 | Th 09/05/13 | .0141 | 566,439 |
| We 10/16/13 | .0258 | 223,582 | We 09/25/13 | .0096 | 286,932 | We 09/04/13 | .015 | 248,700 |
| Tu 10/15/13 | .027 | 298,135 | Tu 09/24/13 | .0092 | 287,384 | Tu 09/03/13 | .015 | 230,940 |
| Mo 10/14/13 | .0273 | 325,267 | Mo 09/23/13 | .0092 | 274,998 | | | |

Australia 61 2 9777 8600  Brazil 5511 2395 9000  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900      Singapore 65 6212 1000      U.S. 1 212 318 2000      Copyright 2016 Bloomberg Finance L.P.
SN 680097 EST      GMT-5:00 G781-3772-0 20-Jan-2016 17:36:27

**SWI US Equity**

Swingplane Ventures Inc

90) Export to Excel

Page 3/7  Historical Price Table

| Range | 10/23/2012 | - | 12/31/2013 | | Period | Daily | | High | .905 | on | 02/20/13 |
| Market | Last Price | | Volume | | Currency | USD | | Low | .008 | on | 10/01/13 |
| View | Price Table | | | | | | | Average | .091 | | 4,656,957 |
| | | | | | | | | Net Chg | -.1398 | | -93.21% |

| Date | Last Price | Volume | Date | Last Price | Volume | Date | Last Price | Volume |
|---|---|---|---|---|---|---|---|---|
| Fr 08/30/13 | .015 | 652,050 | Fr 08/09/13 | .016 | 203,401 | Fr 07/19/13 | .0182 | 55,767 |
| Th 08/29/13 | .0155 | 207,018 | Th 08/08/13 | .0166 | 225,235 | Th 07/18/13 | .0166 | 424,911 |
| We 08/28/13 | .015 | 579,706 | We 08/07/13 | .0174 | 51,276 | We 07/17/13 | .0176 | 334,472 |
| Tu 08/27/13 | .015 | 687,946 | Tu 08/06/13 | .0174 | 270,349 | Tu 07/16/13 | .0182 | 583,032 |
| Mo 08/26/13 | .016 | 253,196 | Mo 08/05/13 | .0167 | 1,093,127 | Mo 07/15/13 | .018 | 253,659 |
| Fr 08/23/13 | .0159 | 62,642 | Fr 08/02/13 | .0162 | 170,991 | Fr 07/12/13 | .0175 | 409,339 |
| Th 08/22/13 | .016 | 269,304 | Th 08/01/13 | .016 | 237,075 | Th 07/11/13 | .0185 | 292,637 |
| We 08/21/13 | .016 | 253,734 | We 07/31/13 | .0174 | 357,076 | We 07/10/13 | .0162 | 209,503 |
| Tu 08/20/13 | .0155 | 461,983 | Tu 07/30/13 | .018 | 675,411 | Tu 07/09/13 | .0161 | 375,410 |
| Mo 08/19/13 | .0152 | 365,858 | Mo 07/29/13 | .0165 | 266,576 | Mo 07/08/13 | .0185 | 398,751 |
| Fr 08/16/13 | .0156 | 372,497 | Fr 07/26/13 | .0169 | 213,160 | Fr 07/05/13 | .0184 | 563,133 |
| Th 08/15/13 | .0152 | 309,621 | Th 07/25/13 | .0169 | 657,732 | Th 07/04/13 | | |
| We 08/14/13 | .0156 | 417,743 | We 07/24/13 | .0166 | 310,962 | We 07/03/13 | .0198 | 537,049 |
| Tu 08/13/13 | .0151 | 1,069,664 | Tu 07/23/13 | .017 | 533,434 | Tu 07/02/13 | .019 | 266,398 |
| Mo 08/12/13 | .016 | 497,880 | Mo 07/22/13 | .0159 | 667,623 | Mo 07/01/13 | .0193 | 1,382,675 |

Australia 61 2 9777 8600  Brazil 5511 2395 9000  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2016 Bloomberg Finance L.P.
SN 680097 EST    GMT-5:00 G791-3772-0 20-Jan-2016 17:36:28

**SWVI US Equity**

Swingplane Ventures Inc

| | | |
|---|---|---|
| Range | 10/23/2012 - 12/31/2013 | |
| Market | Last Price / Volume | |
| View | Price Table | |

Period Daily
Currency USD

90) Export to Excel

**Page 4/7   Historical Price Table**

| | Last Price | | Date | Volume |
|---|---|---|---|---|
| High | .905 | on | 02/20/13 | 1,074,854 |
| Low | .008 | on | 10/01/13 | 4,656,957 |
| Average | .091 | | | |
| Net Chg | -.1398 | | | -93.21% |

| Date | Last Price | Volume | Date | Last Price | Volume | Date | Last Price | Volume |
|---|---|---|---|---|---|---|---|---|
| Fr 06/28/13 | .0167 | 964,628 | Fr 06/07/13 | .04 | 269,270 | Fr 05/17/13 | .0335 | 1,074,854 |
| Th 06/27/13 | .0172 | 328,345 | Th 06/06/13 | .0392 | 323,738 | Th 05/16/13 | .037 | 2,295,732 |
| We 06/26/13 | .0193 | 515,306 | We 06/05/13 | .0383 | 217,193 | We 05/15/13 | .041 | 2,292,617 |
| Tu 06/25/13 | .0165 | 3,109,537 | Tu 06/04/13 | .0387 | 439,100 | Tu 05/14/13 | .0479 | 1,711,354 |
| Mo 06/24/13 | .0211 | 1,477,772 | Mo 06/03/13 | .04 | 468,312 | Mo 05/13/13 | .055 | 689,043 |
| Fr 06/21/13 | .0261 | 1,089,868 | Fr 05/31/13 | .042 | 1,122,399 | Fr 05/10/13 | .057 | 736,786 |
| Th 06/20/13 | .032 | 339,964 | Th 05/30/13 | .04 | 2,810,106 | Th 05/09/13 | .06 | 641,727 |
| We 06/19/13 | .0335 | 1,162,950 | We 05/29/13 | .03 | 520,942 | We 05/08/13 | .056 | 443,607 |
| Tu 06/18/13 | .0334 | 1,163,009 | Tu 05/28/13 | .03 | 1,054,769 | Tu 05/07/13 | .057 | 599,334 |
| Mo 06/17/13 | .033 | 567,933 | Mo 05/27/13 | | | Mo 05/06/13 | .053 | 616,461 |
| Fr 06/14/13 | .0377 | 186,900 | Fr 05/24/13 | .031 | 744,735 | Fr 05/03/13 | .052 | 689,414 |
| Th 06/13/13 | .0353 | 148,022 | Th 05/23/13 | .0318 | 407,397 | Th 05/02/13 | .05 | 2,235,878 |
| We 06/12/13 | .0385 | 264,715 | We 05/22/13 | .0301 | 1,246,644 | We 05/01/13 | .0552 | 373,422 |
| Tu 06/11/13 | .0361 | 344,123 | Tu 05/21/13 | .032 | 1,023,784 | Tu 04/30/13 | .057 | 1,122,330 |
| Mo 06/10/13 | .0387 | 429,432 | Mo 05/20/13 | .036 | 1,726,790 | Mo 04/29/13 | .06 | 1,299,742 |

Australia 61 2 9777 8600  Brazil 5511 2395 9000  Europe  44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900      Singapore 65 6212 1000      U.S. 1 212 318 2000   Copyright 2016 Bloomberg Finance L.P.
                                                      SN 680097 EST    GMT-5:00 G781-3772-0 20-Jan-2016 17:56:28

**SWVI US Equity**
Swingplane Ventures Inc

**96) Export to Excel**

| | | |
|---|---|---|
| Range | 10/23/2012 - 12/31/2013 | Period: Daily |
| Market | Last Price / Volume | Currency: USD |
| View | Price Table / Volume | |

**Page 5/7   Historical Price Table**

| | Last Price | | Volume |
|---|---|---|---|
| High | .905 | on 02/20/13 | 5,664,243 |
| Low | .008 | on 10/01/13 | |
| Average | .091 | | 4,656,957 |
| Net Chg | -.1398 | | -93.21% |

| Date | Last Price | Volume | Date | Last Price | Volume | Date | Last Price | Volume |
|---|---|---|---|---|---|---|---|---|
| Fr 04/26/13 | .0626 | 561,241 | Fr 04/05/13 | .0783 | 7,687,643 | Fr 03/15/13 | .126 | 5,664,243 |
| Th 04/25/13 | .063 | 635,108 | Th 04/04/13 | .0599 | 5,544,758 | Th 03/14/13 | .135 | 6,089,033 |
| We 04/24/13 | .067 | 470,936 | We 04/03/13 | .0645 | 4,563,332 | We 03/13/13 | .135 | 10,168,676 |
| Tu 04/23/13 | .068 | 1,164,100 | Tu 04/02/13 | .0815 | 6,905,258 | Tu 03/12/13 | .147 | 28,310,713 |
| Mo 04/22/13 | .073 | 850,880 | Mo 04/01/13 | .101 | 3,330,127 | Mo 03/11/13 | .11 | 18,865,955 |
| Fr 04/19/13 | .0778 | 552,415 | Fr 03/29/13 | | | Fr 03/08/13 | .125 | 89,442,692 |
| Th 04/18/13 | .0756 | 1,809,089 | Th 03/28/13 | .1059 | 1,711,306 | Th 03/07/13 | .19 | 44,739,106 |
| We 04/17/13 | .079 | 2,571,718 | We 03/27/13 | .1048 | 1,362,628 | We 03/06/13 | .2235 | 38,322,502 |
| Tu 04/16/13 | .072 | 1,435,199 | Tu 03/26/13 | .1086 | 2,873,909 | Tu 03/05/13 | .305 | 21,604,313 |
| Mo 04/15/13 | .0656 | 1,098,314 | Mo 03/25/13 | .1149 | 1,886,520 | Mo 03/04/13 | .29 | 30,706,822 |
| Fr 04/12/13 | .061 | 833,822 | Fr 03/22/13 | .1189 | 1,391,447 | Fr 03/01/13 | .22 | 33,641,380 |
| Th 04/11/13 | .062 | 1,774,397 | Th 03/21/13 | .117 | 2,536,399 | Th 02/28/13 | .27 | 58,980,345 |
| We 04/10/13 | .065 | 1,258,599 | We 03/20/13 | .116 | 3,375,208 | We 02/27/13 | .50 | 43,679,241 |
| Tu 04/09/13 | .068 | 1,631,281 | Tu 03/19/13 | .11 | 6,442,063 | Tu 02/26/13 | .692 | 15,652,226 |
| Mo 04/08/13 | .072 | 1,691,719 | Mo 03/18/13 | .1165 | 7,227,339 | Mo 02/25/13 | .7753 | 28,307,499 |

Australia 61 2 9777 8600  Brazil 5511 2395 9000  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2016 Bloomberg Finance L.P.
SN 680097 EST    GMT-5:00 G781-3772-0 20-Jan-2016 17:36:28

**SWVI US Equity**    96) Export to Excel    Page 6/7 | Historical Price Table

Swingplane Ventures Inc

| | | | | | |
|---|---|---|---|---|---|
| Range | 10/23/2012 - 12/31/2013 | Period | Daily | High | .905 on 02/20/13 |
| Market | Last Price   Volume | Currency | USD | Low | .008 on 10/01/13 |
| View | Price Table | | | Average | .091   4,656,957 |
| | | | | Net Chg | -.1398   -93.21% |

| Date | Last Price | Volume | Date | Last Price | Volume | Date | Last Price | Volume |
|---|---|---|---|---|---|---|---|---|
| Fr 02/22/13 | .665 | 35,393,207 | Fr 02/01/13 | .391 | 11,470,628 | Fr 01/11/13 | | |
| Th 02/21/13 | .43 | 61,120,013 | Th 01/31/13 | .379 | 20,318,316 | Th 01/10/13 | | |
| We 02/20/13 H | .905 | 27,802,233 | We 01/30/13 | .361 | 9,406,041 | We 01/09/13 | | |
| Tu 02/19/13 | .82 | 26,925,855 | Tu 01/29/13 | .354 | 11,979,995 | Tu 01/08/13 | | |
| Mo 02/18/13 | | | Mo 01/28/13 | .3211 | 10,552,727 | Mo 01/07/13 | | |
| Fr 02/15/13 | .685 | 8,405,247 | Fr 01/25/13 | .267 | 3,959,325 | Fr 01/04/13 | | |
| Th 02/14/13 | .6101 | 10,230,433 | Th 01/24/13 | .258 | 16,220,035 | Th 01/03/13 | | |
| We 02/13/13 | .6161 | 25,361,473 | We 01/23/13 | .2899 | 88,414,066 | We 01/02/13 | | |
| Tu 02/12/13 | .5987 | 17,244,863 | Tu 01/22/13 | .1702 | 15,649,797 | Tu 01/01/13 | | |
| Mo 02/11/13 | .468 | 9,152,695 | Mo 01/21/13 | | | Mo 12/31/12 | | |
| Fr 02/08/13 | .432 | 19,802,598 | Fr 01/18/13 | .30 | 130,477 | Fr 12/28/12 | | |
| Th 02/07/13 | .452 | 9,243,742 | Th 01/17/13 | | | Th 12/27/12 | | |
| We 02/06/13 | .395 | 8,189,338 | We 01/16/13 | .23 | 3,500 | We 12/26/12 | | |
| Tu 02/05/13 | .35 | 13,695,701 | Tu 01/15/13 | | | Tu 12/25/12 | | |
| Mo 02/04/13 | .3969 | 8,067,806 | Mo 01/14/13 | | | Mo 12/24/12 | | |

Australia 61 2 9777 8600  Brazil 5511 2395 9000  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2016 Bloomberg Finance L.P.
SN 680097 EST    GMT-5:00 G701-3772-0 20-Jan-2016 17:36:28

# SWVI US Equity

**Swingplane Ventures Inc**

| | | |
|---|---|---|
| Range | 10/23/2012 - 12/31/2013 | |
| Market | Last Price | Volume |
| View | Price Table | |

**90) Export to Excel**

| | |
|---|---|
| Period | Daily |
| Currency | USD |

## Page 7/7  Historical Price Table

| | | | |
|---|---|---|---|
| High | .905 | on | 02/20/13 |
| Low | .008 | on | 10/01/13 |
| Average | .091 | | 4,656,957 |
| Net Chg | -.1398 | | -93.21% |

| Date | Last Price | Volume |
|------|-----------|--------|
| Fr 12/21/12 | | |
| Th 12/20/12 | | |
| We 12/19/12 | | |
| Tu 12/18/12 | | |
| Mo 12/17/12 | .23 | |
| Fr 12/14/12 | | |
| Th 12/13/12 | | |
| We 12/12/12 | | |
| Tu 12/11/12 | | |
| Mo 12/10/12 | | |
| Fr 12/07/12 | | |
| Th 12/06/12 | | |
| We 12/05/12 | | |
| Tu 12/04/12 | | |
| Mo 12/03/12 | | |
| Fr 11/30/12 | | |
| Th 11/29/12 | | |
| We 11/28/12 | | |
| Tu 11/27/12 | | |
| Mo 11/26/12 | | 7,500 |
| Fr 11/23/12 | | |
| Th 11/22/12 | | |
| We 11/21/12 | | |
| Tu 11/20/12 | | |
| Mo 11/19/12 | | |
| Fr 11/16/12 | | |
| Th 11/15/12 | | |
| We 11/14/12 | | |
| Tu 11/13/12 | | |
| Mo 11/12/12 | | |
| Fr 11/09/12 | | |
| Th 11/08/12 | | |
| We 11/07/12 | | |
| Tu 11/06/12 | | |
| Mo 11/05/12 | | |
| Fr 11/02/12 | | |
| Th 11/01/12 | | |
| We 10/31/12 | | |
| Tu 10/30/12 | | |
| Mo 10/29/12 | | |
| Fr 10/26/12 | | |
| Th 10/25/12 | | |
| We 10/24/12 | | |
| Tu 10/23/12 | .15 | 20,000 |

OTC Link Data via Wharton

| SECID | Symbol | CUSIP | Issue | CaveatEmptor | ClosingInsideBidPriceDate | LastPrice | ShareVolume | DollarVol | TradeCount | ClosingBestAskDate |
|---|---|---|---|---|---|---|---|---|---|---|
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121023 | 0.15 | 20000 | 2977 | 2 | 20121023 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121024 | | 0 | 0 | 0 | 20121024 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121025 | | 0 | 0 | 0 | 20121025 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121026 | | 0 | 0 | 0 | 20121026 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121031 | | 0 | 0 | 0 | 20121031 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121101 | | 0 | 0 | 0 | 20121101 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121102 | | 0 | 0 | 0 | 20121102 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121105 | | 0 | 0 | 0 | 20121105 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121106 | | 0 | 0 | 0 | 20121106 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121107 | | 0 | 0 | 0 | 20121107 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121108 | | 0 | 0 | 0 | 20121108 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121109 | | 0 | 0 | 0 | 20121109 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121112 | | 0 | 0 | 0 | 20121112 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121113 | | 0 | 0 | 0 | 20121113 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121114 | | 0 | 0 | 0 | 20121114 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121115 | | 0 | 0 | 0 | 20121115 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121116 | | 0 | 0 | 0 | 20121116 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121119 | | 0 | 0 | 0 | 20121119 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121120 | | 0 | 0 | 0 | 20121120 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121121 | | 0 | 0 | 0 | 20121121 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121124 | | 0 | 0 | 0 | 20121124 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121126 | | 0 | 0 | 0 | 20121126 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121127 | | 0 | 0 | 0 | 20121127 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121128 | | 0 | 0 | 0 | 20121128 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121129 | | 0 | 0 | 0 | 20121129 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121130 | | 0 | 0 | 0 | 20121130 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121203 | | 0 | 0 | 0 | 20121203 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121204 | | 0 | 0 | 0 | 20121204 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121205 | | 0 | 0 | 0 | 20121205 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121206 | | 0 | 0 | 0 | 20121206 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121207 | | 0 | 0 | 0 | 20121207 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121210 | | 0 | 0 | 0 | 20121210 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121211 | | 0 | 0 | 0 | 20121211 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121212 | | 0 | 0 | 0 | 20121212 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121213 | | 0 | 0 | 0 | 20121213 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121214 | | 0 | 0 | 0 | 20121214 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121217 | 0.23 | 7500 | 1725 | 2 | 20121217 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121218 | | 0 | 0 | 0 | 20121218 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121219 | | 0 | 0 | 0 | 20121219 |

OTC Link Data via Wharton

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121220 | | 0 | 0 | 0 | 20121220 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121221 | | 0 | 0 | 0 | 20121221 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121224 | | 0 | 0 | 0 | 20121224 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121226 | | 0 | 0 | 0 | 20121226 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121227 | | 0 | 0 | 0 | 20121227 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121228 | | 0 | 0 | 0 | 20121228 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20121231 | | 0 | 0 | 0 | 20121231 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130102 | | 0 | 0 | 0 | 20130102 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130103 | | 0 | 0 | 0 | 20130103 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130104 | | 0 | 0 | 0 | 20130104 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130107 | | 0 | 0 | 0 | 20130107 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130108 | | 0 | 0 | 0 | 20130108 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130109 | | 0 | 0 | 0 | 20130109 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130110 | | 0 | 0 | 0 | 20130110 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130111 | | 0 | 0 | 0 | 20130111 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130114 | | 0 | 0 | 0 | 20130114 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130115 | | 0 | 0 | 0 | 20130115 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130116 | 0.23 | 3500 | 805 | 2 | 20130116 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130117 | | 0 | 0 | 0 | 20130117 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130118 | 0.3 | 130477 | 28332.75 | 23 | 20130118 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130122 | 0.1702 | 15649797 | 2623991.72 | 305 | 20130122 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130123 | 0.2899 | 88414066 | 21044336.52 | 5282 | 20130123 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130124 | 0.258 | 16220035 | 4434447.083 | 1788 | 20130124 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130125 | 0.267 | 3959325 | 1042563.502 | 688 | 20130125 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130128 | 0.3211 | 10552727 | 316229.938 | 1574 | 20130128 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130129 | 0.354 | 11979995 | 4071408.005 | 1852 | 20130129 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130130 | 0.361 | 9406041 | 3403134.773 | 1784 | 20130130 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130131 | 0.379 | 20318316 | 6828811.749 | 2621 | 20130131 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130201 | 0.391 | 11470628 | 4317492.966 | 1693 | 20130201 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130204 | 0.3969 | 8067806 | 3252750.204 | 1824 | 20130204 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130205 | 0.35 | 13695701 | 5244360.281 | 1677 | 20130205 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130206 | 0.395 | 8189338 | 3006426.077 | 1368 | 20130206 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130207 | 0.452 | 9243742 | 3835782.089 | 1612 | 20130207 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130208 | 0.432 | 19802598 | 8694981.166 | 2679 | 20130208 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130211 | 0.468 | 9152695 | 4083211.251 | 2309 | 20130211 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130212 | 0.5987 | 17244863 | 9256875.735 | 3852 | 20130212 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130213 | 0.6161 | 25361473 | 15456516.28 | 5085 | 20130213 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130214 | 0.6101 | 10230433 | 635045.761 | 2581 | 20130214 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130215 | 0.685 | 8405247 | 5418501.794 | 2209 | 20130215 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130219 | 0.82 | 26925855 | 20641132.24 | 5751 | 20130219 |

OTC Link Data via Wharton

| | | | | | Date | Ratio | Vol1 | Value | Count | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130220 | 0.905 | 27802233 | 25705632.09 | 7907 | 20130220 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130221 | 0.43 | 61120013 | 38668789.18 | 10591 | 20130221 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130222 | 0.665 | 35393207 | 22117093.31 | 7009 | 20130222 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130225 | 0.7753 | 28307499 | 20488420 | 4806 | 20130225 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130226 | 0.692 | 15652226 | 10850720.88 | 3698 | 20130226 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130227 | 0.5 | 43679241 | 23876850.98 | 7513 | 20130227 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130228 | 0.27 | 58980345 | 16686195.64 | 6900 | 20130228 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130301 | 0.22 | 33641380 | 7848710.336 | 3346 | 20130301 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130304 | 0.29 | 30706822 | 8259324.657 | 3738 | 20130304 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130305 | 0.305 | 21604313 | 6300546.395 | 2464 | 20130305 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130306 | 0.2235 | 38322502 | 9838677.484 | 3075 | 20130306 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130307 | 0.19 | 44739106 | 8191129.882 | 3489 | 20130307 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130308 | 0.125 | 89442692 | 10669783.65 | 4710 | 20130308 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130311 | 0.11 | 18865955 | 2088288.647 | 1475 | 20130311 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130312 | 0.147 | 28310713 | 3973944.265 | 2518 | 20130312 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130313 | 0.135 | 10168676 | 1400156.454 | 1026 | 20130313 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130314 | 0.135 | 6089033 | 820310.4016 | 703 | 20130314 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130315 | 0.126 | 5664243 | 736688.9995 | 727 | 20130315 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130318 | 0.1165 | 7227339 | 824152.6946 | 963 | 20130318 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130319 | 0.11 | 6442063 | 669202.8271 | 825 | 20130319 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130320 | 0.116 | 3375208 | 398431.3808 | 467 | 20130320 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130321 | 0.117 | 2536399 | 309347.1267 | 402 | 20130321 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | Y | 20130322 | 0.1189 | 1391447 | 165222.8892 | 259 | 20130322 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130325 | 0.1149 | 1886520 | 215754.8402 | 312 | 20130325 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130326 | 0.1086 | 2873909 | 306798.3252 | 448 | 20130326 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130327 | 0.1048 | 1362628 | 144368.0441 | 313 | 20130327 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130328 | 0.1059 | 1711306 | 178015.0691 | 318 | 20130328 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130401 | 0.101 | 3330127 | 338552.2691 | 376 | 20130401 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130402 | 0.0815 | 6905258 | 582358.8552 | 816 | 20130402 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130403 | 0.0645 | 4563332 | 332640.5843 | 533 | 20130403 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130404 | 0.0599 | 5544758 | 311645.6581 | 549 | 20130404 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130405 | 0.0783 | 7687643 | 579103.6846 | 572 | 20130405 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130408 | 0.072 | 1691719 | 127651.4428 | 246 | 20130408 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130409 | 0.068 | 1631281 | 108374.0239 | 232 | 20130409 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130410 | 0.065 | 1258599 | 84493.8507 | 200 | 20130410 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130411 | 0.062 | 1774397 | 108574.481 | 222 | 20130411 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130412 | 0.061 | 833822 | 50950.254 | 153 | 20130412 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130415 | 0.0656 | 1098314 | 71376.1684 | 126 | 20130415 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130416 | 0.072 | 1435199 | 100566.1827 | 193 | 20130416 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130417 | 0.079 | 2571718 | 201051.2475 | 235 | 20130417 |

OTC Link Data via Wharton

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130418 | 0.0756 | 1809089 | 141579.2641 | 172 | 20130418 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130419 | 0.0778 | 552415 | 42772.6761 | 93 | 20130419 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130422 | 0.073 | 850880 | 62385.1864 | 144 | 20130422 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130423 | 0.068 | 1164100 | 76125.1348 | 156 | 20130423 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130424 | 0.067 | 470936 | 30958.9408 | 90 | 20130424 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130425 | 0.063 | 635108 | 40355.9723 | 108 | 20130425 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130426 | 0.0626 | 561241 | 35305.201 | 83 | 20130426 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130429 | 0.06 | 1299742 | 77882.9955 | 181 | 20130429 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130430 | 0.057 | 1122330 | 66591.602 | 146 | 20130430 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130501 | 0.0552 | 373422 | 20907.1647 | 102 | 20130501 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130502 | 0.05 | 2235878 | 112151.7366 | 188 | 20130502 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130503 | 0.052 | 689414 | 33862.1767 | 113 | 20130503 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130506 | 0.053 | 616461 | 33440.8112 | 97 | 20130506 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130507 | 0.057 | 599334 | 31457.2478 | 89 | 20130507 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130508 | 0.056 | 443607 | 25070.562 | 72 | 20130508 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130509 | 0.06 | 641727 | 36146.177 | 85 | 20130509 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130510 | 0.057 | 736786 | 43488.3295 | 73 | 20130510 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130513 | 0.055 | 689043 | 36988.8725 | 100 | 20130513 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130514 | 0.0479 | 1711354 | 83222.0487 | 165 | 20130514 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130515 | 0.041 | 2292617 | 100855.0273 | 252 | 20130515 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130516 | 0.037 | 2295732 | 84265.5703 | 220 | 20130516 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130517 | 0.0335 | 1074854 | 36876.1753 | 138 | 20130517 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130520 | 0.036 | 1726790 | 55191.3982 | 202 | 20130520 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130521 | 0.032 | 1023784 | 35435.706 | 115 | 20130521 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130522 | 0.0301 | 1246644 | 38609.103 | 105 | 20130522 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130523 | 0.0318 | 407397 | 12721.4618 | 59 | 20130523 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130524 | 0.031 | 744735 | 22519.1029 | 80 | 20130524 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130528 | 0.03 | 1054769 | 32115.3103 | 105 | 20130528 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130529 | 0.03 | 520942 | 15536.127 | 63 | 20130529 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130530 | 0.04 | 2810106 | 102283.765 | 173 | 20130530 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130531 | 0.042 | 1122399 | 46206.3579 | 111 | 20130531 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130603 | 0.04 | 468312 | 19665.8899 | 54 | 20130603 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130604 | 0.0387 | 439100 | 17602.43 | 57 | 20130604 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130605 | 0.0383 | 217193 | 8465.8299 | 40 | 20130605 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130606 | 0.0392 | 323738 | 12823.5315 | 55 | 20130606 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130607 | 0.04 | 269270 | 10822.7725 | 45 | 20130607 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130610 | 0.0387 | 429432 | 16539.1149 | 53 | 20130610 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130611 | 0.0361 | 344123 | 13329.4634 | 50 | 20130611 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130612 | 0.0385 | 264715 | 10168.609 | 29 | 20130612 |
| 201742 | SWVI | 87078720 7 | SWINGPLANE VENTURES NEW | N | 20130613 | 0.0353 | 148022 | 5382.0192 | 30 | 20130613 |

OTC Link Data via Wharton

| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130614 | 0.0377 | 186900 | 6437.71 | 30 | 20130614 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130617 | 0.033 | 567933 | 18862.4378 | 57 | 20130617 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130618 | 0.0334 | 1163009 | 36914.2088 | 72 | 20130618 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130619 | 0.0335 | 162950 | 5383.6408 | 31 | 20130619 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130620 | 0.032 | 339964 | 11072.9249 | 31 | 20130620 |
| 201742 | SWVI | 870787207 | SWINGPLANE VENTURES NEW | N | 20130621 | 0.0261 | 1089868 | 31853.684 | 96 | 20130621 |