# EXHIBIT 10

**Subject:** RE: Lobby
**Received(Date):** Wed, 26 Jun 2013 10:04:51 -0500
**From:**
**To:** "Andy McAlpine" <andy@mcalpine.ky>

Ok, I hear you



Please consider the environment before printing this email


-----Original Message-----
From: Andy McAlpine [mailto:andy@mcalpine.ky]
Sent: Wednesday, June 26, 2013 9:59 AM

Subject: Lobby

Spoke to Jim this am. They temporarily halted NORX. I think what I suggested about getting an SEC insider on the payroll is prudent as we want to stay ahead of the curve !
A
Sent from my BlackBerry® wireless device from LIME.

Confidential pursuant to Securities Exchange Act s.24(d).                                                                                                         SEC-CIMA-E-0054003