# EXHIBIT 11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————— :

SECURITIES AND EXCHANGE COMMISSION,                    :
                                                       :
                                                       :
                                      Plaintiff,       :
                                                       :
                          v.                           :   Case No. 15-cv-894
                                                       :   (WHP)(JLC)
CALEDONIAN BANK LTD.,                                  :
CALEDONIAN SECURITIES LTD.,                            :
CLEAR WATER SECURITIES, INC.,                          :
LEGACY GLOBAL MARKETS S.A., and                        :
VERDMONT CAPITAL, S.A.                                 :
                                                       :
                                      Defendants.      :
————————————————————————— :

## DECLARATION OF ROBERT W. NESBITT

ROBERT W. NESBITT declares and states as follows:

1. I am a Market Surveillance Specialist in the Office of Market Surveillance of the Division of Enforcement of the Securities and Exchange Commission at its Washington, D.C. headquarters. As part of my job, I provide market analysis for the SEC in investigations and civil enforcement actions against persons and entities alleged to have violated the United States securities laws. I previously provided a declaration to the court in this matter. I make this declaration in support of the SEC's settlement memorandum of law with Defendants Caledonian Bank Ltd. and Caledonian Securities Ltd. (collectively, "Caledonian").

2. At the request of counsel for the SEC, I prepared documents marked as Exhibits A through D, which are daily summaries of all purchases and sales in each Caledonian account that traded in the four securities as described in the February 6, 2015

SEC civil enforcement action  – Swingplane Ventures, Inc., Goff Corp., Norstra Energy Inc. and Xumanii, Inc.  Exhibits A through D are more detailed daily summaries of SEC Exhibits 1 through 4 that I prepared in connection with my previous declaration, which summarize purchases and sales for the whole review period.

       3.  In preparing these exhibits, I reviewed account statements and other documents produced to the SEC pertaining to brokerage accounts in the name of Caledonian.  I used trade dates to prepare the daily summaries, although in some cases the account statements only show settlement dates.  These account statements have previously been marked as Exhibits 5 through 18 to my earlier declaration.

                        I declare under penalty of perjury that the foregoing is true and correct. Executed on February 8, 2016.

*L. W. Nesbitt*

Robert W. Nesbitt

# EXHIBIT A

EXHIBIT A

**Daily Summary of Caledonian's Swingplane Ventures, Inc. Trading By Account**

| Date | Bought / Sold | Quantity | Amount | Account Name | Account Number | Introducing Firm |
|------|---------------|----------|--------|--------------|----------------|------------------|
| 1/22/2013 | Bought | 7,500 | $ 2,348.00 | CP Caledonia Bank LTD | 002-D | The Vertical Trading Group, LLC |
| 1/24/2013 | Bought | 2,000,000 | $ 559,418.00 | CP Caledonia Bank LTD | 002-D | The Vertical Trading Group, LLC |
| 1/25/2013 | Bought | 210,000 | $ 54,721.80 | CP Caledonia Bank LTD | 002-D | The Vertical Trading Group, LLC |
| 1/28/2013 | Bought | 52,500 | $ 14,595.94 | CP Caledonia Bank LTD | 002-D | The Vertical Trading Group, LLC |
| 1/29/2013 | Bought | 50,000 | $ 16,665.00 | Caledonian Securities Limited | EDON | BMA Securities, Inc. |
| 1/29/2013 | Bought | 388,600 | $ 129,519.99 | CP Caledonia Bank LTD | 002-D | The Vertical Trading Group, LLC |
| 1/30/2013 | Bought | 757,579 | $ 274,182.24 | CP Caledonia Bank LTD | 002-D | The Vertical Trading Group, LLC |
| 1/31/2013 | Bought | 1,000,000 | $ 365,620.00 | Caledonian Securities Limited | EDON | BMA Securities, Inc. |
| 1/31/2013 | Bought | 3,200,000 | $ 1,105,344.00 | CP Caledonia Bank LTD | 002-D | The Vertical Trading Group, LLC |
| 2/1/2013 | Bought | 1,193,600 | $ 444,157.66 | CP Caledonia Bank LTD | 002-D | The Vertical Trading Group, LLC |
| 2/5/2013 | Bought | 3,184,350 | $ 1,234,747.63 | CP Caledonia Bank LTD | 002-D | The Vertical Trading Group, LLC |
| 2/6/2013 | Bought | 800,000 | $ 282,800.00 | CP Caledonia Bank LTD | 002-D | The Vertical Trading Group, LLC |
| 2/8/2013 | Bought | 1,200,000 | $ 533,280.00 | CP Caledonia Bank LTD | 002-D | The Vertical Trading Group, LLC |
| 2/11/2013 | Bought | 35,000 | $ 14,528.99 | CP Caledonia Bank LTD | 002-D | The Vertical Trading Group, LLC |
| 2/12/2013 | Bought | 250,000 | $ 124,527.50 | CP Caledonia Bank LTD | 002-D | The Vertical Trading Group, LLC |
| 2/13/2013 | Bought | 707,737 | $ 444,445.39 | CP Caledonia Bank LTD | 002-D | The Vertical Trading Group, LLC |
| 2/14/2013 | Bought | 279,900 | $ 171,032.34 | CP Caledonia Bank LTD | 002-D | The Vertical Trading Group, LLC |
| 2/15/2013 | Bought | 27,000 | $ 17,179.99 | CP Caledonia Bank LTD | 002-D | The Vertical Trading Group, LLC |
| 2/20/2013 | Bought | 163,035 | $ 148,203.05 | CP Caledonia Bank LTD | 002-D | The Vertical Trading Group, LLC |
| 2/21/2013 | Bought | 4,000,000 | $ 3,242,984.00 | CP Caledonia Bank LTD | 002-D | The Vertical Trading Group, LLC |
| 2/26/2013 | Bought | 36,400 | $ 24,263.99 | CP Caledonia Bank LTD | 002-D | The Vertical Trading Group, LLC |
| 2/27/2013 | Bought | 500,000 | $ 335,825.00 | CP Caledonia Bank LTD | 002-D | The Vertical Trading Group, LLC |
| 3/8/2013 | Bought | 100,000 | $ 10,729.00 | CP Caledonia Bank LTD | 002-D | The Vertical Trading Group, LLC |
| 1/23/2013 | Bought | 414,631 | $ 90,247.28 | EDD FAO Caledonian Bank LTD | 1C51 | Sunrise Securities Corp |
| 1/23/2013 | Bought | 10,526 | $ 2,344.67 | Caledonian Securities Limited | 1W94 | Vandham Securities Corp |
| 1/31/2013 | Bought | 90,180 | $ 27,392.18 | Caledonian Securities Limited | 1W94 | Vandham Securities Corp |
| 2/6/2013 | Bought | 67,567 | $ 24,825.46 | EDD FAO Caledonian Bank LTD | 1C51 | Sunrise Securities Corp |
| 2/15/2013 | Bought | 325,000 | $ 214,943.10 | EDD FAO Caledonian Bank LTD | 1C51 | Sunrise Securities Corp |
| 2/21/2013 | Bought | 7,950,000 | $ 5,998,600.42 | EDD FAO Caledonian Bank LTD | 1C51 | Sunrise Securities Corp |
| 3/14/2013 | Bought | 300,000 | $ 41,405.30 | EDD FAO Caledonian Bank LTD | 1C51 | Sunrise Securities Corp |
| 3/18/2013 | Bought | 15,000 | $ 1,728.71 | EDD FAO Caledonian Bank LTD | 1C51 | Sunrise Securities Corp |
| 3/18/2013 | Bought | 135,000 | $ 15,558.39 | EDD FAO Caledonian Bank LTD | 1C51 | Sunrise Securities Corp |
| 3/18/2013 | Bought | 50,000 | $ 5,948.44 | Caledonian Securities Limited | 1W94 | Vandham Securities Corp |
| | | 29,501,105 | $ 15,974,113.46 | | | |
| | | | | | | |
| | | | | | | |

EXHIBIT A

## Daily Summary of Caledonian's Swingplane Ventures, Inc. Trading By Account

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1/16/2013 | Sold | 2,500 | $ | 567.80 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 1/18/2013 | Sold | 115,727 | $ | 24,335.19 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 1/22/2013 | Sold | 1,500,000 | $ | 239,079.59 | Caledonian Bank Caledonian Securities Ltd | 2434 | | N/A |
| 1/22/2013 | Sold | 3,032,941 | $ | 506,157.20 | EDD FAO Caledonian Bank LTD | | 1C51 | Sunrise Securities Corp |
| 1/23/2013 | Sold | 8,209,736 | $ | 1,649,947.84 | EDD FAO Caledonian Bank LTD | | 1C51 | Sunrise Securities Corp |
| 1/23/2013 | Sold | 6,310,000 | $ | 1,283,746.69 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 1/24/2013 | Sold | 200,290 | $ | 50,226.76 | EDD FAO Caledonian Bank LTD | | 1C51 | Sunrise Securities Corp |
| 1/25/2013 | Sold | 204,867 | $ | 52,630.88 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 1/28/2013 | Sold | 260,000 | $ | 79,728.77 | EDD FAO Caledonian Bank LTD | | 1C51 | Sunrise Securities Corp |
| 1/28/2013 | Sold | 660,000 | $ | 199,286.77 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 1/29/2013 | Sold | 50,000 | $ | 17,364.35 | EDD FAO Caledonian Bank LTD | | 1C51 | Sunrise Securities Corp |
| 1/29/2013 | Sold | 1,050,000 | $ | 358,085.45 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 1/30/2013 | Sold | 25,000 | $ | 9,029.79 | Caledonian Securities Limited | | EDON | BMA Securities, Inc. |
| 1/30/2013 | Sold | 165,602 | $ | 60,075.58 | EDD FAO Caledonian Bank LTD | | 1C51 | Sunrise Securities Corp |
| 1/30/2013 | Sold | 500,000 | $ | 180,075.04 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 1/31/2013 | Sold | 25,000 | $ | 8,457.31 | EDD FAO Caledonian Bank LTD | | 1C51 | Sunrise Securities Corp |
| 1/31/2013 | Sold | 10,000 | $ | 3,545.04 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 2/1/2013 | Sold | 479,999 | $ | 182,884.30 | EDD FAO Caledonian Bank LTD | | 1C51 | Sunrise Securities Corp |
| 2/1/2013 | Sold | 1,421,500 | $ | 523,614.00 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 2/4/2013 | Sold | 500,000 | $ | 196,010.56 | Caledonian Securities Limited | | EDON | BMA Securities, Inc. |
| 2/4/2013 | Sold | 119,800 | $ | 48,186.76 | EDD FAO Caledonian Bank LTD | | 1C51 | Sunrise Securities Corp |
| 2/4/2013 | Sold | 420,000 | $ | 165,826.31 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 2/5/2013 | Sold | 248,200 | $ | 96,603.74 | EDD FAO Caledonian Bank LTD | | 1C51 | Sunrise Securities Corp |
| 2/5/2013 | Sold | 225,000 | $ | 87,877.67 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 2/6/2013 | Sold | 270,000 | $ | 101,033.77 | EDD FAO Caledonian Bank LTD | | 1C51 | Sunrise Securities Corp |
| 2/6/2013 | Sold | 435,000 | $ | 157,934.37 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 2/7/2013 | Sold | 975,000 | $ | 387,841.21 | Caledonian Securities Limited | | EDON | BMA Securities, Inc. |
| 2/7/2013 | Sold | 175,000 | $ | 72,891.26 | EDD FAO Caledonian Bank LTD | | 1C51 | Sunrise Securities Corp |
| 2/7/2013 | Sold | 997,500 | $ | 391,046.55 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 2/8/2013 | Sold | 1,000,000 | $ | 434,600.16 | Caledonian Securities Limited | | EDON | BMA Securities, Inc. |
| 2/8/2013 | Sold | 3,200,000 | $ | 1,351,507.74 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 2/11/2013 | Sold | 1,200,000 | $ | 523,758.14 | Caledonian Securities Limited | | EDON | BMA Securities, Inc. |
| 2/11/2013 | Sold | 397,567 | $ | 174,981.07 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 2/12/2013 | Sold | 1,400,000 | $ | 687,979.43 | Caledonian Securities Limited | | EDON | BMA Securities, Inc. |
| 2/12/2013 | Sold | 75,000 | $ | 34,847.05 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 2/13/2013 | Sold | 300,000 | $ | 183,857.58 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |

**EXHIBIT A**

**Daily Summary of Caledonian's Swingplane Ventures, Inc. Trading By Account**

| Date | | Shares | | Amount | Account | | Code | Firm |
|---|---|---|---|---|---|---|---|---|
| 2/14/2013 | Sold | 1,250,000 | $ | 754,857.92 | Caledonian Securities Limited | | EDON | BMA Securities, Inc. |
| 2/15/2013 | Sold | 750,000 | $ | 472,219.31 | Caledonian Securities Limited | | EDON | BMA Securities, Inc. |
| 2/19/2013 | Sold | 50,000 | $ | 40,272.28 | Caledonian Securities Limited | | 12-97 | Ascendiant Capital Markets, LLC |
| 2/19/2013 | Sold | 2,200,000 | $ | 1,563,768.61 | Caledonian Securities Limited | | EDON | BMA Securities, Inc. |
| 2/19/2013 | Sold | 2,514,000 | $ | 1,877,986.34 | EDD FAO Caledonian Bank LTD | | 1C51 | Sunrise Securities Corp |
| 2/19/2013 | Sold | 2,227,000 | $ | 1,733,782.61 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 2/20/2013 | Sold | 500,000 | $ | 464,324.71 | EDD FAO Caledonian Bank LTD | | 1C51 | Sunrise Securities Corp |
| 2/20/2013 | Sold | 350,000 | $ | 323,025.69 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 2/21/2013 | Sold | 810,000 | $ | 346,514.19 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 2/22/2013 | Sold | 2,000,000 | $ | 1,185,960.60 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 2/25/2013 | Sold | 200,000 | $ | 140,576.81 | Caledonian Securities Limited | | EDON | BMA Securities, Inc. |
| 2/25/2013 | Sold | 712,000 | $ | 507,328.67 | EDD FAO Caledonian Bank LTD | | 1C51 | Sunrise Securities Corp |
| 2/25/2013 | Sold | 5,221,550 | $ | 3,581,180.18 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 2/26/2013 | Sold | 2,900,000 | $ | 1,238,521.97 | Caledonian Securities Limited | | EDON | BMA Securities, Inc. |
| 2/26/2013 | Sold | 50,000 | $ | 35,103.76 | EDD FAO Caledonian Bank LTD | | 1C51 | Sunrise Securities Corp |
| 2/26/2013 | Sold | 1,268,406 | $ | 859,136.90 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 2/27/2013 | Sold | 2,000,000 | $ | 962,381.22 | Caledonian Securities Limited | | EDON | BMA Securities, Inc. |
| 2/27/2013 | Sold | 598,594 | $ | 321,398.73 | EDD FAO Caledonian Bank LTD | | 1C51 | Sunrise Securities Corp |
| 2/27/2013 | Sold | 5,175,000 | $ | 2,640,573.12 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 2/28/2013 | Sold | 2,663,326 | $ | 690,375.49 | EDD FAO Caledonian Bank LTD | | 1C51 | Sunrise Securities Corp |
| 2/28/2013 | Sold | 1,800,000 | $ | 444,268.17 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 3/1/2013 | Sold | 200,000 | $ | 45,230.68 | EDD FAO Caledonian Bank LTD | | 1C51 | Sunrise Securities Corp |
| 3/12/2013 | Sold | 100,000 | $ | 9,965.20 | EDD FAO Caledonian Bank LTD | | 1C51 | Sunrise Securities Corp |
| 3/15/2013 | Sold | 200,000 | $ | 25,754.00 | EDD FAO Caledonian Bank LTD | | 1C51 | Sunrise Securities Corp |
| 3/15/2013 | Sold | 100,000 | $ | 12,668.35 | EDD FAO Caledonian Bank LTD | | 1W94 | Vandham Securities Corp |
| 3/19/2013 | Sold | 150,000 | $ | 15,472.85 | EDD FAO Caledonian Bank LTD | | 1C51 | Sunrise Securities Corp |
| 3/19/2013 | Sold | 50,000 | $ | 5,152.65 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| | | **72,201,105** | **$** | **30,823,422.73** | | | | |

# EXHIBIT B

**EXHIBIT B**

**Daily Summary of Caledonian's Goff Corp. Trading By Account**

| Date | Bought / Sold | Quantity | Amount | Account Name | Account Number | Introducing Firm |
|------|---------------|---------|--------|--------------|----------------|------------------|
| 3/18/2013 | Bought | 20,000 | $ 5,962.16 | EDD FAO Caledonian Bank LTD | ■1C51 | Sunrise Securities Corp |
| 3/18/2013 | Bought | 633,640 | $ 159,286.64 | Caledonian Securities Limited | ■1W94 | Vandham Securities Corp |
| 3/18/2013 | Bought | 72,463 | $ 20,199.79 | CP Caledonia Bank LTD | ■002-D | The Vertical Trading Group, LLC |
| 3/19/2013 | Bought | 110,000 | $ 34,819.71 | EDD FAO Caledonian Bank LTD | ■1C51 | Sunrise Securities Corp |
| 3/21/2013 | Bought | 45,314 | $ 15,256.09 | EDD FAO Caledonian Bank LTD | ■1C51 | Sunrise Securities Corp |
| 3/21/2013 | Bought | 2,008,500 | $ 660,051.35 | CP Caledonia Bank LTD | ■002-D | The Vertical Trading Group, LLC |
| 3/22/2013 | Bought | 550,000 | $ 194,425.00 | Caledonian Securities Limited | ■EDON | BMA Securities, Inc. |
| 3/22/2013 | Bought | 704,000 | $ 255,155.65 | CP Caledonia Bank LTD | ■002-D | The Vertical Trading Group, LLC |
| 3/25/2013 | Bought | 441,100 | $ 169,293.74 | CP Caledonia Bank LTD | ■002-D | The Vertical Trading Group, LLC |
| 3/26/2013 | Bought | 800,000 | $ 327,240.00 | Caledonian Securities Limited | ■EDON | BMA Securities, Inc. |
| 3/27/2013 | Bought | 1,000,000 | $ 417,130.00 | Caledonian Securities Limited | ■6454 | Aegis Capital Corp |
| 3/27/2013 | Bought | 450,000 | $ 190,435.00 | Caledonian Securities Limited | ■EDON | BMA Securities, Inc. |
| 3/27/2013 | Bought | 2,224,468 | $ 918,449.47 | CP Caledonia Bank LTD | ■002-D | The Vertical Trading Group, LLC |
| 3/28/2013 | Bought | 262,500 | $ 118,167.26 | CP Caledonia Bank LTD | ■002-D | The Vertical Trading Group, LLC |
| 4/2/2013 | Bought | 649,400 | $ 334,504.64 | CP Caledonia Bank LTD | ■002-D | The Vertical Trading Group, LLC |
| 4/3/2013 | Bought | 4,300,000 | $ 2,040,340.00 | Caledonian Securities Limited | ■EDON | BMA Securities, Inc. |
| 4/3/2013 | Bought | 4,180,045 | $ 1,933,229.02 | CP Caledonia Bank LTD | ■002-D | The Vertical Trading Group, LLC |
| 4/4/2013 | Bought | 35,000 | $ 18,205.00 | Caledonian Securities Limited | ■EDON | BMA Securities, Inc. |
| 4/4/2013 | Bought | 200,000 | $ 102,257.70 | Caledonian Securities Limited | ■1E63 | WallachBeth Capital, LLC |
| 4/5/2013 | Bought | 552,424 | $ 325,481.04 | CP Caledonia Bank LTD | ■002-D | The Vertical Trading Group, LLC |
| 4/8/2013 | Bought | 200,000 | $ 128,420.00 | Caledonian Securities Limited | ■6454 | Aegis Capital Corp |
| 4/8/2013 | Bought | 1,000,000 | $ 606,000.00 | Caledonian Securities Limited | ■EDON | BMA Securities, Inc. |
| 4/8/2013 | Bought | 2,000,000 | $ 1,201,900.00 | CP Caledonia Bank LTD | ■002-D | The Vertical Trading Group, LLC |
| 4/9/2013 | Bought | 5,177,500 | $ 2,318,013.35 | CP Caledonia Bank LTD | ■002-D | The Vertical Trading Group, LLC |
| 4/10/2013 | Bought | 2,000,000 | $ 646,400.00 | CP Caledonia Bank LTD | ■002-D | The Vertical Trading Group, LLC |
| 4/29/2013 | Bought | 21,230 | $ 891.66 | Caledonian Securities Limited | ■6454 | Aegis Capital Corp |
| 4/29/2013 | Bought | 200,000 | $ 8,978.90 | RBC Dexia FAO Caledonian Bank | ■4713 | Emerging Growth Equities Ltd. |
| 4/29/2013 | Bought | 300,000 | $ 12,909.38 | Caledonian Securities Limited | ■1W94 | Vandham Securities Corp |
| | | 30,137,584 | $ 13,163,402.55 | | | |

**EXHIBIT B**

**Daily Summary of Caledonian's Goff Corp. Trading By Account**

| Date | | Quantity | | Amount | Firm | | Account | Firm |
|---|---|---|---|---|---|---|---|---|
| 3/18/2013 | Sold | 25,000,000 | $ | 5,252,307.94 | Caledonian Bank Limited | | 0588 | Scottsdale Capital Advisors Corp |
| 3/18/2013 | Sold | 293,523 | $ | 81,157.27 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 3/19/2013 | Sold | 213,126 | $ | 63,842.17 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 3/22/2013 | Sold | 379,122 | $ | 132,221.58 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 3/25/2013 | Sold | 25,000 | $ | 9,435.35 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 3/26/2013 | Sold | 460,000 | $ | 188,931.91 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 3/27/2013 | Sold | 25,000 | $ | 10,195.71 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 3/28/2013 | Sold | 349,454 | $ | 149,122.35 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 4/1/2013 | Sold | 200,000 | $ | 91,832.74 | Caledonian Bank Limited | | 0588 | Scottsdale Capital Advisors Corp |
| 4/1/2013 | Sold | 555,000 | $ | 282,936.88 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 4/2/2013 | Sold | 24,700 | $ | 12,619.06 | Caledonian Bank Limited | | 0588 | Scottsdale Capital Advisors Corp |
| 4/2/2013 | Sold | 175,300 | $ | 86,300.13 | Caledonian Bank Limited | | 0588 | Scottsdale Capital Advisors Corp |
| 4/2/2013 | Sold | 50,000 | $ | 27,140.72 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 4/3/2013 | Sold | 170,314 | $ | 78,281.99 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 4/4/2013 | Sold | 50,000 | $ | 22,621.39 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 4/5/2013 | Sold | 400,000 | $ | 230,068.96 | Caledonian Bank Limited | | 0588 | Scottsdale Capital Advisors Corp |
| 4/5/2013 | Sold | 45,000 | $ | 27,070.35 | Caledonian Securities Limited | | 1E63 | WallachBeth Capital, LLC |
| 4/8/2013 | Sold | 200,000 | $ | 117,533.18 | Caledonian Bank Limited | | 0588 | Scottsdale Capital Advisors Corp |
| 4/8/2013 | Sold | 320,000 | $ | 198,546.20 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 4/9/2013 | Sold | 152,045 | $ | 55,176.53 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 4/10/2013 | Sold | 1,800,000 | $ | 508,353.47 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 4/12/2013 | Sold | 183,990 | $ | 47,687.40 | Caledonian Bank Limited | | 0588 | Scottsdale Capital Advisors Corp |
| 4/12/2013 | Sold | 1,200,000 | $ | 323,497.66 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 4/15/2013 | Sold | 400,000 | $ | 99,103.43 | Caledonian Bank Limited | | 0588 | Scottsdale Capital Advisors Corp |
| 4/16/2013 | Sold | 400,000 | $ | 116,405.16 | Caledonian Bank Limited | | 0588 | Scottsdale Capital Advisors Corp |
| 4/17/2013 | Sold | 185,000 | $ | 50,601.23 | Caledonian Bank Limited | | 0588 | Scottsdale Capital Advisors Corp |
| 4/17/2013 | Sold | 1,500,000 | $ | 429,552.76 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 4/18/2013 | Sold | 475,500 | $ | 129,623.34 | Caledonian Bank Limited | | 0588 | Scottsdale Capital Advisors Corp |
| 4/19/2013 | Sold | 359,500 | $ | 87,035.43 | Caledonian Bank Limited | | 0588 | Scottsdale Capital Advisors Corp |
| 4/22/2013 | Sold | 800,000 | $ | 132,296.54 | Caledonian Bank Limited | | 0588 | Scottsdale Capital Advisors Corp |
| 4/22/2013 | Sold | 3,800,000 | $ | 696,301.86 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 4/23/2013 | Sold | 284,400 | $ | 32,470.59 | Caledonian Bank Limited | | 0588 | Scottsdale Capital Advisors Corp |
| 4/23/2013 | Sold | 450,000 | $ | 51,168.95 | Caledonian Bank Limited | | 0588 | Scottsdale Capital Advisors Corp |
| 4/23/2013 | Sold | 500,000 | $ | 57,442.98 | Caledonian Bank Limited | | 0588 | Scottsdale Capital Advisors Corp |

**EXHIBIT B**

**Daily Summary of Caledonian's Goff Corp. Trading By Account**

| Date | | Shares | | Amount | | | Account | Firm |
|---|---|---|---|---|---|---|---|---|
| 4/23/2013 | Sold | 1,000,000 | $ | 119,484.79 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 4/24/2013 | Sold | 300,000 | $ | 20,149.73 | Caledonian Bank Limited | | 0588 | Scottsdale Capital Advisors Corp |
| 4/24/2013 | Sold | 400,000 | $ | 32,567.44 | Caledonian Bank Limited | | 0588 | Scottsdale Capital Advisors Corp |
| 4/24/2013 | Sold | 500,000 | $ | 33,386.41 | Caledonian Bank Limited | | 0588 | Scottsdale Capital Advisors Corp |
| 4/24/2013 | Sold | 600,000 | $ | 44,341.04 | Caledonian Bank Limited | | 0588 | Scottsdale Capital Advisors Corp |
| 4/24/2013 | Sold | 7,300,000 | $ | 552,776.04 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 4/25/2013 | Sold | 200,000 | $ | 11,288.56 | Caledonian Bank Limited | | 0588 | Scottsdale Capital Advisors Corp |
| 4/25/2013 | Sold | 250,000 | $ | 14,158.49 | Caledonian Bank Limited | | 0588 | Scottsdale Capital Advisors Corp |
| 4/25/2013 | Sold | 250,000 | $ | 14,194.86 | Caledonian Bank Limited | | 0588 | Scottsdale Capital Advisors Corp |
| 4/25/2013 | Sold | 8,000,000 | $ | 466,097.33 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 4/29/2013 | Sold | 650,000 | $ | 33,744.37 | Caledonian Securities Limited | | 6454 | Aegis Capital Corp |
| 4/29/2013 | Sold | 200,000 | $ | 8,339.57 | RBC Dexia FAO Caledonian Bank | | 4713 | Emerging Growth Equities Ltd. |
| 4/29/2013 | Sold | 300,000 | $ | 11,592.06 | Caledonian Bank Limited | | 0588 | Scottsdale Capital Advisors Corp |
| 4/29/2013 | Sold | 300,000 | $ | 11,779.73 | Caledonian Bank Limited | | 0588 | Scottsdale Capital Advisors Corp |
| 4/29/2013 | Sold | 661,610 | $ | 25,587.11 | Caledonian Bank Limited | | 0588 | Scottsdale Capital Advisors Corp |
| 4/29/2013 | Sold | 1,200,000 | $ | 47,142.55 | Caledonian Bank Limited | | 0588 | Scottsdale Capital Advisors Corp |
| 4/29/2013 | Sold | 850,000 | $ | 44,516.89 | CP Caledonia Bank LTD | | 002-D | The Vertical Trading Group, LLC |
| 4/29/2013 | Sold | 450,000 | $ | 23,841.36 | Caledonian Securities Limited | | 1E63 | WallachBeth Capital, LLC |
| 5/1/2013 | Sold | 300,000 | $ | 12,875.40 | CP Caledonia Bank LTD | | 002-D | The Vertical Trading Group, LLC |
| | | **65,137,584** | **$** | **11,406,746.94** | | | | |

# EXHIBIT C

**EXHIBIT C**

**Daily Summary of Caledonian's Nostra Energy, Inc. Trading By Account**

| Date | Bought / Sold | Quantity | Amount | Account Name | Account Number | Introducing Firm |
|---|---|---|---|---|---|---|
| 3/11/2013 | Bought | 5,000 | $ 2,059.75 | EDD FAO Caledonian Bank LTD | █ 1C51 | Sunrise Securities Corp |
| 3/12/2013 | Bought | 7,500 | $ 3,115.50 | EDD FAO Caledonian Bank LTD | █ 1C51 | Sunrise Securities Corp |
| 3/14/2013 | Bought | 5,000 | $ 2,060.25 | EDD FAO Caledonian Bank LTD | █ 1C51 | Sunrise Securities Corp |
| 4/19/2013 | Bought | 5,000 | $ 2,880.15 | Caledonian Securities Limited | █ 1W94 | Vandham Securities Corp |
| | | **22,500** | **$ 10,115.65** | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 4/26/2013 | Sold | 200,000 | $ 125,426.21 | Caledonian Securities Limited | █ 6454 | Aegis Capital Corp |
| 4/29/2013 | Sold | 300,000 | $ 196,544.21 | Caledonian Securities Limited | █ 6454 | Aegis Capital Corp |
| 4/30/2013 | Sold | 200,000 | $ 137,905.85 | Caledonian Securities Limited | █ 6454 | Aegis Capital Corp |
| 5/1/2013 | Sold | 22,553 | $ 15,703.36 | Caledonian Securities Limited | █ 6454 | Aegis Capital Corp |
| 5/6/2013 | Sold | 181,330 | $ 127,992.51 | Caledonian Securities Limited | █ 6454 | Aegis Capital Corp |
| 5/7/2013 | Sold | 200,000 | $ 145,512.84 | Caledonian Securities Limited | █ 6454 | Aegis Capital Corp |
| 5/8/2013 | Sold | 210,000 | $ 152,023.44 | Caledonian Securities Limited | █ 6454 | Aegis Capital Corp |
| 5/9/2013 | Sold | 225,000 | $ 159,561.12 | Caledonian Securities Limited | █ 6454 | Aegis Capital Corp |
| 5/13/2013 | Sold | 250,000 | $ 163,289.38 | Caledonian Securities Limited | █ 6454 | Aegis Capital Corp |
| 5/14/2013 | Sold | 83,617 | $ 56,014.04 | Caledonian Securities Limited | █ 6454 | Aegis Capital Corp |
| 6/10/2013 | Sold | 387,055 | $ 446,091.66 | Caledonian Securities Limited | █ 6454 | Aegis Capital Corp |
| 6/11/2013 | Sold | 10,000 | $ 11,582.79 | Caledonian Securities Limited | █ 6454 | Aegis Capital Corp |
| 6/14/2013 | Sold | 10,300 | $ 7,018.04 | Caledonian Securities Limited | █ 1W94 | Vandham Securities Corp |
| 6/17/2013 | Sold | 22,100 | $ 15,325.72 | Caledonian Securities Limited | █ 1W94 | Vandham Securities Corp |
| 6/18/2013 | Sold | 158,000 | $ 122,455.93 | Caledonian Securities Limited | █ 6454 | Aegis Capital Corp |
| 6/18/2013 | Sold | 619,185 | $ 458,608.68 | RBC Dexia Investor Services Trust F/A/O Caledonian Securities LTD | █ 0250 | Maxim Group LLC |
| 6/18/2013 | Sold | 449,149 | $ 347,246.46 | Caledonian Securities Limited | █ 1W94 | Vandham Securities Corp |
| 6/18/2013 | Sold | 20,000 | $ 14,948.33 | CP Caledonia Bank LTD | █ 002-D | The Vertical Trading Group, LLC |
| 6/19/2013 | Sold | 800,000 | $ 650,070.09 | Caledonian Securities Limited | █ 6454 | Aegis Capital Corp |
| 6/19/2013 | Sold | 306,504 | $ 257,482.12 | CP Caledonia Bank LTD | █ 002-D | The Vertical Trading Group, LLC |
| 6/20/2013 | Sold | 355,030 | $ 293,863.60 | Caledonian Securities Limited | █ 6454 | Aegis Capital Corp |
| 6/21/2013 | Sold | 100,000 | $ 85,428.56 | Caledonian Securities Limited | █ 6454 | Aegis Capital Corp |
| 6/21/2013 | Sold | 107,000 | $ 90,674.66 | RBC Dexia Investor Services Trust F/A/O Caledonian Securities LTD | █ 0250 | Maxim Group LLC |
| 6/21/2013 | Sold | 454,155 | $ 375,342.62 | Caledonian Securities Limited | █ 1W94 | Vandham Securities Corp |

**EXHIBIT C**

**Daily Summary of Caledonian's Nostra Energy, Inc. Trading By Account**

| 6/24/2013 | Sold | 104,522 | $ | 87,216.97 | Caledonian Securities Limited | █████ | 6454 | Aegis Capital Corp |
|---|---|---|---|---|---|---|---|---|
| | | **5,775,500** | **$ 4,543,329.19** | | | | | |

# EXHIBIT D

**Exhibit D**

**Daily Summary of Caledonian's Xumanii, Inc. Trading By Account**

| Date | Bought / Sold | Quantity | Amount | Account Name | Account Number | Introducing Firm |
|------|---------------|----------|--------|--------------|----------------|------------------|
| 5/1/2013 | Bought | 70,000 | $ 17,444.51 | Caledonian Securities Limited | ████6454 | Aegis Capital Corp |
| 5/2/2013 | Bought | 840,000 | $ 208,850.54 | Caledonian Securities Limited | ████6454 | Aegis Capital Corp |
| 5/10/2013 | Bought | 20,000 | $ 4,332.76 | CP Caledonia Bank LTD | ████002-D | The Vertical Trading Group, LLC |
| 5/13/2013 | Bought | 1,365,000 | $ 420,168.85 | CP Caledonia Bank LTD | ████002-D | The Vertical Trading Group, LLC |
| 5/14/2013 | Bought | 3,500,000 | $ 1,239,773.50 | CP Caledonia Bank LTD | ████002-D | The Vertical Trading Group, LLC |
| 5/14/2013 | Bought | 2,056,600 | $ 614,558.64 | RBC Dexia FAO Caledonian Bank | ████4713 | Emerging Growth Equities Ltd. |
| 5/15/2013 | Bought | 6,115,000 | $ 1,667,560.50 | RBC Dexia FAO Caledonian Bank | ████4713 | Emerging Growth Equities Ltd. |
| 5/21/2013 | Bought | 180,596 | $ 71,318.99 | CP Caledonia Bank LTD | ████002-D | The Vertical Trading Group, LLC |
| 5/23/2013 | Bought | 3,383,771 | $ 1,076,478.39 | Caledonian Securities Limited | ████6454 | Aegis Capital Corp |
| 5/23/2013 | Bought | 90,000 | $ 29,088.00 | CP Caledonia Bank LTD | ████002-D | The Vertical Trading Group, LLC |
| 5/24/2013 | Bought | 250,000 | $ 95,063.72 | Caledonian Securities Limited | ████6454 | Aegis Capital Corp |
| 5/28/2013 | Bought | 1,197,582 | $ 436,414.44 | RBC Dexia Investor Services Trust F/A/O Caledonian Securities LTD | ████0250 | Maxim Group LLC |
| 5/29/2013 | Bought | 4,165,000 | $ 1,153,496.32 | CP Caledonia Bank LTD | ████002-D | The Vertical Trading Group, LLC |
| 5/30/2013 | Bought | 55,150 | $ 15,796.33 | RBC Dexia Investor Services Trust F/A/O Caledonian Securities LTD | ████0250 | Maxim Group LLC |
| 6/3/2013 | Bought | 1,050,000 | $ 339,360.00 | Caledonian Securities Limited | ████6454 | Aegis Capital Corp |
| 6/4/2013 | Bought | 3,213 | $ 971.94 | RBC Dexia Investor Services Trust F/A/O Caledonian Securities LTD | ████0250 | Maxim Group LLC |
| 6/6/2013 | Bought | 761,870 | $ 217,380.28 | Caledonian Bank Limited | ████0011 | BMA Securities, Inc. |
| 6/11/2013 | Bought | 800,000 | $ 121,200.00 | Caledonian Bank Limited | ████0011 | BMA Securities, Inc. |
| 6/13/2013 | Bought | 150,500 | $ 39,810.10 | Caledonian Securities Limited | ████6454 | Aegis Capital Corp |
| 6/13/2013 | Bought | 127,000 | $ 32,716.85 | CP Caledonia Bank LTD | ████002-D | The Vertical Trading Group, LLC |
| 6/21/2013 | Bought | 300,000 | $ 62,109.00 | RBC Dexia Investor Services Trust F/A/O Caledonian Securities LTD | ████0250 | Maxim Group LLC |
| 6/21/2013 | Bought | 250,000 | $ 53,511.00 | CP Caledonia Bank LTD | ████002-D | The Vertical Trading Group, LLC |
| 6/24/2013 | Bought | 400,000 | $ 98,966.80 | CP Caledonia Bank LTD | ████002-D | The Vertical Trading Group, LLC |
| 6/25/2013 | Bought | 287,550 | $ 79,318.10 | Caledonian Securities Limited | ████6454 | Aegis Capital Corp |
| 6/25/2013 | Bought | 217,423 | $ 62,996.46 | RBC Dexia Investor Services Trust F/A/O Caledonian Securities LTD | ████0250 | Maxim Group LLC |
| 6/25/2013 | Bought | 467,700 | $ 122,817.55 | CP Caledonia Bank LTD | ████002-D | The Vertical Trading Group, LLC |
| 6/26/2013 | Bought | 83,832 | $ 22,380.90 | Caledonian Securities Limited | ████6454 | Aegis Capital Corp |
| 6/26/2013 | Bought | 100,000 | $ 25,856.00 | Caledonian Bank Limited | ████0011 | BMA Securities, Inc. |

**Exhibit D**

**Daily Summary of Caledonian's Xumanii, Inc. Trading By Account**

| Date | Action | Shares | | Amount | Account | Acct No. | Firm |
|---|---|---|---|---|---|---|---|
| 6/26/2013 | Bought | 143,400 | $ | 38,219.83 | RBC Dexia Investor Services Trust F/A/O Caledonian Securities LTD | ████0250 | Maxim Group LLC |
| 6/26/2013 | Bought | 1,292,450 | $ | 341,749.62 | CP Caledonia Bank LTD | ████002-D | The Vertical Trading Group, LLC |
| 6/27/2013 | Bought | 147,390 | $ | 41,271.02 | Caledonian Securities Limited | 6454 | Aegis Capital Corp |
| 6/27/2013 | Bought | 500,000 | $ | 140,555.00 | Caledonian Bank Limited | ████0011 | BMA Securities, Inc. |
| 6/27/2013 | Bought | 614,500 | $ | 165,077.12 | RBC Dexia Investor Services Trust F/A/O Caledonian Securities LTD | ████0250 | Maxim Group LLC |
| 6/27/2013 | Bought | 585,735 | $ | 155,949.60 | CP Caledonia Bank LTD | ████002-D | The Vertical Trading Group, LLC |
| 6/28/2013 | Bought | 40,000 | $ | 11,563.00 | Caledonian Bank Limited | ████0011 | BMA Securities, Inc. |
| 6/28/2013 | Bought | 441,000 | $ | 126,623.66 | RBC Dexia Investor Services Trust F/A/O Caledonian Securities LTD | ████0250 | Maxim Group LLC |
| 7/1/2013 | Bought | 1,050,000 | $ | 295,995.90 | Caledonian Bank Limited | ████0011 | BMA Securities, Inc. |
| 7/1/2013 | Bought | 866,041 | $ | 244,692.96 | CP Caledonia Bank LTD | ████002-D | The Vertical Trading Group, LLC |
| 7/2/2013 | Bought | 225,000 | $ | 59,995.00 | Caledonian Bank Limited | ████0011 | BMA Securities, Inc. |
| 7/2/2013 | Bought | 325,000 | $ | 86,001.83 | CP Caledonia Bank LTD | ████002-D | The Vertical Trading Group, LLC |
| 7/3/2013 | Bought | 40,000 | $ | 10,357.52 | CP Caledonia Bank LTD | ████002-D | The Vertical Trading Group, LLC |
| 7/5/2013 | Bought | 25,000 | $ | 7,589.89 | Caledonian Securities Limited | 6454 | Aegis Capital Corp |
| 7/5/2013 | Bought | 774,800 | $ | 237,959.67 | CP Caledonia Bank LTD | ████002-D | The Vertical Trading Group, LLC |
| 7/8/2013 | Bought | 2,393,714 | $ | 850,105.99 | CP Caledonia Bank LTD | ████002-D | The Vertical Trading Group, LLC |
| 7/9/2013 | Bought | 39,000 | $ | 15,338.46 | Caledonian Securities Limited | 6454 | Aegis Capital Corp |
| 7/9/2013 | Bought | 327,550 | $ | 127,467.39 | CP Caledonia Bank LTD | ████002-D | The Vertical Trading Group, LLC |
| 7/10/2013 | Bought | 10,000 | $ | 3,838.00 | Caledonian Securities Limited | 6454 | Aegis Capital Corp |
| 7/10/2013 | Bought | 10,000 | $ | 3,819.00 | RBC Dexia Investor Services Trust F/A/O Caledonian Securities LTD | ████0250 | Maxim Group LLC |
| 7/10/2013 | Bought | 725,050 | $ | 239,840.74 | CP Caledonia Bank LTD | ████002-D | The Vertical Trading Group, LLC |
| 7/11/2013 | Bought | 40,000 | $ | 13,319.47 | Caledonian Securities Limited | 6454 | Aegis Capital Corp |
| 7/11/2013 | Bought | 10,000 | $ | 3,333.00 | Caledonian Securities Limited | ALED | N/A |
| 7/11/2013 | Bought | 416,600 | $ | 135,420.00 | CP Caledonia Bank LTD | ████002-D | The Vertical Trading Group, LLC |
| 7/12/2013 | Bought | 5,000 | $ | 1,797.80 | Caledonian Securities Limited | 6454 | Aegis Capital Corp |
| 7/12/2013 | Bought | 499,500 | $ | 177,429.89 | CP Caledonia Bank LTD | ████002-D | The Vertical Trading Group, LLC |
| 7/15/2013 | Bought | 10,000 | $ | 3,636.00 | Caledonian Securities Limited | ALED | N/A |
| 7/15/2013 | Bought | 10,000 | $ | 3,618.00 | RBC Dexia Investor Services Trust F/A/O Caledonian Securities LTD | ████0250 | Maxim Group LLC |
| 7/15/2013 | Bought | 624,500 | $ | 247,260.16 | CP Caledonia Bank LTD | ████002-D | The Vertical Trading Group, LLC |
| 7/16/2013 | Bought | 28,000 | $ | 11,559.45 | Caledonian Securities Limited | 6454 | Aegis Capital Corp |

**Exhibit D**

**Daily Summary of Caledonian's Xumanii, Inc. Trading By Account**

| Date | Type | Quantity | | Amount | Entity | | Account | Broker |
|---|---|---|---|---|---|---|---|---|
| 7/16/2013 | Bought | 7,000 | $ | 2,863.35 | Caledonian Securities Limited | ■ALED | | N/A |
| 7/16/2013 | Bought | 45,000 | $ | 18,135.00 | RBC Dexia Investor Services Trust F/A/O Caledonian Securities LTD | ■ | 0250 | Maxim Group LLC |
| 7/16/2013 | Bought | 561,100 | $ | 232,856.50 | CP Caledonia Bank LTD | ■ | 002-D | The Vertical Trading Group, LLC |
| 7/17/2013 | Bought | 1,559,922 | $ | 585,788.15 | CP Caledonia Bank LTD | ■ | 002-D | The Vertical Trading Group, LLC |
| 7/18/2013 | Bought | 720,478 | $ | 309,164.94 | RBC Dexia Investor Services Trust F/A/O Caledonian Securities LTD | ■ | 0250 | Maxim Group LLC |
| 7/18/2013 | Bought | 1,210,000 | $ | 519,574.00 | CP Caledonia Bank LTD | ■ | 002-D | The Vertical Trading Group, LLC |
| 7/19/2013 | Bought | 187,000 | $ | 89,165.01 | RBC Dexia Investor Services Trust F/A/O Caledonian Securities LTD | ■ | 0250 | Maxim Group LLC |
| 7/19/2013 | Bought | 306,500 | $ | 148,973.10 | CP Caledonia Bank LTD | ■ | 002-D | The Vertical Trading Group, LLC |
| 7/22/2013 | Bought | 823,732 | $ | 512,200.67 | CP Caledonia Bank LTD | ■ | 002-D | The Vertical Trading Group, LLC |
| 7/23/2013 | Bought | 1,901,850 | $ | 1,273,400.78 | CP Caledonia Bank LTD | ■ | 002-D | The Vertical Trading Group, LLC |
| 7/24/2013 | Bought | 425,000 | $ | 177,131.30 | RBC Dexia Investor Services Trust F/A/O Caledonian Securities LTD | ■ | 0250 | Maxim Group LLC |
| 7/24/2013 | Bought | 665,000 | $ | 291,991.53 | CP Caledonia Bank LTD | ■ | 002-D | The Vertical Trading Group, LLC |
| 5/13/2013 | Bought | 425,148 | $ | 136,970.53 | Caledonian Securities Limited | ■ | 1W94 | Vandham Securities Corp |
| 5/28/2013 | Bought | 4,230,702 | $ | 1,503,538.61 | Caledonian Securities Limited | ■ | 1W94 | Vandham Securities Corp |
| 6/4/2013 | Bought | 1,000,000 | $ | 306,787.50 | Caledonian Securities Limited | ■ | 1W94 | Vandham Securities Corp |
| 6/5/2013 | Bought | 700,000 | $ | 192,546.55 | Caledonian Securities Limited | ■ | 1W94 | Vandham Securities Corp |
| 6/6/2013 | Bought | 38,130 | $ | 8,858.83 | Caledonian Securities Limited | ■ | 1W94 | Vandham Securities Corp |
| 6/12/2013 | Bought | 65,650 | $ | 11,922.37 | Caledonian Securities Limited | ■ | 1W94 | Vandham Securities Corp |
| 6/13/2013 | Bought | 25,000 | $ | 6,817.92 | Caledonian Securities Limited | ■ | 1W94 | Vandham Securities Corp |
| 6/14/2013 | Bought | 50,000 | $ | 14,114.25 | Caledonian Securities Limited | ■ | 1W94 | Vandham Securities Corp |
| 6/21/2013 | Bought | 400,000 | $ | 83,025.00 | Caledonian Securities Limited | ■ | 1W94 | Vandham Securities Corp |
| 6/24/2013 | Bought | 500,000 | $ | 116,437.50 | Caledonian Securities Limited | ■ | 1W94 | Vandham Securities Corp |
| 6/25/2013 | Bought | 77,450 | $ | 20,609.46 | Caledonian Securities Limited | ■ | 1W94 | Vandham Securities Corp |
| 6/26/2013 | Bought | 206,000 | $ | 56,699.03 | Caledonian Securities Limited | ■ | 1W94 | Vandham Securities Corp |
| 6/28/2013 | Bought | 50,000 | $ | 14,613.92 | Caledonian Securities Limited | ■ | 1W94 | Vandham Securities Corp |
| 7/9/2013 | Bought | 343,950 | $ | 133,942.98 | Caledonian Securities Limited | ■ | 1W94 | Vandham Securities Corp |
| 7/10/2013 | Bought | 301,167 | $ | 99,751.05 | Caledonian Securities Limited | ■ | 1W94 | Vandham Securities Corp |
| 7/11/2013 | Bought | 173,500 | $ | 58,967.96 | Caledonian Securities Limited | ■ | 1W94 | Vandham Securities Corp |
| 7/12/2013 | Bought | 107,000 | $ | 36,151.90 | Caledonian Securities Limited | ■ | 1W94 | Vandham Securities Corp |
| 7/15/2013 | Bought | 110,000 | $ | 40,472.34 | Caledonian Securities Limited | ■ | 1W94 | Vandham Securities Corp |
| 7/16/2013 | Bought | 307,350 | $ | 126,335.50 | Caledonian Securities Limited | ■ | 1W94 | Vandham Securities Corp |

**Exhibit D**

**Daily Summary of Caledonian's Xumanii, Inc. Trading By Account**

| Date | Action | Shares | Amount | Account Name | | Account # | Broker |
|---|---|---|---|---|---|---|---|
| 7/17/2013 | Bought | 698,000 | $ 275,574.70 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 7/18/2013 | Bought | 317,000 | $ 135,926.02 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 7/19/2013 | Bought | 169,000 | $ 85,635.31 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| 7/24/2013 | Bought | 961,223 | $ 429,368.40 | Caledonian Securities Limited | | 1W94 | Vandham Securities Corp |
| | | 60,175,869 | $ 20,187,437.40 | | | | |
| | | | | | | | |
| | | | | | | | |
| 5/1/2013 | Sold | 200,000 | $ 44,521.27 | Caledonian Securities Limited | | 6454 | Aegis Capital Corp |
| 5/1/2013 | Sold | 200,000 | $ 32,669.26 | CP Caledonia Bank LTD | | 002-D | The Vertical Trading Group, LLC |
| 5/1/2013 | Sold | 400,000 | $ 90,542.96 | Caledonian Securities Limited | | 1E63 | WallachBeth Capital, LLC |
| 5/2/2013 | Sold | 45,000 | $ 10,242.80 | CP Caledonia Bank LTD | | 002-D | The Vertical Trading Group, LLC |
| 5/3/2013 | Sold | 1,890,000 | $ 398,836.53 | Caledonian Securities Limited | | 6454 | Aegis Capital Corp |
| 5/3/2013 | Sold | 700,000 | $ 153,149.53 | CP Caledonia Bank LTD | | 002-D | The Vertical Trading Group, LLC |
| 5/3/2013 | Sold | 60,000 | $ 12,118.83 | Caledonian Securities Limited | | 1E63 | WallachBeth Capital, LLC |
| 5/6/2013 | Sold | 500,000 | $ 96,903.95 | Caledonian Securities Limited | | 6454 | Aegis Capital Corp |
| 5/1/2013 | Sold | 1,650,000 | $ 347,486.58 | RBC Dexia FAO Caledonian Bank | | 4713 | Emerging Growth Equities Ltd. |
| 5/13/2013 | Sold | 207,148 | $ 77,619.71 | Caledonian Securities Limited | | 6454 | Aegis Capital Corp |
| 5/14/2013 | Sold | 150,000 | $ 50,818.47 | RBC Dexia Investor Services Trust F/A/O Caledonian Securities LTD | | 0250 | Maxim Group LLC |
| 5/16/2013 | Sold | 500,000 | $ 156,416.46 | Caledonian Bank Limited | | 0011 | BMA Securities, Inc. |
| 5/13/2013 | Sold | 24,300,000 | $ 6,761,925.11 | RBC Dexia FAO Caledonian Bank | | 4713 | Emerging Growth Equities Ltd. |
| 5/21/2013 | Sold | 100,000 | $ 39,604.05 | Caledonian Securities Limited | | 6454 | Aegis Capital Corp |
| 5/22/2013 | Sold | 1,000,000 | $ 380,548.31 | Caledonian Bank Limited | | 0011 | BMA Securities, Inc. |
| 5/23/2013 | Sold | 100,000 | $ 39,204.31 | Caledonian Bank Limited | | 0011 | BMA Securities, Inc. |
| 5/24/2013 | Sold | 700,000 | $ 238,385.81 | Caledonian Bank Limited | | 0011 | BMA Securities, Inc. |
| 5/28/2013 | Sold | 1,600,000 | $ 574,819.89 | Caledonian Bank Limited | | 0011 | BMA Securities, Inc. |
| 5/30/2013 | Sold | 1,500,000 | $ 430,642.43 | Caledonian Bank Limited | | 0011 | BMA Securities, Inc. |
| 5/31/2013 | Sold | 50,000 | $ 17,073.90 | RBC Dexia Investor Services Trust F/A/O Caledonian Securities LTD | | 0250 | Maxim Group LLC |
| 6/3/2013 | Sold | 1,000,000 | $ 296,994.78 | Caledonian Bank Limited | | 0011 | BMA Securities, Inc. |
| 6/4/2013 | Sold | 700,000 | $ 207,203.35 | Caledonian Bank Limited | | 0011 | BMA Securities, Inc. |
| 6/5/2013 | Sold | 1,500,000 | $ 387,578.18 | Caledonian Bank Limited | | 0011 | BMA Securities, Inc. |
| 6/10/2013 | Sold | 845,713 | $ 174,980.94 | Caledonian Bank Limited | | 0011 | BMA Securities, Inc. |
| 6/25/2013 | Sold | 500,000 | $ 123,252.83 | Caledonian Bank Limited | | 0011 | BMA Securities, Inc. |

**Exhibit D**

**Daily Summary of Caledonian's Xumanii, Inc. Trading By Account**

| Date | | Shares | | Amount | Account | | Broker |
|------|------|--------|---|--------|---------|---|--------|
| 6/25/2013 | Sold | 53,400 | $ | 14,876.97 | RBC Dexia Investor Services Trust F/A/O Caledonian Securities LTD | ▮0250 | Maxim Group LLC |
| 7/8/2013 | Sold | 7,000,000 | $ | 2,266,070.17 | Caledonian Bank Limited | ▮0011 | BMA Securities, Inc. |
| 7/9/2013 | Sold | 75,000 | $ | 28,234.55 | Caledonian Securities Limited | ▮6454 | Aegis Capital Corp |
| 7/9/2013 | Sold | 1,200,000 | $ | 441,532.63 | Caledonian Bank Limited | ▮0011 | BMA Securities, Inc. |
| 7/9/2013 | Sold | 75,000 | $ | 28,416.70 | RBC Dexia Investor Services Trust F/A/O Caledonian Securities LTD | ▮0250 | Maxim Group LLC |
| 7/10/2013 | Sold | 37,100 | $ | 13,033.86 | Caledonian Securities Limited | ▮ALED | N/A |
| 7/11/2013 | Sold | 2,000,000 | $ | 611,809.24 | Caledonian Bank Limited | ▮0011 | BMA Securities, Inc. |
| 7/11/2013 | Sold | 150,000 | $ | 48,765.64 | RBC Dexia Investor Services Trust F/A/O Caledonian Securities LTD | ▮0250 | Maxim Group LLC |
| 7/12/2013 | Sold | 50,000 | $ | 17,349.44 | Caledonian Securities Limited | ▮6454 | Aegis Capital Corp |
| 7/12/2013 | Sold | 150,000 | $ | 52,848.51 | RBC Dexia Investor Services Trust F/A/O Caledonian Securities LTD | ▮0250 | Maxim Group LLC |
| 7/15/2013 | Sold | 150,000 | $ | 56,577.50 | Caledonian Securities Limited | ▮6454 | Aegis Capital Corp |
| 7/15/2013 | Sold | 3,500,000 | $ | 1,195,753.98 | Caledonian Bank Limited | ▮0011 | BMA Securities, Inc. |
| 7/16/2013 | Sold | 750,000 | $ | 282,888.02 | Caledonian Bank Limited | ▮0011 | BMA Securities, Inc. |
| 7/17/2013 | Sold | 250,000 | $ | 85,581.52 | Caledonian Securities Limited | ▮6454 | Aegis Capital Corp |
| 7/17/2013 | Sold | 800,000 | $ | 273,235.19 | Caledonian Bank Limited | ▮0011 | BMA Securities, Inc. |
| 7/17/2013 | Sold | 2,400,000 | $ | 837,760.27 | Caledonian Bank Limited | ▮0011 | BMA Securities, Inc. |
| 7/17/2013 | Sold | 250,000 | $ | 84,593.52 | RBC Dexia Investor Services Trust F/A/O Caledonian Securities LTD | ▮0250 | Maxim Group LLC |
| 7/18/2013 | Sold | 200,000 | $ | 77,262.24 | Caledonian Securities Limited | ▮6454 | Aegis Capital Corp |
| 7/18/2013 | Sold | 888,000 | $ | 343,729.95 | Caledonian Bank Limited | ▮0011 | BMA Securities, Inc. |
| 7/19/2013 | Sold | 3,000,000 | $ | 1,306,777.03 | Caledonian Bank Limited | ▮0011 | BMA Securities, Inc. |
| 7/22/2013 | Sold | 4,400,000 | $ | 2,601,354.27 | Caledonian Bank Limited | ▮0011 | BMA Securities, Inc. |
| 7/23/2013 | Sold | 25,000 | $ | 18,314.67 | Caledonian Securities Limited | ▮6454 | Aegis Capital Corp |
| 7/23/2013 | Sold | 3,000,000 | $ | 1,645,351.08 | Caledonian Bank Limited | ▮0011 | BMA Securities, Inc. |
| 7/23/2013 | Sold | 100,000 | $ | 70,693.36 | Caledonian Securities Limited | ▮ALED | N/A |
| 7/23/2013 | Sold | 80,150 | $ | 57,902.20 | RBC Dexia Investor Services Trust F/A/O Caledonian Securities LTD | ▮0250 | Maxim Group LLC |
| 7/24/2013 | Sold | 4,500,000 | $ | 1,897,796.64 | Caledonian Bank Limited | ▮0011 | BMA Securities, Inc. |
| 7/25/2013 | Sold | 319,925 | $ | 127,920.12 | Caledonian Securities Limited | ▮6454 | Aegis Capital Corp |
| 7/25/2013 | Sold | 1,800,000 | $ | 755,198.72 | Caledonian Bank Limited | ▮0011 | BMA Securities, Inc. |
| 7/26/2013 | Sold | 133,150 | $ | 39,169.18 | Caledonian Securities Limited | ▮6454 | Aegis Capital Corp |

**Exhibit D**

**Daily Summary of Caledonian's Xumanii, Inc. Trading By Account**

| Date | | Shares | $ Amount | Account | Account # | Broker |
|---|---|---|---|---|---|---|
| | | | | RBC Dexia Investor Services Trust | | |
| 7/26/2013 | Sold | 455,000 | $ 137,061.90 | F/A/O Caledonian Securities LTD | ▉0250 | Maxim Group LLC |
| 7/29/2013 | Sold | 5,100,000 | $ 1,565,162.49 | Caledonian Bank Limited | ▉0011 | BMA Securities, Inc. |
| 7/30/2013 | Sold | 380,000 | $ 129,782.95 | Caledonian Securities Limited | ▉6454 | Aegis Capital Corp |
| 7/30/2013 | Sold | 3,000,000 | $ 1,035,026.80 | Caledonian Bank Limited | ▉0011 | BMA Securities, Inc. |
| 7/31/2013 | Sold | 3,000,000 | $ 1,014,831.16 | Caledonian Bank Limited | ▉0011 | BMA Securities, Inc. |
| 5/1/2013 | Sold | 2,144,990 | $ 433,420.14 | Caledonian Securities Limited | ▉1W94 | Vandham Securities Corp |
| 5/3/2013 | Sold | 500,000 | $ 90,280.14 | Caledonian Securities Limited | ▉1W94 | Vandham Securities Corp |
| 5/13/2013 | Sold | 925,000 | $ 358,973.72 | Caledonian Securities Limited | ▉1W94 | Vandham Securities Corp |
| 5/29/2013 | Sold | 1,972,500 | $ 545,692.44 | Caledonian Securities Limited | ▉1W94 | Vandham Securities Corp |
| 6/10/2013 | Sold | 3,600 | $ 682.55 | Caledonian Securities Limited | ▉1W94 | Vandham Securities Corp |
| 7/5/2013 | Sold | 100,000 | $ 29,629.42 | Caledonian Securities Limited | ▉1W94 | Vandham Securities Corp |
| 7/8/2013 | Sold | 50,000 | $ 17,659.38 | Caledonian Securities Limited | ▉1W94 | Vandham Securities Corp |
| 7/10/2013 | Sold | 107,900 | $ 32,235.34 | Caledonian Securities Limited | ▉1W94 | Vandham Securities Corp |
| 7/22/2013 | Sold | 200,000 | $ 123,947.44 | Caledonian Securities Limited | ▉1W94 | Vandham Securities Corp |
| 7/23/2013 | Sold | 100,000 | $ 72,101.34 | Caledonian Securities Limited | ▉1W94 | Vandham Securities Corp |
| 7/26/2013 | Sold | 600,000 | $ 176,161.37 | Caledonian Securities Limited | ▉1W94 | Vandham Securities Corp |
| 8/1/2013 | Sold | 34,648 | $ 11,991.73 | Caledonian Securities Limited | ▉01W94 | Vandham Securities Corp |
| 8/8/2013 | Sold | 817,645 | $ 84,179.37 | Caledonian Securities Limited | ▉1W94 | Vandham Securities Corp |
| | | **97,225,869** | **$ 32,283,157.09** | | | |