# EXHIBIT 12



5

| NORX US Equity | | | 90) Export to Excel | | | Page 1/5 | Historical Price Table | |
|---|---|---|---|---|---|---|---|---|

Norstra Energy Inc

| Range | 03/05/2013 | – | 12/31/2013 | Period | Daily | High | 1.562 | on | 06/05/13 |
|---|---|---|---|---|---|---|---|---|---|
| Market | Last Price | Volume | | Currency | USD | Low | .096 | on | 12/30/13 |
| View | Price Table | | | | | Average | .4589 | | 641,809 |
| | | | | | | Net Chg | -.254 | | -71.55% |

| Date | Last Price | Volume | Date | Last Price | Volume | Date | Last Price | Volume |
|---|---|---|---|---|---|---|---|---|
| Fr 01/03/14 | | | Fr 12/13/13 | .16 | 54,685 | Fr 11/22/13 | .22 | 90,046 |
| Th 01/02/14 | | | Th 12/12/13 | .18 | 39,050 | Th 11/21/13 | .21 | 130,821 |
| We 01/01/14 | | | We 12/11/13 | .16 | 62,750 | We 11/20/13 | .21 | 75,632 |
| Tu 12/31/13 | .101 | 263,883 | Tu 12/10/13 | .155 | 18,499 | Tu 11/19/13 | .22 | 99,464 |
| Mo 12/30/13 L | .096 | 239,912 | Mo 12/09/13 | .16 | 42,150 | Mo 11/18/13 | .21 | 174,240 |
| | | | | | | | | |
| Fr 12/27/13 | .12 | 202,380 | Fr 12/06/13 | .175 | 85,342 | Fr 11/15/13 | .255 | 205,867 |
| Th 12/26/13 | .15 | 322,780 | Th 12/05/13 | .18 | 30,212 | Th 11/14/13 | .24 | 202,409 |
| We 12/25/13 | | | We 12/04/13 | .19 | 89,779 | We 11/13/13 | .29 | 122,387 |
| Tu 12/24/13 | .10 | 117,175 | Tu 12/03/13 | .18 | 61,509 | Tu 11/12/13 | .27 | 190,752 |
| Mo 12/23/13 | .10 | 237,205 | Mo 12/02/13 | .13 | 231,805 | Mo 11/11/13 | .291 | 103,563 |
| | | | | | | | | |
| Fr 12/20/13 | .125 | 165,217 | Fr 11/29/13 | .18 | 22,000 | Fr 11/08/13 | .29 | 82,765 |
| Th 12/19/13 | .13 | 77,643 | Th 11/28/13 | | | Th 11/07/13 | .31 | 41,217 |
| We 12/18/13 | .14 | 52,884 | We 11/27/13 | .19 | 85,444 | We 11/06/13 | .311 | 31,388 |
| Tu 12/17/13 | .145 | 58,018 | Tu 11/26/13 | .20 | 172,881 | Tu 11/05/13 | .33 | 85,933 |
| Mo 12/16/13 | .16 | 285,406 | Mo 11/25/13 | .22 | 39,572 | Mo 11/04/13 | .31 | 101,350 |

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2016 Bloomberg Finance L.P.
SN 680097 EST  GMT-5:00 G781-3772-0 20-Jan-2016 17:52:31

| NORX US Equity | | | 96) Export to Excel | | | | Page 2/5 | Historical Price Table | |
|---|---|---|---|---|---|---|---|---|---|

**Norstra Energy Inc**

| | | | | | | High | 1.562 | on | 06/05/13 |
|---|---|---|---|---|---|---|---|---|---|
| Range | 03/05/2013 | - | 12/31/2013 | Period | Daily | Low | .096 | on | 12/30/13 |
| Market | Last Price | | Volume | Currency | USD | Average | .4589 | | 641,809 |
| View | Price Table | | | | | Net Chg | -.254 | | -71.55% |

| Date | Last Price | Volume | Date | Last Price | Volume | Date | Last Price | Volume |
|---|---|---|---|---|---|---|---|---|
| Fr 11/01/13 | .31 | 60,167 | Fr 10/11/13 | .36 | 35,623 | Fr 09/20/13 | .39 | 109,117 |
| Th 10/31/13 | .311 | 52,047 | Th 10/10/13 | .37 | 37,976 | Th 09/19/13 | .40 | 102,544 |
| We 10/30/13 | .34 | 36,235 | We 10/09/13 | .352 | 57,672 | We 09/18/13 | .40 | 74,701 |
| Tu 10/29/13 | .315 | 145,065 | Tu 10/08/13 | .37 | 47,290 | Tu 09/17/13 | .42 | 118,480 |
| Mo 10/28/13 | .33 | 45,965 | Mo 10/07/13 | .39 | 177,450 | Mo 09/16/13 | .39 | 80,749 |
| | | | | | | | | |
| Fr 10/25/13 | .35 | 76,410 | Fr 10/04/13 | .38 | 84,825 | Fr 09/13/13 | .39 | 153,245 |
| Th 10/24/13 | .325 | 50,690 | Th 10/03/13 | .37 | 49,033 | Th 09/12/13 | .381 | 123,525 |
| We 10/23/13 | .33 | 111,850 | We 10/02/13 | .361 | 75,597 | We 09/11/13 | .37 | 341,534 |
| Tu 10/22/13 | .33 | 91,342 | Tu 10/01/13 | .38 | 47,607 | Tu 09/10/13 | .27 | 438,312 |
| Mo 10/21/13 | .355 | 72,767 | Mo 09/30/13 | .38 | 115,973 | Mo 09/09/13 | .30 | 100,442 |
| | | | | | | | | |
| Fr 10/18/13 | .33 | 125,091 | Fr 09/27/13 | .395 | 115,500 | Fr 09/06/13 | .31 | 113,584 |
| Th 10/17/13 | .33 | 83,223 | Th 09/26/13 | .42 | 56,940 | Th 09/05/13 | .32 | 103,479 |
| We 10/16/13 | .33 | 50,350 | We 09/25/13 | .405 | 90,660 | We 09/04/13 | .345 | 95,942 |
| Tu 10/15/13 | .36 | 45,015 | Tu 09/24/13 | .40 | 90,218 | Tu 09/03/13 | .35 | 79,279 |
| Mo 10/14/13 | .355 | 29,575 | Mo 09/23/13 | .41 | 37,142 | Mo 09/02/13 | | |

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900     Singapore 65 6212 1000     U.S. 1 212 318 2000     Copyright 2016 Bloomberg Finance L.P.
SN 680097 EST   GMT-5:00 G781-3772-0 20-Jan-2016 17:52:31

| NORX US Equity | | | 96) Export to Excel | | | Page 3/5 | Historical Price Table | |
|---|---|---|---|---|---|---|---|---|

Norstra Energy Inc

Range 03/05/2013 - 12/31/2013   Period Daily
Market Last Price   Volume   Currency USD
View Price Table

High 1.562 on 06/05/13
Low .096 on 12/30/13
Average .4589 641,809
Net Chg -.254 -71.55%

| Date | Last Price | Volume | Date | Last Price | Volume | Date | Last Price | Volume |
|---|---|---|---|---|---|---|---|---|
| Fr 08/30/13 | .33 | 73,738 | Fr 08/09/13 | .45 | 99,307 | Fr 07/19/13 | .50 | 1,002,881 |
| Th 08/29/13 | .34 | 98,718 | Th 08/08/13 | .45 | 136,642 | Th 07/18/13 | .60 | 910,375 |
| We 08/28/13 | .335 | 487,774 | We 08/07/13 | .45 | 325,484 | We 07/17/13 | .45 | 663,617 |
| Tu 08/27/13 | .32 | 270,139 | Tu 08/06/13 | .40 | 466,565 | Tu 07/16/13 | .30 | 571,137 |
| Mo 08/26/13 | .35 | 161,280 | Mo 08/05/13 | .428 | 237,280 | Mo 07/15/13 | .275 | 1,468,455 |
| Fr 08/23/13 | .33 | 381,668 | Fr 08/02/13 | .48 | 250,458 | Fr 07/12/13 | .37 | 729,521 |
| Th 08/22/13 | .341 | 376,071 | Th 08/01/13 | .519 | 189,001 | Th 07/11/13 | .44 | 3,192,347 |
| We 08/21/13 | .39 | 387,401 | We 07/31/13 | .52 | 158,374 | We 07/10/13 | | |
| Tu 08/20/13 | .34 | 237,598 | Tu 07/30/13 | .56 | 322,623 | Tu 07/09/13 | | |
| Mo 08/19/13 | .30 | 983,920 | Mo 07/29/13 | .50 | 331,749 | Mo 07/08/13 | | |
| Fr 08/16/13 | .409 | 213,838 | Fr 07/26/13 | .55 | 210,241 | Fr 07/05/13 | | |
| Th 08/15/13 | .42 | 85,839 | Th 07/25/13 | .55 | 207,456 | Th 07/04/13 | | |
| We 08/14/13 | .423 | 180,709 | We 07/24/13 | .545 | 245,676 | We 07/03/13 | | |
| Tu 08/13/13 | .45 | 119,488 | Tu 07/23/13 | .55 | 522,440 | Tu 07/02/13 | | |
| Mo 08/12/13 | .43 | 100,644 | Mo 07/22/13 | .605 | 307,606 | Mo 07/01/13 | | |

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900   Singapore 65 6212 1000   U.S. 1 212 318 2000   Copyright 2016 Bloomberg Finance L.P.
SN 680097 EST   GMT-5:00 G781-3772-0 20-Jan-2016 17:52:31

**NORX US Equity** | **96) Export to Excel** | Page 4/5 | **Historical Price Table**

Norstra Energy Inc

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Range | 03/05/2013 – 12/31/2013 | Period | Daily | High | 1.562 | on | 06/05/13 |
| Market | Last Price / Volume | Currency | USD | Low | .096 | on | 12/30/13 |
| View | Price Table | | | Average | .4589 | | 641,809 |
| | | | | Net Chg | -.254 | | -71.55% |

| Date | Last Price | Volume | Date | Last Price | Volume | Date | Last Price | Volume |
|---|---|---|---|---|---|---|---|---|
| Fr 06/28/13 | | | Fr 06/07/13 | 1.14 | 5,382,839 | Fr 05/17/13 | .74 | 666,510 |
| Th 06/27/13 | | | Th 06/06/13 | 1.34 | 12,020,125 | Th 05/16/13 | .714 | 494,486 |
| We 06/26/13 | | | We 06/05/13 H | 1.562 | 6,048,295 | We 05/15/13 | .71 | 1,222,085 |
| Tu 06/25/13 | .83 | 1,055,245 | Tu 06/04/13 | .97 | 2,338,625 | Tu 05/14/13 | .68 | 687,596 |
| Mo 06/24/13 | .82 | 2,453,209 | Mo 06/03/13 | .94 | 943,278 | Mo 05/13/13 | .66 | 718,705 |
| | | | | | | | | |
| Fr 06/21/13 | .808 | 2,765,235 | Fr 05/31/13 | .93 | 1,847,062 | Fr 05/10/13 | .653 | 467,421 |
| Th 06/20/13 | .82 | 2,299,606 | Th 05/30/13 | .92 | 1,195,217 | Th 05/09/13 | .699 | 709,601 |
| We 06/19/13 | .836 | 3,498,156 | We 05/29/13 | .89 | 2,501,616 | We 05/08/13 | .7296 | 748,785 |
| Tu 06/18/13 | .78 | 3,872,600 | Tu 05/28/13 | .88 | 1,413,584 | Tu 05/07/13 | .71 | 1,265,800 |
| Mo 06/17/13 | .70 | 1,787,820 | Mo 05/27/13 | | | Mo 05/06/13 | .715 | 998,018 |
| | | | | | | | | |
| Fr 06/14/13 | .673 | 1,630,926 | Fr 05/24/13 | .85 | 1,191,789 | Fr 05/03/13 | .689 | 493,282 |
| Th 06/13/13 | .64 | 4,615,299 | Th 05/23/13 | .835 | 1,818,001 | Th 05/02/13 | .68 | 738,584 |
| We 06/12/13 | .785 | 2,632,577 | We 05/22/13 | .81 | 1,025,418 | We 05/01/13 | .66 | 739,937 |
| Tu 06/11/13 | .9102 | 4,714,759 | Tu 05/21/13 | .79 | 952,377 | Tu 04/30/13 | .695 | 1,437,147 |
| Mo 06/10/13 | 1.13 | 3,097,870 | Mo 05/20/13 | .76 | 1,346,092 | Mo 04/29/13 | .68 | 1,605,369 |

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2016 Bloomberg Finance L.P.
SN 680097 EST   GMT-5:00 G781-3772-0 20-Jan-2016 17:52:32

**NORX US Equity** | **96) Export to Excel** | | Page 5/5 | Historical Price Table

Norstra Energy Inc

| | | | | | |
|---|---|---|---|---|---|
| Range | 03/05/2013 — 12/31/2013 | Period | Daily | High | 1.562 on 06/05/13 |
| Market | Last Price  Volume | Currency | USD | Low | .096 on 12/30/13 |
| View | Price Table | | | Average | .4589      641,809 |
| | | | | Net Chg | -.254      -71.55% |

| Date | Last Price | Volume | Date | Last Price | Volume | Date | Last Price | Volume |
|---|---|---|---|---|---|---|---|---|
| Fr 04/26/13 | .635 | 697,809 | Fr 04/05/13 | .52 | 190,950 | Fr 03/15/13 | .43 | 15,500 |
| Th 04/25/13 | .63 | 721,226 | Th 04/04/13 | .48 | 473,813 | Th 03/14/13 | .41 | 99,520 |
| We 04/24/13 | .5994 | 664,877 | We 04/03/13 | .535 | 585,826 | We 03/13/13 | .4199 | 55,050 |
| Tu 04/23/13 | .58 | 807,759 | Tu 04/02/13 | .56 | 1,197,151 | Tu 03/12/13 | .425 | 91,900 |
| Mo 04/22/13 | .58 | 1,039,173 | Mo 04/01/13 | .52 | 811,359 | Mo 03/11/13 | .4099 | 114,500 |
| | | | | | | | | |
| Fr 04/19/13 | .565 | 897,816 | Fr 03/29/13 | | | Fr 03/08/13 | .39 | 135,500 |
| Th 04/18/13 | .54 | 1,437,307 | Th 03/28/13 | .50 | 382,951 | Th 03/07/13 | .38 | 57,325 |
| We 04/17/13 | .54 | 482,211 | We 03/27/13 | .48 | 107,700 | We 03/06/13 | .36 | 53,700 |
| Tu 04/16/13 | .54 | 624,897 | Tu 03/26/13 | .45 | 27,900 | Tu 03/05/13 | .355 | 131,800 |
| Mo 04/15/13 | .54 | 681,415 | Mo 03/25/13 | .44 | 22,900 | | | |
| | | | | | | | | |
| Fr 04/12/13 | .53 | 378,149 | Fr 03/22/13 | .45 | 100,000 | | | |
| Th 04/11/13 | .50 | 772,181 | Th 03/21/13 | .43 | 43,500 | | | |
| We 04/10/13 | .47 | 389,196 | We 03/20/13 | .44 | 20,500 | | | |
| Tu 04/09/13 | .45 | 372,359 | Tu 03/19/13 | .43 | 12,920 | | | |
| Mo 04/08/13 | .49 | 479,981 | Mo 03/18/13 | .43 | 8,000 | | | |

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900      Singapore 65 6212 1000      U.S. 1 212 318 2000      Copyright 2016 Bloomberg Finance L.P.
SN 680097 EST   GMT-5:00 G781-3772-0 20-Jan-2016 17:52:32

OTC Link Data via Wharton

| SECID | Symbol | CUSIP | Issue | CaveatEmptor | ClosingInsideBidPriceDate | LastPrice | ShareVolume | DollarVol | TradeCount | ClosingBestAskDate |
|---|---|---|---|---|---|---|---|---|---|---|
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130305 | 0.355 | 131800 | 46636 | 19 | 20130305 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130306 | 0.36 | 53700 | 19365.5 | 7 | 20130306 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130307 | 0.38 | 57325 | 21383.5 | 9 | 20130307 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130308 | 0.39 | 135500 | 51770.9 | 22 | 20130308 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130311 | 0.4099 | 114500 | 45384.5 | 16 | 20130311 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130312 | 0.425 | 91900 | 38454.5 | 20 | 20130312 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130313 | 0.4199 | 55050 | 22476.765 | 18 | 20130313 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130314 | 0.41 | 99520 | 37576.608 | 22 | 20130314 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130315 | 0.43 | 15500 | 6465 | 4 | 20130315 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130318 | 0.43 | 8000 | 3440 | 2 | 20130318 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130319 | 0.43 | 12920 | 5517.2 | 7 | 20130319 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130320 | 0.44 | 20500 | 8845 | 5 | 20130320 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130321 | 0.43 | 43500 | 17965 | 7 | 20130321 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130322 | 0.45 | 100000 | 42400 | 10 | 20130322 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130325 | 0.44 | 22900 | 10076 | 8 | 20130325 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130326 | 0.45 | 27900 | 12269 | 8 | 20130326 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130327 | 0.48 | 107700 | 50195 | 28 | 20130327 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130328 | 0.5 | 382951 | 186192.49 | 68 | 20130328 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130401 | 0.52 | 811359 | 431631.317 | 357 | 20130401 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130402 | 0.56 | 1197151 | 660794.551 | 346 | 20130402 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130403 | 0.535 | 585826 | 327696.2555 | 200 | 20130403 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130404 | 0.48 | 473813 | 240375.312 | 188 | 20130404 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130405 | 0.52 | 190950 | 92337.22 | 80 | 20130405 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130408 | 0.49 | 479981 | 241009.649 | 175 | 20130408 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130409 | 0.45 | 372359 | 174905.395 | 133 | 20130409 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130410 | 0.47 | 389196 | 183738.2526 | 129 | 20130410 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130411 | 0.5 | 772181 | 383373.691 | 215 | 20130411 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130412 | 0.53 | 378149 | 197481.0723 | 109 | 20130412 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130415 | 0.54 | 681415 | 362025.1175 | 290 | 20130415 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130416 | 0.54 | 624897 | 325251.717 | 259 | 20130416 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130417 | 0.54 | 482211 | 257437.5065 | 160 | 20130417 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130418 | 0.54 | 1437307 | 820451.5224 | 450 | 20130418 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130419 | 0.565 | 897816 | 513557.991 | 169 | 20130419 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130422 | 0.58 | 1039173 | 596251.2251 | 356 | 20130422 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130423 | 0.58 | 807759 | 480068.2241 | 292 | 20130423 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130424 | 0.5994 | 664877 | 401582.7234 | 175 | 20130424 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130425 | 0.63 | 721226 | 451149.198 | 201 | 20130425 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | 20130426 | 0.635 | 697809 | 443476.9525 | 154 | 20130426 |

OTC Link Data via Wharton

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130429 | 0.68 | 1605369 | 1057634.143 | 472 | 20130429 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130430 | 0.695 | 1437147 | 1002643.434 | 517 | 20130430 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130501 | 0.66 | 739937 | 485266.7365 | 331 | 20130501 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130502 | 0.68 | 738584 | 504432.5166 | 324 | 20130502 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130503 | 0.689 | 493282 | 336601.0449 | 214 | 20130503 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130506 | 0.715 | 998018 | 709920.5967 | 358 | 20130506 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130507 | 0.71 | 1265800 | 921700.0256 | 348 | 20130507 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130508 | 0.7296 | 748785 | 546146.3933 | 237 | 20130508 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130509 | 0.699 | 709601 | 506039.776 | 250 | 20130509 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130510 | 0.653 | 467421 | 314908.154 | 199 | 20130510 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130513 | 0.66 | 718705 | 474657.485 | 206 | 20130513 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130514 | 0.68 | 687596 | 473503.7969 | 287 | 20130514 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130515 | 0.71 | 1222085 | 860869.7787 | 356 | 20130515 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130516 | 0.714 | 494486 | 348539.814 | 215 | 20130516 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130517 | 0.74 | 666510 | 496329.7701 | 246 | 20130517 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130520 | 0.76 | 1346092 | 1032359.863 | 332 | 20130520 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130521 | 0.79 | 952377 | 740593.627 | 376 | 20130521 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130522 | 0.81 | 1025418 | 825118.272 | 384 | 20130522 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130523 | 0.835 | 1818001 | 1511801.407 | 446 | 20130523 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130524 | 0.85 | 1191789 | 1004308.674 | 318 | 20130524 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130528 | 0.88 | 1413584 | 1227736.889 | 473 | 20130528 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130529 | 0.89 | 2501616 | 2279350.37 | 725 | 20130529 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130530 | 0.92 | 1195217 | 1095851.152 | 388 | 20130530 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130531 | 0.93 | 1847062 | 1727469.672 | 356 | 20130531 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130603 | 0.94 | 943278 | 880674.0154 | 330 | 20130603 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130604 | 0.97 | 2338625 | 2277712.605 | 607 | 20130604 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130605 | 1.562 | 6048295 | 7211132.45 | 2125 | 20130605 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130606 | 1.34 | 12020125 | 19267957.45 | 6001 | 20130606 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130607 | 1.14 | 5382839 | 6023938.955 | 2800 | 20130607 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130610 | 1.13 | 3097870 | 3520452.455 | 1528 | 20130610 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130611 | 0.9102 | 4714759 | 4524879.123 | 2073 | 20130611 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130612 | 0.785 | 2632577 | 2106137.061 | 1212 | 20130612 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130613 | 0.64 | 4615299 | 3023954.73 | 1674 | 20130613 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130614 | 0.673 | 1630926 | 1092211.537 | 615 | 20130614 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130617 | 0.7 | 1787820 | 1233635.048 | 528 | 20130617 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130618 | 0.78 | 3872600 | 2946583.276 | 1100 | 20130618 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130619 | 0.836 | 3498156 | 2922346.899 | 1083 | 20130619 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130620 | 0.82 | 2299606 | 1893084.164 | 841 | 20130620 |
| 209414 | NORX | 65654V103 | NORSTRA ENERGY INC | N | | 20130621 | 0.808 | 2765235 | 2329687.355 | 1065 | 20130621 |