# EXHIBIT 13



5

| GOFF US Equity | | | 96) Export to Excel | | | Page 1/5 | **Historical Price Table** | |
|---|---|---|---|---|---|---|---|---|

Goff Corp

| | | | | | | High | .5852 | on | 04/05/13 |
|---|---|---|---|---|---|---|---|---|---|
| Range | 03/13/2013 | - | 12/31/2013 | | Period | Daily | Low | .003 | on | 12/31/13 |
| Market | Last Price | | Volume | | Currency | USD | Average | .057 | | 7,609,469 |
| View | Price Table | | | | | | Net Chg | -.127 | | -97.69% |

| Date | Last Price | Volume | Date | Last Price | Volume | Date | Last Price | Volume |
|---|---|---|---|---|---|---|---|---|
| Fr 01/03/14 | | | Fr 12/13/13 | .004 | 516,161 | Fr 11/22/13 | .0051 | 417,249 |
| Th 01/02/14 | | | Th 12/12/13 | .0037 | 1,303,002 | Th 11/21/13 | .0059 | 421,850 |
| We 01/01/14 | | | We 12/11/13 | .0042 | 447,191 | We 11/20/13 | .005 | 307,600 |
| Tu 12/31/13 | L .003 | 1,813,949 | Tu 12/10/13 | .0045 | 308,920 | Tu 11/19/13 | .006 | 790,734 |
| Mo 12/30/13 | .0031 | 981,053 | Mo 12/09/13 | .0045 | 50,610 | Mo 11/18/13 | .005 | 316,657 |
| Fr 12/27/13 | .0032 | 701,920 | Fr 12/06/13 | .0045 | 317,609 | Fr 11/15/13 | .0052 | 1,321,767 |
| Th 12/26/13 | .0032 | 689,195 | Th 12/05/13 | .0045 | 429,731 | Th 11/14/13 | .0048 | 491,758 |
| We 12/25/13 | | | We 12/04/13 | .0048 | 660,618 | We 11/13/13 | .0049 | 642,306 |
| Tu 12/24/13 | .0031 | 194,790 | Tu 12/03/13 | .005 | 483,203 | Tu 11/12/13 | .0048 | 536,635 |
| Mo 12/23/13 | .0033 | 734,510 | Mo 12/02/13 | .0055 | 607,467 | Mo 11/11/13 | .005 | 152,657 |
| Fr 12/20/13 | .0032 | 710,713 | Fr 11/29/13 | .005 | 99,600 | Fr 11/08/13 | .0056 | 610,700 |
| Th 12/19/13 | .0036 | 441,608 | Th 11/28/13 | | | Th 11/07/13 | .0057 | 225,910 |
| We 12/18/13 | .0036 | 246,507 | We 11/27/13 | .0055 | 71,179 | We 11/06/13 | .0057 | 917,187 |
| Tu 12/17/13 | .004 | 170,815 | Tu 11/26/13 | .0055 | 146,150 | Tu 11/05/13 | .0054 | 284,580 |
| Mo 12/16/13 | .0035 | 541,436 | Mo 11/25/13 | .0058 | 517,022 | Mo 11/04/13 | .0051 | 235,835 |

**GOFF US Equity**   **96) Export to Excel**   Page 2/5 **Historical Price Table**

Goff Corp

| | | | | | | |
|---|---|---|---|---|---|---|
| Range | 03/13/2013 - 12/31/2013 | | Period | Daily | High | .5852 on 04/05/13 |
| Market | Last Price | Volume | Currency | USD | Low | .003 on 12/31/13 |
| View | Price Table | | | | Average | .057 7,609,469 |
| | | | | | Net Chg | -.127 -97.69% |

| Date | Last Price | Volume | Date | Last Price | Volume | Date | Last Price | Volume |
|---|---|---|---|---|---|---|---|---|
| Fr 11/01/13 | .0051 | 228,394 | Fr 10/11/13 | .0055 | 1,201,940 | Fr 09/20/13 | .007 | 712,675 |
| Th 10/31/13 | .0051 | 119,354 | Th 10/10/13 | .0063 | 233,161 | Th 09/19/13 | .0075 | 95,103 |
| We 10/30/13 | .0051 | 333,372 | We 10/09/13 | .0069 | 190,200 | We 09/18/13 | .0075 | 94,378 |
| Tu 10/29/13 | .005 | 23,399 | Tu 10/08/13 | .006 | 150,459 | Tu 09/17/13 | .0071 | 191,482 |
| Mo 10/28/13 | .005 | 297,415 | Mo 10/07/13 | .0074 | 758,333 | Mo 09/16/13 | .0071 | 377,700 |
| Fr 10/25/13 | .0048 | 1,125,969 | Fr 10/04/13 | .0075 | 1,360,897 | Fr 09/13/13 | .0084 | 415,581 |
| Th 10/24/13 | .005 | 574,875 | Th 10/03/13 | .0055 | 251,850 | Th 09/12/13 | .0078 | 715,591 |
| We 10/23/13 | .0051 | 225,103 | We 10/02/13 | .0055 | 471,533 | We 09/11/13 | .008 | 842,120 |
| Tu 10/22/13 | .0051 | 587,143 | Tu 10/01/13 | .006 | 859,635 | Tu 09/10/13 | .0081 | 1,373,350 |
| Mo 10/21/13 | .0057 | 181,070 | Mo 09/30/13 | .0045 | 695,985 | Mo 09/09/13 | .0081 | 255,693 |
| Fr 10/18/13 | .0056 | 888,437 | Fr 09/27/13 | .0052 | 1,040,964 | Fr 09/06/13 | .008 | 164,095 |
| Th 10/17/13 | .005 | 991,310 | Th 09/26/13 | .0059 | 411,439 | Th 09/05/13 | .0081 | 205,070 |
| We 10/16/13 | .0068 | 212,950 | We 09/25/13 | .0065 | 642,210 | We 09/04/13 | .0085 | 183,570 |
| Tu 10/15/13 | .0073 | 579,650 | Tu 09/24/13 | .0062 | 1,306,846 | Tu 09/03/13 | .0081 | 405,385 |
| Mo 10/14/13 | .0055 | 468,627 | Mo 09/23/13 | .0068 | 463,534 | Mo 09/02/13 | | |

GOFF US Equity | 96) Export to Excel | Page 3/5 | Historical Price Table

Goff Corp

Range 03/13/2013 - 12/31/2013 Period Daily

Market Last Price Volume Currency USD

View Price Table

| | | | |
|---|---|---|---|
| High | .5852 | on | 04/05/13 |
| Low | .003 | on | 12/31/13 |
| Average | .057 | | 7,609,469 |
| Net Chg | -.127 | | -97.69% |

| Date | Last Price | Volume | Date | Last Price | Volume | Date | Last Price | Volume |
|---|---|---|---|---|---|---|---|---|
| Fr 08/30/13 | .0087 | 429,494 | Fr 08/09/13 | .0097 | 279,978 | Fr 07/19/13 | .0072 | 227,950 |
| Th 08/29/13 | .009 | 329,588 | Th 08/08/13 | .011 | 394,836 | Th 07/18/13 | .0075 | 402,901 |
| We 08/28/13 | .0095 | 234,754 | We 08/07/13 | .011 | 568,933 | We 07/17/13 | .008 | 1,492,631 |
| Tu 08/27/13 | .008 | 1,009,154 | Tu 08/06/13 | .011 | 198,725 | Tu 07/16/13 | .0071 | 1,243,170 |
| Mo 08/26/13 | .0081 | 242,897 | Mo 08/05/13 | .01 | 599,983 | Mo 07/15/13 | .0077 | 644,587 |
| Fr 08/23/13 | .0085 | 396,132 | Fr 08/02/13 | .0115 | 399,611 | Fr 07/12/13 | .0078 | 621,773 |
| Th 08/22/13 | .0085 | 21,800 | Th 08/01/13 | .011 | 1,350,683 | Th 07/11/13 | .0087 | 1,277,766 |
| We 08/21/13 | .0097 | 346,100 | We 07/31/13 | .0112 | 459,243 | We 07/10/13 | .008 | 379,135 |
| Tu 08/20/13 | .01 | 427,463 | Tu 07/30/13 | .0122 | 917,976 | Tu 07/09/13 | .008 | 951,405 |
| Mo 08/19/13 | .0083 | 204,735 | Mo 07/29/13 | .01 | 509,997 | Mo 07/08/13 | .008 | 1,029,137 |
| Fr 08/16/13 | .0095 | 728,910 | Fr 07/26/13 | .0105 | 598,465 | Fr 07/05/13 | .0083 | 528,874 |
| Th 08/15/13 | .009 | 254,920 | Th 07/25/13 | .0105 | 2,007,949 | Th 07/04/13 | | |
| We 08/14/13 | .009 | 468,700 | We 07/24/13 | .0137 | 7,178,293 | We 07/03/13 | .0095 | 431,290 |
| Tu 08/13/13 | .0099 | 727,094 | Tu 07/23/13 | .0084 | 469,441 | Tu 07/02/13 | .0091 | 672,787 |
| Mo 08/12/13 | .0105 | 326,421 | Mo 07/22/13 | .008 | 1,448,982 | Mo 07/01/13 | .0098 | 862,675 |

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2016 Bloomberg Finance L.P.
SN 680097 EST GMT-5:00 G781-3772-0 20-Jan-2016 17:37:11

| GOFF US Equity | | 96) Export to Excel | | Page 4/5 | Historical Price Table | | |

**Goff Corp**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Range | 03/13/2013 - 12/31/2013 | | Period | Daily | | High | .5852 on | 04/05/13 |
| Market | Last Price | Volume | Currency | USD | | Low | .003 on | 12/31/13 |
| View | Price Table | | | | | Average | .057 | 7,609,469 |
| | | | | | | Net Chg | -.127 | -97.69% |

| Date | Last Price | Volume | Date | Last Price | Volume | Date | Last Price | Volume |
|---|---|---|---|---|---|---|---|---|
| Fr 06/28/13 | .0095 | 889,730 | Fr 06/07/13 | .0142 | 1,163,448 | Fr 05/17/13 | .0239 | 32,039,696 |
| Th 06/27/13 | .01 | 1,907,917 | Th 06/06/13 | .0145 | 2,355,649 | Th 05/16/13 | .028 | 43,929,348 |
| We 06/26/13 | .0114 | 1,032,637 | We 06/05/13 | .0153 | 2,433,888 | We 05/15/13 | .017 | 20,551,459 |
| Tu 06/25/13 | .0102 | 1,207,219 | Tu 06/04/13 | .0154 | 3,476,939 | Tu 05/14/13 | .02 | 17,632,754 |
| Mo 06/24/13 | .0105 | 2,269,661 | Mo 06/03/13 | .0168 | 3,063,920 | Mo 05/13/13 | .0239 | 18,396,255 |
| | | | | | | | | |
| Fr 06/21/13 | .0121 | 2,399,919 | Fr 05/31/13 | .0195 | 4,319,181 | Fr 05/10/13 | .0285 | 7,527,694 |
| Th 06/20/13 | .0122 | 2,314,857 | Th 05/30/13 | .0165 | 3,084,627 | Th 05/09/13 | .0295 | 11,555,016 |
| We 06/19/13 | .0127 | 683,395 | We 05/29/13 | .017 | 6,190,713 | We 05/08/13 | .034 | 15,840,756 |
| Tu 06/18/13 | .0125 | 1,060,620 | Tu 05/28/13 | .018 | 5,447,116 | Tu 05/07/13 | .0313 | 23,775,911 |
| Mo 06/17/13 | .013 | 2,913,121 | Mo 05/27/13 | | | Mo 05/06/13 | .038 | 18,682,283 |
| | | | | | | | | |
| Fr 06/14/13 | .014 | 1,035,516 | Fr 05/24/13 | .02 | 5,633,338 | Fr 05/03/13 | .04 | 32,573,926 |
| Th 06/13/13 | .0147 | 2,061,688 | Th 05/23/13 | .019 | 18,771,216 | Th 05/02/13 | .04 | 14,377,131 |
| We 06/12/13 | .0155 | 13,607,108 | We 05/22/13 | .0267 | 11,071,471 | We 05/01/13 | .041 | 16,175,136 |
| Tu 06/11/13 | .014 | 6,879,522 | Tu 05/21/13 | .0225 | 6,014,925 | Tu 04/30/13 | .043 | 15,716,081 |
| Mo 06/10/13 | .0135 | 2,305,861 | Mo 05/20/13 | .02 | 8,666,352 | Mo 04/29/13 | .0463 | 50,608,491 |

| GOFF US Equity | | 96) Export to Excel | | | | Page 5/5 | Historical Price Table | | |
|---|---|---|---|---|---|---|---|---|---|

Goff Corp

| Range | 03/13/2013 | - | 12/31/2013 | | Period | Daily | | High | .5852 | on | 04/05/13 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Market | Last Price | | Volume | | Currency | USD | | Low | .003 | on | 12/31/13 |
| View | Price Table | | | | | | | Average | .057 | | 7,609,469 |
| | | | | | | | | Net Chg | -.127 | | -97.69% |

| Date | Last Price | Volume | Date | Last Price | Volume | Date | Last Price | Volume |
|---|---|---|---|---|---|---|---|---|
| Fr 04/26/13 | .051 | 55,774,633 | Fr 04/05/13H | .5852 | 22,003,488 | Fr 03/15/13 | | |
| Th 04/25/13 | .051 | 88,577,673 | Th 04/04/13 | .575 | 19,362,405 | Th 03/14/13 | | |
| We 04/24/13 | .072 | 34,891,892 | We 04/03/13 | .4625 | 54,159,848 | We 03/13/13 | .13 | 1,000 |
| Tu 04/23/13 | .1173 | 21,411,667 | Tu 04/02/13 | .51 | 26,752,295 | | | |
| Mo 04/22/13 | .172 | 21,902,661 | Mo 04/01/13 | .5298 | 22,806,690 | | | |
| | | | | | | | | |
| Fr 04/19/13 | .239 | 18,797,955 | Fr 03/29/13 | | | | | |
| Th 04/18/13 | .276 | 4,521,574 | Th 03/28/13 | .4535 | 14,604,704 | | | |
| We 04/17/13 | .2711 | 7,232,681 | We 03/27/13 | .4285 | 14,336,965 | | | |
| Tu 04/16/13 | .297 | 16,565,003 | Tu 03/26/13 | .418 | 14,312,690 | | | |
| Mo 04/15/13 | .297 | 14,385,260 | Mo 03/25/13 | .397 | 15,046,820 | | | |
| | | | | | | | | |
| Fr 04/12/13 | .26 | 11,519,582 | Fr 03/22/13 | .371 | 21,291,835 | | | |
| Th 04/11/13 | .295 | 16,415,113 | Th 03/21/13 | .33 | 19,919,870 | | | |
| We 04/10/13 | .273 | 47,010,785 | We 03/20/13 | .3385 | 13,046,527 | | | |
| Tu 04/09/13 | .36 | 66,998,289 | Tu 03/19/13 | .297 | 19,759,470 | | | |
| Mo 04/08/13 | .575 | 28,082,119 | Mo 03/18/13 | .2849 | 263,914,098 | | | |

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2016 Bloomberg Finance L.P.
SN 680097 EST  GMT-5:00 G781-3772-0 20-Jan-2016 17:37:12

| SECID | Symbol | CUSIP | Issue | CaveatEmptor | ClosingInsideBidPriceDate | LastPrice | ShareVolume | DollarVol | TradeCount | ClosingBestAskDate |
|---|---|---|---|---|---|---|---|---|---|---|
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130313 | 0.13 | 1000 | 130 | 2 | 20130313 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130314 | | 0 | 0 | 0 | 20130314 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130315 | | 0 | 0 | 0 | 20130315 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130318 | 0.2849 | 263914098 | 64255061.52 | 7203 | 20130318 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130319 | 0.297 | 19759470 | 5991250.962 | 2800 | 20130319 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130320 | 0.3385 | 13046527 | 4231091.16 | 1986 | 20130320 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130321 | 0.33 | 19919870 | 6505808.559 | 2749 | 20130321 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130322 | 0.371 | 21291835 | 7586873.83 | 2043 | 20130322 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130325 | 0.397 | 15046820 | 5864422.621 | 2299 | 20130325 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130326 | 0.418 | 14312690 | 5889730.028 | 2404 | 20130326 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130327 | 0.4285 | 14336965 | 5967419.886 | 2063 | 20130327 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130328 | 0.4535 | 14604704 | 6386284.045 | 2234 | 20130328 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130401 | 0.5298 | 22806690 | 11457433.24 | 3952 | 20130401 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130402 | 0.51 | 26752295 | 14172144.02 | 4739 | 20130402 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130403 | 0.4625 | 54159848 | 24796770.3 | 5579 | 20130403 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130404 | 0.575 | 19362405 | 10057025.32 | 3181 | 20130404 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130405 | 0.5852 | 22003488 | 13119917.47 | 4029 | 20130405 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130408 | 0.575 | 28082119 | 17081108.43 | 4679 | 20130408 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130409 | 0.36 | 66998289 | 26989439.91 | 8065 | 20130409 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130410 | 0.273 | 47010785 | 13644909.93 | 5216 | 20130410 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130411 | 0.295 | 16415113 | 4521021.963 | 2454 | 20130411 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130412 | 0.26 | 11519582 | 3221619.871 | 1645 | 20130412 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130415 | 0.297 | 14385260 | 3633557.545 | 1990 | 20130415 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130416 | 0.297 | 16565003 | 5067064.733 | 1892 | 20130416 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130417 | 0.2711 | 7232681 | 2071113.966 | 903 | 20130417 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130418 | 0.276 | 4521574 | 1294978.778 | 712 | 20130418 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130419 | 0.239 | 18797955 | 4685515.619 | 1789 | 20130419 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130422 | 0.172 | 21902661 | 4050195.968 | 2053 | 20130422 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130423 | 0.1173 | 21411667 | 2675058.494 | 1860 | 20130423 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130424 | 0.072 | 34891892 | 2841972.426 | 1727 | 20130424 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130425 | 0.051 | 88577673 | 5224049.581 | 2121 | 20130425 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130426 | 0.051 | 55774633 | 3648711.906 | 2554 | 20130426 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130429 | 0.0463 | 50608491 | 2349202.87 | 1533 | 20130429 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130430 | 0.043 | 15716081 | 761121.1997 | 692 | 20130430 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130501 | 0.041 | 16175136 | 684737.0545 | 451 | 20130501 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130502 | 0.04 | 14377131 | 556849.4981 | 525 | 20130502 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130503 | 0.04 | 32573926 | 1380908.26 | 1206 | 20130503 |
| 213083 | GOFF | 36190U206 | GOFF CORP NEW | N | 20130506 | 0.038 | 18682283 | 726278.37 | 671 | 20130506 |