# EXHIBIT 15

**From:** ███████████████████████████████████
**To:** "'andy@mcalpine.ky'" <andy@mcalpine.ky>, ███████████████████████████████████ Jack - LGM <jack@mcalpine.ky>
**Subject:** RE: EXHI
**Received(Date):** Thu, 15 Aug 2013 20:27:58 +0000

Andy,

Brokers have volume restrictions. They simply won't trade in a name anymore. Furthermore—CSL has an internal guideline where we don't like to be more then 30-35% of the volume on the day. We get scrutinized by custodians and regulators on this.

This is a name that has no trade history in it--and now it has high volume. We've been able to move a large amount of stock for you and Jack has been kept in the loop the entire time.

We want to help and have done all we can. Tomorrow is a new day and we can get some more done for you and your client.

I took Matt off the email as I can't speak with your clients--but trust you'll relay.

Thanks and apologies,

-----Original Message-----
From: andy@mcalpine.ky [mailto:andy@mcalpine.ky]
Sent: Thursday, August 15, 2013 3:24 PM
To: ███████████████████████████████████ Matt email; Jack - LGM
Subject: EXHI

How can we tell a different client he cannot sell that stock. He is very upset and we need a good explanation. Simply saying "we r tapped out" doesn't cut it. Pls explain to Matt what happened.
A
Sent from my BlackBerry® wireless device from LIME.

Confidential pursuant to Securities Exchange Act s.24(d).

SEC-CIMA-E-0013186