# EXHIBIT 16

From: "Andy McAlpine" <andy@mcalpine.ky>
To: ███
Subject: RE: EXHI
Received(Date):   Fri, 16 Aug 2013 09:00:45 -0500

That is fair..."accounts frozen" ia all I heard...did u see Brian and Paula ? Any news from them ? What about Terry ?
It seems all of the stocks everyone trades look like P&D's - not sure how to determine what is and what isn't...
Still at lake - Kenny and Tanya came up for a week - interesting when you spend a week w your best friends and their little ones...hahah
Taking them back to TO today and back up tomorrow - back in city Wed next and CI a week tomorrow - maybe a debriefing when I get back ? Let me buy you dinner...
A

-----Original Message-----
From: ███
Sent: Friday, August 16, 2013 7:57 AM
To: Andy McAlpine
Subject: RE: EXHI

Back today
Storm in a tea cup - they had a client that had traded a name linked to a
p&d - TMHO - so we asked them to close down that client What did you hear?



Please consider the environment before printing this email

-----Original Message-----
From: Andy McAlpine [mailto:andy@mcalpine.ky]
Sent: Friday, August 16, 2013 8:54 AM
To: ███
Subject: RE: EXHI

OK - thx...are you in Panama now ?
What is going on with Advest ?
A

-----Original Message-----
From: ███
Sent: Thursday, August 15, 2013 3:33 PM
To: andy@mcalpine.ky
Subject: RE: EXHI

When we trade through the US b/ds it's Caledonian's name on the print

Confidential pursuant to Securities Exchange Act s.24(d).

Being a significant proportion of the daily volume in a name that has only just started trading and is now doing crazy volume isn't good for us, and ultimately isn't good for your clients

We're in this for the long haul and don't want to blow up because one client wants to be 100% of the volume

The 3m average daily volume on that name is 2.4m, we did 30%+ of 14m today...



Please consider the environment before printing this email

-----Original Message-----
From: andy@mcalpine.ky [mailto:andy@mcalpine.ky]
Sent: Thursday, August 15, 2013 3:24 PM
To: ███████████████████████████████ Matt email; Jack - LGM
Subject: EXHI

How can we tell a different client he cannot sell that stock. He is very upset and we need a good explanation. Simply saying "we r tapped out" doesn't cut it. Pls explain to Matt what happened.
A
Sent from my BlackBerry(r) wireless device from LIME.


*************************************************************
CALEDONIAN CONFIDENTIALITY NOTICE:

This email/fax (including any attachment(s)) is confidential and may also be privileged. No confidentiality or privilege is waived or lost by any error of transmission. It is intended solely for the recipient(s) to whom it is addressed. It should not be read, copied, distributed, disclosed or otherwise used by any other person. If you have received this email/fax in error you are prohibited from opening any attachments and you are requested to delete it from your system and to notify the sender immediately.

To learn more about us visit our website www.caledonian.com

This footnote also confirms that this email message has been swept for the presence of computer viruses.

SEC-CIMA-E-0005649

Confidential pursuant to Securities Exchange Act §24(d)(2)

SEC-CIMA-E-0005650