

PATRICK R. COSTELLO
DEREK S. BENTSEN
BRIDGET M. FITZPATRICK
ERNESTO G. AMPARO
SECURITIES AND EXCHANGE COMMISSION
100 F Street N.E.
Washington, DC 20549
(202) 551-3982  telephone (Costello)
(202) 772-9245  facsimile
costellop@sec.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

SECURITIES AND EXCHANGE COMMISSION,

                         Plaintiff,

                 v.                         Case No. 15-cv-894 (WHP)(JLC)

CALEDONIAN BANK LTD.,
CALEDONIAN SECURITIES LTD.,
CLEAR WATER SECURITIES, INC.,
LEGACY GLOBAL MARKETS S.A., and
VERDMONT CAPITAL, S.A.

                         Defendants.
_____

## NOTICE OF MOTION TO COMPEL PRODUCTION FROM DEFENDANT VERDMONT CAPITAL, S.A.

      Plaintiff Securities and Exchange Commission, pursuant to the Magistrate Judge's Order of January 27, 2016 (ECF No. 164), hereby moves the Magistrate for an Order compelling Defendant Verdmont Capital, S.A. to produce certain outstanding documents and other materials in response to the Commission's first and second requests for production, together with such other and further relief as the Magistrate deems just and proper. The bases for the Commission's

Motion are set forth in the companion Memorandum of Law, which is being filed contemporaneously herewith.

| | |
|---|---|
| Dated: Washington, D.C.<br>February 12, 2016 | Respectfully submitted,<br><br>/s/ Patrick R. Costello<br>Patrick R. Costello |
| Local Counsel: | Derek S. Bentsen<br>Bridget M. Fitzpatrick |
| David Stoelting<br>Securities and Exchange Commission<br>Brookfield Place, 200 Vesey Street<br>New York, New York 20181<br>(212) 336-0174  telephone<br>(212) 336-1323  facsimile<br>stoeltingd@sec.gov | Ernesto G. Amparo<br>Securities and Exchange Commission<br>100 F Street, N.E.<br>Washington, D.C. 20549-5985<br>(202) 551-3982  telephone (Costello)<br>(202) 772-9245  facsimile<br>costellop@sec.gov |

## CERTIFICATE OF SERVICE

I certify that on February 12, 2016, I electronically filed the foregoing NOTICE OF MOTION TO COMPEL PRODUCTION FROM DEFENDANT VERDMONT CAPITAL, S.A. using the CM/ECF system, which will send notification of such filing to counsel for Defendants Caledonian Bank Ltd., Caledonian Securities Ltd. and Verdmont Capital, S.A. at the following addresses:

| | |
|---|---|
| Robert J.A. Zito<br>Carter Ledyard Milburn LLP<br>Two Wall Street<br>New York, New York 10005<br>zito@clm.com<br>Attorneys for Defendant<br>Verdmont Capital, S.A. | Sigal P. Mandelker<br>Margaret A. Dale<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036<br>smandelker@proskauer.com<br>mdale@proskauer.com<br>Attorneys for Defendants Caledonian<br>Bank Ltd. and Caledonian Securities<br>Ltd. |

/s/ Patrick R. Costello
Patrick R. Costello