**Proskauer》** Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/16

Margaret A. Dale
Member of the Firm
d 212.969.3315
f 212.969.2900
mdale@proskauer.com
www.proskauer.com

March 24, 2016

**MEMO ENDORSED**

**Via ECF and US Mail**

Honorable William H. Pauley III
United States District Judge for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Securities and Exchange Commission v. Caledonian Bank Ltd., et al.*, 15-CV-894 (WHP)

Dear Judge Pauley,

We write on behalf of Caledonian Bank Ltd. and Caledonian Securities Ltd. (collectively "Caledonian") to request an adjournment of the Court conference scheduled for April 7, 2016 at 3:00 p.m. Caledonian seeks the adjournment because of a conflict with counsel's schedule: both Ms. Mandelker and I will be in Los Angeles on business from April 6-8, 2016. In addition, counsel for Verdmont Capital, S.A. is expected to be in London for depositions in this case on April 6 and 7, 2016, and therefore joins in the request for adjournment. Counsel for the Securities and Exchange Commission consents to the requested adjournment, and counsel for Sentinel Trust Services Limited takes no position on the request. There have been no prior requests for an adjournment of this conference.

Counsel contacted Your Honor's Courtroom Deputy to obtain another date for the conference, and have been advised that April 12, 2016 at 11:00 a.m. is available. Counsel for all parties and Sentinel are available on that date and time. We therefore respectfully request that the Court grant Caledonian's request and adjourn the conference currently scheduled for April 7, 2016 until April 12, 2016 at 11:00 a.m.

Respectfully submitted,

*Margaret A. Dale*

Margaret A. Dale

Application granted.  The conference addressing
(1) the proposed settlement between the SEC and
Caledonian Bank and (2) Sentinel's proposed
motion to intervene is adjourned to
April 12, 2016 at 11:00 a.m.

**SO ORDERED:**

cc:   Counsel of record

3/24/16

_____
WILLIAM H. PAULEY III U.S.D.J.