USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/13/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
SECURITIES AND EXCHANGE COMMISSION, :

                Plaintiff,      :

            15cv894

    -against-      :

            ORDER

CALEDONIAN BANK LTD., *et al.*,     :

               Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

On April 12, 2016, the parties appeared for a conference to address the SEC's proposed consent judgment with Caledonian Bank, Sentinel's proposed motion to intervene, and Verdmont's proposed motions to unfreeze assets and for summary judgment. As discussed at that conference, this Court adopts the following schedule:

1. If Sentinel intends to pursue its motion to intervene, it shall file a letter with this Court by April 14, 2016.

2. The SEC shall file a letter by April 15, 2016 addressing how the proposed consent judgment would be reflected in the SEC's annual reporting statistics. As discussed at the conference, the parties are referred to Urska Velikonja, *Reporting Agency Performance: Behind the SEC's Enforcement Statistics*, 101 CORNELL L. REV. (forthcoming 2016), at 36.

3. Verdmont may file its proposed motions to unfreeze assets and for summary judgment by May 16, 2016.

4. The SEC may file any opposition by June 15, 2016.

5. Verdmont may file any reply by June 29, 2016.

6. The parties shall appear for oral argument on July 15, 2016 at 11:00 a.m.

      7. This Court takes the parties' proposed consent judgment on submission.

Dated: April 13, 2016
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*All Counsel of Record via ECF.*