# CARTER LEDYARD & MILBURN LLP

*Counselors at Law*

Robert J.A. Zito
Partner

Direct Dial: 212-238-8768
E-mail: zito@clm.com

*2 Wall Street*
*New York, NY 10005-2072*

*Tel (212) 732-3200*
*Fax (212) 732-3232*

*570 Lexington Avenue*
*New York, NY 10022-6856*
*(212) 371-2720*

April 19, 2016

Patrick R. Costello. Esq.
Securities and Exchange Commission
100 F. Street, N.E.
Washington, D.C. 20549

Re:   SEC v. Caledonian Bank Ltd., et al
      15 Civ. 894 (WHP) (JLC)

Dear Mr. Costello:

I enclose reports for our expenses associated with the London depositions totaling $17,551.09.   Kindly send us a check payable to Carter Ledyard & Milburn LLP.

Many thanks.

Sincerely,

Robert J.A. Zito

RJAZ/ma
Enc.

7791046.1

CARTER LEDYARD & MILBURN LLP

# TRAVEL EXPENSE VOUCHER

| CLIENT | VER27.002 | DEPARTURE DATE | April 4, 2016 |
|---|---|---|---|
| PURPOSE OF TRIP | Travel to London to attend depositions | RETURN DATE | April 8, 2016 |
| | | TOTAL NO. OF DAYS | 5 |

## TRANSPORTATION

| DATE(S) | FROM | TO | MODE | AMOUNT |
|---|---|---|---|---|
| April 4, 2016 | Kennedy International Airport, NYC | London, England | Airplane | $6,129.96 |
| April 8, 2016 | London, England | Kennedy International Airport, NYC | | |
| | | | Total airfare | $6,129.96 |

## HOTEL ROOM

| M by Montcalm Shoreditch | Accommodations for 4 nights | $2,337.77 |
|---|---|---|
| | Total accommodations | $2,337.77 |

* Also attach Food/Beverage/Entertainment/Restaurant Vouchers.

## FOOD AND BEVERAGE

| | 4/4/2016 | 4/6/2016 | 4/7/2016 | AMOUNT |
|---|---|---|---|---|
| MEALS EATEN ALONE | $70.00 | | $107.47 | $177.47 |
| BUSINESS LUNCH/DINNER | | $28.10 | $135.85 | $165.98 |
| | | | Total | $343.45 |
| | | | | |

## INCIDENTALS

| TAXIS/TELEPHONE/FAX | 4/5/2016 | 4/6/2016 | 4/7/2016 | 4/8/2016 | |
|---|---|---|---|---|---|
| | $23.67 | $24.21 | $11.40 | $19.94 | $79.22 |
| | $25.64 | | | | $25.64 |
| | | | | Total | $104.86 |
| | | | | | |
| | | | | | |

## MISCELLANEOUS

| | 4/7/2016 | |
|---|---|---|
| | Tour of St. Paul's Cathedral in London with clients | $76.06 |

7786998.1

## SETTLEMENT OF TRAVEL EXPENSES

| | | |
|---|---|---|
| TOTAL AMOUNT PAID BY TRAVELER | | $8,992.10 |
| LESS: CASH ADVANCES BY FIRM | | - |
| BALANCE DUE TRAVELER | | $8,992.10 |
| BALANCE DUE FIRM | (CHECK IF PAID HEREWITH) ☐ | |
| | TOTAL EXPENSES INCURRED | |

## ALLOCATION TO ACCOUNTS

| CLIENT OR OFFICE | TITLE OF MATTER | |
|---|---|---|
| Verdmont Capital, S.A. | VER27.002 | $8,992.10 |
| | | |
| | TOTAL ALLOCATED | |

| APPROVED | DATE | SIGNATURE/ Robert J. A. Zito | 4/13/2016 |
|---|---|---|---|
| | | | DATE |

**ATTACH RECEIPTS FOR ALL ITEMS**

7786998.1

Outlook.com Print Message                                        Page 1 of 6

<u>Print</u>                                                               <u>Close</u>

# Virgin Atlantic Airways e-Ticket GK859G

From: **Virgin ETicket** (Virgin.eticket.LON@fly.virgin.com)
Sent: Thu 3/17/16 2:28 PM
To:   DEACONZITO@MSN.COM

          

### Receipt/Itinerary

| THIS IS YOUR RECEIPT/ITINERARY |
| --- |
| **Please bring this e-ticket when you check-in.** |

**This document is automatically generated. Please do not respond to this e-mail.**

Are you travelling to the United States under the Visa Waiver Programme? You are now required to apply for ESTA travel authorisation. Apply now at https://esta.cbp.dhs.gov/esta

0% commission on all foreign exchange transactions at Moneycorp ï¿½ London Gatwick Airport bureau de change for all Virgin Atlantic arriving and departing passengers, plus you can also earn Flying Club Miles. Go to www.virginatlantic.com/currency

Treat yourself to some Retail Therapy. Choose from our range of gorgeous gifts, delivered either to your seat on board or direct to your home. Click here to explore the range.

## Please click here to use Online Check In (for Virgin Operated flights only)

Please note : Occasionally terminal information may change on the day of your flight. Please check flight status for the most up-to-date information.

| BOOKING DETAILS |
| --- |

Reference:   GK859G

Issue Date:   17 March 2016
Place of Issue:   NEW YORK

Passenger:        ZITO/ROBERTMR

FLIGHT DETAILS

| FLIGHT | DEPART DATE | DEPART AIRPORT | DEPART TIME | ARRIVE AIRPORT | ARRIVE TIME | CLASS | STATUS | OPERATED BY |
|--------|-------------|----------------|-------------|----------------|-------------|-------|--------|-------------|
| VS112 | 03 APR | JFK | 20:01 | LHR | 08:00 | I Upper Class | OK | VS |
| VS045 | 08 APR | LHR | 14:00 | JFK | 16:40 | I Upper Class | OK | VS |

Arrival date may differ from departure date

FLIGHT OPERATED BY:
VS  = VIRGIN ATLANTIC

Terminal Information- (please check flight status before you travel for the most up-to-date terminal information)
VS 112    Check In :      NEW YORK, JOHN F KENNEDY-Row 3, Level 4, Terminal 4
          Arrivals :       LONDON, LONDON HEATHROW-Terminal 3
VS 045    Check In :      LONDON, LONDON HEATHROW-Zone A, Terminal 3
          Arrivals :       NEW YORK, JOHN F KENNEDY-Terminal 4

For further information please visit
http://www.virgin-atlantic.com/attheairport/airportguide/index.jsp

INTERNATIONAL CHECK-IN TIMES

Check-in times vary between airlines and airports. Virgin Atlantic check-in counters and bag drop desks, open at least 2.5 hours prior to departure. Please click here to use Online Check In (Virgin Operated flights only).

We close our check-in facilities and bag drop desks 60 minutes before departure. If you haven't checked in with your hold luggage by this time, you'll miss the flight. For check-in details for other airlines, please check with the airline or its authorised agent.

Heathrow Terminal 3 - Please ensure that you are through Airport Security at least 30 minutes before your schedule departure time. Unfortunately, if you do not meet this time you will not be allowed onto your flight.

TICKET NUMBERS and ENDORSEMENTS

ZITO/ROBERTMR                          932 2167104213
VOLUNTARY CHANGES RESTRICTED

FARE DETAILS

ZITO/ROBERTMR
Fare                                              USD               4973.00
Taxes/Fees/Charges/Carrier Imposed Surcharges     YQ828.00 GB207.60 XT121.36
Total                                             USD               6129.96

Form of Payment ;      AX***********4002          AMOUNT RECEIVED      USD6129.96

CONTACT DETAILS

Should you need to contact Virgin Atlantic regarding your booking please see our website for your nearest Virgin office;

‹                                                                              ›

http://www.virgin-atlantic.com/gb/en/travel-information/customer-service/phone.html

### NOTICE OF INCORPORATED TERMS OF CONTRACT

Your carriage is subject to Virgin Atlantic's conditions of contract and to the conditions of carriage of each transporting airline. Those conditions include, for example, terms governing: (1) restrictions on, and time limits for, claims; (2) rights of the airline to change terms of the contract of carriage; (3) rules on check-in and boarding times, and the right to refuse carriage. For a copy of Virgin Atlantic's conditions of contract, please visit: - www.virginatlantic/bookflightsandmore/conditionsofcontract/article1.jsp

### ELECTRONIC TICKET INFORMATION

This e-ticket receipt is a record of your electronic ticket,which is stored electronically in a computer reservations system.For more information about e-tickets,please visit: http://virginatlantic.custhelp.com/app/answers/detail/a_id/154/kw/eticket

IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR

This is a confidential e-mail intended only for the Virgin Atlantic Airways customer appearing as the addressee. If you are not the intended recipient please delete this e-mail and inform us directly as soon as possible. Please note that any copying, distribution or other action taken or omitted to be taken is prohibited and may be unlawful.

### IMPORTANT PASSENGER INFORMATION

If travelling to the US, please make sure you have a note of your address in the US available at check-in unless you have already given us that and other advance passenger information. For more information please click the link below: www.virgin-atlantic.com/passengerinformation/index.jsp

### SELF SERVICE CHECK IN

Save time and use Online Check In on our website, or our new Self Service Kiosks at participating Airports. For more information please click the link below: www.virginatlantic/manageyourflights/index.jsp

### BAGGAGE ALLOWANCE

Baggage information for your itinerary is detailed below. If you require further information on our baggage policies, including excess baggage, our policy on carrying liquids or restricted items please visit our website for full details:

http://www.virgin-atlantic.com/gb/en/travel-information/baggage/check-in-baggage.html

Please note: depending on your itinerary, Virgin Atlantic's baggage policies may not apply due to the US Dept. of Transportation's regulations.

The following baggage fees may apply for each sector between:

### JFK - LHR

| | |
|---|---|
| First Checked-In bag fee: | FREE |
| Maximum checked-in bag weight: | UP TO 70 LB/32 KG |
| Dimensions must not exceed: *(LI is linear inches, LCM is linear centimetres. Linear is the total sum of the length, height, and width of a piece of luggage)* | UP TO 81 LI/208 LCM |
| Second Checked-In bag fee: | FREE |
| Maximum checked-in bag weight: | UP TO 70 LB/32 KG |
| Dimensions must not exceed: *(LI is linear inches, LCM is linear centimetres. Linear is the total sum of the length, height, and width of a piece of luggage)* | UP TO 81 LI/208 LCM |

The following baggage fees may apply for each sector between:

**LHR - JFK**

| | |
|---|---|
| First Checked-In bag fee: | FREE |
| Maximum checked-in bag weight: | UP TO 70 LB/32 KG |
| Dimensions must not exceed: *(LI is linear inches, LCM is linear centimetres. Linear is the total sum of the length, height, and width of a piece of luggage)* | UP TO 81 LI/208 LCM |
| Second Checked-In bag fee: | FREE |
| Maximum checked-in bag weight: | UP TO 70 LB/32 KG |
| Dimensions must not exceed: *(LI is linear inches, LCM is linear centimetres. Linear is the total sum of the length, height, and width of a piece of luggage)* | UP TO 81 LI/208 LCM |

**CARRY-ON**

| Class | Allowance |
|---|---|
| Economy | 1 piece with a maximum weight of 10kg (22lbs). Dimensions must not exceed 23 x 36 x 56cm / 9 x 14 x 22ins |
| Premium Economy | 1 piece with a maximum weight of 10kg (22lbs). Dimensions must not exceed 23 x 36 x 56cm / 9 x 14 x 22ins |
| Upper Class | 2 pieces With a maximum (combined) weight of 16kg (35lbs) or with a maximum weight (individual) of 12kg (26lbs). Dimensions must not exceed 23 x 36 x 56cm / 9 x 14 x 22ins |

Virgin Atlantic passengers travelling in Upper Class are entitled to three pieces of checked in baggage free of charge on Virgin Atlantic operated flights. Please note that you may be charged to take additional pieces of baggage on sectors of your itinerary that are not operated by Virgin Atlantic.

Passengers travelling with infants or children can bring a fully collapsible pushchair or car seat, in addition to their free check in luggage allowance.

Infants too young for their own seat on the aircraft (travelling on the lap of a parent or carer) can have one piece of hold baggage weighing up to 23kg, and one piece of hand baggage weighing up to 6kg. We're afraid we can't allow extra baggage allowance to be purchased for infants.

Virgin Atlantic passengers who hold a Flying Club Gold card are entitled to one piece of checked in baggage in addition to the above allowance at no extra cost on Virgin Atlantic operated flights.
Please note that you may be charged to take this extra piece of baggage on sectors of your itinerary that are not operated by Virgin Atlantic.

If travelling on a mixed class ticket where the outbound and return journeys are in different classes then the relevant allowances for each direction will apply so please note there may be different allowances on your outbound and return journey.

**Extra Baggage Charges**
If you'd like to bring luggage over and above your free baggage allowance on Virgin Atlantic operated flights, you can pay to check in up to 10 extra bags per person (weight limitations may apply).

-Extra baggage charges apply for each bag over and above your free allowance.
-Excess charges will be applied to both overweight and oversized bags.
-Charges for additional baggage are payable each way and could be charged per sector of travel.
-Any bags weighing over 32kg will not be accepted.
-Any excess baggage purchased is non-refundable and non-transferable.

**DANGEROUS ARTICLES IN BAGGAGE**
For safety reasons, dangerous articles such as those listed in the following link must not be carried in your hand or checked baggage:
http://www.virgin-atlantic.com/gb/en/travel-information/baggage/restrictions/dangerous-articles.html

| TRANSFER OF DATA TO GOVERNMENT AUTHORITIES |
| --- |

Applicable laws require that your personal information will be made available to competent authorities in and outside the EU. Further information is available on our website, please visit : www.virgin-atlantic.com/privacyandsecurity/transferringdata.jsp

| DENIED BOARDING COMPENSATION |
| --- |

For details of compensation and other benefits, to which you may be entitled if denied boarding for the flight for which you hold a confirmed reservation, please visit:
http://www.virgin-atlantic.com/gb/en/travel-information/customer-service/conditions-of-carriage/article-9.html

| LIABILITY NOTICE |
| --- |

Regulation 2027/97 (as amended by Regulation 889/02), the Warsaw Convention or the Montreal Convention may apply to your carriage and limits the liability of airlines for death or personal injury, loss of or damage to baggage, and for delay.
No financial limit applies to Virgin Atlantic's liability for proven damages for death or personal injury. Virgin Atlantic's liability for loss, damage to or delay of checked and unchecked baggage is limited to a maximum of 1,131 SDRs per passenger. Baggage greater in value should be insured, or a higher limit of liability can be purchased, by making a special declaration and paying a supplementary fee before travel. Virgin Atlantic's liability for passenger delay is limited to a maximum 4,694 SDRs per passenger.
For more information, please click: http://www.virgin-atlantic.com/gb/en/travel-information/customer-service/conditions-of-carriage/article-15.html
For details of other transporting airlines' liability, please check with the airline or its authorised agent.

Virgin Atlantic Airways Ltd. Registered Office- Company Secretariat, The Office, Manor Royal, Crawley, West Sussex, RH10 9NU

Registered in England 1600117

| WHERE TO SEND FEEDBACK: If you wish to lodge a compliment or complaint, please contact: |
| --- |

Customer Relations
Virgin Atlantic Airways Limited
The Office
Manor Royal
Crawley
West Sussex
RH10 9NU
United Kingdom
Or via our website: www.virgin-atlantic.com/feedback

---

Be sure to drop by at http://www.virginatlantic.com for all the latest news and fantastic offers.

Tweet travel with us: http://www.twitter.com/virginatlantic

Join us on Facebook: http://www.facebook.com/virginatlantic

View us on YouTube: http://www.youtube.com/virginatlantic

Connect on Linked In: http://www.linkedin.com/company/virgin-atlantic-airways

Outlook.com Print Message

The information contained in this email and its attachments may contain confidential/privileged information. It is intended only for the named recipient(s). If you are not a named recipient please do not distribute/copy or rely on its contents. We apologise if this came to you by mistake - please tell us and then delete it. Unless explicitly stated, any opinion expressed in this e-mail may not be that of Virgin Atlantic and the content does not represent a contract. Whilst Virgin Atlantic takes care to protect its systems from electronic virus attack or other harmful event, no warranty is given that this email message (including any attachments to it) is free of any virus or other harmful matter and accepts no responsibility for any loss or damage resulting from the recipient receiving, opening or using it. We reserve the right to retain and monitor all e-mail communications. Virgin Atlantic Airways Limited. Registered office: Company Secretariat, The Office, Manor Royal, Crawley, West Sussex, RH10 9NU. Registered in England, company number: 1600117

&lt;                                                                                              &gt;


citibank

## Account Details

New

thankyou
from citi

Current Balance
$ 10,840.12

Available Credit $ 17,945.03

Minimum Amount
Due Apr. 16, 2016                                     $ 0.00

Last Statement Balance
Mar. 18, 2016                                      $ 1,919.87

Total Available Points
0

## Transactions

Activity Since Last Statement

| Show All | Pending | Purchases | Payments/Adj/Credits | Fees/Interest | Enter Keyword |
|----------|---------|-----------|----------------------|---------------|---------------|

| Date | Description | Amount |
|------|-------------|--------|
| Apr. 08, 2016 | M BY MONTCALM LONDON GBR | $ 7.33 |

Account Information - Citibank

| Date | Description | Amount |
|------|-------------|--------|
| Apr. 07, 2016 | ST PAULS CATHEDRAL LONDON EC4M GBR | $ 76.06 |
| Apr. 07, 2016 | CARLUCCIOS LTD SMITHFIELD GBR | $ 135.05 |
| Apr. 06, 2016 | FREEMASONS ARMS LONDON WC2E GBR | $ 26.10 |
| Apr. 05, 2016 | Uber BV help.uber.com NLD | $ 23.67 |
| Apr. 04, 2016 | M BY MONTCALM LONDON GBR<br>Get on the road with a great rate on your next car rental<br>with Hertz° | $ 2,337.77 |



# BY MONTCALM®
### S H O R E D I T C H
LONDON TECH CITY

Mr Robert Zito
95 Reade Street
New York, New York  10013
United States

| | | |
|---|---|---|
| VAT No. | : | 121 8134 50 |
| Room No. | : | 1409 |
| Arrival | : | 04-04-16 |
| Departure | : | 08-04-16 |
| Folio/Invoice | : | 193277/ |
| Cashier | : | 2549 |
| Page | : | 1 of 2 |
| Date | : | 08/04/16 |

Member No.      :
A/R Number     :
Group Code     :
Company Name :
T/A Ref. No.     :

| Date | Description | Debit £ | Credit £ |
|---|---|---|---|
| 04-04-16 | Access/Mastercard | | 1,647.36 |
| 04-04-16 | Montcalm Accommodation | 401.28 | |
| 05-04-16 | Montcalm Accommodation | 422.40 | |
| 06-04-16 | Montcalm Accommodation | 422.40 | |
| 07-04-16 | Montcalm Accommodation | 401.28 | |

151-157 City Road, London, EC1V 1JH, United Kingdom
Telephone: +44 (0)20 3837 3000  Facsimile:+44 (0)20 7745 1459  E-mail: info@mbymontcalm.co.uk  www.mbymontcalm.co.uk

Montcalm Hotels Ltd, Registration Number 07415019



# By Montcalm®
## S H O R E D I T C H
### LONDON TECH CITY

Mr Robert Zito
95 Reade Street
New York, New York 10013
United States

| | | |
|---|---|---|
| VAT No. | : | 121 8134 50 |
| Room No. | : | 1409 |
| Arrival | : | 04-04-16 |
| Departure | : | 08-04-16 |
| Folio/Invoice | : | 193277/ |
| Cashier | : | 2549 |
| Page | : | 2 of 2 |
| Date | : | 08/04/16 |

Member No. :
A/R Number :
Group Code :
Company Name :
T/A Ref. No. :

| Date | Description | | Debit £ | Credit £ |
|---|---|---|---|---|
| | | Total | 1,647.36 | 1,647.36 |
| | | Balance | | 0.00 |

**VAT Breakdown £**

| | | |
|---|---|---|
| Net at 20% | £ | 1,372.80 |
| Total Amount Net | £ | 1,372.80 |
| Vat at 20% | £ | 274.56 |
| **Total Bill** | £ | **1,647.36** |

Signature : _____

Please find below our bank details for payment by BACS

Account: Montcalm Hotels Ltd
Bank: HSBC
Sort Code: 40-05-19
Account No.: 61797417
IBAN: GB90MIDL40051961797417
SWIFT: MIDLGB22

Kindly quote invoice / folio as reference

151-157 City Road, London, EC1V 1JH, United Kingdom
Telephone: +44 (0)20 3837 3000  Facsimile: +44 (0)20 7745 1459  E-mail: info@mbymontcalm.co.uk  www.mbymontcalm.co.uk

Montcalm Hotels Ltd, Registration Number 07415019



# BY MONTCALM®

## S H O R E D I T C H
### LONDON TECH CITY

Mr Robert Zito
95 Reade Street
New York, New York 10013
United States

| | |
|---|---|
| VAT No. | : 121 8134 50 |
| Room No. | : 1409 |
| Arrival | : 04-04-16 |
| Departure | : 08-04-16 |
| Folio/Invoice | : 193276/ |
| Cashier | : 2549 |
| Page | : 1 of 2 |
| Date | : 08/04/16 |

| | |
|---|---|
| Member No. | : |
| A/R Number | : |
| Group Code | : |
| Company Name | : |
| T/A Ref. No. | : |

| Date | Description | Debit £ | Credit £ |
|---|---|---|---|
| 04-04-16 | Restaurant Lunch<br>Room# 1409 : CHECK# 0415856 | 15.00 | |
| 04-04-16 | Restaurant Lunch Beverage<br>Room# 1409 : CHECK# 0415856 | 11.00 | |
| 04-04-16 | Service Charge<br>Room# 1409 : CHECK# 0415856 | 3.25 | |
| 04-04-16 | Restaurant Dinner<br>Room# 1409 : CHECK# 0434158 | 7.55 | |
| 04-04-16 | Restaurant Dinner Beverage<br>Room# 1409 : CHECK# 0434158 | 4.17 | |
| 04-04-16 | Service Charge<br>Room# 1409 : CHECK# 0434158 | 1.47 | |
| 07-04-16 | Room Service Dinner Food<br>Room# 1409 : CHECK# 0314537 | 28.50 | |
| 07-04-16 | Room Service Dinner Beverage<br>Room# 1409 : CHECK# 0314537 | 37.00 | |
| 07-04-16 | Service Charge<br>Room# 1409 : CHECK# 0314537 | 8.19 | |
| 08-04-16 | Access/Mastercard | | 116.13 |

151-157 City Road, London, EC1V 1JH, United Kingdom
Telephone: +44 (0)20 3837 3000  Facsimile: +44 (0)20 7745 1459  E-mail: info@mbymontcalm.co.uk  www.mbymontcalm.co.uk

Montcalm Hotels Ltd, Registration Number 07415019

# /\/\

# BY MONTCALM®
## SHOREDITCH
### LONDON TECH CITY

Mr Robert Zito
95 Reade Street
New York, New York  10013
United States

| | | |
|---|---|---|
| VAT No. | : | 121 8134 50 |
| Room No. | : | 1409 |
| Arrival | : | 04-04-16 |
| Departure | : | 08-04-16 |
| Folio/Invoice | : | 193276/ |
| Cashier | : | 2549 |
| Page | : | 2 of 2 |
| Date | : | 08/04/16 |

Member No.       :
A/R Number      :
Group Code       :
Company Name  :
T/A Ref. No.      :

| Date | Description | | Debit £ | Credit £ |
|---|---|---|---|---|
| | | Total | 116.13 | 116.13 |
| | | Balance | | 0.00 |

**VAT Breakdown £**

| | | |
|---|---|---|
| Net at 20% | £ | 86.02 |
| Total Amount Net | £ | 98.93 |
| Vat at 20% | £ | 17.20 |
| **Total Bill** | £ | 116.13 |

Signature : _____

Please find below our bank details for payment by BACS

Account: Montcalm Hotels Ltd
Bank: HSBC
Sort Code: 40-05-19
Account No.: 61797417
IBAN: GB90MIDL40051961797417
SWIFT: MIDLGB22

Kindly quote invoice / folio as reference

```
** CARDHOLDER COPY **

Carluccios - 110
Smithfield
---------------------
MasterCard
xxxxxxxxxxxx9974
SALE
ICC
      Please debit my
          account
Amount:           £96.45
TOTAL:            £96.45

SIGNATURE VERIFIED
   Please keep receipt
    for your records
PTID:             29186160
MID:             **51875
TID:             ****3928
Date:            07/04/2016
Time:             14:18:47
Authcode:           2601SP
AID:       A0000000041010
App Seq:               03
---------------------
www.carluccios.com
```

```
                          Freemasons Arms
                          London WC2E 9NG
                       Phone: 0207 836 3115
         Till: s8272
         Receipt: 877476


         xxxxxxxxxxxx CUSTOMER COPY xxxxxxxxxxxx


         Merchant ID: xxxxxxxxx65142
         Terminal ID: xxxx1223


         AID: A0000000041010
         Card Name: MasterCard
         PAN: xxxxxxxxxxxx9974 APSN: 03


         Auth Code: 51101P
         APPROVED


         SALE (ICC)
         Total:              £19.95

         Verified by Signature


         This copy to be retained by Customer
```

```
       CARD SALE  VOUCHER
          CUSTOMER COPY

03 01 16  10.20
TERMINAL-USER-TRAN-REFNO
XXX0791-0001-5484-1409

M BY MONTCALM M
151 CITY ROADLONDON


MERCHANT ID : 5540361
GOODS TOTAL
GBP116.13

US DOLLAR
EXCHANGE RATE 1.4651

xxxxxxxxxxxxxx9974
ICC

MasterCard APSTAUS
AID  'A0000000041010'
MASTERCARD

SALE  TOTAL
TRANSACTION CURRENCY
                   USD170.14

ROBERT J        ZERO

   PLEASE DEBIT MY ACCOUNT WITH THE
TOTAL AMOUNT IN USD SHOWN

   SIGNATURE VERIFIED

   PLEASE RETAIN THIS RECEIPT FOR YOUR
RECORDS.
        AUTH CODE = 38609
```



Transport for London
**LICENSED LONDON TAXI**
**RECEIPT**

AMOUNT £ *18*

ALWAYS USE TRADITIONAL LONDON TAXI-CABS
THANK YOU FOR YOUR BUSINESS

## LICENSED TAXI
### RECEIPT

TO

FROM

FARE                          DATE

17-00                    6 . 4 - 16

SIGNATURE

SB

ALWAYS USE A LICENSED TAXI

**LTDA**

TAXI **RECEIPT**

ALWAYS USE A LICENSED TAXI CAB

HANDS UP
FOR THE LONDON
TAXI

DATE

AMOUNT £

Signature

**WARNING**

See Over



LICENSED LONDON
TAXI **RECEIPT**©

BE SURE BE SAFE

AMOUNT £

**Thank you**
for your custom
ALWAYS USE A *Licensed* TAXI CAB

JVBright
TAXI PARTS

A–Z+
CABBIE'S MATE
navigationmaster.com

Carter Ledyard & Milburn LLP

SEC v. Caledonian Bank Ltd., et. al - 15 Civ. 894 (WHP) (JLC)

**Travel, Accommodations, Food & Beverage Expenses incurred by**
**Taylor Houser to attend her deposition in London**

| Date | Description | GBP | EUR | USD |
|------|-------------|-----|-----|-----|
| 4/3/2016 | Air Margarite Ville:  Meal | | | |
| 4/5/2016 | Licensed Taxi | 25 | | |
| 4/6/2016 | Backlock: Meal | 160.88 | | |
| 4/6/2016 | Licensed London:  Taxi | 18.6 | | |
| 4/6/2016 | Licensed Taxi | 10.8 | | |
| 4/7/2016 | Licensed London:  Taxi | 14.8 | | |
| 4/7/2016 | LTDA: Taxo | 14 | | |
| 4/7/2016 | St Puals Cathedral: Visit | 18 | | |
| 4/8/2016 | Sketch: Snaks | 32.63 | | |
| 4/8/2016 | Hotel Orfila | | 1275.79 | |
| 4/8/2016 | Okafu:  Meal | | 90.75 | |
| 4/9/2016 | Oter:  Meal | | 113.47 | |
| 4/10/2016 | Madrid: Taxi | | 30 | |
| | | | | |
| | TOTAL | 294.71 | 1510.01 | 50.33 |
| | TOTAL in US$ | $417.21 | $1,750.50 | $50.33 |
| | TOTAL AMOUNT DUE TRAVELER | | | $2,218.04 |

7789206_1



## Blacklock

The Basement
24 Great Windmill St Soho W1D 7LG
Mon - Sat Noon - 23:30 // Sun Noon - 18:00
@BlacklockSoho

VAT No. 191 3458 00

Order# 42675
Seat Count=3
Server: Davide P
Table: 10
Date: 06/04/2016, 20:45

| | |
|---|---|
| #Indivdual Chops | £0.00 |
| | £12.00 |
| +Lamb | £0.00 |
| | £38.50 |
| Beef Dripping Chips | £0.00 |
| Sweet Potato | £3.50 |
| Cauliflower | £3.50 |
| #125 Albarino | £5.50 |
| 4Restless River Cab | £64.00 |
| #125 Albarino | £5.50 |
| #125 Albarino | £5.50 |
| #Cheese Cake | £5.00 |
| Service Charge | £17.88 |

| Subtotal: | £160.88 |
|---|---|
| VAT Included: | £23.03 |
| Total: | £160.88 |

Order Balance due: £160.88



**LTDA** HANDS UP

Licensed London
Black Taxi Receipt

TAXI **RECEIPT**
ALWAYS USE A LICENSED TAXI CAB

DATE

AMOUNT £

Signature

See Over

N.C. Press
www.divanservice.com

Date........Apr 6.
Amount £..... 18 . 60

Thank you for using
Licensed London Black Taxi
Email: divanservice@yahoo.com

---

**St PAUL'S** CATHEDRAL

Thursday 07 Apr 2016

Adult £18.00

Welcome to St. Paul's Cathedral
Enjoy Your Visit

Please note time of last admission.
No Photography
www.stpauls.co.uk    Not Transferable

3000*31-43 14:49 03

---

Licensed Taxi Receipt
Customer Copy

OBETS Ltd.
Dial-a-Cab House
39-47 East Road
London N1 6AH
United Kingdom
Tel: 020 7253 5000

Merchant

Badge No: 061339

Meter Fare:    £10.60
Extras:
Expense:
Gratuity:
Handling:
   TOTAL:     £10.60

Wed Apr 06 2016 22:46:04

---

**sketch**

9 Conduit Street
London, W1S 2XG
Tel 020 7659 4500
E-mail info@sketch.london

| | | £ | |
|---|---|---|---|
| 2x | Harpes Vodka 50ml | | 29.00 |
| | FT Soda Water Mixer | | |
| | SubTotal | £ | 29.00 |
| | Discretionary Service Charge 12.50% | £ | 3.63 |
| | al | £ | 32.63 |
| | Total Due | £ | 32.63 |
| | Incl of VAT (20 00%) | £ | 4.83 |

00:47 Friday 8 Apr 2016
Order Number 216311

www sketch london
EAT MUSIC DRINK ART
VAT No 745 5823 64

---

Licensed London
Black Taxi Receipt

Date........7 APRIL
Amount £.... 14 80

Thank you for using
Licensed London Black Taxi
Email: divanservice@yahoo.com

N.C. Press
www.divanservice.com



# HOTEL ORFILA
★★★★★
-MADRID-

Calle Orfila, 6 28010 Madrid - España
Teléfono (+34) 91 7027770 Fax (+34) 91 7027772
Internet: http://www.hotelorfila.com  Infoeservas@hotelorfila.com

| Fecha / Date | Nº Factura / Invoice Nr | Página |
|---|---|---|
| 10/04/16 | 000 ~61154 | 1 |

FISHER, GLYNN DAVID

CLIENTE DIRECTO - EMAIL
Localizador Agencia:

NIF: BA080122

| Nº Hab / Room Nr | PAX | Régimen / Basis | Llegada / Arrive | Salida / Depart |
|---|---|---|---|---|
| 27 | 1 | AD | 08/04/16 | 10/04/16 |

| HAB. | Día / Date | Concepto / Description | Cantidad | Importe | Total |
|---|---|---|---|---|---|
| 26 | 08/04/2016 | ALOJAMIENTO Y DESAY. | 1 | 275,00 | 275,00 |
| 27 | 08/04/2016 | ALOJAMIENTO Y DESAY. | 1 | 275,00 | 275,00 |
| 2- | 09/04/2016 | ROOM SERVICE | 1 | 5,00 | 5,00 |
| 2- | 09/04/2016 | MINIBAR | 1 | 4,00 | 8,00 |
| 26 | 09/04/2016 | MINIBAR | 3 | 4,00 | 12,00 |
| 26 | 09/04/2016 | BAR BEBIDA | 1 | 26,81 | 26,81 |
| 26 | 09/04/2016 | MINIBAR | 1 | 8,00 | 8,00 |
| 26 | 09/04/2016 | ALOJAMIENTO Y DESAY. | 1 | 275,00 | 275,00 |
| 2- | 09/04/2016 | ALOJAMIENTO Y DESAY. | 1 | 275,00 | 275,00 |

| | I.V.A. | 10 | % | 1.159,81 | 115,98 |

Saldo Factura ....        1.275,79

Pendiente ...........      1.275,79

GRACIAS POR SU VISITA - THANK YOU FOR YOUR VISIT - MERCI POUR VOTRE VISITE
R.M. DE MADRID, TOMO 7234, LIBRO 0, FOLIO 166, SECCION 8ª, HOJA M-117055 SATRE S.A. CIF - A78078473

# Oter

RESTAURANTE-BAR
RESTAURANTES GERARDO OTER, SL
C/ CLAUDIO COELLO, 71
TEL: 914316770
28001-MADRID
CIF.: B-78128567

Ident.: 00008252
Fecha: 09/04/16 16:10
Operario: CAJERO
DAO/TER/SOTANO/Terraza 42      Comensales:2

| PAN Y ENTRADA,2Uds  x2,20 | 4,40 |
| APERITIVO,2Uds  x0,00 | |
| JAMON IBERICO DE MONTANERA | 22,00 |
| LOMO ALTO DE BUEY,2Uds. x21,00 | 42,00 |
| AGUA MINERAL | 3,55 |
| PAGO DEL VICARIO PETIT VERDOT | |
| 2Uds. x15,20 | 30,40 |

|  | 1 V.A | Total |
| 0.Imponible | | 113,47 |
| 1 V A 10%     103,15 | 10,32 | |

Total   113,47

Por comensals:    56,74

# OKAFU
## TABERNA GALLEGA
Velazquez 87  28006 Madrid · 915 763 619
okafu.es

M. 107 P. 1  N. 87963

BIENVENIDO AL SERVICIO
TAXI DEL R.P.C DE MADRID
PEDRO ANTONIO RODRIGUEZ
Nº DE LICENCIA        10374
N.I.F.:          09167395G-0
FECHA:            10/04/16
Nº RECIBO:            2467
TOTAL.(I/IVA):   30,00 EUR
** I.V.A. INCLUIDO **
DIST. SERVICIO:  16.0 KM
TARIFAS TR:              4
HORA INICIO:         09:39
HORA FINAL:          09:54
-DATOS CLIENTE:

-ORIGEN:

-DESTINO:

  

Insert the barcode into the check-
in machines.
Introduzca el código de Avios en
las quioscos de check-in.

# Your electronic ticket and itinerary.
## Tu billete electrónico e itinerario.

Need to check in. / Necesitas facturar

---

**Passenger data /Datos del Pasajero**

Name (not transferable) /Nombre (no transferible)

**HOUSSER, TAYLOR**

Identity document /Documento de identidad          Booking code /Código de Reserva

                                                    **3ABBU9**

Number /Número

**075-2365072342**

---

**Flight data /Datos del los vuelos**

| Origin/Destination Origen/Destino | Flight Vuelo | Departure Salida | Arrival Llegada | Not Valid No válido | Class - Fare Clase - Tarifa | Baggage Franquicia | Status Estado |
|---|---|---|---|---|---|---|---|
| From /Desde Panama (PTY) To /A Madrid (MAD) | IB6346 | 03-Apr 17:25 | 04-Apr 10:20 Terminal 4S | Before /Antes de After /Después de | D DDNNNB | 3 Pieces /Piezas | Confirmed Confirmado |
| From /Desde Madrid (MAD) To /A London (LHR) Operated by /Operado por : British Airways | IB7444 | 04-Apr 11:50 Terminal 4S | 04-Apr 13:20 Terminal 5 | Before /Antes de After /Después de | J DDNNNB | 3PC / | Confirmed Confirmado |
| From /Desde London (LHR) To /A Madrid (MAD) Operated by /Operado por : British Airways | IB7443 | 08-Apr 07:25 Terminal 5 | 08-Apr 10:55 Terminal 4S | Before /Antes de After /Después de | D DDNNNB | 3PC / | Confirmed Confirmado |
| From /Desde Madrid (MAD) To /A Panama (PTY) | IB6365 | 08-Apr 12:00 Terminal 4S | 08-Apr 15:55 | Before /Antes de After /Después de | D DDNNNB | 3 Pieces /Piezas | Confirmed Confirmado |

Ticket issue data / *Datos de emisión del billete*

| Number / *Número* | Issue date / *Fecha de Emisión* | Issued by / *Emitido por* |
|---|---|---|
| 075-2365072342 | 16-March-2016 | IBERIA LAE SA Operadora Unipersonal |

| Iss. Off. Code / *Of. Emis.* | Fiscal No. / *C.I.F.* | Place of issue / *Lugar de Emisión* |
|---|---|---|
| 10992844 | (RUC) 698-233-140222 DV 20 | Panama |

Registered Address / *Domicilio social*

Avenida Balboa, Calle 43, Edificio BBVA planta baja, Bella Vista, Ciudad de Panamà

Price and form of payment / *Precio total a pagar*

| Air fare / *Tarifa aérea* | USD | 4,546.00 |
|---|---|---|
| Carrier charges / *Cargos del operador* | USD | 526.00 |
| Taxes and duty / *Tasas e impuestos* | USD | 692.56 |
| Price and form of payment / *Precio total a pagar* | USD | 5,764.56 |

Form of payment / *Forma de pago*

,XXXXXXXXXXXXXXX0090/USD5

Fare calculation / *Cálculo de tarifa*

PTY IB X/MAD IB LON2273.00IB X/MAD IB PTY2273.00NUC4546.00END ROE1.000000
AH2.50F310.00FZ40.00GB209.59JD26.360G1.32PA355.04QV4.96UB42.79YQ526.00

Tour Code / *Tour Code*          Endorsement & restrictions / *Endoso y Restricciones*

22 CNGS AND REF RESTRICTED

Carter Ledyard & Milburn LLP

SEC v. Caledonian Bank Ltd., et. al - 15 Civ. 894 (WHP) (JLC)

**Travel Accommodations, Food & Beverage Expenses incurred by**
**Glynn Fisher to attend her deposition in London**

| Date | Description | GBP | EUR | USD |
|------|-------------|-----|-----|-----|
| 4/4/2016 | The Lanesborough: Hotel | 3821.86 | | |
| 4/7/2016 | Sketch: Meal | 256.63 | | |
| 4/5/2016 | Mudlark: Meal | 86.6 | | |
| 4/6/2016 | Freamasons Arms | 36.45 | | |
| 4/6/2016 | Duke of Argyll: Meal | 11.87 | | |
| 4/7/2016 | Sketch: Snacks | 32.63 | | |
| 4/7/2016 | Sketch: Snacks | 35.44 | | |
| 4/7/2016 | Sketch: Snacks | 32.63 | | |
| 4/8/2016 | Gett: Taxi | 70 | | |
| 4/8/2016 | The Alfred Tennyson: Meal | 50.51 | | |
| 4/8/2016 | Madrid: Taxi | | 35 | |
| 4/10/2016 | Caja España: Meal | | 21 | |
| | | | | |
| | TOTAL | 4434.62 | 56 | 0 |
| | TOTAL IN US$ | $6,277.87 | $63.08 | |
| | TOTAL AMOUNT DUE TRAVELER | | | $6,340.95 |





THE LANESBOROUGH

| | |
|---|---|
| Mr Glynn Fisher | Room No. 410 |
| 77 Camino de Cruces | Arrival 04.04.16 |
| Panama | Departure 08.04.16 |
| Panama | Invoice No. |
| | VAT No. 689 844 947 |
| INFORMATION INVOICE | Cashier No |

Mr Glynn Fisher                                   Page        1        of  2

| Date | Description | Debit | Credit |
|---|---|---|---|
| 04.04.16 | Accommodation | 490.00 | |
| 04.04.16 | Accommodation | 490.00 | |
| 04.04.16 | L Bar Dinner Food | 5.50 | |
| 04.04.16 | L Bar Liquor | 180.00 | |
| 04.04.16 | L Bar Wine | 77.00 | |
| 04.04.16 | L Bar Minerals | 3.00 | |
| 04.04.16 | L Bar Service Charge | 39.83 | |
| 05.04.16 | Accommodation | 490.00 | |
| 05.04.16 | Accommodation | 490.00 | |
| 05.04.16 | L Bar Liquor | 144.00 | |
| 05.04.16 | Celeste Breakfast Food | 5.50 | |
| 05.04.16 | Celeste Bfast Service Charge | 0.82 | |
| 05.04.16 | L Bar Service Charge | 21.60 | |
| 06.04.16 | Accommodation | 490.00 | |
| 06.04.16 | Accommodation | 490.00 | |
| 06.04.16 | Decanter Bar Minerals | 3.00 | |
| 06.04.16 | L Bar Liquor | 108.00 | |
| 06.04.16 | Celeste Breakfast Food | 34.00 | |
| 06.04.16 | Decanter Bar Wine | 25.00 | |
| 06.04.16 | Celeste Bfast Service Charge | 5.10 | |
| 06.04.16 | L Bar Service Charge | 16.20 | |

G.P

THE LANESBOROUGH

LONDON

Mr Glynn Fisher
7? Camino de Cruces
Panama
Panama

| | |
|---|---|
| Room No. | 410 |
| Arrival | 04.04.16 |
| Departure | 08.04.16 |
| Invoice No. | |
| VAT No. | 689 844 947 |
| Cashier No. | |

INFORMATION INVOICE

Mr Glynn Fisher

Page 2 of 2

| Date | Description | Debit | Credit |
|---|---|---|---|
| 07.04.16 | L Bar Liquor | 126.00 | |
| 07.04.16 | Celeste Breakfast Food | 14.50 | |
| 07.04.16 | Celeste Bfast Service Charge | 2.17 | |
| 07.04.16 | L Bar Service Charge | 19.72 | |
| 08.04.16 | Celeste Breakfast Food | 39.50 | |
| 08.04.16 | Celeste Bfast Service Charge | 5.92 | |
| | Total | 3,821.86 | 0.00 |
| | Balance £ | | 3,821.86 |

| | |
|---|---|
| Total Excl VAT at 20% | 3,092.0 |
| Total of VAT at 20% | 618.4 |
| Total Exempt VAT | 111.36 |
| Total Excl VAT at 4% | 0.00 |
| Total of VAT at 4% | 0.00 |
| Total Incl VAT at 4% | 0.00 |

G.f

```
              Mudlark
          Montague Close
             SE1 9DA

ZA86516-POS-03
William          05 Apr 2016 20:23

Table: 32              Acc No: 9458

  1     Steak & MPA Pie       12.25
  1     Cod & Chips        =  12.75
  1     Sausage & Mash     =  10.50
  3     250ml
        Oyster By Nz Pnt   =  23.10
  2     250ml
        LeVieEndRose       =  15.40
  1     Meantime London    =   5.15
  1     250ml
        Tondeluna Rioja    =   7.45

Product Group Summary
Food And Drink          86.60

20% VAT Net             72.17
20% VAT                 14.43
20% VAT Total           86.60

Total              £86.60


      Thank you for visiting
            Mudlark

       TEL: 0207 403 7364
       VAT 232 153 895
```

# sketch

9 Conduit Street
London, W1S 2XG
Tel. 020 7659 4500
E-mail. info@sketch.london

| | | | |
|---|---|---|---|
| 1x | Bread and Butter | £ | 4.00 |
| 1x | Lettuce Heart Salad | £ | 14.00 |
| 2x | Dover Sole Meuniere | £ | 84.00 |
| 1x | Bierzo El Rapolao Perez | £ | 72.00 |
| 2x | El Dorado 12yrs 50ml | £ | 33.00 |
| | Coca Cola Mixer | | |
| 2x | El Dorado 12yrs 50ml | £ | 36.00 |
| SubTotal | | £ | 237.00 |
| Discretionary Service Charge 12.50% | | £ | 29.63 |
| Total | | £ | 256.63 |
| Total Due | | £ | 256.63 |

22 44 Thursday 7 Apr 2016
Table 49
Order Number 216179
Incl of VAT (20.00%)              £      49.50

www sketch london
EAT MUSIC DRINK ART
VAT No 749 5823 84

```
Mandarin Oriental
66 Knightsbridge
London, W1X 7LA
4/4/2016            17:10

  Bar Boulud
Check: 995810    Table: 23
Server: Tomas   Guests: 2
Terminal: 95

   Regular Check
2 Berliner Pilsner     8.50
  @ 4.25
1 Calamari             8.00
1 Special Starter     12.00
1 Pate Grand-Mere      8.00
1 (carafe) Mouton     14.16

             SubTotal  50.66
          Service Charge 6.33
               Tot.1   56.99

VAT No 684 728086
VAT 20%          8.44

Room #

Signature

Print Name

A Discretionary Service Charge
of 12.5% has been added.
All price included V.A.T.
```

G. F

```
        Freemasons Arms
        London WC2E 9NG
      Phone: 0207 836 3115
Till: s270463
Receipt: 877438

oooooooo CUSTOMER COPY ooooooooo

Merchant ID: xxxxxxxx65142
Terminal ID: xxxx1223

AID: A000000041010
Card Name: CREDITO
PAN: xxxxxxxxx6698 APSN: 01

Auth Code: F09220
APPROVED

SALE (ICC)
Total:              £36.45

Verified by Signature

This copy to be retained by Customer

Date/Time: 06/04/2016 12:53:14
```

```
DUKE OF ARGYLL
17 BREWER STREET
LONDON
6 *07428    TID:****5403
AID : A0000000041010
CREDITO
MASTERCARD
........ .... 0598
ICC            PAN.SEQ 01

SALE
CARDHOLDER COPY
PLEASE KEEP THIS RECEIPT
  FOR YOUR RECORDS

AMOUNT            £11.87
Verified by signature
THANK YOU
19 49  06/04/16
AUTH CODE:      F07757
```

```
        sketch
      0207 659 4500
      www.sketch.london
M:*****21216
TID:****8103      S5879
HANDSET:1

AMERICAN EXPRESS
AID: A000000025010801
AMERICAN EXPRESS

**********7030
PAN SEQ NO. 00
ICC

SALE
AMOUNT          £32.63
TOTAL           £32.63

SIGNATURE VERIFIED
Thank you

07/04/16 23:54
AUTH CODE: 60
TXN 1036

    CUSTOMER COPY
  PLEASE RETAIN RECEIPT
```

```
        sketch
      0207 659 4500
M:*****21216
TID:****0577      S4667
Waiter ID:0  Table ID:0
HANDSET:1

AMERICAN EXPRESS
AID: A000000025010801
AMERICAN EXPRESS

**********7030
PAN SEQ NO. 00
ICC

SALE
AMOUNT          £35.44
TOTAL           £35,44

SIGNATURE VERIFIED
Thank you

07/04/16 23:17
AUTH CODE: 51
TXN 4729
```

```
        sketch
      0207 659 4500
      www.sketch.london
M:*****21216
TID:****8103      S5870
HANDSET:1

AMERICAN EXPRESS
AID: A000000025010801
AMERICAN EXPRESS

**********7030
PAN SEQ NO. 00
ICC

SALE
AMOUNT          £32.63
TOTAL           £32,63

SIGNATURE VERIFIED
Thank you

07/04/16 23:20
AUTH CODE: 78
TXN 1033

    CUSTOMER COPY
  PLEASE RETAIN RECEIPT
```

G.F

THE ALFRED
# T E N N Y S O N

The Alfred Tennyson
Your Server was  Richard
## Table 43

TAT Mains
  1 x Chilli Salt Squid          £8.50
  1 x 200g Rib Eye              £22.00
Beers On Tap
  1 x Guinness Pint             £4.80
  1 x London Lager Pint         £4.80
  1 x Guinness Half             £2.40
  1 x London Lager Half         £2.40

          Food Total    £30.50
          Drink Total   £14.40
  Service Charge (12.5%)  £5.61

      Total to Pay    £50.51
      (VAT Total)     £7.48

08/04/2016 12:57:41   Bill No. 331533
            Covers 3
      VAT No. Vat No. 868293964

Optional 12.5% service charge is included

## Thank You
## For Visiting
## The Alfred Tennyson

¡ MADRID !              Nº de licencia de taxi

Recibo número:  FA   191728

Ho recibido de Don · Doña ................
la cantidad de .......

Pieza .......
Código ..............
Fecha  8/4/2016

DETALLE DE LA TARIFA (precios en) EUROS

  Suplemento por .......
  Suplemento por .......
  Suplemento por .......
  Suplemento por .......
    TOTAL TARIFA (precios en) A4)   35,00

---

Gett | Taxi

## LICENSED TAXI RECEIPT

Reg no: ..............
Date & time:  Apr 8
Amount:  70
Signed:  ST

                    Credit
                    Cash



Caja España | Caja Duero

FISHER 2.14.8
**** **** **** 0598
MASTERCARD    EURO 6000  2.08
095.00045  13-04-16 04:47

BAR LA GUIT
CL  JOAQUIN MARIA LOPEZ 74
- ESPAÑA
056472873  A506060404

RF :0598  00000727

              VENTA
AUT :F00481
****21 ,00EUR

EL TRDT EDPren DUERO EV.
A00000001 0 9
MASTERCARD -

COPIA PARA CLIENTE

---

### RECIBO OFICIAL

con D.N.I. ..............

coches por el servicio de taxi siguiente:

Hora de ..........
............... hora final

NUMERO DE LA LICENCIA
NOMBRE Y APELLIDOS

 **IBERIA** 



Insert the barcode into the check-
in machines.
*Introduzca el código de Avios en
los quioscos de check-in.*

# Your electronic ticket and itinerary.
## *Tu billete electrónico e itinerario.*

Need to check in. / *Necesitas facturar*

---

Passenger data / *Datos del Pasajero*

Name (not transferable) / *Nombre (no transferible)*

**FISHER, GLYNN**

Identity document / *Documento de identidad*          Booking code / *Código de Reserva*

                                                        **3ABBU9**

Number / *Número*

**075-2365072341**

---

Flight data / *Datos del los vuelos*

| Origin/Destination *Origen/Destino* | Flight *Vuelo* | Departure *Salida* | Arrival *Llegada* | Not Valid *No válido* | Class - Fare *Clase - Tarifa* | Baggage *Franquicia* | Status *Estado* |
|---|---|---|---|---|---|---|---|
| From / *Desde* Panama (PTY) To / *A* Madrid (MAD) | IB6346 | 03-Apr 17:25 | 04-Apr 10:20 Terminal 4S | Before / *Antes de* After / *Después de* | D DDNNNB | 3 Pieces / *Piezas* | Confirmed *Confirmado* |
| From / *Desde* Madrid (MAD) To / *A* London (LHR) *Operated by / Operado por : British Airways* | IB7444 | 04-Apr 11:50 Terminal 4S | 04-Apr 13:20 Terminal 5 | Before / *Antes de* After / *Después de* | J DDNNNB | 3PC / | Confirmed *Confirmado* |
| From / *Desde* London (LHR) To / *A* Madrid (MAD) *Operated by / Operado por : British Airways* | IB7443 | 08-Apr 07:25 Terminal 5 | 08-Apr 10:55 Terminal 4S | Before / *Antes de* After / *Después de* | D DDNNNB | 3PC / | Confirmed *Confirmado* |
| From / *Desde* Madrid (MAD) To / *A* Panama (PTY) | IB6365 | 08-Apr 12:00 Terminal 4S | 08-Apr 15:55 | Before / *Antes de* After / *Después de* | D DDNNNB | 3 Pieces / *Piezas* | Confirmed *Confirmado* |

Ticket issue data / *Datos de emisión del billete*

| Number / *Número* | Issue date / *Fecha de Emisión* | Issued by / *Emitido por* |
|---|---|---|
| 075-2365072341 | 16-March-2016 | IBERIA LAE SA Operadora Unipersonal |

| Iss. Off. Code / *Of. Emis.* | Fiscal No. / *C.I.F.* | Place of Issue / *Lugar de Emisión* |
|---|---|---|
| 10992844 | (RUC) 698-233-140222 DV 20 | Panama |

Registered Address / *Domicilio social*

Avenida Balboa, Calle 43, Edificio BBVA planta baja, Bella Vista, Ciudad de Panamà

Price and form of payment / *Precio total a pagar*

| Air fare / *Tarifa aérea* | USD | 4,546.00 |
|---|---|---|
| Carrier charges / *Cargos del operador* | USD | 526.00 |
| Taxes and duty / *Tasas e impuestos* | USD | 692.56 |
| Price and form of payment / *Precio total a pagar* | USD | 5,764.56 |

Form of payment / *Forma de pago*

,XXXXXXXXXXXXXXX0090/USD5

Fare calculation / *Cálculo de tarifa*

PTY IB X/MAD IB LON2273.00IB X/MAD IB PTY2273.00NUC4546.00END ROE1.000000
AH2.50F310.00FZ40.00GB209.59JD26.36OG1.32PA355.04QV4.96UB42.79YQ526.00

| Tour Code / *Tour Code* | Endorsement & restrictions / *Endoso y Restricciones* |
|---|---|
| | 22 CNGS AND REF RESTRICTED |