

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
100 F STREET N.E.
WASHINGTON, DC 20549-5985

**DIVISION OF ENFORCEMENT**

Patrick R. Costello
Assistant Chief Litigation Counsel
Direct Dial: 202.551.3982
E-Mail: costellop@sec.gov

May 4, 2016

**BY CM-ECF**

Honorable James L. Cott
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1360
New York, NY 10007

Re: *Securities and Exchange Commission v. Caledonian Bank Ltd., et al.*,
15-CV-894 (WHP)

Dear Judge Cott:

Plaintiff Securities and Exchange Commission and Defendant Verdmont Capital, S.A. are currently set for a conference before the Court on June 3, 2016 at 10:00 a.m. to address the status of the production of documents to the SEC by the Panamanian securities regulator and potentially allow the SEC to renew its motion to compel. (Dkt. No. 196.) The Court selected this date based on Verdmont's anticipated motion for summary judgment being filed on May 31, 2016. *Id.* At Verdmont's request, however, Judge Pauley has amended the briefing schedule, and Verdmont's motion is now due to be filed on May 16, 2016. (Dkt. No. 208.)

Given the change in the filing deadline, the SEC respectfully suggests the Court advance the date of the status conference accordingly.

We note for the Court that as of the date of this letter, the Panamanian securities regulator has not produced any documents to us. As such, the SEC may need to renew its motion at the conference.

We have consulted with counsel for Verdmont, and they do not object to the request to advance the date of the status conference.

Respectfully submitted,

Patrick R. Costello

cc: Margaret A. Dale
     Sigal P. Mandelker
     Robert J.A. Zito
     Mark R. Zancolli
     Theodore Y. McDonough
     (all by CM-ECF)