Robert J.A. Zito
Mark R. Zancolli
Theodore Y. McDonough
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
Tel. (212) 732-3200
Fax: (212) 732-3232
*Attorneys for Verdmont Capital, S.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | : | |
| | : | Civ. No. 15 CV 894 (WHP) (JLC) |
| Plaintiff, | : | |
| | : | |
| v. | : | **NOTICE OF MOTION FOR SUMMARY JUDGMENT** |
| | : | |
| CALEDONIAN BANK LTD., | : | |
| CALEDONIAN SECURITIES LTD., | : | |
| CLEAR WATER SECURITIES, INC., | : | |
| LEGACY GLOBAL MARKETS S.A., and | : | |
| VERDMONT CAPITAL, S.A., | : | |
| | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------- x

PLEASE TAKE NOTICE, that Defendant Verdmont Capital, S.A. ("Verdmont") will

move this Court, before the Honorable William H. Pauley, III at the United States Courthouse,

500 Pearl Street, New York, New York, 10007, on July 15, 2016 at 11:00 a.m., or on some other

date and time determined by the Court, for summary judgment dismissing the Amended

Complaint, in whole or in part, as against Verdmont, pursuant to Fed. R. Civ. P. 56, together with

such other and further relief, which the Court deems just and proper.

7801458.1

PLEASE TAKE FURTHER NOTICE, that answering papers, if any, are to be served by no later than June 15, 2016.

Dated:  New York, New York
          May 16, 2016

                                        CARTER LEDYARD & MILBURN LLP

                                        By _____
                                            Robert J. A. Zito
                                            Mark R. Zancolli
                                            Theodore Y. McDonough
                                        Two Wall Street
                                        New York, New York 10005
                                        Telephone: (212) 732-3200
                                        Facsimile: (212) 732-3232
                                        Email: zito@clm.com

                                        *Attorneys for Defendant Verdmont Capital, S.A.*

To:  Bridget M. Fitzpatrick
     Patrick R. Costello
     Derek S. Bentsen
     SECURITIES AND EXCHANGE COMMISSION
     100 F Street, N.E.
     Washington, D.C. 20549

     Sigal P. Mandelker
     Margaret A. Dale
     PROSKAUER ROSE LLP
     Eleven Times Square
     New York, New York 10036
     *Attorneys for Defendants Caledonian
     Bank Ltd. and Caledonian Securities Ltd.*

2

7801458.1