# Exhibit 14

| | |
|---|---|
| From: | Bart Krezalek <bart@otcmarkets.com> |
| Sent: | Friday, April 22, 2016 6:11 PM |
| To: | bentsend@sec.gov] |
| Cc: | Michael Modeski; Michael Corrao; Steve Hock; Joann Lorgan; Dan Zinn |
| Subject: | Re: Data Request (GOFF, NORX & MORA) |

Hi Derek,

Please note; information below has been sent via FedEx.

Regards,
Bart


From: Bentsen, Derek [mailto:bentsend@SEC.GOV]
Sent: Friday, April 22, 2016 2:47 PM
To: Bart Krezalek <bart@otcmarkets.com>
Subject: FW: Data Request (GOFF, NORX & MORA)


Bart-


Please FedEx the disc described below to my attention. My address is below and feel free to let me know if you have any questions. Thanks.


Derek


Derek S. Bentsen
Assistant Chief Litigation Counsel
U.S. Securities and Exchange Commission
100 F Street, N.E., Mail Stop #5985
Washington, DC 20549
Direct: 202-551-6426

EXHIBIT OTC
6
4-28-16

**From:** Bart Krezalek [mailto:bart@otcmarkets.com]
**Sent:** Friday, April 22, 2016 2:35 PM
**To:** Nesbitt, Robert
**Cc:** Michael Modeski; Michael Corrao; Dan Zinn; Joyce, Gina M.; ENF-Centralized Production Unit; Steve Hock; Joann Lorgan
**Subject:** Data Request (GOFF, NORX & MORA)

Hi Robert,

Below you will find security history information for securities requested.

Search period was 1/1/2011 thru 9/30/2013

**Security: Goff Corp. GOFF**

1/27/2012 entered in our database Grey Market

2/15/2012 venue change to *Dually quoted (OTC Link/FINRA BB)

1/24/2013 25-1 F/S; payable upon surrender of old certificates

1/24/2013 symbol change GOFF to GOFFD

2/21/2013 symbol change GOFFD to GOFFE

2/22/2013 symbol change GOFFE to GOFFD

3/1/2013 symbol change GOFFD to GOFF

5/23/2013 symbol change GOFF to GOFFE

6/24//2013 symbol change GOFFE to GOFF

6/24/2013 venue change OTC Link/FINRA BB to OTC Link

**Security: Norstra Energy, Inc. NORX**

CONFIDENTIAL                                                                                          OTC-00002

11/1/2012 entered in our database *dually quoted (OTC Link/FINRA BB)

6/26/2013 12k Suspension for the period commencing at 9:30 a.m. EDT on June 26, 2013 and terminating at 11:59 p.m. EDT July 10, 2013

When the suspension was lifted it went to the Grey Market

**Security: Medora Corp. MORA**

5/2/2011 entered in our database Grey Market

5/4/2011 venue change to *dually quoted (OTC Link/FINRA BB)

6/22/2012 symbol change MORA to MORAE

7/24/2012 symbol change MORAE to MORA

9/7/2012 name and symbol changed to Xumanii - XUII

11/8/2012 5.5 -1 F/S; payable upon surrender of old certificates

11/8/2012 symbol change XUII to XUIID

11/16/2012 symbol change XUIID to XUIDE

12/5/2012 symbol change XUIDE to XUIIE

12/13/2012 symbol change XUIIE to XUII

5/20/2013 6/24/2013 venue change OTC Link/FINRA BB to OTC Link

7/30/2013 name changed to Xumanii International Holdings Corp.

\* Securities noted as dually quoted (OTC Link/FINRA BB) that the **inside quotes** only pertain to OTC Link M/M's prices, you will need to obtain the BB quotes to create the NBBO.

Please note the Quote History data that was requested exceeds the file size which we can forward via email. We will have to FedEx the data but will need the recipients information.

Regards,
Bart

**Bart N. Krezalek**

OTC Markets Group

304 Hudson Street / New York, NY 10013

Office: (212) 896-4475

Cell: (917) 817-7360

This e-mail (including any attachments) is confidential and may contain sensitive or legally privileged information. It is for the intended recipient only. Do not, directly or indirectly, copy, reproduce, print or disclose any part of this e-mail without the prior written consent of OTC Markets Group Inc. If you receive this message in error, please delete it and any attachments, and notify OTC Markets Group of misdelivery by return e-mail.

This email has been scanned for email related threats and delivered safely by Mimecast. For more information please visit http://www.mimecast.com