KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

TREVOR J. WELCH
PARTNER
212-506-1767
TWELCH@KASOWITZ.COM
DIRECT FAX: 212-835-5067

ATLANTA
HOUSTON
NEWARK
SAN FRANCISCO

May 18, 2016

The Hon. William H. Pauley III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2210
New York, New York 10007

Re:   *SEC v. Caledonian, et al.*, Civil Docket No. 15-cv-894

Dear Judge Pauley:

We represent proposed intervenor Sentinel Trust Services Limited ("Sentinel"). Pursuant to Your Honor's Individual Practice III.F., we write to specify each motion paper and memorandum filed by any party in connection with Sentinel's Motion to Intervene (Dkt. No. 216).

- Sentinel's Memorandum of Law in Support of its Motion to Intervene (Dkt. No. 217)
- Declaration of Trevor J. Welch in Support of Sentinel's Motion to Intervene (Dkt. No. 218)
- Sentinel's Rule 7.1 Corporate Disclosure Statement (Dkt. No. 215)
- Sentinel's Supplemental Rule 7.1 Disclosure Statement (Dkt. No. 227)
- The SEC's Memorandum of Law in Opposition to Sentinel's Motion to Intervene (Dkt. No. 228)
- Caledonian Bank Ltd.'s Memorandum of Law in Opposition to Sentinel's Motion to Intervene (Dkt. No. 229)
- Declaration of Keiran Hutchison in Support of Caledonian Bank's Opposition to Sentinel's Motion to Intervene (Dkt. No. 231)
- Declaration of Rupert Bell in Support of Caledonian Bank's Opposition to Sentinel's Motion to Intervene (Dkt. No. 232)
- Letter from Margaret A. Dale re: Caledonian Bank's Opposition to Sentinel's Motion to Intervene (Dkt. No. 233)

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

The Hon. William H. Pauley III
May 18, 2016
Page 2 of 2

- Reply Memorandum in Further Support of Sentinel's Motion to Intervene (Dkt. No. 244)
- Declaration of Richard David Fear in Support of Sentinel's Motion to Intervene (Dkt. No. 245)

Respectfully,

*/s/ Trevor J. Welch*

Trevor J. Welch

cc:  Counsel of Record (by ECF)