# EXHIBIT A

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF NEW YORK
 3
 4   SECURITIES AND EXCHANGE        )
     COMMISSION,                    )
 5                                  )
                  Plaintiff,        )
 6                                  )
     v.                             )
 7                                  ) Civ. No.15-cv-894(WHP)
     CALEDONIAN BANK LTC.,          )
 8   CALEDONIAN SECURITIES LTD.,    )
     CLEAR WATER SECURITIES, INC.,  )
 9   LEGACY GLOBAL MARKETS S.A., and)
     VERDMONT CAPITAL, S.A.         )
10                                  )
                  Defendants.       )
11   _____)
12
13
14       VIDEOTAPED DEPOSITION OF TAYLOR HOUSSER
15              London, United Kingdom
16                  April 7, 2016
17
18
19
20
21
22
23
24   Reported by:
     Audrey Shirley,
25   QRR, ACR, MBIVR
     JOB No. 160407OJ
```

1

```
10:05:44   1    did the math, if we took the shares by the share
10:05:46   2    price, the net proceeds and then added that
10:05:49   3    together, that would all balance out.  Is that --
10:05:52   4         A.    If the math was done correctly --
10:05:54   5         Q.    Yeah.
10:05:55   6         A.    -- yes, that would --
10:05:56   7         Q.    Okay.
10:05:57   8         A.    -- that would -- should be it.
10:06:00   9         Q.    So "client fees", is that
10:06:02  10    a per-transaction charge?
10:06:03  11         A.    Yeah.  Our system had a $25 ticket
10:06:07  12    charge on every -- every trade done.
10:06:09  13         Q.    Okay.
10:06:10  14         A.    It was to -- to help defray
10:06:13  15    settlement costs.
10:06:13  16         Q.    Then "gross commission" being
10:06:15  17    simply adding those two together?
10:06:16  18         A.    That -- that's correct.
10:06:18  19         Q.    "Broker commission paid" in the
10:06:20  20    next column, that's the commission that was paid
10:06:24  21    to the in-house broker at Verdmont whose client
10:06:28  22    was executing the trade; is that correct?
10:06:32  23         A.    Yes, that appears to be correct.
10:06:34  24    The broker was not paid on the $25 charge, that
10:06:38  25    was -- went to the --
```

46

| | | |
|---|---|---|
| 10:07:27 | 1 | if it was some ... |
| 10:07:28 | 2 | A.   Yeah, like -- like if we take the |
| 10:07:29 | 3 | first line, for example, on this page 6, it -- |
| 10:07:32 | 4 | 142.20 and half of that is 71.10. |
| 10:07:35 | 5 | Q.   And so for all of these we could |
| 10:07:36 | 6 | just do the math and -- |
| 10:07:38 | 7 | A.   Yeah. |
| 10:07:38 | 8 | Q.   -- figure it out?  Okay. |
| 10:07:40 | 9 | The "counterparty commission", who is |
| 10:07:41 | 10 | that getting paid to? |
| 10:07:43 | 11 | A.   That's the cost of -- of -- of |
| 10:07:45 | 12 | executing the trade at the -- at the executing |
| 10:07:47 | 13 | broker. |
| 10:07:47 | 14 | Q.   Okay.  And then "settlement".  So |
| 10:07:52 | 15 | that would be for example, Knight or Sunrise/Puma |
| 10:07:55 | 16 | or UBS for example? |
| 10:07:57 | 17 | A.   That would be -- yeah, that would |
| 10:07:58 | 18 | be their com -- we call that the market |
| 10:08:00 | 19 | commission. |
| 10:08:01 | 20 | Q.   Okay. |
| 10:08:01 | 21 | A.   The counterparty commission.  What |
| 10:08:03 | 22 | that -- what the executing -- the broker that |
| 10:08:06 | 23 | actually executed the trade, what they charged. |
| 10:08:10 | 24 | Q.   Okay.  And then "settlement fees"? |
| 10:08:12 | 25 | A.   That would be the fee at the |

48

```
10:08:16   1   custodian. They -- they would have a flat-rate
10:08:20   2   fee. It looks like at this time it was -- that
10:08:22   3   was RBC, it was $14. So the -- the -- the person
10:08:26   4   where the trade settled to had a -- had
10:08:29   5   a per-transaction --
10:08:29   6         Q.   Okay.
10:08:29   7         A.   -- charge.
10:08:31   8         Q.   And then the final column is once
10:08:34   9   you've subtracted the Verdmont broker commission,
10:08:39  10   the commission from the counterparty executing
10:08:41  11   the trade, the settlement fees to, at this time,
10:08:45  12   RBC is then the net revenue to the entity
10:08:48  13   Verdmont; is that correct?
10:08:51  14         A.   Revenue -- yeah, net revenue of --
10:08:54  15   of -- of the sales -- cost of sales sort of
10:08:56  16   thing, but obviously not net revenue of all the
10:08:59  17   fixed expenses --
10:08:59  18         Q.   Correct.
10:09:00  19         A.   -- or anything like that.
10:09:00  20         Q.   Got you.
10:09:01  21         A.   Yeah.
10:09:02  22         Q.   And then if you can just go back
10:09:06  23   to these first couple of pages --
10:09:07  24         A.   Uh-huh.
10:09:07  25         Q.   -- and feel free to just go
```

49

```
10:09:13   1    through I think it'll be all the first four
10:09:14   2    pages.
10:09:14   3             A.   Okay.
10:09:14   4             Q.   So 2 through 5.  It lists the
10:09:17   5    different client information on the left and then
10:09:19   6    the various securities.
10:09:20   7             This chart only applies to Lornex,
10:09:23   8    Bamfield and Nautilus; is that correct?
10:09:31   9             A.   You're asking me if this document
10:09:32   10   only --
10:09:33   11            Q.   Correct.
10:09:34   12            A.   Yeah.
10:09:34   13            Q.   So this doesn't reflect --
10:09:37   14            A.   You're correct.
10:09:37   15            Q.   -- doesn't reflect any commissions
10:09:39   16   to Verdmont from other clients that were trading
10:09:41   17   in the relevant securities; is that correct?
10:09:44   18            A.   That's correct.
10:09:45   19            Q.   What approximately was your
10:10:02   20   percentage ownership of Verdmont?
10:10:05   21            A.   Roughly 34.5 percent.
10:10:07   22            Q.   Did that change over time or was
10:10:09   23   that constant from founding?
10:10:12   24            A.   Well, when we -- we founded it we
10:10:16   25   were 50/50 partners and then it was diluted as --
```

50