# EXHIBIT B

```
                                                                    1
    G3G5secA

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x

3   SECURITIES AND EXCHANGE
    COMMISSION,
4
                 Plaintiff,
5
           v.                              15 Civ. 894 (WHP)
6
    CALEDONIAN BANK, LTD. and
7   VERDMONT CAPITAL, S.A. et al.,

8                Defendants.

9   ------------------------------x

                                           March 16, 2016
10                                         3:10 p.m.

11  Before:

12                      HON. JAMES L. COTT,

13                                         Magistrate Judge

                              APPEARANCES
14

15  U.S. SECURITIES AND EXCHANGE COMMISSION
    BY:  PATRICK R. COSTELLO
16       DEREK S. BENTSEN
         DAVID STOELTING
17
    CARTER, LEDYARD & MILBURN, LLP
18       Attorneys  for Defendant Verdmont Capital, S.A.
    BY:  ROBERT A. ZITO
19       MARK R. ZANCOLLI

20

21

22

23

24

25
                    SOUTHERN DISTRICT REPORTERS, P.C.
```

```
G3G5secA
```

1   motion.
2   I also want to point out, your Honor, that we have
3   voluntarily agreed to deposit and freeze $240,000. We are
4   going to need access to that $240,000 -- my firm is going to
5   need access to that $240,000 so that we can continue to
6   represent Verdmont in these protracted proceedings.
7   THE COURT: Well, that's outside the scope of my
8   referral so you will have to talk to Mr. Costello about that
9   and you may have to talk to Judge Pauley about that.
10   MR. ZITO: We are in the process of writing Judge
11   Pauley about that, your Honor. We asked the SEC to consent to
12   that and they haven't consented to that. So they don't want to
13   consent to freeing up the money but they want us to consent on
14   extending deadlines.
15   THE COURT: This is my proposal, this is not their
16   proposal, so as far as I'm concerned we are not extending the
17   discovery deadline, we are keeping it in place. You are taking
18   the two depositions that are already scheduled and any other
19   depositions that are properly noticed between now and April
20   30th. April 30th comes, discovery is over. You make a motion.
21   The 30th is Memorial Day so I will say the 31st of May, right?
22   And then the SEC's response is due June 30th, 30 days later.
23   And then you reply two weeks thereafter, you have a fully
24   submitted motion before Judge Pauley by July 14th.
25   That's about as fast as you could do on this schedule