# EXHIBIT C

```
 1                UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF NEW YORK
 3
 4   SECURITIES AND EXCHANGE         )
     COMMISSION,                     )
 5                                   )
                    Plaintiff,       )
 6                                   )
     v.                              )
 7                                   ) Civ. No.15-cv-894(WHP)
     CALEDONIAN BANK LTC.,           )
 8   CALEDONIAN SECURITIES LTD.,     )
     CLEAR WATER SECURITIES, INC.,   )
 9   LEGACY GLOBAL MARKETS S.A., and )
     VERDMONT CAPITAL, S.A.          )
10                                   )
                    Defendants.      )
11   _____)
12
13
14        VIDEOTAPED DEPOSITION OF GLYNN FISHER
15                 London, United Kingdom
16                     April 6, 2016
17
18
19
20
21
22
23
     Reported by:
24   Audrey Shirley,
     QRR, ACR, MBIVR
25   JOB No. 160406OJ
                                                            1
```

```
11:31:13   1            A.   Nobody owned -- nobody else owned
11:31:15   2   over five per cent.  Some of our employees owned
11:31:19   3   shares, but without the share registry in front
11:31:22   4   of me I don't want to give specific numbers and
11:31:26   5   amounts because I don't know them.
11:31:29   6            Q.   Are you familiar with the name
11:31:32   7   Matthew Hocker?
11:31:32   8            A.   Yes.
11:31:33   9            Q.   Did Matthew Hocker own any
11:31:36  10   percentage of Verdmont?
11:31:37  11            A.   Yes, he did.
11:31:38  12            Q.   What percentage did he own?
11:31:39  13            A.   I think it was approximately seven
11:31:41  14   or eight percent.
11:31:42  15            Q.   So that takes us to, between the
11:31:45  16   three of you, you, Mr. Housser and Mr. Hocker, up
11:31:48  17   to about 78 percent?
11:31:50  18            A.   Right.  And I -- I did make
11:31:51  19   a mistake prior when I said no one else owned
11:31:53  20   more than five per cent; Matthew Hocker is the
11:31:56  21   only one, other than us, who owned more than five
11:31:59  22   per cent.
11:31:59  23            Q.   So aside from you, Mr. Housser and
11:32:01  24   Mr. Hocker, no one else owned more than five per
11:32:04  25   cent?
```

54

| | | |
|---|---|---|
| 11:32:05 | 1 | A.  Correct. |
| 11:32:05 | 2 | Q.  What percentage of Verdmont |
| 11:32:09 | 3 | Capital do you currently own, Mr. Fisher? |
| 11:32:13 | 4 | A.  Thirty -- approximately 34.5 |
| 11:32:14 | 5 | percent. |
| 11:32:15 | 6 | Q.  And what percentage of Verdmont |
| 11:32:17 | 7 | does Mr. Housser currently own? |
| 11:32:19 | 8 | A.  The same. |
| 11:32:19 | 9 | Q.  And what percentage of Verdmont |
| 11:32:22 | 10 | does Mr. Hocker currently own? |
| 11:32:24 | 11 | A.  The same. |
| 11:32:25 | 12 | Q.  You testified at the beginning of |
| 11:32:34 | 13 | the deposition that you're currently unemployed. |
| 11:32:38 | 14 | A.  Correct. |
| 11:32:38 | 15 | Q.  And so I -- I assume by that |
| 11:32:42 | 16 | statement that you are no longer the President of |
| 11:32:44 | 17 | Verdmont Capital? |
| 11:32:45 | 18 | A.  Correct. |
| 11:32:45 | 19 | Q.  Can you tell me how you came to |
| 11:32:50 | 20 | leave Verdmont Capital? |
| 11:32:52 | 21 | A.  I resigned. |
| 11:32:53 | 22 | Q.  Why did you resign? |
| 11:32:56 | 23 | A.  We'd made the decision to go into |
| 11:32:57 | 24 | liquidation. |
| 11:33:04 | 25 | Q.  Okay, but why did you resign |

55

```
12:30:18   1              Q.   And were those in the form of
12:30:20   2   dividends?
12:30:21   3              A.   Correct.
12:30:21   4              Q.   Were those dividends paid
12:30:25   5   annually?
12:30:25   6              A.   Typically.
12:30:30   7              Q.   When was the last time that
12:30:31   8   Verdmont made an annual dividend payment to its
12:30:34   9   shareholders?
12:30:34  10              A.   Was in 2015.
12:30:36  11              Q.   So that would have been for fiscal
12:30:43  12   year 2014?
12:30:44  13              A.   It would have been fiscal -- or
12:30:47  14   2015.
12:30:48  15              Q.   ==Do you recall when in 2015 that==
12:30:50  16   ==payment was made?==
12:30:51  17              A.   ==When dividends are paid they're==
12:30:52  18   ==paid out of retained earnings, so the earnings==
12:30:55  19   ==could have come in 2014, 2015.  Do I recall when==
12:31:01  20   ==it was paid?  Not exactly, no.==
12:31:02  21              Q.   And in your capacity as the
12:31:11  22   President of Verdmont, you were paid a salary?
12:31:13  23              A.   Correct.
12:31:14  24              Q.   And -- and bonuses I imagine.
12:31:20  25              A.   No.
```

98

```
01:46:17   1   topic of the dividend payments that Verdmont paid
01:46:20   2   to its owners, including yourself.  You remember
01:46:21   3   that discussion, correct?
01:46:21   4        A.   To the shareholders, yes.
01:46:25   5        Q.   I'm sorry to the shareholders,
01:46:26   6   correct.  And you had testified that the last
01:46:30   7   time to your recollection that a dividend payment
01:46:32   8   was made was in 2015; is that correct?
01:46:35   9        A.   Correct.
01:46:36  10        Q.   And as a shareholder you received
01:46:41  11   that dividend payment, correct?
01:46:42  12        A.   Correct.
01:46:43  13        Q.   Do you recall how much the
01:46:45  14   dividend payment was for?
01:46:48  15        A.   Not exactly.  I think the overall
01:46:50  16   dividend payment to all the shareholders was
01:46:52  17   about 600,000.
01:46:54  18        Q.   But you don't recall what your
01:46:56  19   portion was?
01:46:56  20        A.   Well, as a -- if -- if that
01:46:58  21   number's correct, my portion would have been 34.5
01:47:01  22   percent of that.
01:47:03  23        Q.   Do you recall how that dividend
01:47:05  24   was paid?
01:47:08  25        A.   Wire transfer.
```

113

| | | | |
|---|---|---|---|
| 02:20:03 | 1 | Q. | -- is that the reason? |
| 02:20:04 | 2 | A. | Yes. |
| 02:20:05 | 3 | Q. | And which brokerage firm did you |
| 02:20:08 | 4 | move the accounts to? | |
| 02:20:09 | 5 | A. | To a firm in the Bahamas. |
| 02:20:10 | 6 | Q. | And what's the name of the firm? |
| 02:20:15 | 7 | A. | Weiser Asset Management. |
| 02:20:15 | 8 | Q. | Weisner Asset -- |
| 02:20:17 | 9 | A. | Weiser Asset Management. |
| 02:20:18 | 10 | Q. | W-i-s-e-r Asset Management? |
| 02:20:19 | 11 | A. | No, W-e-i-s-e-r. |
| 02:20:26 | 12 | Q. | ==And did you move== or transfer the |
| 02:20:29 | 13 | ==accounts to Weiser Asset Management?== | |
| 02:20:33 | 14 | A. | ==I guess I was starting to see the== |
| 02:20:34 | 15 | ==writing on the wall in terms of where Verdmont== | |
| 02:20:36 | 16 | ==was going and how much longer it would last.== | |
| 02:20:57 | 17 | Q. | If you could do me a favor and |
| 02:20:59 | 18 | turn to -- in Exhibit 6, if you turn to the page | |
| 02:21:15 | 19 | that ends with the numbers '52 at the bottom of | |
| 02:21:19 | 20 | the page. You see that there? | |
| 02:21:27 | 21 | A. | I do, yes. |
| 02:21:28 | 22 | Q. | Can you tell me what page '52 is? |
| 02:21:33 | 23 | A. | It appears to be a reference |
| 02:21:34 | 24 | letter written by Shamima Bhana. | |
| 02:21:39 | 25 | Q. | And what was the purpose of a |

144