# EXHIBIT D

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION, )
)
)
Plaintiff, )
)
v. )
) Civ. No.15-cv-894(WHP)
CALEDONIAN BANK LTC., )
CALEDONIAN SECURITIES LTD., )
CLEAR WATER SECURITIES, INC., )
LEGACY GLOBAL MARKETS S.A., and)
VERDMONT CAPITAL, S.A. )
)
Defendants. )
)

VIDEOTAPED DEPOSITION OF TAYLOR HOUSSER

London, United Kingdom

April 7, 2016

Reported by:
Audrey Shirley,
QRR, ACR, MBIVR
JOB No. 160407OJ

10:00:15 firm. Is ...
10:00:16 A. Yes, that -- that's correct.
10:00:17 Q. And then do you recall when in
10:00:20 2015 you received your portion of the $600,000
10:00:25 dividend that Mr. Fisher discussed yesterday?
10:00:28 A. It -- it was approximately
10:00:30 $600,000. Very close to that, but it wasn't
10:00:35 exactly 600,000 --
10:00:35 Q. Yeah.
10:00:36 A. -- but I don't -- to my
10:00:37 recollection. And when was it paid? I don't
10:00:47 know -- I don't -- I -- I would -- you know what
10:00:51 I don't know exactly. I'm going to guess the
10:00:53 first half of the year but --
10:00:54 MR. ZITO: Please don't guess.
10:00:55 THE WITNESS: Okay. I -- I don't know
10:00:56 the exact date.
10:01:02 BY MR. BENTSEN:
10:01:02 Q. Okay. And what was your salary in
10:01:04 2015?
10:01:05 A. I received $1,000 a month.
10:01:09 Q. So, fair to say that a bulk of
10:01:12 your compensation was based on the dividends?
10:01:15 A. Yeah --
10:01:16 Q. Okay.

10:01:17 A. -- that was -- yes.
10:01:17 Q. Do you recall what the amount of the dividend was in 2014? Oh, let me actually stop that. Was there a dividend in 2014 to your recollection?
10:01:31 A. I believe so. I -- I believe we paid a dividend every year with the exception of 2008, which was a -- a bad year, and we waived it that year.
10:01:43 Q. Okay. Do you recall approximately what the dividend was in 2014?
10:01:53 A. I -- I don't.
10:01:54 Q. Okay. How was the amount of dividend determined by Verdmont?
10:02:00 A. It was determined by the Board of Directors and it was determined by profits, how much -- how much retained earnings there were.
10:02:10 Q. How many directors did Verdmont have?
10:02:14 A. Three.
10:02:14 Q. I assume yourself and Mr. Fisher?
10:02:17 A. That's correct.
10:02:18 Q. And who was the third?
10:02:21 A. Matt Hocker.
10:02:24 Q. And if I'm recalling correctly,