UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                            Plaintiff,

                  v.

CALEDONIAN BANK LTD.,
CALEDONIAN SECURITIES LTD.,
CLEAR WATER SECURITIES, INC.,
LEGACY GLOBAL MARKETS S.A., and
VERDMONT CAPITAL, S.A.

                            Defendants.

Case No. 15-cv-894
(WHP)(JLC)

---

## ORDER SEALING NAME OF DECLARANT AND LETTER REQUEST

**WHEREAS**, plaintiff Securities and Exchange Commission has submitted a letter request dated June 15, 2016, seeking: (a) to redact the name of a declarant whose declaration the SEC intends to submit in support of its opposition to Verdmont Capital, S.A.'s motion for summary judgment; (b) to refer to the declarant as "Witness 1"; and (c) to seal the letter request,

**NOW, THEREFORE,**

**IT IS HEREBY ORDERED AND ADJUDGED THAT**:

1. The SEC's request to file the Declaration of "Witness 1" in support of its opposition to Verdmont Capital, S.A.'s motion for summary judgment is **GRANTED**.

2. The SEC shall file an unredacted version of "Witness 1's" declaration under seal with the Clerk of the Court.

3. The SEC's letter request dated June 15, 2016, is sealed.

4. The SEC shall provide copies of its letter request dated June 15, 2016, and the unredacted declaration of "Witness 1," to counsel for the defendants. Defendants and their

2

attorneys, agents and representatives shall not provide the unredacted declaration to third parties without the written permission of the Court.

     5.     The SEC shall file a redacted version of "Witness 1's" declaration publicly via the CM/ECF system.

Dated: New York, New York
       June 17, 2016

                                    HON. WILLIAM H. PAULEY III
                                    UNITED STATES DISTRICT JUDGE