# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

**Robert J.A. Zito**
**Partner**

Direct Dial: 212-238-8768
E-mail: zito@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

November 16, 2016

**VIA ECF AND BY HAND**
The Honorable William H. Pauley III
United States District Judge
United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

Re:  SEC v. Caledonian Bank Ltd., et al
     15 Civ. 894 (WHP)

Dear Judge Pauley:

I am constrained to reply to Mr. Costello's letter, dated November 15, 2016, and particularly the baseless, if not disingenuous, accusation that Verdmont's 2015 shareholder distribution was illegal: "Indeed, [citation omitted] a registered entity *in liquidation* like Verdmont 'may not carry out any distribution of assets among its shareholders if it has not complied with all of its obligations toward all the investors and other creditors. . . .'" (Emphasis added.)

Mr. Costello fails to inform the Court that the November 2015 shareholder distribution was made two months *before* Verdmont filed for liquidation on January 11, 2016, and that during the liquidation process, which spanned approximately eleven months to resolve and complete, *no* distributions were made to Verdmont's shareholders. Putting aside the baselessness of the accusation, the 2015 distribution, which was largely used as an alternative to a salary arrangement for services previously rendered, has nothing to do with counsel's right to withdrawal for nonpayment. Further still, Mr. Costello fails to inform the Court that the Panamanian regulators approved Verdmont's liquidation on March 28, 2016, eight months ago.

Finally, the SEC is well aware of Verdmont's last known address. The SEC is fully capable of proceeding in accordance with the federal rules and the extensive case law addressing the procedure in these circumstances without the assistance of Carter Ledyard & Milburn.

Respectfully submitted,

*/s/ Robert J.A. Zito*
Robert J.A. Zito

7879328.1