UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

SECURITIES AND EXCHANGE COMMISSION,

         Plaintiff,

    v.            Case No. 15-cv-894
                 (WHP)(JLC)

CALEDONIAN BANK LTD.,
CALEDONIAN SECURITIES LTD.,
CLEAR WATER SECURITIES, INC.,
LEGACY GLOBAL MARKETS S.A., and
VERDMONT CAPITAL, S.A.

         Defendants.
_____

# ORDER DIRECTING CLERK TO STRIKE ANSWER AND DEFENSES OF DEFENDANT VERDMONT CAPITAL, S.A.

THIS MATTER is before the Court on the request of Plaintiff Securities and Exchange Commission to have the Clerk strike the Answer to Amended Complaint and Defenses filed by Defendant Verdmont Capital, S.A. ("Verdmont") on June 11, 2015 (Dkt. No. 112).

The Court finds that as a corporate entity, Verdmont is required to be represented in this case by counsel. Because Verdmont has failed to retain counsel since the withdrawal of its prior counsel (*see* Dkt. No. 280), and further in light of the Declaration (Dkt. No. 281) filed by Verdmont's liquidator revealing that the company no longer wishes to defend this case, the Court deems it appropriate to strike Verdmont's Answer and Defenses.

IT IS THEREFORE ORDERED AND ADJUDGED that the Clerk shall strike forthwith the Answer to Amended Complaint and Defenses filed by Verdmont on June 11, 2015 (Dkt. No. 112).

Dated: New York, New York
   _____ ___, 2017

                _____
                HON. WILLIAM H. PAULEY III
                UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record via CM-ECF.

    Verdmont Capital, S.A., *pro se*
    c/o Shamima Bhana, Liquidator
    Edificio Verdmont, Ave. Aquilino de la Guardia No. 18
    Ciudad de Panama, Republica de Panama