# EXHIBIT 4

```
 1                UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF NEW YORK
 3
 4    SECURITIES AND EXCHANGE        )
      COMMISSION,                    )
 5                                   )
                      Plaintiff,     )
 6                                   )
      v.                             )
 7                                   ) Civ. No.15-cv-894(WHP)
      CALEDONIAN BANK LTC.,          )
 8    CALEDONIAN SECURITIES LTD.,    )
      CLEAR WATER SECURITIES, INC.,  )
 9    LEGACY GLOBAL MARKETS S.A., and)
      VERDMONT CAPITAL, S.A.         )
10                                   )
                      Defendants.    )
11    _____)
12
13
14        VIDEOTAPED DEPOSITION OF TAYLOR HOUSSER
15                London, United Kingdom
16                    April 7, 2016
17
18
19
20
21
22
23
      Reported by:
24    Audrey Shirley,
      QRR, ACR, MBIVR
25    JOB No. 160407OJ
```

                                                               1

```
10:38:25   1   where you've taken a lot of time to think about,
10:38:27   2   you've researched the sector, what you like and
10:38:31   3   you're taking a more long-term approach.  And
10:38:32   4   then there's trading, day trading, which is
10:38:35   5   speculating basically, gambling.  And I would --
10:38:39   6   you know, you may just trade on a whim, on
10:38:42   7   a thought, on -- you could see a large volume
10:38:44   8   increase or a technical breakout on the chart,
10:38:47   9   where you feel you can get in and make a profit
10:38:49  10   and get out quickly.
10:38:50  11           Q.   Did you --
10:38:51  12           A.   And these would fall into the
10:38:54  13   category, the gambling category.
10:38:55  14           Q.   Did you do any research on these
10:38:57  15   securities before choosing to trade in them?
10:38:59  16           A.   No.
10:39:00  17           Q.   Did you check to see what other
10:39:05  18   clients of Verdmont were doing with these
10:39:07  19   particular securities before trading in them?
10:39:17  20           A.   No, not that I recall.
10:39:18  21           Q.   Do you recall, until you decided
10:39:20  22   to trade in them, being even aware of these
10:39:22  23   securities?
10:39:23  24           A.   No.
10:39:31  25           Q.   So fair to say before you decided
```

69

```
10:39:34   1   to execute a trade in Goff you had no involvement
10:39:38   2   with the golf -- Goff Corporation?
10:39:41   3            A.   That's correct.
10:39:41   4            Q.   ==No knowledge of anything that==
10:39:42   5   ==existed prior to your decision to execute?==
10:39:46   6            A.   ==I -- I think that's a fair==
10:39:47   7   ==statement.==
10:39:48   8            Q.   ==Okay.== ==And is that the same with==
10:39:50   9   ==Xumanii; prior to choosing to execute those==
10:39:54  10   ==trades you had no knowledge of the company?==
10:39:56  11            A.   ==Correct.== ==It's -- it's -- it's==
10:39:59  12   ==likely I wouldn't even have known the name of the==
10:40:01  13   ==company.==
10:40:04  14            Q.   So I take it you had no
10:40:05  15   involvement when Lornex, Bamfield or Nautilus
10:40:13  16   were depositing shares of Goff, Norstra or
10:40:17  17   Xumanii with Verdmont?
10:40:20  18            A.   I would have to see the deposit
10:40:26  19   forms.  There may have been ones I reviewed.
10:40:30  20            Q.   Would that be a normal course of
10:40:32  21   action for you?
10:40:33  22            A.   It -- it could.  The -- once the
10:40:35  23   brokers had put together the package, the due
10:40:40  24   diligence package of -- of -- of supporting
10:40:41  25   documentation, there was the management sign-off.
```

70