```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
SECURITIES AND EXCHANGE           :
COMMISSION
                                  :
        Plaintiff,
                                  :     15cv894
    -against-
                                  :     DEFAULT JUDGMENT

CALEDONIAN BANK, LTD., et al.,    :

        Defendants.               :
---------------------------------X
```

WILLIAM H. PAULEY III, District Judge:

        Having reviewed the Securities and Exchange Commission's motion (ECF No. 287), this Court hereby grants a default judgment against Defendant Verdmont Capital S.A.

Dated:  April 7, 2017
        New York, NY

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.