UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : Case No. 15-cv-894 : (WHP)(JLC) |
| CALEDONIAN BANK LTD., CALEDONIAN SECURITIES LTD., CLEAR WATER SECURITIES, INC., LEGACY GLOBAL MARKETS S.A., and VERDMONT CAPITAL, S.A. | : |
| Defendants. | : |

## ORDER DIRECTING THE TURNOVER OF FUNDS TO THE SEC

THIS MATTER is before the Court on the request of Plaintiff Securities and Exchange Commission ("SEC") for an Order directing Interactive Brokers LLC ("Interactive Brokers") to turn over funds belonging to Verdmont Capital, S.A. ("Verdmont") in partial satisfaction of the final judgment the Court entered against Verdmont on April 7, 2017 (ECF No. 291) (the "Final Judgment"). Said funds are currently being held at Interactive Brokers pursuant to a prior Order of this Court entered on June 3, 2015 (ECF No. 97).

For good cause shown, the SEC's request is GRANTED.

IT IS HEREBY ORDERED that Interactive Brokers pay all funds belonging to Verdmont and presently being held in any account at Interactive Brokers in connection with the above-captioned action, together with all interest accrued thereon, by check payable to the "United States Securities and Exchange Commission" and mail or deliver the check(s) to the following address: Enterprise Services Center, Accounts Receivable Branch, 6500 South MacArthur Boulevard, Oklahoma City, OK 73169. Said payment shall be made within ten (10) days of the

date of this Order and shall be accompanied by a cover letter copied to the SEC's counsel of record that identifies the caption and action number of this case, the name of this Court, and indicate the funds are being paid pursuant to the Final Judgment;

IT IS FURTHER ORDERED that upon receipt of said funds, the SEC shall remit the same to the United States Treasury in accordance with the Final Judgment;

IT IS FURTHER ORDERED that upon receipt of said funds, the Final Judgment shall be deemed satisfied in part to the extent of the funds received; and

IT IS FURTHER ORDERED that any additional funds, assets or proceeds the Court or the SEC may collect in the future from Verdmont, its representatives, agents, heirs or assigns, in connection with the above-captioned action in satisfaction of the remaining amounts of the Final Judgment shall be promptly remitted to the SEC for transferal to the United States Treasury.

SO ORDERED:

Dated: New York, New York
May 10, 2017

WILLIAM H. PAULEY III
U.S.D.J.

cc: All Counsel of Record via CM-ECF

Verdmont Capital, S.A., *pro se*
c/o Shamima Bhana, Liquidator
Edificio Verdmont, Ave. Aquilino de la Guardia No. 18
Ciudad de Panama, Republica de Panama